**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| CENTRIPETAL NETWORKS, INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | No. ___2:18cv94___ |
| | ) | |
| vs. | ) | |
| | ) | JURY TRIAL DEMANDED |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## <u>COMPLAINT FOR PATENT INFRINGEMENT</u>

Plaintiff Centripetal Networks, Inc. ("Centripetal") files this Complaint for Patent Infringement and Demand for Jury Trial against Cisco Systems, Inc. ("Defendant" or "Cisco") and allege as follows:

## <u>THE PARTIES</u>

1.      Plaintiff Centripetal is a corporation organized under the laws of the state of Delaware with its principal place of business at 2251 Corporate Park Drive, Suite 150, Herndon, Virginia 20171.  Centripetal was founded with a strong focus on innovation and technology leadership that aligns to its core mission and purpose to protect networks from advanced threats.  Centripetal has invented core networking technologies that meet the scale of the cyber threat intelligence challenge.  Centripetal maintains the largest threat intelligence partner ecosystem, providing community based solutions to defeat sophisticated cyberattacks.  In recognition of its innovation and expertise, Centripetal has been awarded numerous patents enabling its key technological advances in the network security area.

2.    Cisco is a California Corporation with its principal place of business at 170 West Tasman Drive, San Jose, California 95134.  Cisco may be served through its agent for service of process CSC at 2710 Gateway Oaks Dr. Ste. 150N, Sacramento, California 95833. Cisco maintains a regular and established place of business in this District through multiple permanent physical facilities.  Cisco maintains a Technical Support Center located at 1051 East Cary Street 5th Floor, Richmond, Virginia 23219.  Cisco also maintains the Cisco Systems Customer Experience Center located at 13600 Dulles Technology Drive Building #6, Wilson Building, Herndon, VA 20171.  Further, Cisco also maintains another permanent facility located at 1860 Michael Faraday Drive #100, Reston, VA 20190.

3.    Cisco regularly conducts and transacts business in Virginia, throughout the United States, and within the Eastern District of Virginia, and as set forth below, has committed and continues to commit, tortious acts of patent infringement within and outside of Virginia and within the Eastern District of Virginia.  Further, Cisco directly or indirectly uses, distributes, markets, sells, and/or offer to sells throughout the United States, including in this judicial district, various telecommunication products, including networking switches, routers, and cloud products.

### JURISDICTION AND VENUE

4.    This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code.  This Court has exclusive subject matter jurisdiction over this case for patent infringement under 28 U.S.C. § 1338.

5.    This Court has personal jurisdiction over Cisco.  Cisco has conducted and does conduct business within the State of Virginia.  Cisco maintains a regular and established place of business in this District through a permanent physical facility located at 1051 East

Cary Street 5th Floor, Richmond, Virginia 23219.   Cisco, directly or through subsidiaries or intermediaries (including distributors, retailers, and others), ships, distributes, offers for sale, sells, and advertises (including the provision of an interactive web page) their products and/or services in the United States, the State of Virginia, and the Eastern District of Virginia. Cisco, directly and through subsidiaries or intermediaries (including distributors, retailers, and others), has purposefully and voluntarily placed one or more of their infringing products and/or services, as described below, into the stream of commerce with the expectation that they will be purchased and used by consumers in the Eastern District of Virginia.  These infringing products and/or services have been and continue to be purchased and used by consumers in the Eastern District of Virginia.  Cisco has committed acts of patent infringement within the State of Virginia and, more particularly, within the Eastern District of Virginia.

6.      Venue is proper in the Eastern District of Virginia under 28 U.S.C. §§ 1391 and 1400(b).  Cisco has transacted business in this District, and has directly committed acts of patent infringement in this District, and has a regular and established place of business in this District. Cisco maintains several regular and established place of business in this District described above.  Centripetal is informed and believes that Cisco employs a number of personnel in this District, including personnel involved in Cisco's infringement by at least through the testing, demonstration, support, use, offer for sale, and sale of the accused products and services within Virginia.

## CENTRIPETAL'S INNOVATIONS

7.      Centripetal was founded in 2009.  Centripetal is the forerunner in developing cybersecurity technologies capable of fully operationalizing and automating threat intelligence

at scale.  These technologies protect organizations form advanced threats by extrapolating every and any threat intelligence feed and applying advanced packet filtering at the network edge to prevent unwanted traffic from hitting an organization's network.  Centripetal has been awarded, and continues to prosecute, numerous patents covering innovations in the United States and around the world resulting directly from Centripetal's research and development efforts.

8.      Centripetal built and sold software and appliances for network security using these patented technologies.  Centripetal's CleanINTERNET® solution utilizes its patented Threat Intelligence Gateway, which allows organizations to eradicate threats based on threat intelligence enforcement and furthermore, focuses on investigating the 10% of unknown threats.

## Centripetal's Threat Intelligence Gateway solutions are available to enterprise teams as a service, on-premise or virtually.



9.      Centripetal's Threat Intelligence Gateway includes the RuleGATE 2000 Gateway series, which "are ultra-high performance threat intelligence gateways with real-time attack visualization and analytics."  *See* https://cdn2.hubspot.net/hubfs/3851017/Centripetal_Networks_September2017/PDF/CNI-

RuleGATE2000-V0-2.pdf?t=1518206754723, attached hereto as Exhibit 1.

10.   Centripetal is recognized as an innovative technology company.  Centripetal was named the SINET 16 Innovator for 2017 at the SINET Showcase in Washington D.C. Gartner, the world's leading research and advisory company, recognized Centripetal as a Cool Vendor in Security for Technology and Service Providers in 2017.

## CENTRIPETAL'S ASSERTED PATENTS

11.   On July 20, 2017, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,686,193 (the "'193 Patent"), entitled "Filtering Network Data Transfers."   A true and correct copy of the '193 Patent is attached hereto as Exhibit 2.

12.   The '193 Patent is generally directed towards computer networks, and more particularly, provides a system to protect computer networks from network threats.  One of the ways this is accomplished is filtering network data packet transfers based on one or more rules to facilitate the protection of computers and networks from network threats.

13.   On January 31, 2017, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,560,176 (the "'176 Patent"), entitled "Correlating Packets in Communications Networks."  A true and correct copy of the '176 Patent is attached hereto as Exhibit 3.

14.   The '176 Patent is generally directed towards computer networks, and more particularly, provides a system to improve the flow of data packets transferring between networks.  One of the ways this is accomplished is generating log entries corresponding to the data packets and utilizing the log entries and the packets to correlate the packets transferred between the networks.

15.   On January 31, 2017, the United States Patent and Trademark Office duly

and legally issued U.S. Patent No. 9,560,077 (the "'077 Patent"), entitled "Methods and Systems for Protecting a Secured Network."  A true and correct copy of the '077 Patent is attached hereto as Exhibit 4.

16.     The '077 Patent is generally directed towards computer networks, and more particularly, provides a system to protect computer networks from attacks.  One of the ways this is accomplished is filtering network data packet transfers based on dynamic security policies to facilitate the protection of computers and networks from network threats.

17.     On August 9, 2016, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,413,722 (the "'722 Patent"), entitled "Rule-Based Network- Threat Detection."  A true and correct copy of the '722 Patent is attached hereto as Exhibit 5.

18.     The '722 Patent is generally directed towards computer networks, and more particularly, provides a system to protect computer networks from network threats.  One of the ways this is accomplished is filtering network data packet transfers based on one or more rules corresponding to one or more network-threat indicators to facilitate the protection of computers and networks from network threats.

19.     On December 1, 2015, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,203,806 (the "'806 Patent"), entitled "Rule Swapping in a Packet Network."  A true and correct copy of the '806 Patent is attached hereto as Exhibit 6.

20.     The '806 Patent is generally directed towards computer networks, and more particularly, provides a system to protect computer networks from network threats.  One of the ways this is accomplished is processing network data packet transfers based on one or more

rule sets to facilitate the protection of computers and networks from network threats.

21.     On October 13, 2015, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,160,713 (the "'713 Patent"), entitled "Filtering Network Data Transfers." A true and correct copy of the '713 Patent is attached hereto as Exhibit 7.

22.     The '713 Patent is generally directed towards computer networks, and more particularly, provides a system to protect computer networks from network threats. One of the ways this is accomplished is filtering network data packet transfers based on one or more rules to facilitate the protection of computers and networks from network threats.

23.     On September 1, 2015, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,124,552 (the "'552 Patent"), entitled "Filtering Network Data Transfers." A true and correct copy of the '552 Patent is attached hereto as Exhibit 8.

24.     The '552 Patent is generally directed towards computer networks, and more particularly, provides a system to protect computer networks from network threats. One of the ways this is accomplished is filtering network data packet transfers based on one or more rules to facilitate the protection of computers and networks from network threats.

25.     On February 7, 2017, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,565,213 (the "'213 Patent"), entitled "Methods and Systems for Protecting a Secured Network." A true and correct copy of the '213 Patent is attached hereto as Exhibit 9.

26.     The '213 Patent is generally directed towards computer networks, and more particularly, provides a system to protect computer networks from attacks. One of the ways

this is accomplished is filtering network data packet transfers based on dynamic security policies to facilitate the protection of computers and networks from network threats.

27.     On September 15, 2015, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,137,205 (the " '205 Patent"), entitled "Methods and Systems for Protecting a Secured Network."  A true and correct copy of the '205 Patent is attached hereto as Exhibit 10.

28.     The '205 Patent is generally directed towards computer networks, and more particularly, provides a system to protect computer networks from attacks.  One of the ways this is accomplished is filtering network data packet transfers based on dynamic security policies to facilitate the protection of computers and networks from network threats.

29.     On June 6, 2017, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,674,148 (the " '148 Patent"), entitled "Rule Swapping in a Packet Network."  A true and correct copy of the '148 Patent is attached hereto as Exhibit 11.

30.     The '148 Patent is generally directed towards computer networks, and more particularly, provides a system to protect computer networks from network threats.  One of the ways this is accomplished is processing network data packet transfers based on one or more rule sets to facilitate the protection of computers and networks from network threats.

31.     Centripetal owns by assignment the entire right, title, and interest in and to the '193 Patent, the '176 Patent, the '077 Patent, the '722 Patent, the '806 Patent, the '713 Patent, the '552 Patent, the '213 Patent, the '205 Patent, and the '148 Patent (collectively, "the Asserted Patents").

32.     All of the Asserted Patents are valid and enforceable.

## CISCO PRODUCTS

33.     Cisco is a multi-billion dollar company which offers networking products for networks of all sizes.  A major portion of Cisco's product line focuses on enterprise grade switches, routers, and cloud products.

34.     Cisco makes, uses, sells, offers for sale, and/or imports into the United States and this District, products and services that utilize Cisco's IOS XE 16.6 Networking Software, including but not limited to Cisco's Catalyst Switches (the "Accused Catalyst Products"), Cisco's ASR and ISR Series Routers (the "Accused Router Products").  *See* https://www.cisco.com/c/en/us/products/switches/index.html, attached hereto as Exhibit 12; *see also* https://www.cisco.com/c/en/us/products/routers/index.html attached hereto as Exhibit 13.

35.     Cisco makes, uses, sells, offers for sale, and/or imports into the United States and this District, Cisco ASA with FirePOWER Services Products (the "Accused ASA Products").  *See* https://www.cisco.com/c/en/us/products/security/asa-firepower-services/index.html, attached hereto as Exhibit 14.

36.     Cisco also makes, uses, sells, offers for sale, and/or imports into the United States and this District, Cisco's Stealthwatch products.  *See* https://www.cisco.com/c/en/us/products/security/stealthwatch/index.html, attached hereto as Exhibit 15.

## CISCO SWITCH AND ROUTER PRODUCTS

37.     The Accused Catalyst Products include the Catalyst 9400 series and Catalyst 9300 series switches.  The Catalyst series switches include C9300-24T, C9300-48T, C9300-24P, C9300-48P, C9300-24U, C9300-48U, C9300-24UX, C9300-48UXM, C9300-NM-4G, C9300-NM-8X, C9300-NM-2Q, C9407R, C9410R, C9407R, C9400-LC-48U, C9400-LC-48T,

C9400-LC-48UX, and C9400-LC-24XS.  *See*

https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9300-series-switches/datasheet-c78-738977.pdf, attached hereto at Exhibit 16; *see also*

https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9400-series-switches/datasheet-c78-739053.pdf, attached hereto as Exhibit 17.

38.     The Accused Router Products include the ASR 1001-X, ASR 1002-X, ASR 1001-HX, ASR 1002-HX, ASR1000 RP2, ASR1000 RP3, ASR1000 ESP-40, Integrated Services Virtual Router (ISRv) including the 5000 Enterprise Network Compute System, and Cloud Services Router (CSR) 1000V.  *See*

https://www.cisco.com/c/dam/en/us/products/collateral/routers/asr-1000-series-aggregation-services-routers/at-a-glance-c45-612993.pdf, attached hereto as Exhibit 18; *see also*

https://www.cisco.com/c/en/us/products/collateral/routers/4000-series-integrated-services-routers-isr/datasheet-c78-732542.pdf, attached hereto as Exhibit 19.

39.     The Accused Catalyst Products and Accused Router Products are enterprise level networking products, which includes integrated security to address constantly evolving threats.  The Accused Catalyst Products and Accused Router Products operate with the Cisco IOS XE 16 operating system, and includes a number of technologies such as Encrypted Traffic Analytics ("ETA"), Digital Network Architecture ("DNA"), Software-Defined Access ("SD-Access"), policy-based automation, Application Visibility and Control ("AVC"), Next-Generation Network-Based Application Recognition ("NBAR2"), Hitless ACL updates, ACL Label-Sharing, DNS and SNI correlation, Policy management, and traffic filtering.

40.     ETA addresses cyberattacks, where nearly half are hidden in encrypted traffic. ETA analyzes data from Cisco switches, referred to as NetFlow, learning to spot anomalies

that could signal an incoming threat.  ETA identifies known threats in encrypted traffic –
without decrypting the traffic – resulting in a more secure and efficient network.

41.    The Accused Catalyst Products and Accused Router Products use SD-Access
and Cisco DNA technology to provide policy-based automation and network assurance from
edge to cloud.  Cisco DNA applies policies at the network edge to monitor suspicious activity
in both encrypted and decrypted traffic.  DNA also provides analytics and data displayed in an
interactive user interface.  As shown below, DNA provides automation, which allows policies
to be automatically provisioned to multiple devices in the network.  *See*
https://www.cisco.com/c/dam/en/us/solutions/collateral/enterprise-networks/digital-network-
architecture/top6-cte-amer.pdf?oid=ifgen000258, attached hereto as Exhibit 20.



https://www.cisco.com/c/en/us/products/cloud-systems-management/dna-
center/index.html#~stickynav=1, attached hereto as Exhibit 21, at 5.

42.    The Accused Catalyst Products and Accused Router Products include AVC,

which performs deep packet inspection ("DPI") to identify applications running through the network.  AVC works in conjunction with NetFlow to gauge application usage and performance statistics, which is useful for analytics and security policies.

**Figure 1.** Cisco AVC Solution



https://www.cisco.com/c/dam/en/us/solutions/collateral/enterprise-networks/unified-wan-services/at_a_glance_c45-649117.pdf, attached hereto as Exhibit 22, at 1.

43.    The Accused Catalyst Products and Accused Router Products use data collected by AVC to generate and provide reports using the Cisco Insight Reporter.



*See* Miercom-Report-Cisco-vs-Huawei-Network-Architecture-DR170921G.pdf, attached hereto as Exhibit 23, at 20.

44.    The Accused Catalyst Products and Accused Router Products include packet filtering rules to control the flow of network traffic.  Management of packet filtering rules may be automated.  Such packet filtering rules may be implemented using Access Control Lists ("ACL"), and automation allows packets to be dropped or forwarded to another network.

**Example: Default Action of Dropping IP Packets and Forwarding MAC Packets**

In this example, the VLAN map has a default action of drop for IP packets and a default action of forward for MAC packets. Used with standard ACL 101 and extended named access lists **igmp-match** and **tcp-match**, the map will have the following results:

- Forward all UDP packets
- Drop all IGMP packets
- Forward all TCP packets
- Drop all other IP packets
- Forward all non-IP packets

(Security Configuration Guide, Cisco IOS XE Everest 16.5.1a (Catalyst 9300 Switches)). https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9300/software/release/16-5/configuration_guide/sec/b_165_sec_9300_cg.pdf, attached hereto as Exhibit 24, at 200.



Figure 15: Using VLAN Maps to Control Traffic

*Id.* at 209.

45.    The Accused Catalyst Products and Accused Router Products include ACLs, which are configurable to prevent from continuing toward a destination based on one or more criteria.

## Configuration Examples for ACLs and VLAN Maps

### Example: Creating an ACL and a VLAN Map to Deny a Packet

This example shows how to create an ACL and a VLAN map to deny a packet. In the first map, any packets that match the *ip1* ACL (TCP packets) would be dropped. You first create the *ip1* ACL to permit any TCP packet and no other packets. Because there is a match clause for IP packets in the VLAN map, the default action is to drop any IP packet that does not match any of the match clauses.

```
Device(config)# ip access-list extended ip1
Device(config-ext-nacl)# permit tcp any any
Device(config-ext-nacl)# exit
Device(config)# vlan access-map map_1 10
Device(config-access-map)# match ip address ip1
Device(config-access-map)# action drop
```

### Example: Creating an ACL and a VLAN Map to Permit a Packet

This example shows how to create a VLAN map to permit a packet. ACL *ip2* permits UDP packets and any packets that match the *ip2* ACL are forwarded. In this map, any IP packets that did not match any of the previous ACLs (that is, packets that are not TCP packets or UDP packets) would get dropped.

```
Device(config)# ip access-list extended ip2
Device(config-ext-nacl)# permit udp any any
Device(config-ext-nacl)# exit
Device(config)# vlan access-map map_1 20
Device(config-access-map)# match ip address ip2
Device(config-access-map)# action forward
```

*Id.* at 200.

46.   The Accused Catalyst Products and Accused Router Products provide logging information regarding packet filtering rules and network-threat indicators.

## Examples: ACL Logging

Two variations of logging are supported on router ACLs. The **log** keyword sends an informational logging message to the console about the packet that matches the entry; the **log-input** keyword includes the input interface in the log entry.

In this example, standard named access list *stan1* denies traffic from 10.1.1.0 0.0.0.255, allows traffic from all other sources, and includes the **log** keyword.

```
Device(config)# ip access-list standard stan1
Device(config-std-nacl)# deny 10.1.1.0 0.0.0.255 log
Device(config-std-nacl)# permit any log
Device(config-std-nacl)# exit
Device(config)# interface gigabitethernet1/0/1
Device(config-if)# ip access-group stan1 in
Device(config-if)# end
Device# show logging
Syslog logging: enabled (0 messages dropped, 0 flushes, 0 overruns)
    Console logging: level debugging, 37 messages logged
    Monitor logging: level debugging, 0 messages logged
    Buffer logging: level debugging, 37 messages logged
    File logging: disabled
    Trap logging: level debugging, 39 message lines logged

Log Buffer (4096 bytes):

00:00:48: NTP: authentication delay calculation problems

<output truncated>

00:09:34:%SEC-6-IPACCESSLOGS:list stan1 permitted 0.0.0.0 1 packet
00:09:59:%SEC-6-IPACCESSLOGS:list stan1 denied 10.1.1.15 1 packet
00:10:11:%SEC-6-IPACCESSLOGS:list stan1 permitted 0.0.0.0 1 packet
```

*Id.* at 198-99.

47.     The Accused Catalyst Products and Accused Router Products include Multi-

layer Machine Learning to receive packets at multiple OSI layers.



Figure 3. Stealthwatch Enterprise Multi-layer Machine Learning

(Cisco Encrypted Traffic Analytics White Paper).
https://www.cisco.com/c/dam/en/us/solutions/collateral/enterprise-networks/enterprise-network-security/nb-09-encrytd-traf-anlytcs-wp-cte-en.pdf, attached hereto as Exhibit 25, at 5.

48.     The Accused Catalyst Products and Accused Router Products include policy-

based automation, which allows provision of multiple devices using "policy-based automation from edge to cloud with foundational capabilities":

> The Cisco® Digital Network Architecture (DNA) with Software Defined Access (SD-Access) is the network fabric that powers business. Cisco DNA is an open and extensible, software-driven architecture that accelerates and simplifies your enterprise network operations. The programmable architecture frees your IT staff from time consuming, repetitive network configuration tasks so they can focus instead on innovation that positively transforms your business. SD-Access enables policy-based automation from edge to cloud with foundational capabilities. These include:
>
> - Simplified device deployment
> - Unified management of wired and wireless networks
> - Network virtualization and segmentation
> - Group-based policies
> - Context-based analytics

(Cisco Catalyst Data Sheet).
https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9400-series-switches/datasheet-c78-739053.pdf, attached hereto as Exhibit 17, at 1.

49.    The Accused Catalyst Products and Accused Router Products include ports which receive packets via communication interfaces that do not have network-layer addresses. Furthermore, the Accused Catalyst Products and Accused Router Products include ports which receive packets via communication interfaces that do have network-layer addresses.

## Management Ports

> The management ports connect the switch to a PC running Microsoft Windows or to a terminal server.
>
> - Ethernet management port. See Ethernet Management Port, on page 18.
> - RJ-45 console port (EIA/TIA-232). See RJ-45 Console Port, on page 19.
> - USB mini-Type B console port (5-pin connector).
>
> The 10/100/1000 Ethernet management port connection uses a standard RJ-45 crossover or straight-through cable. The RJ-45 console port connection uses the supplied RJ-45-to-DB-9 female cable. The USB console port connection uses a USB Type A to 5-pin mini-Type B cable. The USB console interface speeds are the same as the RJ-45 console interface speeds.
>
> If you use the USB mini-Type B console port, the Cisco Windows USB device driver must be installed on any PC connected to the console port (for operation with Microsoft Windows). Mac OS X or Linux do not require special drivers.
>
> The 4-pin mini-Type B connector resembles the 5-pin mini-Type B connectors. They are not compatible. Use only the 5-pin mini-Type B.

(Cisco Catalyst 9300 Series Switches Hardware Installation Guide).
https://www.cisco.com/c/en/us/td/docs/switches/lan/catalyst9300/hardware/install/b_c9300_hi

g.pdf, attached hereto as Exhibit 26, at 5.

## CISCO STEALTHWATCH PRODUCTS

50.     Cisco Stealthwatch Products include Cisco Stealthwatch Endpoint License and

Stealthwatch Cloud (the "Accused Stealthwatch Products").  *See*

https://www.cisco.com/c/en/us/products/collateral/security/stealthwatch/datasheet-c78-

739398.pdf, attached hereto as Exhibit 27.

51.     Cisco Stealthwatch Enterprise is a scalable solution to provide visibility and

security analytics in an enterprise network.  Stealthwatch Cloud is available as a cloud

solution.  Stealthwatch uses machine learning and behavioral modeling to detect threats and

protect critical data in the network.

52.     Stealthwatch also includes ETA, DNA with SD-Access, and AVC, discussed

above.

53.     Stealthwatch also includes Cognitive Threat Analytics ("CTA"), which

pinpoints attacks before they can exfiltrate data.  CTA analyzes data from multiple sources and

uses machine learning techniques to identify malicious activity.  CTA provides threat

summaries in an interactive user interface, and also works with ETA to detect malware in

encrypted traffic. *See*

https://www.cisco.com/c/dam/en/us/products/collateral/security/cognitive-threat-analytics/at-a-

glance-c45-736555.pdf, attached hereto as Exhibit 28.

Figure 4. Stealthwatch security insight dashboard

(Cisco Encrypted Traffic Analytics White Paper).
https://www.cisco.com/c/dam/en/us/solutions/collateral/enterprise-networks/enterprise-network-security/nb-09-encrytd-traf-anlytcs-wp-cte-en.pdf, attached hereto as Exhibit 25, at 6.

