# EXHIBIT 1



RuleGATE 2000 Series Datasheet

# RuleGATE 2000 Gateway



**Up to**
**10 GIGABIT/SECOND**
Throughput



Real-Time
Analytics



GEOGRAPHIC
VISUALIZATIONS



multi-dimensional
INDICATORS



Intelligent
Packet
Capture





### Enterprise Threat Intelligence Security Gateway

The RuleGATE 2000 series are ultra-high performance threat intelligence gateways with real-time attack visualization and analytics. The RuleGATE protects networks from a variety of cyber threats including hacktivists, cyber criminals and hostile nations, as well as campaigns involving malware, spam, phishing, and scanning. Cyber Analysts visualize break-in and data theft attempts on their networks using QuickTHREAT Analytics Manager, and adapt their protections to respond in real-time. The RuleGATE-enforced cyber defenses are fully automated by subscribing to Advanced Cyber Threat (ACT) services, Centripetals' extensive and dynamic Threat Intelligence Partner program. This service includes more than 40 partners with over 3,000 data feeds; the RuleGATE Gateway supports this entire data set.

### Scalable Cyber Security

The RuleGATE enforces cyber security policies with millions of rules – at full line rate – and without any degradation in network performance. Conventional cyber security systems simply cannot scale to meet the threat with millions of potential attackers hiding among billions of legitimate users.

### Dynamic Policy Enforcement

The RuleGATE allows instantaneous updating of policies up to 5 million rules without interruption in service or security. Every day, thousands of new attack sites go online. To prevent breaches, cyber defenses must respond in sync. With the Centripetal solution, cyber defense of your network can be fully automated with best in class cyber threat intelligence from our Intel Partners, Next Generation Product Integrations, Industry Groups, and Service Providers.

### Advanced Host Correlation

Flexible deployment options allow for the most advanced, instantaneous host correlation available. The RuleGATE offers analysts full visibility into which hosts are communicating from inside the network to specific hosts outside the network in real-time.



QuickTHREAT Analytics Manager

*QuickTHREAT presents the attack data in multiple forms and visualizations, such as a display of the geographic location of the cybercriminals that are targeting your network.*

### Enterprise Integration

QuickTHREAT management software provides complete integration into existing IT management infrastructure.

IPv4 and IPv6 – 802.1Q VLAN – RFC 3032 – High Availability – Fail Open – LOM – SNMP – SYSLOG – STIX/TAXII – SIEM Integration

## Real-Time Visualizations & Analytics

QuickTHREAT Analytics Manager leverages the real-time information feeds to produce analytics and visualizations of network attacks that are attempting to penetrate network defenses. RuleGATE filters all the packet traffic traversing your network, checking for millions of Internet attack sources. As each actual attack is detected and blocked, the RuleGATE produces a real-time information feed of the attack attempts.

## RuleGATE - An Intelligent Defense Filter

**Shielding** - Upfront automatic removal of key risk areas. Security policies include targeted geo-blocking, compliance policies, TOR proxy removal, known malicious IPs, malvertizers, and brand new domain shielding.

**Advanced Detection** - Intelligence is a spectrum problem. Black, White, and Grey. With shielding in place advanced intelligence is applied to detect advanced threats in the network in real time. Hundreds of expert providers produce intelligence for indication & warning.

**Event Logging** - Time relevance is essential for an intelligence defense. We inspect every packet and log both flows and individual packets for real-time analytics in QuickTHREAT and in your SIEM.

**Threat PCAP** - When intel hits in the grey area we need to run it to ground. With full packet capture for indicator based hits we can quickly get to a definitive answer on risk. By capturing just threat traffic we're over a hundred times more efficient.

**Unmatched Speed** - High performance security means making your decision while the packet is in flight. This is a micro-second decision rate through millions of sources. No one else even comes close.

## Features & Technical Specifications

|  | RuleGATE Gateway 2000 | RuleGATE Gateway 2020 | RuleGATE Gateway 2200 |
|---|---|---|---|
| Policy Size | 5 Million Indicators | 5 Million Indicators | 5 Million Indicators |
| Network Filter Interface | 4x SFP 10/100 Mbps | 8x SFP 10/100/1000 Mbps | 8x SFP+ 10 Gbps |
| Line-Rate Throughput | 100 Mbps | 1 Gbps | 10 Gbps |
| Aggregate Throughput | 400 Mbps | 4 Gbps | 20 Gbps |
| Latency | Less than 10 us | Less than 10 us | Less than 10 us |
| Management Interface | 2x 10/100/1000 RJ45 | 2x 10/100/1000 RJ45 | 2x 10/100/1000 RJ45 |

### Electrical
Power Supply Configuration: Hot-Swap Redundant
Line Voltage: 100-240V AC autosensing
Frequency: 50Hz to 60Hz, single phase
Power Consumption: 200W
Operating Temperature: 0° to 40° C

### Mechanical
Form Factor: 2U Rackmount (2-post and 4-post)
Dimensions: 3.5" H x 17" W x 20" D
Weight: 29 lbs. (13.5 Kg)

### Security, Safety, & Compliance
Made in the USA - Supply Chain Control - Tamper Resistant
UL/cUL - FCC Part 15 Class B - ICES-003 Issue 4
DISA STIG - X.509 Certificates - FIPS 140/2

### In the Box
RuleGATE Gateway, Power Cords, USB Management Cable, SFP/SFP+ Modules, Mounting Kit (2-post and 4-post)



Real-Time Active Network Defense

© 2017 Centripetal Networks, Incorporated. All rights reserved. Centripetal, all Centripetal logos, CleanINTERNET, QuickTHREAT, RuleGATE, and ACT are trademarks or registered trademarks of Centripetal Networks in the United States and/or other countries. All other brands, products, or trademarks are the property of their respective owners. This product / solution is subject to one or more U.S. or non-U.S. patents.