IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **CENTRIPETAL NETWORKS, INC.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**CISCO SYSTEMS, INC.** )<br>)<br>Defendant. ) | Case No. 2:18cv00094-MSD-LRL |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S CLAIMS FOR INDIRECT AND WILLFUL INFRINGEMENT FOR FAILURE TO STATE A CLAIM

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Cisco Systems, Inc. ("Cisco") hereby moves the Court for an order dismissing Plaintiff's Second, Fourth, Sixth, Eighth, Tenth, Twelfth, Fourteenth, Sixteenth, Eighteenth, Twentieth and Twenty-Second Causes of Action for indirect patent infringement, and its claims for willful infringement, for failure to state a claim upon which relief can be granted.

Plaintiff has not alleged facts showing that Cisco knew of the eleven asserted patents before this suit was filed, nor that Cisco specifically intended for its customers to infringe them. Plaintiff's willful infringement allegations also lack facts that could show the kind of "egregious," "piratical" conduct that is required to state a claim.

The grounds for this motion are fully set forth in the accompanying Memorandum of Law in Support filed concurrently herewith.

CISCO SYSTEMS, INC.

By _____/s/_____
Of Counsel

DM2\8734704

Dabney J. Carr, IV, VSB No. 28679
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com

Louis N. Jameson (admitted pro hac vice)
Matthew C. Gaudet (pro hac vice pending)
John R. Gibson, VSB No. 72968
Jennifer H. Forte (admitted pro hac vice)
**DUANE MORRIS, LLP**
1075 Peachtree Street, N.E., Suite 2000
Atlanta, Georgia 30309-3929
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
wjameson@duanemorris.com
mcgaudet@duanemorris.com
jrgibson@duanemorris.com
jhforte@duanemorris.com

Joseph A. Powers (admitted pro hac vice)
**DUANE MORRIS, LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 689-3797
japowers@duanemorris.com

Daniel T. McCloskey (admitted pro hac vice)
**DUANE MORRIS, LLP**
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: 650-847-4150
Facsimile: 650-523-4780
dtmccloskey@duanemorris.com

Christopher J. Tyson, VSB No. 81553
**DUANE MORRIS, LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776 7851
Facsimile: (202) 478 2620
cjtyson@duanemorris.com
*Counsel for Defendant Cisco Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Kevin M. O'Donnell
>Jeffery T. Martin, Jr.
>HENRY & O'DONNELL, P.C.
>300 N. Washington Street – Suite 204
>Alexandria, VA 22314
>kmo@henrylaw.com
>jtm@henrylaw.com
>
>Paul J. Andre
>Lisa Kobialka
>James Hannah
>KRAMER LEVIN NAFTALIS & FRANKEL LLP
>990 Marsh Road
>Menlo Park, CA 94025
>pandre@kramerlevin.com
>lkobialka@kramerlevin.com
>jhannah@kramerlevin.com

/s/  Dabney J. Carr, IV
Dabney J. Carr, IV (VSB No. 28679)
**TROUTMAN SANDERS** LLP
1001 Haxall Point
Richmond, VA 23219
Telephone:  (804) 697-1200
Facsimile:  (804) 697-1339
dabney.carr@troutmansanders.com
*Counsel for Defendant Cisco Systems, Inc.*