IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| CENTRIPETAL NETWORKS, INC., | ) |
| Plaintiff, | ) No. 2:18-cv-00094-MSD-LRL |
| vs. | ) |
| CISCO SYSTEMS, INC., | ) |
| Defendant. | ) |

**DECLARATION OF HANNAH LEE IN SUPPORT OF PLAINTIFF CENTRIPETAL NETWORKS, INC.'S OPPOSITION TO CISCO'S MOTION TO DISMISS**

I, Hannah Lee, declare:

1. I am an attorney admitted to practice in the State California. I am an associate at the law firm of Kramer Levin Naftalis & Frankel LLP and I am admitted pro hac vice in the above-captioned action representing Plaintiff, Centripetal Networks, Inc. ("Centripetal"). I am over the age of 18 and make this declaration based upon my personal knowledge and documents provided to me, in support of Centripetal's Memorandum in Support of Its Opposition to Defendants' Motion to Dismiss.

2. Attached as **Exhibit A** is a true and correct copy of a photograph of Centripetal's product label that lists its patent numbers.

3. Attached as **Exhibit B** is a true and correct copy of *Finjan, Inc. v. Cisco Systems, Inc.*, Case No. 5:17-cv-00073-BLF, Docket No. 99, Order Denying Defendant Cisco Systems, Inc.'s Motion to Dismiss Willful Infringement Claims (N.D. Cal.), filed on February 6, 2018.

1

4.  Attached as **Exhibit C** is a true and correct copy of *Global Tech LED, LLC v. Every Watt Matters, LLC, and DRK Enterprises, Inc.*, Case No. 0:15-cv-61933-BB, Docket No. 62, Order on Motion to Dismiss and Motion for Leave, Nunc Pro Tunc, to Join Defendant (S.D. Fla.), filed on August 1, 2016.

5.  Attached as **Exhibit D** is a true and correct copy of *Shire Viropharma Inc. v. CSL Behring LLC and CSL Behring GmbH*, Case No. 17-414, Docket No. 43, Memorandum Opinion (D. Del.), filed on January 8, 2018.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 27, 2018, in Menlo Park, CA.

_____
Hannah Lee

Dated:  April 27, 2018

Respectfully submitted,

*/s/ Kevin M. O'Donnell*
Kevin M. O'Donnell (VSB #30086)
Jeffery T. Martin, Jr. (VSB #71860)
HENRY & O'DONNELL, P.C.
300 N. Washington Street – Suite 204
Alexandria, VA 22314
Telephone:  (703) 548-2100
Facsimile:   (703) 548-2105
kmo@henrylaw.com
jtm@henrylaw.com

Paul J. Andre
Lisa Kobialka
James Hannah
Hannah Lee
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:  (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
hlee@kramerlevin.com

*Attorneys for Plaintiff,*
CENTRIPETAL NETWORKS, INC.

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2018, I will electronically electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of electronic filing (NEF) to the following:

Christopher Joseph Tyson
Email: cjtyson@duanemorris.com

Daniel T. McCloskey
Email: DTMcCloskey@duanemorris.com

Jennifer H. Forte
Email: jhforte@duanemorris.com

John Robert Gibson
Email: jrgibson@duanemorris.com

Joseph A. Powers
Email: japowers@duanemorris.com

Louis Norwood Jameson
Email: wjameson@duanemorris.com

Dabney J. Carr, IV
Email: dabney.carr@troutmansanders.com

Matthew C. Gaudet
Email:  mcgaudet@duanemorris.com

/s/ Kevin M. O'Donnell
Kevin M. O'Donnell (VSB #30086)
Jeffery T. Martin, Jr. (VSB #71860)
HENRY & O'DONNELL, P.C.
300 N. Washington Street – Suite 204
Alexandria, VA 22314
Telephone:  (703) 548-2100
Facsimile:   (703) 548-2105
kmo@henrylaw.com
jtm@henrylaw.com