# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

| | |
|---|---|
| **CENTRIPETAL NETWORKS, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:18cv00094-MSD-LRL |
| ) | |
| **CISCO SYSTEMS, INC.** ) | |
| ) | |
| Defendant. ) | |

## CISCO SYSTEMS, INC.'S MOTION TO STAY PENDING RESOLUTION OF INTER PARTES REVIEW PROCEEDINGS

Defendant Cisco Systems, Inc. ("Cisco") hereby moves the Court for an order staying this case pending resolution of *Inter Partes* Review ("IPR") proceedings that Cisco has requested the Patent Trial and Appeal Board institute with respect to nine of the eleven Asserted Patents.

Each of the relevant factors strongly favor granting a stay because (a) this case is in its earliest stages, as no case deadlines have been set, or discovery served let alone completed; (b) a stay will simplify this eleven patent case in which Cisco has challenged 272 of the 321 asserted claims and the claims are likely to be cancelled or subject to estoppel if this case resumes; and (c) Centripetal will not be unduly prejudiced by a stay and Cisco has acted diligently in filing IPRs and seeking a stay of this case.

The grounds for this motion are fully set forth in the accompanying Memorandum of Law in Support filed concurrently herewith.

CISCO SYSTEMS, INC.


By           */s/ Dabney J. Carr, IV*
             Of Counsel

2

Dabney J. Carr, IV, VSB No. 28679
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com

Louis N. Jameson (admitted pro hac vice)
Matthew C. Gaudet (pro hac vice pending)
John R. Gibson, VSB No. 72968
Jennifer H. Forte (admitted pro hac vice)
**DUANE MORRIS, LLP**
1075 Peachtree Street, N.E., Suite 2000
Atlanta, Georgia 30309-3929
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
wjameson@duanemorris.com
jrgibson@duanemorris.com
jhforte@duanemorris.com

Joseph A. Powers (admitted pro hac vice)
**DUANE MORRIS, LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 689-3797
japowers@duanemorris.com

Daniel T. McCloskey (admitted pro hac vice)
**DUANE MORRIS, LLP**
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: 650-847-4150
Facsimile: 650-523-4780
dtmccloskey@duanemorris.com

Christopher J. Tyson, VSB No. 81553
**DUANE MORRIS, LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776 7851
Facsimile: (202) 478 2620
cjtyson@duanemorris.com

*Counsel for Defendant Cisco Systems, Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of September, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Kevin M. O'Donnell
>Jeffery T. Martin, Jr.
>HENRY & O'DONNELL, P.C.
>300 N. Washington Street – Suite 204
>Alexandria, VA 22314
>kmo@henrylaw.com
>jtm@henrylaw.com

>Paul J. Andre
>Lisa Kobialka
>James Hannah
>KRAMER LEVIN NAFTALIS & FRANKEL LLP
>990 Marsh Road
>Menlo Park, CA 94025
>pandre@kramerlevin.com
>lkobialka@kramerlevin.com
>jhannah@kramerlevin.com

>*/s/ Dabney J. Carr, IV*
>Dabney J. Carr, IV (VSB No. 28679)
>**TROUTMAN SANDERS** LLP
>1001 Haxall Point
>Richmond, VA 23219
>Telephone: (804) 697-1200
>Facsimile: (804) 697-1339
>dabney.carr@troutmansanders.com
>
>*Counsel for Defendant Cisco Systems, Inc.*