IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **CENTRIPETAL NETWORKS, INC.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**CISCO SYSTEMS, INC.** )<br>)<br>Defendant. ) | Case No. 2:18cv00094-MSD-LRL |

## DECLARATION OF DANIEL T. MCCLOSKEY IN SUPPORT OF CISCO SYSTEMS, INC.'S MOTION TO STAY PENDING RESOLUTION OF INTER PARTES REVIEW PROCEEDINGS

I, Daniel T. McCloskey, declare:

1. I am a special counsel at the law firm of Duane Morris LLP and am counsel for Defendant Cisco Systems, Inc. ("Cisco") in the above captioned action. I submit this Declaration in Support of Cisco's Motion to Stay Pending Resolution of Inter Partes Review Proceedings. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would testify competently to such facts under oath. In making this declaration, it is not my intention, nor the intention of Cisco, to waive the attorney-client privilege, the attorney-work product immunity, or any other applicable privilege.

2. On July 12, 2018, Cisco caused to be filed with the Patent Trial and Appeal Board ("PTAB") a Petition For *Inter Partes* Review ("IPR") of U.S. Patent No. 9,565,213, which has been assigned Case No. IPR2018-01386. The petition requests review of claims 1-16 in the patent. On July 26, 2018, the PTAB issued a Notice of Filing Date Accorded to Petition and Time for Filing Patent Owner's Preliminary Response. In accordance with that Notice, Centripetal has three months from that date, *i.e.*, to October 26, 2018, to file its Preliminary

Response. The PTAB's Institution Decision is due not later than three months from the date of the Preliminary Response, if one is filed, *i.e.*, to January 28, 2019. On August 21, 2018, Cisco caused to be filed with the PTAB a second petition for IPR of U.S. Patent No. 9,565,213, which has been assigned Case No. IPR2018-01512, and which also challenges claims 1-16 of the patent. To date, the PTAB has not issued a Notice of Filing Date for the second IPR petition.

3.  On July 20, 2018, Cisco caused to be filed with the PTAB a petition for IPR of U.S. Patent No. 9,124,552, which has been assigned Case No. IPR2018-1436. The petition requests review of claims 1-21 in the patent. On July 26, 2018, the PTAB issued a Notice of Filing Date Accorded to Petition and Time for Filing Patent Owner's Preliminary Response. In accordance with that Notice, Centripetal has three months from that date, *i.e.*, to October 26, 2018, to file its Preliminary Response. The PTAB's Institution Decision is due not later than three months from the date of the Preliminary Response, if one is filed, *i.e.*, to January 28, 2019.

4.  On July 20, 2018, Cisco caused to be filed with the PTAB a petition for IPR of U.S. Patent No. 9,160,713, which has been assigned Case No. IPR2018-01437. The petition requests review of claims 1-20 in the patent. On July 26, 2018, the PTAB issued a Notice of Filing Date Accorded to Petition and Time for Filing Patent Owner's Preliminary Response. In accordance with that Notice, Centripetal has three months from that date, *i.e.*, to October 26, 2018, to file its Preliminary Response. The PTAB's Institution Decision is due not later than three months from the date of the Preliminary Response, if one is filed, *i.e.*, to January 28, 2019.

5.  On July 27, 2018, Cisco caused to be filed with the PTAB two petitions for IPR of U.S. Patent No. 9,137,205, which have been assigned Case Nos. IPR2018-01443 and IPR2018-01444. On August 3 and 10, 2018, Cisco caused to be filed with the PTAB third and fourth petitions for IPR of this patent, which have been assigned, respectively, Case Nos. IPR2018-

01505 and IPR2018-01506. Collectively, these four petitions request review of claims 1-96 in the patent.

    a. On August 14, 2018, the PTAB issued a Notice of Filing Date Accorded to Petition and Time for Filing Patent Owner's Preliminary Response for Case Nos. IPR2018-01443 and IPR2018-01444. In accordance with these Notices, Centripetal has three months from that date, *i.e.*, to November 14, 2018, to file its Preliminary Responses in those proceedings. The PTAB's Institution Decisions are due not later than three months from the date of the Preliminary Response, if one is filed, *i.e.*, to February 14, 2019.

    b. On September 11, 2018, the PTAB issued a Notice of Filing Date Accorded to Petition and Time for Filing Patent Owner's Preliminary Response for Case Nos. IPR2018-01505 and IPR2018-01506. In accordance with the Notices, Centripetal has three months from that date, *i.e.*, to December 11, 2018, to file its Preliminary Responses in those proceedings. The PTAB's Institution Decisions are due not later than three months from the date of the Preliminary Response, if one is filed, *i.e.*, to March 11, 2019.

