# EXHIBIT A



# Trial Statistics
## IPR, PGR, CBM

Patent Trial and Appeal Board
February 2018



# Institution Rates
**(FY13 to FY18: 10/1/12 to 2/28/18)**



Institution rate for each fiscal year is calculated by dividing petitions instituted by decisions on institution (i.e., petitions instituted plus petitions denied). The outcomes of decisions on institution responsive to requests for rehearing are excluded.



7

# Institution Rates by Technology
**(All Time: 9/16/12 to 2/28/18)**



| Technology | Rate |
|---|---|
| Bio/Pharma | 62% (377 of 608) |
| Chemical | 67% (277 of 416) |
| Design | 41% (17 of 41) |
| Electrical/Computer | 68% (2,492 of 3,638) |
| Mechanical & Business Method | 69% (1,073 of 1,553) |

Institution rate for each technology is calculated by dividing petitions instituted by decisions on institution (i.e., petitions instituted plus petitions denied). The outcomes of decisions on institution responsive to requests for rehearing are excluded.



8

# Status of Petitions
**(All Time: 9/16/12 to 2/28/18)**



**Instituted Claims Unpatentable**
**No Claim: 389 (19%)**
Some Claims: 323 (16%)
All Claims: 1,304 (65%)

These figures reflect the latest status of each petition. The outcomes of decisions on institution responsive to requests for rehearing are incorporated. Once joined to a base case, a petition remains in the Joined category regardless of subsequent outcomes.



11