IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| CENTRIPETAL NETWORKS, INC., | ) |
| Plaintiff, | ) |
| vs. | ) No. 2:18-cv-00094-MSD-LRL |
| CISCO SYSTEMS, INC., | ) |
| Defendant. | ) |

**DECLARATION OF HANNAH LEE IN SUPPORT OF PLAINTIFF
CENTRIPETAL NETWORKS, INC.'S OPPOSITION TO CISCO'S MOTION TO STAY**

I, Hannah Lee, declare:

1. I am an attorney admitted to practice in the State California. I am an associate at the law firm of Kramer Levin Naftalis & Frankel LLP and I am admitted pro hac vice in the above-captioned action representing Plaintiff, Centripetal Networks, Inc. ("Centripetal"). I am over the age of 18 and make this declaration based upon my personal knowledge and documents provided to me, in support of Centripetal's Memorandum in Support of its Opposition to Defendants' Motion to Stay.

2. Attached as **Exhibit 1** is a true and correct copy of a white paper entitled, "Centripetal Networks Threat Intelligence Gateway."

3. Attached as **Exhibit 2** is a true and correct copy of Docket Navigator statistics for time to trial in this District.

4. Attached as **Exhibit 3** is a true and correct copy of *Continental Automotive Sys. Inc. v. Hamaton Automotive Tech. Co.,* 2:16-cv-226, Dkt. No. 63 at * 5 (E.D. Va. Feb. 7 2017).

1

5. Attached as **Exhibit 4** is a true and correct copy of the Petition for *Inter Partes* Review of U.S. Patent No. 9,565,213, Case No. IPR2018-01386, dated July 12, 2018.

6. Attached as **Exhibit 5** is a true and correct copy of a Law360 article titled "PTAB Institution Decisions in The Wake of SAS" dated July 12, 2018.

7. Attached as **Exhibit 6** is a true and correct copy of *EHS Lens Philippines, Inc. v. Essilor Int'l,* 3:16-cv-00563-JAG, Dkt. No. 33 (Sept. 22, 2016).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 3, 2018, in Norfolk, VA.

_____
Hannah Lee

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2018, I electronically filed the foregoing and all exhibits referenced therein with the Clerk of the Court using the CM/ECF system, which will automatically send notification of electronic filing (NEF) to the following:

Christopher Joseph Tyson
Email: cjtyson@duanemorris.com

Daniel T. McCloskey
Email: DTMcCloskey@duanemorris.com

Jennifer H. Forte
Email: jhforte@duanemorris.com

John Robert Gibson
Email: jrgibson@duanemorris.com

Joseph A. Powers
Email: japowers@duanemorris.com

Louis Norwood Jameson
Email: wjameson@duanemorris.com

Dabney J. Carr, IV
Email: dabney.carr@troutmansanders.com

Matthew C. Gaudet
Email:  mcgaudet@duanemorris.com

/s/ Kevin M. O'Donnell
Kevin M. O'Donnell (VSB #30086)
Jeffery T. Martin, Jr. (VSB #71860)
HENRY & O'DONNELL, P.C.
300 N. Washington Street – Suite 204
Alexandria, VA 22314
Telephone:  (703) 548-2100
Facsimile:   (703) 548-2105
kmo@henrylaw.com
jtm@henrylaw.com