UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

NOV 27 2018

**CENTRIPETAL NETWORKS, INC.**

    **Plaintiff**

    v.                                   Civil Action No. 2:18cv94

**CISCO SYSTEMS, INC.**

    **Defendant.**

## ORDER

This case is before the Court on a motion to reassign the case to the Honorable Henry Coke Morgan, Jr., Senior United States District Judge. Because this case involves the same plaintiff and five of the same patents involved in Centripetal Networks, Inc. v. Keysight Technologies, Inc., civil action no. 2:17cv383 (HCM/LRL) ("Keysight"), a case over which Judge Morgan presided until it settled halfway through trial in October 2018, the Court determines that the case could be more efficiently resolved if transferred to Judge Morgan.

As Plaintiff argues, Judge Morgan's extensive work and familiarity with five of the patents at issue will aid in consistency of claim construction and expedite the resolution of disputes involving those five patents and the similar technology of the other six patents in this case. Defendant's argument, that this case should remain with the undersigned judge because

it is more complex than Keysight due to the additional patents and claims at issue, actually justifies a transfer to a judge who is already familiar with some of the patents and similar technology because it will increase judicial efficiency by decreasing the time the Court must spend understanding the technology at issue.

Further, the Court is not persuaded by Defendant's arguments that this case has a different procedural posture and therefore should be resolved on the motion to stay rather than transferred to Judge Morgan. While the motion to stay pending inter partes review does make the case different, that does not prevent another judge who is more familiar with the patents from deciding the motion. Additionally, Defendant also argues that the case should not be transferred because Centripetal waited longer than necessary to file the motion. Though Centripetal could have filed the case earlier, the delay in filing gave Judge Morgan more time to analyze the patents in Keysight, giving him the familiarity to justify reassignment.

Plaintiff's Motion to Reassign, ECF No. 50, is **GRANTED**. The Court **ORDERS** that this matter be **REASSIGNED** to Judge Morgan.

The Clerk is directed to send a copy of this Order to all counsel of record and to Judge Morgan.

**IT IS SO ORDERED.**

/s/ MSD
Mark S. Davis
United States District Judge

Norfolk, Virginia
November 27, 2018