# UNITED STATES DISTRICT COURT

*EASTERN DISTRICT OF VIRGINIA*
NORFOLK DIVISION

## Wednesday, September 11, 2019

**MINUTES OF PROCEEDINGS IN**     Open Court
**PRESENT**: THE HONORABLE     Henry Coke Morgan, Jr., Senior United States District Judge
Courtroom Deputy: Lori Baxter
Law Clerk: Josh Lang          Reporter: Carol Naughton, OCR

| Set: 2:30 p.m. | Started: 2:13 p.m. | Ended: 2 53 p.m. |
|---|---|---|

Case No. 4:17cv113

Centripetal Networks, Inc.

v.

Cisco Systems, Inc.

Appearances: Paul J. Andre and Stephen E. Noona for the Plaintiff. Matthew C. Gaudet and Dabney J. Carr, IV for the Defendant.

Hearing re [59] Motion to Lift Stay and Reopen Case filed by the Plaintiff. Arguments of counsel. Comments of Court. For the reasons stated on the record, the Court GRANTS the motion to lift the stay as to the patents not in the IPR and sets a jury trial date of March 9, 2020 at 10:00 a.m. The stay will be effective 10/2/19 and a Rule 16(b) Scheduling Conference is tentatively set for 10/3/19. The parties are to submit their proposed pretrial deadlines on or before 10/2/19 based on the March 2020 trial date. Court adjourned.