IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| **CENTRIPETAL NETWORKS, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:18cv00094-MSD-LRL |
| | ) | |
| **CISCO SYSTEMS, INC.** | ) | |
| | ) | |
| Defendant. | ) | |

### CISCO SYSTEMS, INC.'S MOTION TO COMPEL A COMPLETE RESPONSE TO CISCO'S INTERROGATORY NO. 1 (INFRINGEMENT CONTENTIONS)

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and Local Rule 37(A), defendant Cisco Systems, Inc. ("Cisco"), by counsel, moves to compel plaintiff Centripetal Networks, Inc. ("Centripetal") to produce full and complete infringement contentions, as requested in Cisco's Interrogatory No. 1. As set forth in its accompanying Motion for Expedited Briefing and Consideration, Cisco further requests that the Court order Centripetal to respond to this motion no later than Monday, November 18, 2019 and that Cisco file its reply by November 20, 2019 and that the Court schedule a hearing on this motion no later than November 26, 2019.

The grounds for this Motion are more fully set forth in Cisco's Memorandum in Support of Motion to Compel, which is filed herewith. Pursuant to E.D.Va. Local Rule 37(E), counsel states that a good faith effort has been made between counsel to resolve the discovery matters at issue.

CISCO SYSTEMS, INC.

By  /s/
Of Cousnel

Dabney J. Carr, IV, VSB No. 28679
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com

**DUANE MORRIS LLP**
Louis N. Jameson (admitted pro hac vice)
Matthew C. Gaudet (pro hac vice pending)
John R. Gibson, VSB No. 72968
Jennifer H. Forte (admitted pro hac vice)
1075 Peachtree Street, N.E., Suite 2000
Atlanta, Georgia 30309-3929
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
wjameson@duanemorris.com
jrgibson@duanemorris.com
jhforte@duanemorris.com

Joseph A. Powers (admitted pro hac vice)
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 689-3797
japowers@duanemorris.com

John M. Baird, VSB No. 77827
Christopher J. Tyson, VSB No. 81553
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776 7851
Facsimile: (202) 478 2620
jmbaird@duanemorrris.com
cjtyson@duanemorris.com

Nicole E. Grigg (formerly Johnson) (admitted *pro hac vice*)
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: (650) 847-4176
Facsimile: (650) 618-2713
NEGrigg@duanemorris.com

*Counsel for Defendant Cisco Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of November, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Kevin M. O'Donnell
Jeffery T. Martin, Jr.
HENRY & O'DONNELL, P.C.
300 N. Washington Street – Suite 204
Alexandria, VA 22314
kmo@henrylaw.com
jtm@henrylaw.com

Stephen Edward Noona
VSB No. 25367
KAUFMAN & CANOLES, P.C.
150 W. Main St., Suite 2100
Norfolk, VA 23510
senoona@kaufcan.com

Paul J. Andre
Lisa Kobialka
James Hannah
Hannah Lee
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
hlee@kramerlevin.com

/s/ Dabney J. Carr, IV
Dabney J. Carr, IV (VSB No. 28679)
**TROUTMAN SANDERS** LLP
1001 Haxall Point
Richmond, VA 23219
Telephone:  (804) 697-1200
Facsimile:  (804) 697-1339
dabney.carr@troutmansanders.com

*Counsel for Defendant Cisco Systems, Inc.*