IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| CENTRIPETAL NETWORKS, INC., | ) |
| Plaintiff, | ) No. 2:18-cv-00094-HCM-LRL |
| v. | ) |
| CISCO SYSTEMS, INC., | ) |
| Defendant. | ) |

**PLAINTIFF CENTRIPETAL NETWORKS, INC.'S MOTION TO COMPEL CERTAIN DOCUMENTS AND DISCOVERY RESPONSES**

Plaintiff Centripetal Networks, Inc. ("Centripetal") will and hereby moves the Court to compel Defendant Cisco Systems, Inc. ("Cisco") to produce certain documents and provide fulsome response to Centripetal's Interrogatory No. 5. This motion is based on the Memorandum of Points and Authorities in Support of Centripetal's Motion, filed herewith, and the concurrently filed declaration of Hannah Lee and the exhibits attached thereto, the pleadings and papers on file in this action, and all other papers and arguments submitted in connection with this matter. A proposed order granting the requested relief is attached as **Exhibit 1**.

Pursuant to E.D. Va. Local Rule 37(E), counsel states that a good faith effort has been made between counsel to resolve the discovery matters at issue.

| | |
|---|---|
| Dated: December 4, 2019 | Respectfully submitted, |
| | */s/ Stephen E. Noona* |
| | Stephen Edward Noona |
| | Virginia State Bar No. 25367 |
| | KAUFMAN & CANOLES, P.C. |
| | 150 W Main St., Suite 2100 |
| | Norfolk, VA 23510 |
| | Telephone: (757) 624-3239 |
| | Facsimile: (888) 360-9092 |
| | senoona@kaufcan.com |
| | |
| | Paul J. Andre |
| | Lisa Kobialka |
| | James Hannah |
| | Hannah Lee |
| | Kristopher Kastens |
| | KRAMER LEVIN NAFTALIS |
| | & FRANKEL LLP |
| | 990 Marsh Road |
| | Menlo Park, CA 94025 |
| | Telephone: (650) 752-1700 |
| | Facsimile: (650) 752-1800 |
| | pandre@kramerlevin.com |
| | lkobialka@kramerlevin.com |
| | jhannah@kramerlevin.com |
| | hlee@kramerlevin.com |
| | kkastens@kramerlevin.com |
| | |
| | **ATTORNEYS FOR PLAINTIFF** |
| | **CENTRIPETAL NETWORKS, INC.** |

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of electronic filing to all counsel of record.

/s/ *Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
**KAUFMAN & CANOLES, P.C.**
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com