**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | | |
|---|---|---|
| CENTRIPETAL NETWORKS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 2:18-cv-00094-HCM-LRL |
| | ) | |
| v. | ) | |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF CENTRIPETAL NETWORKS, INC.'S
MOTION TO COMPEL CERTAIN DOCUMENTS AND DISCOVERY RESPONSES**

Plaintiff Centripetal Networks, Inc.'s ("Centripetal") Motion to Compel Certain Documents and Discovery Responses (the "Motion") was brought before this Court.

The Court has read and considered the Motion papers filed in support of in and opposition to the Motion, and the case filed in this action. Good cause appearing for the requested relief, the Court finds that the Motion should be GRANTED.

IT IS HEREBY ORDERED THAT:

Centripetal Networks, Inc.'s Motion to Compel Certain Documents and Discovery Responses is GRANTED and Defendant is ORDERED to produce the following documents and discovery responses within 5 days of this Order:

- requirements documents, specifications and test plan requirements relating to the accused Stealthwatch and ETA technologies;

- technical documents relating to the functionality of the Firepower Management Center and Threat Intelligence Director;

- documents concerning the operation, functionality, design, development, testing, manufacturing, distribution, sale, updating and importation into the United States of

1

"Defendant's Hitless ACL updates as described in the Complaint" (RFP No. 54), "Cisco's ACL Label-Sharing as described in the Complaint" (RFP No. 55) and "Cisco's Transactional Commit Modeling as described in the Complaint" (RFP No. 58);

- Stealthwatch documentation, manuals, and instructive documentation that Cisco provides to its customers, technical documents regarding Cisco's flow collector engine, and the list of behaviors that CTA technology can detect;

- a complete response to Interrogatory No. 5 for each version of the Accused Products and Services;

- documents responsive to RFP Nos. 29, 39, 118, and 131 regarding convoyed and derivative sales information for the Accused Products and Services;

- a copy of each service contract with any third party that provides server or other computer hosting services for any portion of the Accused Instrumentalities to provide updates to the Accused Instrumentalities.

It is so **ORDERED**.


Dated: _____          By: _____
                                        The Honorable Henry C. Morgan, Jr.
                                        United States Senior District Judge

**WE ASK FOR THIS:**

*/s/ Stephen E. Noona*
Stephen Edward Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 W Main St., Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com

Paul J. Andre
Lisa Kobialka
James Hannah
Hannah Lee
Kristopher Kastens
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
hlee@kramerlevin.com
kkastens@kramerlevin.com

**ATTORNEYS FOR PLAINTIFF
CENTRIPETAL NETWORKS, INC.**