IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **CENTRIPETAL NETWORKS, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:18cv00094-HCM-LRL |
| ) | |
| **CISCO SYSTEMS, INC.** ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT CISCO SYSTEM INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Defendant Cisco Systems, Inc. ("Cisco") hereby moves for summary judgment on three issues: (1) Cisco does not literally infringe U.S. Patent No. 9,203,806; (2) Cisco does not literally infringement U.S. Patent No.9,137,205; and (3) Cisco does not infringe any of the five asserted patents (U.S. Patent No. 9,203,806; U.S. Patent No. 9,560,176; U.S. Patent No. 9,137,205; U.S. Patent No. 9,686,193; U.S. Patent No. 9,917,856) under the doctrine of equivalents. Each of these three issues is based on legal questions (*i.e.*, claim scope or the application of *Festo*) that must be resolved by the Court.

The grounds for this Motion are more fully set forth in the accompanying Memorandum in Support of Motion for Summary Judgment, the exhibits thereto and the Declarations of Martin Hughes, Peter Jones, and Hari Shankar filed therewith.

Dated: March 4, 2020                                CISCO SYSTEMS, INC.

                                By /s/ *Dabney J. Carr, IV*
                                         Of Counsel

Dabney J. Carr, IV, VSB No. 28679
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com

**DAVIS POLK & WARDWELL LLP**
Neil H. MacBride, VSB No. 79883
neil.macbride@davispolk.com
901 15th Street, NW
Washington, DC 20005
Tel:     (202) 962-7000
Fax:    (202) 962-7111

**DUANE MORRIS LLP**
Louis N. Jameson (admitted pro hac vice)
Matthew C. Gaudet (pro hac vice pending)
John R. Gibson, VSB No. 72968
Jennifer H. Forte (admitted pro hac vice)
1075 Peachtree Street, N.E., Suite 2000
Atlanta, Georgia 30309-3929
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
wjameson@duanemorris.com
jrgibson@duanemorris.com
jhforte@duanemorris.com

Joseph A. Powers (admitted pro hac vice)
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 689-3797
japowers@duanemorris.com

John M. Baird, VSB No. 77827
Christopher J. Tyson, VSB No. 81553
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776 7851
Facsimile: (202) 478 2620
jmbaird@duanemorrris.com
cjtyson@duanemorris.com

Nicole E. Grigg (formerly Johnson) (admitted *pro hac vice*)
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: (650) 847-4176
Facsimile: (650) 618-2713
NEGrigg@duanemorris.com

*Counsel for Defendant Cisco Systems, Inc.*