**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| CENTRIPETAL NETWORKS, INC., <br>           Plaintiff, <br> v. <br> CISCO SYSTEMS, INC., <br>           Defendant. | Case No. 2:18-cv-00094-HCM-LRL |

## DEFENDANT CISCO SYSTEMS, INC.'S OBJECTIONS TO ISSUES RAISED AT APRIL 8, 2020 TELEPHONIC CONFERENCE AND MOTION OPPOSING TRIAL ENTIRELY BY VIDEOCONFERENCE

Pursuant to Federal Rule of Civil Procedure 43(a), Defendant Cisco Systems, Inc. ("Cisco") moves to forgo trial entirely by videoconference and reset trial for a time when the parties can safely present their witnesses and evidence live and in person. In the alternative, to the extent trial will proceed by videoconference, Cisco moves the Court to select a secure videoconferencing platform that will enable the parties to protect confidential and proprietary information that will be presented at trial. Cisco also objects to the Court's consultation or reliance on the Keysight transcript or acceptance of it into evidence in this case.

The grounds for this Motion are more fully set forth in Cisco's Objections to Issues Raised at April 8, 2020 Telephonic Conference and Memorandum in Support, which is filed herewith.

                     CISCO SYSTEMS, INC.

                     By    /s/      
                         Of Counsel

Dabney J. Carr, IV, VSB No. 28679
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com

**DAVIS POLK & WARDWELL LLP**
Neil H. MacBride, VSB No. 79883
901 15th Street, NW
Washington, DC 20005
Tel:   (202) 962-7000
Fax:   (202) 962-7111
neil.macbride@davispolk.com

**DUANE MORRIS LLP**
Louis N. Jameson (admitted pro hac vice)
Matthew C. Gaudet (admitted pro hac vice)
John R. Gibson, VSB No. 72968
Jennifer H. Forte (admitted pro hac vice)
1075 Peachtree Street, N.E., Suite 2000
Atlanta, Georgia 30309-3929
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
wjameson@duanemorris.com
jrgibson@duanemorris.com
jhforte@duanemorris.com

Joseph A. Powers (admitted pro hac vice)
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 689-3797
japowers@duanemorris.com

John M. Baird, VSB No. 77827
Christopher J. Tyson, VSB No. 81553
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776 7851
Facsimile: (202) 478 2620
jmbaird@duanemorrris.com
cjtyson@duanemorris.com

2

Nicole E. Grigg (formerly Johnson) (admitted *pro hac vice*)
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: (650) 847-4176
Facsimile: (650) 618-2713
NEGrigg@duanemorris.com

*Counsel for Defendant Cisco Systems, Inc.*