IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **CENTRIPETAL NETWORKS, INC.,**  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>**CISCO SYSTEMS, INC.**  )<br>)<br>Defendant.  ) | Case No. 2:18cv00094-MSD-LRL |

## CISCO SYSTEMS, INC.'S NOTICE OF ADDITIONAL UNITED STATES PATENT AND TRADEMARK OFFICE DECISIONS CONCERNING THE ASSERTED CLAIMS OF CERTAIN PATENTS-IN-SUIT

Pursuant to the Court's Order Regarding Discovery of Electronically Stored Information dated November 6, 2019 (D.I. 81), Defendant Cisco Systems, Inc.'s ("Cisco") submits to the Court the following Notice of Additional United Stated Patent and Trademark Office ("Patent Office") Decisions Concerning the Asserted Claims of Certain Patents-In-Suit. This notice is a further supplement to Centripetal Networks Inc.'s ("Centripetal") notices dated February 3, 2020 (D.I. 178) and April 10, 2020 (D.I. 381), and Cisco's notice dated March 19, 2020 (D.I. 302).

On March 27, 2020, the Patent Office issued a decision to re-examine Asserted Claims 63 and 77 of U.S. Patent No. 9,137,205 (the "'205 Patent") on the basis that the Patent Trial and Appeal Board's ("Board") Final Written Decisions invalidating the non-asserted claims of the same patent (as reported in D.I. 302) raised a substantial question as to whether the Asserted Claims are also invalid. On May 1, 2020, the Patent Office issued a decision to re-examine Asserted Claims 18 and 19 of U.S. Patent No. 9,686,193 (the "'193 Patent") on the basis that the Board's Final Written Decisions invalidating all of the claims of two patents that share the identical disclosure and drawings as the '193 Patent (U.S. Patent Nos. 9,124,552 and 9,160,713,

as reported in D.I. 178) raised a substantial question as to whether the Asserted Claims of the '193 Patent are also invalid.

The Board is expected to issue a Final Written Decision on the claims of the remaining patent on which the Board instituted *Inter Partes* Review ("IPR") proceedings (U.S. Patent No. 9,413,722) on or before May 20, 2020.

                                          CISCO SYSTEMS, INC.

                                          By        /s/
                                                 Of Counsel

Dabney J. Carr, IV, VSB No. 28679
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com

Neil H. MacBride, VSB No. 79883
**DAVIS POLK & WARDWELL LLP**
901 15th Street, NW
Washington, DC 20005
Telephone: (202) 962-7000
Facsimile: (202) 962-7111
neil.macbride@davispolk.com

Louis N. Jameson (admitted pro hac vice)
Matthew C. Gaudet (admitted pro hac vice)
John R. Gibson, VSB No. 72968
Jennifer H. Forte (admitted pro hac vice)
**DUANE MORRIS, LLP**
1075 Peachtree Street, N.E., Suite 2000
Atlanta, Georgia 30309-3929
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
wjameson@duanemorris.com
jrgibson@duanemorris.com
jhforte@duanemorris.com

Joseph A. Powers (admitted pro hac vice)
**DUANE MORRIS, LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 689-3797
japowers@duanemorris.com

Nicole E. Grigg (formerly Johnson)
(admitted pro hac vice)
**DUANE MORRIS, LLP**
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: (650) 847-4150
Facsimile: (650) 618-2713
NEGrigg@duanemorris.com

Christopher J. Tyson, VSB No. 81553
**DUANE MORRIS, LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776 7851
Facsimile: (202) 478 2620
cjtyson@duanemorris.com

*Counsel for Defendant Cisco Systems, Inc.*