\#

# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
NORFOLK DIVISION

## Monday, May 18, 2020

**MINUTES OF PROCEEDINGS IN**     via Norfolk Remote
**PRESENT**: THE HONORABLE    Henry Coke Morgan, Jr., Senior United States District Judge
Courtroom Deputy:   Lori Baxter
Law Clerk:   Brandan Goodwin          Reporter: Carol Naughton, OCR p.m./Paul McManus, OCR a.m.

| Set: 10:00 a.m. | Started: 10:07 a.m. | Ended: 4:00 p.m. |
|---|---|---|
| Case No.  2:18cv94 | | |
| | | |
| Centripetal Networks, Inc.<br><br>                    v.<br><br>Cisco Systems, Inc. | | |
| | | |
| Appearances:    Stephen E. Noona, Lisa Kobialka, Hannah Y. Lee, James R. Hannah and Paul Andre for the Plaintiff.    Louis N. Jameson, Heath Brooks, Jennifer H. Forte, Mark C. Fleming, Dabney J. Carr, IV, Matthew C. Gaudet and Neil H. MacBride for the Defendant. | | |
| | | |
| Bench trial – Day 8.    Plaintiff continued presentation of evidence through testimony and exhibits.  Parties excused and directed to return on Tuesday, May 19, 2020 at 10:00 a.m.    Court adjourned. | | |
| | | |
| | | |
| | | |
| Lunch:       1:10-2:10 p.m. | | |