**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | | |
|---|---|---|
| **CENTRIPETAL NETWORKS, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:18cv00094-HCM-LRL |
| | ) | |
| **CISCO SYSTEMS, INC.** | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT CISCO SYSTEMS, INC.'S MOTION FOR JUDGMENT
ON PARTIAL FINDINGS PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 52(c) AT THE CLOSE OF PLAINTIFF'S CASE**

Defendant Cisco Systems, Inc. ("Cisco"), by counsel, pursuant to Fed. R. Civ. P. 52(c), moves for entry of judgment in its favor on partial findings on the issues of direct infringement under 35 U.S.C. § 271(a) as to all asserted patents and induced infringement under 35 U.S.C. § 271(b) as to all asserted patents. Plaintiff Centripetal Networks, Inc. ("Centripetal") has "been fully heard" on those issues, such that the Court may make findings and enter judgment against Centripetal on any or all of those issues now.

The grounds for this Motion are more fully set forth in Cisco's Memorandum in Support, which is filed herewith.

May 21, 2020                                                                                  CISCO SYSTEMS, INC.

                                                                                                       By_____/s/_____
                                                                                                               Of Counsel

Dabney J. Carr, IV, VSB No. 28679
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com

Neil H. MacBride, VSB No. 79883
**DAVIS POLK & WARDWELL LLP**
901 15th Street, NW
Washington, DC  20005
Telephone:  (202) 962-7000
Facsimile:  (202) 962-7111
neil.macbride@davispolk.com

Louis N. Jameson (admitted pro hac vice)
Matthew C. Gaudet (admitted pro hac vice)
John R. Gibson, VSB No. 72968
Jennifer H. Forte (admitted pro hac vice)
**DUANE MORRIS, LLP**
1075 Peachtree Street, N.E., Suite 2000
Atlanta, Georgia 30309-3929
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
wjameson@duanemorris.com
jrgibson@duanemorris.com
jhforte@duanemorris.com

Joseph A. Powers (admitted pro hac vice)
**DUANE MORRIS, LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 689-3797
japowers@duanemorris.com

Nicole E. Grigg (formerly Johnson) (admitted pro hac vice)
**DUANE MORRIS, LLP**
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: (650) 847-4150
Facsimile: (650) 618-2713
NEGrigg@duanemorris.com

*Counsel for Defendant Cisco Systems, Inc.*