# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| CENTRIPETAL NETWORKS, INC., | ) |
| Plaintiff, | ) No. 2:18-cv-00094-HCM-LRL |
| v. | ) |
| CISCO SYSTEMS, INC., | ) |
| Defendant. | ) |

## PLAINTIFF CENTRIPETAL NETWORKS, INC.'S MOTION TO ADMIT *INTER PARTES* REVIEW EVIDENCE

Plaintiff Centripetal Networks, Inc. ("Centripetal") moves the Court to admit certain evidence relating to *inter partes* review decisions relating to the '193, '205 and '176 Patents in this action.

This Motion is based on the accompanying Memorandum in Support of Centripetal's Motion to Admit *Inter Partes* Review Evidence, the pleadings and papers on file in this action, and all other papers and arguments submitted in connection with this matter. Centripetal respectfully requests that the Court grant its Motion.

Dated: June 3, 2020

Respectfully submitted,

*/s/ Stephen E. Noona*
Stephen Edward Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 W Main St., Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com

Paul J. Andre
Lisa Kobialka
James Hannah
Hannah Lee
Kristopher Kastens
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
hlee@kramerlevin.com
kkastens@kramerlevin.com

**ATTORNEYS FOR PLAINTIFF
CENTRIPETAL NETWORKS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of electronic filing to all counsel of record.

/s/ *Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
**KAUFMAN & CANOLES, P.C.**
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com

18497010v1