\#

# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
NORFOLK DIVISION

## Wednesday, June 10, 2020

**MINUTES OF PROCEEDINGS IN**      via Norfolk Remote
**PRESENT**: THE HONORABLE     Henry Coke Morgan, Jr., Senior United States District Judge
Courtroom Deputy:  Lori Baxter
Law Clerk:   Brandan Goodwin                               Reporter:   Paul McManus, OCR

| Set:   10:00 a.m. | Started:   10:03 a.m. | Ended:   11:36 a.m. |
|---|---|---|
| Case No.   2:18cv94 | | |
| | | |
| Centripetal Networks, Inc.<br><br>                v.<br><br>Cisco Systems, Inc. | | |
| | | |
| Appearances:    Stephen E. Noona, Lisa Kobialka, Hannah Y. Lee, James R. Hannah, Kris Kastens, Michael H. Lee and Paul Andre for the Plaintiff.    Louis N. Jameson, Christopher J. Tyson, Joseph A. Powers, John R. Gibson, Heath Brooks, Jennifer H. Forte, Mark C. Fleming, Dabney J. Carr, IV, Matthew C. Gaudet, John M. Baird and Neil H. MacBride for the Defendant. | | |
| | | |
| Bench trial – Day 21.    Plaintiff finished presentation of rebuttal case.    Evidence concluded.    Parties excused and directed to return on Thursday, June 11, 2020 at 10:00 a.m. for closing arguments.    Court adjourned. | | |
| | | |
| | | |
| | | |
| | | |