# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
NORFOLK DIVISION

## Thursday, June 11, 2020

**MINUTES OF PROCEEDINGS IN**   via Norfolk Remote
**PRESENT**: THE HONORABLE   Henry Coke Morgan, Jr., Senior United States District Judge
Courtroom Deputy:  Lori Baxter
Law Clerk:  Brandan Goodwin                                      Reporter:  Paul McManus, OCR

| Set: 10:00 a.m. | Started: 10:00 a.m. | Ended: 4:15 p.m. |
|---|---|---|

| Case No.  2:18cv94 |
|---|
| |
| Centripetal Networks, Inc.<br><br>            v.<br><br>Cisco Systems, Inc. |
| |
| Appearances:     Stephen E. Noona, Lisa Kobialka, Hannah Y. Lee, James R. Hannah, Kris Kastens, Michael H. Lee and Paul Andre for the Plaintiff.    Louis N. Jameson, Christopher J. Tyson, Joseph A. Powers, John R. Gibson, Heath Brooks, Jennifer H. Forte, Mark C. Fleming, Dabney J. Carr, IV, Matthew C. Gaudet, John M. Baird and Neil H. MacBride for the Defendant. |
| |
| Bench trial – Day 22.   Closing arguments presented.   The monthly sales data will be produced to Centripetal and to Dr. Becker on Friday, June 12, 2020.   Both sides will submit their damages report, based on this data, by 4:00 p.m. on June 18, 2020.   A hearing on damages is tentatively set for Thursday, June 25, 2020 at 11:00 a.m. via ZoomGov.   Court adjourned. |
| |
| |
| |
| Lunch:   1:00-2:00 p.m. |