# UNITED STATES DISTRICT COURT

*EASTERN DISTRICT OF VIRGINIA*
NORFOLK DIVISION

## Thursday, June 25, 2020

**MINUTES OF PROCEEDINGS IN** _____via Norfolk Remote_____
**PRESENT**: THE HONORABLE ___Henry Coke Morgan, Jr., Senior United States District Judge___
Courtroom Deputy:___Lori Baxter___
Law Clerk:___Brandan Goodwin___                                       Reporter:___Carol Naughton, OCR___

| Set: 11:00 a.m. | Started: 11:00 a.m. | Ended: 2:23 p.m. |
|---|---|---|

Case No.  2:18cv94

Centripetal Networks, Inc.

v.

Cisco Systems, Inc.

Appearances:    Stephen E. Noona and Paul Andre for the Plaintiff.    Louis N. Jameson, Christopher J. Tyson, Joseph A. Powers, Heath Brooks, Dabney J. Carr, IV, Matthew C. Gaudet, and Neil H. MacBride for the Defendant.

Hearing on damages.    Court heard testimony from James Malackowski and Stephen Becker.    Exhibits admitted.    Arguments of counsel.    The Court takes the matter under advisement at this time.    Court adjourned.

Plaintiff Witness:    **James Malackowski**

Defendant Witness:    **Stephen Becker**

Exhibits: DTX 1714 – Benefits of Upgrading to Cisco Catalyst 9400 Series Switches
　　　　 DTX 1715 – Benefits of Upgrading to Cisco Catalyst 9500 Series Switches
　　　　 PTX 1248 – Benefits of Upgrading to Cisco Catalyst 9300 Series Switches

Lunch:    1:00-2:00 p.m.