422

```
 1              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF VIRGINIA
 2                     NORFOLK DIVISION


 3


 4  CENTRIPETAL NETWORKS, INC.,    )
                                   )
 5            Plaintiff,           )
    v.                             ) Civil Action No.:
 6                                 )      2:18cv94
    CISCO SYSTEMS, INC.,           )
 7                                 )
              Defendant.           )
 8


 9


10


11       TRANSCRIPT OF VIDEOCONFERENCE BENCH TRIAL PROCEEDINGS


12


13                     Norfolk, Virginia
                        May 11, 2020

14


15                        Volume 4
                      Pages 422-566

16


17  BEFORE:  THE HONORABLE HENRY C. MORGAN, JR.
              United States District Judge

18


19


20


21


22


23


24


25
```

423

```
 1   Appearances: (Via Zoomgov Video)

 2          KRAMER LEVIN NAFTALIS & FRANKEL, LLP
                  By: JAMES RUSSELL HANNAH
 3                    Counsel for Plaintiff

 4          DUANE MORRIS, LLP
                  By: MATTHEW GAUDET
 5                    Counsel for Defendant

 6                    I N D E X

 7                                          Page
     PLAINTIFF'S
 8   WITNESS

 9   MICHAEL MITZENMACHER
          Direct Examination by Mr. Hannah      427
10

11                    E X H I B I T S

12   PLAINTIFF'S
     NO.
13
     PTX-1260                                    440
14   PTX-1226                                    446
     PTX-242                                     450
15   PTX-1281                                    456
     PTX-992                                     456
16   PTX-1409                                    462
     PTX-995                                     470
17   PTX-1303                                    477
     PTX-175                                     479
18   PTX-1313                                    484
     PTX-1276                                    489
19   PTX-576                                     491
     PTX-1262                                    493
20   PTX-1280                                    496
     PTX-563                                     500
21   PTX-1849                                    505
     PTX-1849, Page 21                           509
22   PTX-1849, Page 228                          510
     PTX-1356                                    524
23   PTX-1326                                    526
     PTX-1390                                    537
24   PTX-1288                                    543
     PTX-1883                                    556
25   PTX-519                                     559
```

424

```
 1                    P R O C E E D I N G S

 2

 3           (Proceedings commenced at 10:03 a.m. as follows:)

 4

 5           COURTROOM DEPUTY CLERK:  Civil Action 2:18cv94,

 6   Centripetal Networks, Inc. v. Cisco Systems, Inc.

 7           For the plaintiff, Ms. Kobialka, Mr. Noona, are you

 8   ready to proceed?

 9           MR. NOONA:  We are, Your Honor.

10           THE COURT:  For the defendants, Mr. Jameson, are you

11   ready to proceed?

12           MR. JAMESON:  We are, Your Honor.

13           THE COURT:  All right.  Who is going to be the next

14   witness for the plaintiff?

15           MS. KOBIALKA:  Good morning, Your Honor.  We would

16   like to first move in some very limited deposition clips that

17   have been provided to you.  We swapped out the binder for the

18   new depositions, and there is a much smaller binder for you.  I

19   can walk through each of them.  The expert will provide an

20   explanation of the testimony that's included in the, in those

21   clips that we are trying to point out for you.  So once we've

22   entered those into evidence, then we would, the next witness

23   would be Dr. Michael Mitzenmacher who would be providing an

24   explanation of what all of that means.  If you'd like, we could

25   play the clips as well, but we thought since if it's already
```

1   moved in to evidence and they're much shorter, that then you,

2   having the technical expert's explanation of what those portions

3   of testimony, how it relates to the technical aspects, would be

4   helpful.

5           THE COURT:  Well, would it be more efficient to just

6   have the expert comment on the clips while they're playing?

7           MS. KOBIALKA:  I mean, we could potentially do that,

8   but I think it helps to frame it so you understand where it

9   comes within the infringement case, having the explanation of

10  where it lies in the various systems.  So we will actually call

11  out the specific portions of the deposition clips that the

12  expert's relying upon and then he can help provide any

13  explanation so that would be helpful for you.  We could also

14  play the clip and then have him, if you have any questions, he

15  can also provide answers to any questions about that testimony.

16          The other alternative is we can have Dr. Mitzenmacher

17  testify and then provide the clips afterwards, however counsel

18  for Cisco have indicated they will object on procedural grounds

19  because it was not moved in.  That is why we were doing it this

20  way.

21          MR. JAMESON:  Your Honor, Woody Jameson on behalf of

22  Cisco.  Our preference, because I think it's about, what, six or

23  seven clips that total about an hour's worth of testimony, is

24  that generally accurate, Ms. Kobialka?

25          MS. KOBIALKA:  Yes.

426

```
1              MR. JAMESON:  I think for purposes of understanding
2   expert testimony, having the clips actually played so the record
3   can be developed that way from a, quite frankly an educational
4   perspective, both for the Court and for all concerned, is the
5   way to go.  But we do object to the expert taking the stand and
6   testifying about things that are not yet in the record yet.
7              THE COURT:  I think the best way to do it would be to
8   have the expert comment on the clips while they're being played,
9   or just play the part he's going to comment on.  If you're
10  presenting technical information that requires an explanation by
11  an expert, I would think the way to present it would be to put
12  your expert on, play that portion of the clip that he's going to
13  testify to and explain while he's on stand, and after he's
14  testified, if there's anything else on the clip that needs to be
15  played, I'll consider it at that time.  But I don't see any
16  reason to play the expert -- I mean these clips first and then
17  have him replay them, or portions of them and comment on them.
18  We'd just be going over the same ground twice.  So let's just
19  have the expert play that portion of the clip he wants to
20  comment on during his testimony, and presumably that would lay
21  the foundation for any other part of the clip that might be
22  relevant.  You may decide that the portion of the clip that he
23  referred to is the only portion you need in your case.  So let's
24  proceed in that manner.
25             MS. KOBIALKA:  We'll do so.  Thank you, Your Honor.
```

1    So at this time my colleague, Mr. Hannah, will be presenting Dr.

2    Mitzenmacher and I will change the name on the screen here.

3    Just bear with me for a moment.

4              MR. JAMESON:   And Mr. Gaudet will be handling the

5    examination of Dr. Mitzenmacher, so we'll be doing the same.

6              MR. HANNAH:   Good morning, Your Honor.

7              THE COURT:   Good morning.   How do we spell the

8    witness's name?   I guess it'll be on the screen in a moment.

9              MR. HANNAH:   It will, yes.   It's Michael Mitzenmacher,

10   and we'd like to call him, and so Dr. Mitzenmacher, if you could

11   put your video on, please?

12             MICHAEL MITZENMACHER, having been duly sworn, was

13   examined and testified as follows:

14             MR. HANNAH:   Did you want me to spell the name?

15             THE COURT:   No, I've got it off the screen.

16             MR. HANNAH:   Okay.   Great.   Well, Your Honor, if it

17   may please the Court, may I proceed?

18             THE COURT:   You may.

19             MR. HANNAH:   Thank you, Your Honor.

20                         DIRECT EXAMINATION

21   BY MR. HANNAH:

22   Q.   Good morning, Dr. Mitzenmacher.

23   A.   Good morning.

24   Q.   Let's start out with your educational background.   Can you

25   please tell the Court about your educational background?

1  A.   Certainly.  I did my under-graduate degree at Harvard

2  University in mathematics and computer science, got my

3  under-graduate degree in 1991.  I got to go for a year to the

4  University of Cambridge in England where I got a certificate of

5  advanced study in mathematics, sort of like a master's program

6  there.  And then I went to U.C. Berkeley for my Ph.D in computer

7  science, which I received in 1996.

8  Q.   Can you tell us briefly about your employment?

9  A.   Certainly.  After I graduated, I went to Digital Systems

10 Research Center.  That was a research lab in Palo Alto where I

11 worked from my degree time towards the end of 1996 through 1998.

12 I joined the Harvard faculty in 1999, January 1999.  I was

13 promoted to full professor in 2005.  I have served a couple of

14 stints as chair, co-chair, the terminology back in 2010 it was

15 called Area Dean, but you can just think of that as department

16 chair.  I've also done various consulting work, obviously some

17 legal expert work, but also other consulting work for companies

18 such as Microsoft, Digital Fountain, Eharmony and Akamai.

19 Q.   Can you tell the Court briefly about the organizations that

20 you're a part of?

21 A.   Certainly.  So I am a Fellow of the Association of

22 Computing Machinery and a member.  The fellows are elected and

23 awarded to the top small fraction of the membership.

24      I'm also a member and fellow of the IEEE.  Electrical and

25 Electronics Engineers, if I'm remembering, or something close to

```
 1   that.  I've served as a couple leadership roles in the
 2   Association for Computing Machinery as a member of the editorial
 3   board for their main magazine as a chair of what's called the
 4   SIGACT, the Special Interest Group on Algorithms and Computation
 5   Theory.  The Association for Computing Machinery has various
 6   sorts of subgroups, and this was one of the major subgroups that
 7   I served a leading role for.  I commonly serve on, you know,
 8   program committees for various networking-related conferences,
 9   some of them listed here.
10   Q.   And are you an inventor on any patents?
11   A.   Yes, I am.  I am listed, I'm an inventor or co-inventor on
12   the 19issued patents listed here.
13   Q.   And finally, can you tell the Court briefly about some of
14   the awards that you've received in computer networking?
15   A.   Yes.  So I've done, you know, first of all I've again been
16   a fellow for the Association of Computing Machinery, and below
17   that you can see the citation.  The citation is sort of like
18   what you're listed when you become a fellow, it's what you're
19   known for or what they're making you a fellow for.  And it's for
20   contributions to coding theory, hashing algorithms and data
21   structures and networking algorithms.
22        You know, I've received in the past the IEEE Information
23   Theory Society Best Paper Award for my work on coding theory and
24   networks.  I've won the Test of Time Award, again, for some of
25   my work on communications and networks using coding and coding
```

```
 1   theory.  Early in my career I received the National Science
 2   Foundation Career Award.  That's an award for, you know, early
 3   research stage career academics.  Recently, as an example of a
 4   recent grant, I have had a grant on privacy preserving
 5   distributed storage and computation that covers some aspects of
 6   security and privacy.  And again, I've done a variety of work on
 7   primarily networking, networking communication, and of course
 8   aspects of security's related to that.
 9            MR. HANNAH:  All right.  Your Honor, at this time we'd
10   like to tender Dr. Mitzenmacher as an expert in computer
11   networking and computer security.
12            THE COURT:  All right.  Is there any voir dire on that
13   issue, counsel?
14            MR GAUDET:  This is Matt Gaudet for Cisco.  No voir
15   dire, Your Honor, and no objection to the tender.
16            THE COURT:  All right.
17            I noticed we've got a slightly different format today.
18   Instead of having the witness on one screen and the attorney who
19   is questioning the witness, we have four people on the screen,
20   including me.  I don't know why.
21            COURTROOM DEPUTY CLERK:  It's your view, Your Honor.
22   Brandan will fix it.  It's just your view.
23            THE COURT:  All right.
24            MR. GAUDET:  Your Honor, this is Matt Gaudet.  I was
25   going to offer to turn my video off if it made things better,
```

1    but if you've got the problem solved --

2              THE COURT:  No, it was just the setup on my screen.  I

3    think once we get started then I'll have a full screen of the

4    attorney while he's asking the question and then it'll switch to

5    the witness when he's answering, which is the way we've been

6    doing it.  So I think we're fine.

7              MR. GAUDET:  Thank you, Your Honor.

8              THE COURT:  All right.  You may proceed.

9              MR. HANNAH:  Thank Your Honor.  Is it working properly

10   now with this test?

11             THE COURT:  Yes.

12             MR. HANNAH:  Great.  Thank you.

13   BY MR. HANNAH:

14   Q.   So Dr. Mitzenmacher, can you please tell us, what was your

15   assignment in this case?

16   A.   My assignment was to look at some of the patents under

17   question in this case, particularly the '193, the '806 and the

18   '205, and to examine some of the Cisco products and try and

19   determine whether there was infringement.  So the assignment was

20   to look at, in particular, for the various switches and routers

21   with regards to the '193 patent, and similarly for the other

22   patents, and there I was looking also at some of the various

23   management infrastructure that also went in with that equipment.

24   Q.   And here on this slide we have reference to the Catalyst

25   switches, the Integrated Service Routers and Aggregated Service

1  Routers and the Firepower firewalls.  Do you see that?

2  A.    Yes, I do.

3  Q.    And those are the products we'll be talking about today?

4  A.    Yes.  Those are the key products.

5  Q.    So if we go to the next slide, can you please briefly

6  remind the Court what are the various patents that you're

7  talking about and kind of our code words that we're using for

8  those patents and what they cover?

9  A.    I'll be talking about three of the patents, the '193

10  patent, the shorthand is a forward or drop patent.  This is

11  going to be talking about various aspects of security policies

12  and setup security policies and how they relate to forwarding or

13  dropping potentially, bad traffic.

14      The '806 patent has to do with rule swapping and

15  efficiently swapping rule sets when you have the rules change

16  based on new information.

17      And then the '205 patent is our dynamic security policy

18  patent, and that has to do with, again, issues related to

19  developing or creating a dynamic security policy for certain

20  specific situations.

21  Q.    Thank you.  And in forming your opinion in this case what

22  type of material did you rely upon?

23  A.    I've done expert witnessing in other cases, and here, as I

24  have in the past, you rely on the wide breadth of material that

25  you have available, starting of course with the patents and the

1  file history, obviously the court documents or things such as

2  the claim construction orders or various documents or rulings

3  provided by the Court.  And then you start it get into, you

4  know, the various issues related to the products.  So then

5  there's understanding the products.  I'd look at both public and

6  confidential documents from Cisco.  I would look at the product

7  itself or the products themselves in this case, deposition

8  testimony, source code.  Again, whatever documentation I could

9  find.  And again, hope when I look at these things is to look at

10 all these pieces and try and find the consistency or develop a

11 consistent picture of the products and how they function.

12 Q.   Great.  Thank you.  And can you please give us a overview

13 or a summary of your opinions before we dive into the dirty

14 details here?  What is your conclusion with regard to the '193

15 patent?

16 A.   For the '193 patent, my opinion was that the accused

17 switches and routers infringe claims 18 and 19 of the '193

18 patent.

19 Q.   And which products are those that infringe?

20 A.   That would be the Catalyst switches and the Aggregation

21 Services Routers, or sometimes you'll see them as ASRs and

22 Integrated Services Routers, ISRs.  I believe the numbers -- and

23 I think we have a slide on this in case I've forgotten any, are

24 the Catalyst switches 9300, 9400, 9500.  For the ASR, it's the

25 ASR 1000 series.  For the ISR it's also the 1000 series.  And

 1   then one of the 4000 series.  I think that's the ISR one.

 2           THE COURT:  All right.  Now there's a slide on that?

 3   Because I didn't get all those written down.  Do you have a

 4   slide with them?

 5           MR. HANNAH:  Yes, there's a slide later in the slide

 6   deck, Your Honor.

 7           THE WITNESS:  I'll have the numbers for you.

 8           THE COURT:  All right.  Well, let's go through the

 9   products again that you claim infringe the '193 patent.  Just

10   give them slowly enough that I can make a note of them.

11           THE WITNESS:  Sure.  That would be --

12           MR. HANNAH:  So Geoff, if you can jump to Slide 12,

13   please?  Thank you.

14           THE WITNESS:  So for the switches, it's the Catalyst

15   9300, 9400 and 9500 series.  These are all part of -- you can

16   see on the left what they're referred to as the Catalyst 9000

17   platform.  And we'll come back to these slides I think, but you

18   can see on the slides various --

19           THE COURT:  All right.  I've got that.  Let's --

20           THE WITNESS:  Okay.

21           THE COURT:  -- move on to the next product.

22           THE WITNESS:  So this is the ISR and ASR.  These are

23   the routers.  So see up on the top left, it's the 1000 series

24   for the Aggregation Services Routers.  You'll see that referred

25   to as ASRs.

```
 1              THE COURT:  ASR and ISR.

 2              Brandan, can you find me that index of abbreviations?

 3              All right.  Next one?  Firewalls?

 4              THE WITNESS:  Yes.  We're looking at various Firepower

 5   series and one that's labeled as the ASA with Firepower

 6   services.  That's on the right you see the Cisco ASA 5500.  ASA,

 7   let's see, I think refers to -- I forget if it's Advanced

 8   Security Architecture or Adaptive Security Architecture.  I have

 9   my open list of acronyms I can quickly check.  But there's the

10   ASA with Firepower and then there's the Multi Firepower series.

11              THE COURT:  That's the 9300 series?

12              THE WITNESS:  Yes.  Down on the bottom it's the 9300,

13   the Cisco Firepower 1000, 2100, 4300, 9300, and then the ASA is

14   the Adaptive Security Appliance with Firepower.

15              MR. HANNAH:  Just to be clear, Your Honor, these are

16   for the '806 patent and the '205 patent.

17              THE COURT:  I thought we were talking about the '193

18   patent.

19              MR. HANNAH:  Right.  For the 193 it's just the

20   Catalyst switches and the routers.

21              THE COURT:  Well then, that's all I meant to cover.

22              MR. HANNAH:  Okay.

23              THE COURT:  So these applied to the routers?

24              MR. HANNAH:  Correct.  So just so the record's clear,

25   any time we refer to the Catalyst switches or just switches,
```

```
1   we're talking about the Catalyst switches that were just

2   identified, and any time that we refer to the Aggregated

3   Services Routers or the Integration Services Routers or just

4   routers, we're referring to the ASR and the ISR.  Those routers.

5             THE COURT:  Well, how are you going to approach this?

6   Are you going to go through the switches and then move to the

7   routers?  Is that the way you're going to do it?

8             MR. HANNAH:  Well, Your Honor, for the '193 patent

9   it's actually a little bit easier in that it's the same

10  operating system, so it's the same software on both and so we'll

11  just --

12            THE COURT:  On both of what, the '205 and the '193?

13            MR. HANNAH:  No.  For the proofs for the '193 patent,

14  we're going to be able to run through the switches and the

15  routers at the same time because they have the same software on

16  them.  So we'll be doing them together.

17            THE COURT:  All right.  It's up to you how you want to

18  do it.

19            MR. HANNAH:  Okay.  And just to --

20            THE COURT:  See, this has the '806 patent up there.

21            MR. HANNAH:  Right.  So he's an expert and provides

22  his opinion on three of the patents.

23            THE COURT:  I understand he's doing '806, but I

24  thought we were on '193 at this point.  We're not?

25            MR. HANNAH:  Yeah, we can -- we'll start with the '193
```

1    and just go through that and then we'll do a transition to the

2    '806.

3              THE COURT:  I think that would make it more

4    understandable.

5              MR. HANNAH:  Thank you, Your Honor.

6    BY MR. HANNAH:

7    Q.   So Doctor, before we get into the '193 patent I do want to

8    show you a demonstrative that we created over the weekend to

9    show the Court, which is the OSI model, the Open System

10   Interconnection model.  And Dr. Mitzenmacher, you remember the

11   Court had some questions regarding the different layers that we

12   were talking about.  We had Layers 2 and Layers 3.  Do you

13   remember that from the Court?

14   A.   Yes.

15   Q.   Can you just briefly inform the Court as best as you can

16   the different layers that we're talking about and how they're

17   going to be relevant to your testimony today?

18   A.   Certainly.  So in networking, they have developed -- there

19   are actually a couple of these, the most standard is the -- or

20   one of the standards is presented here, it's called the Open

21   System Interconnection, or OSI model.  And here, I do want to

22   emphasize that this is really just a model.  It's a way of

23   helping to think about different aspects of what goes on with

24   networking.  It is a model, and depending on the situation, may

25   or may not closely correspond to the reality.  But the idea is

1  that you can think of what's going on as various layers, where

2  the upper-level layer will call upon the lower-level layers.

3      So at the lowest level, we talk about the physical layer.

4  So you can think of this as like this is where the wire is, or

5  where the actual, you know, information, the bits, the signals,

6  are being transferred.

7      So up above that at the next level is the level of like the

8  individual data links.  And you can think of this as the layers

9  where generally the switching that we've been talked about

10 occurs.  So you can think of it as being, generally speaking,

11 you know, within a network or a subnetwork, and that this is

12 sort of the direct communication from sort of one machine to

13 another, again, possibly through a switching device which will

14 make that sort of connection.

15     And up above that is the networking layer which deals with

16 communication between different, potentially between different

17 networks based on -- and sets up an address framework so that

18 you can label machines on a network or in various networks based

19 on the, what's called the Internet protocol or the Internet

20 protocol address.

21     And there are further layers up on top which handle other

22 aspects of communication.  Something which may come up is what's

23 sometimes called Layer 7 or the application layer.  You can

24 think of this as sort of the top layer.  This is up, in some

25 sense, above the network and talks about the applications that

1  may be using the network for communication such as, you know,

2  Microsoft Office or Skype or any of the upper-level applications

3  that -- email, that may require communication services.

4       One of the things that come up is in these layers, you can

5  have various sorts of header information which provide things

6  like address information, where is this object, this packet

7  supposed to go to.  And sometimes you hear of things like

8  payload which often corresponds to, say, application-level data.

9  So you know, these can be various parts of a packet.  We may be

10 talking about header information particularly in the context of

11 Layers 2 and 3.  That is sort of the actual networking,

12 switching, router communication layer.  And sometimes there may

13 be discussion of data in the form of payload data in particular

14 which corresponds to Layer 7 information.