54.     CTA "[a]nalyz[es] more than 10 billion web requests daily, [and] finds malicious activity that has bypassed security controls, or entered through unmonitored channels (including removable media), and is operating inside an organization's environment. Cognitive Threat Analytics is a cloud-based product that uses machine learning and statistical modeling of networks. It creates a baseline of the traffic in your network and identifies anomalies. It analyzes user and device behavior, and web traffic, to discover command-and-control communications, data exfiltration, and potentially unwanted applications operating in your infrastructure (Figure 1)."



https://www.cisco.com/c/en/us/products/collateral/security/cognitive-threat-analytics/datasheet-c78-736557.html, attached hereto as Exhibit 29, at 1.

55. CTA "is integrated with Cisco AMP Threat Grid. When CTA independently detects command-and-control communication in the web channel, it queries the AMP Threat Grid database and correlates the indicators of compromise with the millions of malware artifacts seen by AMP Threat Grid to identify the malware that caused the anomaly." *Id.* at 2. CTA also provides Automated Response and "integrates with existing security monitoring technologies, including Security Information and Event Management (SIEM) platforms. Organizations can integrate and automate their response with an established workflow." *Id.*

56. As shown below, Stealthwatch may receive and filter packets based on packet filtering rules. Stealthwatch may identify packets received by a network device from a host machine in one network and generate log entries corresponding to those packets.



Figure 3. Stealtwatch Enterprise Multi–layer Machine Learning

(Cisco Encrypted Traffic Analytics White Paper). https://www.cisco.com/c/dam/en/us/solutions/collateral/enterprise-networks/enterprise-network-security/nb-09-encrytd-traf-anlytcs-wp-cte-en.pdf, attached hereto as Exhibit 25, at 5.

## CISCO ASA WITH FIREPOWER SERVICES PRODUCTS

57.     The Accused ASA Products include Cisco ASA 5506-X, Cisco ASA 5506W-X, Cisco ASA 5506H-X, Cisco ASA 5508-X, Cisco ASA 5516-X, Cisco ASA 5512-X, Cisco ASA 5515-X, Cisco ASA 5525-X, Cisco ASA 5545-X, Cisco ASA 5555-X, Cisco ASA 5585-X SSP-10, Cisco ASA 5585-X SSP-20, Cisco ASA 5585-X SSP-40, Cisco ASA 5585-X SSP-60, Cisco ASA 5585-X SSP EP 10/40, and Cisco ASA 5585-X SSP EP 20/60, as described in https://www.cisco.com/c/en/us/products/security/asa-firepower-services/index.html, attached hereto as Exhibit 14.

58.     Cisco ASA with FirePOWER Services is a security appliance, also known as a Next Generation Firewall ("NGFW"), designed to protect organizations from cyber attacks. The Cisco ASA with FirePOWER Services includes technologies such as unified security services and task automation, CTA, AVC, Adaptive Security Device Manager ("ASDM"), and

Transactional Commit Modeling.

59.     Cisco ASA with FirePOWER Services includes Transactional-Commit Modeling, which is "a new feature for rule updation" of ACL rules.  With Transactional-Commit Modeling, "a rule update is applied after the rule compilation is completed; without affecting the rule matching performance.  With the legacy model, rule updates take effect immediately but rule matching slows down during the rule compilation period. This feature is useful to prevent potential packet drops during large compilation of rules under high traffic conditions."

Transactional-Commit Model

The ASA rule-engine supports a new feature for rule updation called the Transactional-Commit Model. When this feature is enabled, a rule update is applied after the rule compilation is completed; without affecting the rule matching performance. With the legacy model, rule updates take effect immediately but rule matching slows down during the rule compilation period. This feature is also useful to reduce the rule compilation time under two specific patterns of configurations:

• Preventing packet drops while compiling large rules during high traffic rates.
• Reducing rule compilation time while updating a large number of similar rules.

https://www.cisco.com/c/en/us/td/docs/security/asa/asa91/configuration/firewall/asa_91_firewall_config/access_rules.html, attached hereto as Exhibit 30, at 6-4.

## CISCO'S INFRINGEMENT OF CENTRIPETAL'S PATENTS

60.     Cisco has infringed and continues to infringe one or more claims of each of the Asserted Patents by engaging in acts that constitute infringement under 35 U.S.C. § 271, including but not necessarily limited to making, using, selling, and/or offering for sale, in this district and elsewhere in the United States, and/or importing into this district and elsewhere in the United States, the Accused Catalyst Products, the Accused Router Products, the Accused ASA Products, and the Accused Stealthwatch Products, alone or in conjunction with one another (collectively, "the Accused Products").

61.     In addition to directly infringing the Asserted Patents pursuant to 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents, or both, Cisco indirectly infringes all the Asserted Patents by instructing, directing and/or requiring others, including its

customers, purchasers, users, and developers, to perform all or some of the steps of the method claims, either literally or under the doctrine of equivalents, or both, of the Asserted Patents.

62.     Centripetal's products and services are marked with Centripetal's patents.  For example, Centripetal builds and sells RuleGATE 2000, a product which is marked with at least the '806 Patent, the '713 Patent, the '205 Patent, the '552 Patent, the '213 Patent, the '077 Patent, and the '176 Patent.

63.     Cisco has willfully infringed each of the Asserted Patents.  Centripetal is informed and believes that Cisco had knowledge of the Asserted Patents through various channels and despite its knowledge of Centripetal's patent rights, engaged in egregious behavior warranting enhanced damages.

64.     On or around 2014, Centripetal partnered with ThreatGRID, a company which included threat intelligence technology which Centripetal integrated with their patented products that used some of the Asserted Patents.  Cisco later acquired ThreatGRID in 2016. Centripetal is informed and believes that Cisco gained increased exposure to Centripetal's patented technology as a result of the acquisition of ThreatGRID. https://www.cisco.com/c/en/us/about/corporate-strategy-office/acquisitions/threatgrid.html, attached hereto as Exhibit 31.

65.     Centripetal is further informed and believes that, on or around January 2016, Cisco requested an introduction to Centripetal through a third party, Granite Hill Capital Partners.  Later, Centripetal received a point of contact introduction to Cisco from Granite Hill Capital Partners.

66.     In 2016, Cisco invited Centripetal to participate in Cisco Live, which is Cisco's partner conference – in which Centripetal was asked to demonstrate its technology in Cisco's

"Security Partner Village" booth.  On or around June 2016, Centripetal attended the Cisco Live conference and demonstrated its patented technology, including the RuleGATE Threat Intelligence Gateway product which encompasses at least some of the Asserted Patents.  Cisco currently lists Centripetal on its website located at www.cisco.com, as part of a "partner ecosystem" whose "[t]hreat intelligence platforms" use Threat Grid. https://www.cisco.com/c/en/us/products/security/threat-grid/integrations.html#~stickynav=2, attached hereto as Exhibit 32, at 3.

67.     Centripetal is informed and believes that despite Cisco's knowledge of the Asserted Patents and Centripetal's patented technology, Cisco made the deliberate decision to sell products and services that it knew infringes Centripetal's Asserted Patents.

68.     Centripetal is informed and believes that Cisco has undertaken no efforts to avoid infringement of the Asserted Patents, despite Cisco's knowledge and understanding that Cisco's products and services infringe these patents.  Thus, Cisco's infringement of Asserted Patents is willful and egregious, warranting enhancement of damages.

69.     Centripetal is informed and believes that Cisco knew or was willfully blind to Centripetal's technology.  Despite this knowledge and/or willful blindness, Cisco has acted with blatant and egregious disregard for Centripetal's patent rights with an objectively high likelihood of infringement.

## FIRST CAUSE OF ACTION
### (Direct Infringement of the '193 Patent pursuant to 35 U.S.C. § 271(a))

70.     Centripetal repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

71.     Cisco has infringed and continues to infringe Claims 1-20 of the '193 Patent in violation of 35 U.S.C. § 271(a).

72.     Cisco's infringement is based upon literal infringement or infringement under the doctrine of equivalents, or both.

73.     Cisco's acts of making, using, importing, selling, and/or offering for sale infringing products and services have been without the permission, consent, authorization, or license of Centripetal.

74.     Cisco's infringement includes the manufacture, use, sale, importation and/or offer for sale of Cisco's products and services, including but not limited to the Accused Catalyst Products, the Accused Router Products, and the Accused Stealthwatch Products, alone or in conjunction with one another (collectively, the "Accused '193 Products").

75.     The Accused '193 Products embody the patented invention of the '193 Patent and infringe the '193 Patent because they practice a method comprising:

receiving, by a computing system and from a computing device located in a first network, a plurality of packets, wherein the plurality of packets comprises a first portion of packets and a second portion of packets;

responsive to a determination by the computing system that the first portion of packets comprises data corresponding to criteria specified by one or more packet-filtering rules configured to prevent a particular type of data transfer from the first network to a second network, wherein the data indicates that the first portion of packets is destined for the second network:

applying, by the computing system and to each packet in the first portion of packets, a first operator, specified by the one or more packet-filtering rules, configured to drop packets associated with the particular type of data transfer; and

dropping, by the computing system, each packet in first portion of packets; and
responsive to a determination by the computing system that the second portion of packets
comprises data that does not correspond to the criteria wherein the data indicates that the second portion of packets is destined for a third network:

applying, by the computing system and to each packet in the second portion of packets, and without applying the one or more packet-filtering rules configured to prevent the particular type of data transfer from the first network to the second network, a second operator configured to forward packets not associated

with the particular type of data transfer toward the third network; and

forwarding, by the computing system, each packet in the second portion of packets toward the third network.

'193 Patent, Claim 1.

76.     As shown below, the Accused '193 Products perform the step of "receiving, by a computing system and from a computing device located in a first network, a plurality of packets, wherein the plurality of packets comprises a first portion of packets and a second portion of packets":



Figure 3. Stealthwatch Enterprise Multi-layer Machine Learning

(Cisco Encrypted Traffic Analytics White Paper).
https://www.cisco.com/c/dam/en/us/solutions/collateral/enterprise-networks/enterprise-network-security/nb-09-encrytd-traf-anlytcs-wp-cte-en.pdf, attached hereto as Exhibit 25, at 5.

77.     The Accused '193 Products include Cognitive Threat Analytics ("CTA"). CTA "[a]nalyz[es] more than 10 billion web requests daily, [and] finds malicious activity that has bypassed security controls, or entered through unmonitored channels (including removable media), and is operating inside an organization's environment. Cognitive Threat Analytics is a

cloud-based product that uses machine learning and statistical modeling of networks. It creates

a baseline of the traffic in your network and identifies anomalies. It analyzes user and device

behavior, and web traffic, to discover command-and-control communications, data exfiltration,

and potentially unwanted applications operating in your infrastructure (Figure 1)."



https://www.cisco.com/c/en/us/products/collateral/security/cognitive-threat-analytics/datasheet-c78-736557.html, attached hereto as Exhibit 29, at 1.

78.     CTA "is integrated with Cisco AMP Threat Grid. When CTA independently

detects command-and-control communication in the web channel, it queries the AMP Threat

Grid database and correlates the indicators of compromise with the millions of malware

artifacts seen by AMP Threat Grid to identify the malware that caused the anomaly."  *Id.* at 2.

CTA also provides Automated Response and "integrates with existing security monitoring

technologies, including Security Information and Event Management (SIEM) platforms.

Organizations can integrate and automate their response with an established workflow."  *Id.*

79.     As shown below, the Accused '193 Products perform  the  step  of "responsive

to a determination by the computing system that the first portion of packets comprises data

corresponding to criteria specified by one or more packet-filtering rules configured to prevent a particular type of data transfer from the first network to a second network, wherein the data indicates that the first portion of packets is destined for the second network: applying, by the computing system and to each packet in the first portion of packets, a first operator, specified by the one or more packet-filtering rules, configured to drop packets associated with the particular type of data transfer; and dropping, by the computing system, each packet in first portion of packets." '193 Patent, Claim 1. As shown below, the Accused '193 Products "turns the network into an end-to-end sensor and enforcer that detects, contains and prevents emerging sophisticated security threats":

## Conclusion

In summary, the network is now an even more advanced security sensor, capable of detecting threats in encrypted traffic. A Cisco Digital Network Architecture-ready infrastructure turns the network into an end-to-end sensor and enforcer that detects, contains and prevents emerging, sophisticated security threats.

(Cisco Encrypted Traffic Analytics White Paper). https://www.cisco.com/c/dam/en/us/solutions/collateral/enterprise-networks/enterprise-network-security/nb-09-encrytd-traf-anlytcs-wp-cte-en.pdf., attached hereto as Exhibit 25, at 8.

80.     Further, the Accused '193 Products perform the step of "responsive to a determination by the computing system that the second portion of packets comprises data that does not correspond to the criteria wherein the data indicates that the second portion of packets is destined for a third network: applying, by the computing system and to each packet in the second portion of packets, and without applying the one or more packet-filtering rules configured to prevent the particular type of data transfer from the first network to the second network, a second operator configured to forward packets not associated with the particular type of data transfer toward the third network; and forwarding, by the computing system, each packet in the second portion of packets toward the third network." '193 Patent, Claim 1. As

shown below, the Accused '193 Products "correlate traffic with global threat behaviors to automatically identify infected hosts, command and control communication and suspicious traffic":



*Id.* at 5.

81.     The Accused '193 Products include Cognitive Threat Analytics ("CTA"). CTA "[a]nalyz[es] more than 10 billion web requests daily, [and] finds malicious activity that has bypassed security controls, or entered through unmonitored channels (including removable media), and is operating inside an organization's environment. Cognitive Threat Analytics is a cloud-based product that uses machine learning and statistical modeling of networks. It creates a baseline of the traffic in your network and identifies anomalies. It analyzes user and device behavior, and web traffic, to discover command-and-control communications, data exfiltration, and potentially unwanted applications operating in your infrastructure (Figure 1)."



https://www.cisco.com/c/en/us/products/collateral/security/cognitive-threat-analytics/datasheet-c78-736557.html, attached hereto as Exhibit 29, at 1.

82.     CTA "is integrated with Cisco AMP Threat Grid. When CTA independently detects command-and-control communication in the web channel, it queries the AMP Threat Grid database and correlates the indicators of compromise with the millions of malware artifacts seen by AMP Threat Grid to identify the malware that caused the anomaly."  *Id.* at 2. CTA also provides Automated Response and "integrates with existing security monitoring technologies, including Security Information and Event Management (SIEM) platforms. Organizations can integrate and automate their response with an established workflow."  *Id.*

83.     The Accused '193 Products use "[t]raditional flow monitoring, as implemented in the Cisco® Network as a Sensor (NaaS) solution and through the use of NetFlow, provides a high-level view of network communications by reporting the addresses, ports, and byte and packet counts of a flow. In addition, *intraflow metadata*, or information about events that occur inside of a flow, can be collected, stored, and analyzed within a flow monitoring framework. This data is especially valuable when traffic is encrypted, because deep-packet inspection is no

longer viable. This intraflow metadata, called *Encrypted Traffic Analytics* (ETA), is derived by using new data elements or telemetry that are independent of protocol details, such as the lengths and arrival times of packets within a flow. These data elements have the property of applying equally well to both encrypted and unencrypted flows.  ETA focuses on identifying malware communications in encrypted traffic through passive monitoring, the extraction of relevant data elements, and supervised machine learning with cloud based global visibility. ETA extracts three main data elements: the initial data packet, the sequence of packet length and times, and TLS-specific features."  (Encrypted Traffic Analytics Deployment Guide). CVD-Encrypted-Traffic-Analytics-Deployment-Guide-2017DEC.pdf, attached hereto as Exhibit 33, at 1.

# Appendix A: ETA Data Elements

| Data Element Name | Description |
|---|---|
| Sequence of Packet Lengths and Times | An array of LENGTH values followed by an array of INTERARRIVAL TIME values describing the first N packets of a flow that carry application payload. Each LENGTH is encoded as a 16-bit integer to form a 20-byte array. Immediately following this, each INTERARRIVAL TIME is encoded as a 16-bit integer to form another 20-byte array. |
| Initial data packet | The content of the first packet of this flow that contains actual payload data, starting at the beginning of the IP header. |
| TLS records | An array of LENGTH values, followed by an array of INTERARRIVAL TIME values, followed by an array of CONTENT TYPE values, followed by an array of HANDSHAKE TYPE values. These arrays describe the first N records of a TLS flow. |
| TLS record lengths | A sequence of record lengths for up to the first N records of a TLS flow. |
| TLS record times | A sequence of TLS interarrival times for up to the first N records of a TLS flow. |
| TLS content types | A sequence of ContentType values for up to the first N records of a TLS flow. |
| TLS handshake types | A sequence of HandshakeType values for up to the first N records of a TLS flow. |
| TLS cipher suites | A list of up to N cipher suites offered by the client, or selected by the server in a TLS flow. |
| TLS extensions | An array of LENGTH values followed by an array of EXTENSION TYPE values describing the TLS extensions observed in the Hello message for a TLS flow. |
| TLS extension lengths | A list of extension lengths for up to the first N TLS extensions observed in the TLS Hello message for a flow. |
| TLS extension types | A list of extension types for up to the first N TLS extensions observed in the TLS Hello message for a flow. |
| TLS version | The TLS version number observed in the TLS Hello message for a flow. |
| TLS key length | The length of the client key observed in the TLS ClientKeyExchange message. |
| TLS session ID | The session ID value observed (if any) in the TLS Hello message for a flow. |
| TLS random | The random value observed in the TLS Hello message for this flow. |

*Id.* at 60.

84.     The Accused '193 Products use "NetFlow, proxy servers, endpoint telemetry, policy and access engines, traffic segmentation and more to establish baseline 'normal' behavior for hosts and users across the enterprise. Stealthwatch can correlate traffic with global threat behaviors to automatically identify infected hosts, command and control communication and suspicious traffic. Stealthwatch maintains a global risk map – a very broad behavioral profile about servers on the Internet, identifying servers that are related to attacks, may be exploited, or may be used as a part of an attack in the future (Figure 3). This is not a blacklist, but a holistic picture from a security perspective. Stealthwatch analyzes the new encrypted

traffic data elements in enhanced NetFlow by applying machine learning and statistical

modeling. The global risk map and Encrypted Traffic Analytics data elements reinforce using

advance security analytics. Rather than decrypting the traffic, Stealthwatch uses machine

learning algorithms to pinpoint malicious patterns in encrypted traffic to help identify threats

and improve incident response." (Cisco Encrypted Traffic Analytics White Paper).

https://www.cisco.com/c/dam/en/us/solutions/collateral/enterprise-networks/enterprise-

network-security/nb-09-encrytd-traf-anlytcs-wp-cte-en.pdf, attached hereto as Exhibit 25, at 5.

85.     As a result of Cisco's unlawful activities, Centripetal has suffered and will

continue to suffer irreparable harm for which there is no adequate remedy at law.  Accordingly,

Centripetal is entitled to preliminary and/or permanent injunctive relief.

86.     Cisco's infringement of the '193 Patent has injured and continues to injure

Centripetal in an amount to be proven at trial.

87.     Cisco has willfully infringed each of the Asserted Patents.  Centripetal is

informed and believes that Cisco had knowledge of the Asserted Patents through various

channels and despite its knowledge of Centripetal's patent rights, engaged in egregious

behavior warranting enhanced damages.

88.     On or around 2014, Centripetal partnered with ThreatGRID, a company which

included threat intelligence technology which Centripetal integrated with their patented

products that used some of the Asserted Patents.  Cisco later acquired ThreatGRID in 2016.

Centripetal is informed and believes that Cisco gained increased exposure to Centripetal's

patented technology as a result of the acquisition of ThreatGRID.

https://www.cisco.com/c/en/us/about/corporate-strategy-office/acquisitions/threatgrid.html,

attached hereto as Exhibit 31.

89.     Centripetal is further informed and believes that, on or around January 2016, Cisco requested an introduction to Centripetal through a third party, Granite Hill Capital Partners.  Later, Centripetal received a point of contact introduction to Cisco from Granite Hill Capital Partners.

90.     In 2016, Cisco invited Centripetal to participate in Cisco Live, which is Cisco's partner conference – in which Centripetal was asked to demonstrate its technology in Cisco's "Security Partner Village" booth.  On or around June 2016, Centripetal attended the Cisco Live conference and demonstrated its patented technology, including the RuleGATE Threat Intelligence Gateway product which encompasses at least some of the Asserted Patents.  Cisco currently lists Centripetal on its website located at www.cisco.com, as part of a "partner ecosystem" whose "[t]hreat intelligence platforms" use Threat Grid. https://www.cisco.com/c/en/us/products/security/threat-grid/integrations.html#~stickynav=2, attached hereto as Exhibit 32, at 3.

91.     Cisco thus knew or, in the alternative, was willfully blind to Centripetal's technology and its Asserted Patents.

92.     Cisco's infringement of the '193 Patent is egregious.  Despite this knowledge, Centripetal is informed and believes that Cisco deliberately copied Centripetal's patented technology, which it implemented into its products and services, such as Centripetal's CleanINTERNET service and Threat Intelligence Gateway, including the RuleGATE 2000. The blatant copying of Centripetal's patented technology is egregious behavior warranting a finding of willful infringement and enhanced damages.

93.     This further demonstrates that Cisco knew or, in the alternative, was willfully blind to Centripetal's Asserted Patents. Despite this knowledge and/or willful blindness, Cisco

has acted with blatant and egregious disregard for Centripetal's patent rights with an objectively high likelihood of infringement.

94.     Centripetal is informed and believes that Cisco has undertaken no efforts to design these products or services around the '193 Patent to avoid infringement despite Cisco's knowledge and understanding that its products and services infringe the '193 Patent.  As such, Cisco has acted and continues to act recklessly, willfully, wantonly, deliberately, and egregiously engage in acts of infringement of the '193 Patent, justifying an award to Centripetal of increased damages under 35 U.S.C. § 284, and attorneys' fees and costs incurred under 35 U.S.C. § 285.

### SECOND CAUSE OF ACTION
**(Indirect Infringement of the '193 Patent pursuant to 35 U.S.C. § 271(b))**

95.     Centripetal repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

96.     Cisco has induced and continues to induce infringement of one or more claims of the '193 Patent under 35 U.S.C. § 271(b).

97.     In addition to directly infringing the '193 Patent, Cisco indirectly infringes the '193 Patent pursuant to 35 U.S.C. § 271(b) by instructing, directing and/or requiring others, including its customers, purchasers, users, and developers, to perform one or more of the steps of the method claims, either literally or under the doctrine of equivalents, of the '193 Patent, where all the steps of the method claims are performed by either Cisco, its customers, purchasers, users or developers, or some combination thereof.  Cisco knew or was willfully blind to the fact that it was inducing others, including customers, purchasers, users or developers, to infringe by practicing, either themselves or in conjunction with Cisco, one or more method claims of the '193 Patent, including Claims 1-17 and 20.

98.     Cisco knowingly and actively aided and abetted the direct infringement of the '193 Patent by instructing and encouraging its customers, purchasers, users and developers to use the '193 Accused Products.  Such instructions and encouragement include, but are not limited to, advising third parties to use the '193 Accused Products in an infringing manner, providing a mechanism through which third parties may infringe the '193 Patent, specifically through the use of the Accused Catalyst Products, the Accused Router Products, and the Accused Stealthwatch Products, alone or in conjunction with one another, and by advertising and promoting the use of the '193 Accused Products in an infringing manner, and distributing guidelines and instructions to third parties on how to use the '193 Accused Products in an infringing manner.