6. On August 10, 2018, Cisco caused to be filed with the PTAB a Petition for IPR of U.S. Patent No. 9,674,148, which has been assigned Case No. IPR2018-01454. The petition requests review of claims 1-20 in the patent. On September 11, 2018, the PTAB issued a Notice of Filing Date Accorded to Petition and Time for Filing Patent Owner's Preliminary Response. In accordance with that Notice, Centripetal has three months from that date, *i.e.*, to December 11,

2018, to file its Preliminary Response. The PTAB's Institution Decision is due not later than three months from the date of the Preliminary Response, if one is filed, *i.e.*, to March 11, 2019.

7. On August 10, 2018, Cisco caused to be filed with the PTAB a Petition for IPR of U.S. Patent No. 9,560,077, which has been assigned Case No. IPR2018-01513. The petition requests review of claims 1-20 in the patent.

8. On August 21, 2018, Cisco caused to be filed with the PTAB a Petition for IPR of U.S. Patent No. 9,686,193, which has been assigned Case No. IPR2018-01559. The petition requests review of claims 1-20 in the patent.

9. On September 17, 2018, Cisco caused to be filed with the PTAB two Petitions for IPR of U.S. Patent No. 9,560,176, which have been assigned Case Nos. IPR2018-01654 and IPR2018-01655. Collectively, these petitions request review of claims 1-30 in the patent.

10. On September 18, 2018, Cisco caused to be filed with the PTAB a Petition for IPR of U.S. Patent No. 9,413,722, which has been assigned Case No. IPR2018-01760. The petition requests review of claims 1-25 in the patent.

11. Attached to this Declaration as Exhibit A is a true and correct copy of excerpts from a document entitled, "AIA Trial Statistics IPR, PGR, CBM, Patent Trial and Appeal Board," dated February 2018, and downloaded on June 11, 2018 from the following URL: https://www.uspto.gov/sites/default/files/documents/trial_statistics_20180228.pdf.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 18, 2018.

                                                  */Daniel T. McCloskey*
                                                Daniel T. McCloskey

Dabney J. Carr, IV, VSB No. 28679
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com

Louis N. Jameson (admitted pro hac vice)
Matthew C. Gaudet (pro hac vice pending)
John R. Gibson, VSB No. 72968
Jennifer H. Forte (admitted pro hac vice)
**DUANE MORRIS, LLP**
1075 Peachtree Street, N.E., Suite 2000
Atlanta, Georgia 30309-3929
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
wjameson@duanemorris.com
jrgibson@duanemorris.com
jhforte@duanemorris.com

Joseph A. Powers (admitted pro hac vice)
**DUANE MORRIS, LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 689-3797
japowers@duanemorris.com

Daniel T. McCloskey (admitted pro hac vice)
**DUANE MORRIS, LLP**
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: 650-847-4150
Facsimile: 650-523-4780
dtmccloskey@duanemorris.com

Christopher J. Tyson, VSB No. 81553
**DUANE MORRIS, LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776 7851
Facsimile: (202) 478 2620
cjtyson@duanemorris.com

*Counsel for Defendant Cisco Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of September, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Kevin M. O'Donnell
>Jeffery T. Martin, Jr.
>HENRY & O'DONNELL, P.C.
>300 N. Washington Street – Suite 204
>Alexandria, VA 22314
>kmo@henrylaw.com
>jtm@henrylaw.com
>
>Paul J. Andre
>Lisa Kobialka
>James Hannah
>KRAMER LEVIN NAFTALIS & FRANKEL LLP
>990 Marsh Road
>Menlo Park, CA 94025
>pandre@kramerlevin.com
>lkobialka@kramerlevin.com
>jhannah@kramerlevin.com

>*/s/ Dabney J. Carr, IV*
>Dabney J. Carr, IV (VSB No. 28679)
>**TROUTMAN SANDERS** LLP
>1001 Haxall Point
>Richmond, VA 23219
>Telephone: (804) 697-1200
>Facsimile: (804) 697-1339
>dabney.carr@troutmansanders.com
>
>*Counsel for Defendant Cisco Systems, Inc.*