15          THE COURT:  All right.  Okay.

16 BY MR. HANNAH:

17 Q.   Thank you, Doctor.

18      Let's turn to the Catalyst switches that we'll be talking

19 about first for the 193 patent.  And Doctor, at this time I'd

20 like to show you PTX-1260.

21      Doctor, do you recognize PTX-126?

22 A.   Yes.  PTX-1260 you can see up in the right.  It's labeled

23 White Paper Cisco Public.  This would be information that Cisco

24 would make available to its customers in order to describe or

25 advertise this family.

1            THE COURT:  Let me get the exhibit book here.

2            We're looking at 1260?

3            MR. HANNAH:  Yes, Your Honor.

4            THE COURT:  All right.  I'm sorry, can you start with

5    1260 again from the beginning?

6            MR. HANNAH:  Sure.

7    BY MR. HANNAH:

8    Q.   Go ahead, Doctor.  Can you just explain what PTX-1260 is?

9    A.   Sure.  If you look at the top right corner you can see the

10   very small font, but it says White Paper Cisco Public.  This

11   would be sort of a typical document Cisco might give to its

12   potential customers or customers to describe this family of

13   products.

14   Q.   If you look at the bottom left-hand corner there's a

15   copyright date of 2018.  Do you see that?

16   A.   Yes, I do.

17           MR. HANNAH:  All right.  Your Honor, at this time we'd

18   like to move PTX-1260 into the record please, into evidence.

19           THE COURT:  That will be admitted.

20                 (Exhibit PTX-1260 received in evidence.)

21           MR. HANNAH:  Thank you, Your Honor.

22           Doctor, if we can go to Page 7 of this document?

23           And, Your Honor, it should be the very next page in

24   your binder.

25   BY MR. HANNAH:

1   Q.   Page 7 of this document, can you explain what's being shown

2   here in terms of describing the Catalyst switches?

3   A.   Right.  So this is showing a key aspect that we'll be

4   discussing throughout my testimony with regard to this switch,

5   set of switches, is that these switches were developed, as it

6   says, to be a critical part of an end-to-end integrated security

7   solution.  So these products were designed with security in

8   mind, and in particularly, as I'll be showing, there are

9   multiple situations where the switches themselves are part of an

10  effort to detect and stop threats, as it says in the next line.

11  You know, it can get information from other aspects of Cisco or

12  from various threat indicators.  You know, there is some

13  discussion of, for instance -- well, we'll discuss the various

14  Talos and other systems as we go forward.

15       Then I think if we look at the bottom --

16            THE COURT:  Well, this product has the ability to

17  detect and divert or drop; is that correct?

18            THE WITNESS:  Those are two of the, some of the

19  features it has.  It plays a role or can provide information for

20  other aspects that the DNA Center -- that's the Digital Network

21  Architecture Center we'll be talking about detection.  In

22  particular for this patent, the '193 patent, I'll be focused on

23  the issue of stopping threats or dropping as dropping or

24  sometimes it's called blocking as it relates to the patent.

25            THE COURT:  Well, seems to me we had some evidence of

1   some products of Cisco's that only detected threats or malware

2   and didn't act on the threats.  Does this product have the

3   ability to act on the threats it detects?

4           THE WITNESS:  Yes, very much.  So what will happen, as

5   I'll discuss, is that it is given information or given policies

6   based on the detected threats from the DNA Center, from the

7   Digital Network Architecture Center through also such components

8   of that architecture, as you can see below on the bottom, it

9   talks about infringes the ISE, the Integrated -- sorry, the

10  Identity Services Engine.  And I'll be talking about how those

11  relate to each other and in particular why it is that that means

12  that this product does drop or block traffic based on rules and

13  policies.  That's going to be something I'll be spending a lot

14  of today talking about.

15  BY MR. HANNAH:

16  Q.   And Doctor, in this trial so far we've heard testimony

17  about inline and out-of-band.  Does the Catalyst switches, do

18  they block threats inline?

19  A.   Yes, they do.  That's one of the terminologies I guess you

20  could use to describe it.  You know, the switches are receiving

21  packets as they come through the network, as they travel through

22  the network, and the switches will block them, drop them, keep

23  them from reaching their destination, and so that the traffic

24  can't reach the end host or be sent out from the end host in

25  some circumstances as well.

1  Q.   All right.  So for the '193 patent, we'll actually be

2  talking about the routers.  This is the Aggregated Services

3  Router and the Integrated Services Router.

4          MR. HANNAH:  We'll just, Your Honor, if it's all

5  right, we'll just call those the routers for shorthand, because

6  they operate in a similar manner for infringement purposes.

7          THE COURT:  All right.  We've been talking about

8  switches, now we're switching over to routers, right?

9          MR. HANNAH:  Yes, Your Honor.

10          THE COURT:  Okay.

11 BY MR. HANNAH:

12 Q.   So if we could just introduce, let's just introduce the

13 routers, Doctor.  And if we can go to PTX-1226?

14          THE COURT:  I've got it.

15          MR. HANNAH:  Thank you.

16 BY MR. HANNAH:

17 Q.   Doctor, can you please explain for the Court what is

18 PTX-1226?

19 A.   This again would be another high-level document describing

20 the routers and router solutions.  If you look up in the top

21 left corner, you can see it says, again, At A Glance Cisco

22 Public.  So this would be the public information that would be

23 used to describe the products, for instance, I imagine, to

24 potential customers or current customers.

25 Q.   Doctor, looking at the first couple paragraphs, do the

1   Cisco routers, do they have the ability to stop threats and

2   provide security?

3   A.   Yes, they do.  I mean, it's described here as integrated

4   security.  Part of that integrated security with regard to

5   routers is, again, the ability to block or drop traffic as

6   needed.  Again, the routers are a main inline device which will

7   be used to determine whether or not traffic is allowed to

8   continue, whether it's forwarded, permitted, or instead,

9   whether, based on the security rules and policies, it needs to

10  be dropped or blocked.

11          THE COURT:  Let me ask a basic question here.  The

12  difference between a switch and a router is that the switch

13  simply allows the traffic to enter or keep moving in the

14  network, but the router is used to send it to a particular

15  destination?  It might be an intermediate destination, but it

16  sends it to a particular destination, is that accurate?

17          THE WITNESS:  So at a high level, yes, that's

18  accurate.  So switches are typically used internal to a network.

19  So once it's inside, say -- I think they have used the analogy

20  of your courthouse, and routers could be used to send to other

21  places, in particular to other networks.  And as you've pointed

22  out, routers, it may not be an immediate jump, it may be that

23  the routers themselves cause it to go to other intermediate

24  locations along the way; that is, it passes through a series of

25  routers until it reaches its final destination.

```
 1              THE COURT:  All right.

 2              THE WITNESS:  These days, Your Honor, even internal

 3   networks are, can be quite complicated and can be set up with

 4   various internal subnetworks.  You know, I think there's been

 5   discussion of things like, well, you know, this part of your

 6   organization may have higher security or higher levels of, more

 7   secure protocols than other parts of your network as to who can

 8   get in.  And so switches themselves contain some of this similar

 9   functionality to routers, but generally are kept within an

10   internal network and its corresponding subnetworks.  So you may

11   also find, just as you said, like switches may have to go

12   through intermediaries or so on.  You'll see the same thing

13   inside a large organization's network as well using switches.

14              THE COURT:  All right.

15   BY MR. HANNAH:

16   Q.   That leads us to the next topic here, which is the

17   operating system of the switches and routers.  Doctor, do the

18   switches and routers share the same rating system for purposes

19   of your analysis?

20   A.   Yes.  By the way, sorry if this already was -- was that

21   already admitted or does this need to be admitted as evidence?

22              MR. HANNAH:  Oh.  Thanks, Doctor.

23              Your Honor, I'd like to move in PTX-1226 into the

24   record.

25              THE COURT:  1226 will be admitted.
```

1              (Exhibit PTX-1226 received in evidence.)

2          THE WITNESS:  Sorry about that.

3          MR. HANNAH:  I appreciate it.

4          THE COURT:  All right.  Operating systems.

5          MR. HANNAH:  Right.

6          THE COURT:  Does that lend itself to a definition?

7  Operating systems?

8          THE WITNESS:  Well, so the operating system --

9          THE COURT:  Is that the source code?  Is that what

10 we're talking about?  Source code?

11         THE WITNESS:  Yeah.  I mean, it's possible that you

12 can imagine parts of the operating system embedded in hardware.

13 But typically it would be the source code, and it's the code

14 that runs the hardware or it's the code that runs the system.

15 So for instance, I'm not sure what type of computer you're

16 using, but if it's a like a Microsoft Windows PC-based computer,

17 right, that, you know, Windows or its current offshoots or

18 variants would be like the operating system.  So without an

19 operating system, your computer is typically a lump of hardware,

20 but it can't necessarily actually do anything because it needs

21 something giving it sort of the baseline instructions of what it

22 can do and how it's going to interact with the hardware.  And

23 that's really the operating system.  Like you said, it's code,

24 it's code that interfaces with the hardware, and essentially any

25 instructions that you're trying to give to the hardware, like

```
 1  with an application program, your Microsoft Word or your Zoom,

 2  is going to use or run through the operating system to tell the

 3  hardware specifically what to do.

 4          THE COURT:  All right.

 5  BY MR. HANNAH:

 6  Q.   So Doctor, I'd like to show you PTX-242.

 7       Looking at this document, can you explain what's the name

 8  of the operating systems for the routers and the switches that

 9  we'll be talking about and what this document shows?

10  A.   All right.  So --

11          THE COURT:  Just a moment, please.

12          THE WITNESS:  Certainly.

13          THE COURT:  All right.  I have PTX -- we were on 1200.

14  We're going backwards now.  242.

15          MR. HANNAH:  242, yes, Your Honor.

16          THE COURT:  Okay.  PTX-242.  All right.  You may

17  proceed.

18          MR. HANNAH:  Thank Your Honor.

19  A.   This is a document again from Cisco describing at a high

20  level their operating system.  So for these devices, you know,

21  Cisco has developed its own operating system, not unsurprisingly

22  for -- or unsurprisingly, sorry, for its devices.  So it refers

23  to it as the Cisco iOS, or in particular, the Cisco iOS XE.  And

24  there are different versions that come out.  This is a

25  high-level description of, you know, the Cisco iOS XE 16
```

1   version.

2           THE COURT:  What does the "i" stand for?

3           THE WITNESS:  I feel like I want to say Integrated.

4           THE COURT:  Well, let me look at that.  Well, they

5   have got IOS XE.  Internetwork Operating System XE.  I guess XE

6   is just the title of it, according to my list of abbreviations.

7           THE WITNESS:  All right.  We'll go with yours.

8           THE COURT:  All right.  You may proceed.

9           MR. HANNAH:  Thank you, Your Honor.

10  BY MR. HANNAH:

11  Q.   So Doctor, if we went to PTX-242 and if we go to Page 4 of

12  this document, can you show us what operating system is on the

13  Catalyst series switches?

14  A.   Right.  So you can see I guess now up at the top where it

15  says Enterprise Switches, that's the 9300, 9400, 9500 which we

16  previously listed as the various infringing products, make use

17  of the Cisco iOS XE.  That's the operating system.

18  Q.   And then if we look at the routers, the various routers,

19  can you identify for the Court the operating system of the

20  various routers?

21  A.   Here it's the ISRs, and if you'll recall when we talked

22  about the ISRs, we said they covered the 1000 series and the

23  4000 series.  Then you can see the 4000 series has various

24  sub-numbers.

25           THE COURT:  Wait a minute.

```
 1              THE WITNESS:  Oh, sorry.

 2              THE COURT:  Okay. we're looking at a different

 3   document here?

 4              THE WITNESS:  No.  Same document, it's just the next

 5   page.

 6              MR. HANNAH:  Pages 4 and 5, Your Honor.

 7              THE COURT:  All right.  So these are called branch

 8   routers?

 9              THE WITNESS:  That's how they're referring to them

10   here.  That would be, I suppose, meant for a branch of the

11   organization, like a large office.

12              THE COURT:  Are you saying that all of these infringe?

13              THE WITNESS:  Yes.  I believe this is the 1000 and

14   4000 series.  All of these are in the 4000 series.

15              THE COURT:  And these have the same operating system

16   as the switches we just talked about; is that right?

17              THE WITNESS:  Yes, they are all actually running the

18   same operating system.

19              THE COURT:  And it's the operating system that

20   infringes, is what you're saying?

21              THE WITNESS:  Well, I'm saying that the products

22   themselves are what infringes, but certainly a big part of the

23   argument -- or for instance one of the reasons I'm going to

24   discuss them all together for many of my arguments is because

25   they use the same operating systems.  So they have the same code
```

1  and instructions.  And as you point out or when we look at the

2  claims, like the claims are system claims or computer-readable

3  media claims, and the CRM claims, yes, are based on the software

4  that's being run, and in particular the operating system.

5             THE COURT:  Okay.

6  BY MR. HANNAH:

7  Q.  If we go above that we have the list of the ASR products.

8  Are these the ASR products that infringe in your opinion,

9  Doctor?

10 A.  Yes.  In particular I think we've said the ASR 1000 series.

11 So it would be all the ones that are 1000 and something.

12            THE COURT:  All right.  Let me make a note of that.

13            MR. HANNAH:  Your Honor, at this time I'd like to move

14 PTX-242 into evidence.

15            MR. GAUDET:  No objection.

16            THE COURT:  That will be admitted.

17                 (Exhibit PTX-242 received in evidence.)

18            MR. HANNAH:  And for convenience, Your Honor, just to

19 identify for the record, the list of products is on Bates number

20 478816 and 478817.

21            THE COURT:  478816 and 17.  All right.

22 BY MR. HANNAH:

23 Q.  All right.  Doctor, I'd like to turn our attention now to

24 the Digital Network Architecture that's been referred to as DNA,

25 but we'll try to avoid the acronyms as much as possible.  Can

1   you explain for the Court what is the Digital Network

2   Architecture?

3   A.    Yes.  So the Digital Network Architecture, so one of the

4   issues I think that's come up a lot in our discussion, right, is

5   that these issues of there are these devices like the switches

6   and routers that we're talking about right now that get these

7   rules that determine what traffic is allowed to pass and what

8   traffic isn't allowed to pass.  And a question comes in, like,

9   well, you know, where do they get these rules?  You know, how

10  are these rules decided?  And the Digital Network Architecture

11  is the management structure that allows it to take in or utilize

12  these sort of threat intelligence, operationalize it, and turn

13  it into rules and policies that these switches and routers use

14  to determine what is safe and what isn't safe.  The Digital

15  Network Architecture includes the, what's called the DNA Center,

16  that's sort of the device which, you know, sends out or

17  promulgates these sets of rules.  It also in some sense I would

18  say absorbs the various threat intelligence and uses that to

19  determine rules and send them out.

20       And I should say that when I'm talking about the Digital

21  Network Architecture, I may focus a lot on the DNA Center, but

22  it includes -- the architecture includes other additional

23  components that you have heard about, things like StealthWatch

24  and the Identity Services Engine as well.

25            THE COURT:  Well, what would you call StealthWatch?

1    Is that an operating system?  What is it?

2            THE WITNESS:  So StealthWatch, I think I would

3    probably refer to it as a component of the Digital Network

4    Architecture.  It would include its own operating system.

5    StealthWatch is part of the architecture that gets served

6    telemetry information, so it gets measurement information as

7    well as threat intelligence information of various types, and as

8    part of this Digital Network Architecture, part of this whole

9    group, provides or gathers, absorbs threat intelligence

10   information to get passed out and circled into the system with

11   new rules, new policies to prevent security threats.

12           THE COURT:  Well, when somebody says StealthWatch

13   infringes the patent, I mean, StealthWatch is part of the DNA?

14           THE WITNESS:  Yes.

15           THE COURT:  All right.  Well, StealthWatch is to DNA

16   as the operating system is to the switches; is that right?

17           THE WITNESS:  I can see the analogy you're trying to

18   make.  It's certainly, you know, the StealthWatch is gathering

19   and providing information that gets used in determining these

20   new rules.  I'm a bit hesitant on the analogy because, again,

21   the operating system is really something sort of specific that

22   you layer on top of a device to allow additional software to

23   interact with the hardware.  And the StealthWatch, you know, has

24   some aspects of that, it's certainly getting information from

25   the various other sources, so you can say that there's other

```
1  things running on top of it, but it's sort of at a different

2  level.  It's a bit higher of a level.  A bit more

3  application-oriented.  StealthWatch itself for instance would

4  have its own operating system underneath it.

5            THE COURT:  Well, would StealthWatch --

6            THE WITNESS:  I can see your analogy.

7            THE COURT:  Would StealthWatch fit into the levels we

8  talked about?  Would it come in in one of those levels?

9            THE WITNESS:  Not really, because that's sort of

10 talking about the network infrastructure and how packets move

11 around whereas, again, StealthWatch is itself you could think of

12 it's referring to a hardware device with various applications

13 running on it.

14            THE COURT:  Okay.

15 BY MR. HANNAH:

16 Q.   Maybe we can jump ahead here to PTX-1281, Doctor and we

17 can -- you can describe how StealthWatch is integrated into the

18 DNA Center.  So if --

19 A.   Okay.

20 Q.   -- we blow up where it says "The integration with

21 StealthWatch security provides detection and mitigation of

22 threats."

23 A.   Certainly.  Let's see.  Right.  I can try and underline it

24 on the screen or may be Geoff if you can underline it -- yeah,

25 it's integration --
```

```
 1              THE COURT:  I see where you are.  Yes.
 2   A.    Okay.  So the "Integrated with Cisco StealthWatch Security
 3   provides detection and mitigation of threats even when they're
 4   hidden in encrypted traffic."  So the StealthWatch device is
 5   going to look at various sorts of information, measurement
 6   information, telemetry information, determine what's going on,
 7   as part of that, it, in conjunction with the other aspects of
 8   the Digital Network Architecture, will try and determine if
 9   there's something odd or worrisome or a potential security
10   threat that's going on, and use that to come up with, you know,
11   new rules or new actions, and feed that back into the switches
12   and routers, which is for the '193, what I'm going to be focused
13   on, it actually what's going on at those switches and routers.
14   But something has to give the switches and routers their
15   marching orders.  Something has to give them the rules and the
16   policies which says this is okay, this is not okay, right?  And
17   so StealthWatch is part of that.  StealthWatch is part of that
18   system which is determining, which is saying, hey, this is a
19   problem, this is what you as the switches and routers need to do
20   about it.
21              THE COURT:  Well, some examples of what StealthWatch
22   might look at would be the header, the volume --
23              THE WITNESS:  The volume of that information, for
24   instance.  And I'll actually be talking about that with the '193
25   patent, because the '193 patent will be talking about what's
```

 1   called exfiltration.  So that's when we'll be looking at things

 2   like when data is being taken out of your network, and one of

 3   the signs of that is if you see an unusual amount of volume, if

 4   you see lots of data looking like it's leaving your network and

 5   you don't know why, that might cause your system to say, wait,

 6   I'm not going to allow this information to leave until I get a

 7   better handle of what's going on.

 8           THE COURT:  Well, can StealthWatch look at -- well, if

 9   it's encrypted they can't look at the content, they can only

10   look at the source or the volume or the recipient or --

11           THE WITNESS:  Exactly.  So one of the things

12   StealthWatch can look at are things like, even if it can't look

13   at the content, it can determine the volume and where it's going

14   and where it's going to and from, which would be the sort of

15   information you might use to determine if there's an

16   exfiltration attack.

17   BY MR. HANNAH:

18   Q.   If we can go to PTX-992 just to kind of help us?  If we go

19   to the second page, I believe, and it talks about the Predictive

20   Threat Analytics, and specifically the Cisco Talos Threat

21   Intelligence.  Does StealthWatch also use what Dr. Moore talked

22   about as CTI, or threat intelligence, in order to make blocking

23   decisions?

24           THE COURT:  Do you want 1281 admitted?

25           MR. HANNAH:  Yes, Your Honor.

1                  THE WITNESS:  I was going to remind him too, Judge.

2                  THE COURT:  All right.

3                          (Exhibit PTX-1281 received in evidence.)

4                  THE COURT:  992 we're looking at now.

5                  MR. HANNAH:  Your Honor, we'd also like to move

6       PTX-992 into evidence.

7                  THE COURT:  All right.

8                          (Exhibit PTX-992 received in evidence.)

9       BY MR. HANNAH:

10      Q.   If you could show both this predictive threat analytics

11      paragraph and the next paragraph, I think this will help with

12      the examination in terms of what is the type of information that

13      the DNA Center using StealthWatch can operate on.

14      A.   All right.  So StealthWatch, and again, the entire Digital

15      Network Architecture including the DNA Center is working on, is

16      a variety of information.  So part of it is, as it says up at

17      the top, it's looking at your own network and looking to see if

18      there's any unusual behavior, and using statistical techniques

19      that referred to as machine learning to determine if there is

20      various sorts of threats going on in your network.  But it's

21      also combining this with various sort of threat intelligence.

22      It says here that the Cisco Talos Threat Intelligence.  So these

23      are, you know, not just what it sees on the network, but it's

24      combining this with the threat intelligence from other

25      additional sources.  So it's essentially trying to get together

1  all the information it can and use that to help determine what

2  are the rules, what are the policies down at the actual device

3  level of the routers and switches.  As new threats or problems

4  appear, you're going to need to go back to these routers and

5  switches and say, okay, something's up, you need to change the

6  behavior, you need to block this connection or drop this type of

7  packet, and that sort of feedback is what allows for the

8  switches and routers to play an active role in the security of

9  the system.

10          THE COURT:  So this is detecting threats after they

11  have entered the network?

12          THE WITNESS:  So I would hesitate --

13          THE COURT:  Do we have -- I mean, does StealthWatch

14  work at the gateway to the network?