99.     Cisco updates and maintains an HTTP site with Cisco's quick start guides, administration guides, user guides, operating instructions, blogs, white papers, data sheets and training certification programs which cover in depth aspects of operating Cisco's offerings. *See* https://www.cisco.com/c/en/us/support/switches/catalyst-9300-series-switches/tsd-products-support-series-home.html, attached hereto as Exhibit 34;

https://www.cisco.com/c/en/us/support/switches/catalyst-9400-series-switches/tsd-products-support-series-home.html, attached hereto as Exhibit 35;

https://www.cisco.com/c/en/us/support/switches/catalyst-9500-series-switches/tsd-products-support-series-home.html, attached hereto as Exhibit 36;

https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9300-series-switches/datasheet-c78-738977.pdf, attached hereto as Exhibit 16; *see also* https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9400-series-switches/datasheet-c78-739053.pdf, attached hereto as Exhibit 17;

https://www.cisco.com/c/en/us/support/routers/index.html, attached hereto as Exhibit 37; *see also* https://www.cisco.com/c/dam/en/us/products/collateral/routers/asr-1000-series-aggregation-services-routers/at-a-glance-c45-612993.pdf, attached hereto as Exhibit 18; *see also* https://www.cisco.com/c/en/us/products/collateral/routers/4000-series-integrated-services-routers-isr/datasheet-c78-732542.pdf, attached hereto as Exhibit 19;

https://blogs.cisco.com/enterprise/cisco-traffic-analysis-encrypted-threat-analytics, attached hereto as Exhibit 38; https://communities.cisco.com/docs/DOC-76964, attached hereto as Exhibit 39; https://www.cisco.com/c/en/us/support/security/stealthwatch/tsd-products-support-series-home.html, attached hereto as Exhibit 40;

https://www.cisco.com/c/en/us/support/security/stealthwatch/products-installation-guides-list.html, attached hereto as Exhibit 41;

https://www.cisco.com/c/dam/en/us/td/docs/security/stealthwatch/hardware/installation/SW_6_9_1_Hardware_Installation_DV_1_2.pdf, attached hereto as Exhibit 42;

https://www.cisco.com/c/en/us/support/security/stealthwatch/products-installation-and-configuration-guides-list.html,  attached hereto as Exhibit 43;

https://www.cisco.com/c/en/us/support/security/stealthwatch/products-programming-reference-guides-list.html, attached hereto as Exhibit 44; https://www.cisco.com/c/en/us/training-events/training-certifications/certifications/associate/ccna-routing-switching.html, attached hereto as Exhibit 45.

### THIRD CAUSE OF ACTION
### (Direct Infringement of the '176 Patent pursuant to 35 U.S.C. § 271(a))

100.    Centripetal repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

101.    Cisco has infringed and continues to infringe Claims 1-30 of the '176 Patent in

violation of 35 U.S.C. § 271(a).

102. Cisco's infringement is based upon literal infringement or infringement under the doctrine of equivalents, or both.

103. Cisco's acts of making, using, importing, selling, and/or offering for sale infringing products and services have been without the permission, consent, authorization, or license of Centripetal.

104. Cisco's infringement includes the manufacture, use, sale, importation and/or offer for sale of Cisco's products and services, including but not limited to the Accused Catalyst Products, the Accused Router Products, and the Accused Stealthwatch Products, alone or in conjunction with one another (collectively, the "Accused '176 Products").

105. The Accused '176 Products embody the patented invention of the '176 Patent and infringe the '176 Patent because they practice a method comprising:

identifying, by a computing system, a plurality of packets received by a network device from a host located in a first network;

generating, by the computing system, a plurality of log entries corresponding to the plurality of packets received by the network device;

identifying, by the computing system, a plurality of packets transmitted by the network device to a host located in a second network;

generating, by the computing system, a plurality of log entries corresponding to the plurality of packets transmitted by the network device;

correlating, by the computing system and based on the plurality of log entries corresponding to the plurality of packets received by the network device and the plurality of log entries corresponding to the plurality of packets transmitted by the network device, the plurality of packets transmitted by the network device with the plurality of packets received by the network device; and

responsive to correlating the plurality of packets transmitted by the network device with the plurality of packets received by the network device:

generating, by the computing system and based on the correlating, one or more rules

> configured to identify packets received from the host located in the first network; and

> provisioning a packet-filtering device with the one or more rules configured to identify packets received from the host located in the first network.

'176 Patent, Claim 1.

106.    As shown below, the Accused '176 Products perform the step of "identifying, by a computing system, a plurality of packets received by a network device from a host located in a first network":



(Cisco Encrypted Traffic Analytics White Paper). https://www.cisco.com/c/dam/en/us/solutions/collateral/enterprise-networks/enterprise-network-security/nb-09-encrytd-traf-anlytcs-wp-cte-en.pdf, attached hereto as Exhibit 25, at 5.

107.    The Accused '176 Products include Cognitive Threat Analytics ("CTA").  CTA "[a]nalyz[es] more than 10 billion web requests daily, [and] finds malicious activity that has bypassed security controls, or entered through unmonitored channels (including removable media), and is operating inside an organization's environment. Cognitive Threat Analytics is a cloud-based product that uses machine learning and statistical modeling of networks. It creates

a baseline of the traffic in your network and identifies anomalies. It analyzes user and device

behavior, and web traffic, to discover command-and-control communications, data exfiltration,

and potentially unwanted applications operating in your infrastructure (Figure 1)."



https://www.cisco.com/c/en/us/products/collateral/security/cognitive-threat-analytics/datasheet-c78-736557.html, attached hereto as Exhibit 29, at 1.

108.    CTA "is integrated with Cisco AMP Threat Grid. When CTA independently

detects command-and-control communication in the web channel, it queries the AMP Threat

Grid database and correlates the indicators of compromise with the millions of malware

artifacts seen by AMP Threat Grid to identify the malware that caused the anomaly."  *Id.* at 2.

CTA also provides Automated Response and "integrates with existing security monitoring

technologies, including Security Information and Event Management (SIEM) platforms.

Organizations can integrate and automate their response with an established workflow."  *Id.*

109.    The Accused '176 Products perform the step of "generating, by the computing

system, a plurality of log entries corresponding to the plurality of packets received by the

network device; identifying, by the computing system, a plurality of packets transmitted by the

network device to a host located in a second network," "generating, by the computing system, a plurality of log entries corresponding to the plurality of packets transmitted by the network device," and "correlating, by the computing system and based on the plurality of log entries corresponding to the plurality of packets received by the network device and the plurality of log entries corresponding to the plurality of packets transmitted by the network device, the plurality of packets transmitted by the network device with the plurality of packets received by the network device." As shown below, the Accused '176 Products collect, store, and analyze both traditional flow data and intraflow metadata and "[o]btain contextual threat intelligence with real-time analysis correlated with user and device information." Cisco Encrypted Traffic Analytics White Paper). https://www.cisco.com/c/dam/en/us/solutions/collateral/enterprise-networks/enterprise-network-security/nb-09-encrytd-traf-anlytcs-wp-cte-en.pdf, attached hereto as Exhibit 25, at 2-4.



Figure 2. Encrypted Traffic Analytics – technical solution overview

*Id.* at 3.

110.    The Accused '176 Products perform the step of "responsive to correlating the

plurality of packets transmitted by the network device with the plurality of packets received by the network device: generating, by the computing system and based on the correlating, one or more rules configured to identify packets received from the host located in the first network; and provisioning a packet-filtering device with the one or more rules configured to identify packets received from the host located in the first network."  As shown below, the Accused '176 Products "[o]btain contextual threat intelligence with real-time analysis correlated with user and device information":

Table 2.  Benefits of using Encrypted Traffic Analytics

| Benefits |
|---|
| • Security visibility: Gain insight into threats in encrypted traffic using network analytics. Obtain contextual threat intelligence with real-time analysis correlated with user and device information. |
| • Cryptographic assessment: Ensure enterprise compliance with cryptographic protocols and visibility into and knowledge of what is being encrypted and what is not being encrypted on your network. |
| • Faster time to response: Quickly contain infected devices and users. |
| • Time and cost savings: Use the network as the foundation for the security posture, capitalizing on security investments in the network. |

*Id.* at 4.

111.    As shown below, the Accused '176 Products "correlate traffic with global threat behaviors to automatically identify infected hosts, command and control communication and suspicious traffic":



Figure 3. Stealthwatch Enterprise Multi-layer Machine Learning

*Id.* at 5.

112.    The Accused '176 Products include "intraflow metadata, called *Encrypted Traffic Analytics* (ETA), is derived by using new data elements or telemetry that are independent of protocol details, such as the lengths and arrival times of packets within a flow. These data elements have the property of applying equally well to both encrypted and unencrypted flows. ETA focuses on identifying malware communications in encrypted traffic through passive monitoring, the extraction of relevant data elements, and supervised machine learning with cloud based global visibility. ETA extracts three main data elements: the initial data packet, the sequence of packet length and times, and TLS-specific features."  (Encrypted Traffic Analytics Deployment Guide) CVD-Encrypted-Traffic-Analytics-Deployment-Guide-2017DEC.pdf, attached hereto as Exhibit 33, at 1.

# Appendix A: ETA Data Elements

| Data Element Name | Description |
|---|---|
| Sequence of Packet Lengths and Times | An array of LENGTH values followed by an array of INTERARRIVAL TIME values describing the first N packets of a flow that carry application payload. Each LENGTH is encoded as a 16-bit integer to form a 20-byte array. Immediately following this, each INTERARRIVAL TIME is encoded as a 16-bit integer to form another 20-byte array. |
| Initial data packet | The content of the first packet of this flow that contains actual payload data, starting at the beginning of the IP header. |
| TLS records | An array of LENGTH values, followed by an array of INTERARRIVAL TIME values, followed by an array of CONTENT TYPE values, followed by an array of HANDSHAKE TYPE values. These arrays describe the first N records of a TLS flow. |
| TLS record lengths | A sequence of record lengths for up to the first N records of a TLS flow. |
| TLS record times | A sequence of TLS interarrival times for up to the first N records of a TLS flow. |
| TLS content types | A sequence of ContentType values for up to the first N records of a TLS flow. |
| TLS handshake types | A sequence of HandshakeType values for up to the first N records of a TLS flow. |
| TLS cipher suites | A list of up to N cipher suites offered by the client, or selected by the server in a TLS flow. |
| TLS extensions | An array of LENGTH values followed by an array of EXTENSION TYPE values describing the TLS extensions observed in the Hello message for a TLS flow. |
| TLS extension lengths | A list of extension lengths for up to the first N TLS extensions observed in the TLS Hello message for a flow. |
| TLS extension types | A list of extension types for up to the first N TLS extensions observed in the TLS Hello message for a flow. |
| TLS version | The TLS version number observed in the TLS Hello message for a flow. |
| TLS key length | The length of the client key observed in the TLS ClientKeyExchange message. |
| TLS session ID | The session ID value observed (if any) in the TLS Hello message for a flow. |
| TLS random | The random value observed in the TLS Hello message for this flow. |

*Id.* at 60.

113.     The Accused '176 Products "extract[] four main data elements: the sequence of packet lengths and times, the byte distribution, TLS-specific features and the initial data packet. Cisco's unique Application-Specific Integrated Circuit (ASIC) architecture provides the ability to extract these data elements without slowing down the data network," which includes the Initial Data Packet ("IDP").  (Cisco Encrypted Traffic Analytics White Paper). https://www.cisco.com/c/dam/en/us/solutions/collateral/enterprise-networks/enterprise-network-security/nb-09-encrytd-traf-anlytcs-wp-cte-en.pdf, attached hereto as Exhibit 25, at 4. "IDP is used to obtain packet data from the first packet of a flow. It allows extraction of

interesting data such as an HTTP URL, DNS hostname/address and other data elements. The TLS handshake is composed of several messages that contain interesting, unencrypted metadata used to extract data elements such as cipher suites, TLS versions and the client's public key length." *Id.*

114.    The Accused '176 Products use "NetFlow, proxy servers, endpoint telemetry, policy and access engines, traffic segmentation and more to establish baseline "normal" behavior for hosts and users across the enterprise. Stealthwatch can correlate traffic with global threat behaviors to automatically identify infected hosts, command and control communication and suspicious traffic. Stealthwatch maintains a global risk map – a very broad behavioral profile about servers on the Internet, identifying servers that are related to attacks, may be exploited, or may be used as a part of an attack in the future (Figure 3). This is not a blacklist, but a holistic picture from a security perspective. Stealthwatch analyzes the new encrypted traffic data elements in enhanced NetFlow by applying machine learning and statistical modeling. The global risk map and Encrypted Traffic Analytics data elements reinforce using advance security analytics. Rather than decrypting the traffic, Stealthwatch uses machine learning algorithms to pinpoint malicious patterns in encrypted traffic to help identify threats and improve incident response." *Id.* at 5.

115.    As a result of Cisco's unlawful activities, Centripetal has suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law.  Accordingly, Centripetal is entitled to preliminary and/or permanent injunctive relief.

116.    Cisco's infringement of the '176 Patent has injured and continues to injure Centripetal in an amount to be proven at trial.

117.    Cisco has willfully infringed each of the Asserted Patents.  Centripetal is

informed and believes that Cisco had knowledge of the Asserted Patents through various channels and despite its knowledge of Centripetal's patent rights, engaged in egregious behavior warranting enhanced damages.

118.    On or around 2014, Centripetal partnered with ThreatGRID, a company which included threat intelligence technology which Centripetal integrated with their patented products that used some of the Asserted Patents.  Cisco later acquired ThreatGRID in 2016. Centripetal is informed and believes that Cisco gained increased exposure to Centripetal's patented technology as a result of the acquisition of ThreatGRID.

https://www.cisco.com/c/en/us/about/corporate-strategy-office/acquisitions/threatgrid.html, attached hereto as Exhibit 31.

119.    Centripetal is further informed and believes that, on or around January 2016, Cisco requested an introduction to Centripetal through a third party, Granite Hill Capital Partners.  Later, Centripetal received a point of contact introduction to Cisco from Granite Hill Capital Partners.

120.    In 2016, Cisco invited Centripetal to participate in Cisco Live, which is Cisco's partner conference – in which Centripetal was asked to demonstrate its technology in Cisco's "Security Partner Village" booth.  On or around June 2016, Centripetal attended the Cisco Live conference and demonstrated its patented technology, including the RuleGATE Threat Intelligence Gateway product which encompasses at least some of the Asserted Patents.  Cisco currently lists Centripetal on its website located at www.cisco.com, as part of a "partner ecosystem" whose "[t]hreat intelligence platforms" use Threat Grid.

https://www.cisco.com/c/en/us/products/security/threat-grid/integrations.html#~stickynav=2, attached hereto as Exhibit 32, at 3.

121.    Cisco thus knew or, in the alternative, was willfully blind to Centripetal's technology and its Asserted Patents.

122.    Cisco's infringement of the '176 Patent is egregious. Despite this knowledge, Centripetal is informed and believes that Cisco deliberately copied Centripetal's patented technology, which it implemented into its products and services, such as Centripetal's CleanINTERNET service and Threat Intelligence Gateway, including the RuleGATE 2000. The blatant copying of Centripetal's patented technology is egregious behavior warranting a finding of willful infringement and enhanced damages.

123.    This further demonstrates that Cisco knew or, in the alternative, was willfully blind to Centripetal's Asserted Patents. Despite this knowledge and/or willful blindness, Cisco has acted with blatant and egregious disregard for Centripetal's patent rights with an objectively high likelihood of infringement.

124.    Centripetal is informed and believes that Cisco has undertaken no efforts to design these products or services around the '176 Patent to avoid infringement despite Cisco's knowledge and understanding that its products and services infringe the '176 Patent. As such, Cisco has acted and continues to act recklessly, willfully, wantonly, deliberately, and egregiously engage in acts of infringement of the '176 Patent, justifying an award to Centripetal of increased damages under 35 U.S.C. § 284, and attorneys' fees and costs incurred under 35 U.S.C. § 285.

## FOURTH CAUSE OF ACTION
### (Indirect Infringement of the '176 Patent pursuant to 35 U.S.C. § 271(b))

125.    Centripetal repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

126.    Cisco has induced and continues to induce infringement of one or more claims

of the '176 Patent under 35 U.S.C. § 271(b).

127.    In addition to directly infringing the '176 Patent, Cisco indirectly infringes the '176 Patent pursuant to 35 U.S.C. § 271(b) by instructing, directing and/or requiring others, including its customers, purchasers, users, and developers, to perform one or more of the steps of the method claims, either literally or under the doctrine of equivalents, of the '176 Patent, where all the steps of the method claims are performed by either Cisco, its customers, purchasers, users or developers, or some combination thereof.  Cisco knew or was willfully blind to the fact that it was inducing others, including customers, purchasers, users or developers, to infringe by practicing, either themselves or in conjunction with Cisco, one or more method claims of the '176 Patent, including Claims 1-10.

128.    Cisco knowingly and actively aided and abetted the direct infringement of the '176 Patent by instructing and encouraging its customers, purchasers, users and developers to use the '176 Accused Products.  Such instructions and encouragement include, but are not limited to, advising third parties to use the '176 Accused Products in an infringing manner, providing a mechanism through which third parties may infringe the '176 Patent, specifically through the use of the Accused Catalyst Products, the Accused Router Products, and the Accused Stealthwatch Products, alone or in conjunction with one another, and by advertising and promoting the use of the '176 Accused Products in an infringing manner, and distributing guidelines and instructions to third parties on how to use the '176 Accused Products in an infringing manner.

129.    Cisco updates and maintains an HTTP site with Cisco's quick start guides, administration guides, user guides, operating instructions, blogs, white papers, data sheets and training certification programs which cover in depth aspects of operating Cisco's offerings.

*See* https://www.cisco.com/c/en/us/support/switches/catalyst-9300-series-switches/tsd-products-support-series-home.html, attached hereto as Exhibit 34;

https://www.cisco.com/c/en/us/support/switches/catalyst-9400-series-switches/tsd-products-support-series-home.html, attached hereto as Exhibit 35;

https://www.cisco.com/c/en/us/support/switches/catalyst-9500-series-switches/tsd-products-support-series-home.html, attached hereto as Exhibit 36;

https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9300-series-switches/datasheet-c78-738977.pdf, attached hereto as Exhibit 16; *see also*

https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9400-series-switches/datasheet-c78-739053.pdf, attached hereto as Exhibit 17;

https://www.cisco.com/c/en/us/support/routers/index.html, attached hereto as Exhibit 37; *see also* https://www.cisco.com/c/dam/en/us/products/collateral/routers/asr-1000-series-aggregation-services-routers/at-a-glance-c45-612993.pdf, attached hereto as Exhibit 18; *see also* https://www.cisco.com/c/en/us/products/collateral/routers/4000-series-integrated-services-routers-isr/datasheet-c78-732542.pdf, attached hereto as Exhibit 19;

https://blogs.cisco.com/enterprise/cisco-traffic-analysis-encrypted-threat-analytics, attached hereto as Exhibit 38; https://communities.cisco.com/docs/DOC-76964, attached hereto as Exhibit 39; https://www.cisco.com/c/en/us/support/security/stealthwatch/tsd-products-support-series-home.html, attached hereto as Exhibit 40;

https://www.cisco.com/c/en/us/support/security/stealthwatch/products-installation-guides-list.html, attached hereto as Exhibit 41;

https://www.cisco.com/c/dam/en/us/td/docs/security/stealthwatch/hardware/installation/SW_6_9_1_Hardware_Installation_DV_1_2.pdf, attached hereto as Exhibit 42;

https://www.cisco.com/c/en/us/support/security/stealthwatch/products-installation-and-configuration-guides-list.html,  attached hereto as Exhibit 43;

https://www.cisco.com/c/en/us/support/security/stealthwatch/products-programming-reference-guides-list.html, attached hereto as Exhibit 44; https://www.cisco.com/c/en/us/training-events/training-certifications/certifications/associate/ccna-routing-switching.html, attached hereto as Exhibit 45.

### FIFTH CAUSE OF ACTION
**(Direct Infringement of the '077 Patent pursuant to 35 U.S.C. § 271(a))**

130.    Centripetal repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

131.    Cisco has infringed and continues to infringe Claims 1-20 of the '077 Patent in violation of 35 U.S.C. § 271(a).

132.    Cisco's infringement is based upon literal infringement or infringement under the doctrine of equivalents, or both.

133.    Cisco's acts of making, using, importing, selling, and/or offering for sale infringing products and services have been without the permission, consent, authorization, or license of Centripetal.

134.    Cisco's infringement includes the manufacture, use, sale, importation and/or offer for sale of Cisco's products and services, including but not limited to the Accused Catalyst Products, the Accused Router Products, and the Accused Stealthwatch Products, alone or in conjunction with one another (collectively, the "Accused '077 Products").

135.    The Accused '077 Products embody the patented invention of the '077 Patent and infringe the '077 Patent because they practice a method comprising:

provisioning, each device of a plurality of devices, with one or more rules generated based

50

on a boundary of a network protected by the plurality of devices with one or more networks other than the network protected by the plurality of devices at which the device is configured to be located; and

configuring, each device of the plurality of devices, to:

receive packets via a communication interface that does not have a network-layer address;

responsive to a determination by the device that a portion of the packets received from or destined for a host located in the network protected by the plurality of devices corresponds to criteria specified by the one or more rules, drop the portion of the packets; and

modify a switching matrix of a local area network (LAN) switch associated with the device such that the LAN switch is configured to drop the portion of the packets responsive to the determination by the device.

'077 Patent, Claim 1.

136.    As shown below, the Accused '077 Products perform the step of "provisioning, each device of a plurality of devices, with one or more rules generated based on a boundary of a network protected by the plurality of devices with one or more networks other than the network protected by the plurality of devices at which the device is configured to be located; and configuring, each device of the plurality of devices." As shown below, the Accused '077 Products include "policy-based automation from edge to cloud with foundational capabilities":

The Cisco® Digital Network Architecture (DNA) with Software Defined Access (SD-Access) is the network fabric that powers business. Cisco DNA is an open and extensible, software-driven architecture that accelerates and simplifies your enterprise network operations. The programmable architecture frees your IT staff from time consuming, repetitive network configuration tasks so they can focus instead on innovation that positively transforms your business. SD-Access enables policy-based automation from edge to cloud with foundational capabilities. These include:

- Simplified device deployment
- Unified management of wired and wireless networks
- Network virtualization and segmentation
- Group-based policies
- Context-based analytics

(Cisco Catalyst Data Sheet).
https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9400-series-switches/datasheet-c78-739053.pdf, attached hereto as Exhibit 17, at 1.

137. The Accused '077 Products "receive packets via a communication interface that does not have a network-layer address." As shown below, the Accused '077 Products include Multi-layer Machine Learning to receive packets at multiple OSI layers:



Figure 2. Encrypted Traffic Analytics – technical solution overview

(Cisco Encrypted Traffic Analytics White Paper).
https://www.cisco.com/c/dam/en/us/solutions/collateral/enterprise-networks/enterprise-network-security/nb-09-encrytd-traf-anlytcs-wp-cte-en.pdf, attached hereto as Exhibit 25, at 3.

138. The Accused '077 Products include Cognitive Threat Analytics ("CTA"). CTA

"[a]nalyz[es] more than 10 billion web requests daily, [and] finds malicious activity that has bypassed security controls, or entered through unmonitored channels (including removable media), and is operating inside an organization's environment. Cognitive Threat Analytics is a cloud-based product that uses machine learning and statistical modeling of networks. It creates a baseline of the traffic in your network and identifies anomalies. It analyzes user and device behavior, and web traffic, to discover command-and-control communications, data exfiltration, and potentially unwanted applications operating in your infrastructure (Figure 1)."



https://www.cisco.com/c/en/us/products/collateral/security/cognitive-threat-analytics/datasheet-c78-736557.html, attached hereto as Exhibit 29, at 1.

139. CTA "is integrated with Cisco AMP Threat Grid. When CTA independently detects command-and-control communication in the web channel, it queries the AMP Threat Grid database and correlates the indicators of compromise with the millions of malware artifacts seen by AMP Threat Grid to identify the malware that caused the anomaly." *Id.* at 2. CTA also provides Automated Response and "integrates with existing security monitoring technologies, including Security Information and Event Management (SIEM) platforms.

Organizations can integrate and automate their response with an established workflow." *Id.*

140.    The Accused '077 Products, "responsive to a determination by the device that a portion of the packets received from or destined for a host located in the network protected by the plurality of devices corresponds to criteria specified by the one or more rules, drop the portion of the packets; and modify a switching matrix of a local area network (LAN) switch associated with the device such that the LAN switch is configured to drop the portion of the packets responsive to the determination by the device."  As shown below, the Accused '077 Products "turns the network into an end-to-end sensor and enforcer that detects, contains and prevents emerging sophisticated security threats":

## Conclusion

In summary, the network is now an even more advanced security sensor, capable of detecting threats in encrypted traffic. A Cisco Digital Network Architecture-ready infrastructure turns the network into an end-to-end sensor and enforcer that detects, contains and prevents emerging, sophisticated security threats.