15          THE WITNESS:  Well, StealthWatch -- so the way to

16  think of it is, again, StealthWatch is gathering information and

17  it's gathering information from a variety of sources, okay?  So

18  part of that it's monitoring what's going on in your network,

19  and it can see suspicious activity that's going on in your

20  network.  And again, the goal is to actually prevent the damage,

21  right?  So ideally it can do that, it will actually stop the

22  damage before it still actually occurs.

23          Now, that's part of the network monitoring, but again

24  it's also getting threat intelligence.  It's also getting

25  information from other sources.  So it can also help in

1   preventing attacks, as I think you've phrased it, before they

2   happen, right?  There's not such a fine line in the sense that

3   some of it is based on things going on in your network, and

4   there it's both trying to stop things that may be going on or

5   have just started as well as things that have already entered

6   your network, but it's also trying to prevent things from

7   getting into your network to begin with.  And it does that also

8   by means of things like threat intelligence.

9           THE COURT:  Well, is there anything about the patents

10  themselves or StealthWatch which makes it easier to detect

11  threats after they have entered a network than it would to

12  detect them at the gateway to the network, or does that make any

13  difference?

14          THE WITNESS:  So I think we're getting into details

15  that might be better when we get into the discussion of the

16  specific patents, because the different patents have sort of

17  different goals and criteria.

18          I would say with the exfiltration, for instance, that

19  there's not such a fine line.  Because your goal is to notice

20  things and stop the exfiltration before it actually happens.  It

21  may also be useful to notice the exfiltration and then say,

22  a-ha, this did happen, and then you have to take remediation

23  efforts.  But I'd say one of the big goals is to actually stop

24  it before it actually takes place on any large scale.  So notice

25  it at the beginning and say let's shut this down and stop it

1  before it actually takes effect and becomes the threat.

2          THE COURT:  All right.  If I ask you a question that's

3  jumping ahead of something, you can just tell me --

4          THE WITNESS:  Okay.

5          THE COURT:  -- we'll cover that subsequently.

6          THE WITNESS:  Okay.  I think you're asking good

7  questions, and I think we'll get more information about them as

8  we're going forward.

9          THE COURT:  All right.

10 A.   Maybe just looking at the second paragraph, again, it's

11 going to give you an idea, you know, it's talking about

12 detecting threats like unknown or encrypted malware, insider

13 threats, you know, insider threats, exfiltration is certainly an

14 example of those.  And you know, as it says in the last line,

15 "It integrates with your existing security controls to respond

16 to the threat without any business shutdown."  And I'll be

17 describing I think more specifically how that works.

18         THE COURT:  Well, but you qualify -- I just finished

19 saying Friday I guess that it's difficult to define artificial

20 intelligence, but is the ability to detect the potential threats

21 before they cause damage, is that --

22         THE WITNESS:  That is definitely one.

23         THE COURT:  -- artificial intelligence?  The fact that

24 it's learning as it goes along, sort of, would meet your

25 definition of artificial intelligence?

```
 1                THE WITNESS:  Oh, I think, I think artificial
 2   intelligence is very broad, and so I would be careful of trying
 3   to limit it too much.  But certainly in this context what the
 4   artificial intelligence, like you said, is doing, is seeing a
 5   particular pattern or noting something out of place and trying
 6   to stop it, like you said, before damage occurs.
 7   BY MR. HANNAH:
 8   Q.   And Doctor, if you look at what's being shown on screen as
 9   this, shown with the supervised and unsupervised machine
10   learning?
11   A.   Yes.  So that's the way it phrases it here.  It says it can
12   pinpoint anomalies which are further analyzed using a
13   combination of supervised and unsupervised machine learning from
14   high-fidelity threat detection.  So it's looking for patterns,
15   seeing something that's not right, studying it and trying to
16   stop it before actual damage occurs.
17                THE COURT:  All right.
18   BY MR. HANNAH:
19   Q.   So let's turn to your infringement opinion, Doctor.  Now,
20   are the switches, the routers and the firewalls, are they made
21   and used in the United States?
22   A.   Yes.
23   Q.   And how do you know that?
24   A.   I know that from various sources.  In particular I think to
25   start was Cisco's responses for information.
```

```
1   Q.   So I'd like to show that to you.  It's PTX-1409.

2            MR. HANNAH:  And these are Cisco's objections and

3   responses to our Requests for Admission.

4            THE COURT:  I've got it.

5   BY MR. HANNAH:

6   Q.   Doctor, did you rely upon these responses to Centripetal's

7   Requests for Admission in forming your opinion?

8   A.   Yes.

9            MR. HANNAH:  Your Honor, I'd like to move PTX-1409

10  into evidence.

11           MR. GAUDET:  Your Honor, the objection -- we don't

12  have any problem with them relying on anything that we admitted,

13  but moving an entire discovery response with objections and

14  various requests and things that were admitted or denied or

15  partially admitted just seems a bit over-broad.  We certainly do

16  not have a problem with Dr. Mitzenmacher relying on anything

17  that we admitted though.

18           MR. HANNAH:  Your Honor, we will only, we only need to

19  admit Pages 5 and 6 into the record.

20           THE COURT:  Well, that's --

21           MR. HANNAH:  We can also read it into the record, Your

22  Honor.

23           THE COURT:  Well, I think we can admit this -- I think

24  the Court can separate the wheat from the chaff.

25           MR. GAUDET:  Thank you, Your Honor.
```

```
 1                    (Exhibit PTX-1409 received in evidence.)

 2              MR. HANNAH:  Thank you, Your Honor.

 3   BY MR. HANNAH:

 4   Q.   So if we can go to Page 5 of this document, and if we look

 5   at the Response to Admission No. 1, Doctor, can you tell the

 6   Court how this informed your opinion as to whether the source

 7   code for the accused routers, which is the -- well, this is the

 8   second one, so let's start with the first one.  With the accused

 9   firewalls which is referred to as the ASA products here, how

10   does that inform your opinion?

11   A.   So the Admission No. 1, since you're referring to that, the

12   firewall products, and it simply says "Cisco admits that it

13   compiles the source code for the accused ASA products and

14   services in the United States."

15   Q.   And what does that mean, "to compile source code"?

16   A.   Right.  So I wish I had a demonstrative.  Should have

17   thought of that.  Compiling is -- so source code is written by

18   engineers, by coders in the company, and written in a high-level

19   language that humans can understand.  So it's really important

20   that humans be able to write code that, both for their own

21   understanding, but so they can look at it and read it and

22   understand it later, and we'll be seeing some source code I

23   think later in the course of my testimony.  So again, source

24   code is written at the high-level human level.  The computer

25   instructions are in what are sometimes called machine code or
```

1  object code.  It's at a lower level.  And it's really generally

2  impossible for a human to read or understand.  It's meant for

3  design for the computer.  So the computer instructions can also

4  be very low-level, like add this number to this number or turn

5  this bit on or off.  So there are tools called compilers, and

6  what they do is compile the code.  They take the source code and

7  they translate it or turn it into the machine code that gets

8  used by the actual hardware.  So when it says compiles the

9  source code, that is in some sense taking the large, high-level

10  source code that humans have developed and turning it into the

11  actual instructions that the machine will run to be put on the

12  machine.

13  Q.   Is it fair to say, when someone admits that the source code

14  is compiled, that they're making and using the product?  Is that

15  fair?

16  A.   Yeah.  That's part of, certainly part of making the

17  product, and then once the code is compiled then you would use

18  it.

19  Q.   If we go to Request for Admission No. 2, the response to

20  that, do you see where its says "Cisco admits that it compiles

21  the source code for the accused router products and services as

22  Cisco has defined that term in the United States?"  Do you see

23  that?

24  A.   Yes.

25  Q.   Is it your understanding that the accused routers, router

1    products and services are the ASR and the ISR products that we

2    described earlier and will be talking about today?

3    A.    Yes.  I believe that's -- yes, that's what we've discussed.

4    Q.    If we go to Request For Admission No. 3 and look at the

5    response to that, Cisco -- just reading the document -- it, says

6    "Cisco admits that it compiles source code for the accused

7    Catalyst products and services as Cisco has defined that term in

8    the United States."  Do you see that, Doctor?

9    A.    Yes, I do.

10   Q.    And how does that inform your opinion with regard to the

11   accused Catalyst products and services?

12   A.    Similarly, the make or use terminology, that shows that

13   they make the product or make the corresponding product, in

14   particular the compiled code, in the United States.

15   Q.    And when it's referring to the accused Catalyst products

16   and services, is it your understanding that that's the Catalyst

17   switches that we've been talking about and will be talking about

18   today?

19   A.    Yes.

20   Q.    With that, let's turn to the '193 patent.  I'd like to

21   bring up JTX-4.

22         MR. HANNAH:  Has already been admitted, Your Honor.

23   This is the '193 patent.

24         THE COURT:  All right.  I think this should be a good

25   time to take our morning recess.

```
 1              MR. HANNAH:  Good.  Thank you, Your Honor.

 2              THE COURT:  We'll be in recess until 11:45.

 3              (Recess taken from 11:25 a.m. to 11:45 a.m.)

 4              THE COURT:  All right.  You may proceed.  Thank you

 5    very much, Your Honor.  May it please the Court.

 6    BY MR. HANNAH:

 7    Q.   Doctor, I'd like to show you JTX-4.  This is the '193

 8    patent.  Do you recognize this document, Doctor?

 9    A.   Yes, I do.

10    Q.   And what is this document?

11    A.   Well, it's a front cover page of the '193 patent that we'll

12    be discussing, that I've studied.

13    Q.   If we go to the next slide, what claims are we going to be

14    talking about today?

15    A.   18 and 19.

16    Q.   And can you just briefly remind the Court what does the

17    '193 patent cover?

18    A.   We talked about this as the Forward or Drop Patent.  So

19    we'll be discussing it in the context of forwarding or dropping,

20    and I'll be discussing the specific scenario, but related to

21    exfiltration.

22    Q.   Before we get into that, just want to show you the claim

23    construction that's been entered into this case.

24         Doctor, in providing your opinions, did you apply the

25    Court's -- the agreed parties' claim construction in forming
```

1  your opinion?

2  A.   Yes, I applied the agreed constructions in forming my

3  opinions.

4  Q.   Did you also apply the Court's claim construction in

5  forming your opinions?

6  A.   Yes, I applied the Court's claim constructions in deriving

7  my opinions.

8  Q.   Thank you.

9       So if we turn to the next slide, can you inform the Court

10  what's being shown here on this demonstrative?

11  A.   All right.  So this is a demonstrative sort of showing

12  what's going.  What's going on at a high level on the claims

13  will be, you know, more complicated.  But what's going on at

14  both the routers and switches is there are various rules which

15  determine whether a given packet, which again is represented by

16  the box, is allowed to continue or not to continue based on

17  certain rules.  And in particular, there are rules that these

18  switches and routers use that are, they receive in order to

19  prevent or stop certain types of attacks which relate to the

20  claims and the claim element.

21  Q.   And the slide says "Forward it or drop."  Does that also

22  mean block?

23  A.   Yeah.  I'll try and use the claim language where I can.

24  Sometimes you'll hear forward or drop, sometimes instead of

25  forward you'll hear permit, or sometimes instead of drop you'll

1  hear block.

2  Q.   And the packet is -- what you're representing the packets

3  are traveling along this conveyor belt.  Does the traffic go --

4  do the switches and routers, do they inspect traffic in both

5  directions?

6  A.   Yeah.  I mean, they inspect traffic that might be coming to

7  an endpoint or might be going out from an endpoint.  So it might

8  be coming from your computer or going to your computer, and the

9  switches and routers would examine the traffic going both ways.

10 Q.   Go to the next slide, we heard, I guess last week,

11 Dr. Moore talking about exfiltration and how the '193 protected

12 against exfiltration.  He explained to the Court what data

13 exfiltration is and how the '193 patent applies to that.

14 A.   Sure.  So data exfiltration is a particular type of attack

15 where you're trying to pull data out of the secure network.  So

16 for instance, I recall discussion of things like credit card

17 numbers, right?  So if you're protecting credit card numbers,

18 you don't want that credit card, those credit card numbers

19 leaving your internal network and getting out into the outside

20 world, because that creates headaches and problems for everyone.

21 But you know, for any corporation, they may have some

22 confidential or private information where they have information

23 that they don't want leaking out of their internal network out

24 into the outside world.

25      Now of course sometimes some of that information may be

```
1   useful to let out to a corporate partner or to some other
2   location where it's perfectly fine to let that information out,
3   or it may even be that it's like, well, I have some financial
4   information in my finance department, and I generally don't want
5   the finance information getting out, but if it goes to the
6   subnetwork or the CEO or the other high-ranking officers, that
7   might be okay.
8       So what this slide is showing -- and this works for both
9   the switches and routers -- is that you can have packets that
10  there's places from your internal network that it may be okay to
11  reach, either okay to send or to get information from, and there
12  may be applications that it's not okay to reach, and in that
13  case, you know, packets should be denied.  And the idea here is
14  you might prevent exfiltration by preventing people from getting
15  too much data from some internal place in the network, or you
16  might prevent it by potentially not letting them push
17  information out of the network, depending on the situation.
18  Q.   And so does this type of technology, does it protect
19  against threats after the fact, after a computer has already
20  been infected?
21  A.   So this type of, I would say, is designed, when you're
22  looking at exfiltration attacks you're really just trying to do
23  both, right?  So it may be that it's something that takes enough
24  time that you don't notice until after the fact, but ideally,
25  particularly if someone is gathering a large amount of
```

1  information that they're not supposed to be gathering, and you

2  notice that quickly enough, you can develop a rule that blocks

3  them from either gathering more information or potentially

4  transmitting that information out, depending on how quickly you

5  gather that information.

6        For exfiltration attacks, usually those are usually sort of

7  slower sorts of attacks because -- or often they can be slower

8  sorts of attacks because it may take time to either find or

9  gather the information you're looking for.

10 Q.   And I believe you testified to this, but the exfiltration

11 techniques that we'll be discussing, this applies equally to

12 both the Catalyst and -- the Catalyst switches and the ASR and

13 ISR routers?

14 A.   Yes.  It applies to both of these devices.

15 Q.   All right.  So I'd like to show you PTX-995.

16         THE COURT:  I've got it.

17         MR. HANNAH:  Thank you.

18 BY MR. HANNAH:

19 Q.   Doctor, can you explain, what is that document?

20 A.   It's titled Cisco Security Analytics.  Again, if you see up

21 in the upper left-hand corner, it's a white paper, Cisco Public.

22 So this would be, you know, information Cisco would be providing

23 to customers or potential customers generally.

24         MR. HANNAH:  Your Honor, at this time we'd like to

25 move PTX-995 into evidence?

1          MR. GAUDET:  No objection, Your Honor.

2          THE COURT:  That will be admitted.

3                  (Exhibit PTX-995 received in evidence.)

4          MR. HANNAH:  Thank you, Your Honor.

5   BY MR. HANNAH:

6   Q.   Doctor, I'd like to turn to Page 8 of this document.  In

7   particular, look at the paragraph that says Insider Threats.

8   Can you explain what's being shown here in this document and how

9   this relates to exfiltration technology of Cisco?

10  A.   Right.  So that's talking about these certain insider

11  threats where they're talking about the data breaches, right,

12  data breaches cost organizations millions of dollars, right.  So

13  again if we're talking about someone coming in and stealing your

14  credit card information that's getting the credit card

15  information from a company, that's an obvious threat.  Maybe

16  less obvious is, again, internal employees who end up gathering

17  information and providing it to a competitor.  So it talks here

18  about hoarding data, disgruntled employees, hoarding data in

19  order to export it to the outside for financial gain or just to

20  cause harm.  So these sorts of behaviors might be looked at or

21  determined by the Cisco devices like StealthWatch, but then what

22  we are interested in this patent is sort of the result.  You

23  know, once you've determined the potential threat, you need to

24  stop the event from happening if you can.  Or certainly stop any

25  further action.  And so if you look at the bottom, it talks

1   about quarantining.  So StealthWatch can quarantine the

2   suspected host off the network.  And this is enabled by the

3   integration with the Cisco Identity Services Engine.  That's the

4   ISE that we've talked about before.  And so I'll be talking

5   about sort of the methodology that, the quarantine method that

6   it uses.  But at a high level, the idea is that the natural

7   thing -- if you start to notice, for instance, that an employee

8   is gathering data from a location that they don't normally

9   gather data from, and that data is sensitive you might say,

10  okay, I'm going institute a rule to shut down or stop this

11  employee from either accessing this information, might be one

12  possibility, or you might stop them from going out to the

13  Internet, depending on what sort of security action you think is

14  appropriate.

15  Q.   And so when we were showing the skull and crossbones on the

16  previous slide, was that showing that the laptop was being

17  quarantined from the network by the switches and the routers?

18  A.   I believe so.  That's a common symbol.  And we'll be

19  looking again at more detail about what is actually, how the

20  quarantine takes effect.

21  Q.   Right.  Let's take a look at the claims.

22       So we have on the slide portions of claim 18 and 19.  You

23  have them side by side.  Can you explain why you put them side

24  by side in terms of your analysis?

25  A.   So the two claims, one is a system comprising, and then

1  there's some other, you know, preambulary or first, a system

2  comprising, then sort of the first elements describing that it

3  have a processor and memory and so on.  And then for 19, it's a

4  computer-readable medium claim.  So it's talking about

5  comprising instructions that, when executed, cause the computing

6  devices to do the following.  So beyond that, the steps are, as

7  I recall, are identical.

8       So one is a systems claim, and one is a computer-readable

9  media claim, as we talked about before.  That relates to the

10 operating system and the instructions and sort of the software

11 that makes these devices run for the computer-readable medium

12 claim.  But I'll be treating the two claims together because

13 really they are the same except for this aspect that one's a

14 system claim and one's a computer-readable medium claim.

15 Q.   Is it fair to say that claim 18 is directed to the system

16 and then claim 19 is directed to the software on the system?

17 A.   Yes.

18 Q.   And other than the first elements we have in the bottom,

19 all of the other elements are the same, so we'll be treating

20 these together for our analysis today?

21 A.   Yes.

22 Q.   And also because the Catalyst switches and the routers

23 share the same software, can we group those as we do our proofs

24 today?

25 A.   Yes.  As we've discussed, they run the same operating

1   systems.

2   Q.   If we go to the next slide?

3        What is computer-readable media specifically?

4   A.   Computer-readable media could be like software that you

5   actually load into your computer through something like a CD-ROM

6   or a memory card, or it might be something that's installed on

7   your computer, you know, through a hard drive or a USB drive.

8   It may also be programmed in inside aspects of the hardware.

9   You know, that includes things like the hard drive and so on.

10  So there are a variety of media that can be used to store

11  instructions for your hardware, and I don't think it's limited

12  to any specific computer-readable media type.

13  Q.   What are the instructions that are on the computer-readable

14  media?

15  A.   So again, that would be, like we've talked about before,

16  generally that would refer to things like the compiled code.  So

17  the operating system gets compiled, it gets turned into

18  machine-level instructions.  The idea here it's showing it as a

19  bunch of zeros and ones.  These instructions, when you're

20  looking at them at the computer level, you know, humans would

21  have -- even experienced humans would have a grave difficulty to

22  impossible reading them.  But they're stored in a way that the

23  computer understands them on a hard drive or some other media.

24  Q.   All right.  So if we turn back to the claims --

25              THE COURT:  Well, how do you get the program, the

```
 1   operating program onto the hard drive?

 2              THE WITNESS:  So typically that would --

 3              THE COURT:  The hard drive can just read it and retain

 4   it; is that right?

 5              THE WITNESS:  Yes.  That would be loaded in -- like

 6   before your box is shipped to you, the company would put the

 7   operating system on.  Alternatively, for some types of hardware,

 8   it may be that you get it and there's some sort of minimal

 9   device functionality so it can connect to the Internet, then it

10   would download the operating system.  Depending on the device,

11   that could take a long time.  And then it would be stored on the

12   hard drive, say.  There are a variety of ways to get it on the

13   hard drive.  Typically it would be pre-installed or, you know,

14   when you have an update, for instance, you would download it and

15   then it would be stored in the hard drive or whatever media

16   you're using.

17              THE COURT:  All right.  Wait a minute.

18              THE WITNESS:  When?

19              THE COURT:  "Memory storing instructions."

20              THE WITNESS:  Yes.  That would be like the hard drive

21   would be memory storing instructions.

22              THE COURT:  Well, you're getting instructions on how

23   to store it on the hard drive, right?

24              THE WITNESS:  So again, either you --

25              THE COURT:  It would already -- it could already be on
```

1   there.

2           THE WITNESS:  It could already be on there, or the

3   hard drive, part of an operating system would include an update

4   functionality so the operating system could update itself.  So

5   it could get --

6           THE COURT:  All right.  Well, what I'm trying to do is

7   get a definition of memory storing instructions.  How would you

8   define that term?

9           THE WITNESS:  So there are a variety of different

10  types of memory, but I would say that it's a memory associated

11  with the device.  One way it could be is like a hard drive,

12  something that's installed, but it could also be separate such

13  as a CD-ROM or so on.  Something that you read on the fly that

14  contains instructions.  Again, these would be the compiled

15  computer instructions that would give it instructions for what

16  to do.

17          THE COURT:  Is there any difference between memory

18  storing instructions and computer-readable media comprising

19  instructions?  I'm looking at the preamble.

20          THE WITNESS:  Right.  So memory storing functions

21  would be an example of a computer-readable media that can store

22  instructions, but there may be other media.  Like I'm not sure

23  I'd call a CD-ROM a memory *per se*.  Well, it's a memory in the

24  sense that it is just storing something.  But it's very

25  different than the computer memory that might be installed on

1   your hard drive.