(Cisco Encrypted Traffic Analytics White Paper). https://www.cisco.com/c/dam/en/us/solutions/collateral/enterprise-networks/enterprise-network-security/nb-09-encrytd-traf-anlytcs-wp-cte-en.pdf, attached hereto as Exhibit 25, at 8.

141.    As shown below, the Accused '077 Products include "policy-based automation from edge to cloud with foundational capabilities":

The Cisco® Digital Network Architecture (DNA) with Software Defined Access (SD-Access) is the network fabric that powers business. Cisco DNA is an open and extensible, software-driven architecture that accelerates and simplifies your enterprise network operations. The programmable architecture frees your IT staff from time consuming, repetitive network configuration tasks so they can focus instead on innovation that positively transforms your business. SD-Access enables policy-based automation from edge to cloud with foundational capabilities. These include:

- Simplified device deployment
- Unified management of wired and wireless networks
- Network virtualization and segmentation
- Group-based policies
- Context-based analytics

(Cisco Catalyst Data Sheet).

https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9400-series-switches/datasheet-c78-739053.pdf, attached hereto as Exhibit 17, at 1.

142.     As a result of Cisco's unlawful activities, Centripetal has suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law.  Accordingly, Centripetal is entitled to preliminary and/or permanent injunctive relief.

143.     Cisco's infringement of the '077 Patent has injured and continues to injure Centripetal in an amount to be proven at trial.

144.     Cisco has willfully infringed each of the Asserted Patents.  Centripetal is informed and believes that Cisco had knowledge of the Asserted Patents through various channels and despite its knowledge of Centripetal's patent rights, engaged in egregious behavior warranting enhanced damages.

145.     On or around 2014, Centripetal partnered with ThreatGRID, a company which included threat intelligence technology which Centripetal integrated with their patented products that used some of the Asserted Patents.  Cisco later acquired ThreatGRID in 2016. Centripetal is informed and believes that Cisco gained increased exposure to Centripetal's patented technology as a result of the acquisition of ThreatGRID.

https://www.cisco.com/c/en/us/about/corporate-strategy-office/acquisitions/threatgrid.html, attached hereto as Exhibit 31.

146.     Centripetal is further informed and believes that, on or around January 2016, Cisco requested an introduction to Centripetal through a third party, Granite Hill Capital Partners.  Later, Centripetal received a point of contact introduction to Cisco from Granite Hill Capital Partners.

147.     In 2016, Cisco invited Centripetal to participate in Cisco Live, which is Cisco's partner conference – in which Centripetal was asked to demonstrate its technology in Cisco's

"Security Partner Village" booth.  On or around June 2016, Centripetal attended the Cisco Live

conference and demonstrated its patented technology, including the RuleGATE Threat

Intelligence Gateway product which encompasses at least some of the Asserted Patents.  Cisco

currently lists Centripetal on its website located at www.cisco.com, as part of a "partner

ecosystem" whose "[t]hreat intelligence platforms" use Threat Grid.

https://www.cisco.com/c/en/us/products/security/threat-grid/integrations.html#~stickynav=2,

attached hereto as Exhibit 32, at 3.

148.    Cisco thus knew or, in the alternative, was willfully blind to Centripetal's

technology and its Asserted Patents.

149.    Cisco's infringement of the '077 Patent is egregious.  Despite this knowledge,

Centripetal is informed and believes that Cisco deliberately copied Centripetal's patented

technology, which it implemented into its products and services, such as Centripetal's

CleanINTERNET service and Threat Intelligence Gateway, including the RuleGATE 2000.

The blatant copying of Centripetal's patented technology is egregious behavior warranting a

finding of willful infringement and enhanced damages.

150.    This further demonstrates that Cisco knew or, in the alternative, was willfully

blind to Centripetal's Asserted Patents. Despite this knowledge and/or willful blindness, Cisco

has acted with blatant and egregious disregard for Centripetal's patent rights with an

objectively high likelihood of infringement.

151.    Centripetal is informed and believes that Cisco has undertaken no efforts to

design these products or services around the '077 Patent to avoid infringement despite Cisco's

knowledge and understanding that its products and services infringe the '077 Patent.  As such,

Cisco has acted and continues to act recklessly, willfully, wantonly, deliberately, and

egregiously engage in acts of infringement of the '077 Patent, justifying an award to

Centripetal of increased damages under 35 U.S.C. § 284, and attorneys' fees and costs incurred

under 35 U.S.C. § 285.

### SIXTH CAUSE OF ACTION
#### (Indirect Infringement of the '077 Patent pursuant to 35 U.S.C. § 271(b))

152.     Centripetal repeats, realleges, and incorporates by reference, as if fully set forth

herein, the allegations of the preceding paragraphs, as set forth above.

153.     Cisco has induced and continues to induce infringement of one or more claims

of the '077 Patent under 35 U.S.C. § 271(b).

154.     In addition to directly infringing the '077 Patent, Cisco indirectly infringes the

'077 Patent pursuant to 35 U.S.C. § 271(b) by instructing, directing and/or requiring others,

including its customers, purchasers, users, and developers, to perform one or more of the steps

of the method claims, either literally or under the doctrine of equivalents, of the '077 Patent,

where all the steps of the method claims are performed by either Cisco, its customers,

purchasers, users or developers, or some combination thereof.  Cisco knew or was willfully

blind to the fact that it was inducing others, including customers, purchasers, users or

developers, to infringe by practicing, either themselves or in conjunction with Cisco, one or

more method claims of the '077 Patent, including Claims 1-6 and 19-20.

155.     Cisco knowingly and actively aided and abetted the direct infringement of the

'077 Patent by instructing and encouraging its customers, purchasers, users and developers to

use the '077 Accused Products.  Such instructions and encouragement include, but are not

limited to, advising third parties to use the '077 Accused Products in an infringing manner,

providing a mechanism through which third parties may infringe the '077 Patent, specifically

through the use of the Accused Catalyst Products, the Accused Router Products, and the

Accused Stealthwatch Products, alone or in conjunction with one another, and by advertising and promoting the use of the '077 Accused Products in an infringing manner, and distributing guidelines and instructions to third parties on how to use the '077 Accused Products in an infringing manner.

156.     Cisco updates and maintains an HTTP site with Cisco's quick start guides, administration guides, user guides, operating instructions, blogs, white papers, data sheets and training certification programs which cover in depth aspects of operating Cisco's offerings. *See* https://www.cisco.com/c/en/us/support/switches/catalyst-9300-series-switches/tsd-products-support-series-home.html, attached hereto as Exhibit 34;

https://www.cisco.com/c/en/us/support/switches/catalyst-9400-series-switches/tsd-products-support-series-home.html, attached hereto as Exhibit 35;

https://www.cisco.com/c/en/us/support/switches/catalyst-9500-series-switches/tsd-products-support-series-home.html, attached hereto as Exhibit 36;

https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9300-series-switches/datasheet-c78-738977.pdf, attached hereto as Exhibit 16; *see also*

https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9400-series-switches/datasheet-c78-739053.pdf, attached hereto as Exhibit 17;

https://www.cisco.com/c/en/us/support/routers/index.html, attached hereto as Exhibit 37; *see also* https://www.cisco.com/c/dam/en/us/products/collateral/routers/asr-1000-series-aggregation-services-routers/at-a-glance-c45-612993.pdf, attached hereto as Exhibit 18; *see also* https://www.cisco.com/c/en/us/products/collateral/routers/4000-series-integrated-services-routers-isr/datasheet-c78-732542.pdf, attached hereto as Exhibit 19;

https://blogs.cisco.com/enterprise/cisco-traffic-analysis-encrypted-threat-analytics, attached

hereto as Exhibit 38; https://communities.cisco.com/docs/DOC-76964, attached hereto as

Exhibit 39; https://www.cisco.com/c/en/us/support/security/stealthwatch/tsd-products-support-

series-home.html, attached hereto as Exhibit 40;

https://www.cisco.com/c/en/us/support/security/stealthwatch/products-installation-guides-

list.html, attached hereto as Exhibit 41;

https://www.cisco.com/c/dam/en/us/td/docs/security/stealthwatch/hardware/installation/SW_6_

9_1_Hardware_Installation_DV_1_2.pdf, attached hereto as Exhibit 42;

https://www.cisco.com/c/en/us/support/security/stealthwatch/products-installation-and-

configuration-guides-list.html,  attached hereto as Exhibit 43;

https://www.cisco.com/c/en/us/support/security/stealthwatch/products-programming-reference-

guides-list.html, attached hereto as Exhibit 44; https://www.cisco.com/c/en/us/training-

events/training-certifications/certifications/associate/ccna-routing-switching.html, attached

hereto as Exhibit 45.

## SEVENTH CAUSE OF ACTION
### (Direct Infringement of the '722 Patent pursuant to 35 U.S.C. § 271(a))

157.    Centripetal repeats, realleges, and incorporates by reference, as if fully set forth

herein, the allegations of the preceding paragraphs, as set forth above.

158.    Cisco has infringed and continues to infringe Claims 1-20 of the '722 Patent in

violation of 35 U.S.C. § 271(a).

159.    Cisco's infringement is based upon literal infringement or infringement under

the doctrine of equivalents, or both.

160.    Cisco's acts of making, using, importing, selling, and/or offering for sale

infringing products and services have been without the permission, consent, authorization, or

license of Centripetal.

161.     Cisco's infringement includes the manufacture, use, sale, importation and/or offer for sale of Cisco's products and services, including but not limited to the Accused Catalyst Products and the Accused Router Products (collectively, the "Accused '722 Products").

162.     The Accused '722 Products embody the patented invention of the '722 Patent and infringe the '722 Patent because they practice a method comprising:

> receiving, by a packet-filtering device, a plurality of packet-filtering rules configured to cause the packet-filtering device to identify packets corresponding to at least one of a plurality of network-threat indicators;
>
> receiving, by the packet-filtering device, a plurality of packets, wherein the plurality of packets comprises a first packet and a second packet;
>
> responsive to a determination by the packet-filtering device that the first packet satisfies one or more criteria, specified by a packet-filtering rule of the plurality of packet-filtering rules, that correspond to one or more network-threat indicators of the plurality of network-threat indicators:
>
> > applying, by the packet-filtering device and to the first packet, an operator specified by the packet-filtering rule and configured to cause the packet-filtering device to allow the first packet to continue toward a destination of the first packet;
> >
> > communicating, by the packet-filtering device, information from the packet-filtering rule that identifies the one or more network-threat indicators, and data indicative that the first packet was allowed to continue toward the destination of the first packet;
> >
> > causing, by the packet-filtering device and in an interface, display of the information in at least one portion of the interface corresponding to the packet-filtering rule and the one or more network-threat indicators;
> >
> > receiving, by the packet-filtering device, an instruction generated in response to a user invoking an element in the at least one portion of the interface corresponding to the packet-filtering rule and the one or more network-threat indicators; and
> >
> > responsive to receiving the instruction:
> >
> > > modifying, by the packet-filtering device, at least one operator specified by the packet-filtering rule to reconfigure the packet-filtering device to prevent packets corresponding to the one or more criteria from continuing toward their respective destinations; and

responsive to a determination by the packet-filtering device that the
second packet corresponds to the one or more criteria:

preventing, by the packet-filtering device, the second packet from continuing
toward a destination of the second packet;

communicating, by the packet-filtering device, data indicative that the
second packet was prevented from continuing toward the destination
of the second packet; and

causing, by the packet-filtering device and in the interface, display of the data
indicative that the second packet was prevented from continuing toward the
destination of the second packet.

'722 Patent, Claim 1.

163.    The Accused '722 Products perform the steps of "receiving, by a packet-filtering device, a plurality of packet-filtering rules configured to cause the packet-filtering device to identify packets corresponding to at least one of a plurality of network-threat indicators" and "receiving, by the packet-filtering device, a plurality of packets, wherein the plurality of packets comprises a first packet and a second packet."  As shown below, the Accused '722 Products collect, store, and analyze both traditional flow data and intraflow metadata and "[o]btain contextual threat intelligence with real-time analysis correlated with user and device information."  (Cisco Encrypted Traffic Analytics White Paper).

https://www.cisco.com/c/dam/en/us/solutions/collateral/enterprise-networks/enterprise-network-security/nb-09-encrytd-traf-anlytcs-wp-cte-en.pdf., attached hereto as Exhibit 25, at 2-4.

Figure 2. Encrypted Traffic Analytics – technical solution overview

*Id.* at 3.

164.    The Accused '722 Products perform the steps of "responsive to a determination by the packet-filtering device that the first packet satisfies one or more criteria, specified by a packet-filtering rule of the plurality of packet-filtering rules, that correspond to one or more network-threat indicators of the plurality of network-threat indicators," "applying, by the packet-filtering device and to the first packet, an operator specified by the packet-filtering rule and configured to cause the packet-filtering device to allow the first packet to continue toward a destination of the first packet," and "communicating, by the packet-filtering device, information from the packet-filtering rule that identifies the one or more network-threat indicators, and data indicative that the first packet was allowed to continue toward the destination of the first packet."  As shown below, the Accused '722 Products "correlate traffic with global threat behaviors to automatically identify infected hosts, command and control communication and suspicious traffic":



Figure 3. Stealthwatch Enterprise Multi-layer Machine Learning

*Id.* at 5.

165.    The Accused '722 Products use "NetFlow, proxy servers, endpoint telemetry, policy and access engines, traffic segmentation and more to establish baseline "normal" behavior for hosts and users across the enterprise. Stealthwatch can correlate traffic with global threat behaviors to automatically identify infected hosts, command and control communication and suspicious traffic. Stealthwatch maintains a global risk map – a very broad behavioral profile about servers on the Internet, identifying servers that are related to attacks, may be exploited, or may be used as a part of an attack in the future (Figure 3). This is not a blacklist, but a holistic picture from a security perspective. Stealthwatch analyzes the new encrypted traffic data elements in enhanced NetFlow by applying machine learning and statistical modeling. The global risk map and Encrypted Traffic Analytics data elements reinforce using advance security analytics. Rather than decrypting the traffic, Stealthwatch uses machine learning algorithms to pinpoint malicious patterns in encrypted traffic to help identify threats and improve incident response." *Id.*

166.    The Accused '722 Products perform the steps of "causing, by the packet-filtering device and in an interface, display of the information in at least one portion of the interface corresponding to the packet-filtering rule and the one or more network-threat indicators" and "receiving, by the packet-filtering device, an instruction generated in response to a user invoking an element in the at least one portion of the interface corresponding to the packet-filtering rule and the one or more network-threat indicators."  As shown below, the Accused '722 Products' "Security Insight dashboard… provides a view of affected users identified by risk type. An expanded dashboard provides detailed information regarding the top risk escalations and relative threat exposure":



The Security Insight dashboard on the Stealthwatch Management Console (SMC) provides a view of affected users identified by risk type. An expanded dashboard provides detailed information regarding the top risk escalations and relative threat exposure. Table 3 lists some high-risk threats that use encrypted command and control communications.

Figure 4. Stealthwatch security insight dashboard

*Id.* at 7.

167.    The Accused '722 Products perform the steps of "responsive to receiving the instruction: modifying, by the packet-filtering device, at least one operator specified by the packet-filtering rule to reconfigure the packet-filtering device to prevent packets corresponding

to the one or more criteria from continuing toward their respective destinations" and "responsive to a determination by the packet-filtering device that the second packet corresponds to the one or more criteria:  preventing, by the packet-filtering device, the second packet from continuing toward a destination of the second packet; communicating, by the packet-filtering device, data indicative that the second packet was prevented from continuing toward the destination of the second packet."  As shown below, the Accused '722 Products "turns the network into an end-to-end sensor and enforcer that detects, contains and prevents emerging sophisticated security threats":

## Conclusion

In summary, the network is now an even more advanced security sensor, capable of detecting threats in encrypted traffic. A Cisco Digital Network Architecture-ready infrastructure turns the network into an end-to-end sensor and enforcer that detects, contains and prevents emerging, sophisticated security threats.

*Id.* at 8.

168.    "Upon discovery, a malicious encrypted flow can be blocked or quarantined by Stealthwatch. Policy-driven remediation actions via pxGrid using Cisco Identity Services Engine (ISE) with Cisco TrustSec® and Software-Defined Access (SD-Access) simplify and accelerate network security operations."  *Id.* at 6.

169.    As a result of Cisco's unlawful activities, Centripetal has suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law.  Accordingly, Centripetal is entitled to preliminary and/or permanent injunctive relief.

170.    Cisco's infringement of the '722 Patent has injured and continues to injure Centripetal in an amount to be proven at trial.

171.    Cisco has willfully infringed each of the Asserted Patents.  Centripetal is informed and believes that Cisco had knowledge of the Asserted Patents through various channels and despite its knowledge of Centripetal's patent rights, engaged in egregious

behavior warranting enhanced damages.

172.    On or around 2014, Centripetal partnered with ThreatGRID, a company which included threat intelligence technology which Centripetal integrated with their patented products that used some of the Asserted Patents.  Cisco later acquired ThreatGRID in 2016. Centripetal is informed and believes that Cisco gained increased exposure to Centripetal's patented technology as a result of the acquisition of ThreatGRID.

https://www.cisco.com/c/en/us/about/corporate-strategy-office/acquisitions/threatgrid.html, attached hereto as Exhibit 31.

173.    Centripetal is further informed and believes that, on or around January 2016, Cisco requested an introduction to Centripetal through a third party, Granite Hill Capital Partners.  Later, Centripetal received a point of contact introduction to Cisco from Granite Hill Capital Partners.

174.    In 2016, Cisco invited Centripetal to participate in Cisco Live, which is Cisco's partner conference – in which Centripetal was asked to demonstrate its technology in Cisco's "Security Partner Village" booth.  On or around June 2016, Centripetal attended the Cisco Live conference and demonstrated its patented technology, including the RuleGATE Threat Intelligence Gateway product which encompasses at least some of the Asserted Patents.  Cisco currently lists Centripetal on its website located at www.cisco.com, as part of a "partner ecosystem" whose "[t]hreat intelligence platforms" use Threat Grid.

https://www.cisco.com/c/en/us/products/security/threat-grid/integrations.html#~stickynav=2, attached hereto as Exhibit 32, at 3.

175.    Cisco thus knew or, in the alternative, was willfully blind to Centripetal's technology and its Asserted Patents.

176.    Cisco's infringement of the '722 Patent is egregious.  Despite this knowledge, Centripetal is informed and believes that Cisco deliberately copied Centripetal's patented technology, which it implemented into its products and services, such as Centripetal's CleanINTERNET service and Threat Intelligence Gateway, including the RuleGATE 2000. The blatant copying of Centripetal's patented technology is egregious behavior warranting a finding of willful infringement and enhanced damages.

177.    This further demonstrates that Cisco knew or, in the alternative, was willfully blind to Centripetal's Asserted Patents. Despite this knowledge and/or willful blindness, Cisco has acted with blatant and egregious disregard for Centripetal's patent rights with an objectively high likelihood of infringement.

178.    Centripetal is informed and believes that Cisco has undertaken no efforts to design these products or services around the '722 Patent to avoid infringement despite Cisco's knowledge and understanding that its products and services infringe the '722 Patent.  As such, Cisco has acted and continues to act recklessly, willfully, wantonly, deliberately, and egregiously engage in acts of infringement of the '722 Patent, justifying an award to Centripetal of increased damages under 35 U.S.C. § 284, and attorneys' fees and costs incurred under 35 U.S.C. § 285.

### EIGHTH CAUSE OF ACTION
**(Indirect Infringement of the '722 Patent pursuant to 35 U.S.C. § 271(b))**

179.    Centripetal repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

180.    Cisco has induced and continues to induce infringement of one or more claims of the '722 Patent under 35 U.S.C. § 271(b).

181.    In addition to directly infringing the '722 Patent, Cisco indirectly infringes the

'722 Patent pursuant to 35 U.S.C. § 271(b) by instructing, directing and/or requiring others, including its customers, purchasers, users, and developers, to perform one or more of the steps of the method claims, either literally or under the doctrine of equivalents, of the '722 Patent, where all the steps of the method claims are performed by either Cisco, its customers, purchasers, users or developers, or some combination thereof.  Cisco knew or was willfully blind to the fact that it was inducing others, including customers, purchasers, users or developers, to infringe by practicing, either themselves or in conjunction with Cisco, one or more method claims of the '722 Patent, including Claims 1-25.

182.    Cisco knowingly and actively aided and abetted the direct infringement of the '722 Patent by instructing and encouraging its customers, purchasers, users and developers to use the '722 Accused Products.  Such instructions and encouragement include, but are not limited to, advising third parties to use the '722 Accused Products in an infringing manner, providing a mechanism through which third parties may infringe the '722 Patent, specifically through the use of the Accused Catalyst Products, the Accused Router Products, and the Accused Stealthwatch Products, alone or in conjunction with one another, and by advertising and promoting the use of the '722 Accused Products in an infringing manner, and distributing guidelines and instructions to third parties on how to use the '722 Accused Products in an infringing manner.

183.    Cisco updates and maintains an HTTP site with Cisco's quick start guides, administration guides, user guides, operating instructions, blogs, white papers, data sheets and training certification programs which cover in depth aspects of operating Cisco's offerings. *See* https://www.cisco.com/c/en/us/support/switches/catalyst-9300-series-switches/tsd-products-support-series-home.html, attached hereto as Exhibit 34; https://www.cisco.com/c/en/us/support/switches/catalyst-9400-series-switches/tsd-products-

support-series-home.html, attached hereto as Exhibit 35;

https://www.cisco.com/c/en/us/support/switches/catalyst-9500-series-switches/tsd-products-support-series-home.html, attached hereto as Exhibit 36;

https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9300-series-switches/datasheet-c78-738977.pdf, attached hereto as Exhibit 16; *see also*

https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9400-series-switches/datasheet-c78-739053.pdf, attached hereto as Exhibit 17;

https://www.cisco.com/c/en/us/support/routers/index.html, attached hereto as Exhibit 37; *see also* https://www.cisco.com/c/dam/en/us/products/collateral/routers/asr-1000-series-aggregation-services-routers/at-a-glance-c45-612993.pdf, attached hereto as Exhibit 18; *see also* https://www.cisco.com/c/en/us/products/collateral/routers/4000-series-integrated-services-routers-isr/datasheet-c78-732542.pdf, attached hereto as Exhibit 19;

https://blogs.cisco.com/enterprise/cisco-traffic-analysis-encrypted-threat-analytics, attached hereto as Exhibit 38; https://communities.cisco.com/docs/DOC-76964, attached hereto as Exhibit 39; https://www.cisco.com/c/en/us/support/security/stealthwatch/tsd-products-support-series-home.html, attached hereto as Exhibit 40;

https://www.cisco.com/c/en/us/support/security/stealthwatch/products-installation-guides-list.html, attached hereto as Exhibit 41;

https://www.cisco.com/c/dam/en/us/td/docs/security/stealthwatch/hardware/installation/SW_6_9_1_Hardware_Installation_DV_1_2.pdf, attached hereto as Exhibit 42;

https://www.cisco.com/c/en/us/support/security/stealthwatch/products-installation-and-configuration-guides-list.html,  attached hereto as Exhibit 43;

https://www.cisco.com/c/en/us/support/security/stealthwatch/products-programming-reference-

guides-list.html, attached hereto as Exhibit 44; https://www.cisco.com/c/en/us/training-events/training-certifications/certifications/associate/ccna-routing-switching.html, attached hereto as Exhibit 45.

**NINTH CAUSE OF ACTION**
**(Direct Infringement of the '806 Patent pursuant to 35 U.S.C. § 271(a))**

184.   Centripetal repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

185.   Cisco has infringed and continues to infringe Claims 1-24 of the '806 Patent in violation of 35 U.S.C. § 271(a).

186.   Cisco's infringement is based upon literal infringement or infringement under the doctrine of equivalents, or both.

187.   Cisco's acts of making, using, importing, selling, and/or offering for sale infringing products and services have been without the permission, consent, authorization, or license of Centripetal.

188.   Cisco's infringement includes the manufacture, use, sale, importation and/or offer for sale of Cisco's products and services, including but not limited to the Accused Catalyst Products, the Accused Router Products, the Accused ASA Products, and the Accused Stealthwatch Products, alone or in conjunction with one another (collectively, the "Accused '806 Products").