2          THE COURT:  What does non-transitory mean?

3          THE WITNESS:  So the non-transitory just means that

4   like it sticks around even if you turn the power off, right?  So

5   for instance, if I am running an Excel spreadsheet and my

6   computer crashes, right, I might lose the Excel spreadsheet, the

7   computer may not have stored all my changes to memory, but if

8   the computer crashes and I turn it back on, the computer will

9   still start up, right, and it will still be able to -- you know,

10  assuming something didn't break when it crashed, it will still

11  be able to find Excel and run Excel and so on.  So

12  non-transitory just means that, like, you know, it's in the part

13  of the memory that's stable that's supposed to stick around even

14  if you turn the device off and on, for instance.

15         THE COURT:  Okay.  So memory storing instructions are

16  an example of non-transitory computer-readable media comprising

17  instructions?

18         THE WITNESS:  Yes.  I think that's right.

19         THE COURT:  Okay.

20  BY MR. HANNAH:

21  Q.  All right, Doctor.  So are the switches and the routers,

22  looking at claim 18, are they a system that include at least one

23  processor and memory storage instructions that when executed

24  cause -- by at least one processor, cause the system to perform

25  certain actions?

1   A.    Yes, they are.

2   Q.    So if we go to PTX-1303, Doctor, what's that document?

3   A.    This is the cover page for a presentation from one of the

4   Cisco Live events.  I believe these were discussed before that

5   Cisco Live are events that Cisco puts out to reach out or to

6   interact with its customers or customer base.

7             MR. HANNAH:  Your Honor, we'd like to move PTX-1303

8   into evidence please.

9             THE COURT:  That will be admitted.

10                  (Exhibit PTX 1303 received in evidence.)

11  BY MR. HANNAH:

12  Q.    Doctor, I'd like to turn you to Page 56 of the document.

13        How does this inform your opinion as to whether the

14  Catalyst switches include at least a system that has a processor

15  and memory as shown in the claims?

16  A.    Right.  So when we talk about an operating system, an

17  operating system is, again, stored in memory.  Those are the

18  instructions stored in, for instance, the non-transitory memory.

19  That's what comes on every time you turn on the device, because

20  that's what runs the device.  So as we've talked about, this has

21  a -- the switches and routers have an operating system.  So

22  those would correspond to, you know, memory containing

23  instructions.  And similarly they have processors, right.  So

24  one of the processors it has is a, what's called a programmable

25  ASIC called the UADP.  UADP stands for, if I'm getting this

1  right, Unified Access Data Plane.  And ASIC -- oh, man, I'm

2  blanking on ASIC because I'm stressed because I'm testifying.

3  Q.   Application Specific --

4  A.   Application Specific Integrated Circuit.  Sorry.  So you

5  know, first of all, there are ASIC Application Specific

6  Integrated Circuit.  It's a processor.  It processes

7  instructions.  And you can see that because it's sort of a

8  preamble.

9       They also have other processors, what are just called CPUs,

10  or Central Processing Units.  So those are able to make use of

11  more general instructions or more general structures.  But

12  systems have all of the above.  They have memory for software,

13  in particular the operating system, and they have processors in

14  order to execute the corresponding instructions.

15  Q.   Thank you, Doctor.  So I'd like to turn your attention now

16  to PTX-175.

17       Can you explain to the Court what is PTX-175?

18  A.   This is a data sheet for, again, labeled Cisco Public up in

19  the right-hand corner.  Data sheets usually provide sort of a

20  basic description of what the devices contain or how they

21  function, again, for a customer or potential customer.

22            MR. HANNAH:  Your Honor, we'd like to move in PTX-175

23  into evidence, please.

24            MR. GAUDET:  No objection.

25            THE COURT:  PTX-175 will be admitted.

1              (Exhibit PTX-175 received in evidence.)

2         MR. HANNAH:  Thank you, Your Honor.

3  BY MR. HANNAH:

4  Q.   Doctor, I'd like to turn you to Pages 5 and 6 of this

5  document.  We'll start with Page 5.

6         MR. HANNAH:  And Your Honor, for your reference that's

7  page ending in Bates No. 598.

8  BY MR. HANNAH:

9  Q.   If we look at under Platform Architecture and

10 Compatibilities section, Doctor, can you explain how this

11 informed your opinion as to whether the Integrated Services

12 Routers contain a system or a system that contain a processor

13 and memory as recited in the claims for claim 18?

14 A.   Sure.  So first of all, if you look at the multi-core

15 processors, right, again, these are the processors.  The

16 processors are what are executing the instructions, determining

17 where to forward or, you know, determining all the functioning

18 of the system, but in particular aspects related to where to

19 forward or drop the packets.  It also notes here that it uses --

20 and I believe the language is a flow processor that determines

21 ASIC-like performance.  So that's the Application Specific

22 Integrated Circuit related to that that we have discussed

23 before.

24      Again, I should also point out just --

25         THE COURT:  What does the ASIC mean?  I know what the

```
 1  words are:  What does it mean?

 2          THE WITNESS:  Yeah.  So there are different types of

 3  processors.  So your computer is built on what's called a

 4  central processing unit, or these days multiple central

 5  processing units or CPUs, and they have a fairly general

 6  instruction set, right?  So you can perform all sorts of

 7  computations on your computer.  You can use Zoom, you can use it

 8  for Excel, you can use it to read your court documents, right?

 9  So it has a large instruction set that makes it useful for a

10  variety of applications.  An Application Specific Integrated

11  Circuit is a circuit that's designed -- or I would call it a

12  processor that's designed for sort of a specific application,

13  right?  So in the context of switching and routers, like what it

14  has to do very quickly is say, okay, I'm getting a packet, I'm

15  looking at information inside the packet, inside the header, for

16  instance, and I have to decide where is this packet going.  And

17  I can do that a lot better if I design a processor that's

18  specifically designed or targeted for that application, right?

19  So I said, look, this processor, it's not going to run Excel,

20  it's not going to do Zoom, right?  It's going to be focused on I

21  want to figure out, look at these packets and figure out where

22  they go next or don't go next if you drop them.  So it's a

23  processor with a specific application generally in mind and

24  optimized for that application.

25          THE COURT:  Which in this case is routing; is that
```

1    right?

2              THE WITNESS:  Yes.  Exactly.

3              THE COURT:  Okay.

4    A.   And maybe before we go on I should just point out, first of

5    all, these are multi-core processors; that is, like in the old

6    days when I was a kid you were lucky to get like one CPU.  Like

7    one processor on your chip.  These days things have gotten

8    smaller, more complicated, so now you get multiple processors,

9    multiple CPUs, and they call it multi-core, right?  So it's like

10   several cores, several processing components on a single chip.

11   And again, with regard to memory and instructions, it talks

12   about here -- I think above this section it also talks about

13   this is designed to run Cisco iOS XE.  I think it also says sort

14   of in the second box, and I think it also says above this table

15   in the documents as well.

16             THE COURT:  Well, where it affects my office on a

17   daily basis is as soon as we figure out how to use whatever

18   Microsoft's newest system is, it changes.

19             THE WITNESS:  That is true.

20             THE COURT:  And when they change it, it makes it more

21   difficult to do the simple things.  Every time they add an app

22   it makes it harder to --

23             THE WITNESS:  To just do your Microsoft Word.  I know.

24             THE COURT:  Right.  Okay.  And I think I understand

25   what you're talking about here.  This is a special processor

```
 1  that's designed to perform either one or a limited number of

 2  functions.

 3           THE WITNESS:  Exactly.

 4           THE COURT:  Okay.

 5  BY MR. HANNAH:

 6  Q.   All right.  Doctor, if we turn to the next page of this

 7  document which is Page 6 ending in Bates No. 599, can you

 8  explain how this informed your opinion as to whether the

 9  Integrated Services Routers contain a memory as recited in

10  claim 18?

11  A.   All right.  So this discusses actually two different types

12  of memory, flash memory.  That would be like typically the way

13  your hard drives are built these days, DRAM stands for Dynamic

14  Random Access Memory it.  I've got that right.  That typically

15  might be the memory that's being used by applications or so on

16  as they're running within your computer.  But in particular,

17  like both of these, and the flash memory in particular, shows

18  these devices have memory for storing instructions.

19           THE COURT:  Wait a minute.  Now DRAM is not on my

20  list.

21           THE WITNESS:  Is not?  Oh, sorry.

22           THE COURT:  It's not on the list of abbreviations.

23  DRAM stands for what?  Dynamic what?

24           THE WITNESS:  Dynamic Random Access Memory.

25           THE COURT:  That means -- dynamic means changes
```

1  through --

2          THE WITNESS:  Yeah, it means changeable.  So typically

3  like the DRAM, if you're running one application, some of the

4  information about that application might be held in the DRAM,

5  whereas then if you like turned off that application and ran a

6  new application, then that memory would get reused to hold other

7  application information.

8          THE COURT:  In other words, that's what would enable

9  you to introduce a new set of rules and/or drop an old set of

10 rules?

11         THE WITNESS:  The DRAM would certainly, I think, be

12 used in any sort of system that was doing that, yeah.

13         THE COURT:  All right.

14 BY MR. HANNAH:

15 Q.  All right, Doctor.  Thank you.  And I'd like to turn to

16 PTX-1313.  If we look at PTX-1313, can you explain what that

17 document is, please?

18         THE COURT:  Just a moment.  Let me find that.

19         MR. HANNAH:  Yes, Your Honor.

20         THE COURT:  All right.  I have it.

21 A.  So this is an overview document for the ASR, which is -- or

22 sorry, ASR routers that we had talked about.  So this is just an

23 overview document, again, providing information to present to

24 potential customers and so on.  It looks like sort of talk

25 slides.

1          MR. HANNAH:  Your Honor, at this point I'd like to

2   move PTX-1313 into evidence.

3          MR. GAUDET:  No objection.

4          THE COURT:  That will be admitted.

5                  (Exhibit PTX-1313 received in evidence.)

6          MR. HANNAH:  Thank you, Your Honor.

7   BY MR. HANNAH:

8   Q.   Doctor, I'd like to turn your attention to Page 18.

9          MR. HANNAH:  And Your Honor, it shares the same

10  corresponding Bates number at the end as 18.

11         THE COURT:  All right.

12  BY MR. HANNAH:

13  Q.   Doctor, can you explain how this informed your opinion as

14  to whether the Integrated Services Routers include or are a

15  system that includes at least one processor and memory?

16  A.   Sure.  So if we look at the top it's talking about CPU in

17  that central processing unit.  That's sort of a standard

18  multi-purpose processor.  And you can see that all of these

19  devices contain processors.  In fact, most of them contain

20  multiple processors; that is, multiple cores within a single

21  process unit.  In terms of memory, you know, boot flash out is,

22  what I would assume both the memory and boot flash would contain

23  the operating system, and particularly the boot flash.  And we

24  can see, in fact, the operating system named a couple of lines

25  down it's the Cisco iOS XE OS.  So again, OS here stands for

1  Operating System.  So again we can see that these devices have

2  the operating system which would be stored in memory.  So it

3  could run when the system was ready to go.

4  Q.   Doctor, with that I'd like to turn back to the claims, and

5  as you've discussed earlier, claim 18 recites a system, a

6  process, or a memory, and then claim 19 recites the

7  computer-readable media.  Because we're able to prove that

8  there's a processor and memory, does that also mean that

9  claim 19 is met, the computer-readable media as recited for the

10 switches and the routers?

11 A.   Yes, I would say this part of both claim 18 and 19 are met.

12 Q.   Can we check the box?

13 A.   Please do.

14 Q.   All right.  I'd like to turn your attention to the next

15 element, which is the receive element as recited.  Do you see

16 that, Doctor?

17 A.   Yes.

18 Q.   Can you explain for the Court what's required by this

19 element?

20 A.   Well, so here we're talking about receiving packets.  And

21 again, all of these switches and routers receive packets either

22 from other devices inside the network, other gateway routers or

23 so on, or from, or from, you know, the devices themselves, the

24 users that might be sending packets.  And here there's some

25 language which will be discussed further in some of the other

1    elements below about a first portion and a second portion of

2    packets.  And these will correspond to packets that are either

3    going to be blocked or allowed according to corresponding rules

4    of the switches and routers.

5    Q.   If we take a look at the demonstrative that you showed

6    before earlier, can you map this to the claim element, the

7    receive claim element and what we're talking about here?

8    A.   Certainly.  So what we're going to show is that these

9    switches, according to certain rules -- and the same for the

10   routers -- can determine whether or not packets are allowed to

11   continue on to a permitted network or, I don't know, might be

12   stopped or rejected because they're going to or coming from some

13   sort of protected network.

14   Q.   I'd like to show you PTX-1276.

15        So Doctor, can you explain what is PTX-1276?

16   A.   So this is a software system functional specification.  You

17   can see it's crossed out iOS XE and put in Polaris.  Polaris is,

18   I guess, is an internal code name for Cisco's operating system,

19   IOS XE.  And you know, the document describes itself.  It

20   explains that it defines the engineering requirements as well as

21   the system architecture for an involved iOS XE operating system.

22   Q.   Doctor, I'd like to just look at the bottom.  This says

23   there's a copyright of 2011, but then it says that the initial

24   version of this document was 2013.  Can you explain the

25   discrepancy here and what you've noticed in the Cisco

1  literature?

2  A.   Yeah.  So hopefully this is coming in.  My Internet got a

3  bit unstable for a second.

4       But my understanding based on a number of the documents

5  that I have looked at, is that sometimes Cisco documents were

6  put on just some sort of boilerplate, so like someone I guess

7  somewhere had developed a boilerplate document that people had

8  used whenever they created a new document.  And you know, there

9  was, I guess, appears to be one going around that said copyright

10 2011.  In a case like this, one where you can actually see the

11 revision date, I would trust the revision date rather than the

12 copyright on the bottom, since it appears to just be a, you

13 know, sort of a blank boilerplate that it was started from.

14 Q.   And when you have these types of system functional

15 specifications, you would look to the latest revision as the,

16 for the appropriate date of the document?

17 A.   Yeah.  For the, that would be -- the latest date would be

18 the date on which, you know, this document in its current form

19 stood.

20 Q.   Thank you, Doctor.  So if we turn to Page 12 -- I'm sorry,

21 216 of this document?

22       MR. HANNAH:  Your Honor, the Bates label is also 216.

23 It has the same corresponding page number.

24       THE COURT:  Okay.

25 BY MR. HANNAH:

1   Q.   Can you please explain what's being shown here, Doctor?

2   A.   Yeah, so I think this chart gives sort of a very key sort

3   of high-level way of understanding what is going on here.  Or

4   what is going on in these switches.  So you see at the bottom,

5   it says like packet comes in.  Okay.  So first, like most

6   importantly I guess for this claim element, you know, packets

7   come in, and these devices receive packets, and that's really

8   maybe all we need for the claim element right now.  But just as

9   a precursor of what's to come, there are various sorts of rule

10  sets that we can see.  And you know, so if you look at the left,

11  you can see it talks about there's all sorts of acronyms, and I

12  don't want to get into those acronyms now, but those correspond

13  to different rules or rule sets.  And you know, if you don't

14  pass the rules, you can see the Deny and the arrow to drop the

15  packet, right?  So if you fail on one of these rules, you're

16  going to get denied and the packet will be dropped, but if you

17  pass all the rules, then eventually the packet will go out.

18       And if you look at the top, I guess it says Forwarding

19  Lookup.  The forwarding lookup tells you, you know, this is

20  where it's going to go assuming the packet makes it all the way

21  out.

22  Q.   And does this -- because this is talking about operating

23  systems of both the routers and switches, does this show that

24  the routers and switches both receive packets that come in?

25  A.   Yes.

1   Q.   In the middle it says "Drop the packet."  Does that also

2   show that the routers and switches are able to block packets?

3   A.   Yes.

4   Q.   So Doctor, based on your analysis of the products and the

5   documents, and turning back to the claims, do the switches and

6   routers meet the first receive element of claim 18 and also the

7   first receive element of claim 19?

8   A.   Yes, for both claim 18 and 19 they meet the element and we

9   can check the box.

10          MR. HANNAH:  And I believe I already did this, but

11   Your Honor, I'd like to move in PTX-1276 to the extent I haven't

12   done so already.

13          THE COURT:  PTX-1276 will be admitted.

14                  (Exhibit PTX-1276 received in evidence.)

15          MR. HANNAH:  Thank you.

16   BY MR. HANNAH:

17   Q.   Now turning to the next element, which is "responsive to a

18   determination" do you see that?

19   A.   Yes.

20   Q.   Can you explain to the Court what's required of this

21   element?

22   A.   So what's required here is that you can see that there's a

23   first portion of packets that correspond to criteria specified

24   by one or more rules.  So in particular, the rules that we're

25   going to be talking about here in my example, my exfiltration

```
 1   rules might be rules that say, okay, this user seems to be doing
 2   something suspicious.  I might have a rule put in place that
 3   says, look, I'm not going to allow this user to access certain
 4   locations, you know.  A possible response might be, say, well
 5   I'm going to restrict this user from accessing certain parts
 6   internal to my network because I'm suspicious they're gathering
 7   information from finance and they shouldn't be gathering
 8   information from finance, but while we look into this, I want
 9   them to continue their work.  So they can still use the
10   Internet, they just can't access finance.  All right.  That
11   would be the sort of rule that you might set up to deal with an
12   exfiltration scenario.  All right.  So the idea is that, you
13   know, when you look at these packets, if you find that someone's
14   trying to use something they're not supposed to use, you might
15   block them, right?  You would say I don't want this person
16   accessing that information at this time.
17        So this could be a data transfer from a first network to a
18   second network.  So that might be internal subnetworks, right,
19   where, again, finance has their own subnetwork and the human
20   resources department have their own subnetwork inside the larger
21   network that belongs to the business.  It might be that you
22   might prevent people from inside your network from sending
23   information out to certain other external networks because
24   you're worried that they're shipping information out that they
25   shouldn't be.  In all these cases, we're talking about rules
```

1   that are going to block types of transfers from one network to

2   another network.

3   Q.   And again, this element is identical for both Claims 18 and

4   19?

5   A.   Yes.   In particular we could think of the case here where

6   you're trying to block information from a user, say, going out.

7   Q.   So if we look at your demonstrative, at what point are we

8   talking about here for this element?

9   A.   So you could have information in your internal network and

10  your switch will say okay, if it's permitted, you're allowed to

11  go to that permitted network, but if instead you're trying to

12  send information out and it's a protected network or a network

13  covered by the rules that you're not supposed to send

14  information to, that packet would be dropped.

15  Q.   All right.   Doctor, I'd like to turn your attention to

16  PTX-576.   Can you explain what this document is?

17  A.   Sure.   This is a data sheet describing Cognitive Threat

18  Analytics, or CTA.   And I believe we've discussed briefly how

19  that's related to this, the StealthWatch and monitoring by some

20  of the Cisco products.

21          MR. HANNAH:   Your Honor, I'd like to move PTX-576 into

22  evidence.

23          MR. GAUDET:   No objection.

24          THE COURT:   That will be admitted.

25                  (Exhibit PTX-576 received in evidence.)

1  BY MR. HANNAH:

2  Q.   Doctor, I'd like to turn your attention to Page 3 of this

3  document.

4         MR. HANNAH:  Which, Your Honor, is the page ending in

5  Bates No. 991.

6  BY MR. HANNAH:

7  Q.   The top table there where it says "data exfiltration", can

8  you explain how this informed your opinion as to whether the

9  Cisco technology can block data exfiltration?

10 A.   Certainly.  So again, data exfiltration is the example

11 using throughout here, and data exfiltration, as it says, like

12 this is the part that's doing the analysis that says a-ha, I

13 seem to have discovered something that's odd or wrong, so based

14 on the fact I've seen this sort of odd behavior, there are going

15 to be certain types of data transfers that I want to stop, maybe

16 from some specific user who you think is behaving potentially

17 badly.  And so this is what is going to lead to setting up a

18 sort of quarantine or the rules that switches and routers have

19 to follow, and these are the rules that I'm talking about in the

20 claim.

21 Q.   And when it says that they can do data exfiltration even in

22 HTTPS-encoded traffic without any need to decrypt transferred

23 content, can you explain what that means?

24 A.   Yeah.  This relates to the judge's questions earlier about,

25 you know, data exfiltration.  What if the content is encrypted

1  so you can't even tell what information someone is trying to

2  sneak out?  And again, the CTA can look at data exfiltration

3  even if it's in encoded traffic without decrypting it.  And my

4  understanding it's based on, sort of at a high level, some of

5  the ideas the Judge was describing before where you might base

6  it on the quantity of information that you see as well as the

7  location of the information, where it's coming from, rather than

8  the actual contents of the information itself when you make this

9  decision that there's an exfiltration threat.

10 Q.   Okay.  Doctor, I'd like to show you PTX-1262.

11      Can you explain to the Court what this document is?

12 A.   This is another Cisco document, a general document

13 describing their 9000 switch series.

14      MR. HANNAH:  Your Honor, we'd like to move PTX-1262

15 into evidence, please.

16      MR. GAUDET:  No objection.

17      THE COURT:  That will be admitted.

18            (Exhibit PTX-1262 received in evidence.)

19      MR. HANNAH:  May I proceed, Your Honor?

20      THE COURT:  Yes.

21 BY MR. HANNAH:

22 Q.   If I can go to Page 77 of this document, which has the

23 corresponding Bates No. 999.