189.   The Accused '806 Products embody the patented invention of the '806 Patent and infringe the '806 Patent because they practice a method comprising:

receiving, by a network protection device, a first rule set and a second rule set;

preprocessing, by the network protection device, the first rule set and the second rule set to optimize performance of the network protection device for processing packets in accordance with at least one of the first rule set or the second rule set;

configuring at least two processors of the network protection device to process packets in accordance with the first rule set;

after the preprocessing and the configuring, receiving, by the network protection device, a plurality of packets;

processing, by the network protection device and in accordance with the first rule set, a portion of the plurality of packets;

signaling, each processor of the at least two processors, to process packets in accordance with the second rule set; and

configuring, each processor of the at least two processors, to responsive to the signaling to process packets in accordance with the second rule set:

cease processing of one or more packets;

cache the one or more packets;

reconfigure to process packets in accordance with the second rule set;

signal completion of reconfiguration to process packets in accordance with the second rule set; and

responsive to receiving signaling that each other processor of the at least two processors has completed reconfiguration to process packets in accordance with the second rule set, process, in accordance with the second rule set, the one or more packets.

'806 Patent, Claim 1.

190.    The Accused '806 Products perform the steps of "receiving, by a network protection device, a first rule set and a second rule set; preprocessing, by the network protection device, the first rule set and the second rule set to optimize performance of the network protection device for processing packets in accordance with at least one of the first rule set or the second rule set; configuring at least two processors of the network protection device to process packets in accordance with the first rule set."  As shown below, the Accused '806 Products "enables policy-based automation from edge to cloud with foundational capabilities," including "Simplified device deployment, Unified management of wired and

wireless networks, Network virtualization and segmentation, Group-based policies, and

Context-based analytics."

**The Foundation of Software-Defined Access**

Advanced persistent security threats. The exponential growth of Internet of Things (IoT) devices. Mobility everywhere. Cloud adoption. All of these require a network fabric that integrates advanced hardware and software innovations to automate, secure, and simplify customer networks. The goal of this network fabric is to enable customer revenue growth by accelerating the rollout of business services.

The Cisco Digital Network Architecture (Cisco DNA™) with SD-Access is the network fabric that powers business. It is an open and extensible, software-driven architecture that accelerates and simplifies your enterprise network operations. The programmable architecture frees your IT staff from time-consuming, repetitive network configuration tasks so they can focus instead on innovation that positively transforms your business. SD-Access enables policy-based automation from edge to cloud with foundational capabilities. These include:

- Simplified device deployment
- Unified management of wired and wireless networks
- Network virtualization and segmentation
- Group-based policies
- Context-based analytics

(Cisco Catalyst 9300 Series Switches).
https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9300-series-switches/datasheet-c78-738977.pdf, attached hereto as Exhibit 16, at 1.

191.    The Accused '806 Products perform the steps of "after the preprocessing and

the configuring, receiving, by the network protection device, a plurality of packets; processing,

by the network protection device and in accordance with the first rule set, a portion of the

plurality of packets; signaling, each processor of the at least two processors, to process packets

in accordance with the second rule set."  As shown below, the Accused '806 Products collect,

store, and analyze both traditional flow data and intraflow metadata and "[o]btain contextual

threat intelligence with real-time analysis correlated with user and device information."  (Cisco

Encrypted Traffic Analytics White Paper).

https://www.cisco.com/c/dam/en/us/solutions/collateral/enterprise-networks/enterprise-

network-security/nb-09-encrytd-traf-anlytcs-wp-cte-en.pdf, attached hereto as Exhibit 25, at 2-

4.



Figure 2. Encrypted Traffic Analytics – technical solution overview

*Id.* at 3.

192.    The Accused '806 Products perform the steps of "configuring, each processor of the at least two processors, to responsive to the signaling to process packets in accordance with the second rule set: cease processing of one or more packets; cache the one or more packets; reconfigure to process packets in accordance with the second rule set; signal completion of reconfiguration to process packets in accordance with the second rule set; and responsive to receiving signaling that each other processor of the at least two processors has completed reconfiguration to process packets in accordance with the second rule set, process, in accordance with the second rule set, the one or more packets."  As shown below, the Accused '806 Products "support high-speed policy edits (Adds/Deletes) with efficient resource allocation for scale, and secure implementation. With features such as 'ACL Label-Sharing' and 'Hitless ACL updates,' the switches demonstrated programming of policy to the network without being compromised. A table-stakes requirement for dynamic policy based automation."  https://blogs.cisco.com/enterprise/wired-infrastructure-optimized-and-secure-

switching-resources, attached hereto as Exhibit 46, at 5.



(Miercom-Report-Cisco-vs-Huawei-Network-Architecture-DR170921G.pdf, attached hereto

as Exhibit 23, at 22.

193.    The Accused '806 Products support "UADP 2.0 Application-Specific Integrated

Circuit (ASIC) with programmable pipeline and microengine capabilities, along with template-

based, configurable allocation of Layer 2 and Layer 3 forwarding, Access Control Lists

(ACLs), and Quality of Service (QoS) entries."

https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9300-series-

switches/datasheet-c78-738977.pdf, attached hereto as Exhibit 16, at 2.

194.    The Accused '806 Products "are based on UADP 2.0 the second generation of

UADP ASIC that comprises of 7.46 Billion transistors – one for every human being on this

planet! In addition to programmability improvements of the ASIC pipeline, we have also

introduced flexible tables on UADP 2.0 to enable universal deployments of the Catalyst 9000

Switches. UADP 2.0 turns Catalyst 9K into a Swiss Army Knife style Switch by customization

of available table (SRAM/TCAM) resources based on customer deployment requirements.

Cisco currently offers four fully tested templates to cover the all places in the network."

https://communities.cisco.com/community/technology/enterprise_networks/blog/2017/06/20/ci

sco-catalyst-9000-series-of-switches-maximize-your-network-mileage, attached hereto as

Exhibit 47 at 1.

195.    The Accused '806 Products includes Transactional-Commit Modeling, which is

"a new feature for rule updation" of ACL rules.  With Transactional-Commit Modeling, "a rule

update is applied after the rule compilation is completed; without affecting the rule matching

performance.  With the legacy model, rule updates take effect immediately but rule matching

slows down during the rule compilation period. This feature is useful to prevent potential

packet drops during large compilation of rules under high traffic conditions."

Transactional-Commit Model

The ASA rule-engine supports a new feature for rule updation called the Transactional-Commit Model. When this feature is enabled, a rule update is applied after the rule compilation is completed; without affecting the rule matching performance. With the legacy model, rule updates take effect immediately but rule matching slows down during the rule compilation period. This feature is useful to prevent potential packet drops during large compilation of rules under high traffic conditions. This feature is also useful to reduce the rule compilation time under two specific patterns of configurations:

- Preventing packet drops while compiling large rules during high traffic rates.
- Reducing rule compilation time while updating a large number of similar rules.

https://www.cisco.com/c/en/us/td/docs/security/asa/asa91/configuration/firewall/asa_91_firewa
ll_config/access_rules.html, attached hereto as Exhibit 30, at 6-4.

196.    As a result of Cisco's unlawful activities, Centripetal has suffered and will

continue to suffer irreparable harm for which there is no adequate remedy at law.  Accordingly,

Centripetal is entitled to preliminary and/or permanent injunctive relief.

197.    Cisco's infringement of the '806 Patent has injured and continues to injure

Centripetal in an amount to be proven at trial.

198.    Cisco has willfully infringed each of the Asserted Patents.  Centripetal is

informed and believes that Cisco had knowledge of the Asserted Patents through various

channels and despite its knowledge of Centripetal's patent rights, engaged in egregious

behavior warranting enhanced damages.

199.    On or around 2014, Centripetal partnered with ThreatGRID, a company which

included threat intelligence technology which Centripetal integrated with their patented

products that used some of the Asserted Patents.  Cisco later acquired ThreatGRID in 2016.

Centripetal is informed and believes that Cisco gained increased exposure to Centripetal's

patented technology as a result of the acquisition of ThreatGRID.

https://www.cisco.com/c/en/us/about/corporate-strategy-office/acquisitions/threatgrid.html,

attached hereto as Exhibit 31.

200.    Centripetal is further informed and believes that, on or around January 2016,

Cisco requested an introduction to Centripetal through a third party, Granite Hill Capital

Partners.  Later, Centripetal received a point of contact introduction to Cisco from Granite Hill

Capital Partners.

201.    In 2016, Cisco invited Centripetal to participate in Cisco Live, which is Cisco's

partner conference – in which Centripetal was asked to demonstrate its technology in Cisco's

"Security Partner Village" booth.  On or around June 2016, Centripetal attended the Cisco Live

conference and demonstrated its patented technology, including the RuleGATE Threat

Intelligence Gateway product which encompasses at least some of the Asserted Patents.  Cisco

currently lists Centripetal on its website located at www.cisco.com, as part of a "partner

ecosystem" whose "[t]hreat intelligence platforms" use Threat Grid.

https://www.cisco.com/c/en/us/products/security/threat-grid/integrations.html#~stickynav=2),

attached hereto as Exhibit 32, at 3.

202.    Cisco thus knew or, in the alternative, was willfully blind to Centripetal's

technology and its Asserted Patents.

203.    Cisco's infringement of the '806 Patent is egregious.  Despite this knowledge,

Centripetal is informed and believes that Cisco deliberately copied Centripetal's patented

technology, which it implemented into its products and services, such as Centripetal's

CleanINTERNET service and Threat Intelligence Gateway, including the RuleGATE 2000. The blatant copying of Centripetal's patented technology is egregious behavior warranting a finding of willful infringement and enhanced damages.

204.     This further demonstrates that Cisco knew or, in the alternative, was willfully blind to Centripetal's Asserted Patents. Despite this knowledge and/or willful blindness, Cisco has acted with blatant and egregious disregard for Centripetal's patent rights with an objectively high likelihood of infringement.

205.     Centripetal is informed and believes that Cisco has undertaken no efforts to design these products or services around the '806 Patent to avoid infringement despite Cisco's knowledge and understanding that its products and services infringe the '806 Patent.  As such, Cisco has acted and continues to act recklessly, willfully, wantonly, deliberately, and egregiously engage in acts of infringement of the '806 Patent, justifying an award to Centripetal of increased damages under 35 U.S.C. § 284, and attorneys' fees and costs incurred under 35 U.S.C. § 285.

**TENTH CAUSE OF ACTION**
**(Indirect Infringement of the '806 Patent pursuant to 35 U.S.C. § 271(b))**

206.     Centripetal repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

207.     Cisco has induced and continues to induce infringement of one or more claims of the '806 Patent under 35 U.S.C. § 271(b).

208.     In addition to directly infringing the '806 Patent, Cisco indirectly infringes the '806 Patent pursuant to 35 U.S.C. § 271(b) by instructing, directing and/or requiring others, including its customers, purchasers, users, and developers, to perform one or more of the steps of the method claims, either literally or under the doctrine of equivalents, of the '806 Patent,

where all the steps of the method claims are performed by either Cisco, its customers, purchasers, users or developers, or some combination thereof.  Cisco knew or was willfully blind to the fact that it was inducing others, including customers, purchasers, users or developers, to infringe by practicing, either themselves or in conjunction with Cisco, one or more method claims of the '806 Patent, including Claims 1-8.

209.    Cisco knowingly and actively aided and abetted the direct infringement of the '806 Patent by instructing and encouraging its customers, purchasers, users and developers to use the '806 Accused Products.  Such instructions and encouragement include, but are not limited to, advising third parties to use the '806 Accused Products in an infringing manner, providing a mechanism through which third parties may infringe the '806 Patent, specifically through the use of the Accused Catalyst Products, the Accused Router Products, and the Accused Stealthwatch Products, alone or in conjunction with one another, and by advertising and promoting the use of the '806 Accused Products in an infringing manner, and distributing guidelines and instructions to third parties on how to use the '806 Accused Products in an infringing manner.

210.    Cisco updates and maintains an HTTP site with Cisco's quick start guides, administration guides, user guides, operating instructions, blogs, white papers, data sheets and training certification programs which cover in depth aspects of operating Cisco's offerings. *See* https://www.cisco.com/c/en/us/support/switches/catalyst-9300-series-switches/tsd-products-support-series-home.html, attached hereto as Exhibit 34;

https://www.cisco.com/c/en/us/support/switches/catalyst-9400-series-switches/tsd-products-support-series-home.html, attached hereto as Exhibit 35;

https://www.cisco.com/c/en/us/support/switches/catalyst-9500-series-switches/tsd-products-support-series-home.html, attached hereto as Exhibit 36;

https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9300-series-switches/datasheet-c78-738977.pdf, attached hereto as Exhibit 16; *see also*

https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9400-series-switches/datasheet-c78-739053.pdf, attached hereto as Exhibit 17;

https://www.cisco.com/c/en/us/support/routers/index.html, attached hereto as Exhibit 37; *see also* https://www.cisco.com/c/dam/en/us/products/collateral/routers/asr-1000-series-aggregation-services-routers/at-a-glance-c45-612993.pdf, attached hereto as Exhibit 18; *see also* https://www.cisco.com/c/en/us/products/collateral/routers/4000-series-integrated-services-routers-isr/datasheet-c78-732542.pdf, attached hereto as Exhibit 19;

https://blogs.cisco.com/enterprise/cisco-traffic-analysis-encrypted-threat-analytics, attached hereto as Exhibit 38; https://communities.cisco.com/docs/DOC-76964, attached hereto as Exhibit 39; https://www.cisco.com/c/en/us/support/security/stealthwatch/tsd-products-support-series-home.html, attached hereto as Exhibit 40;

https://www.cisco.com/c/en/us/support/security/stealthwatch/products-installation-guides-list.html, attached hereto as Exhibit 41;

https://www.cisco.com/c/dam/en/us/td/docs/security/stealthwatch/hardware/installation/SW_6_9_1_Hardware_Installation_DV_1_2.pdf, attached hereto as Exhibit 42;

https://www.cisco.com/c/en/us/support/security/stealthwatch/products-installation-and-configuration-guides-list.html,  attached hereto as Exhibit 43;

https://www.cisco.com/c/en/us/support/security/stealthwatch/products-programming-reference-guides-list.html, attached hereto as Exhibit 44; https://www.cisco.com/c/en/us/training-events/training-certifications/certifications/associate/ccna-routing-switching.html, attached hereto as Exhibit 45.

### ELEVENTH CAUSE OF ACTION
**(Direct Infringement of the '713 Patent pursuant to 35 U.S.C. § 271(a))**

211.  Centripetal repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

212.  Cisco has infringed and continues to infringe Claims 1-20 of the '713 Patent in violation of 35 U.S.C. § 271(a).

213.  Cisco's infringement is based upon literal infringement or infringement under the doctrine of equivalents, or both.

214.  Cisco's acts of making, using, importing, selling, and/or offering for sale infringing products and services have been without the permission, consent, authorization, or license of Centripetal.

215.  Cisco's infringement includes the manufacture, use, sale, importation and/or offer for sale of Cisco's products and services, including but not limited to the Accused Catalyst Products, the Accused Router Products, and the Accused Stealthwatch Products, alone or in conjunction with one another (collectively, the "Accused '713 Products").

216.  The Accused '713 Products embody the patented invention of the '713 Patent and infringe the '713 Patent because they practice a method comprising:

receiving, by a computing system provisioned with a plurality of packet-filtering rules, a first packet and a second packet;

responsive to a determination by the computing system that the first packet comprises data corresponding to a transport layer security (TLS)-version value for which one or more packet-filtering rules of the plurality of packet-filtering rules indicate packets should be forwarded toward their respective destinations, forwarding, by the computing system, the first packet toward its destination; and

responsive to a determination by the computing system that the second packet comprises data corresponding to a TLS-version value for which the one or more packet-filtering rules indicate packets should be blocked from continuing toward their respective destinations, dropping, by the computing system, the second packet.

'713 Patent, Claim 1.

217.    The Accused '713 Products perform the steps of "receiving, by a computing system provisioned with a plurality of packet-filtering rules, a first packet and a second packet."  As shown below, the Accused '713 Products "correlate traffic with global threat behaviors to automatically identify infected hosts, command and control communication and suspicious traffic":



Figure 3. Stealtwatch Enterprise Multi-layer Machine Learning

(Cisco Encrypted Traffic Analytics White Paper).
https://www.cisco.com/c/dam/en/us/solutions/collateral/enterprise-networks/enterprise-network-security/nb-09-encrytd-traf-anlytcs-wp-cte-en.pdf, attached hereto as Exhibit 25, at 5.

218.    The Accused '713 Products include Cognitive Threat Analytics ("CTA").  CTA "[a]nalyz[es] more than 10 billion web requests daily, [and] finds malicious activity that has bypassed security controls, or entered through unmonitored channels (including removable media), and is operating inside an organization's environment. Cognitive Threat Analytics is a cloud-based product that uses machine learning and statistical modeling of networks. It creates a baseline of the traffic in your network and identifies anomalies. It analyzes user and device

behavior, and web traffic, to discover command-and-control communications, data exfiltration, and potentially unwanted applications operating in your infrastructure (Figure 1)."



https://www.cisco.com/c/en/us/products/collateral/security/cognitive-threat-analytics/datasheet-c78-736557.html, attached hereto as Exhibit 29, at 1.

219.    CTA "is integrated with Cisco AMP Threat Grid. When CTA independently detects command-and-control communication in the web channel, it queries the AMP Threat Grid database and correlates the indicators of compromise with the millions of malware artifacts seen by AMP Threat Grid to identify the malware that caused the anomaly." *Id.* at 2. CTA also provides Automated Response and "integrates with existing security monitoring technologies, including Security Information and Event Management (SIEM) platforms. Organizations can integrate and automate their response with an established workflow." *Id.*

220.    The Accused '713 Products perform the steps of "responsive to a determination by the computing system that the first packet comprises data corresponding to a transport layer security (TLS)-version value for which one or more packet-filtering rules of the plurality of packet-filtering rules indicate packets should be forwarded toward their respective destinations, forwarding, by the computing system, the first packet toward its destination." The Accused

'713 Products "extract[] four main data elements: the sequence of packet lengths and times, the byte distribution, TLS-specific features and the initial data packet. Cisco's unique Application-Specific Integrated Circuit (ASIC) architecture provides the ability to extract these data elements without slowing down the data network," which includes the Initial Data Packet ("IDP").  (Cisco Encrypted Traffic Analytics White Paper). https://www.cisco.com/c/dam/en/us/solutions/collateral/enterprise-networks/enterprise-network-security/nb-09-encrytd-traf-anlytcs-wp-cte-en.pdf, attached hereto as Exhibit 25, at 4. "IDP is used to obtain packet data from the first packet of a flow. It allows extraction of interesting data such as an HTTP URL, DNS hostname/address and other data elements. The TLS handshake is composed of several messages that contain interesting, unencrypted metadata used to extract data elements such as cipher suites, TLS versions and the client's public key length."  *Id.*

# Appendix A

Data Elements Extracted by Encrypted Traffic Analytics.

| Data Element Name | Description |
|---|---|
| Sequence of Packet Lengths and Times (SPLT) | An array of LENGTH values followed by an array of INTERARRIVAL TIME values describing the first N packets of a flow that carry application payload. Each LENGTH is encoded as a 16-bit integer to form a 20-byte array. Immediately following this, each INTERARRIVAL TIME is encoded as a 16-bit integer to form another 20-byte array. |
| Byte distribution | A histogram giving the frequency of occurrence for each byte value or (range of values) in the first N bytes of application payload for a flow. Each "frequency of occurrence" is represented as a 16-bit integer. |
| Initial Data Packet (IDP) | The content of the first packet of this flow that contains actual payload data, starting at the beginning of the IP header. |
| TLS records | An array of LENGTH values, followed by an array of INTERARRIVAL TIME values, followed by an array of CONTENT TYPE values, followed by an array of HANDSHAKE TYPE values. These arrays describe the first N records of a TLS flow. |
| TLS record lengths | A sequence of record lengths for up to the first N records of a TLS flow. |
| TLS record times | A sequence of TLS interarrival times for up to the first N records of a TLS flow. |
| TLS content types | A sequence of ContentType values for up to the first N records of a TLS flow. |
| TLS handshake types | A sequence of HandshakeType values for up to the first N records of a TLS flow. |
| TLS cipher suites | A list of up to N cipher suites offered by the client, or selected by the server in a TLS flow. |

| Data Element Name | Description |
|---|---|
| TLS extensions | An array of LENGTH values followed by an array of EXTENSION TYPE values describing the TLS extensions observed in the Hello message for a TLS flow. |
| TLS extension lengths | A list of extension lengths for up to the first N TLS extensions observed in the TLS Hello message for a flow. |
| TLS extension types | A list of extension types for up to the first N TLS extensions observed in the TLS Hello message for a flow. |
| TLS version | The TLS version number observed in the TLS Hello message for a flow. |
| TLS key length | The length of the client key observed in the TLS ClientKeyExchange message. |
| TLS session ID | The session ID value observed (if any) in the TLS Hello message for a flow. |
| TLS random | The random value observed in the TLS Hello message for this flow. |

*Id.* at 8-9.

221.    The Accused '713 Products perform the steps of "responsive to a determination by the computing system that the second packet comprises data corresponding to a TLS-version value for which the one or more packet-filtering rules indicate packets should be blocked from continuing toward their respective destinations, dropping, by the computing system, the second packet."  As shown below, the Accused '713 Products "turns the network into an end-to-end sensor and enforcer that detects, contains and prevents emerging sophisticated security threats":

## Conclusion

In summary, the network is now an even more advanced security sensor, capable of detecting threats in encrypted traffic. A Cisco Digital Network Architecture-ready infrastructure turns the network into an end-to-end sensor and enforcer that detects, contains and prevents emerging, sophisticated security threats.

*Id.* at 8.

222.    "Upon discovery, a malicious encrypted flow can be blocked or quarantined by Stealthwatch. Policy-driven remediation actions via pxGrid using Cisco Identity Services Engine (ISE) with Cisco TrustSec® and Software-Defined Access (SD-Access) simplify and accelerate network security operations."  *Id.* at 6.

223.    As a result of Cisco's unlawful activities, Centripetal has suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law.  Accordingly, Centripetal is entitled to preliminary and/or permanent injunctive relief.

224.    Cisco's infringement of the '713 Patent has injured and continues to injure Centripetal in an amount to be proven at trial.

225.    Cisco has willfully infringed each of the Asserted Patents.  Centripetal is informed and believes that Cisco had knowledge of the Asserted Patents through various channels and despite its knowledge of Centripetal's patent rights, engaged in egregious behavior warranting enhanced damages.

226.    On or around 2014, Centripetal partnered with ThreatGRID, a company which included threat intelligence technology which Centripetal integrated with their patented products that used some of the Asserted Patents.  Cisco later acquired ThreatGRID in 2016.  Centripetal is informed and believes that Cisco gained increased exposure to Centripetal's patented technology as a result of the acquisition of ThreatGRID.

https://www.cisco.com/c/en/us/about/corporate-strategy-office/acquisitions/threatgrid.html, attached hereto as Exhibit 31.

227.    Centripetal is further informed and believes that, on or around January 2016, Cisco requested an introduction to Centripetal through a third party, Granite Hill Capital Partners.  Later, Centripetal received a point of contact introduction to Cisco from Granite Hill Capital Partners.

228.    In 2016, Cisco invited Centripetal to participate in Cisco Live, which is Cisco's partner conference – in which Centripetal was asked to demonstrate its technology in Cisco's "Security Partner Village" booth.  On or around June 2016, Centripetal attended the Cisco Live conference and demonstrated its patented technology, including the RuleGATE Threat Intelligence Gateway product which encompasses at least some of the Asserted Patents.  Cisco currently lists Centripetal on its website located at www.cisco.com, as part of a "partner ecosystem" whose "[t]hreat intelligence platforms" use Threat Grid.

https://www.cisco.com/c/en/us/products/security/threat-grid/integrations.html#~stickynav=2, attached hereto as Exhibit 32, at 3.

229.    Cisco thus knew or, in the alternative, was willfully blind to Centripetal's technology and its Asserted Patents.