24      If we look under the Policy and ACL paragraph, can you

25 explain how this paragraph informed your opinion in regard to

```
 1   whether the Cisco Catalyst switches and routers meet the claim
 2   element?
 3   A.   Yeah.  So again, certainly this is showing -- so ACL stands
 4   for Access Control List.  And that's how these -- one of the
 5   ways these rules get implemented.  So here, I think the key
 6   thing that I'll be talking about when I get into some of the
 7   details are that one of the things that it uses are these
 8   scalable group tag, SGT, which is in the middle of the
 9   paragraph.
10        Yeah, starting at special tags I guess, if you can
11   highlight that.
12        So it's going to use as part of the ACL infrastructure as
13   part of the rule list that's going to say one thing that can
14   happen is that you're deemed a security threat, you might get a
15   special tag, right, a special label.  So all your packets are
16   going to be labeled saying this one needs some maybe extra
17   examination or some extra consideration.  The idea of this
18   Scalable Group Tag is -- and this is how it implements what
19   we've been calling the quarantine.  So if you've found a user
20   that's suspicious you might say, okay, I'm going to apply this
21   Scalable Group Tag, in particular a quarantine tag, and then I'm
22   going to use that as part of the rule which means that I'm going
23   to look more closely at where this packet is coming in and
24   coming out and whether I'm going to allow or block it.  And
25   there's other language in the paragraph that talks about the
```

1  processor that we've been talking about for doing these rules

2  like the UADP, which handles the traffic classification and

3  policy enforcement.

4  Q.   If you look at the last line, Doctor, it talks about

5  "Examples include permit, deny."  Do you see that?

6  A.   Yes.  Exactly.  So the sentence before says "UADP can then

7  apply appropriate policies configured by the network

8  administrator.  Examples include permit, deny" and so on.  So

9  this is precisely it:  Based on the quarantine, if you've

10 decided a user is a potential threat, in particular there's an

11 issue perhaps with exfiltration, you can instruct, you can

12 create rules that instruct the switches and routers to permit or

13 deny traffic going to or from certain places for that particular

14 host.

15 Q.   All right.  If we can go to PTX-1280?

16      Doctor, can you explain what PTX-1280 is?

17 A.   So this is another white paper.  So white papers are,

18 again, public-facing documents that describe a technology that

19 you'd use to present to a slightly more technical level.  And

20 this is talking about how you can use the network, how you can

21 use switches and routers to provide access to certain resources

22 or not.

23 Q.   When it says "Network as a sensor," what does that mean?

24 A.   That's this entire idea that, you know, that Cisco has been

25 talking about in its documents, where the idea is the network is

```
1   both gathering information in order to decide and implement

2   security rules, and then going back and implementing those

3   security rules on the switches and routers to prevent bad things

4   from happening.

5           MR. HANNAH:  Your Honor, at this time we'd like to

6   move in PTX-1280 into evidence?

7           MR. GAUDET:  No objection.

8           THE COURT:  That will be admitted.

9               (Exhibit PTX-1280 received in evidence.)

10          MR. HANNAH:  Thank you, Your Honor.

11  BY MR. HANNAH:

12  Q.   If we could go to Page 21 of this document, and this

13  corresponds to also Page 21 in the Bates label.

14       Now if we look at the last portion of the document, Doctor,

15  can you please tell the Court how this informed your opinion, in

16  particular the last line of that first paragraph?

17  A.   Sure.  So this is maybe a bit, getting into a bit more

18  technical level.  And again, this is how it implements the idea

19  of the quarantine.  So we've seen SGT previously.  So SGT was

20  Scalable Group Tag.  So the idea is you're going to tag

21  information related to a user depending on, you know, the

22  security considerations.  So here what it is saying is that

23  they're changing the Scalable Group Tag from a user from 4 to

24  255, and that's the quarantine Scalable Group Tag, right?  So by

25  changing this tag for this user from 4 to 255, what it's saying
```

1   is that the packets related to this user, this address, are

2   going to be provided this label, 255, which says that there's

3   additional restrictions that have to be considered.  And you can

4   see that above.

5        So in the example they're using above, says there that the

6   endpoint will continue -- sorry, just the paragraph above.  The

7   Rapid Threat Containment.

8        So the Rapid Threat Containment, right -- again, this is

9   for Rapid Threat Containment.  The idea is that you've seen a

10  possible threat and you're trying to shut it down as soon as

11  possible; in particular you're trying to shut it down, the

12  threat, before anything bad actually happens or as early as you

13  possibly can, okay?

14          THE COURT:  Is that 4 to 255, does that mean 4 packets

15  to 255 packets?

16          THE WITNESS:  No, no, no.  That's just an ID number.

17  So for instance let's say that, like it may be that in your

18  courthouse, right, that judges have access to all the rooms in

19  the courthouse, right?  So maybe on their security tag their tag

20  is labeled 1, which means they have access to everywhere.  But

21  someone else's security badge maybe they don't have access to

22  everywhere.  They have access to lots of places, but they can't,

23  for instance, just go into a judge's chambers, right?  So their

24  access they might -- their badge might be labeled with a number

25  like 3, right?  And 3 says, is a shorthand for, well, there are

1  certain places you can go, things you can do, but other things

2  that you can't.

3           THE COURT:  Okay.

4           THE WITNESS:  So that's what the tag is.  When it

5  changes from 4 to 255, that's like saying, you know, maybe you

6  found an employee who had access to a lot of rooms in the

7  building, but now you're concerned that their security, there's

8  a security issue.  So you may change their access like you may

9  change their badge.  Instead of like a 3 badge which gets them

10 in almost everywhere, you may give them a lowered-numbered badge

11 or a differently numbered badge like 5, which says, okay, you

12 can go to the places that you need to go, but you're restricted

13 from going in some of the more important places, at least for

14 now.

15          That's the same idea as this tag.  So this tag is sort

16 of saying that packet's going -- related to this user or this

17 address, they have a different security level associated with

18 them.  So you can think of the 4 and 255 as being like security

19 levels or security shorthand names.

20 BY MR. HANNAH:

21 Q.   Is that also illustrated in that second line which says

22 that it will limit the endpoint's network access?

23 A.   Right.  So the idea is that in here, it says up at the top,

24 "The endpoint continues to be operational and in the employee

25 VLAN."  So you're still giving them some rights.  They can still

```
 1   do some things, right?  But the fabric edge devices will then

 2   download" -- I'm going skip the SGACL.  That's security.  Or

 3   Scalable Group ACL -- "permissions specific to SGD 255."  So

 4   that's like saying, oh, somebody's been given a security warning

 5   label, they have been labeled a 255, there's going to be special

 6   permissions for them, certain things they can and can't do.  And

 7   in particular, as it says here, it will limit the endpoint's

 8   network access.

 9        So the idea is that hopefully in terms of exfiltration,

10   you've stopped the person and you said okay, look, right now

11   you're not allowed to use certain types of network operations

12   because maybe you're trying to send data out that you're not

13   supposed to do, we're going to check it out and hopefully you've

14   stopped it or ideally the goal was you stopped it before it

15   happened.  And you can see down below, right, like the sorts of

16   things that happen is that you get more deny operations.

17   Q.   And by deny operation is the way that the switch or the

18   router will actually block the traffic; is that right?

19   A.   Yes.

20   Q.   All right.  Doctor, I'd like to take to you PTX-563.

21        Doctor, what is PTX-563?

22   A.   That's another Cisco Live presentation document.  And this

23   would be outward-facing to the public.

24        MR. HANNAH:  Your Honor, we'd like to move PTX-563

25   into evidence, please.
```

```
 1              MR. GAUDET:  No objection, Your Honor.

 2              THE COURT:  All right.

 3                   (Exhibit PTX-563 received in evidence.)

 4   BY MR. HANNAH:

 5   Q.   Dr. Mitzenmacher, I'd like to turn your attention to

 6   Page 119.

 7              MR. HANNAH:  For your reference, Your Honor, this is

 8   page beginning in Bates No. 414.

 9   BY MR. HANNAH:

10   Q.   Doctor, can you explain what's being shown on this graph

11   and how it relates to the claimed element that we've been

12   discussing for the '193 patent?

13   A.   This might be an example of what could occur with, again,

14   if you look at the top it says "Rapid Threat Containment".

15   Again, you've noticed something and you're trying to contain it

16   as quickly as possible before the damage is done.  And so you

17   can see on the left, the information from the Cisco StealthWatch

18   has, in this display, suggested that a supplier be quarantined,

19   right?  So in here, in this instance, that will correspond to a

20   rule marked by the red arrow which I would interpret as saying

21   that the supplier is no longer allowed to access certain shared

22   server information, right?  That it's like you're not allowed to

23   pull information from there because you're worried that you may

24   be gathering information you shouldn't.

25              MR. HANNAH:  And if we go to the next page, which is
```

1    Page 120, it also, Your Honor, ends in Bates label 415.

2              THE COURT:  I'm sorry, what's this number?

3              MR. HANNAH:  It's the very next page, Your Honor.  It

4    is the page ending in Bates No. 415.

5              THE COURT:  Okay.

6              MR. HANNAH:  It's a build from the previous graph.

7              THE COURT:  All right.

8    BY MR. HANNAH:

9    Q.   Doctor, can you explain what's being shown here?

10   A.   Right.  So you can see that what's happened -- or because

11   of this is, you know, this next slide, you've changed the

12   authorization.  So now that supplier is I guess marked as being

13   in quarantine, right, and because of that, you know, they're not

14   going to have access to the shared server, to employee

15   information and so on.  But while they're on your system you may

16   still how them to access the general Internet.  And so the idea

17   of this version of containment, right, is that you've decided,

18   well, I'm going to allow them to do normal Internet-type things,

19   but not allow them to access internal information.  There are

20   other situations, you could reverse it the other way where you

21   would say, well, I'm not going to allow them even out to the

22   Internet or you could say they could do some internal job

23   functions, but I'm not going to let them work with the Internet

24   outside.  Here, this example of the policy is that they're

25   allowed to use the Internet but not to gather or pull

```
 1  information from these other sources.
 2  Q.   So when we're looking at this diagram, does the red
 3  represent that the quarantined computer not have access to those
 4  different resources that are being shown?
 5  A.   I believe that's my understanding, yes.
 6  Q.   And if we map this to your demonstrative, would the red be
 7  the protected network and then the green checkmark to the
 8  Internet would be the network that is permitted for that laptop,
 9  the quarantined laptop to access?
10  A.   Sure.  Under that interpretation, yes.
11          MR. HANNAH:  All right.  Your Honor, at this point I
12  would like to show the Doctor some source code, and so in terms
13  of the procedure, I believe that we're going to mute or put the
14  people on the conference line into another room or something of
15  that nature?
16          THE COURT:  All right.  Well, we instructed the people
17  observing the audio the first day to mute themselves.  What
18  counsel is requesting at this point is equivalent of having a
19  bench conference if we were all sitting in the court.  In other
20  words, I would ask the attorneys to approach the bench so that
21  neither the jury, if we had a jury, or the specific spectators
22  would hear what we're saying, and usually has to do with
23  evidentiary issues.  So what I'm going to do is go ahead and
24  take our luncheon recess, and when we come back -- I'll ask
25  everybody to return at 1:55 -- and we'll have our bench
```

```
 1   conference.  So we'll be recessed until 1:55.

 2              (Recess taken from 12:56 p.m. to 1:55 p.m.)

 3              THE COURT:  All right.  For those of you who are

 4   observing the proceedings on the audio, we are now going to take

 5   a break to consider some evidentiary issues and also to

 6   consider, for the Court to consider in-camera, we call it, some

 7   evidence that's confidential.  And I'm not sure how long this

 8   will take.

 9              MR. HANNAH:  So Your Honor, I believe I misspoke.

10   Apologize for that.  But what we need to do is -- or what we're

11   hoping to do is just to seal the courtroom.  There's no dispute

12   in terms of what's being offered, it's just to seal the

13   courtroom because I believe Cisco has requested that we seal the

14   courtroom for any time that we are going to display source code.

15   And so that was what I was trying to get at.  There's no

16   evidentiary dispute as to what's being shown, it's just the fact

17   that we're showing source code.

18              THE COURT:  All right.  We'll mute the audio.

19              COURTROOM DEPUTY CLERK:  Done.

20              THE COURT:  All right.

21              MR. GAUDET:  And Your Honor, this is Matt Gaudet.  If

22   I may make one other point?  As far as everyone that should now

23   be able to watch this is certified under the protective order,

24   if you will, to see source code with just one exception, and

25   that is Centripetal's corporate representative, Jonathan Rogers
```

1   would not be qualified under the protective order to see what

2   Cisco considers to be truly its crown jewel, its source code.

3   So we would ask that Mr. Rogers be sealed out only for this

4   small portion that the source code is discussed.

5           MR. HANNAH:  And it's my understanding he has left the

6   room and he will not be watching source code until we tell him

7   to go back into the room.

8           MR. GAUDET:  Terrific.  And I understand he's the only

9   non-expert or non-lawyer that's still participating, and as long

10  as that's the case, that should take care of it.

11          THE COURT:  All right.  You may proceed.

12          MR. HANNAH:  Thank you.  May it please the Court.

13  BY MR. HANNAH:

14  Q.   Doctor, I'd like to show you PTX-1849, and if we could,

15  this is the source code.  And if we go to page, it'll be Page 9,

16  Your Honor, of this, and it's going to be beginning in Page

17  No. 009 as well.

18          THE COURT:  All right.  We're on PTX-1849.  You may

19  proceed.

20          MR. HANNAH:  Thank you, Your Honor.

21  BY MR. HANNAH:

22  Q.   Doctor, looking at PTX-1849 and Page 9, is this a portion

23  of the source code that you relied upon for your opinion?

24  A.   Yes.

25          MR. HANNAH:  Your Honor, we'd like to move in

1    PTX-1849.  And I believe we're going to move in the cover page

2    just to show that it's PTX-1849, and then the particular page

3    numbers that we actually discuss today and so that would --

4              THE COURT:  Give me the Bates number.

5              MR. HANNAH:  Yes, Your Honor.  It's zero -- the first

6    one is 001, and then the actual page is 009.

7              MR. GAUDET:  Based on the procedure, we have no

8    objection.

9              THE COURT:  All right.

10                   (Exhibit PTX-1849 received in evidence.)

11             THE COURT:  Well, we're now looking at 009.

12             MR. HANNAH:  That's correct, Your Honor.

13   BY MR. HANNAH:

14   Q.   All right, Doctor.  Can you explain what's being shown here

15   on the screen?

16   A.   So you'll see that this is a page of code.  In fact, up at

17   the top that's the directory which was sort of the location of

18   where the code lived and what the name is for the code.  You can

19   see that this code relates to the ISE, the Identity Services

20   Engine, and in particular is under a directory ANC.  That stands

21   for, if I'm remembering right, Adaptive Network Control.

22   Adaptive Network Control is where the code and the system

23   framework for doing this sort of quarantine is located.

24        Again, the quarantine, just to remind you, we discussed a

25   bit last, before lunch, that involved changing the Scalable

```
 1  Group Tag.  The example was changing it from 4 to 255.  That's

 2  like giving, sort of resetting the ID to a different security

 3  level for that user.  And you know, the quarantine involves that

 4  Scalable Group Tag as well as some associated policies or rules

 5  which are implemented by what are called ACLs or Access Control

 6  Lists.

 7       So if we go now and look at this page of code, this is just

 8  to show that this is, you know, one of the places where this

 9  sort of quarantine code lives.

10       If we could, I guess, highlight from -- yeah, there is

11  fine.

12       There are certain actions that can take place, and here

13  it's recording it into a file, but it shows that one of these

14  actions that can take place is this quarantine.  A fact where

15  the quarantine is as we've described or as shown in the other

16  documents what this quarantine is set to do, is to limit the

17  network access of a particular user or group of users.

18  BY MR. HANNAH:

19  Q.   And just to be clear, the switches in the routers will

20  enforce the quarantine; is that correct?

21  A.   Right.  So what happens is they get a message and are told

22  this is a quarantine.  So this is a rule action that gets

23  implemented to say, okay, well, from now on when I see, you

24  know, packets related to this user I am going to have to

25  consider or apply the Security Scalable Group Tag.
```

1  Q.   All right.  Doctor, I'd like to turn to Page 21 of the

2  source code.

3           MR. HANNAH:  And Your Honor, that ends in Bates label

4  021.

5  BY MR. HANNAH:

6  Q.   If we can blow up the top?  Doctor, can you explain what's

7  being shown here?

8  A.   So this is code that relates to the Catalyst switches, and

9  after Catalyst switch you can see the letters ACL.  And again,

10 that's Access Control Lists.  And these are, again, the rules

11 that are used to determine whether a given packet is going to be

12 allowed to proceed or not proceed, to continue or be blocked.

13 And the ACL, or Access Control List, is how these rules are

14 implemented down at the switch level.  So part of what the

15 switches get told is here are the rules for how to deal with

16 these packets.

17 Q.   If we could look at lines around 585?  Can you explain

18 what's being shown here in terms of the source code that's

19 actually on switches?

20 A.   Yes.  So this is in a certain state where there's going to

21 be a policy update.  So if you look at, for instance, at 594,

22 there is talking about a policy update, policy install.  And

23 just at high level, the idea of this code is this code is

24 managing or handling issues or changes in these Access Control

25 Lists.  One of the places where such a change might occur or

1   would occur is when a subject is being quarantined and it might

2   require an update or a change in policy.  And again, it's --

3   these would be rules that would be taken in or received by the

4   switch so that they would know how to respond and know what

5   packets needed to be blocked or and which ones can be permitted.

6   Q.   And Doctor, if you look at Line 588 there's a line there

7   that's looks like it's written in English, and it's a little bit

8   of a different color.  Can you explain what this is in source

9   code?

10  A.   Sure.  So first of all, that is written in English, and one

11  of the things that you can do in source code is leave what are

12  called comments.  So comments are things that the programmers,

13  the engineers, put into the code so that later people can go

14  back and read the code and maybe get some insight or some

15  suggestions as to how the code was functioning.  Essentially

16  it's way of leaving, you know, commentary, generally some tips

17  or explanation of how code is functioning.  So, again this would

18  be written by the engineers or the programmers themselves.

19       In this case, you can tell it's a comment because in this

20  language, this code is written in the C programming language,

21  the comment /* at the beginning sort of denotes that there's a

22  comment here.  And you know, here it's just saying the drop

23  label and the LE table to drop traffic for the interface.  This

24  is just showing something that we already know or have seen from

25  the various documents:  The switches can be programmed to drop

1  traffic along various input or output situations.  Here it's

2  doing it in the context of an update.  And there were other ways

3  as we've seen in the documentation where we'll drop packets in

4  response to not passing certain rules.

5  Q.   All right.  Thank you, Doctor.

6       I'd like to turn your attention to Page 228 of the source

7  code.

8            MR. HANNAH:  First of all, Your Honor, I'd like to

9  move in Page 21 of the source code that we just talked about.

10           THE COURT:  All right.  Page 21 will be admitted.

11               (Exhibit PTX-1849, Page 21 received in

12            evidence.)

13           MR. HANNAH:  Now I'd like to turn your attention to

14  Page 228.  It ends in Bates No. 0228.  Has the same

15  corresponding Bates number, Your Honor.

16           THE COURT:  228?

17           MR. HANNAH:  Yes.  228.

18           THE COURT:  Last three numbers are 228?

19           MR. HANNAH:  Correct.

20           THE COURT:  Okay.  I've got it.

21  BY MR. HANNAH:

22  Q.   Doctor, I'd like to show you -- first of all, Doctor, can

23  you explain what this is and confirm that this is source code

24  that you relied upon in providing your opinion?

25  A.   Yes.  This is source code I'd examined and discussed in my

```
 1    report.  And to the left at the top I guess we can see this is
 2    part of what was called the CTA, which I believe was Cognitive
 3    Threat Analytics, right?  And so this was the question of, you
 4    know, just to provide an example, how is it that the routers or
 5    switches get these rules?  And you know, where might they come
 6    from and what are they, what is their purpose?  And here I'm
 7    going to show some of the descriptions for sort of events that
 8    can occur within the Cognitive Threat Analytics which would
 9    cause it to take some sort of corresponding action.
10              MR. HANNAH:  Your Honor, at this point I'd like to
11    move Page 228 of the source code into evidence.
12              MR. GAUDET:  No objection.
13              THE COURT:  Admitted.
14                   (Exhibit PTX-1849, Page 228 received in
15                evidence.)
16              MR. HANNAH:  Thank you, Your Honor.
17    BY MR. HANNAH:
18    Q.   So Doctor, if we turn to Line 1089, can you explain what's
19    being shown here and how this informs your opinion as to the
20    "responsive to" element which talks about the criteria specified
21    by the "one or more packeting rules that are configured to
22    prevent a particular type of data transfer from a first network
23    to a second network"?
24              THE COURT:  You mean line 1089, I guess?
25              MR. HANNAH:  Yes, Lines -- yes.  Yes, Your Honor.
```

1  1089.

2  A.   All right.  So this you can view as, I guess, a form of

3  metadata.  In the code it's describing things that it may have

4  found, and you know, the concerns and so on that would cause

5  these quarantine rules to come into effect.  So you can see here

6  in the description it says that an outbound HTTP GET to a remote

7  certainer was detected.  So what's going on here, HTTP I think

8  you heard about before, Hypertext Transfer Protocol, that's just

9  the protocol we use to receive information from the web and also

10 to put information out on the web if we're a server.  And what

11 this is saying is like the analytics have discovered some

12 suspicious activity related to a quantity or a quality of GET

13 information; that is, that it has done some of these

14 transactions across the Internet which looks suspicious, and

15 it's giving us a text description of what it was that was

16 potentially suspicious about this, that -- you know, malware

17 will sometimes use these types of commands to check in with what

18 are called command and control servers, okay?  So command and

19 control servers are the idea that there is some other server out

20 on the Internet that's now directing or is taking control of

21 part of your computer and getting your computer to gather

22 information, potentially proprietary or secret information, and

23 sending it back out to them.  And you can see at line 1092 it

24 discusses this as exfiltration.