230.    Cisco's infringement of the '713 Patent is egregious.  Despite this knowledge,

Centripetal is informed and believes that Cisco deliberately copied Centripetal's patented technology, which it implemented into its products and services, such as Centripetal's CleanINTERNET service and Threat Intelligence Gateway, including the RuleGATE 2000. The blatant copying of Centripetal's patented technology is egregious behavior warranting a finding of willful infringement and enhanced damages.

231.     This further demonstrates that Cisco knew or, in the alternative, was willfully blind to Centripetal's Asserted Patents. Despite this knowledge and/or willful blindness, Cisco has acted with blatant and egregious disregard for Centripetal's patent rights with an objectively high likelihood of infringement.

232.     Centripetal is informed and believes that Cisco has undertaken no efforts to design these products or services around the '713 Patent to avoid infringement despite Cisco's knowledge and understanding that its products and services infringe the '713 Patent.  As such, Cisco has acted and continues to act recklessly, willfully, wantonly, deliberately, and egregiously engage in acts of infringement of the '713 Patent, justifying an award to Centripetal of increased damages under 35 U.S.C. § 284, and attorneys' fees and costs incurred under 35 U.S.C. § 285.

### TWELFTH CAUSE OF ACTION
**(Indirect Infringement of the '713 Patent pursuant to 35 U.S.C. § 271(b))**

233.     Centripetal repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

234.     Cisco has induced and continues to induce infringement of one or more claims of the '713 Patent under 35 U.S.C. § 271(b).

235.     In addition to directly infringing the '713 Patent, Cisco indirectly infringes the '713 Patent pursuant to 35 U.S.C. § 271(b) by instructing, directing and/or requiring others,

including its customers, purchasers, users, and developers, to perform one or more of the steps of the method claims, either literally or under the doctrine of equivalents, of the '713 Patent, where all the steps of the method claims are performed by either Cisco, its customers, purchasers, users or developers, or some combination thereof.  Cisco knew or was willfully blind to the fact that it was inducing others, including customers, purchasers, users or developers, to infringe by practicing, either themselves or in conjunction with Cisco, one or more method claims of the '713 Patent, including Claims 1-7.

236.     Cisco knowingly and actively aided and abetted the direct infringement of the '713 Patent by instructing and encouraging its customers, purchasers, users and developers to use the '713 Accused Products.  Such instructions and encouragement include, but are not limited to, advising third parties to use the '713 Accused Products in an infringing manner, providing a mechanism through which third parties may infringe the '713 Patent, specifically through the use of the Accused Catalyst Products, the Accused Router Products, and the Accused Stealthwatch Products, alone or in conjunction with one another, and by advertising and promoting the use of the '713 Accused Products in an infringing manner, and distributing guidelines and instructions to third parties on how to use the '713 Accused Products in an infringing manner.

237.     Cisco updates and maintains an HTTP site with Cisco's quick start guides, administration guides, user guides, operating instructions, blogs, white papers, data sheets and training certification programs which cover in depth aspects of operating Cisco's offerings. *See* https://www.cisco.com/c/en/us/support/switches/catalyst-9300-series-switches/tsd-products-support-series-home.html, attached hereto as Exhibit 34;

https://www.cisco.com/c/en/us/support/switches/catalyst-9400-series-switches/tsd-products-support-series-home.html, attached hereto as Exhibit 35;

https://www.cisco.com/c/en/us/support/switches/catalyst-9500-series-switches/tsd-products-support-series-home.html, attached hereto as Exhibit 36;

https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9300-series-switches/datasheet-c78-738977.pdf, attached hereto as Exhibit 16; *see also*

https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9400-series-switches/datasheet-c78-739053.pdf, attached hereto as Exhibit 17;

https://www.cisco.com/c/en/us/support/routers/index.html, attached hereto as Exhibit 37; *see also* https://www.cisco.com/c/dam/en/us/products/collateral/routers/asr-1000-series-aggregation-services-routers/at-a-glance-c45-612993.pdf, attached hereto as Exhibit 18; *see also* https://www.cisco.com/c/en/us/products/collateral/routers/4000-series-integrated-services-routers-isr/datasheet-c78-732542.pdf, attached hereto as Exhibit 19;

https://blogs.cisco.com/enterprise/cisco-traffic-analysis-encrypted-threat-analytics, attached hereto as Exhibit 38; https://communities.cisco.com/docs/DOC-76964, attached hereto as Exhibit 39; https://www.cisco.com/c/en/us/support/security/stealthwatch/tsd-products-support-series-home.html, attached hereto as Exhibit 40;

https://www.cisco.com/c/en/us/support/security/stealthwatch/products-installation-guides-list.html, attached hereto as Exhibit 41;

https://www.cisco.com/c/dam/en/us/td/docs/security/stealthwatch/hardware/installation/SW_6_9_1_Hardware_Installation_DV_1_2.pdf, attached hereto as Exhibit 42;

https://www.cisco.com/c/en/us/support/security/stealthwatch/products-installation-and-configuration-guides-list.html,  attached hereto as Exhibit 43;

https://www.cisco.com/c/en/us/support/security/stealthwatch/products-programming-reference-guides-list.html, attached hereto as Exhibit 44; https://www.cisco.com/c/en/us/training-

events/training-certifications/certifications/associate/ccna-routing-switching.html, attached

hereto as Exhibit 45.

## THIRTEENTH CAUSE OF ACTION
### (Direct Infringement of the '552 Patent pursuant to 35 U.S.C. § 271(a))

238.    Centripetal repeats, realleges, and incorporates by reference, as if fully set forth

herein, the allegations of the preceding paragraphs, as set forth above.

239.    Cisco has infringed and continues to infringe Claims 1-21 of the '552 Patent in

violation of 35 U.S.C. § 271(a).

240.    Cisco's infringement is based upon literal infringement or infringement under

the doctrine of equivalents, or both.

241.    Cisco's acts of making, using, importing, selling, and/or offering for sale

infringing products and services have been without the permission, consent, authorization, or

license of Centripetal.

242.    Cisco's infringement includes the manufacture, use, sale, importation and/or

offer for sale of Cisco's products and services, including but not limited to the Accused

Catalyst Products, the Accused Router Products, and the Accused Stealthwatch Products, alone

or in conjunction with one another (collectively, the "Accused '552 Products").

243.    The Accused '552 Products embody the patented invention of the '552 Patent

and infringe the '552 Patent because they practice a method comprising:

at a computing device comprising at least one processor, a memory, and a communication
    interface:

receiving, via the communication interface, a plurality of hypertext transfer protocol
    secure (HTTPS) packets;

responsive to a determination by the at least one processor that at least a portion of the
    plurality of HTTPS packets have packet-header-field values corresponding to a
    packet filtering rule stored in the memory, applying, by the at least one processor,
    an operator specified by the packet-filtering rule to the at least a portion of the

> plurality of HTTPS packets, wherein the operator specifies one or more application-header-field-value criteria identifying one or more transport layer security (TLS)-version values for which packets should be blocked from continuing toward their respective destinations; and

> responsive to a determination by the at least one processor that one or more packets, of the at least a portion of the plurality of HTTPS packets, have one or more application-header-field values corresponding to one or more TLS-version values of the one or more TLS-version values for which packets should be blocked from continuing toward their respective destinations, applying, by the at least one processor, at least one packet-transformation function specified by the operator to the one or more packets to block each packet of the one or more packets from continuing toward its respective destination.

'552 Patent, Claim 1.

244.    The Accused '552 Products are computing devices which perform the steps of the method of the '552 Patent.  As shown below, the Accused '552 Products include "a computing device comprising at least one processor, a memory, and a communication interface."



(Cisco Featured Products). https://www.cisco.com/c/en/us/solutions/enterprise-networks/index.html#~stickynav=1, attached hereto as Exhibit 48.

245.    As shown below, the Accused '552 Products include "Intel® x86 CPU complex with 8-GB memory, and 16 GB of flash and external USB 3.0 SSD pluggable storage slot to

host containers,"

## Product Overview: Features

**Product Highlights**

- Highest wireless scale with Wave 2 access points supported on a single switch with select models
- UADP 2.0 Application-Specific Integrated Circuit (ASIC) with programmable pipeline and microengine capabilities, along with template-based, configurable allocation of Layer 2 and Layer 3 forwarding, Access Control Lists (ACLs), and Quality of Service (QoS) entries
- Intel® x86 CPU complex with 8-GB memory, and 16 GB of flash and external USB 3.0 SSD pluggable storage slot to host containers
- USB 2.0 slot to load system images and set configurations
- Up to 480 Gbps of local stackable switching bandwidth
- Flexible and dense uplink offerings with 1G, Multigigabit, 10G, and 40G, with platform readiness for 25G
- Flexible downlink options with 1G and Multigigabit links
- Leading PoE capabilities with up to 384 ports of PoE per stack, 60W Cisco UPOE, and PoE+

(Cisco Catalyst 9300 Series Switches).
https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9300-series-switches/datasheet-c78-738977.pdf, attached hereto as Exhibit 16, at 2.

246. As shown below, the Accused '552 Products include many configurations, all of which include communications ports.

**Table 1.** Cisco Catalyst 9300 Series Switch Configurations

| Model | Total 10/100/1000 or Multigigabit copper ports | Default AC power supply | Available PoE power | Cisco StackWise-480 | Cisco StackPower |
|---|---|---|---|---|---|
| C9300-24T | 24 | 350W AC | | Yes | Yes |
| C9300-48T | 48 | 350W AC | | Yes | Yes |
| C9300-24P | 24 POE+ | 715W AC | 445W | Yes | Yes |
| C9300-48P | 48 POE+ | 715W AC | 437W | Yes | Yes |
| C9300-24U | 24 Cisco UPOE | 1100W AC | 830W | Yes | Yes |
| C9300-48U | 48 Cisco UPOE | 1100W AC | 822W | Yes | Yes |
| C9300-24UX | 24 Multigigabit Cisco UPOE (100 Mbps or 1, 2.5, 5, or 10 Gbps) | 1100W AC | 560W | Yes | Yes |
| C9300-48UXM | 48x 2.5G ports (12 mGig – 100 Mbps or 1, 2.5, 5, or 10 Gbps) | 1100W AC | 490W | Yes | Yes |

*Id.* at 3.

247. The Accused '552 Products perform the steps of "receiving, via the communication interface, a plurality of hypertext transfer protocol secure (HTTPS) packets;

responsive to a determination by the at least one processor that at least a portion of the plurality of HTTPS packets have packet-header-field values corresponding to a packet filtering rule stored in the memory."

248.    As shown below, the Accused '552 Products "correlate traffic with global threat behaviors to automatically identify infected hosts, command and control communication and suspicious traffic":



Figure 3. Stealtwatch Enterprise Multi-layer Machine Learning

(Cisco Encrypted Traffic Analytics White Paper).
https://www.cisco.com/c/dam/en/us/solutions/collateral/enterprise-networks/enterprise-network-security/nb-09-encrytd-traf-anlytcs-wp-cte-en.pdf, attached hereto as Exhibit 25, at 5.

249.    The Accused '552 Products include Cognitive Threat Analytics ("CTA").  CTA "[a]nalyz[es] more than 10 billion web requests daily, [and] finds malicious activity that has bypassed security controls, or entered through unmonitored channels (including removable media), and is operating inside an organization's environment. Cognitive Threat Analytics is a cloud-based product that uses machine learning and statistical modeling of networks. It creates a baseline of the traffic in your network and identifies anomalies. It analyzes user and device

behavior, and web traffic, to discover command-and-control communications, data exfiltration, and potentially unwanted applications operating in your infrastructure (Figure 1)."



https://www.cisco.com/c/en/us/products/collateral/security/cognitive-threat-analytics/datasheet-c78-736557.html, attached hereto as Exhibit 29, at 1.

250. CTA "is integrated with Cisco AMP Threat Grid. When CTA independently detects command-and-control communication in the web channel, it queries the AMP Threat Grid database and correlates the indicators of compromise with the millions of malware artifacts seen by AMP Threat Grid to identify the malware that caused the anomaly." *Id.* at 2. CTA also provides Automated Response and "integrates with existing security monitoring technologies, including Security Information and Event Management (SIEM) platforms. Organizations can integrate and automate their response with an established workflow." *Id.*

251. The Accused '552 Products perform the steps of "applying, by the at least one processor, an operator specified by the packet-filtering rule to the at least a portion of the plurality of HTTPS packets, wherein the operator specifies one or more application-header-field-value criteria identifying one or more transport layer security (TLS)-version values for

which packets should be blocked from continuing toward their respective destinations." The Accused '552 Products "extract[] four main data elements: the sequence of packet lengths and times, the byte distribution, TLS-specific features and the initial data packet. Cisco's unique Application-Specific Integrated Circuit (ASIC) architecture provides the ability to extract these data elements without slowing down the data network," which includes the Initial Data Packet ("IDP"). (Cisco Encrypted Traffic Analytics White Paper).

https://www.cisco.com/c/dam/en/us/solutions/collateral/enterprise-networks/enterprise-network-security/nb-09-encrytd-traf-anlytcs-wp-cte-en.pdf, attached hereto as Exhibit 25, at 4.

"IDP is used to obtain packet data from the first packet of a flow. It allows extraction of interesting data such as an HTTP URL, DNS hostname/address and other data elements. The TLS handshake is composed of several messages that contain interesting, unencrypted metadata used to extract data elements such as cipher suites, TLS versions and the client's public key length." *Id.*

# Appendix A

Data Elements Extracted by Encrypted Traffic Analytics.

| Data Element Name | Description |
| --- | --- |
| Sequence of Packet Lengths and Times (SPLT) | An array of LENGTH values followed by an array of INTERARRIVAL TIME values describing the first N packets of a flow that carry application payload. Each LENGTH is encoded as a 16-bit integer to form a 20-byte array. Immediately following this, each INTERARRIVAL TIME is encoded as a 16-bit integer to form another 20-byte array. |
| Byte distribution | A histogram giving the frequency of occurrence for each byte value or (range of values) in the first N bytes of application payload for a flow. Each "frequency of occurrence" is represented as a 16-bit integer. |
| Initial Data Packet (IDP) | The content of the first packet of this flow that contains actual payload data, starting at the beginning of the IP header. |
| TLS records | An array of LENGTH values, followed by an array of INTERARRIVAL TIME values, followed by an array of CONTENT TYPE values, followed by an array of HANDSHAKE TYPE values. These arrays describe the first N records of a TLS flow. |
| TLS record lengths | A sequence of record lengths for up to the first N records of a TLS flow. |
| TLS record times | A sequence of TLS interarrival times for up to the first N records of a TLS flow. |
| TLS content types | A sequence of ContentType values for up to the first N records of a TLS flow. |
| TLS handshake types | A sequence of HandshakeType values for up to the first N records of a TLS flow. |
| TLS cipher suites | A list of up to N cipher suites offered by the client, or selected by the server in a TLS flow. |

| Data Element Name | Description |
| --- | --- |
| TLS extensions | An array of LENGTH values followed by an array of EXTENSION TYPE values describing the TLS extensions observed in the Hello message for a TLS flow. |
| TLS extension lengths | A list of extension lengths for up to the first N TLS extensions observed in the TLS Hello message for a flow. |
| TLS extension types | A list of extension types for up to the first N TLS extensions observed in the TLS Hello message for a flow. |
| TLS version | The TLS version number observed in the TLS Hello message for a flow. |
| TLS key length | The length of the client key observed in the TLS ClientKeyExchange message. |
| TLS session ID | The session ID value observed (if any) in the TLS Hello message for a flow. |
| TLS random | The random value observed in the TLS Hello message for this flow. |

*Id.* at 8-9.

252.    The Accused '552 Products perform the steps of "responsive to a determination by the at least one processor that one or more packets, of the at least a portion of the plurality of HTTPS packets, have one or more application-header-field values corresponding to one or more TLS-version values of the one or more TLS-version values for which packets should be blocked from continuing toward their respective destinations, applying, by the at least one processor, at least one packet-transformation function specified by the operator to the one or more packets to block each packet of the one or more packets from continuing toward its respective destination."  As shown below, the Accused '552 Products "turns the network into an end-to-end sensor and enforcer that detects, contains and prevents emerging sophisticated security threats":

## Conclusion

In summary, the network is now an even more advanced security sensor, capable of detecting threats in encrypted traffic. A Cisco Digital Network Architecture-ready infrastructure turns the network into an end-to-end sensor and enforcer that detects, contains and prevents emerging, sophisticated security threats.

*Id.* at 8.

253.    As a result of Cisco's unlawful activities, Centripetal has suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law.  Accordingly, Centripetal is entitled to preliminary and/or permanent injunctive relief.

254.    Cisco's infringement of the '552 Patent has injured and continues to injure Centripetal in an amount to be proven at trial.

255.    Cisco has willfully infringed each of the Asserted Patents.  Centripetal is informed and believes that Cisco had knowledge of the Asserted Patents through various channels and despite its knowledge of Centripetal's patent rights, engaged in egregious behavior warranting enhanced damages.

256.    On or around 2014, Centripetal partnered with ThreatGRID, a company which

included threat intelligence technology which Centripetal integrated with their patented products that used some of the Asserted Patents.  Cisco later acquired ThreatGRID in 2016.  Centripetal is informed and believes that Cisco gained increased exposure to Centripetal's patented technology as a result of the acquisition of ThreatGRID.

https://www.cisco.com/c/en/us/about/corporate-strategy-office/acquisitions/threatgrid.html, attached hereto as Exhibit 31.

257.    Centripetal is further informed and believes that, on or around January 2016, Cisco requested an introduction to Centripetal through a third party, Granite Hill Capital Partners.  Later, Centripetal received a point of contact introduction to Cisco from Granite Hill Capital Partners.

258.    In 2016, Cisco invited Centripetal to participate in Cisco Live, which is Cisco's partner conference – in which Centripetal was asked to demonstrate its technology in Cisco's "Security Partner Village" booth.  On or around June 2016, Centripetal attended the Cisco Live conference and demonstrated its patented technology, including the RuleGATE Threat Intelligence Gateway product which encompasses at least some of the Asserted Patents.  Cisco currently lists Centripetal on its website located at www.cisco.com, as part of a "partner ecosystem" whose "[t]hreat intelligence platforms" use Threat Grid.

https://www.cisco.com/c/en/us/products/security/threat-grid/integrations.html#~stickynav=2, attached hereto as Exhibit 32, at 3.

259.    Cisco thus knew or, in the alternative, was willfully blind to Centripetal's technology and its Asserted Patents.

260.    Cisco's infringement of the '552 Patent is egregious.  Despite this knowledge, Centripetal is informed and believes that Cisco deliberately copied Centripetal's patented

technology, which it implemented into its products and services, such as Centripetal's

CleanINTERNET service and Threat Intelligence Gateway, including the RuleGATE 2000.

The blatant copying of Centripetal's patented technology is egregious behavior warranting a

finding of willful infringement and enhanced damages.

261.    This further demonstrates that Cisco knew or, in the alternative, was willfully

blind to Centripetal's Asserted Patents. Despite this knowledge and/or willful blindness, Cisco

has acted with blatant and egregious disregard for Centripetal's patent rights with an

objectively high likelihood of infringement.

262.    Centripetal is informed and believes that Cisco has undertaken no efforts to

design these products or services around the '552 Patent to avoid infringement despite Cisco's

knowledge and understanding that its products and services infringe the '552 Patent.  As such,

Cisco has acted and continues to act recklessly, willfully, wantonly, deliberately, and

egregiously engage in acts of infringement of the '552 Patent, justifying an award to

Centripetal of increased damages under 35 U.S.C. § 284, and attorneys' fees and costs incurred

under 35 U.S.C. § 285.

### FOURTEENTH CAUSE OF ACTION
**(Indirect Infringement of the '552 Patent pursuant to 35 U.S.C. § 271(b))**

263.    Centripetal repeats, realleges, and incorporates by reference, as if fully set forth

herein, the allegations of the preceding paragraphs, as set forth above.

264.    Cisco has induced and continues to induce infringement of one or more claims

of the '552 Patent under 35 U.S.C. § 271(b).

265.    In addition to directly infringing the '552 Patent, Cisco indirectly infringes the

'552 Patent pursuant to 35 U.S.C. § 271(b) by instructing, directing and/or requiring others,

including its customers, purchasers, users, and developers, to perform one or more of the steps

of the method claims, either literally or under the doctrine of equivalents, of the '552 Patent,

where all the steps of the method claims are performed by either Cisco, its customers,

purchasers, users or developers, or some combination thereof.  Cisco knew or was willfully

blind to the fact that it was inducing others, including customers, purchasers, users or

developers, to infringe by practicing, either themselves or in conjunction with Cisco, one or

more method claims of the '552 Patent, including Claims 1-7.

266.    Cisco knowingly and actively aided and abetted the direct infringement of the

'552 Patent by instructing and encouraging its customers, purchasers, users and developers to

use the '552 Accused Products.  Such instructions and encouragement include, but are not

limited to, advising third parties to use the '552 Accused Products in an infringing manner,

providing a mechanism through which third parties may infringe the '552 Patent, specifically

through the use of the Accused Catalyst Products, the Accused Router Products, and the

Accused Stealthwatch Products, alone or in conjunction with one another, and by advertising

and promoting the use of the '552 Accused Products in an infringing manner, and distributing

guidelines and instructions to third parties on how to use the '552 Accused Products in an

infringing manner.

267.    Cisco updates and maintains an HTTP site with Cisco's quick start guides,

administration guides, user guides, operating instructions, blogs, white papers, data sheets and

training certification programs which cover in depth aspects of operating Cisco's offerings.

*See* https://www.cisco.com/c/en/us/support/switches/catalyst-9300-series-switches/tsd-

products-support-series-home.html, attached hereto as Exhibit 34;

https://www.cisco.com/c/en/us/support/switches/catalyst-9400-series-switches/tsd-products-

support-series-home.html, attached hereto as Exhibit 35;

https://www.cisco.com/c/en/us/support/switches/catalyst-9500-series-switches/tsd-products-

support-series-home.html, attached hereto as Exhibit 36;

https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9300-series-switches/datasheet-c78-738977.pdf, attached hereto as Exhibit 16; *see also*

https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9400-series-switches/datasheet-c78-739053.pdf, attached hereto as Exhibit 17;

https://www.cisco.com/c/en/us/support/routers/index.html, attached hereto as Exhibit 37; *see also* https://www.cisco.com/c/dam/en/us/products/collateral/routers/asr-1000-series-aggregation-services-routers/at-a-glance-c45-612993.pdf, attached hereto as Exhibit 18; *see also* https://www.cisco.com/c/en/us/products/collateral/routers/4000-series-integrated-services-routers-isr/datasheet-c78-732542.pdf, attached hereto as Exhibit 19;

https://blogs.cisco.com/enterprise/cisco-traffic-analysis-encrypted-threat-analytics, attached hereto as Exhibit 38; https://communities.cisco.com/docs/DOC-76964, attached hereto as Exhibit 39; https://www.cisco.com/c/en/us/support/security/stealthwatch/tsd-products-support-series-home.html, attached hereto as Exhibit 40;

https://www.cisco.com/c/en/us/support/security/stealthwatch/products-installation-guides-list.html, attached hereto as Exhibit 41;

https://www.cisco.com/c/dam/en/us/td/docs/security/stealthwatch/hardware/installation/SW_6_9_1_Hardware_Installation_DV_1_2.pdf, attached hereto as Exhibit 42;

https://www.cisco.com/c/en/us/support/security/stealthwatch/products-installation-and-configuration-guides-list.html,  attached hereto as Exhibit 43;

https://www.cisco.com/c/en/us/support/security/stealthwatch/products-programming-reference-guides-list.html, attached hereto as Exhibit 44; https://www.cisco.com/c/en/us/training-events/training-certifications/certifications/associate/ccna-routing-switching.html, attached

hereto as Exhibit 45.

### FIFTEENTH CAUSE OF ACTION
#### (Direct Infringement of the '213 Patent pursuant to 35 U.S.C. § 271(a))

268.    Centripetal repeats, realleges, and incorporates by reference, as if fully set forth

herein, the allegations of the preceding paragraphs, as set forth above.

269.    Cisco has infringed and continues to infringe Claims 1-16 of the '213 Patent in

violation of 35 U.S.C. § 271(a).

270.    Cisco's infringement is based upon literal infringement or infringement under

the doctrine of equivalents, or both.