25       So it would be this sort of observation, right, this sort

```
 1  of determination which would lead to the quarantine rules that

 2  we've been discussing; that once -- this is the observation

 3  phase, and it would lead to a corresponding action phase where

 4  you would say, well, I've got to watch what that user's doing

 5  and put a stop to something that might potentially be going

 6  wrong right now.

 7          THE COURT:  So this is where somebody tries to invade

 8  the network?

 9          THE WITNESS:  Yes.  And in particular to put some sort

10  of code on your machine that it can use to gather and extract,

11  as they call it, exfiltrate information from inside your

12  network.  And this is saying they have seen some activity that's

13  very suspicious in this regard.

14          And if we look at the bottom, I think there are

15  similar texts regarding, you know, what's called POST

16  operations.  I think starting at 1111, okay.  So you know, GET

17  is a type of operation where you're trying to get information,

18  POST is where you're sort of sending out information.  And

19  again, that can be done through the Hypertext Transfer Protocol,

20  HTTP.  And here it's saying that, again, the system has found

21  some sort of suspicious activity that might be a sign that it's

22  trying to exfiltrate data; that is, trying to send data out when

23  it should not, and again you can see sort of the category at

24  Line 1114 as they view this as a potential exfiltration event.

25  And they would then use this information, use these observations
```

 1  to decide if they needed to change the rules, change the system

 2  to induce this quarantine that we've been discussing.

 3          MR. HANNAH:  Your Honor, we're done with the source

 4  code for this element and we can open back up the courtroom at

 5  this time.

 6          THE COURT:  All right.  You may resume.

 7          MR. HANNAH:  Thank you, Your Honor.  Thank you, Lori.

 8          So Your Honor, I would like to show the Doctor some

 9  deposition testimony, and I believe earlier you said that you

10  wanted to either have it played.  Would you like to have it

11  played at this time, or we have a slide of it as well that we

12  can just read into the record.  We can do it either way.  We

13  also have a short clip that we can show you.  We have managed to

14  be able to -- we can show it to you on video or we can summarize

15  with a slide.

16          THE COURT:  Well, what I want to do is avoid a

17  duplication of effort.  I don't want to look at it one time,

18  whether it be by slide or video, and then have to go through it

19  again if we can avoid that.  But I think you and perhaps the

20  witness are in a better position than the Court to determine

21  whether it would be more understandable if we looked at the clip

22  or looked at the slide.  That's up to you.

23          MR. HANNAH:  All right, Your Honor.  With that, I

24  think it would be better to look at the slide.

25          So we can show the next slide.

1              THE COURT:  All right.

2    BY MR. HANNAH:

3    Q.   So Doctor, can you please inform the Court how this

4    informed your opinion with regard to this element?  This is from

5    Page 48, Lines 21 through Page 49, Line 16.

6              THE COURT:  Okay.  Now let's get this down.  This is

7    page what?  49, did you say?

8              MR. HANNAH:  48, Line 21 through Page 49, Line 16.

9    And in your binder it's the first deponent that you'll see in

10   the binder.  It's Cernohorsky.

11             MR. GAUDET:  Your Honor, this is Matt Gaudet.  I've

12   got a logistical question when you're ready for it.

13             THE COURT:  You said in my binder it's what now?

14             MR. HANNAH:  In your deposition binder it's the

15   first --

16             THE COURT:  Is the deposition binder different than

17   the one we've been looking at?

18             All right.  Here is the deposition summary.  And

19   you've got several excerpts from the deposition.  This would be

20   among the excerpts, I assume?

21             MR. HANNAH:  Yes, Your Honor.

22             THE COURT:  Page 48.

23             Well, this is a portion of 48.

24             MR. HANNAH:  Correct, Your Honor.  It's a limited

25   portion.  And the Doctor is going to explain what this means.

```
 1              THE COURT:  All right.

 2              MR. GAUDET:  Your Honor, if I might just raise one

 3   quick issue, which is this -- and I imagine this will be the

 4   case -- this is the portion of their designation.  Across a lot

 5   of these there were a lot of counter-designations which wouldn't

 6   be included here.  And I guess the question is just how we go

 7   about being sure that all does find its way into the record if

 8   they're going to just put up portions that sort of weren't

 9   identified to us ahead of time.

10              MR. HANNAH:  What we would suggest, Your Honor, is we

11   would just move in the entire deposition that's in your binder

12   as PTX-1898.

13              THE COURT:  No, we're not going to put the whole

14   deposition in the binder.  That would make the whole deposition

15   part of the Court record, which is what we're trying to avoid.

16              MR. HANNAH:  Correct.

17              THE COURT:  Because I don't want something in the

18   record that the Court doesn't have an opportunity to look at.

19   So we're just going to put the slide in the record.

20              MR. HANNAH:  Very good.

21              THE COURT:  And if there's a counter-designation to

22   the slide then the defendant can put that in there.

23              MR. HANNAH:  Very good.

24              THE COURT:  And you can just compare the

25   counter-designation with their designation and put in your
```

1    counter-designation when it's time for you to examine the

2    witness, Mr. Gaudet.

3           MR. GAUDET:  Thank you, Your Honor.

4           THE COURT:  All right.  So this is just a slide.  All

5    right.  You may proceed.

6           MR. HANNAH:  Thank you, Your Honor.

7    BY MR. HANNAH:

8    Q.   Doctor, can you please explain for the Court what this is

9    showing?

10   A.   Yeah.  So if we read this, you know (inaudible).

11          THE COURT:  So "What input does it take?"  What is

12   "it"?

13   A.   Here it's talking about parts that we were just looking at

14   before.  StealthWatch, cognitive (inaudible) information.

15          THE COURT:  Well, what is "it"?

16   A.   The reason to show this, Judge, I would say, is to show

17   just that it's getting information about these HTTP requests.

18   So we saw in the code that it was saying, hey, we've seen some

19   suspicious HTTP, Hypertext Transfer Protocol, activity related

20   to GETS or PUTS that may relate to exfiltration, and the purpose

21   here of this deposition testimony is just to confirm that this

22   is the sort of information it gathers or receives that we've

23   already seen discussed or confirmed in the code.

24          MR. GAUDET:  Your Honor, this is Matt Gaudet.  I

25   apologize.  Our audio cut out when Dr. Mitzenmacher was

1   beginning that answer.  I don't know if others had that same

2   problem, but unfortunately we missed the answer to the Court's

3   question of what the "it" is.  I don't know if we're the only

4   ones having the audio problem though.

5          THE COURT:  Well, why don't we -- let me read this

6   before we do anything else.

7          All right.  Well, there's no way the Court could read

8   that question and answer and have any understanding of what it

9   means without the explanation from Dr. Mitzenmacher.  Is the

10  "it" in the first question StealthWatch implementation?  Is that

11  what "it" means?

12         THE WITNESS:  I believe so, yes.

13         THE COURT:  All right.  Well, what is he saying here?

14         THE WITNESS:  So what he's saying is that what this

15  receives is, as he talks about it, is network metadata, NetFlow,

16  which can include various sorts of information which he's

17  describing, like the source and destination of a communication,

18  the volume of bytes transferred.  The judge has discussed the

19  idea of the volume of information, and other characteristics.

20  And then the weblogs, which is, again, the source destination of

21  the communication, the metadata of the communication.

22         What's next asked is one of the inputs also URLs?  The

23  answer is that would also be within the weblogs.  A URL is part

24  of the request, the full HTTP request, and so on.

25         And again, the purpose of this is just to confirm what

1  we had seen in the code and what we had seen at a more high

2  level in the descriptions that one of the things it's receiving

3  is information about these HTTP, Hypertext Transfer Protocol

4  transfers, and in particular, as we've seen in the code, it's

5  looking and determining is there a potential for exfiltration

6  here that might cause us to set up a corresponding rule in order

7  to prevent that from occurring.

8          THE COURT:  All right.  Now, this is the problem that

9  I foresaw in trying to introduce these depositions, and that is

10  that the language which the witness uses is such that there's no

11  way for the Court to understand what he means without the

12  doctor's explaining it.  So if you've got what you want on

13  slides, then the Court will admit the slides which will be part

14  of the record and identified in the doctor's testimony.  But to

15  try to introduce the slides separately, these are the kind of

16  questions and answers that those depositions contain, I don't

17  think they would be of much use -- I don't think they would be

18  of any use to the Court.  So let's proceed and look at the

19  slides.

20          MR. HANNAH:  Thank, Your Honor.  We will.

21  BY MR. HANNAH:

22  Q.   So Doctor, let's turn back to the claims.  And can you

23  explain based on the evidence that we saw before lunch and the

24  corresponding source code and the testimony how that matched to

25  the different claim elements of both Claims 18 and 19 for the

1  routers and the switches?

2  A.   All right.  So it says here "Responsive to a determination

3  that the first portion of packets comprises data corresponding

4  to criteria specified by one or more packet filtering rules

5  configured to prevent a particular type of data transfer from

6  the first network to the second network, wherein the indicates

7  data indicates that the first portion of packets is destined for

8  the second network."

9       So here, what we've seen is, that for instance, in an

10  exfiltration attempt, a user or network may be passing on, a

11  user may be passing data out of the network to another location

12  to another network that is not supposed to be getting that

13  information.  So "responsive to a determination," right, is

14  going to be this determination is going to be the quarantine

15  rule, right?  So it's going to be that there's a ACL associated

16  with the --

17            THE COURT:  A what?

18            THE WITNESS:  Sorry.  An Access Control List, a rule

19  associated with the quarantine that says, hey, you cannot

20  actually send this out of this location, and it comprises data

21  corresponding to criteria specified by one or more packet

22  filtering rules.  Again, here, the criteria would be this is a

23  location that you're no longer allowed to access because of the

24  quarantine, you're no longer allowed to send information there

25  because of the quarantine, and that is configured to prevent a

1  particular type of data transfer from the first network to the

2  second network.  Again, we see that's the purpose of the

3  quarantine.  It's based on the idea that there's been suspicious

4  activity noted in terms of various gathering, hoarding,

5  collecting or even sending of information, and so the idea is

6  that you want to put an end to that particular type of data

7  transfer.  "And wherein the data indicates that the first

8  portion of packets is destined for the second network," again,

9  this rule would be based on a specific end location.  So it's

10 looking in the packet, it's saying I see in the packet that

11 you're trying to send information to this other network, to this

12 other location, and that specifically is what I'm going to try

13 and prevent.

14 BY MR. HANNAH:

15 Q.  And when it talks about the particular type of data

16 transfers, does that relate to the HTTP GET and HTTP POST that

17 you explained?

18         THE COURT:  Don't use those abbreviations, please, in

19 your question.

20         MR. HANNAH:  Yes.  Sorry, Your Honor.

21 BY MR. HANNAH:

22 Q.  Hypertext Transfer Protocol GET and the Hypertext Transfer

23 Protocol POST that you were talking about in the source code?

24 A.  Yes.  We've seen those both in the source code, and in

25 particular in this case you may be, either through the GET or

```
 1   the POST, you may be providing information to this second

 2   network, which would be a problematic.

 3   Q.   All right, Doctor.  Can we put a check in that box?

 4   A.   Yes.

 5   Q.   All right.  If we turn our attention to the next element,

 6   which is the -- it says "apply element".  Do you see that?

 7   A.   Yes.

 8   Q.   Can you explain to the Court what the "apply element" in

 9   claim 18 and claim 19, what does that entail?

10   A.   Right.  So once you've seen that these met your criteria,

11   right, then you want to apply a is corresponding operator, or in

12   particular an operator that would cause it to drop, where that

13   operator is specified by the one or more packet filtering rules.

14   So this could be a deny -- there are various types of deny, like

15   deny route -- that would cause the packet to be dropped.

16   Q.   If we could look at --

17             THE COURT:  Well, would "drop" as it's used here be

18   the same as quarantine?

19             THE WITNESS:  So quarantine refers to the sort of

20   high-level rule which says I'm going to block certain types of

21   actions, right?  Quarantine is something that's passed down and

22   says, okay, I'm going to, as we discussed, change your Scalable

23   Group Tag and there's an associated rule with that tag, right?

24   So the drop is the operator that's specified by that rule,

25   right?  So it's saying in this instance if you're trying to
```

```
 1   communicate with that network, then we block, right?
 2           THE COURT:  But it's a block for that network only,
 3   but it might go to a different network?
 4           THE WITNESS:  It may.  In fact, that's what the patent
 5   says and requires, right?  You may still -- the quarantine may
 6   still allow the user to participate in another network within
 7   the company.
 8           THE COURT:  Well, or any other network, in theory?
 9           THE WITNESS:  Or any other network, yeah.  In general
10   the rules could be written and set up however you wanted, but in
11   particular for exfiltration, it may be there are certain parts
12   of the company you can access and certain that you can't.  But
13   you're absolutely right, that there are other networks that you
14   can access and some networks you can't.
15           THE COURT:  Well, is that the way the product works?
16   Does the product --
17           THE WITNESS:  Yes.
18           THE COURT:  Do the rules of the product that you say
19   infringe, do they permit the same function; that is, it can be
20   sent to some networks but not to others?
21           THE WITNESS:  Yes.
22           THE COURT:  So the word "drop" would apply to the
23   network who was being blocked?
24           THE WITNESS:  Exactly.  And that's why there's a first
25   portion of packets.  And here the first portion of packets
```

```
 1   refers to those that you do not want to let out; those that you

 2   want to block.  And we'll see in the remaining claim elements it

 3   talks about a second portion of packets that you would wish to

 4   allow; that is, there may still be some access that you wish to

 5   allow to the user.

 6              So the -- I think you're right on target:  There's a

 7   first portion of packets --

 8              THE COURT:  Well, that's in Paragraph 2 up there.

 9              THE WITNESS:  Yes.  There's a first and a second

10   portion, and there's a first portion you wish to block and a

11   second portion you may wish to allow.

12              THE COURT:  All right.

13   BY MR. HANNAH:

14   Q.   So Doctor, let's look back at your animation and let's

15   maybe you can explain it with regard to the --

16              THE COURT:  I understand what that says.

17              MR. HANNAH:  Okay.

18   BY MR. HANNAH:

19   Q.   So Doctor, I'd like to turn your attention to PTX-1356.

20              THE COURT:  That's in the other book --

21              MR. HANNAH:  Yes.

22              THE COURT:  -- right?

23              MR. HANNAH:  Yes.  Yes, Your Honor.

24              THE COURT:  All right.  I've got it.

25   BY MR. HANNAH:
```

1  Q.   So Doctor, can you please explain what this document is?

2  A.   So this is a document describing the Rapid Threat

3  Containment.  That's a way of discussing some of the things we

4  have been talking about.  Quarantine is one of the methods used

5  for Rapid Threat Containment.  When you notice something is

6  wrong, you limit someone's communication within the system.

7           MR. HANNAH:  I believe this document has already been

8  moved into evidence, Your Honor.  Oh, it has not?  1356.  So

9  Your Honor, we'd like to move PTX-1356 into evidence.

10           MR. GAUDET:  No objection.

11           THE COURT:  All right.

12                    (Exhibit PTX-1356 received in evidence.)

13  BY MR. HANNAH:

14  Q.   So let's blow up the first couple paragraphs, and Doctor,

15  can you explain what's being shown here?

16  A.   Sure.  As it describes up at the top, "Rapid Threat

17  Containment is the process by which an endpoint can be either

18  isolated or quarantined after having been identified as infected

19  by malware or having been in violation of an established policy

20  in the network."

21       So this is saying, again, something's gone wrong.  In

22  particular you may notice that someone's gathering data which

23  looks like it may be part of an exfiltration attack.

24       The next paragraph discusses sort of the next step, which

25  is that the quarantine condition is communicated by the Identity

1    Services Engine.  Remember, the Identity Services Engine is part

2    of that DNA architecture, that Digital Network Authorization --

3    forget what the "A" is.  The DNA architecture.

4             THE COURT:  Which includes StealthWatch, right?

5             THE WITNESS:  Which includes StealthWatch, absolutely.

6    And includes this Identity Services Engine.

7    A.   It then says that the ISE, the Identity Services Engine,

8    communicates a change of authorization within the network device

9    to which the endpoint is attached, right?  So it's saying, look,

10   we're going to send information down saying that there's been a

11   change of authorization; that now this endpoint, this user no

12   longer is able to access the entirety of the network depending

13   on the rules set up.  And that this is, if you look at the end

14   of this paragraph, that's communicated to the network device by

15   the downloading ACL.  And remember, ACL is Access Control List.

16   I showed some code about Access Control Lists.  That's how it

17   enforces rules like don't send it to this network, or a Scalable

18   Group Tag.  So that's with the SGT we've been talking about

19   being assigned to the interface or associated with the endpoint,

20   respectively, right?  So that's saying, okay, we're now going to

21   look more closely at information going in or coming out of this

22   endpoint, and there's going to be new special rules to try and

23   keep them from accessing certain parts of the network.

24        And it says here in the next paragraph, "These downloadable

25   parameters should then limit that endpoint's ability to

1    communicate in the network."

2        And then as you've pointed out, this is all part of

3    "Connected through StealthWatch."  And it says, you know, as it

4    says in the next sentence, when we say quarantine, it really

5    infers one of two actions after a policy violation in

6    StealthWatch.  So that's what we were discussing before with

7    both the deposition testimony and in the code.

8    BY MR. HANNAH:

9    Q.   All right.  If we can go to PTX-1326?

10       Doctor, what is -- well, hold on.

11   A.   This is a document related to the Cisco Identity Services

12   Engine.  It's an ordering guide.  So I'd assume that would be

13   available for public consumption.

14            MR. HANNAH:  Your Honor, we'd like to move PTX-1326

15   into evidence.

16            MR. GAUDET:  No objection.

17            THE COURT:  That will be admitted.

18                 (Exhibit PTX-1326 received in evidence.)

19            MR. HANNAH:  Thank you, Your Honor.

20   BY MR. HANNAH:

21   Q.   So if we go to Page 11 of this document?

22            MR. HANNAH:  And, Your Honor, it has the same

23   corresponding Bates number, which is 0011.

24            THE COURT:  Okay.

25   BY MR. HANNAH:

1  Q.    If we look under 1.6 and kind of blow that up?

2      Doctor, can you explain what's being shown here when it's

3  talking about the Rapid Threat Containment?

4  A.    Sure.  So again, the Rapid Threat Containment says "Makes

5  it easy to get fast answers about threats on your network and to

6  stop them even faster."  And again, it uses -- or it's based on

7  the network control using Cisco ISE.  That's the Identity

8  Services Engine.  That's what we've been discussing.  And as it

9  says here, "Using this, you can manually or automatically change

10 your user's access privileges when there's suspicious activity,

11 a threat or vulnerabilities discovered.  Devices that are

12 suspected of being infected can be denied access to critical

13 data while their users can keep working on less critical

14 applications."  And that's just another way of saying that there

15 may be places inside or outside to external networks where

16 you're going to allow the user to still work and function but

17 there may be other parts where they're not allowed.

18 Q.    And Doctor -- and this is, in other words, is this showing

19 how the switches and the routers will block traffic

20 automatically?

21 A.    Absolutely.  This shows that it can automatically block

22 traffic when a threat is discovered.

23          THE COURT:  Well, this means that if your end user

24 was, for example, a corporation and was a separate network, that

25 you could allow some information to go to the corporation and

1    other information not to go to them that was generated from the

2    same source?

3              THE WITNESS:  So the way typically the policies are

4    instrumented is you restrict according to source and

5    destination.  So you would say, well, I'm not going to let you

6    reach out to this other location, to this other network, right,

7    and it will block sort of that -- it will block the

8    communication between you and that other network.

9              THE COURT:  Well, in other words, if Cisco was sending

10   this information to Centripetal, Centripetal, for example, the

11   program would stop the source code from going to Centripetal,

12   but it wouldn't stop the white papers from going to Centripetal?

13             THE WITNESS:  Well, so the --

14             THE COURT:  If it had the same source and the same end

15   user, but I suppose if they were doing that in real life, Cisco

16   would encrypt the source code.

17             THE WITNESS:  Typically when you do this sort of

18   blocking, you have to block the whole connection because it's

19   very hard if the communication is encrypted or the communication

20   could be hidden in some way, you know, if you allow out

21   communication, you can't always be sure exactly what's in the

22   communication.  So it makes sense what you're saying, that if

23   Cisco was concerned about its source code being sent to

24   Centripetal, right, if it noticed some unusual activity, what it

25   would do is say, well, you can't send stuff out to Centripetal's

 1   network; on the other hand, you can still look at Centripetal's

 2   web pages out on the open web.

 3          THE COURT:  All right.  So the technology is not able

 4   to permit white papers to go from Cisco to Centripetal, but

 5   block source code to go from Cisco to Centripetal?

 6          THE WITNESS:  In the case where you're blocking

 7   network connections, that's what you'd be able to block, is you

 8   would say this user cannot send out information out to the

 9   Centripetal network, but out on the open web, as long as it's

10   just accessing web pages, that may be allowed to go through.

11          THE COURT:  Well, of course there would be no reason

12   for them to send the source code.  That's not a good example,

13   because they wouldn't be sending the source code, encrypted or

14   otherwise.