271.    Cisco's acts of making, using, importing, selling, and/or offering for sale

infringing products and services have been without the permission, consent, authorization, or

license of Centripetal.

272.    Cisco's infringement includes the manufacture, use, sale, importation and/or

offer for sale of Cisco's products and services, including but not limited to the Accused

Catalyst Products, the Accused Router Products, and the Accused Stealthwatch Products, alone

or in conjunction with one another (collectively, the "Accused '213 Products").

273.    The Accused '213 Products embody the patented invention of the '213 Patent

and infringe the '213 Patent because they practice a method comprising:

> receiving, by each of a plurality of packet security gateways associated with a security
> policy management server and from the security policy management server, a dynamic
> security policy that comprises at least one rule specifying application-layer packet-
> header information and a packet transformation function comprising a packet digest
> logging function to be performed on packets comprising the application-layer packet-
> header information;

> receiving, by a packet security gateway of the plurality of packet security gateways,
> packets associated with a network protected by the packet security gateway;

> identifying, by the packet security gateway, from amongst the packets associated with the
> network protected by the packet security gateway, and on a packet-by-packet basis, one

or more packets comprising the application-layer packet-header information;

performing, by the packet security gateway and on a packet-by-packet basis, the packet transformation function on each of the one or more packets comprising the application-layer packet-header information, wherein the performing the packet transformation function comprises

identifying a subset of information specified by the packet digest logging function for each of the one or more packets comprising the application-layer packet-header information;

generating, for each of the one or more packets comprising the application-layer packet-header information, a record comprising the subset of information specified by the packet digest logging function; and

reformatting, for each of the one or more packets comprising the application-layer packet-header information, the subset of information specified by the packet digest logging function in accordance with a logging system standard; and

routing, by the packet security gateway and on a packet-by-packet basis, to a monitoring device each of the one or more packets corresponding to the application-layer packet-header information in response to the performing the packet transformation function.

'213 Patent, Claim 1.

274.    The Accused '213 Products perform the step of "receiving, by each of a plurality of packet security gateways associated with a security policy management server and from the security policy management server, a dynamic security policy that comprises at least one rule specifying application-layer packet-header information and a packet transformation function comprising a packet digest logging function to be performed on packets comprising the application-layer packet-header information."  As shown below, the Accused '213 Products "enables policy-based automation from edge to cloud with foundational capabilities," including "Simplified device deployment, Unified management of wired and wireless networks, Network virtualization and segmentation, Group-based policies, and Context-based analytics."

**The Foundation of Software-Defined Access**

Advanced persistent security threats. The exponential growth of Internet of Things (IoT) devices. Mobility everywhere. Cloud adoption. All of these require a network fabric that integrates advanced hardware and software innovations to automate, secure, and simplify customer networks. The goal of this network fabric is to enable customer revenue growth by accelerating the rollout of business services.

The Cisco Digital Network Architecture (Cisco DNA™) with SD-Access is the network fabric that powers business. It is an open and extensible, software-driven architecture that accelerates and simplifies your enterprise network operations. The programmable architecture frees your IT staff from time-consuming, repetitive network configuration tasks so they can focus instead on innovation that positively transforms your business. SD-Access enables policy-based automation from edge to cloud with foundational capabilities. These include:

- Simplified device deployment
- Unified management of wired and wireless networks
- Network virtualization and segmentation
- Group-based policies
- Context-based analytics

(Cisco Catalyst 9300 Series Switches). https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9300-series-switches/datasheet-c78-738977.pdf, attached hereto as Exhibit 16, at 1.

275.   The Accused '213 Products perform the steps of "receiving, by a packet security gateway of the plurality of packet security gateways, packets associated with a network protected by the packet security gateway," and "identifying, by the packet security gateway, from amongst the packets associated with the network protected by the packet security gateway, and on a packet-by-packet basis, one or more packets comprising the application-layer packet-header information":

Figure 2. Encrypted Traffic Analytics – technical solution overview

(Cisco Encrypted Traffic Analytics White Paper). https://www.cisco.com/c/dam/en/us/solutions/collateral/enterprise-networks/enterprise-network-security/nb-09-encrytd-traf-anlytcs-wp-cte-en.pdf, attached hereto as Exhibit 25, at 3.

276.    The Accused '213 Products perform the steps of "performing, by the packet security gateway and on a packet-by-packet basis, the packet transformation function on each of the one or more packets comprising the application-layer packet-header information, wherein the performing the packet transformation function comprises," "identifying a subset of information specified by the packet digest logging function for each of the one or more packets comprising the application-layer packet-header information," "generating, for each of the one or more packets comprising the application-layer packet-header information, a record comprising the subset of information specified by the packet digest logging function," and "reformatting, for each of the one or more packets comprising the application-layer packet-header information, the subset of information specified by the packet digest logging function in accordance with a logging system standard."

277.    The Accused '213 Products include Cognitive Threat Analytics ("CTA").  CTA "[a]nalyz[es] more than 10 billion web requests daily, [and] finds malicious activity that has

bypassed security controls, or entered through unmonitored channels (including removable media), and is operating inside an organization's environment. Cognitive Threat Analytics is a cloud-based product that uses machine learning and statistical modeling of networks. It creates a baseline of the traffic in your network and identifies anomalies. It analyzes user and device behavior, and web traffic, to discover command-and-control communications, data exfiltration, and potentially unwanted applications operating in your infrastructure (Figure 1)."



https://www.cisco.com/c/en/us/products/collateral/security/cognitive-threat-analytics/datasheet-c78-736557.html, attached hereto as Exhibit 29, at 1.

278.    CTA "is integrated with Cisco AMP Threat Grid. When CTA independently detects command-and-control communication in the web channel, it queries the AMP Threat Grid database and correlates the indicators of compromise with the millions of malware artifacts seen by AMP Threat Grid to identify the malware that caused the anomaly." *Id.* at 2. CTA also provides Automated Response and "integrates with existing security monitoring technologies, including Security Information and Event Management (SIEM) platforms. Organizations can integrate and automate their response with an established workflow." *Id.*

279.     As shown below, the Accused '213 Products collect, store, and analyze both traditional flow data and intraflow metadata and "[o]btain contextual threat intelligence with real-time analysis correlated with user and device information."  (Cisco Encrypted Traffic Analytics White Paper). https://www.cisco.com/c/dam/en/us/solutions/collateral/enterprise-networks/enterprise-network-security/nb-09-encrytd-traf-anlytcs-wp-cte-en.pdf, attached hereto as Exhibit 25, at 2-4.



Figure 2. Encrypted Traffic Analytics – technical solution overview

*Id.* at 3.

280.     As shown below, the Accused '213 Products' "Security Insight dashboard . . . provides a view of affected users identified by risk type. An expanded dashboard provides detailed information regarding the top risk escalations and relative threat exposure":

The Security Insight dashboard on the Stealthwatch Management Console (SMC) provides a view of affected users identified by risk type. An expanded dashboard provides detailed information regarding the top risk escalations and relative threat exposure. Table 3 lists some high-risk threats that use encrypted command and control communications.

Figure 4. Stealthwatch security insight dashboard



*Id.* at 6.

281.    The Accused '213 Products perform the step of "routing, by the packet security gateway and on a packet-by-packet basis, to a monitoring device each of the one or more packets corresponding to the application-layer packet-header information in response to the performing the packet transformation function."

282.    As shown below, the Accused '213 Products include "policy-based automation from edge to cloud with foundational capabilities":

The Cisco® Digital Network Architecture (DNA) with Software Defined Access (SD-Access) is the network fabric that powers business. Cisco DNA is an open and extensible, software-driven architecture that accelerates and simplifies your enterprise network operations. The programmable architecture frees your IT staff from time consuming, repetitive network configuration tasks so they can focus instead on innovation that positively transforms your business. SD-Access enables policy-based automation from edge to cloud with foundational capabilities. These include:

- Simplified device deployment
- Unified management of wired and wireless networks
- Network virtualization and segmentation
- Group-based policies
- Context-based analytics

(Cisco Catalyst Data Sheet). https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9400-series-switches/datasheet-c78-739053.pdf, attached hereto as Exhibit 17, at 1.

283.    As shown below, the Accused '213 Products "correlate traffic with global threat behaviors to automatically identify infected hosts, command and control communication and suspicious traffic":



(Cisco Encrypted Traffic Analytics White Paper). https://www.cisco.com/c/dam/en/us/solutions/collateral/enterprise-networks/enterprise-network-security/nb-09-encrytd-traf-anlytcs-wp-cte-en.pdf, attached hereto as Exhibit 25, at 5.

284.     As a result of Cisco's unlawful activities, Centripetal has suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law.  Accordingly, Centripetal is entitled to preliminary and/or permanent injunctive relief.

285.     Cisco's infringement of the '213 Patent has injured and continues to injure Centripetal in an amount to be proven at trial.

286.     Cisco has willfully infringed each of the Asserted Patents.  Centripetal is informed and believes that Cisco had knowledge of the Asserted Patents through various channels and despite its knowledge of Centripetal's patent rights, engaged in egregious behavior warranting enhanced damages.

287.     On or around 2014, Centripetal partnered with ThreatGRID, a company which included threat intelligence technology which Centripetal integrated with their patented products that used some of the Asserted Patents.  Cisco later acquired ThreatGRID in 2016. Centripetal is informed and believes that Cisco gained increased exposure to Centripetal's patented technology as a result of the acquisition of ThreatGRID. https://www.cisco.com/c/en/us/about/corporate-strategy-office/acquisitions/threatgrid.html, attached hereto as Exhibit 31.

288.     Centripetal is further informed and believes that, on or around January 2016, Cisco requested an introduction to Centripetal through a third party, Granite Hill Capital Partners.  Later, Centripetal received a point of contact introduction to Cisco from Granite Hill Capital Partners.

289.     In 2016, Cisco invited Centripetal to participate in Cisco Live, which is Cisco's partner conference – in which Centripetal was asked to demonstrate its technology in Cisco's "Security Partner Village" booth.  On or around June 2016, Centripetal attended the Cisco Live

conference and demonstrated its patented technology, including the RuleGATE Threat Intelligence Gateway product which encompasses at least some of the Asserted Patents.  Cisco currently lists Centripetal on its website located at www.cisco.com, as part of a "partner ecosystem" whose "[t]hreat intelligence platforms" use Threat Grid. https://www.cisco.com/c/en/us/products/security/threat-grid/integrations.html#~stickynav=2, attached hereto as Exhibit 32, at 3.

290.    Cisco thus knew or, in the alternative, was willfully blind to Centripetal's technology and its Asserted Patents.

291.    Cisco's infringement of the '213 Patent is egregious.  Despite this knowledge, Centripetal is informed and believes that Cisco deliberately copied Centripetal's patented technology, which it implemented into its products and services, such as Centripetal's CleanINTERNET service and Threat Intelligence Gateway, including the RuleGATE 2000. The blatant copying of Centripetal's patented technology is egregious behavior warranting a finding of willful infringement and enhanced damages.

292.    This further demonstrates that Cisco knew or, in the alternative, was willfully blind to Centripetal's Asserted Patents. Despite this knowledge and/or willful blindness, Cisco has acted with blatant and egregious disregard for Centripetal's patent rights with an objectively high likelihood of infringement.

293.    Centripetal is informed and believes that Cisco has undertaken no efforts to design these products or services around the '213 Patent to avoid infringement despite Cisco's knowledge and understanding that its products and services infringe the '213 Patent.  As such, Cisco has acted and continues to act recklessly, willfully, wantonly, deliberately, and egregiously engage in acts of infringement of the '213 Patent, justifying an award to

Centripetal of increased damages under 35 U.S.C. § 284, and attorneys' fees and costs incurred under 35 U.S.C. § 285.

## SIXTEENTH CAUSE OF ACTION
### (Indirect Infringement of the '213 Patent pursuant to 35 U.S.C. § 271(b))

294.     Centripetal repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

295.     Cisco has induced and continues to induce infringement of one or more claims of the '213 Patent under 35 U.S.C. § 271(b).

296.     In addition to directly infringing the '213 Patent, Cisco indirectly infringes the '213 Patent pursuant to 35 U.S.C. § 271(b) by instructing, directing and/or requiring others, including its customers, purchasers, users, and developers, to perform one or more of the steps of the method claims, either literally or under the doctrine of equivalents, of the '213 Patent, where all the steps of the method claims are performed by either Cisco, its customers, purchasers, users or developers, or some combination thereof.  Cisco knew or was willfully blind to the fact that it was inducing others, including customers, purchasers, users or developers, to infringe by practicing, either themselves or in conjunction with Cisco, one or more method claims of the '213 Patent, including Claims 1-16.

297.     Cisco knowingly and actively aided and abetted the direct infringement of the '213 Patent by instructing and encouraging its customers, purchasers, users and developers to use the '213 Accused Products.  Such instructions and encouragement include, but are not limited to, advising third parties to use the '213 Accused Products in an infringing manner, providing a mechanism through which third parties may infringe the '213 Patent, specifically through the use of the Accused Catalyst Products, the Accused Router Products, and the Accused Stealthwatch Products, alone or in conjunction with one another, and by advertising

and promoting the use of the '213 Accused Products in an infringing manner, and distributing guidelines and instructions to third parties on how to use the '213 Accused Products in an infringing manner.

298.    Cisco updates and maintains an HTTP site with Cisco's quick start guides, administration guides, user guides, operating instructions, blogs, white papers, data sheets and training certification programs which cover in depth aspects of operating Cisco's offerings. *See* https://www.cisco.com/c/en/us/support/switches/catalyst-9300-series-switches/tsd-products-support-series-home.html, attached hereto as Exhibit 34;

https://www.cisco.com/c/en/us/support/switches/catalyst-9400-series-switches/tsd-products-support-series-home.html, attached hereto as Exhibit 35;

https://www.cisco.com/c/en/us/support/switches/catalyst-9500-series-switches/tsd-products-support-series-home.html, attached hereto as Exhibit 36;

https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9300-series-switches/datasheet-c78-738977.pdf, attached hereto as Exhibit 16; *see also* https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9400-series-switches/datasheet-c78-739053.pdf, attached hereto as Exhibit 17;

https://www.cisco.com/c/en/us/support/routers/index.html, attached hereto as Exhibit 37; *see also* https://www.cisco.com/c/dam/en/us/products/collateral/routers/asr-1000-series-aggregation-services-routers/at-a-glance-c45-612993.pdf, attached hereto as Exhibit 18; *see also* https://www.cisco.com/c/en/us/products/collateral/routers/4000-series-integrated-services-routers-isr/datasheet-c78-732542.pdf, attached hereto as Exhibit 19;

https://blogs.cisco.com/enterprise/cisco-traffic-analysis-encrypted-threat-analytics, attached hereto as Exhibit 38; https://communities.cisco.com/docs/DOC-76964, attached hereto as

Exhibit 39; https://www.cisco.com/c/en/us/support/security/stealthwatch/tsd-products-support-series-home.html, attached hereto as Exhibit 40;

https://www.cisco.com/c/en/us/support/security/stealthwatch/products-installation-guides-list.html, attached hereto as Exhibit 41;

https://www.cisco.com/c/dam/en/us/td/docs/security/stealthwatch/hardware/installation/SW_6_9_1_Hardware_Installation_DV_1_2.pdf, attached hereto as Exhibit 42;

https://www.cisco.com/c/en/us/support/security/stealthwatch/products-installation-and-configuration-guides-list.html,  attached hereto as Exhibit 43;

https://www.cisco.com/c/en/us/support/security/stealthwatch/products-programming-reference-guides-list.html, attached hereto as Exhibit 44; https://www.cisco.com/c/en/us/training-events/training-certifications/certifications/associate/ccna-routing-switching.html, attached hereto as Exhibit 45.

### SEVENTEENTH CAUSE OF ACTION
### (Direct Infringement of the '205 Patent pursuant to 35 U.S.C. § 271(a))

299.    Centripetal repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

300.    Cisco has infringed and continues to infringe Claims 1-96 of the '205 Patent in violation of 35 U.S.C. § 271(a).

301.    Cisco's infringement is based upon literal infringement or infringement under the doctrine of equivalents, or both.

302.    Cisco's acts of making, using, importing, selling, and/or offering for sale infringing products and services have been without the permission, consent, authorization, or license of Centripetal.

303.    Cisco's infringement includes the manufacture, use, sale, importation and/or

offer for sale of Cisco's products and services, including but not limited to the Accused

Catalyst Products, the Accused Router Products, and the Accused Stealthwatch Products, alone

or in conjunction with one another (collectively, the "Accused '205 Products").

304. The Accused '205 Products embody the patented invention of the '205 Patent

and infringe the '205 Patent because they practice a method comprising:

at each packet security gateway of one or more packet security gateways associated with a security policy management server:

receiving a plurality of dynamic security policies from the security policy management server, wherein receiving the plurality of dynamic security policies comprises:

receiving at least one rule specifying a set of network addresses for which associated packets should be forwarded and at least one rule specifying that all packets associated with network addresses outside the set of network addresses for which packets should be forwarded should be dropped;

receiving, at a first time, a dynamic security policy specifying a first set of network addresses for which packets should be forwarded;

receiving, at a second time, a dynamic security policy specifying a second set of network addresses for which packets should be forwarded; and

receiving, at a third time, a dynamic security policy specifying a third set of network addresses for which packets should be forwarded, the second time being after the first time, the third time being after the second time, the second set of network addresses including more network addresses than the first set of network addresses, and the third set of network addresses including more network addresses than the second set of network addresses;

receiving packets associated with a network protected by the packet security gateway; and

performing, on a packet by packet basis, at least one of multiple packet transformation functions specified by the plurality of dynamic security policies on the packets associated with the network protected by the packet security gateway, wherein performing the at least one of the multiple packet transformation functions specified by the plurality of dynamic security policies on the packets comprises performing at least one packet transformation function other than forwarding or dropping the packets.

'205 Patent, Claim 1.

305. The Accused '205 Products perform the steps of "at each packet security

gateway of one or more packet security gateways associated with a security policy

management server:  receiving a plurality of dynamic security policies from the security policy

management server, wherein receiving the plurality of dynamic security policies comprises:"

"receiving at least one rule specifying a set of network addresses for which associated packets

should be forwarded and at least one rule specifying that all packets associated with network

addresses outside the set of network addresses for which packets should be forwarded should

be dropped," "receiving, at a first time, a dynamic security policy specifying a first set of

network addresses for which packets should be forwarded," "receiving, at a second time, a

dynamic security policy specifying a second set of network addresses for which packets should

be forwarded," and "receiving, at a third time, a dynamic security policy specifying a third set

of network addresses for which packets should be forwarded, the second time being after the

first time, the third time being after the second time, the second set of network addresses

including more network addresses than the first set of network addresses, and the third set of

network addresses including more network addresses than the second set of network

addresses."  As shown below, the Accused '205 Products "enables policy-based automation

from edge to cloud with foundational capabilities," including "Simplified device deployment,

Unified management of wired and wireless networks, Network virtualization and

segmentation, Group-based policies, and Context-based analytics."

**The Foundation of Software-Defined Access**

Advanced persistent security threats. The exponential growth of Internet of Things (IoT) devices. Mobility everywhere. Cloud adoption. All of these require a network fabric that integrates advanced hardware and software innovations to automate, secure, and simplify customer networks. The goal of this network fabric is to enable customer revenue growth by accelerating the rollout of business services.

The Cisco Digital Network Architecture (Cisco DNA™) with SD-Access is the network fabric that powers business. It is an open and extensible, software-driven architecture that accelerates and simplifies your enterprise network operations. The programmable architecture frees your IT staff from time-consuming, repetitive network configuration tasks so they can focus instead on innovation that positively transforms your business. SD-Access enables policy-based automation from edge to cloud with foundational capabilities. These include:

- Simplified device deployment
- Unified management of wired and wireless networks
- Network virtualization and segmentation
- Group-based policies
- Context-based analytics

(Cisco Catalyst 9300 Series Switches).
https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9300-series-switches/datasheet-c78-738977.pdf, attached hereto as Exhibit 16, at 1.

306. The Accused '205 Products perform the step of "receiving packets associated with a network protected by the packet security gateway."

Figure 2. Encrypted Traffic Analytics – technical solution overview



(Cisco Encrypted Traffic Analytics White Paper).
https://www.cisco.com/c/dam/en/us/solutions/collateral/enterprise-networks/enterprise-

network-security/nb-09-encrytd-traf-anlytcs-wp-cte-en.pdf, attached hereto as Exhibit 25, at 3.

307.    The Accused '205 Products perform the step of "performing, on a packet by packet basis, at least one of multiple packet transformation functions specified by the plurality of dynamic security policies on the packets associated with the network protected by the packet security gateway, wherein performing the at least one of the multiple packet transformation functions specified by the plurality of dynamic security policies on the packets comprises performing at least one packet transformation function other than forwarding or dropping the packets."

308.    As shown below, the Accused '205 Products include "policy-based automation from edge to cloud with foundational capabilities":

> The Cisco® Digital Network Architecture (DNA) with Software Defined Access (SD-Access) is the network fabric that powers business. Cisco DNA is an open and extensible, software-driven architecture that accelerates and simplifies your enterprise network operations. The programmable architecture frees your IT staff from time consuming, repetitive network configuration tasks so they can focus instead on innovation that positively transforms your business. SD-Access enables policy-based automation from edge to cloud with foundational capabilities. These include:
>
> - Simplified device deployment
> - Unified management of wired and wireless networks
> - Network virtualization and segmentation
> - Group-based policies
> - Context-based analytics

(Cisco Catalyst Data Sheet).
https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9400-series-switches/datasheet-c78-739053.pdf, attached hereto as Exhibit 17, at 1.

309.    As shown below, the Accused '205 Products "correlate traffic with global threat behaviors to automatically identify infected hosts, command and control communication and suspicious traffic":



Figure 3. Stealtwatch Enterprise Multi-layer Machine Learning

(Cisco Encrypted Traffic Analytics White Paper). https://www.cisco.com/c/dam/en/us/solutions/collateral/enterprise-networks/enterprise-network-security/nb-09-encrytd-traf-anlytcs-wp-cte-en.pdf, attached hereto as Exhibit 25, at 5.

310.    As a result of Cisco's unlawful activities, Centripetal has suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law.  Accordingly, Centripetal is entitled to preliminary and/or permanent injunctive relief.

311.    Cisco's infringement of the '205 Patent has injured and continues to injure Centripetal in an amount to be proven at trial.

312.    Cisco has willfully infringed each of the Asserted Patents.  Centripetal is informed and believes that Cisco had knowledge of the Asserted Patents through various channels and despite its knowledge of Centripetal's patent rights, engaged in egregious behavior warranting enhanced damages.

313.    On or around 2014, Centripetal partnered with ThreatGRID, a company which included threat intelligence technology which Centripetal integrated with their patented products that used some of the Asserted Patents.  Cisco later acquired ThreatGRID in 2016.

Centripetal is informed and believes that Cisco gained increased exposure to Centripetal's patented technology as a result of the acquisition of ThreatGRID.

https://www.cisco.com/c/en/us/about/corporate-strategy-office/acquisitions/threatgrid.html, attached hereto as Exhibit 31.

314.    Centripetal is further informed and believes that, on or around January 2016, Cisco requested an introduction to Centripetal through a third party, Granite Hill Capital Partners.  Later, Centripetal received a point of contact introduction to Cisco from Granite Hill Capital Partners.

315.    In 2016, Cisco invited Centripetal to participate in Cisco Live, which is Cisco's partner conference – in which Centripetal was asked to demonstrate its technology in Cisco's "Security Partner Village" booth.  On or around June 2016, Centripetal attended the Cisco Live conference and demonstrated its patented technology, including the RuleGATE Threat Intelligence Gateway product which encompasses at least some of the Asserted Patents.  Cisco currently lists Centripetal on its website located at www.cisco.com, as part of a "partner ecosystem" whose "[t]hreat intelligence platforms" use Threat Grid.

https://www.cisco.com/c/en/us/products/security/threat-grid/integrations.html#~stickynav=2, attached hereto as Exhibit 32, at 3.

316.    Cisco thus knew or, in the alternative, was willfully blind to Centripetal's technology and its Asserted Patents.