15          THE WITNESS:  Well, if you had an exfiltration, right,

16   if you could imagine a Cisco employee trying to make money by

17   taking stuff, Cisco source code out, that would be the sort of

18   threat that Cisco would want to protect against.

19          THE COURT:  Yes, that would be an internal

20   exfiltration situation.

21          THE WITNESS:  Exactly.  That would be someone on the

22   inside arranging an exfiltration.  It could also be unaware.  It

23   could be some malware code that's doing it as well.  So it

24   doesn't have to assume that there's a bad person inside for this

25   to happen.

```
 1              THE COURT:  Well, let's move on.  I don't need an

 2   answer necessarily to a hypothetical question.  Go ahead.

 3   BY MR. HANNAH:

 4   Q.   Okay.  And maybe it'll help just to kind of round this up.

 5   If we turn back to PTX-563 and look at the page ending in Bates

 6   No. 415.  This is the diagram we showed earlier.

 7        So Doctor, could you explain this diagram again and show

 8   how the exfiltration works and how that would protect against it

 9   with the Rapid Threat Containment?

10   A.   Right.  So this is saying, for instance, that you had, that

11   you had a supplier and you changed their authorization so they

12   were quarantined, and you would say, well, they're no longer

13   able to access any of the internal important information, things

14   like potentially the source code, but they're still allowed to

15   go out and, say, access the Internet, because that on its own

16   should be a harmless endeavor that they may need to do to do

17   their normal run-of-the-mill work.

18   Q.   So if we look at this diagram where it prevents the

19   high-risk segment, that could potentially be housing the source

20   code of Cisco and this would block the suspected computer from

21   accessing that protected network; is that right?

22   A.   Yes.  A different part of the network, yes.

23   Q.   That would prevent that exfiltration?

24   A.   Yes.

25              THE COURT:  All right.
```

1            MR. HANNAH:  May I move on, Your Honor?

2            THE COURT:  You may.

3            MR. HANNAH:  Thank you, Your Honor.

4   BY MR. HANNAH:

5   Q.   If we could go to PTX-1280?  If we go to Page 21?  This

6   document's already been admitted.

7        And if we look at the bottom, Doctor, can you identify the

8   specific operator that's going to be applied in order to prevent

9   this exfiltration from happening?

10  A.   All right.  So this discusses or explains that it would

11  limit the network access, and this would be done, you can see at

12  the bottom, it talks about permissions.  You know, it says from

13  group 255 quarantined systems to the development servers, it

14  says those will be denied.  So those communications will be

15  denied.

16  Q.   So that's being shown with the "deny IP" as shown on the

17  document?

18  A.   Yes.  I interpret these deny IPs are showing that there are

19  certain communications that are going to be dropped, not

20  allowed, based on the groups corresponding and can be based on

21  the corresponding networks that these groups belong to.

22  Q.   Thank you, Doctor.  I'd like to turn your testimony -- turn

23  your attention to the testimony of Peter Jones.  And this is

24  found at Page 30, Line 23 through Page 31, Line 20, and can you

25  explain what Peter Jones is --

1            THE COURT:  All right.  Well, how is this slide marked

2  that we're going identify?

3            MR. HANNAH:  We can submit it to Your Honor with a PTX

4  number, and we can do that for all the slides that we use.

5            THE COURT:  All right.  This is Peter Jones.  I want

6  to make sure that we have these slides, and at this point only

7  these slides, from these depositions admitted.

8            MR. HANNAH:  We'll do that, Your Honor.  We'll assign

9  PTX numbers to each of these slides and we can read those into

10  the record tomorrow, and then we will also have all of the

11  slides ready to go for tomorrow so we can --

12            THE COURT:  All right.  Well, let me read this.  UADP

13  in particular.  What is -- let me look up UADP.

14            THE WITNESS:  That's Unified Access --

15            THE COURT:  No, it's not on the list.  What is UADP?

16            THE WITNESS:  Unified Access Data Plane.  That's the

17  processor that's inside the switches and routers.  That's the

18  processor that processes the packets.  That was that special

19  processor that's its own specialized hardware that we had talked

20  about.

21            THE COURT:  Unified Access Data Processor?

22            THE WITNESS:  Data Plane, I think.

23            THE COURT:  Data Plane.  P-l-a-n-e or --

24            THE WITNESS:  Yeah.  Data plane is like the level, or

25  where the data is going through.

 1              THE COURT:  All right.  Let me try to read this.

 2              THE WITNESS:  I can highlight for you the part that's

 3    most important at the bottom when you feel ready, Your Honor.

 4              THE COURT:  Okay.

 5              (Pause in the record.)

 6              "Send them to a TCAM."  I don't know what that is.

 7              THE WITNESS:  I can explain that too if it's not on

 8    the list.

 9              THE COURT:  Ternary Content Addressable Memory.  Okay.

10              (Pause in the record.)

11              THE COURT:  Well, that's better than the last one I

12    looked at, but I'd like to still like to hear your explanation.

13              THE WITNESS:  Sure.  So what it's saying is remember

14    we said that that UADP, Unified Access Data Plane, that's a

15    processor, and it's sort of a special processor.  One of its

16    primary functions is when a packet comes in, it's supposed to

17    look at that packet and figure out where it's supposed to go

18    out, okay?  And beyond where it's --

19              THE COURT:  Based on the header?

20              THE WITNESS:  Based on the header and associated

21    information.  Exactly.

22              And as part of that, it may also figure out that it's

23    supposed to just drop the packet, supposed to not send the

24    packet on at all.  So the first paragraph, all it's really

25    saying is, you know, packet comes in, we have to look at it,

1  process it, and figure out what to do with it.

2          And then if you look at the bottom starting at the

3  associated data, or even before that, I will then go and -- okay

4  yeah.  Let's just undo that one sec and I'll read the last

5  sentence.

6          "The associated data will include multiple fields,

7  including such things as a deny route."  Okay.  That's just

8  saying after this processor is all done, it's going to send you

9  back information; that information may be where to forward the

10  packet, but in some cases the information will be, yeah, don't

11  forward that packet at all, just drop the packet.

12          And now if we can bold that last part, right, that's

13  really what we're saying, or the main point of this quote, is it

14  says "Deny route says that you drop."  You would then drop the

15  packet.  Or you would refuse to forward the packet to layer 3.

16  That means, you know, refusing to forward is dropping.

17          It might also do deny bridge, which means you would

18  refuse to forward it to layer 2.

19          So one is more used in routers, one is more used in

20  switches, both of them have a deny operation, and deny, here

21  again, means to drop the packet.

22          So all this is deposition testimony saying what we had

23  seen in the documentation before, that one of the purposes of

24  these routers and switches, it looks into these rules, it looks

25  into these rules based using things like the UADP, and based on

 1   that rule, it may decide, well, I have to drop the packet for

 2   security reasons.

 3            THE COURT:  Well, when you said earlier header and

 4   associated information, associated information might be quantity

 5   of the transmission or the header would have the source and the

 6   recipient?

 7            THE WITNESS:  Right.  So the --

 8            THE COURT:  You say associated information, that may

 9   be like the volume of the transmission?

10            THE WITNESS:  Well, in particular here -- that could

11   be.  But in particular here, what I was really thinking of was

12   remember that Scalable Group Transmission Tag?  That SGT tag?

13   So sometimes rules depend on that tag.  And remember, we've said

14   some packets have been tagged, and based on that tag they're

15   sort of treated differently?  They get extra rules, right?  So

16   that would be -- the associated information that's in the header

17   is the Scalable Group Tag.

18            THE COURT:  In other words, they only go to people in

19   Group 1 through 3, they wouldn't go to people in Group 4

20   through 6?

21            THE WITNESS:  Right.  That might be -- and it might be

22   the same that you can only go to these other groups, or in

23   particular it might also be you can only go to these networks or

24   parts of the network.

25            THE COURT:  Okay.

1   BY MR. HANNAH:

2   Q.   All right, Doctor, if we could go back to the claims.

3        Do the Catalyst routers and the ISR and ASR -- I mean the

4   ASR and ISR routers and the Catalyst switches, do they meet the

5   "apply element" as found in both 18 and 19?

6   A.   Yes, they do.

7   Q.   And can you just give us a little recap as to why?

8   A.   Right.  Again, so here the first portion of the packets

9   would be packets that meet the security rule that are being told

10  you can't go to this network because you're now a potential

11  security threat.  So again, that's specified by the one or more

12  packet filtering rules.  And as we've seen, it can be configured

13  to drop the packets associated with that type of transfer.

14  Q.   And is the drop -- is that the deny route and the deny

15  bridge that we just saw on the documents in the testimony?

16  A.   Yes.  Can also be referred to as deny route or deny bridge

17  are ways of, that drop is implemented.

18  Q.   Can we check that box?

19  A.   Yes.

20  Q.   If we go to the next element, which is simply "drop each

21  packet in the first portion of the packets."  Do you see that?

22  A.   Yes.

23  Q.   Do the Cisco routers and switches, do they drop packets?

24  A.   Yes, they do.  And according to the rules, they would drop

25  each packet in the first portion of packets like we've

1   described.

2   Q.   If you turn to PTX-1390?

3        Can you explain what this is, Doctor?

4   A.   This is, again, another outward-facing Cisco document

5   describing some of their technology.

6             MR. HANNAH:  Your Honor, we'd like to move PTX-1390

7   into evidence, please.

8             MR. GAUDET:  No objection.

9             THE COURT:  All right.  That will be admitted.

10                      (Exhibit PTX-1390 received in evidence.)

11             MR. HANNAH:  Your Honor, we'd like to turn to Page 86

12  of this document.  It ends in page Bates No. 86.  0086.

13             THE COURT:  All right.

14  BY MR. HANNAH:

15  Q.   If we look at the second bullet point, Doctor, can you

16  explain how this informs your opinion as to whether the "drop

17  the packet" limitation is met?

18  A.   So it says here, "a packet is dropped if it hits the deny

19  rule in any of these types of ACLs."  ACLs is Access Control

20  Lists.  Again, the ACL is the rule that says, okay, we're going

21  to potentially drop this packet.  All this occurs, again, within

22  the, within the router or the switch as we've described.  And

23  again, this just shows that it can drop packets or deny based on

24  these security rules that we've described.

25             THE COURT:  ACL means...

1             THE WITNESS:  Access Control List.

2             THE COURT:  Right.

3             THE WITNESS:  It's like you can think of ACL, it might

4    be easier mentally translated as like rules.

5             THE COURT:  Right.

6    BY MR. HANNAH:

7    Q.   If we go back to PTX-1276, which has already been admitted

8    into evidence, and turn to Page 216, which we've seen before, if

9    we blow up the figure, can you explain to the Court how this

10   informed your opinion with regard to the dropping of packets

11   limitation?

12   A.   I always just liked this picture because I think it just

13   makes this very clear:  A packet comes in, has to go through all

14   these various steps, various checks from these ACL list of

15   rules, and at various places if it doesn't pass, the packet will

16   get denied, which corresponds to a drop as shown in the center.

17            THE COURT:  Would the left-hand side of this chart be

18   Level 2 and the right-hand Level 3?

19            THE WITNESS:  I don't believe so.  If I'm reading it

20   right, my recollection is that it breaks up the rule sets into

21   two parts.  It sort of looks at it sort of coming in based on

22   the information when the packet comes in, and then it does a

23   lookup to figure out, you know, what's actually going -- where

24   the packet's supposed to go, and then on the right-hand side has

25   to do with rules for where it might be going out.

1   BY MR. HANNAH:

2   Q.   And Doctor, this is a just as a reminder, this is the flow

3   diagram for the operating system for both the switches and the

4   routers; is that correct?

5   A.   Right.  Both the switches and the routers.

6   Q.   So Doctor, if we turn back to the claims, do the switches

7   and routers, do they meet the limitation in both Claims 18 and

8   19 that says "drop each packet in the first portion of packets"?

9   A.   Yes, they do.

10  Q.   Can we check that box?

11  A.   Yes.

12  Q.   All right.  Let's turn to the --

13          THE COURT:  I didn't hear the answer to that question.

14          THE WITNESS:  Oh, yes.  Sorry.  Check the box.

15          THE COURT:  Okay.

16  BY MR. HANNAH:

17  Q.   So if we could turn to the next element, Doctor, can you

18  explain the --

19  A.   The next element --

20  Q.   Go ahead, Doctor.

21  A.   Oh.  So I think -- and correct me if I'm wrong -- for the

22  next, we sort of have these next three elements and we're sort

23  of taking them together, and because really, this is just the

24  opposite side or the other side of what we had talked about,

25  which is that there are some packets, right, that you might say,

1   well, those have got to get dropped because they're going to a

2   part of the network that's now a security threat.  But now there

3   are other packets, a second portion of packets going to some

4   other network that are perfectly fine, right?  So as opposed to

5   having drop conditions here, here we have forward conditions.

6   So it says "responsive to a determination that the second

7   portion of packets comprises data that does not correspond to

8   the criteria," so these packets are okay, that they aren't

9   violating the rule, and that these "wherein the data indicates

10  that the second portion of packets is destined for a third

11  network."  That is, the reason they're okay is because they're

12  going to a safe network as opposed to a -- to a permitted

13  network as opposed to an unsafe network.  Then you apply to each

14  of those packets in the second portion without applying the

15  packet filtering rules that would cause you to drop in the first

16  portion; that you would now use an operator configured to

17  forward those packets to the network.

18       So it's really just, you know, the other side of the coin

19  for what we had been talking about before:  Some things you

20  would want to block, other things you would want to allow.

21  Q.   And then if you could, just for the record, explain what is

22  shown in the last element for both Claims 18 and 19?

23  A.   For both claims 18 and 19 it says you then forward each of

24  those packets and the second portion of packets toward the third

25  network.

1    Q.   And are the second -- this is the second "responsive to"

2    element and the second "apply" element, and this "forward"

3    element, are they identical for claims 18 and 19?

4    A.   Yes.

5    Q.   And does the same evidence that we've been using for the

6    routers and switches, does it also apply for the routers and

7    switches in regard to each of these elements?

8    A.   Yes.

9    Q.   Doctor, I was going to take you back to your demonstrative

10   but I'm not sure if the Court wants to see that again, so we'll

11   skip on that one.

12        Let's go to PTX-563 which has been admitted.  This is the

13   same diagram that we've seen before, Page 120.

14        Can you just explain for the record how this demonstrates

15   that the second "responsive to", "apply" and "forward" elements

16   are met as you stated that are the other side of the coin and

17   where that's shown on this figure?

18   A.   The way I see this figure is with that green check is

19   saying that while this supplier has been quarantined and so

20   therefore cannot access certain other networks internal to the

21   corporation that might include things like high-risk segments or

22   employee information, they're allowed to go out to another

23   network, out on the Internet, you know, for instance to wherever

24   Google is or something, and do searches may still be allowed

25   because that might be considered a part of their normal work.

1          THE COURT:  That would have to be their web page,

2   right?

3          THE WITNESS:  Yeah.  They might need their web pages.

4   So that just shows, again that, according to this determination,

5   you may still forward packets out to a third network under this

6   system.

7   BY MR. HANNAH:

8   Q.   You anticipated my question.  Is that the, as shown in this

9   diagram, the third network where the packets are allowed to is

10  the Internet with the green checkmark; is that right?

11  A.   Right.  That would correspond to parts of the Internet,

12  yes.

13  Q.   And as we said before, the red boxes indicate the second

14  network which the computer would be prevented from accessing; is

15  that correct?

16  A.   That's a yes.  That's what the figure shows.

17  Q.   I'd like to show you PTX-1288.  Can you explain to the

18  Court what this document is?

19  A.   All right.  So we have talked about ACLs.  You can see that

20  in the title here.  Security Access Control Lists.  So these

21  would be, again, Access Control Lists related to security.

22  These are the way I would describe them again as the rules setup

23  that either prevents certain packets from going to where they

24  want to go or allowing them to go where they want to go.

25          MR. HANNAH:  Your Honor, we'd like to move PTX-1288

1   into evidence, please.

2           THE COURT:  That will be admitted.

3                   (Exhibit PTX-1288 received in evidence.)

4   BY MR. HANNAH:

5   Q.   Doctor, if we go to Page 12 of this diagram -- I mean of

6   this document?

7           MR. HANNAH:  And Your Honor, it's on Page 0012, the

8   same corresponding Bates number.

9   BY MR. HANNAH:

10  Q.   Is this a similar diagram that we've been talking about

11  with regard to the flow on the switches and the routers?

12  A.   It's the same sort of thing.  Some things that are useful

13  to see specifically in this figure is, if you look at the title

14  of the figure, as it says it's a typical security ACL

15  application on a packet.  So this is saying that this is an

16  Access Control List, and it's part of the goal of security.

17       And the other thing is just you can see the "Permits" all

18  around.  I hadn't pointed them out before, you know, but you

19  keep permitting, permitting until you get to the packet goes

20  out, and the packet goes on that corresponds to the forwarding

21  that is required by these parts or these claim elements.  And

22  you can tell that the packet goes out corresponds to forwarding,

23  there's a forwarding lookup that says we're doing a forwarding

24  lookup trying to determine where the packet should be forwarded,

25  where it should go toward the third network, and then the packet

 1  will go out if it's not denied.

 2  Q.   If we turn to the next page in this document, which is

 3  Page 13?

 4           MR. HANNAH:  Your Honor, it's also 0013 for the Bates

 5  number.

 6  BY MR. HANNAH:

 7  Q.   If we can just show the bottom, 4.1?  Yeah, blow that --

 8       Can you explain how this informed your opinion, and

 9  specifically with regard to the permit and the deny which is

10  being shown here, and how that maps to the forward and the drop

11  of the claims.

12  A.   All right.  So what this is saying is that you can create

13  these Access Control Lists, and these Access Control Lists, you

14  can think of them as having, you know, sort of in subparts where

15  it tells you what's permitted and what has to be denied.  And

16  this is just providing to someone who is familiar with these

17  sorts of structures, you know, what these rule lists, what they

18  look like.  But for us, the key issue here is that these

19  actions, two of the main actions are Permit, which means allow

20  or forward on, or Deny, which is drop.

21  Q.   All right.  Thank you, Doctor.  I'd like to turn your

22  attention to the deposition testimony of Peter Jones.  And we

23  have a slide for that.

24           MR. HANNAH:  And Your Honor, we will mark this slide

25  as a PTX number and submit it.

 1            THE COURT:  All right.  Let me have a chance to read

 2    this first.

 3            MR. HANNAH:  Of course.

 4            (Pause in the record.)

 5            THE COURT:  Okay.

 6    BY MR. HANNAH:

 7    Q.   Doctor, could you please explain what's being shown here?

 8    A.   Sure.  So he's being asked about how, again, this sort of

 9    forwarding of packets works.  And he's asked to describe it in

10    layman's terms, and he says this is how you would set up the

11    rules, is really what he's saying, okay?  So he says let's

12    imagine them all going toward you I want to throw away, all of

13    them going toward someone else I want to permit or to forward.

14    I'll put an entry, right, I would create a part of that rule

15    that matches your address that says anything going to you I'm

16    going discard it, right?  So the first rule on the list is if

17    it's going to the person I don't want it to go to, it's going

18    get dropped and thrown.  Then I can have a rule that says, well,

19    everything is fine, it can go where it's supposed to go, so

20    everyone else will be a match entry.  I can do that with two

21    single entries, one matches you, one which matches everything.

22            So the idea is exactly here what we were saying:  You can

23    set up the rules to say, hey, if it's trying to go to this

24    network -- and it doesn't have to be just one network, it could

25    be a collection of networks -- you could say, well, if it's

1  trying to go to one of these bad places, it's going to get

2  dropped, and if it's going to a good place or a place that's not

3  one of the bad places, it will be okay.  And you can set it up

4  with explicit actions, like here is a list of good places it can

5  go, or you can just say, well, there are good places it can go

6  and there are bad places, and if it's not one of the bad places,

7  then it's always okay.  You can do these sort of default rules

8  as well.

9      But the key is that, just as we've seen there are rules

10  that can be used to block or deny things, you set up rules to

11  allow things, to forward things on to other networks if you

12  want.

13          THE COURT:  Well, I guess you could do the inverse,

14  and you could just say it can only go these groups and nobody

15  else?

16          THE WITNESS:  You could do that as well.  Absolutely.

17  BY MR. HANNAH:

18  Q.   All right.  Doctor, I'd like to show you another piece of

19  testimony.  This is from Martin Hughes.  This is at Page, for

20  the record, at Page 40, Line 9 through 40 at Line 19.

21          MR. HANNAH:  And before I ask any questions I'll let

22  Your Honor have a chance read it if you like.

23          (Pause in the record.)

24          THE COURT:  Okay.

25  BY MR. HANNAH:

1   Q.   So Doctor, can you please explain for the Court what this

2   is showing in terms of how this maps to the forwarding element

3   in claim 18 and 19?

4   A.   All right.  So both the claims call for the devices, the

5   switches and routers, to forward packets, and this is saying

6   something, you know -- or quite clearly showing that, in fact,

7   yes, these devices forward packets based on the corresponding

8   rules and structures.  In a more technical level, what it's

9   saying is that there's a part of the operating system that's set

10  up to manage and control the internal computer structures that

11  decide whether things are going to get forwarded or whether

12  they're going to get dropped and how they're going get forwarded

13  if they're forwarded.  And so it refers to that as the

14  forwarding manager.

15      The high-level point to take here is that naturally these

16  devices forward packets.

17  Q.   All right.  Thank you, Doctor.

18      If we turn back to the claims, can you give us a recap in

19  terms of how each of these limitations of both Claims 18 and 19

20  are met by the Catalyst switches and the ASR and ISR routers?