317.    Cisco's infringement of the '205 Patent is egregious.  Despite this knowledge, Centripetal is informed and believes that Cisco deliberately copied Centripetal's patented technology, which it implemented into its products and services, such as Centripetal's CleanINTERNET service and Threat Intelligence Gateway, including the RuleGATE 2000.

The blatant copying of Centripetal's patented technology is egregious behavior warranting a finding of willful infringement and enhanced damages.

318.    This further demonstrates that Cisco knew or, in the alternative, was willfully blind to Centripetal's Asserted Patents. Despite this knowledge and/or willful blindness, Cisco has acted with blatant and egregious disregard for Centripetal's patent rights with an objectively high likelihood of infringement.

319.    Centripetal is informed and believes that Cisco has undertaken no efforts to design these products or services around the '205 Patent to avoid infringement despite Cisco's knowledge and understanding that its products and services infringe the '205 Patent.  As such, Cisco has acted and continues to act recklessly, willfully, wantonly, deliberately, and egregiously engage in acts of infringement of the '205 Patent, justifying an award to Centripetal of increased damages under 35 U.S.C. § 284, and attorneys' fees and costs incurred under 35 U.S.C. § 285.

## EIGHTEENTH CAUSE OF ACTION
### (Indirect Infringement of the '205 Patent pursuant to 35 U.S.C. § 271(b))

320.    Centripetal repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

321.    Cisco has induced and continues to induce infringement of one or more claims of the '205 Patent under 35 U.S.C. § 271(b).

322.    In addition to directly infringing the '205 Patent, Cisco indirectly infringes the '205 Patent pursuant to 35 U.S.C. § 271(b) by instructing, directing and/or requiring others, including its customers, purchasers, users, and developers, to perform one or more of the steps of the method claims, either literally or under the doctrine of equivalents, of the '205 Patent, where all the steps of the method claims are performed by either Cisco, its customers,

purchasers, users or developers, or some combination thereof. Cisco knew or was willfully blind to the fact that it was inducing others, including customers, purchasers, users or developers, to infringe by practicing, either themselves or in conjunction with Cisco, one or more method claims of the '205 Patent, including Claims 1-16, 49-62, and 91-96.

323. Cisco knowingly and actively aided and abetted the direct infringement of the '205 Patent by instructing and encouraging its customers, purchasers, users and developers to use the '205 Accused Products. Such instructions and encouragement include, but are not limited to, advising third parties to use the '205 Accused Products in an infringing manner, providing a mechanism through which third parties may infringe the '205 Patent, specifically through the use of the Accused Catalyst Products, the Accused Router Products, and the Accused Stealthwatch Products, alone or in conjunction with one another, and by advertising and promoting the use of the '205 Accused Products in an infringing manner, and distributing guidelines and instructions to third parties on how to use the '205 Accused Products in an infringing manner.

324. Cisco updates and maintains an HTTP site with Cisco's quick start guides, administration guides, user guides, operating instructions, blogs, white papers, data sheets and training certification programs which cover in depth aspects of operating Cisco's offerings. *See* https://www.cisco.com/c/en/us/support/switches/catalyst-9300-series-switches/tsd-products-support-series-home.html, attached hereto as Exhibit 34; https://www.cisco.com/c/en/us/support/switches/catalyst-9400-series-switches/tsd-products-support-series-home.html, attached hereto as Exhibit 35; https://www.cisco.com/c/en/us/support/switches/catalyst-9500-series-switches/tsd-products-support-series-home.html, attached hereto as Exhibit 36;

https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9300-series-switches/datasheet-c78-738977.pdf, attached hereto as Exhibit 16; *see also* https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9400-series-switches/datasheet-c78-739053.pdf, attached hereto as Exhibit 17; https://www.cisco.com/c/en/us/support/routers/index.html, attached hereto as Exhibit 37; *see also* https://www.cisco.com/c/dam/en/us/products/collateral/routers/asr-1000-series-aggregation-services-routers/at-a-glance-c45-612993.pdf, attached hereto as Exhibit 18; *see also* https://www.cisco.com/c/en/us/products/collateral/routers/4000-series-integrated-services-routers-isr/datasheet-c78-732542.pdf, attached hereto as Exhibit 19; https://blogs.cisco.com/enterprise/cisco-traffic-analysis-encrypted-threat-analytics, attached hereto as Exhibit 38; https://communities.cisco.com/docs/DOC-76964, attached hereto as Exhibit 39; https://www.cisco.com/c/en/us/support/security/stealthwatch/tsd-products-support-series-home.html, attached hereto as Exhibit 40; https://www.cisco.com/c/en/us/support/security/stealthwatch/products-installation-guides-list.html, attached hereto as Exhibit 41; https://www.cisco.com/c/dam/en/us/td/docs/security/stealthwatch/hardware/installation/SW_6_9_1_Hardware_Installation_DV_1_2.pdf, attached hereto as Exhibit 42; https://www.cisco.com/c/en/us/support/security/stealthwatch/products-installation-and-configuration-guides-list.html,  attached hereto as Exhibit 43; https://www.cisco.com/c/en/us/support/security/stealthwatch/products-programming-reference-guides-list.html, attached hereto as Exhibit 44; https://www.cisco.com/c/en/us/training-events/training-certifications/certifications/associate/ccna-routing-switching.html, attached hereto as Exhibit 45.

## NINETEENTH CAUSE OF ACTION
### (Direct Infringement of the '148 Patent pursuant to 35 U.S.C. § 271(a))

325.    Centripetal repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

326.    Cisco has infringed and continues to infringe Claims 1-24 of the '148 Patent in violation of 35 U.S.C. § 271(a).

327.    Cisco's infringement is based upon literal infringement or infringement under the doctrine of equivalents, or both.

328.    Cisco's acts of making, using, importing, selling, and/or offering for sale infringing products and services have been without the permission, consent, authorization, or license of Centripetal.

329.    Cisco's infringement includes the manufacture, use, sale, importation and/or offer for sale of Cisco's products and services, including but not limited to the Accused Catalyst Products, the Accused Router Products, the Accused ASA Products, and the Accused Stealthwatch Products, alone or in conjunction with one another (collectively, the "Accused '148 Products").

330.    The Accused '148 Products embody the patented invention of the '148 Patent and infringe the '148 Patent because they practice a method comprising:

preprocessing, by a network device, a first rule set and a second rule set;

configuring the network device to process packets in accordance with the first rule set;

receiving, after the preprocessing and the configuring, by the network device, a plurality of packets;

processing, by the network device, a first portion of the plurality of packets in accordance with the first rule set;

signaling the network device to process packets in accordance with the second rule set; and

responsive to the signaling:

> ceasing processing of one or more packets;

> caching the one or more packets;

> reconfiguring the network device to process packets in accordance with the second rule set;

> signaling completion of reconfiguration to process packets in accordance with the second rule set; and

> responsive to the signaling completion of reconfiguration, processing the one or more cached packets in accordance with the second rule set.

'148 Patent, Claim 1.

331.   The Accused '148 Products perform the steps of "preprocessing, by a network device, a first rule set and a second rule set" and "configuring the network device to process packets in accordance with the first rule set."

332.   As shown below, the Accused '148 Products "enables policy-based automation from edge to cloud with foundational capabilities," including "Simplified device deployment, Unified management of wired and wireless networks, Network virtualization and segmentation, Group-based policies, and Context-based analytics."

**The Foundation of Software-Defined Access**

Advanced persistent security threats. The exponential growth of Internet of Things (IoT) devices. Mobility everywhere. Cloud adoption. All of these require a network fabric that integrates advanced hardware and software innovations to automate, secure, and simplify customer networks. The goal of this network fabric is to enable customer revenue growth by accelerating the rollout of business services.

The Cisco Digital Network Architecture (Cisco DNA™) with SD-Access is the network fabric that powers business. It is an open and extensible, software-driven architecture that accelerates and simplifies your enterprise network operations. The programmable architecture frees your IT staff from time-consuming, repetitive network configuration tasks so they can focus instead on innovation that positively transforms your business. SD-Access enables policy-based automation from edge to cloud with foundational capabilities. These include:

- Simplified device deployment
- Unified management of wired and wireless networks
- Network virtualization and segmentation
- Group-based policies
- Context-based analytics

(Cisco Catalyst 9300 Series Switches). https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9300-series-switches/datasheet-c78-738977.pdf, attached hereto as Exhibit 16, at 1.

333.   The Accused '148 Products perform the steps of "receiving, after the preprocessing and the configuring, by the network device, a plurality of packets" and "processing, by the network device, a first portion of the plurality of packets in accordance with the first rule set."  As shown below, the Accused '148 Products collect, store, and analyze both traditional flow data and intraflow metadata and "[o]btain contextual threat intelligence with real-time analysis correlated with user and device information."  (Cisco Encrypted Traffic Analytics White Paper). https://www.cisco.com/c/dam/en/us/solutions/collateral/enterprise-networks/enterprise-network-security/nb-09-encrytd-traf-anlytcs-wp-cte-en.pdf, attached hereto as Exhibit 25, at 2-4.

Figure 2. Encrypted Traffic Analytics – technical solution overview

*Id.* at 3.

334.    The Accused '148 Products perform the steps of "signaling the network device to process packets in accordance with the second rule set," "responsive to the signaling: ceasing processing of one or more packets; caching the one or more packets; reconfiguring the network device to process packets in accordance with the second rule set; signaling completion of reconfiguration to process packets in accordance with the second rule set," and "responsive to the signaling completion of reconfiguration, processing the one or more cached packets in accordance with the second rule set."  As shown below, the Accused '148 Products "support high-speed policy edits (Adds/Deletes) with efficient resource allocation for scale, and secure implementation. With features such as 'ACL Label-Sharing' and 'Hitless ACL updates,' the switches demonstrated programming of policy to the network without being compromised. A table-stakes requirement for dynamic policy based automation."
https://blogs.cisco.com/enterprise/wired-infrastructure-optimized-and-secure-switching-resources, attached hereto as Exhibit 46, at 5.



Miercom-Report-Cisco-vs-Huawei-Network-Architecture-DR170921G.pdf, attached hereto

as Exhibit 23, at 22.

335.    The Accused '148 Products support "UADP 2.0 Application-Specific Integrated

Circuit (ASIC) with programmable pipeline and microengine capabilities, along with template-

based, configurable allocation of Layer 2 and Layer 3 forwarding, Access Control Lists

(ACLs), and Quality of Service (QoS) entries."

https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9300-series-

switches/datasheet-c78-738977.pdf, attached hereto as Exhibit 16, at 2.

336.    The Accused '148 Products "are based on UADP 2.0 the second generation of

UADP ASIC that comprises of 7.46 Billion transistors – one for every human being on this

planet! In addition to programmability improvements of the ASIC pipeline, we have also

introduced flexible tables on UADP 2.0 to enable universal deployments of the Catalyst 9000

Switches. UADP 2.0 turns Catalyst 9K into a Swiss Army Knife style Switch by customization

of available table (SRAM/TCAM) resources based on customer deployment requirements.

Cisco currently offers four fully tested templates to cover the all places in the network."

https://communities.cisco.com/community/technology/enterprise_networks/blog/2017/06/20/ci

sco-catalyst-9000-series-of-switches-maximize-your-network-mileage, attached hereto as

Exhibit 47, at 1.

337.    The Accused '148 Products includes Transactional-Commit Modeling, which is "a new feature for rule updation" of ACL rules.  With Transactional-Commit Modeling, "a rule update is applied after the rule compilation is completed; without affecting the rule matching performance.  With the legacy model, rule updates take effect immediately but rule matching slows down during the rule compilation period. This feature is useful to prevent potential packet drops during large compilation of rules under high traffic conditions."

**Transactional-Commit Model**

The ASA rule-engine supports a new feature for rule updation called the Transactional-Commit Model. When this feature is enabled, a rule update is applied after the rule compilation is completed; without affecting the rule matching performance. With the legacy model, rule updates take effect immediately but rule matching slows down during the rule compilation period. This feature is useful to prevent potential packet drops during large compilation of rules under high traffic conditions. This feature is also useful to reduce the rule compilation time under two specific patterns of configurations:

- Preventing packet drops while compiling large rules during high traffic rates.
- Reducing rule compilation time while updating a large number of similar rules.

https://www.cisco.com/c/en/us/td/docs/security/asa/asa91/configuration/firewall/asa_91_firewall_config/access_rules.html, attached hereto as Exhibit 30, at 6-4.

338.    As a result of Cisco's unlawful activities, Centripetal has suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law.  Accordingly, Centripetal is entitled to preliminary and/or permanent injunctive relief.

339.    Cisco's infringement of the '148 Patent has injured and continues to injure Centripetal in an amount to be proven at trial.

340.    Cisco has willfully infringed each of the Asserted Patents.  Centripetal is informed and believes that Cisco had knowledge of the Asserted Patents through various channels and despite its knowledge of Centripetal's patent rights, engaged in egregious behavior warranting enhanced damages.

341.    On or around 2014, Centripetal partnered with ThreatGRID, a company which included threat intelligence technology which Centripetal integrated with their patented products that used some of the Asserted Patents.  Cisco later acquired ThreatGRID in 2016.

Centripetal is informed and believes that Cisco gained increased exposure to Centripetal's patented technology as a result of the acquisition of ThreatGRID.

https://www.cisco.com/c/en/us/about/corporate-strategy-office/acquisitions/threatgrid.html, attached hereto as Exhibit 31.

342.    Centripetal is further informed and believes that, on or around January 2016, Cisco requested an introduction to Centripetal through a third party, Granite Hill Capital Partners.  Later, Centripetal received a point of contact introduction to Cisco from Granite Hill Capital Partners.

343.    In 2016, Cisco invited Centripetal to participate in Cisco Live, which is Cisco's partner conference – in which Centripetal was asked to demonstrate its technology in Cisco's "Security Partner Village" booth.  On or around June 2016, Centripetal attended the Cisco Live conference and demonstrated its patented technology, including the RuleGATE Threat Intelligence Gateway product which encompasses at least some of the Asserted Patents.  Cisco currently lists Centripetal on its website located at www.cisco.com, as part of a "partner ecosystem" whose "[t]hreat intelligence platforms" use Threat Grid.

https://www.cisco.com/c/en/us/products/security/threat-grid/integrations.html#~stickynav=2, attached hereto as Exhibit 32, at 3.

344.    Cisco thus knew or, in the alternative, was willfully blind to Centripetal's technology and its Asserted Patents.

345.    Cisco's infringement of the '148 Patent is egregious.  Despite this knowledge, Centripetal is informed and believes that Cisco deliberately copied Centripetal's patented technology, which it implemented into its products and services, such as Centripetal's CleanINTERNET service and Threat Intelligence Gateway, including the RuleGATE 2000.

The blatant copying of Centripetal's patented technology is egregious behavior warranting a finding of willful infringement and enhanced damages.

346.    This further demonstrates that Cisco knew or, in the alternative, was willfully blind to Centripetal's Asserted Patents. Despite this knowledge and/or willful blindness, Cisco has acted with blatant and egregious disregard for Centripetal's patent rights with an objectively high likelihood of infringement.

347.    Centripetal is informed and believes that Cisco has undertaken no efforts to design these products or services around the '148 Patent to avoid infringement despite Cisco's knowledge and understanding that its products and services infringe the '148 Patent.  As such, Cisco has acted and continues to act recklessly, willfully, wantonly, deliberately, and egregiously engage in acts of infringement of the '148 Patent, justifying an award to Centripetal of increased damages under 35 U.S.C. § 284, and attorneys' fees and costs incurred under 35 U.S.C. § 285.

## TWENTIENTH CAUSE OF ACTION
### (Indirect Infringement of the '148 Patent pursuant to 35 U.S.C. § 271(b))

348.    Centripetal repeats, realleges, and incorporates by reference, as if fully set forth herein, the allegations of the preceding paragraphs, as set forth above.

349.    Cisco has induced and continues to induce infringement of one or more claims of the '148 Patent under 35 U.S.C. § 271(b).

350.    In addition to directly infringing the '148 Patent, Cisco indirectly infringes the '148 Patent pursuant to 35 U.S.C. § 271(b) by instructing, directing and/or requiring others, including its customers, purchasers, users, and developers, to perform one or more of the steps of the method claims, either literally or under the doctrine of equivalents, of the '148 Patent, where all the steps of the method claims are performed by either Cisco, its customers,

purchasers, users or developers, or some combination thereof.  Cisco knew or was willfully

blind to the fact that it was inducing others, including customers, purchasers, users or

developers, to infringe by practicing, either themselves or in conjunction with Cisco, one or

more method claims of the '148 Patent, including Claims 1-8.

351.    Cisco knowingly and actively aided and abetted the direct infringement of the

'148 Patent by instructing and encouraging its customers, purchasers, users and developers to

use the '148 Accused Products.  Such instructions and encouragement include, but are not

limited to, advising third parties to use the '148 Accused Products in an infringing manner,

providing a mechanism through which third parties may infringe the '148 Patent, specifically

through the use of the Accused Catalyst Products, the Accused Router Products, and the

Accused Stealthwatch Products, alone or in conjunction with one another, and by advertising

and promoting the use of the '148 Accused Products in an infringing manner, and distributing

guidelines and instructions to third parties on how to use the '148 Accused Products in an

infringing manner.

352.    Cisco updates and maintains an HTTP site with Cisco's quick start guides,

administration guides, user guides, operating instructions, blogs, white papers, data sheets and

training certification programs which cover in depth aspects of operating Cisco's offerings.

*See* https://www.cisco.com/c/en/us/support/switches/catalyst-9300-series-switches/tsd-

products-support-series-home.html, attached hereto as Exhibit 34;

https://www.cisco.com/c/en/us/support/switches/catalyst-9400-series-switches/tsd-products-

support-series-home.html, attached hereto as Exhibit 35;

https://www.cisco.com/c/en/us/support/switches/catalyst-9500-series-switches/tsd-products-

support-series-home.html, attached hereto as Exhibit 36;

https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9300-series-switches/datasheet-c78-738977.pdf, attached hereto as Exhibit 16; *see also* https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9400-series-switches/datasheet-c78-739053.pdf, attached hereto as Exhibit 17; https://www.cisco.com/c/en/us/support/routers/index.html, attached hereto as Exhibit 37; *see also* https://www.cisco.com/c/dam/en/us/products/collateral/routers/asr-1000-series-aggregation-services-routers/at-a-glance-c45-612993.pdf, attached hereto as Exhibit 18; *see also* https://www.cisco.com/c/en/us/products/collateral/routers/4000-series-integrated-services-routers-isr/datasheet-c78-732542.pdf, attached hereto as Exhibit 19; https://blogs.cisco.com/enterprise/cisco-traffic-analysis-encrypted-threat-analytics, attached hereto as Exhibit 38; https://communities.cisco.com/docs/DOC-76964, attached hereto as Exhibit 39; https://www.cisco.com/c/en/us/support/security/stealthwatch/tsd-products-support-series-home.html, attached hereto as Exhibit 40; https://www.cisco.com/c/en/us/support/security/stealthwatch/products-installation-guides-list.html, attached hereto as Exhibit 41; https://www.cisco.com/c/dam/en/us/td/docs/security/stealthwatch/hardware/installation/SW_6_9_1_Hardware_Installation_DV_1_2.pdf, attached hereto as Exhibit 42; https://www.cisco.com/c/en/us/support/security/stealthwatch/products-installation-and-configuration-guides-list.html,  attached hereto as Exhibit 43; https://www.cisco.com/c/en/us/support/security/stealthwatch/products-programming-reference-guides-list.html, attached hereto as Exhibit 44; https://www.cisco.com/c/en/us/training-events/training-certifications/certifications/associate/ccna-routing-switching.html, attached hereto as Exhibit 45.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Centripetal prays for relief and judgment as follows:

(A)     An entry of judgment holding that Cisco has infringed and is infringing the '193 Patent, the '176 Patent, the '077 Patent, the '722 Patent, the '806 Patent, the '713 Patent, the '552 Patent, the '213 Patent, the '205 Patent, and the '148 Patent; has induced infringement and is inducing infringement of the '193 Patent, the '176 Patent, the '077 Patent, the '722 Patent, the '806 Patent, the '713 Patent, the '552 Patent, the '213 Patent, the '205 Patent, and the '148 Patent;

(B)     A preliminary and permanent injunction against Cisco and its officers, employees, agents, servants, attorneys, instrumentalities, and/or those in privity with them, from infringing the '193 Patent, the '176 Patent, the '077 Patent, the '722 Patent, the '806 Patent, the '713 Patent, the '552 Patent, the '213 Patent, the '205 Patent, and the '148 Patent, or inducing the infringement of the '193 Patent, the '176 Patent, the '077 Patent, the '722 Patent, the '806 Patent, the '713 Patent, the '552 Patent, the '213 Patent, the '205 Patent, and the '148 Patent and for all further and proper injunctive relief pursuant to 35 U.S.C. § 283;

(C)     An award to Centripetal of such damages as it shall prove at trial against Cisco that is adequate to fully compensate Centripetal for Cisco's infringement of the '193 Patent, the '176 Patent, the '077 Patent, the '722 Patent, the '806 Patent, the '713 Patent, the '552 Patent, the '213 Patent, the '205 Patent, and the '148 Patent, said damages to be no less than a reasonable royalty;

(D)     A determination that Cisco's infringement has been willful, wanton, deliberate, and egregious;

(E)     A determination that the damages against Cisco be trebled or for any other basis

within the Court's discretion pursuant to 35 U.S.C. § 284;

(F)     A finding that this case is "exceptional" and an award to Centripetal of its costs and reasonable attorneys' fees, as provided by 35 U.S.C. § 285;

(G)     An accounting of all infringing sales and revenues, together with post judgment interest and prejudgment interest from the first date of infringement of the '193 Patent, the '176 Patent, the '077 Patent, the '722 Patent, the '806 Patent, the '713 Patent, the '552 Patent, the '213 Patent, the '205 Patent, and the '148 Patent; and

(H)     Such further and other relief as the Court may deem proper and just.

Respectfully submitted,

Dated: February 13, 2018          By: */s/ Kevin M. O'Donnell*_____
                                            Kevin M. O'Donnell, VSB #30086
                                            Jeffery T. Martin, Jr., VSB #71860
                                            HENRY & O'DONNELL, P.C.
                                            300 N. Washington Street – Suite 204
                                            Alexandria, VA 22314
                                            Telephone: (703) 548-2100
                                            Facsimile: (703) 548-2105
                                            kmo@henrylaw.com
                                            jtm@henrylaw.com

                                            Paul J. Andre
                                            Lisa Kobialka
                                            James Hannah
                                            KRAMER LEVIN NAFTALIS
                                              & FRANKEL LLP
                                            990 Marsh Road
                                            Menlo Park, CA 94025
                                            Telephone: (650) 752-1700
                                            Facsimile: (650) 752-1800
                                            pandre@kramerlevin.com
                                            lkobialka@kramerlevin.com
                                            jhannah@kramerlevin.com

                                            *Attorneys for Plaintiff*
                                            CENTRIPETAL NETWORKS, INC.

## DEMAND FOR JURY TRIAL

In accordance with Rule 38 of the Federal Rules of Civil Procedure, Plaintiff

respectfully demands a jury trial of all issues triable to a jury in this action.

Respectfully submitted,

Dated:  February 13, 2018       By:   */s/ Kevin M. O'Donnell*_____
                             Kevin M. O'Donnell, VSB #30086
                             Jeffery T. Martin, Jr., VSB #71860
                             HENRY & O'DONNELL, P.C.
                             300 N. Washington Street – Suite 204
                             Alexandria, VA 22314
                             Telephone:  (703) 548-2100
                             Facsimile:  (703) 548-2105
                             kmo@henrylaw.com
                             jtm@henrylaw.com

                             Paul J. Andre
                             Lisa Kobialka
                             James Hannah
                             KRAMER LEVIN NAFTALIS
                              & FRANKEL LLP
                             990 Marsh Road
                             Menlo Park, CA  94025
                             Telephone:  (650) 752-1700
                             Facsimile:  (650) 752-1800
                             pandre@kramerlevin.com
                             lkobialka@kramerlevin.com
                             jhannah@kramerlevin.com

                             *Attorneys for Plaintiff*
                             CENTRIPETAL NETWORKS, INC.