21  A.   Right.  So again, we've seen, one can understand from like

22  this exfiltration example, maybe, that you don't want to let

23  data out to a potentially dangerous place, but I'd still like

24  the user able to, say, interact with the Internet or interact

25  with our safe places.  So you could be looking at this second

1   portion of packets and determine that it does not correspond to

2   previous criteria, the criteria that would cause it to be

3   dropped, and in particular where that criteria would correspond

4   to the fact that it was headed to a third network, a safe

5   network instead of a second network, a dangerous network.  So

6   we're responsive to that determination, or we've shown that

7   devices are responsive to that determination.

8       We've shown that they apply in the second portion of

9   packets without applying those packet filtering rules that

10  prevent that type of data transfer.

11      A second operator.  And the operator here is going to be

12  the forward operator, the allow operator, sometimes, or we've

13  seen it also referred to as permit.  And that would forward

14  packets not associated with the particular type of data transfer

15  towards the third network.

16      And then, you know, the operator of course is designed to

17  forward the packets, and then it will actually, as in the last

18  part of this claim element, actually forward each packet in that

19  second portion of packets toward the third network.

20  Q.   So Doctor, can we check those boxes?

21  A.   Yes.

22  Q.   If we turn to the next slide, there's an overall recap.  Is

23  this just a recap of all of the testimony that you've provided

24  today with regard to how the routers and switches infringe the

25  '193 patent?

1  A.    Right.  This is a high-level description showing again that

2  we meet all the individual claim elements and summarizing how

3  each of those claim elements are met.

4            MR. HANNAH:  I'll just give the Court a second to read

5  this if you'd like.

6            (Pause in the record.)

7            THE COURT:  All right.

8            MR. HANNAH:  Your Honor, did you have any questions?

9  We were going to move onto the doctrine of equivalents with this

10 patent.

11           THE COURT:  No, I don't have any questions.

12           MR. HANNAH:  Thank Your Honor.

13 BY MR. HANNAH:

14 Q.    So Doctor, let's turn to the doctrine of equivalents.  Can

15 you explain what is your opinion with regard to the doctrine of

16 equivalents with respect to the '193 patent?

17 A.    First, to begin, let me state clearly that I believe that

18 there is literal infringement; that there's infringement without

19 the doctrine of equivalents.  However, I know that, you know,

20 the Cisco attorneys and experts are going to try and present

21 their own take or cast doubts on those opinions.  And in

22 particular, I'm aware that they seem to have some issue or

23 discussion with the first "responsive to" limitation that we've

24 gone over, in particular issues relating to, you know, whether

25 these setups are designed to actually prevent certain types of

1  data transfers.  And so because of that, I also wanted to offer

2  a doctrine of equivalents analysis or framing as well.

3      And in the past when I've done doctrine of equivalents I've

4  used the Substantially Same test as one of the ways or

5  descriptions I'm aware of that you can provide.  The doctrine of

6  equivalents involves saying it performs substantially the same

7  function substantially the same way to obtain substantially the

8  same result.

9  Q.   So can you explain for the Court why, in your opinion, that

10 while we understand at the very least, while we understand at

11 the very least that the first "responsive to" element is met

12 because it performs substantially -- the Catalyst routers and

13 the ASR and ISR routers and the Catalyst switches perform

14 substantially the same function as the first "responsive to"

15 element?

16 A.   Well, the first "responsive to" element is to, based on

17 rules, stop certain types of data transfers from occurring.  And

18 that function is met by the Cisco products through the use of

19 the security infrastructure, the security tag -- or Scalable

20 Group Tag, sorry, and the security Access Control Lists that

21 we've discussed.  It performs substantially the same function of

22 making sure that traffic that may be headed towards a specific

23 network that is going to be denied, and again, that that comes

24 about because of certain types of traffic that it's trying to

25 stop.

1  Q.   Can you explain how the products are made -- or meet the

2  element in substantially the same way?

3  A.   So as discussed in the claim element, that the way that

4  this is accomplished is to use an operator that's meant to drop

5  certain packets, in particular the first portion of packets, and

6  as we've seen, that's what it does through this deny route or

7  deny bridge or in general just the deny mechanism, and that

8  these operators make sure that the packets are dropped so that

9  they don't go to the unsafe second network.

10  Q.   Can you explain how the Catalyst switches and the ASR and

11  ISR routers meet this element and achieve substantially the same

12  result?

13  A.   Achieve substantially the same result because, again, the

14  collection of first packets are stopped -- or dropped, I should

15  say, based on the corresponding rule and operator -- rules and

16  operators and, you know, for this claim element.  Of course we

17  see the same results that the packets for that second network

18  are dropped.  And of course throughout the patent we also see

19  the same result that packets destined for other networks can be

20  allowed to proceed.

21           MR. HANNAH:  Thank you, Doctor.

22           Your Honor, at this time we'd like to move to the '806

23  patent.

24           THE COURT:  All right.  Let me see that last slide.

25           (Pause in the record.)

```
 1              THE COURT:  All right.  You're moving to the '806

 2   patent now?

 3              MR. HANNAH:  Yes, Your Honor.

 4              THE COURT:  All right.  Is this a different book or

 5   what?

 6              MR. HANNAH:  No, it should be the same book, Your

 7   Honor.

 8              THE COURT:  Okay.

 9              MR. HANNAH:  But there is an additional product, so we

10   have the switches, the routers and now we also have the

11   firewalls for the '806.

12              THE COURT:  This is the rule swap --

13              MR. HANNAH:  Correct, Your Honor.

14              THE COURT:  -- patent?  Okay.

15              MR. HANNAH:  Your Honor, in terms of the presentation

16   of evidence, we intended to -- we'll go through Claims 19 and 17

17   in a similar manner in that they are going to be side-by-side

18   since they're very similar, and we'll go through both of those

19   through one pass for the routers and switches because they have

20   the same operating system, and then we're going to do another

21   pass with the firewalls and show the proof of infringement for

22   those.

23              THE COURT:  All right.

24   BY MR. HANNAH:

25   Q.   Since we haven't talked about the firewalls, I'd like to
```

1   show you, Dr. Mitzenmacher, I'd like to show you, it was

2   Slide 15 that we kind of skipped over earlier.

3        Thank you, Geoff.

4        Can you tell us for the record when we refer to Firepower

5   firewalls or the firewalls or the Adaptive Security Appliance,

6   what are we referring to?

7   A.   So we're referring to these sets of products, the 1000

8   series, 2100 series, 4100 series, 9300 series and the Cisco

9   Adaptive Security Appliance, the 500X with Firepower Services.

10  These are the firewall products, and you've heard discussions of

11  firewalls I believe at great length in the tutorials and how

12  they're used to protect networks.

13            THE COURT:  Well, the firewalls are not themselves --

14  or this isn't actually marked as an exhibit, right?

15            MR. HANNAH:  This is not, Your Honor, but we have --

16  we will have other exhibits that show the actual model numbers

17  that we're talking about.

18            THE COURT:  Okay.

19            THE WITNESS:  This is just a summary.

20            MR. HANNAH:  Yeah.

21  BY MR. HANNAH:

22  Q.   And Doctor, is it fair if we refer to the firewalls that

23  we're -- for the purposes of your testimony, we're referring to

24  both Firepower firewalls and the Adaptive Security Appliance,

25  which is also known as the ASA, and both those with the

1  Firepower Management Console; is that correct?

2  A.   Yes.  We'll be talking about these sets of firewalls, and

3  we'll also be talking about the Firepower Management Console

4  which is something used to control the various Firepowers or

5  collections of firewall devices.

6          THE COURT:  Why are these referred to as

7  next-generation firewalls?

8          THE WITNESS:  I believe that I'd say they're called

9  next-generation firewalls precisely because they contain a

10  number of new and advanced security features, including I think

11  some of the security features that are discussed in this case,

12  both in probably my patents and with my, I understand the other

13  patents being handled by the other experts.

14          THE COURT:  By the next-generation, are you saying

15  that these were developed after the '806 patent?  Is that what

16  you mean by next-generation?

17          THE WITNESS:  No, I believe next-generation is, like

18  you can actually see it if you look in the 4100, if you blow

19  that up on the right, Geoff, I don't know if you can get that,

20  the 4100 you can -- yeah, if you can blow that up you can see --

21          MR. HANNAH:  He's not going to be able to blow it up.

22  It's a PowerPoint.

23          THE WITNESS:  Okay.  Okay.  So it's very hard to read.

24  I can just make it out on my screen.  But for instance, under

25  the 4100 it says "Stop more threats with our fully integrated

1  next-generation firewall (NGFW)."

2         Similarly for the 5500, if you look at it says, you

3  know, there it's a bit bigger, it says "Stop more threats with

4  the threat-focused 5500X NGFW", where that stands for

5  next-generation firewall.  And one could say this is something

6  of perhaps a marketing term, but it's something Cisco at least

7  I've seen uses, and I would understand that as referring

8  generally to much more advanced or more advanced security

9  considerations that have been embedded in their latest products.

10 BY MR. HANNAH:

11 Q.   Doctor, let me show you a data sheet which you should be

12 able to read it a little bit easier, which is PTX-1883.

13      Doctor, can you explain for the Court, what is this

14 document?

15 A.   So this is another data sheet.  Here it's a data sheet for

16 the Firepower appliances generally.

17 Q.   If you blow up the first paragraph, I believe this is what

18 you were trying to read when it's talking about the next

19 generation firewall.

20 A.   Right.  So "The Cisco Firepower NGFW or next-generation

21 firewall is the industry's first fully integrated threat-focused

22 next-gen firewall with unified management.  It uniquely provides

23 advanced threat protection before, during and after attacks."

24      This is, I think, something, you know -- next-generation

25 firewall is a term used a lot, but one of the things that I

1  think highlights it in much of the literature is this idea it's

2  offering more advanced threat protection, but in particular

3  before, during and after attacks, which may be an emphasis on

4  before, whereas the idea is you're trying to stop things before

5  they happen.

6            MR. HANNAH:  Your Honor, I'd like to move PTX-1883

7  into evidence, please.

8            MR. GAUDET:  No objection.

9                 (Exhibit PTX-1883 received in evidence.)

10 BY MR. HANNAH:

11 Q.   Doctor, if we could go to the second page of that document,

12 does this, does the second page of this document show the

13 various series of appliances that we'll be talking about and

14 list them?

15 A.   Yes.  So this matches our previous slide in terms of the

16 families of products, 1000 series, 2100 series, 4100 series,

17 9300 appliances, and the 5500.  The ASA 5500.

18            THE COURT:  Are these products that you say infringe?

19            THE WITNESS:  The products in these, this collection

20 of products, all of these.

21 BY MR. HANNAH:

22 Q.   It's each of these products; is that right, Doctor?

23 A.   Yes.  Each of these products.

24            THE COURT:  All right.  So this is a list of the

25 products which you're prepared to say infringe --

1              THE WITNESS:  Yes.

2              THE COURT:  -- the six patents; is that right?

3              THE WITNESS:  The '806 patent, and I'll later be

4   talking about them with regard to the '205 patent as well.

5              THE COURT:  All right.  Let me write these down.

6              (Pause in the record.)

7              THE COURT:  All right.

8              MR. HANNAH:  Thank you, Your Honor.

9   BY MR. HANNAH:

10  Q.   Doctor, if you could look to the second line of the

11  paragraph that's shown, and can you explain what it means that

12  the Cisco Firepower Management Center software is on each of

13  these appliances?

14  A.   Yes.  So in particular, as before, when we were talking

15  about the switches and routers, you know, there we were talking

16  about sort of the underlying operating system.  Here we're

17  talking about all these appliances are running the same

18  essential software image, the Firepower Management Center

19  software image.  And so the reason that we're able to view all

20  these products together is because they're all using the same

21  software base.

22  Q.   All right.  And if we go -- if you take that down, Geoff,

23  and go to the second paragraph below, Cisco Firepower Management

24  Center?

25  A.   Yes.

1   Q.   Is this the Firepower Management Center that we mentioned

2   earlier that interacts with each of these firewalls?

3   A.   Yes.  So the Cisco Firepower Management Center that you're

4   highlighting there provides centralized management of the Cisco

5   Firepower NGFW.  Essentially you can run a number of different

6   Firepower devices through a single management center.  In this

7   way you can make the analogy or liken it to the fact that the --

8   remember there was the DNA Center, the Digital Network

9   Architecture Center which would help manage or run checks of

10  routers and switches, including help manage the security rules

11  and security setup or posture setup on those devices.  And we

12  have the same sort of framework here in that there's a

13  management center that can be used to manage or deploy rules and

14  so on to a family of Firepower devices.

15  Q.   All right.  Thank you, Doctor.

16       Now, earlier you testified that there was some additional

17  security that was added to these firewalls in order to make it a

18  next-generation firewall.  Was one of those technologies the

19  Threat Intelligence Director?

20  A.   Yes.

21  Q.   And if we can look at PTX-519?

22       Can you explain what that document is and what it's

23  explaining?

24  A.   My understanding is --

25            THE COURT:  I'm sorry, where are we now?  What?

```
 1              MR. HANNAH:  PTX-519, Your Honor.

 2              THE COURT:  Okay.

 3   BY MR. HANNAH:

 4   Q.   So Doctor, we heard -- Dr. Moore last week said that

 5   Centripetal helped coin the phrase operationalizing threat

 6   intelligence.  Is this article that we're seeing in PTX-519, is

 7   this talking about the same type of operationalizing threat

 8   intelligence?

 9   A.   Yes.  In fact, if you look at the top or at the title you

10   can see that exact same phrase where it's talking about the plan

11   or approach to operationalizing threat intelligence.

12              MR. HANNAH:  Your Honor, we'd like to move PTX-519

13   into evidence, please.

14              THE COURT:  That will be admitted.

15                   (Exhibit PTX-519 received in evidence.)

16              MR. HANNAH:  If we go to the second page of this

17   document?

18              For Your Honor's convenience it ends in Bates No. 831.

19              THE COURT:  Okay.

20   BY MR. HANNAH:

21   Q.   And we'll blow it up from -- well, I guess under the second

22   paragraph, talk about it from there, and then down to the

23   diagram as well.

24        Can you explain what's being shown here in terms of how

25   Cisco operationalizes threat intelligence?
```

```
 1   A.   Sure.  So you can see different sorts of flows in the
 2   picture going in to the Threat Intelligence Director, which is
 3   on the Firepower Management Center, okay, and as it says, the
 4   Threat Intelligence Director operationalizes cyber threat
 5   intelligence.  I believe that's what Dr. Moore was talking about
 6   an awful lot last week.  And again, this is, I think, one of the
 7   main parts of next-generation firewalls, is the idea you try and
 8   stop some number of things before they get to your network.  So
 9   what it does is it takes open industry standards for threat
10   information -- you'll see the acronym STIX and TAXII.  I'm going
11   to have to look those up for you because I can never remember
12   them off the top of my head.  I have them written down somewhere
13   if you'd like.  But you can think of them as these are just
14   threat intelligence feeds.  These are information coming in from
15   the Cloud, into the appliance, and it's using that information
16   to say, a-ha, based on this information -- as well as you can
17   see on the right-hand side information it's gathering internal
18   to the network itself through its Cisco security sensors --
19   let's take all this information and figure out how to update our
20   rules, how to manage, how to make sure that we are blocking what
21   we need to be blocking hopefully before it actually hits our
22   network, okay?
23        So if you can look, there's a line there that says
24   "Intelligence director can easily ingest third-party threat
25   feeds and data from threat intelligent platforms."  I can point
```

```
 1    to it or if you can see it -- right.

 2         The Threat Intelligence Director can easily ingest

 3    third-party threat feeds and data from threat intelligent

 4    platforms to your network sensors and next-generation firewalls.

 5    Based on your confidence in this additional intelligence, you

 6    can direct your network sensors to use it to automatically

 7    monitor or block traffic inline."

 8         So the idea here -- and this is hopefully an idea that you

 9    feel more familiarity with over the last week or so -- is that

10    your management device is getting all the sort of threat

11    information based on external sources in some cases, based on

12    this threat intelligence, and it's taking it and it's saying,

13    okay, we need to come up with new rules, new approaches, toss

14    them down into the network and tell them, look, you need to

15    block this traffic, or in some cases perhaps monitor this

16    traffic just to make sure that we are blocking threats, new

17    threats, or at least seeing new threats as they arise.

18              THE COURT:  Well, what is the advantage of blocking

19    these threats through firewalls as opposed to through switches

20    and routers?

21              THE WITNESS:  Right.  So that's a great question.  So

22    I think we talked about this last week, the importance of a

23    layered defense.  Of having multiple layers of security.

24    Because you can never tell when some piece of malware or some

25    bad code or bad packet is going to sneak through one of your
```

1  layers, and then you want to have additional layers that are

2  prepared to stop it.  So part of the reason is simply that you'd

3  like to have multiple layers of security in case one of your

4  layers of defense gets broken through, hopefully another layer

5  will be able to stop it before it reaches your end machine.

6           Another reason -- oh, sorry.  Go ahead.

7           THE COURT:  Where would the threat intelligence

8  platform get the threat intelligence that the switches and

9  routers couldn't also get?

10          THE WITNESS:  So you can pass some of that information

11 down to all of them.  Sometimes there's different sorts threats

12 that certain devices may be better equipped to handle, right?

13 Firewalls are generally more powerful, can potentially like deal

14 with a bit more complex issues or interactions.  Remember,

15 switches and routers are, in particular, designed to have to be

16 very fast.  I mean, as are firewalls as well, but there may be

17 different tradeoffs that you make in terms of putting more

18 expensive resources or more powerful resources at certain points

19 in your system.  And there may be, you know, somewhat different

20 or more complex types of structures or functions that can be

21 handled at the firewall that you wouldn't necessarily want to

22 put at a switch or router.

23          THE COURT:  Would it be accurate to say that the

24 firewall specializes in intercepting threats?

25          THE WITNESS:  That's certainly one of the functions.

 1  But the only reason I hesitate with the specializing is, as

 2  we've seen, that's been a big push, in particular by Cisco, to

 3  push various security infrastructure into the switches and

 4  routers as well so that you have this multi-layered, multi-step

 5  security system that's both gathering information and providing

 6  multiple places where you can stop the threats within your

 7  system.

 8          THE COURT:  Well, I mean, you said that the firewalls

 9  may have more -- a greater ability to recognize threats because

10  they have more power, or what's the right...

11          THE WITNESS:  Yeah.  And keep in mind that the routers

12  and switches, besides checking for security, have to do these

13  forwarding functions.  Have to figure out where the packets are

14  going to go next.

15          THE COURT:  Well, that's why I asked you the question

16  about specialize.

17          THE WITNESS:  I think I'm finally getting around to

18  your point, maybe.  Right.  And the firewalls can typically

19  maybe just decide should this packet go forward or not go

20  forward, is it a threat or not a threat, and then let the

21  routers and switches continue to route them.  So in that sense,

22  firewalls can have more processing time and more processing

23  power to apply specifically to this task.

24          THE COURT:  But the whole idea is not to slow down the

25  traffic, right?

1          THE WITNESS:  That's right.  But they don't have to do

2     quite as much work.  They don't have to figure out the routing

3     aspect so they can do more work on the packets.

4          They may also do things like, in firewalls sometimes

5     you may say, well, this packet is enough of a risk that I'm

6     going to sort of take it off-line and apply additional measures

7     to it.  Even if it does delay this packet, that might be okay,

8     as long as the rest of the packets can go through.

9          THE COURT:  All right.

10    BY MR. HANNAH:

11    Q.   And Doctor, is it your understanding -- and this is for the

12    record -- that the STIX stands for Structural Threat Information

13    Expression?

14         THE WITNESS:  That sounds right.  Structural Threat

15    Information Expression?  Yes, that sounds right.

16         MR. HANNAH:  Then for TAXII --

17         THE COURT:  Give me STIX again.  Is that on my list?

18         MR. HANNAH:  I don't believe it's on your list, Your

19    Honor.

20         THE COURT:  Let me have it again.  What does STIX

21    mean?

22         MR. HANNAH:  Structural Threat Information Expression.

23    That's the third-party threat intelligence data feeds.

24         And then just let me know when you want me to move on.

25         THE COURT:  All right.  Move on.

1          MR. HANNAH:  And then TAXII is the Trusted Automated

2   Exchange of Indicator Information.  So again, that's the Trusted

3   Automated Exchange of Indicator Information.

4          THE COURT:  Trusted Automated Indicator --

5          MR. HANNAH:  Exchange of Indicator.  So like the --

6          THE COURT:  Exchange Indicator.

7          MR. HANNAH:  Information.  They have two "i"s.

8          THE WITNESS:  These are not the best acronyms.

9          MR. HANNAH:  They are not.

10         Your Honor, with that, we're about to turn back to the

11   patent, and it's probably a very good natural breaking spot, or

12   we can continue, whatever Your Honor...

13         THE COURT:  I'm persuaded that it's a good breaking

14   spot.

15         All right.  Is there anything that you need me to talk

16   about in our planning for tomorrow before we adjourn?

17         MR. HANNAH:  Nothing from Centripetal, Your Honor.

18   Thank you.

19         MR. GAUDET:  Nothing from Cisco, Your Honor.  Thank

20   you.

21         THE COURT:  All right.  Well, we'll be adjourned until

22   10 tomorrow morning.

23         (Whereupon, proceedings concluded at 3:59 p.m.)

24

25

566

1                          *CERTIFICATION*

2

3          *I certify that the foregoing is a true, complete and*

4  *correct transcript of Volume 4 of the proceedings held in the*

5  *above-entitled matter.*

6

7          _____

8                  Paul L. McManus, RMR, FCRR

9                  _____

10                         Date

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25