1              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
2                    Norfolk Division

3
- - - - - - - - - - - - - - - - - -
4                                    )
     CENTRIPETAL NETWORKS, INC.,     )
5                                    )
            Plaintiff,               )        CIVIL ACTION NO.
6                                    )            2:18cv94
     v.                              )
7                                    )
     CISCO SYSTEMS, INC.,            )
8                                    )
            Defendant.               )
9    - - - - - - - - - - - - - - - - - -

10            * * CONFIDENTIAL INFORMATION REDACTED * *
11
     TRANSCRIPT OF VIDEOCONFERENCE BENCH TRIAL PROCEEDINGS
12
                    Norfolk, Virginia
13
                     May 12, 2020
14
                      Volume 5A
15                   Pages 567-657

16
BEFORE:  THE HONORABLE HENRY COKE MORGAN, JR.
17            United States District Judge

18

19  APPEARANCES:

20
            KRAMER LEVIN NAFTALIS & FRANKEL LLP
21          By:  James R. Hannah
                 Counsel for the Plaintiff
22
            DUANE MORRIS LLP
23          By:  Matthew C. Gaudet
                 Counsel for the Defendant
24

25


            Carol L. Naughton, Official Court Reporter

```
 1                        I N D E X

 2   PLAINTIFF'S
     WITNESS                                         PAGE
 3
       MICHAEL MITZENMACHER, PH.D.
 4          Direct Examination By Mr. Hannah (Resumed)   571

 5

 6
                        E X H I B I T S
 7
     PLAINTIFF'S
 8   NO.                                             PAGE

 9     PTX-1911                                      570
       PTX-1912                                      570
10     PTX-1913                                      570
       PTX-1914                                      571
11     PTX-1263                                      577
       PTX-1315                                      578
12     PTX-1294                                      579
       PTX-1385                                      588
13     PTX-1348                                      590
       PTX-1849, Page 185                            595
14     PTX-1195                                      597
       PTX-1915                                      606
15     PTX-1920                                      609
       PTX-1916                                      618
16     PTX-1917                                      627
       PTX-1849, Page 236                            640
17     PTX-1849, Page 29                             640
       PTX-244                                       643
18     PTX-1277                                      644
       PTX-1291                                      650
19     PTX-1289                                      654

20

21

22

23

24

25
```

569

```
 1              (The proceedings commenced at 10:05 a.m.)           09:43:21
 2          THE CLERK:  Civil Action Number 2:18cv94,              10:05:37
 3  Centripetal Networks, Inc. v. Cisco Systems, Inc.              10:05:42
 4          For the plaintiff, Mr. Hannah, are you ready to        10:05:45
 5  proceed?                                                       10:05:48
 6          MR. HANNAH:  Yes, Your Honor.                          10:05:49
 7          THE CLERK:  For the defendant, Mr. Gaudet, are you     10:05:50
 8  ready to proceed?                                              10:05:53
 9          MR. GAUDET:  Yes, we are.                              10:05:53
10          THE COURT:  All right.  Let's continue with the        10:05:58
11  direct examination.                                            10:06:04
12          MR. HANNAH:  Your Honor, just a couple of              10:06:10
13  housekeeping matters.  We would like to introduce the          10:06:12
14  deposition slides.  We've marked them with PTX numbers, as we  10:06:15
15  discussed yesterday.  We have supplied the Court with a        10:06:20
16  binder, also, with the deposition slides and the appropriate   10:06:24
17  marking.                                                       10:06:31
18          THE COURT:  All right.                                 10:06:32
19          MR. HANNAH:  And so for the deposition of Petr         10:06:33
20  Cernohorsky, this is on December 4, 2019, this is Page 48,     10:06:39
21  line 21, through Page 49, line 16.  It has been labeled        10:06:43
22  PTX-1911, and we would like to move that into evidence, Your   10:06:51
23  Honor.                                                         10:06:55
24          THE COURT:  Just a second.  Let me find that.          10:06:55
25              (There was a pause in the proceedings.)            10:06:55
```

| | | |
|---|---|---|
| 1 | THE COURT:  All right.  That's PTX what? | 10:07:22 |
| 2 | MR. HANNAH:  1911. | 10:07:24 |
| 3 | THE COURT:  PTX-1911.  Okay. | 10:07:28 |
| 4 | (Plaintiff's Exhibit PTX-1911 was received in | 10:07:39 |
| 5 | evidence.) | 10:07:40 |
| 6 | MR. HANNAH:  The next clip was Peter Jones.  This | 10:07:40 |
| 7 | was his November 26, 2019 deposition.  The page number was | 10:07:44 |
| 8 | Page 30, line 23, through 31, line 20.  And we have marked | 10:07:51 |
| 9 | that as PTX-1912, and we would like to move that into | 10:07:58 |
| 10 | evidence, as well. | 10:08:03 |
| 11 | THE COURT:  All right. | 10:08:07 |
| 12 | (Plaintiff's Exhibit PTX-1912 was received in | 10:08:10 |
| 13 | evidence.) | 10:08:11 |
| 14 | MR. HANNAH:  The next deposition clip and the slide | 10:08:11 |
| 15 | was also Peter Jones.  That was his November 26, 2019 | 10:08:14 |
| 16 | deposition.  This is Page 27, line 12, through 28, line 2. | 10:08:18 |
| 17 | We have labeled this as PTX-1913, and we would like to move | 10:08:25 |
| 18 | this into evidence. | 10:08:30 |
| 19 | THE COURT:  All right. | 10:08:32 |
| 20 | (Plaintiff's Exhibit PTX-1913 was received in | 10:08:33 |
| 21 | evidence.) | 10:08:35 |
| 22 | MR. HANNAH:  The last that was introduced yesterday | 10:08:35 |
| 23 | was the deposition testimony and slide of Martin Hughes. | 10:08:38 |
| 24 | This was his December 17, 2019 deposition.  It spanned from | 10:08:45 |
| 25 | Page 40, line 9 through line 19.  We have marked this as | 10:08:50 |

—Mitzenmacher, M. - Direct—

1    PTX-1914, and we would like to move that into evidence, as          10:08:56

2    well, Your Honor.                                                    10:09:00

3             THE COURT:  All right.  That will be admitted.             10:09:01

4             (Plaintiff's Exhibit PTX-1914 was received in             10:09:04

5    evidence.)                                                          10:09:05

6             MR. HANNAH:  Thank you, Your Honor.                        10:09:05

7             If it may please the Court, may I proceed?                 10:09:14

8             THE COURT:  You may.                                       10:09:17

9             MR. HANNAH:  Thank you, Your Honor.                        10:09:17

10            MICHAEL MITZENMACHER, PH.D., called by the                 10:06:05

11   Plaintiff, having been previously duly sworn, was examined         10:06:05

12   and testified further as follows:                                  10:06:05

13                    DIRECT EXAMINATION (Resumed)                       10:09:14

14   BY MR. HANNAH:                                                      10:09:14

15   Q.  Doctor, let's just bring up the summary of your opinions       10:09:22

16   for the '806 patent.                                               10:09:26

17            And can you remind the Court, what are your opinions      10:09:29

18   with regard to the '806 patent?                                    10:09:34

19   A.  My opinions for the '806 patent are that claims 9 and 17      10:09:36

20   are infringed by the sets of products you see on the left.        10:09:42

21   So that would be the Catalyst switches in combination with        10:09:48

22   the Digital Network Architecture, the Aggregation Services        10:09:52

23   Routers in combination with the Digital Network Architecture,     10:09:56

24   the Integrated Services Routers in conjunction with the           10:09:59

25   Digital Network Architecture.  And then a separate set of         10:10:03

Mitzenmacher, M. - Direct

1  products would be the Firepower and Adaptive Security                 10:10:07

2  Appliance products, together with the Firepower Management            10:10:11

3  Center.                                                               10:10:14

4         MR. HANNAH:  And, Your Honor, just as a reminder,              10:10:16

5  the plan is to run through the '806 patent, both claims 9 and         10:10:18

6  17 at the same time, with the Catalyst switches and the two           10:10:25

7  sets of routers, and then we'll run through the claims again          10:10:29

8  with the Firepower firewalls.                                         10:10:33

9         THE COURT:  All right.                                         10:10:37

10 BY MR. HANNAH:                                                        10:10:38

11 Q.  So, Doctor, let's turn to JTX-2.                                  10:10:39

12        Is this the --                                                 10:10:47

13        MR. HANNAH:  And this has already been admitted,               10:10:48

14 Your Honor.                                                           10:10:50

15 BY MR. HANNAH:                                                        10:10:50

16 Q.  Is this the '806 patent on which you provide your                 10:10:51

17 opinions?                                                             10:10:54

18 A.  Yes.                                                              10:10:54

19 Q.  Sir, can you tell the Court, looking at your                      10:10:55

20 demonstrative, what does the '806 patent generally cover?            10:11:00

21 A.  So the '806 patent covers a specific sort of method or            10:11:06

22 methodology for doing what we call a rule swap.  So the idea          10:11:13

23 is that you have a set of rules, but then there's going to be         10:11:18

24 changes, and so while you're doing the changes, you want to           10:11:21

25 do it efficiently and effectively in various ways.  So, as            10:11:26

Carol L. Naughton, Official Court Reporter

─Mitzenmacher, M. - Direct─

1    part of that, there's discussion about sort of preprocessing    10:11:31
2    an optimization in the claims, and the other is doing an    10:11:37
3    appropriate swap, as described in the claims.    10:11:40
4            And one of the outcomes of the way the claims    10:11:44
5    describe how to do this rule set swap is that it avoids the    10:11:48
6    dropping of packets during this intermediate time when you    10:11:55
7    have to swap the rule set.    10:11:58
8    Q.  For purposes of your analysis, we'll begin with the    10:12:00
9    Catalyst routers, the Catalyst switches, the Aggregated    10:12:06
10   Services Routers, and the Integrated Services Routers.    10:12:11
11           For purposes of infringement, do they operate in the    10:12:13
12   same way?    10:12:16
13   A.  Yes, they operate in the same way with regard to this.    10:12:16
14   Q.  And is that similar to like yesterday in that they    10:12:19
15   contain the same operating system?    10:12:24
16   A.  They contain the same operating system, and they use    10:12:26
17   similar codes for those operations.    10:12:29
18   Q.  So if we turn to the claims of the '806 patent, we see    10:12:33
19   that there's claim 9 on the left and then claim 17 on the    10:12:40
20   right.    10:12:44
21           Do you see that, Doctor?    10:12:44
22   A.  Yes.    10:12:46
23   Q.  Can you explain to the Court, what is the difference    10:12:46
24   between the two claims in this first set of elements?    10:12:48
25   A.  In the first set of elements, it's very similar to what    10:12:51

Mitzenmacher, M. - Direct

1    we saw before.  One -- claim 9 is a system claim, discussing          10:12:55
2    a system, comprising processors and memory.  The other is a          10:13:00
3    computer-readable media claim which would correspond to this,        10:13:04
4    to the instructions.                                                 10:13:10
5            Here, for the system and the computer-readable              10:13:12
6    media, we'll be discussing sort of both the actual, or the           10:13:17
7    system, the switches and routers -- the switches and routers         10:13:24
8    and the Digital Network Architecture that controls them.             10:13:25
9    Q.  And yesterday we saw several documents and had a                  10:13:29
10   discussion about whether the Catalyst switches, the ASR and          10:13:33
11   the ISR, the routers, whether they were a system, whether            10:13:39
12   they had a priority of processors, and whether they had              10:13:43
13   memory comprising instructions that, when executed, caused           10:13:47
14   the processors to perform certain tasks.                             10:13:50
15           Do the same documents that we looked at yesterday --        10:13:56
16   would they equally apply to this claim today?                        10:13:59
17   A.  Yes, they would for those, because, again, that's simply         10:14:01
18   discussing the processors and the memory.                            10:14:06
19   Q.  And then turning to claim 17, it has the one or more             10:14:08
20   non-transitory computer-readable media comprising                    10:14:14
21   instructions.  Would the same documents that we applied              10:14:18
22   yesterday apply to this claim today for the switches and the         10:14:21
23   routers?                                                             10:14:25
24   A.  Yes, they would.                                                 10:14:25
25   Q.  All right.  So rather than going back through those              10:14:26

Mitzenmacher, M. - Direct

1   documents, is it fair to say that the Catalyst switches and          10:14:29
2   routers and the ASR and ISR routers meet this claim element         10:14:33
3   for the same reasons that you discussed yesterday?                  10:14:39
4   A.   Yes, they do.                                                  10:14:40
5   Q.   Is it okay if we check that box?                               10:14:42
6   A.   Sure.                                                          10:14:45
7   Q.   Okay.  All right.  Let's turn to the first element, which      10:14:46
8   is the -- or I should say the receive element, which is            10:14:53
9   receiving a first rule set and a second rule set.                  10:14:57
10          Is this claim element identical between claim 9 and         10:14:59
11  claim 17?                                                          10:15:03
12  A.   Yes, it is.                                                    10:15:04
13  Q.   So can we take these at the same time?                        10:15:05
14  A.   Yes.                                                           10:15:07
15  Q.   Can you explain to the Court how the Catalyst switches         10:15:08
16  and the ASR and ISR routers receive a first rule set and a         10:15:13
17  second rule set?                                                    10:15:18
18  A.   Sure.  So, essentially, it receives them -- kind of           10:15:19
19  receives them in various ways, but one of the ways we'll be        10:15:25
20  talking about here is through the Digital Network                  10:15:30
21  Architecture.  So the Digital Network Architecture is what         10:15:33
22  passes down in sort of the command center for the routers and      10:15:38
23  the switches and can be used to pass or to send out the rule       10:15:41
24  sets to the routers and switches.  So you can think that the       10:15:45
25  rules come into the Digital Network Architecture center by         10:15:49

─────Mitzenmacher, M. - Direct─────

1   way of its various components And that these are -- it's then          10:15:54
2   passed through to the various routers and switches through            10:16:01
3   that center.                                                          10:16:05
4          And the reason we talk about a first rule set and a           10:16:06
5   second rule set is because these rules, as we've seen, they           10:16:09
6   have to change.  They're updated.  They're dynamic.  They             10:16:13
7   have to respond to new threats.  So you may start with a              10:16:17
8   first rule set, but over time, that rule set is going to be           10:16:20
9   updated or be fixed as the needs change.                              10:16:27
10  Q.  So if we turn to the next slide, which is a demonstrative         10:16:32
11  showing the Digital Network Architecture, can you explain to          10:16:40
12  the Court what's being shown here?                                    10:16:44
13  A.  Right.  So the Digital Network Architecture can receive           10:16:46
14  information, various sorts of threat intelligence from                10:16:52
15  various sources, which may cause it to say, I'm going to have         10:16:54
16  to change or update the rules.                                        10:16:59
17         We've seen a bit of that, I think, when we talked             10:17:00
18  about the previous patent; that, you know, there may be               10:17:01
19  updated information, a security threat with regard to                 10:17:08
20  exfiltration, that you determine, I've got to change how the          10:17:11
21  rules are functioning for some of the users.  But this can            10:17:14
22  come from, you know, information like Stealthwatch or threat          10:17:19
23  intelligence from other -- through other sources, third              10:17:25
24  parties, but also through Cisco itself.                               10:17:28
25  Q.  All right.  I'd like to turn your attention to PTX-1263.          10:17:31

───Mitzenmacher, M. - Direct───

1   And if we blow up the last paragraph on that first page, how          10:17:44

2   does this support your opinion as to whether the DNA center           10:17:51

3   interacts with the switches and the routers?                          10:17:56

4   A.   Right.  So as it says here, the routers and switches             10:17:59

5   support the Cisco DNA, even now with the software updates,            10:18:03

6   and using the DNA, the Digital Network Architecture, as we've         10:18:09

7   shown, that's a way of managing, spreading new rules out to           10:18:15

8   the entire system effectively and efficiently.                        10:18:19

9          MR. HANNAH:  Your Honor, we'd like to move PTX-1263           10:18:24

10  into evidence, please.                                                10:18:27

11         MR. GAUDET:  No objection.                                     10:18:29

12         THE COURT:  PTX-1263 --                                        10:18:29

13         MR. HANNAH:  1263, yes, Your Honor.                            10:18:36

14         THE COURT:  -- will be admitted.                               10:18:38

15         (Plaintiff's Exhibit PTX-1263 was received in                  10:18:39

16  evidence.)                                                            10:18:40

17         MR. HANNAH:  Thank you, Your Honor.                            10:18:40

18  BY MR. HANNAH:                                                        10:18:41

19  Q.   Doctor, I'd like to turn your attention to PTX-1315.             10:18:53

20         Can you explain to the Court what this document is?           10:19:03

21  A.   This is another document describing the Digital Network          10:19:06

22  Architecture system and software.                                     10:19:12

23         MR. HANNAH:  We'd like to move PTX-1315 into                   10:19:13

24  evidence, please.                                                     10:19:17

25         MR. GAUDET:  No objection.                                     10:19:18

578

————Mitzenmacher, M. - Direct————

1    THE COURT:  PTX-1315 will be admitted.                     10:19:24

2        (Plaintiff's Exhibit PTX-1315 was received in          10:19:36

3    evidence.)                                                 10:19:34

4        MR. HANNAH:  Thank you, Your Honor.                    10:19:34

5    BY MR. HANNAH:                                             10:19:38

6    Q.  I'd like to turn your attention to Page 7 of this      10:19:45

7    document.                                                  10:19:50

8        MR. HANNAH:  And, Your Honor, this is ending in        10:19:50

9    corresponding Bates number 0007.                           10:19:53

10       THE COURT:  Right.                                     10:19:56

11   BY MR. HANNAH:                                             10:19:59

12   Q.  Doctor, can you explain what's being shown here, in terms  10:20:00

13   of on this slide?                                          10:20:05

14   A.  This is a high-level description of what Cisco's aiming 10:20:06

15   for with the Digital Network Architecture.  In particular, 10:20:12

16   you can see that it is built-in security.  And this notion 10:20:17

17   of, you know, business insights, they discuss this throughout  10:20:20

18   their documents; that this provides a way of having -- it  10:20:24

19   basically discusses things like you provide intents or     10:20:29

20   suggestions, and then the rules adapt as the network adapts.  10:20:33

21       So this will also lead to rule changes as new          10:20:36

22   elements enter or act as a threat to the security system.  10:20:42

23   You know, automated, again, that there's the sort of       10:20:47

24   automated drivers element to access the system, as well.   10:20:50

25   Q.  All right.  I'd like to turn your attention to PTX-1294.  10:20:58

─────Mitzenmacher, M. - Direct─────

1      Can you explain to the Court what this document is?      10:21:06

2   A.  This is the data sheet describing the Digital Network   10:21:09

3   Architecture center.  So, again, this would be an           10:21:15

4   outward-facing document that would be available to the public  10:21:18

5   or the customers.                                           10:21:21

6        MR. HANNAH:  Your Honor, we'd like to move PTX-1294    10:21:24

7   into evidence.                                              10:21:27

8        MR. GAUDET:  No objection.                             10:21:32

9        THE COURT:  That will be admitted.                     10:21:38

10       (Plaintiff's Exhibit PTX-1294 was received in          10:21:38

11   evidence.)                                                 10:21:38

12       MR. HANNAH:  Thank you, Your Honor.                    10:21:41

13  BY MR. HANNAH:                                              10:21:49

14  Q.  I'd like to turn to Page 3 of this document.            10:21:49

15       MR. HANNAH:  And, Your Honor, that is on               10:21:52

16  corresponding Bates number 0003.                            10:21:54

17  BY MR. HANNAH:                                              10:21:54

18  Q.  If we could look at the last paragraph, Doctor, can you  10:21:56

19  explain what this document is showing?                      10:21:59

20  A.  Right.  So it mentions this is describing the platform,  10:22:02

21  and it says that, "An open and extensible platform allows   10:22:09

22  third-party applications and processes to exchange data and  10:22:14

23  intelligence with the Cisco DNA center.  This improves IT   10:22:17

24  operations by automating workflow processes based on network  10:22:21

25  intelligence coming from the Cisco DNA center."             10:22:28

———Mitzenmacher, M. - Direct———

| | | |
|---|---|---|
| 1 | So, again, this is showing that the Digital Network | 10:22:30 |
| 2 | Architecture center is receiving, obtaining, you know, | 10:22:34 |
| 3 | various threat intelligence, and it can use that to provide | 10:22:38 |
| 4 | new rules or to make changes into the underlying security | 10:22:42 |
| 5 | rules used by the switches and routers. | 10:22:47 |
| 6 | Q.  And can you explain how this is showing that the DNA | 10:22:51 |
| 7 | center is receiving -- the DNA center with the switches and | 10:22:56 |
| 8 | the routers is receiving a first and a second rule set? | 10:22:59 |
| 9 | A.  So what this threat intelligence information -- right? -- | 10:23:02 |
| 10 | is this is one of the ways that it gets new rules, right?  So | 10:23:07 |
| 11 | this threat information is typically given in a format. | 10:23:10 |
| 12 | Sometimes it's referred to as observables.  This would be, | 10:23:15 |
| 13 | you know, problems or issues that have arisen, and they | 10:23:18 |
| 14 | generally are also given with a corresponding action or a | 10:23:25 |
| 15 | suggestion, like, here is something bad; you should block it. | 10:23:29 |
| 16 | Or, here's something potentially dangerous; you should block | 10:23:32 |
| 17 | it.  Or, in some cases, the action may be simply to monitor | 10:23:36 |
| 18 | it so that you can observe and see that it's something that | 10:23:40 |
| 19 | may be a later cause for action. | 10:23:44 |
| 20 | Q.  And as we saw in the previous documents and in this one, | 10:23:47 |
| 21 | as well, does the DNA center provide security for the | 10:23:51 |
| 22 | switches and the routers? | 10:23:56 |
| 23 | A.  Yes.  The DNA center will update the switches and routers | 10:23:57 |
| 24 | with new rules, as needed. | 10:24:04 |
| 25 | Q.  Doctor, I'd like to turn your attention to -- | 10:24:08 |

—Mitzenmacher, M. - Direct—

1        THE COURT:  Excuse me.                                10:24:12

2        In your view, this language suggests that the rules   10:24:12

3   continually change during the operation of the network?  Is   10:24:24

4   that what that language means to you?                      10:24:32

5        THE WITNESS:  So I'd say, yes, with maybe the caveat   10:24:34

6   that "continually," you know, might be a bit of a stretch,   10:24:40

7   simply because they'll get the new rules, they'll process   10:24:46

8   those new rules, they'll decide when they need to have an   10:24:49

9   update, and that will depend on the situation.  So, you    10:24:54

10   know --                                                    10:24:58

11        THE COURT:  Well, when the patent says "one set of   10:24:58

12   rules" and "two sets of rules" --                          10:25:01

13        THE WITNESS:  Yes.                                    10:25:01

14        THE COURT:  -- you interpret that as meaning three   10:25:07

15   sets of rules, four sets of rules?                         10:25:12

16        In other words, it continues to replace the rules as   10:25:14

17   needed, not just one rule -- two sets.                     10:25:17

18        THE WITNESS:  Right.  So I'm not sure what the right   10:25:26

19   way to interpret is from the legal standpoint, since it calls   10:25:28

20   for two sets of rules, but certainly in practical settings   10:25:34

21   I'd imagine there would be further updates of rules; that I   10:25:40

22   imagine it could be more than two, or you might expect       10:25:44

23   additional rules in sequence, in the way that you're       10:25:48

24   thinking, yes.                                             10:25:51

25        THE COURT:  And this last reference, 1294, suggests   10:25:52

Carol L. Naughton, Official Court Reporter

————Mitzenmacher, M. - Direct————

1   to you -- "continuous" is not a good word, but it will          10:25:59
2   automatically replace the existing rules, when needed, based    10:26:08
3   on the threat intelligence?                                     10:26:15
4           THE WITNESS:  Yes.  That's one of the things it         10:26:18
5   does, yes.                                                      10:26:20
6           THE COURT:  And this language is what tells you         10:26:22
7   that, this language here?                                       10:26:26
8           THE WITNESS:  Yes.                                      10:26:28
9           THE COURT:  Because the prior language didn't           10:26:29
10  exactly say that.                                               10:26:32
11          THE WITNESS:  I think we'll see other documents and     10:26:34
12  other testimony that helps explain that, as well, but          10:26:35
13  certainly this language is part of it, and I think we'll see    10:26:40
14  more examples.                                                  10:26:44
15          THE COURT:  All right.                                  10:26:45
16  BY MR. HANNAH:                                                  10:26:51
17  Q.  Well, let's turn to PTX-992.  And we previewed this         10:26:52
18  yesterday when we were talking about the Cisco Stealthwatch     10:26:54
19  which was integrated.                                           10:26:57
20          MR. HANNAH:  And, Your Honor, this has already been     10:26:59
21  admitted into evidence.  We discussed this yesterday.          10:27:01
22          THE COURT:  Right.                                      10:27:05
23  BY MR. HANNAH:                                                  10:27:06
24  Q.  If we go to the second page of this document under the      10:27:07
25  "Predictive Threat Analytics," how it talks about that the     10:27:12

Carol L. Naughton, Official Court Reporter

—————————Mitzenmacher, M. - Direct—————————

| | | |
|---|---|---|
| 1 | engine is using the Cisco Talos threat intelligence, can you | 10:27:20 |
| 2 | explain, Doctor, how this informed your opinion as to whether | 10:27:25 |
| 3 | the DNA center with the switches and the routers are | 10:27:29 |
| 4 | receiving rules? | 10:27:34 |
| 5 | A.  Right.  So it's receiving updates from Stealthwatch, | 10:27:34 |
| 6 | which is part of the Digital Network Architecture, and some | 10:27:39 |
| 7 | of those updates can be based on -- | 10:27:45 |
| 8 | MR. GAUDET:  Your Honor, I apologize.  I have an | 10:27:48 |
| 9 | objection to this, which is that Stealthwatch is not an | 10:27:49 |
| 10 | accused product on this patent and was not identified as an | 10:27:54 |
| 11 | accused product in the expert's report.  It was certainly | 10:27:58 |
| 12 | identified as an accused product on other patents, and | 10:28:01 |
| 13 | clearly set forth in that way in the expert's report, but not | 10:28:05 |
| 14 | on this patent. | 10:28:08 |
| 15 | MR. HANNAH:  Your Honor, we showed yesterday in | 10:28:18 |
| 16 | PTX-1281 that Cisco's Stealthwatch is integrated into the DNA | 10:28:20 |
| 17 | center, and so that integration into the DNA center makes | 10:28:25 |
| 18 | Stealthwatch relevant. | 10:28:31 |
| 19 | MR. GAUDET:  Your Honor, if I could respond just | 10:28:34 |
| 20 | briefly. | 10:28:37 |
| 21 | This is a matter of simple notice.  They are two | 10:28:37 |
| 22 | absolutely different products.  You can buy one without the | 10:28:41 |
| 23 | other.  Most people do.  And he never put us on notice that | 10:28:43 |
| 24 | he was saying Stealthwatch was accused with respect to this | 10:28:48 |
| 25 | patent. | 10:28:53 |

—————Mitzenmacher, M. - Direct—————

1          THE COURT:  Well, that's a matter of argument.  I'll          10:28:55

2     have to look at the documents to see if accusing DNA would be     10:28:58

3     equivalent to accusing Stealthwatch.                              10:29:08

4          MR. GAUDET:  We just wanted to preserve the                  10:29:12

5     objection.  We don't mean to sidetrack things any more than       10:29:14

6     that, Your Honor.                                                 10:29:18

7          THE COURT:  Well, I think the point it raises is if          10:29:19

8     they accuse the network DNA, did that incorporate                 10:29:25

9     Stealthwatch as being part of that, and that's a matter of        10:29:35

10    argument that the Court will have to decide.  I'll let the        10:29:42

11    witness continue.                                                 10:29:48

12          MR. HANNAH:  Thank you, Your Honor.                         10:29:50

13          THE WITNESS:  Thanks.                                       10:29:50

14          And if I may just clarify on that point that was            10:29:52

15    raised, I admit, I'd have to look back in my report for the       10:29:58

16    wording.  My recollection is that we discussed in my report,      10:30:02

17    you know, the DNA architecture as a whole.                        10:30:05

18          However, if we're simply talking about -- remember,        10:30:09

19    here we're just talking about receiving rule sets, and even       10:30:13

20    if Stealthwatch wasn't included, the DNA center receives rule     10:30:16

21    sets, and this is simply showing where it receives it from.       10:30:23

22    Like it wouldn't have to be accusing Stealthwatch in              10:30:26

23    particular, because like the DNA center would receive this        10:30:30

24    through -- you know, from Stealthwatch through the Talos          10:30:34

25    threat intelligence.                                              10:30:39

Mitzenmacher, M. - Direct

| | | |
|---|---|---|
| 1 | But, as you can see here, the idea is that | 10:30:41 |
| 2 | Stealthwatch uses the internal telemetry and the threat | 10:30:44 |
| 3 | intelligence and uses this to send information to the DNA | 10:30:54 |
| 4 | center, which receives these rules and rule sets. | 10:30:59 |
| 5 | THE COURT:  Okay. | 10:31:03 |
| 6 | BY MR. HANNAH: | 10:31:09 |
| 7 | Q.  All right.  Doctor, if we turn back to the claims of the | 10:31:10 |
| 8 | '806 patent, based on all of the information and documents | 10:31:14 |
| 9 | that you reviewed, does the DNA center, with the switches and | 10:31:19 |
| 10 | routers -- does it receive a first and second rule set? | 10:31:25 |
| 11 | A.  Yes. | 10:31:27 |
| 12 | Q.  So can we check that box for both claims 9 and 17? | 10:31:28 |
| 13 | A.  Yes. | 10:31:34 |
| 14 | Q.  All right.  If we turn to the next element, which is the | 10:31:35 |
| 15 | preprocessing, the first rule set and the second rule set, | 10:31:39 |
| 16 | can you explain to the Court what is required by this | 10:31:42 |
| 17 | element? | 10:31:45 |
| 18 | A.  So for each of these rule sets, the idea is that you're | 10:31:45 |
| 19 | going to -- before you actually configure the computing | 10:31:51 |
| 20 | system to use these rule sets, you'd like to optimize their | 10:31:58 |
| 21 | performance. | 10:32:02 |
| 22 | So this optimization can take different forms; in | 10:32:03 |
| 23 | particular, like removing duplicates or setting it up | 10:32:06 |
| 24 | appropriately to work most efficiently on the engine.  But | 10:32:10 |
| 25 | the idea is that when you have these rule sets, you're going | 10:32:15 |

─────────Mitzenmacher, M. - Direct─────────

| | | |
|---|---|---|
| 1 | to prepare them so that they make sense for when you're | 10:32:19 |
| 2 | actually going to be using them. | 10:32:25 |
| 3 | Q.  All right.  Thank you, Doctor. | 10:32:26 |
| 4 | I'd like to turn your attention to -- back to | 10:32:31 |
| 5 | PTX-1294. | 10:32:36 |
| 6 | MR. HANNAH:  Your Honor, this has just been admitted | 10:32:37 |
| 7 | into evidence. | 10:32:39 |
| 8 | THE COURT:  1294? | 10:32:43 |
| 9 | MR. HANNAH:  1294, yes, Your Honor. | 10:32:46 |
| 10 | THE COURT:  All right. | 10:32:56 |
| 11 | MR. HANNAH:  If we go to Page 15 of this document, | 10:32:58 |
| 12 | which is the Bates number corresponding to 15, 0015. | 10:33:02 |
| 13 | THE COURT:  Right. | 10:33:05 |
| 14 | BY MR. HANNAH: | 10:33:10 |
| 15 | Q.  If we look at the bottom section of this document, where | 10:33:11 |
| 16 | it talks about the policy creation, Doctor, can you explain | 10:33:16 |
| 17 | for the Court how this informed your opinion with regard to | 10:33:20 |
| 18 | the preprocessing of the first and second rule set to | 10:33:23 |
| 19 | optimize performance? | 10:33:27 |
| 20 | A.  Right.  So it's talking about, you know, creation of | 10:33:29 |
| 21 | policies, and policies are collections of rules, and, again, | 10:33:33 |
| 22 | these policies can change according to network conditions and | 10:33:40 |
| 23 | according to new information received in.  And, as it says, | 10:33:47 |
| 24 | you know, policies are translated by Cisco DNA center into | 10:33:51 |
| 25 | network-specific and to device-specific configurations that | 10:33:56 |

587

—Mitzenmacher, M. - Direct—

| | | |
|---|---|---|
| 1 | can be adjusted dynamically, based on network conditions. | 10:34:03 |
| 2 | So, to me, when it's talking about these | 10:34:06 |
| 3 | network-specific and device-specific configurations, that | 10:34:11 |
| 4 | says that it's preprocessing and optimizing the rules for the | 10:34:14 |
| 5 | various devices they will be put on, which are the specific | 10:34:18 |
| 6 | switches and routers.  And, again, we can see the dynamic | 10:34:21 |
| 7 | adjustments; that the policies may change or be updated | 10:34:25 |
| 8 | according to the information obtained in the network | 10:34:29 |
| 9 | conditions. | 10:34:36 |
| 10 | MR. HANNAH:  If you could just highlight that, | 10:34:37 |
| 11 | Geoff.  It would just be the second line, starting with | 10:34:41 |
| 12 | "policies." | 10:34:42 |
| 13 | BY MR. HANNAH: | 10:34:42 |
| 14 | Q.  Doctor, can you explain?  What does it mean for these | 10:34:43 |
| 15 | policies to be adjusted dynamically? | 10:34:45 |
| 16 | A.  So, again, that means that they change.  So they have to | 10:34:51 |
| 17 | change and respond to various circumstances, and this is why | 10:34:54 |
| 18 | you get these multiple rule sets. | 10:34:58 |
| 19 | Q.  I'd like to move on to a new document, which is PTX-1385. | 10:35:11 |
| 20 | Doctor, can you, please, explain what PTX-1385 is? | 10:35:15 |
| 21 | A.  This is a specification document for the DNA center, the | 10:35:20 |
| 22 | Digital Network Architecture center.  I believe this to be an | 10:35:31 |
| 23 | internal document for Cisco. | 10:35:35 |
| 24 | MR. HANNAH:  Your Honor, we'd like to move PTX-1385 | 10:35:37 |
| 25 | into evidence, please. | 10:35:42 |

─────Mitzenmacher, M. - Direct─────

1        MR. GAUDET:  No objection, Your Honor.                10:35:43

2        THE COURT:  1385 will be admitted.                   10:35:43

3        (Plaintiff's Exhibit PTX-1385 was received in        10:35:46

4   evidence.)                                                10:35:47

5        MR. HANNAH:  Thank you, Your Honor.                  10:35:47

6   BY MR. HANNAH:                                            10:35:48

7   Q.  So if we can go to Page 18 of this document.          10:35:48

8        MR. HANNAH:  And, again, Your Honor, it has the same 10:35:51

9   corresponding Bates label, which is 0018.                 10:35:54

10        THE COURT:  All right.                              10:36:01

11   BY MR. HANNAH:                                            10:36:01

12   Q.  And if we look under 3.4.1, that paragraph and then the  10:36:04

13   diagram here, Doctor, can you explain what it means when it  10:36:08

14   says the "Policy discovery" -- in that third line, "Policy   10:36:12

15   discovery is the process of determining the appropriate rules 10:36:18

16   that the network should apply to a device"?               10:36:21

17   A.  Right.  So the policy discovery -- I mean, this is just   10:36:28

18   saying that the appropriate policy may have to change, right? 10:36:31

19   We've seen it because of additional information that can come 10:36:35

20   in through other sources, including, you know, we have seen  10:36:40

21   intelligence feeds, or Stealthwatch, or other sources that   10:36:47

22   the appropriate rules of the network that should apply to a  10:36:51

23   device should change, and so the setup for the Cisco DNA     10:36:54

24   center is to obtain these changes and, again, distribute them 10:36:59

25   appropriately throughout the routers and switches in the     10:37:03

Mitzenmacher, M. - Direct

```
 1   network.                                                    10:37:09
 2   Q.  And can you explain what's being shown with the diagram  10:37:09
 3   that's being shown on the screen and how this maps to the   10:37:14
 4   preprocessing of the first and second rule set to optimize  10:37:19
 5   the system, as recited in the claims?                       10:37:22
 6   A.  Right.  So the policy discovery is showing some of the  10:37:25
 7   ways that it can take new incoming information, and there    10:37:31
 8   will be, based on that, new policy -- new policies developed.  10:37:38
 9   So that means changing the rules, right?  Whenever you have a  10:37:41
10   new policy, the way that policy is implemented is you have to  10:37:44
11   change the corresponding rules on the devices.              10:37:48
12           And so you can see that it goes through the sequence  10:37:52
13   of discovery, modeling, selection, which may go through      10:37:56
14   editing and approval, and eventually this policy gets        10:38:00
15   deployed, right?  So it gets put onto the network.  So this  10:38:04
16   shows, again, that there is various preprocessing and        10:38:07
17   optimization of the proposed rules in order to -- before     10:38:12
18   they're deployed.                                           10:38:18
19   Q.  With that, I'd like to move to PTX-1348.                10:38:19
20           Doctor, can you explain what PTX-1348 is?           10:38:35
21   A.  This is a paper that Cisco developed that's written in a  10:38:38
22   sort of more formal academic paper framework that describes  10:38:50
23   the Cisco Digital Network Architecture.                     10:38:56
24           MR. HANNAH:  Your Honor, at this point we'd like to  10:39:02
25   move PTX-1348 into evidence, please.                        10:39:03
```

```
                        ─Mitzenmacher, M. - Direct─
```

1          MR. GAUDET:  No objection, Your Honor.                10:39:07

2          THE COURT:  PTX-1348 will be admitted.                10:39:08

3          (Plaintiff's Exhibit PTX-1348 was received in         10:39:12

4    evidence.)                                                  10:39:13

5          MR. HANNAH:  Thank you, Your Honor.                   10:39:13

6    BY MR. HANNAH:                                              10:39:14

7    Q.  If we could go to Page 5 of this document.              10:39:14

8          MR. HANNAH:  And, Your Honor, this also has           10:39:22

9    corresponding Bates label 0005.                             10:39:24

10         THE COURT:  All right.                                10:39:28

11   BY MR. HANNAH:                                              10:39:29

12   Q.  If we go to the second paragraph under "Automation," can 10:39:30

13   you explain what this paragraph is showing in the context of 10:39:39

14   automation for the DNA center?                              10:39:45

15   A.  Sure.  So this is saying that, as I said in the first   10:39:46

16   sentence, "The DNA controller is vital to drive the policies 10:40:00

17   associated with digitalized services consistently throughout 10:40:04

18   the network infrastructure."                                10:40:09

19         So, here again, what we're seeing is that it's the    10:40:13

20   controller that is going to -- when it says, "drive the     10:40:17

21   policies," that's, you know, manage, send out, and update the 10:40:20

22   corresponding rule sets.                                    10:40:26

23         So, as it says, like, it translates the business      10:40:29

24   intent or the digital services into an actionable and       10:40:34

25   verifiable network policy.  So the policies themselves are  10:40:40

—Mitzenmacher, M. - Direct—

1    going to be updated, changed, and, as it says in the next,          10:40:43
2    that the policies may need to be multiple domain-specific          10:40:49
3    network policies.  So, again, this matches what we had             10:40:56
4    previously seen; that the policies would have to be set up         10:40:58
5    appropriately or managed appropriately for the specific            10:41:02
6    devices that they were going to be placed on.                      10:41:06
7         "The DNA controller thus implements policy in any             10:41:10
8    part of the network that a service instance reaches."  So,         10:41:15
9    again, the DNA controller is passing around and                    10:41:20
10   substantiating sending the policy, including the needed            10:41:24
11   updates, to all the corresponding devices, the routers, and       10:41:27
12   switches that it controls.                                         10:41:31
13        And I guess just at the end, you know, it discusses,          10:41:40
14   "For all variants of policies" -- again, there are going to        10:41:42
15   be multiple policies around -- "such as those governing            10:41:46
16   access, transport, or path optimization."  So it's doing           10:41:50
17   various processing of the rules in order to set them up            10:41:54
18   appropriately for the domain.                                      10:41:57
19   Q.  How does that inform your opinion whether the rules are        10:42:00
20   preprocessed to optimize performance?                              10:42:05
21   A.  Well, to me, this also says that the rules are                 10:42:08
22   preprocessed to optimize performance on the given network.         10:42:05
23        MR. HANNAH:  Your Honor, at this point we'd like to           10:42:17
24   show some source code, so we would like to seal the                10:42:19
25   courtroom, in accordance with the procedure that we discussed      10:42:23

Carol L. Naughton, Official Court Reporter

─────Mitzenmacher, M. - Direct─────

```
 1   earlier.                                                          10:42:27

 2          THE COURT:  All right.  For those people who are           10:42:29

 3   observing via audio, this is the same thing we did yesterday,     10:42:31

 4   and it's equivalent to having a bench conference from which       10:42:40

 5   the audience is excluded.  So I'll ask the host to please         10:42:52

 6   mute the audio at this time.                                      10:43:00

 7          MR. GAUDET:  Your Honor, this is Matt Gaudet.              10:43:09

 8          We would just ask, again, for Centripetal's               10:43:11

 9   confirmation that Jonathan Rogers and any other fact             10:43:13

10   witnesses for Centripetal also step out just for this            10:43:18

11   portion.                                                          10:43:22

12          THE COURT:  All right.                                    10:43:25

13          MR. HANNAH:  Yes, Jonathan Rogers will leave the          10:43:30

14   room, and then we'll let him know when he can come back.         10:43:33

15          And I believe I already moved this in, but just in        10:43:37

16   case, Your Honor, we'd like to move in PTX-1348, which is the    10:43:40

17   article we just discussed that described the Digital Network     10:43:44

18   Architecture.                                                     10:43:49

19          THE COURT:  Yes, I have that as admitted.                 10:43:52

20          MR. HANNAH:  Okay.  Thank you, Your Honor.                10:43:55

21          (Confidential testimony from Page 592, Line 21,

22   through Page 595, Line 15, was redacted.)

23                      * * * * * * *

24

25
```

Carol L. Naughton, Official Court Reporter

—————————Mitzenmacher, M. - Direct—————————

1

2

3

4

5

6

7

8

9

10

11

12

13          (Confidential testimony from Page 592, Line 21,

14    through Page 595, Line 15, was redacted.)

15                  * * * * * * *                          10:48:31

16    BY MR. HANNAH:                                       10:48:31

17    Q.  Doctor, based on the evidence that you reviewed, do the   10:48:32

18    Cisco Catalyst switches and the ASR and ISR routers -- do   10:48:36

19    they meet the preprocessing, the first rule set and second   10:48:41

20    rule set element, as set forth in claims 9 and 17?    10:48:47

21    A.  Yes, they do.                                    10:48:51

22    Q.  And can we check that box?                       10:48:52

23    A.  Yes.                                             10:48:54

24    Q.  All right.  I'd like to move to the next claim element,   10:48:55

25    which is the configure the at least two processors, the after   10:48:59

—Mitzenmacher, M. - Direct—

1   processing, and the process elements.  And I see that we've          10:49:07
2   bolted these all together.  Can you explain to the Court why          10:49:11
3   we grouped them together and what they require?                       10:49:14
4   A.  Yeah.  During my explanation, I think it makes sense to           10:49:16
5   run these all together, since they're all related to the             10:49:21
6   first rule set.                                                       10:49:26
7           And what this is saying is that, you know, once the           10:49:27
8   first rule set is available or ready, we're going to                  10:49:30
9   configure the system.  So now we're moving from the DNA              10:49:34
10  center to the actual routers and switches, and we're going to        10:49:38
11  configure those processors on the routers and switches to use        10:49:44
12  the first rule set.                                                   10:49:50
13          So, obviously, when it says the first rule set, uses         10:49:51
14  the first rule set, what that means is you've got to set it          10:49:55
15  up or configure it to use that first rule set.  You know,            10:49:58
16  once it's set up, you'll start receiving packets, and you'll         10:50:05
17  actually use that first rule set to process those packets.           10:50:08
18  So these three naturally come together and discuss what              10:50:13
19  you're going to do with the first rule set.                          10:50:17
20  Q.  All right.  So if we can move to the PTX-1195.                    10:50:20
21          And, Doctor, can you explain what this is?                    10:50:41
22  A.  Right.  So I'll be referring to this sort of for a               10:50:44
23  while -- or this sort of system for a while.                          10:50:49
24          They refer to this method for updating within Cisco          10:50:54
25  that they sometimes refer to.  This is a hitless ACL update.          10:50:58

Carol L. Naughton, Official Court Reporter

─Mitzenmacher, M. - Direct─

1   Remember, ACL is Access Control List, so that's, again, a way          10:51:05
2   of saying, you know, rules -- or a collection that                      10:51:11
3   corresponds to rules.                                                   10:51:15
4           I forget what FED stands for, but that's their name,           10:51:17
5   I think, for this project.  And so this is the specification            10:51:23
6   describing how the rules and rule swap works in this setting.           10:51:26
7           MR. HANNAH:  Your Honor, at this point we'd like to             10:51:33
8   move PTX-1195 into evidence.                                            10:51:35
9           THE COURT:  That will be admitted.                              10:51:37
10          (Plaintiff's Exhibit PTX-1195 was received in                   10:51:39
11  evidence.)                                                              10:51:43
12  BY MR. HANNAH:                                                          10:51:43
13  Q.  All right.  Doctor, I'd like to turn your attention to              10:51:43
14  Page 3 of this document.                                                10:51:46
15          And if we look under 2.1, can you explain what's                10:51:53
16  being shown here?                                                       10:51:57
17  A.  So this document is describing -- you know, it's a                  10:51:59
18  specification that's describing both the old system and the             10:52:08
19  new system, so this is -- right now, in this section, it's              10:52:11
20  describing the system that I just listed previous, when they            10:52:18
21  implemented this version.                                               10:52:27
22          And I guess of particular importance in the top is              10:52:28
23  that currently whenever there's a change to the ACE and the             10:52:31
24  ACL, the data will drop packets during the change to the                10:52:37
25  hardware programming.  So this is describing a system.                  10:52:40

─────────Mitzenmacher, M. - Direct─────────

1    Again, ACL is Access Control List.  ACE is, if I'm          10:52:45

2  remembering right, Access Control Element.  So it's like a    10:52:50

3  member of the list.  It's like one of the rules in this       10:52:54

4  collection or list of rules.  And what it's saying is that,   10:52:57

5  you know, with the previous system, you know, it would be set 10:53:02

6  that, whenever there was a change, there might be a brief      10:53:07

7  period where it might drop packets in order to deal with      10:53:12

8  changing that rule set.  And, as we'll see, the new system is 10:53:15

9  designed differently.                                         10:53:20

10    But, in particular, overall what this document shows      10:53:22

11  with relation to what we were talking about before -- and    10:53:26

12  we'll see this both in the other section -- is that there is 10:53:30

13  like a first rule set.  This is the ACL, that rule set before 10:53:32

14  the change, and that rule set is, of course, processing      10:53:39

15  packets.                                                      10:53:42

16    THE COURT:  Is this change what makes the operating       10:53:44

17  system dynamic?                                               10:53:51

18    THE WITNESS:  That is one of the things, yeah.  I         10:53:52

19  mean, that is one of the things that I would say makes the   10:53:55

20  system dynamic, is that it can change the rules as needed, as 10:53:58

21  new situations come up, as it gets more information.         10:54:03

22  BY MR. HANNAH:                                                10:54:05

23  Q.  So, Doctor, is it fair to say that the old system would  10:54:13

24  drop packets when the rules would be changed, but then the   10:54:19

25  new system would not drop any packets?                       10:54:24

Mitzenmacher, M. - Direct

1    A.   That's the way it's set up, yes, definitely, and I think                  10:54:27

2    this is part of the reason for the change.  And, as I said,                    10:54:32

3    in particular with regard to the claim elements, the fact                      10:54:38

4    that it's dropping packets shows that the previous rules were                  10:54:41

5    designed to handle packets.                                                    10:54:45

6          THE COURT:  Well, what would happen under the                            10:54:47

7    previous system, I suppose, is if the packets were dropped                     10:54:51

8    while the system was being changed, you'd have to put them                     10:54:59

9    through the system again to get past the new rules.  Is that                   10:55:04

10   what you're doing?                                                             10:55:08

11         THE WITNESS:  So during the time of the rule change,                     10:55:08

12   the idea is that you don't want to let anything dangerous                      10:55:09

13   pass, so during the rule change, to be safe, you might drop                    10:55:13

14   some packets, and the idea is that they would be resent later                  10:55:18

15   and then examined again when the new rule set was                              10:55:23

16   substantiated.                                                                 10:55:26

17         THE COURT:  All right.  So this technology prevents                      10:55:28

18   you from having to do that.                                                    10:55:31

19         THE WITNESS:  Right.                                                     10:55:33

20         THE COURT:  And it's supposed to work very fast so                       10:55:34

21   that the user wouldn't notice any delay in the packets moving                  10:55:37

22   through the system.                                                            10:55:42

23         THE WITNESS:  Absolutely.  You don't want the user                       10:55:43

24   to notice anything in particular.  If there's dropped                          10:55:47

25   packets, the user might notice, and that can be problematic.                   10:55:53

———Mitzenmacher, M. - Direct———

1   So, right, the entire design is to make it more invisible to                10:55:56
2   the users so they won't see dropped packets and the                         10:56:02
3   corresponding delay.                                                        10:56:06
4           THE COURT:  All right.                                             10:56:09
5   BY MR. HANNAH:                                                              10:56:10
6   Q.  That leads us to the next page of this document, which is               10:56:11
7   Page 4.                                                                     10:56:14
8           MR. HANNAH:  And it has the same corresponding Bates               10:56:17
9   label, Your Honor, as 004.                                                  10:56:19
10  BY MR. HANNAH:                                                              10:56:19
11  Q.  If we highlight that top paragraph, Doctor, can you                     10:56:23
12  explain what the feature is that they've put into the                       10:56:27
13  products to prevent the dropping of the packets while the                   10:56:31
14  rules are being swapped?                                                    10:56:34
15  A.  For this new feature, no packet should drop when                        10:56:35
16  programming the new TCAM.  So TCAM is one of our                            10:56:40
17  abbreviations on the abbreviation list, ternary                             10:56:45
18  content-addressable memory.  That's where the rules are going               10:56:49
19  to get stored.                                                              10:56:53
20          And this may come up later, but ternary                            10:56:55
21  content-addressable memory is a special type of way of                      10:57:00
22  storing data in memory, in particular storing the rules of                  10:57:05
23  memory that allows very, very quick tracking of the packet                  10:57:10
24  header information to see if it matches any rules.  And,                     10:57:13
25  remember, the rules are what will tell you whether it's                     10:57:17

———Mitzenmacher, M. - Direct———

1    dropped or allowed or, in other cases, where to send the         10:57:19
2    packet on to.                                                     10:57:29
3           Right, so the main point here is exactly that:  They       10:57:34
4    have this new feature, this new system, so that no packets        10:57:37
5    should drop, but, in particular, this shows that they have        10:57:41
6    rule sets, the rule sets are designed to be changed and           10:57:43
7    updated.  So there's a first rule set, and the first rule set     10:57:46
8    is handling packets as required by the claim element.             10:57:49
9           THE COURT:  Well, there has to be some unit of time        10:57:54
10   that's consumed by changing the rule set, however minute that     10:58:02
11   time frame may be.                                                10:58:10
12          THE WITNESS:  That's exactly right, and we're going        10:58:13
13   to be talking about that in the later claim elements.  And        10:58:15
14   what has to happen is that the claim elements are going to        10:58:18
15   discuss that during that changeover, you need to buffer or        10:58:23
16   store the packets so that during that quick time where you're     10:58:28
17   changing the rules, you can just sort of hold packets and         10:58:32
18   have them wait without having to drop them, without losing        10:58:35
19   them for that small delay, and then you get back to               10:58:39
20   processing the packets again as quickly as possible.             10:58:43
21          THE COURT:  Well, that's what this TCAM is?                10:58:46
22          THE WITNESS:  The TCAM -- the TCAM is the memory for       10:58:49
23   the rules.  There's going to be a separate memory.  It's          10:58:58
24   going to be called in the claim elements, I think, a cache        10:59:01
25   that holds the actual packets while they're waiting.              10:59:07

─────Mitzenmacher, M. - Direct─────

1    So you need memory for the rules, but you also need     10:59:10

2    memory for the packets during the switchover.           10:59:12

3    THE COURT:  All right.                                   10:59:17

4    BY MR. HANNAH:                                           10:59:17

5    Q.  If we look later in this document, on this page, it says,   10:59:20

6    "The sequence of events that are being illustrated here."   10:59:25

7    Can you explain for the Court what's being shown          10:59:30

8    here in terms of the sequence of events and how this process   10:59:32

9    works?                                                    10:59:36

10   A.  Right.  So the first two elements -- or the first two   10:59:39

11   parts are saying about, okay, there's been some sort of   10:59:42

12   change.  You've received something which says, I want to   10:59:47

13   change something in the rule set.  And so, you know, when   10:59:50

14   that happens, there's a corresponding policy update, and when   10:59:59

15   there's a policy update, right, then you go through the   11:00:07

16   sequence of steps, where, if you look at 9 and 10, you're   11:00:12

17   going to add the new TCAM entries, right, you're going to put   11:00:19

18   in the new sets of rules, delete out the old rules, and then   11:00:24

19   return success.                                           11:00:29

20   As you pointed out, there needs to be some sort of        11:00:32

21   delay.  There's going to be some sort of delay between the   11:00:35

22   points where you are deciding, okay, I'm going to put in the   11:00:39

23   new rules, delete the old rules, and now switch over entirely   11:00:45

24   to the new system, and that delay is when, as the rest of the   11:00:49

25   claim elements discuss, you're going to need to cache the   11:00:54

————Mitzenmacher, M. - Direct————

| | | |
|---|---|---|
| 1 | packets in order to make sure you don't drop anything. | 11:01:02 |
| 2 | THE COURT:  All right.  Well, these 11 steps take | 11:01:05 |
| 3 | place, I suppose, in a fraction of a second, or something. | 11:01:09 |
| 4 | THE WITNESS:  They do.  Ideally, they will take | 11:01:16 |
| 5 | place in some part of a second, but these devices have to | 11:01:18 |
| 6 | handle millions, in some cases billions, or these days it's | 11:01:25 |
| 7 | getting to be incredibly fast.  They're handling lots of | 11:01:32 |
| 8 | packets a second, so you still need -- even if it's just a | 11:01:36 |
| 9 | fraction of a second, that could be dropping a number of | 11:01:39 |
| 10 | packets, if you aren't careful, and the patent describes | 11:01:43 |
| 11 | exactly how to be careful or how to deal with that issue. | 11:01:48 |
| 12 | THE COURT:  Okay. | 11:01:53 |
| 13 | THE WITNESS:  I realize to a person it seems like a | 11:01:54 |
| 14 | really short time -- it's like all this happens in a very | 11:01:56 |
| 15 | small amount of time -- but your computer -- it's a long time | 11:01:59 |
| 16 | that corresponds to, potentially, a significant amount of | 11:02:04 |
| 17 | information. | 11:02:08 |
| 18 | THE COURT:  All right. | 11:02:11 |
| 19 | BY MR. HANNAH: | 11:02:13 |
| 20 | Q.  All right.  Doctor, I'd like to turn your attention to | 11:02:14 |
| 21 | PTX-1288.  And this document has been admitted into evidence | 11:02:16 |
| 22 | already, and we're going to turn to Page 12. | 11:02:21 |
| 23 | Doctor, can you explain how this informed your | 11:02:46 |
| 24 | opinion with regard to this claim element? | 11:02:48 |
| 25 | A.  We've seen this diagram before, and this is just how, | 11:02:50 |

─────Mitzenmacher, M. - Direct─────

```
 1    once the rules are set up or --                          11:02:58
 2            THE COURT:  Where are we, here?                   11:03:02
 3            MR. HANNAH:  Page 12, Your Honor, which has the same   11:03:05
 4    corresponding Bates label of 0012, on PTX-1288.          11:03:07
 5            THE COURT:  Right, got it.                        11:03:21
 6    BY MR. HANNAH:                                            11:03:24
 7    Q.  Doctor, can you explain how this informed your opinion as   11:03:25
 8    to these elements of the claims?                         11:03:29
 9    A.  So this is -- we've seen this diagram before, but this   11:03:32
10    diagram is explaining, again, how in the routers and switches   11:03:41
11    the rule sets act on the packets.  The packets come in, and   11:03:45
12    they'll be processed, and it will be determined whether they   11:03:49
13    get forwarded or dropped, depending on the outcome of the   11:03:53
14    tests and the various rules.  And, again, it's these rules   11:04:01
15    which are stored in that TCAM, ternary content-addressable   11:04:04
16    memory, that we've seen.                                 11:04:10
17            THE COURT:  Wait.  I don't understand the        11:04:16
18    relationship.  Does this diagram demonstrate the steps in the   11:04:19
19    TCAM?                                                    11:04:30
20            THE WITNESS:  So this diagram doesn't demonstrate   11:04:31
21    specifically the steps in the TCAM.  What it's showing is   11:04:35
22    there are actually -- these rules, remember, are the ACLs,   11:04:41
23    and there are different types of AC Ls.  You can see      11:04:44
24    different letters in front, like GACL, PACL, VACL.        11:04:49
25            We're just showing this diagram to reinforce that --   11:04:55
```

—Mitzenmacher, M. - Direct—

1    because part of the claim element is that you process the          11:04:59

2    packets using the first rule set, and that's what this            11:05:02

3    diagram shows.  The rule sets correspond to these ACLs, and       11:05:07

4    what the devices do is check against these ACLs, these rule       11:05:11

5    sets, to determine whether the packet should be forwarded or      11:05:18

6    denied.                                                           11:05:21

7            THE COURT:  Well, you say this is the first rule          11:05:22

8    set.  How do we know it's the first instead of the new one --     11:05:25

9    or the second one?                                                11:05:30

10           THE WITNESS:  So this diagram -- that's a good            11:05:30

11   question -- would apply equally well to both.  This is just       11:05:33

12   showing how a rule set acts.  And once you replace the first      11:05:37

13   rule set with the second rule set, it will also go through        11:05:42

14   the same set of steps, but it has just a different collection     11:05:45

15   of rules.                                                         11:05:49

16           THE COURT:  All right.                                    11:05:50

17   BY MR. HANNAH:                                                    11:05:56

18   Q.  Thank you, Doctor.                                            11:06:02

19           So I'd like to show you some deposition testimony,        11:05:59

20   and this is the deposition testimony of Peter Jones.  I'd         11:06:04

21   actually like to start with the deposition of Peter Jones,        11:06:10

22   which is PTX-1920, and it's Page 55, 18 to 21, Geoff.             11:06:15

23           MR. HANNAH:  Your Honor, this one that's being shown      11:06:38

24   on the screen is PTX-1915, which is in your binder.               11:06:40

25           THE COURT:  This -- I thought you said 1920.              11:06:45

─────Mitzenmacher, M. - Direct─────

1     MR. HANNAH:  Your Honor, I was trying to get that          11:06:51
2  one on the screen, but this one popped up first, so I was     11:06:53
3  just going to -- I can do either one.  We're going to talk    11:06:56
4  about both of them right now.                                 11:06:58
5          THE COURT:  All right.  So we're looking at --        11:07:00
6          MR. HANNAH:  This is PTX-1915.                        11:07:04
7          THE COURT:  All right.                                11:07:13
8          MR. HANNAH:  Your Honor we'd like to move PTX-1915    11:07:18
9  into evidence, please.                                        11:07:21
10         THE COURT:  PTX-1915 will be admitted.                11:07:25
11         (Plaintiff's Exhibit PTX-1915 was received in         11:07:30
12  evidence.)                                                   11:07:32
13         MR. HANNAH:  Thank you, Your Honor.                   11:07:32
14  BY MR. HANNAH:                                               11:07:34
15  Q.  Doctor, can you, please, explain what is being shown here 11:07:34
16  in the testimony of Mr. Jones?                               11:07:37
17  A.  The system I had talked about, they sometimes refer to it 11:07:39
18  with the name "hitless," and this deposition testimony is    11:07:46
19  describing what Peter Jones understands hitless to mean, and, 11:07:54
20  as he says here, it's that you can change from rule set A to  11:07:58
21  rule set B and not drop packets in the middle or not have    11:08:04
22  them not subject to rules.                                   11:08:08
23         So the idea is that when you're doing a rule swap,    11:08:11
24  if you're not careful, you have to worry about the packets   11:08:15
25  that are still coming in that you're supposed to process.    11:08:18

—Mitzenmacher, M. - Direct—

1   You don't want to just drop them, unless you have to, right,        11:08:23
2   because dropping them, as you said, the user might notice.          11:08:26
3   It will cause a delay; it will cause a potential problem for        11:08:31
4   the system.                                                         11:08:35
5          THE COURT:  Now, let me -- this is, I guess, the             11:08:38
6   third time we've seen Peter Jones.  He's an employee of            11:08:43
7   Centripetal?                                                        11:08:54
8          MR. HANNAH:  Cisco, Your Honor.                              11:08:55
9          THE COURT:  Oh, he's a Cisco employee?                       11:08:56
10         MR. HANNAH:  Correct.                                        11:08:59
11         THE COURT:  Okay.  All right.                                11:09:01
12         THE WITNESS:  So, as I was saying, you know, he's            11:09:02
13  asked about hitless.  They refer to this -- refer to this in       11:09:04
14  a document sometimes as hitless, and he's explaining what          11:09:11
15  they mean.  And he's considering exactly the situation that        11:09:15
16  we're talking about, where you say, well, I have to change         11:09:18
17  the rule set, so I'm changing from one rule set -- he calls        11:09:20
18  it rule set A -- to another rule set, rule set B.                  11:09:25
19         And when this change happens, if you're not                 11:09:29
20  careful -- you know, you have to do something with the             11:09:34
21  packets, because you're still dealing with packets, while the      11:09:36
22  rules change.  And one thing you could do is just say, well,       11:09:40
23  I'm busy changing the rules, so I'm going to drop the              11:09:43
24  packets.  As we've described, that's problematic because that      11:09:46
25  can cause delay or you've lost information that the system is      11:09:51

Carol L. Naughton, Official Court Reporter

—Mitzenmacher, M. - Direct—

1    going to, you know, have to get back later in time.                    11:09:56

2          The other thing you can do is you also don't want to            11:10:03

3    have them not subject to rules.  You don't want to say, well,         11:10:06

4    I'm busy right now changing the rules, so you can pass               11:10:10

5    through, because that might let something dangerous through.         11:10:12

6    So what he's saying is by "hitless" he means that you don't          11:10:17

7    have this period where the packets are thrown away, but you          11:10:22

8    still manage to deal with all the packets and apply the             11:10:26

9    rules, as appropriate.                                               11:10:29

10   BY MR. HANNAH:                                                        11:10:32

11   Q.  So, Doctor, if we're mapping rule set -- if we're mapping        11:10:35

12   this to the claim element, is rule set A the first rule set?         11:10:40

13   A.  Yes.  Rule set A would be like the corresponding first          11:10:45

14   rule set, and rule set B will be the second rule set.               11:10:50

15   Q.  Great.  Thank you, Doctor.                                        11:10:54

16          If we could go to PTX-1920.  Again, this is the              11:10:59

17   deposition testimony of Peter Jones.                                 11:11:10

18          MR. HANNAH:  And, Your Honor, he's the distinguished         11:11:12

19   engineer from Cisco Systems.                                         11:11:15

20          THE COURT:  Well, I knew the other ones were, but I          11:11:18

21   didn't know he was.  Okay.                                           11:11:23

22          MR. HANNAH:  Yeah, all of the deposition testimony          11:11:25

23   that we've shown thus far has been the Cisco employees.             11:11:27

24          THE COURT:  Right.                                            11:11:31

25   BY MR. HANNAH:                                                        11:11:35

```
                    ──Mitzenmacher, M. - Direct──
```

1   Q.  Doctor --                                              11:11:35

2           MR. HANNAH:  And for the record, this is his       11:11:37

3   November 26, 2019 deposition at Page 55, lines 18 to 21.   11:11:39

4           Your Honor, at this time we'd like to move in      11:11:47

5   PTX-1920 into evidence, please.                            11:11:50

6           THE COURT:  Yes, that will be admitted.            11:12:01

7           (Plaintiff's Exhibit PTX-1920 was received in      11:12:03

8   evidence.)                                                 11:12:03

9           MR. HANNAH:  Thank you, Your Honor.                11:12:03

10  BY MR. HANNAH:                                             11:12:04

11  Q.  So, Doctor, can you explain how this testimony informed 11:12:05

12  your opinion as to whether the Catalyst switches and also the 11:12:08

13  corresponding routers are configured -- configure at least  11:12:13

14  two processors to process packets in accordance with the   11:12:18

15  first rule set and then subsequently process those packets?  11:12:21

16  A.  Yes.  So, as we discussed, you know, they use the      11:12:25

17  terminology "policies" for talking about what gets -- what's 11:12:30

18  sent, but policies are sets of rules, so this is just      11:12:34

19  confirming that.                                           11:12:38

20  Q.  Thank you.                                             11:12:38

21          I'd like to turn back at this time to the claims.  11:12:44

22  And looking at the claims, we have this language of,       11:12:53

23  "configure at least two processors of the competing system." 11:12:58

24          Can you remind the Court what are the two processors 11:13:02

25  and how that meets the claims, based on the documents that we 11:13:07

—Mitzenmacher, M. - Direct—

1   saw yesterday?                                                    11:13:09

2   A.  Right.  So we've seen, actually, that there are, you         11:13:10

3   know, multiple processors, and they are all used in the work     11:13:13

4   of processing packets according with the rules.  There's the     11:13:19

5   central processing unit, and that's, in fact, multicore and      11:13:25

6   has several processors.                                          11:13:30

7           There was also the UADP, Unified Access Data Plane,      11:13:32

8   which, again, has the various TCAM memory, and that's used       11:13:38

9   for some of the lower level rule processing.  That also, in      11:13:44

10  fact, then, in the systems -- I believe there's other            11:13:50

11  documents that we may have that will show that, that those       11:13:53

12  themselves consist of multiple processors.                       11:13:59

13          So there's plenty of processors around that are          11:14:04

14  processing packets in accordance with the first rule set.        11:14:08

15          THE COURT:  So it has to go through more than one         11:14:14

16  security test, is what you're saying, in the network.            11:14:19

17          THE WITNESS:  There's more than one computer core        11:14:23

18  that's processing the rules.                                     11:14:29

19          THE COURT:  It could be one switch and one router.       11:14:30

20          THE WITNESS:  Well, one could, I suppose, interpret      11:14:38

21  it that way at the level of the system.  That's certainly        11:14:45

22  true.  But I was also thinking, particularly like even on a      11:14:48

23  single switch or router, there's multiple processors in every   11:14:52

24  single -- in even a single switch or router, as well.           11:14:58

25          THE COURT:  Well, when you see a switch, it has          11:15:03

Carol L. Naughton, Official Court Reporter

—Mitzenmacher, M. - Direct—

| | | |
|---|---|---|
| 1 | multiple little symbols on it -- | 11:15:10 |
| 2 | THE WITNESS:  Yeah. | 11:15:19 |
| 3 | THE COURT:  -- and each one of those represents a | 11:15:21 |
| 4 | processor? | 11:15:22 |
| 5 | THE WITNESS:  I'm not sure I would view it as each | 11:15:23 |
| 6 | of those correspond to a processor, but if you look at the | 11:15:26 |
| 7 | data sheet, it talks specifically about the multicores, and | 11:15:32 |
| 8 | if you look at the UADP, the UADP itself is -- | 11:15:37 |
| 9 | THE COURT:  The what?  The UADP? | 11:15:43 |
| 10 | THE WITNESS:  Yeah.  That's the Unified Access Data | 11:15:45 |
| 11 | Plane.  That's like the processor part, or that's the part of | 11:15:50 |
| 12 | the system -- the integrated circuit that specifically deals | 11:15:57 |
| 13 | with looking at the header information in the packets. | 11:16:05 |
| 14 | THE COURT:  Well, why do you have to have at least | 11:16:07 |
| 15 | two?  I mean, other than that's what the rule says. | 11:16:13 |
| 16 | THE WITNESS:  So, primarily, I think -- | 11:16:16 |
| 17 | THE COURT:  I don't mean the rule; the claim. | 11:16:20 |
| 18 | THE WITNESS:  So I think it's primarily that this | 11:16:25 |
| 19 | was set up for the various speeds, and the assumption was | 11:16:27 |
| 20 | that you would have multiple processors.  And, in particular, | 11:16:31 |
| 21 | when you decide that you've finally switched over to the | 11:16:37 |
| 22 | second set of rules, in that case you have to synchronize to | 11:16:42 |
| 23 | make sure that everyone is on the same page, so that all the | 11:16:47 |
| 24 | processors are sort of using the same rule set. | 11:16:52 |
| 25 | And so there's -- we'll see in the coming claim | 11:16:55 |

—Mitzenmacher, M. - Direct—

| | | |
|---|---|---|
| 1 | elements there's a signaling.  So the idea is that you would | 11:16:58 |
| 2 | use multiple processors for efficiency, and then part of this | 11:17:02 |
| 3 | claim is dealing with the fact that, well, if you're using | 11:17:08 |
| 4 | multiple processors for efficiency, you have to make sure | 11:17:12 |
| 5 | that they're all working together, behaving the same way when | 11:17:15 |
| 6 | dealing with the change in the rule set. | 11:17:20 |
| 7 | And so we'll see -- it's one of those things that -- | 11:17:23 |
| 8 | you have a really good question, and I think the problem is | 11:17:27 |
| 9 | it's coming up on the next page, when we get to the remaining | 11:17:31 |
| 10 | claim elements. | 11:17:34 |
| 11 | But the reason to have multiple processors is that, | 11:17:35 |
| 12 | you know, that way you can handle more packets, and the speed | 11:17:40 |
| 13 | of these devices is of paramount importance. | 11:17:46 |
| 14 | BY MR. HANNAH: | 11:17:49 |
| 15 | Q.  If we could go to PTX-175, I think it will help to show | 11:17:50 |
| 16 | the document that we saw yesterday. | 11:17:54 |
| 17 | If we go to the page ending in Bates number 598, | 11:17:59 |
| 18 | where it talks about the multicore processors and the related | 11:18:10 |
| 19 | description, can you just explain how this supports your | 11:18:16 |
| 20 | opinion with regard to the multiple processors and the | 11:18:21 |
| 21 | switches and the routers. | 11:18:27 |
| 22 | A.  Right.  So, first of all, they've got the multicore | 11:18:30 |
| 23 | processors.  So, again, that means that there's actually sort | 11:18:34 |
| 24 | of multiple processors on a single chip. | 11:18:38 |
| 25 | And then it also discussed using a flow processor, | 11:18:42 |

—Mitzenmacher, M. - Direct—

1    so that's related to the UADP that I think we talked about        11:18:51
2    before.  So that's like another processor that it's using to      11:18:55
3    specifically handle the matching portions of the rules.           11:19:02
4           THE COURT:  Well, does the number of processors have       11:19:07
5    any effect on the volume of packets that you can process in a      11:19:11
6    given period of time?                                              11:19:18
7           THE WITNESS:  Absolutely.  So the way that these           11:19:19
8    things are set up these days is that, instead of trying to         11:19:23
9    make a single processor super-fast, there can be limits on         11:19:30
10   how fast or it can become very expensive to make a single         11:19:35
11   processor faster, so, instead, you use multiple processors on     11:19:38
12   a device, and that way you can get the speed.  You know, it's     11:19:44
13   like having, you know, two or three or four people working on     11:19:49
14   a job instead of just trying to speed up a single person,         11:19:54
15   right?  So you can get more speed, and you get a better           11:19:59
16   efficiency price tradeoff.                                         11:20:03
17          THE COURT:  Okay.                                           11:20:09
18   BY MR. HANNAH:                                                     11:20:09
19   Q.  And all of these processors will be implementing all of       11:20:10
20   the rules at the same time.  Is that right, Doctor?               11:20:13
21   A.  That's what we'll see in the next part.                        11:20:15
22   Q.  If we can turn back to the claim language.                     11:20:18
23          Can you just give a summary in terms of how the            11:20:28
24   remaining two elements are met by the Catalyst switches and       11:20:30
25   the ASR and ISR routers?                                          11:20:34

—Mitzenmacher, M. - Direct—

1   A.   Sure.   So this is after preprocessing, the first rule set                11:20:37

2   and the second rule set, and configuring at least two                          11:20:42

3   processors to process packets in accordance with the first                     11:20:46

4   rule set.                                                                      11:20:50

5           So keep in mind that you've got the first rule set,                    11:20:52

6   you've configured the first rule set.   At some point you'll                   11:20:54

7   get the second rule set, and that will be preprocessed.   As                   11:20:57

8   we've discussed, it will be preprocessed up on the Digital                     11:21:01

9   Network Architecture center.                                                   11:21:06

10          All during this time you're still handling packets                     11:21:08

11  according to the first rule set, and so, you know, your                        11:21:11

12  switch or router device is receiving packets, and you're                       11:21:15

13  working with the first rule set, maybe even after you've                       11:21:18

14  configured and installed the first rule set and even as the                    11:21:25

15  second rule set is being prepared for you.                                     11:21:29

16          And then, of course, as the last step, you do                          11:21:35

17  process the packets.                                                           11:21:38

18  Q.   So, Doctor, with that, can we check the boxes --                          11:21:40

19  A.   Yes.                                                                      11:21:43

20  Q.   -- for both claims 9 and 17?                                              11:21:43

21  A.   Yes.                                                                      11:21:45

22  Q.   All right.   So if we turn to the remaining elements of                   11:21:46

23  the claim, and here --                                                         11:21:53

24          THE COURT:   You've checked all three at once.   Was                   11:21:57

25  that intentional?                                                              11:22:01

Carol L. Naughton, Official Court Reporter

-----Mitzenmacher, M. - Direct-----

1      MR. HANNAH:  Yes.                                11:22:05

2  BY MR. HANNAH:                                       11:22:06

3  Q.  Go ahead, Doctor.  Can you explain why we checked all   11:22:07

4  three at once?                                       11:22:09

5  A.  Right.  So, as I mentioned before, I was putting all   11:22:10

6  three of these up at once because these are all talking about   11:22:13

7  essentially dealing with packets using the first rule set.   11:22:17

8  So they all sort of go together, because it's configuring   11:22:21

9  using the first rule set and then receiving packets and   11:22:25

10 processing them with the first rule set, and so they all go   11:22:30

11 together.  That's sort of the starting point dealing with the   11:22:35

12 first rule set.                                       11:22:38

13      Now, we'll be talking about starting the switchover,   11:22:40

14 the actual swap part, in the next few claim elements.   11:22:45

15      THE COURT:  All right.                          11:22:50

16 BY MR. HANNAH:                                        11:22:50

17 Q.  So turning to the swap elements, can you explain for the   11:22:53

18 Court what's being shown here in these next two elements and   11:22:57

19 why you've grouped these together.                    11:23:01

20 A.  So now what is going to happen is in the switchover,   11:23:04

21 there will be some sort of signal that says, all right, it's   11:23:11

22 time now to switch over, and what we're going to do is switch   11:23:15

23 over and configure the processors to now use the second rule   11:23:19

24 set.                                                  11:23:23

25      THE COURT:  All right.  I think this is a good time   11:23:24

Carol L. Naughton, Official Court Reporter

—Mitzenmacher, M. - Direct—

```
 1    to take our morning recess.  We'll be in recess until 11:40.      11:23:28
 2             (Recess from 11:23 a.m. to 11:42 a.m.)                   11:29:11
 3             THE COURT:  All right, you may resume.                   11:42:10
 4             MR. HANNAH:  Thank you, Your Honor.                      11:42:15
 5    BY MR. HANNAH:                                                    11:42:15
 6    Q.  So, Doctor, if you could just look at these claims here,     11:42:17
 7    and we'll be talking about the signal, each processor            11:42:21
 8    element, and the configure each processor.                       11:42:27
 9             Are the claim elements identical between claim 9 and     11:42:30
10    claim 17?                                                        11:42:34
11    A.  Yes.                                                         11:42:37
12    Q.  So we can take those at the same time?                       11:42:38
13    A.  Yes.                                                         11:42:40
14    Q.  All right.  So let's turn to PTX-1195.                       11:42:41
15             MR. HANNAH:  PTX-1195 has already been entered into     11:42:55
16    evidence, Your Honor.                                            11:42:57
17             THE COURT:  Right.                                      11:42:59
18    BY MR. HANNAH:                                                   11:43:02
19    Q.  And if we go to Page 4 of this document, which is the       11:43:02
20    sequence, can you explain where in the process, in this         11:43:07
21    sequence that we're talking about here, when we're discussing   11:43:13
22    the signal to each processor to process packets in accordance   11:43:18
23    with the second rule set and the configuration elements.        11:43:23
24    A.  Right.  So that occurs where it says -- I believe, right    11:43:31
25    around where it says, "7.  Verify if the feature supports the    11:43:39
```

Carol L. Naughton, Official Court Reporter

Mitzenmacher, M. - Direct

1    hitless ACL change.  If supported, continue to step 8."          11:43:46

2         And the point is that that's sort of a signal,             11:43:51

3    because at that point it's ready to start adding the new rule     11:43:55

4    sets into the hardware, right, so you can see in steps 8 and     11:43:59

5    9, it's going to add the things into the hardware and add the    11:44:03

6    new TCAM entries.                                                11:44:10

7         So there's sort of -- the way to say it is, there's        11:44:12

8    a part of the process where it says, all right, I've got         11:44:15

9    everything ready to go, and I'm going to now change the          11:44:17

10   hardware.  So I've got to stop processing whatever is being      11:44:21

11   processed, I'm going to do the swap-over, and then once I'm      11:44:27

12   done, right -- and we'll see that there's a second signal        11:44:34

13   that I'll be getting to shortly, where you sort of return        11:44:38

14   success and you're ready to go and move on using the second      11:44:43

15   rule set.                                                        11:44:47

16        So the first signal, you have to say, okay,                 11:44:48

17   everything is ready to go into the hardware.  Now I wait and     11:44:51

18   stop and then implement the swap.                                11:44:54

19   Q.  All right.  Doctor, if we could turn your attention to       11:44:59

20   the deposition testimony of Peter Jones --                       11:45:07

21        MR. HANNAH:  And, Your Honor, this is in the                11:45:10

22   deposition binder, the slide.  It's PTX-1916.  It's the         11:45:14

23   November 26th, 2019, deposition of Peter Jones, and it's at      11:45:21

24   Page 67, lines 11 through 21.                                    11:45:29

25        And, Your Honor, we'd like to move PTX-1916 into            11:45:34

                          ┌─Mitzenmacher, M. - Direct─┐

1    evidence, please.                                        11:45:38

2            THE COURT:  All right.  PTX-1916 will be admitted.  11:45:46

3            MR. HANNAH:  Thank you, Your Honor.               11:45:50

4            (Plaintiff's Exhibit PTX-1916 was received in     11:45:51

5    evidence.)                                                11:45:52

6    BY MR. HANNAH:                                            11:45:52

7    Q.   Doctor, can you explain how this informed your opinion,  11:45:53

8    the deposition testimony of Peter Jones, as shown on the   11:45:56

9    slide?                                                    11:46:02

10   A.   All right.  So, again, he's explaining how he understands  11:46:02

11   what he means by "hitless TCAM update," and he says, "I can  11:46:07

12   update an ACL"; that is, I can update a rule, "which is    11:46:11

13   implement TCAM" -- I suppose that should be, which is      11:46:16

14   implemented in this ternary content-addressable memory --  11:46:20

15   "without interrupting traffic."                           11:46:27

16           So this, again, sort of matches what I've been    11:46:28

17   describing in the documents and elsewhere, which is that the  11:46:32

18   entire point of this is you're doing a switch.  What that  11:46:35

19   swap corresponds to is that you have to change what's in the  11:46:40

20   TCAM.  So the TCAM, the ternary content-addressable memory,  11:46:46

21   is where the rules are stored, where you're doing this     11:46:50

22   swap-over of switching from one rule set to another rule set.  11:46:56

23   And so it's saying, yeah, I can update it, I can signal that  11:46:59

24   I'm stopping the first rule set, moving to a second rule set,  11:47:03

25   and then doing that configuration.                        11:47:09

Mitzenmacher, M. - Direct

1  Q.  All right.  If we turn back to the claims, does this show    11:47:16

2  that the claim element of the signal, the -- each of the    11:47:24

3  processors to process packets in accordance with the second    11:47:28

4  rule set and the configuration elements are met by the    11:47:31

5  Catalyst switches and the ASR and ISR routers?    11:47:35

6  A.  Yes.  Where it shows that there's been a single --    11:47:39

7  there's going to be a sort of stop-and-switch-over period,    11:47:44

8  where it configures -- it tells the TCAM, the ternary    11:47:47

9  content-addressable memory, to go to the next rule set.    11:47:54

10         And then we're going to see in the next collection    11:47:57

11  there are certain things that you have to do to make this    11:48:00

12  swap work.    11:48:02

13  Q.  All right, Doctor.  Can we check those boxes?    11:48:03

14  A.  Yes.    11:48:08

15  Q.  All right.  Let's look at the next element of the claim.    11:48:08

16         And here we have the cease the processing of the one    11:48:16

17  or more packets and the caching the one or more packets.  Do    11:48:22

18  you see that?    11:48:26

19  A.  Yes.    11:48:26

20  Q.  And are the claim elements for claim 9 the same claim    11:48:26

21  elements for claim 17?    11:48:30

22  A.  Yes.    11:48:32

23  Q.  And we can take those together?    11:48:32

24  A.  Yes.    11:48:35

25  Q.  So can you explain for the Court what is required here?    11:48:35

—Mitzenmacher, M. - Direct—

1   A.  All right.  So once you're starting to do the swap for          11:48:39

2   the second rule set, you want to stop processing any packets.       11:48:44

3   Because as you're doing the update, as the rules are                 11:48:47

4   changing, you're in a state of flux.  You don't want to             11:48:53

5   accidentally let a packet through that shouldn't get through        11:48:56

6   because you're in a state of flux.  And, as we said before,         11:49:00

7   you don't want to just drop packets because you don't want to       11:49:02

8   process them by dropping them, because then you're dropping          11:49:07

9   unnecessarily, and that will cause a delay or dissatisfaction        11:49:12

10  on the user.                                                         11:49:17

11          So what you have to do is stop processing for               11:49:18

12  anything coming in, and anything that you would normally            11:49:21

13  process, you're going to cache.  So "cache" here just means         11:49:26

14  hold in memory, you know, wait, have a packet wait in memory        11:49:31

15  until you're ready to actually deal with it with the second         11:49:38

16  rule set.                                                            11:49:40

17  Q.  All right.  If we could turn to PTX-1390 --                     11:49:50

18          MR. HANNAH:  And, Your Honor, this has been admitted        11:49:55

19  into evidence already.                                               11:49:57

20          THE COURT:  All right.                                       11:50:09

21  BY MR. HANNAH:                                                       11:50:09

22  Q.  Go to Page 29 of this document.                                 11:50:13

23          MR. HANNAH:  And, Your Honor, it shows the same             11:50:15

24  Bates number of 0029.                                                11:50:17

25  BY MR. HANNAH:                                                       11:50:17

—Mitzenmacher, M. - Direct—

1   Q.  Doctor, can you, please, explain what's being shown on                    11:50:26
2   this slide with regard to the Catalyst switches.                             11:50:29
3   A.  Sure.  So you can see here it says -- like the parts                     11:50:33
4   where it says, "UADP ASIC," we've talked about that before.                 11:50:38
5   UADP is the Unified Access Data Plane.  That's the integrated               11:50:46
6   circuit -- application-specific integrated circuit that's                    11:50:54
7   designed to do specifically the sort of dealing with the                     11:50:58
8   packets, matching the packets and so on.                                     11:51:01
9        I should point out in this picture you can see --                       11:51:07
10  this is something I talked about before -- there are actually               11:51:09
11  multiples of these UADP ASICs.  Here there's a 0 and a 1, so                11:51:12
12  there's two of them, right?  So this is -- when we were                     11:51:20
13  talking about multiple processors, this is an example of                    11:51:23
14  multiple processors.                                                        11:51:26
15       You also see on the right it talks about a quad core                   11:51:28
16  CPU.  Those are the central processing units that are also                  11:51:32
17  doing the management.  That's also, you know, additional,                   11:51:36
18  more processors.                                                            11:51:41
19       But the key thing here, right, is that you have, you                   11:51:43
20  know, up at the top these ASIC packet buffers.  And so these                11:51:48
21  are buffers.  Buffer is a memory, right?  It's a holding                    11:51:54
22  place for information.  And what you've got are these packet                11:51:59
23  buffers that are going to hold the data while you're doing                  11:52:05
24  the swap-over, right?  So there's memory there specifically                 11:52:10
25  to deal with the issue -- or to deal with these issues,                     11:52:16

Mitzenmacher, M. - Direct

1   where, you know, you may have this sort of changeover and so    11:52:20

2   you need to hold packets while you are waiting and swapping     11:52:24

3   these rules.    11:52:29

4           THE COURT:  Stop and cache.    11:52:33

5           THE WITNESS:  Cease and cache, yes.    11:52:38

6           THE COURT:  "Cease and cache" is the way you put it.    11:52:45

7           THE WITNESS:  Absolutely.    11:52:47

8           THE COURT:  Okay.    11:52:50

9   BY MR. HANNAH:    11:52:50

10  Q.  And, Doctor, as a follow-up on the conversation we had    11:52:50

11  before the break, would both of these processors being shown    11:52:52

12  here be implementing the same rule sets?    11:52:56

13  A.  Yes.    11:53:01

14  Q.  And this is for bandwidth purposes, or to be able to    11:53:02

15  process more packets?    11:53:06

16  A.  Yes, that's what I assume it's for.  They've chosen this    11:53:07

17  design to maximize how they can -- maximize their speed    11:53:12

18  efficiency tradeoff.    11:53:15

19          MR. HANNAH:  All right.  Your Honor, we'll turn to    11:53:33

20  the next document.    11:53:38

21  BY MR. HANNAH:    11:53:38

22  Q.  So turning to the next document, we have PTX-1313.    11:53:39

23          MR. HANNAH:  Your Honor, this document, as well, has    11:53:44

24  already been admitted into evidence.    11:53:47

25          THE COURT:  Okay.    11:54:05

Carol L. Naughton, Official Court Reporter

Mitzenmacher, M. - Direct

BY MR. HANNAH:

Q.  If we go to Page 62 of this document, can you please -- 11:54:07

Doctor, can you please explain what is being shown here?  And 11:54:15

this is for the Aggregated Services Router, which is the 11:54:20

"ASR" that we've been referring to. 11:54:26

A.  Right.  So this is showing, maybe with a bit less detail, 11:54:28

you know, a pictorial version for the -- now it's the routers 11:54:35

that have the same sort of framework.  So over on the left 11:54:39

you can see that it references the TCAM.  That's up on the 11:54:47

left corner there.  The ternary content-addressable memory, 11:54:53

that's like what's going to be holding the rules. 11:54:59

You can see over on the right the quad core CPU. 11:55:01

That's one of the processing units for managing the rules. 11:55:06

You can see, again, over on the left it has the various PPEs. 11:55:11

I believe this is referring to the processor elements.  So 11:55:24

this is, again, the sort of multiple processors internally 11:55:30

that would be handling the various packets for the matching. 11:55:34

And, in particular, below you see the packet buffer, 11:55:41

the dispatcher packet buffer, and, again, these systems have 11:55:45

packet buffers to manage, you know -- to manage, to make sure 11:55:49

that you can perform this ceasing of processing without 11:55:55

losing the packets while you do the swap. 11:55:59

THE COURT:  Well, does this function come before or 11:56:03

after the last one we looked at? 11:56:07

THE WITNESS:  Oh, so the last one, I think, was -- 11:56:11

Carol L. Naughton, Official Court Reporter

—Mitzenmacher, M. - Direct—

 1   if I remember the document, I think that was for switches.          11:56:13
 2   I'm just showing that this applies equally well to routers.         11:56:17
 3   It has the same sort of setup.  It's not really before or           11:56:22
 4   after, it's just the different products.                            11:56:29
 5          THE COURT:  Well, why do you have to have a switch            11:56:31
 6   and a router perform the same function?                             11:56:37
 7          THE WITNESS:  They do.  They have slightly different          11:56:39
 8   hardware, so the diagrams are a bit different, but they             11:56:44
 9   perform exactly the same function.                                  11:56:47
10          THE COURT:  Well, can you use either one of them, or          11:56:51
11   do you have to use both?                                            11:56:54
12          THE WITNESS:  Well, so switches are typically used,          11:56:55
13   again, to sort of connect machines, you know, inside the same       11:57:00
14   organization, and routers are used -- they can be a bit more        11:57:06
15   powerful.  They handle things that can be between                   11:57:11
16   organizations, so they -- those have the same effect of             11:57:15
17   applying rules and rule sets, particularly for security, but        11:57:20
18   they sort of function at different layers of where you're           11:57:25
19   sending packets around.                                             11:57:31
20          THE COURT:  I just don't understand.  If the switch          11:57:34
21   can cease and cache, why does the router perform the same           11:57:40
22   function?  Do they both perform this function on the same           11:57:49
23   packet?                                                             11:57:57
24          THE WITNESS:  Well, when you send out the rules, you         11:57:58
25   may conceivably have the same set of rules on both the              11:58:05

Carol L. Naughton, Official Court Reporter

—Mitzenmacher, M. - Direct—

1   switches and the routers, and that's because you don't          11:58:12

2   necessarily know what path the packets will take.  And so       11:58:15

3   sometimes there may be some redundancy, that you're applying     11:58:19

4   the same rule in multiple places, but, again, the reason for     11:58:22

5   this is because you don't necessarily know ahead of time         11:58:29

6   which path the packet will take through the network.             11:58:32

7           THE COURT:  So what you're saying is that a              11:58:36

8   particular packet may go through either a switch or a router     11:58:38

9   or both.                                                         11:58:48

10          THE WITNESS:  Exactly.  They may go through multiple     11:58:48

11  things on the path.  And, also, you may also set it up so        11:58:51

12  that the routers and switches have different rules and           11:58:55

13  different rule sets.  But even if they had different rule        11:58:57

14  sets, they would still go through the same process for           11:58:59

15  updating rules.  It might be just that once in a while you       11:59:06

16  update the router rules, once in a while you update the          11:59:09

17  switch rules, and they have different rules, but you still       11:59:12

18  update both of the rule sets the same way.                       11:59:16

19  BY MR. HANNAH:                                                   11:59:19

20  Q.  And, Doctor, isn't it possible for a customer to buy a       11:59:22

21  Cisco switch and not buy a Cisco router and place that in        11:59:25

22  their network?                                                   11:59:29

23  A.  Actually, I'd have to check.  You want to have the switch    11:59:30

24  and the router in most general networks because you want         11:59:35

25  something internal and something external.  I imagine you        11:59:40

—Mitzenmacher, M. - Direct—

1  might be able to buy a Cisco switch and use another person's          11:59:44
2  router.  I'd have to check with the Cisco people.  But,              11:59:48
3  generally, you buy switches and routers together and from the        11:59:50
4  same vendor to make sure that they work together.                    11:59:54
5  Q.  And, also, I believe yesterday you discussed this                11:59:56
6  different layered security.  Can you discuss how that would          11:59:58
7  apply, why you would want to have this redundancy that you           12:00:02
8  talked about?                                                        12:00:06
9  A.  Yeah.  So the switches are primarily utilized as security        12:00:06
10 for, again, sort of the same organization.  So this is at the        12:00:12
11 layer 2 level, so that was that document, the seven layers,          12:00:18
12 and this would be for -- a switch generally moves packets            12:00:25
13 around inside an organization, and the router -- if you              12:00:31
14 remember the big picture of the Internet and the packets            12:00:34
15 crossing the country, routers can pass things from larger hop        12:00:36
16 to larger hop around the country through multiple networks.         12:00:41
17         THE COURT:  Okay.                                            12:00:54
18 BY MR. HANNAH:                                                       12:00:55
19 Q.  Doctor, there's an acronym there.  It says QFP on this           12:00:56
20 diagram.  Can you explain what that is?                              12:01:02
21 A.  That is the Quantum Flow Processor.  That's the name that        12:01:05
22 they give  this larger collection of processing elements and        12:01:09
23 so on inside the routers.  So if we see reference to "Quantum        12:01:17
24 Flow" later, that's what the QFP refers to.                         12:01:24
25 Q.  And is it your understanding that these types of                 12:01:29

─Mitzenmacher, M. - Direct─

1   processors and this diagram applies to the ASR and the ISR                12:01:32
2   routers?                                                                  12:01:36
3   A.  Yes.  Again, they function similarly, or they perform the             12:01:37
4   same function with regard to this infringement.                          12:01:40
5   Q.  Doctor, I'd like to show you a deposition slide.  This is            12:01:43
6   of Martin Hughes.                                                         12:01:50
7           MR. HANNAH:  And in your binder, Your Honor, this is            12:01:54
8   PTX-1917.                                                                 12:01:57
9           Martin Hughes, he's a Cisco software development               12:02:00
10  manager.  This is from his deposition of December 17th, 2019,            12:02:05
11  and the citation is on Page 26, lines 13 through 22.                     12:02:12
12          Your Honor, we would like permission to move                    12:02:27
13  PTX-1917 into evidence, please.                                          12:02:29
14          THE COURT:  All right.  PTX-1917 will be admitted.              12:02:43
15          (Plaintiff's Exhibit PTX-1917 was received in                   12:02:49
16  evidence.)                                                                12:02:48
17          MR. HANNAH:  Thank you, Your Honor.                             12:02:48
18  BY MR. HANNAH:                                                            12:02:50
19  Q.  Doctor, looking at this testimony, can you explain how              12:02:50
20  this informs your opinion?                                                12:02:53
21  A.  Again, the point is you need to have the packets saved              12:02:54
22  while this processing switch occurs, while you're switching             12:03:02
23  the rules, and this testimony verifies that the router                   12:03:06
24  product have a buffer and will store the packets in the                  12:03:13
25  buffer while they're awaiting for processing.  So, in                    12:03:18

─────Mitzenmacher, M. - Direct─────

 1    particular, while you're doing the rule switch, there's a          12:03:23
 2    buffer where those packets will wait.                              12:03:27
 3            THE COURT:  Well, you call it a buffer and a router        12:03:31
 4    and a cache and a switch?                                          12:03:35
 5            THE WITNESS:  That's a good question.  Actually, I         12:03:41
 6    believe I was even asked about this in deposition.                 12:03:44
 7            So both "cache" and "buffer" are ways that are used        12:03:47
 8    by computer scientists to talk about -- they're terms that         12:03:53
 9    really just mean memory.  A cache is usually meant for             12:03:57
10    something that you expect that you may need again in sort of       12:04:03
11    the immediate future, and a buffer generally refers to            12:04:07
12    something that you, you know, leave data waiting for a short       12:04:13
13    period of time, until you're ready for it.                         12:04:19
14            And, you know, sometimes you'll even hear the term         12:04:23
15    "cache/buffer" or "buffer/cache," because, you know, they're       12:04:26
16    both really, at the end of it, referring to memory.  There's       12:04:31
17    slightly different ways of -- it has different connotations        12:04:38
18    to people, depending on the setting, but they both refer to        12:04:43
19    memory.                                                            12:04:47
20            They're both really applicable here.  This is meant        12:04:47
21    to a buffer, meant to hold or store the packet until the rule      12:04:50
22    changes -- the rule set changes.  And the patent calls it a        12:04:54
23    "cache."  Really, they're both just saying memory to hold the      12:05:00
24    packets for a period of time while we're doing the switching       12:05:03
25    of the rules.                                                      12:05:05

─────Mitzenmacher, M. - Direct─────

1        THE COURT:  Okay.                                     12:05:07

2   BY MR. HANNAH:                                             12:05:10

3   Q.  All right.  If we turn back to the claims, Doctor, do the   12:05:11

4   Catalyst switches and the ASR and ISR routers -- do they meet   12:05:18

5   the cease and cache elements of claims 9 and 17?            12:05:23

6   A.  Yes, they do.                                          12:05:26

7   Q.  Can we check those boxes?                              12:05:28

8   A.  Please do.                                             12:05:34

9   Q.  Turning to the next elements, can you explain to the   12:05:35

10  Court why you've grouped these elements and what they      12:05:45

11  require?                                                   12:05:48

12  A.  So, just as before, when we were talking about grouping   12:05:48

13  the sub-elements or the elements together that all dealt with   12:05:54

14  the first rule set, we're doing the same thing here.       12:05:59

15        So, naturally, what happens when you switch to a     12:06:03

16  second rule set, as described here, put together, you      12:06:07

17  reconfigure things to work with the second rule set, you   12:06:12

18  signal completion so that it's known that you're switching   12:06:17

19  over to the second rule set, and then once it's -- you know,   12:06:21

20  once you've had success, once you've determined that it's   12:06:26

21  time to switch to the second rule set, you start processing   12:06:28

22  packets with the second rule set.                          12:06:32

23  Q.  All right.  If we can turn to PTX-1303.                12:06:34

24        MR. HANNAH:  And PTX-1303 has been admitted into     12:06:46

25  evidence.                                                  12:06:49

———Mitzenmacher, M. - Direct———

1         THE COURT:  All right.                                    12:07:09

2         MR. HANNAH:  And, Your Honor, I'd like to turn your      12:07:11

3    attention to...                                               12:07:13

4    BY MR. HANNAH:                                                12:07:13

5    Q.  And, Doctor, your attention to Page 73 of this document,  12:07:14

6    which has the corresponding Bates number of 73, 0073.         12:07:19

7         Doctor, can you, please, explain what's being shown      12:07:29

8    on this slide and how it informs your opinion.                12:07:32

9    A.  So this is talking about the Catalyst 9500 series, and    12:07:35

10   this is, you know, again, it's part of the Cisco Live, so     12:07:39

11   this is just part of a talk they would be giving to their     12:07:46

12   customers.  And so it's perhaps a bit of marketing, but I     12:07:50

13   think it gives a brief description of what's going on.  In    12:07:57

14   particular, as it says, allows update to an ACL -- remember,  12:08:01

15   an ACL is just the Access Control List, a collection of       12:08:05

16   rules -- without interrupting traffic.                        12:08:10

17        So it's saying that this is a feature they're            12:08:13

18   bringing out that will, you know, improve performance by      12:08:16

19   allowing updates, without interrupting the traffic.           12:08:21

20   BY MR. HANNAH:                                                12:08:24

21   Q.  And also, we see that red dot that says that it's         12:08:25

22   starting in 16.8.1.  Do you see that?                         12:08:27

23   A.  Yes.                                                      12:08:34

24   Q.  Doctor, I'd like to turn your attention back to 1195 --   12:08:37

25        THE COURT:  What was that 16?  What did you --           12:08:43

Mitzenmacher, M. - Direct

1        MR. HANNAH:  16.8.1.                                    12:08:47

2    BY MR. HANNAH:                                              12:08:51

3    Q.  Doctor, can you explain what that means?                12:08:51

4    A.  Sure.  So remember we were talking about the operating  12:08:53

5    system, and we spoke about IOS 16, in particular, starting  12:08:57

6    with 16.  I believe this is referring to one of the versions 12:09:10

7    of the operating system; namely, 16.8.1.  So that, I believe, 12:09:19

8    is referring to the Cisco operating system.                 12:09:28

9        MR. HANNAH:  Were you able to catch that, Your          12:09:43

10   Honor, because we had some audio --                         12:09:45

11       THE COURT:  (Nodding.)                                  12:09:45

12       MR. HANNAH:  Okay.                                      12:09:47

13   BY MR. HANNAH:                                              12:09:47

14   Q.  All right, Doctor.  I'd like to turn your attention to  12:09:49

15   PTX-1195.                                                   12:09:52

16       MR. HANNAH:  Again, this has already been admitted      12:09:53

17   into evidence.                                              12:09:56

18   BY MR. HANNAH:                                              12:09:56

19   Q.  I'd like to turn your attention back to Page 4 of this  12:10:02

20   document.                                                   12:10:04

21       MR. HANNAH:  Again, this ends in PTX-004, for the       12:10:05

22   Bates number.                                               12:10:11

23       THE COURT:  Just a moment.                              12:10:12

24   BY MR. HANNAH:                                              12:10:12

25   Q.  In terms of the sequence of events, can you tell us,    12:10:16

Mitzenmacher, M. - Direct

1  where are we in the sequence of events and how it maps to the        12:10:19
2  claim elements?                                                      12:10:22
3  A.  Right.  So we're down towards the bottom, and the                12:10:24
4  reconfiguring would be like adding the new TCAM entries and          12:10:27
5  deleting the old TCAM entries and then success -- the                12:10:37
6  returning success would be, you know, so the signal -- or            12:10:40
7  begin the signaling that you're ready to move on to the              12:10:42
8  second rule set and start processing packets in the second          12:10:45
9  rule set.                                                            12:10:49
10  Q.  And if we turn to PTX-1288, which has already been              12:10:57
11  admitted into evidence, can you -- and if we turn to               12:11:04
12  Page 12 --                                                          12:11:14
13         MR. HANNAH:  Again, this ends in Bates label 0012.           12:11:15
14  It has the same corresponding Bates number.                        12:11:20
15         THE COURT:  Just a moment, now.  I'm looking for            12:11:22
16  that exhibit.  It's 11 what?                                        12:11:24
17  BY MR. HANNAH:                                                      12:11:28
18  Q.  Can you explain how this diagram pertains to these             12:11:29
19  elements of the claim?                                             12:11:33
20  A.  Sure.  The Judge actually asked about this before.  He         12:11:34
21  said -- you know, he was asking, oh, well, does it, like --        12:11:37
22  is this for the first rule set or for the second rule set?         12:11:41
23         And the idea is this diagram applies for both the           12:11:45
24  first rule set and the second rule set.  It's just saying          12:11:50
25  that when you have a rule set, this is what the processing         12:11:53

Carol L. Naughton, Official Court Reporter

—Mitzenmacher, M. - Direct—

1   according to the rules looks like's.  The various ACLs are          12:11:56
2   the rules.  They can be denied or eventually forwarded based        12:12:00
3   on those rules.                                                     12:12:05
4            And, in particular, what changes isn't the way that       12:12:07
5   it processes the rules.  What changes is the rule set.  So          12:12:13
6   you're not changing, like, how you apply the rules, you're          12:12:17
7   just changing what the rules are.                                   12:12:21
8            So this document -- or this figure applies to both        12:12:22
9   the first rule set and the second rule set.                         12:12:25
10           MR. HANNAH:  And, Your Honor, I'm not sure if it's         12:12:30
11  on purpose or not, but it indicates that you're on mute.            12:12:31
12           THE COURT:  I'm sorry?                                     12:12:36
13           (There was a pause in the proceedings.)                    12:12:53
14           THE COURT:  All right.  What exhibit is that diagram       12:12:56
15  in?                                                                 12:13:03
16           MR. HANNAH:  Yes.  This is PTX-1288, and it's on           12:13:03
17  Page 12, which has the same corresponding Bates label, 0012.        12:13:10
18           THE COURT:  1288, Page 8?                                  12:13:16
19           MR. HANNAH:  Page 12.                                      12:13:20
20           THE COURT:  Okay.  That's where I was on mute.  Go         12:13:36
21  ahead.                                                              12:13:43
22           MR. HANNAH:  Thank you, Your Honor.                        12:13:44
23  BY MR. HANNAH:                                                      12:13:45
24  Q.  I'd like to turn your attention back to PTX-1915, which         12:13:47
25  is the deposition testimony of Peter Jones.                         12:13:53

─────Mitzenmacher, M. - Direct─────

1         And, Doctor, can you explain, in terms of his                    12:13:58

2    testimony, what are we talking about with the second rule set          12:14:04

3    and how the system is configured to process packets at the            12:14:09

4    second rule set?                                                      12:14:13

5    A.  This testimony confirms my opinion that he's talking              12:14:13

6    about you switch from a first rule set, rule set A, to a              12:14:21

7    second rule set, rule set B.  And, at the end, you update             12:14:25

8    these rules, and because you're not dropping packets or               12:14:31

9    somehow avoiding -- having packets avoid the rules during             12:14:38

10   this transition, that also tells me that there's a signaling          12:14:41

11   process that says, hey, we stop with the first rule set;              12:14:46

12   we're starting to put in the second rule set.  Then we put in         12:14:50

13   the second rule sets, and again we signal when we're ready to         12:14:53

14   process packets again.                                                12:14:58

15         MR. HANNAH:  Your Honor, at this time we'd like                  12:15:01

16   to -- we tried to group the source code sites together,               12:15:03

17   because we're at the end of the proofs for these elements,            12:15:08

18   for the switches and routers at least, and so we'd like to            12:15:11

19   seal the courtroom so we can discuss a couple pieces of               12:15:16

20   source code, please.                                                  12:15:20

21         THE COURT:  All right.                                          12:15:21

22         (Confidential testimony from Page 634, Line 22,

23   through Page 640, Line 5, was redacted.)

24                     * * * * * * *

25

---Mitzenmacher, M. - Direct---

```
 1
 2
 3          (Confidential testimony from Page 634, Line 22,
 4     through Page 640, Line 5, was redacted.)
 5                    * * * * * * *                              12:24:21
 6     BY MR. HANNAH:                                            12:24:21
 7     Q.  Doctor, can you just give us a brief recap in terms of  12:24:22
 8     how the Catalyst switches and ISR and ASR routers meet the  12:24:25
 9     reconfigure signal completion and responsive to receiving the  12:24:29
10     signal elements of both claims 9 and 17?                  12:24:34
11     A.  As we've seen, you know, when it obtains a second rule  12:24:37
12     set, it will do a reconfiguration.  It will say, okay, I'm  12:24:44
13     going to, as we've seen before, stop processing cache packets  12:24:48
14     while it waits, do this reconfiguration step.  That involves,  12:24:53
15     as we've seen, moving new rule sets into the TCAM, validating  12:24:56
16     that it moved correctly, and once it's validated that it  12:25:01
17     moved correctly, it will signal, again through that status,  12:25:06
18     the completion of the reconfiguration process, to say that  12:25:12
19     it's ready to go with the second rule set.                12:25:15
20          And then, as we've seen, it will process packets      12:25:19
21     according to the second rule set, as we've seen in the     12:25:22
22     diagram about processing packets and elsewhere, of course.  12:25:26
23     Q.  So, Doctor, can we check those boxes?                  12:25:30
24     A.  Yes, let's check all those three boxes together.       12:25:34
25     Q.  All right, great.  And before we move on to the firewall,  12:25:37
```

—————Mitzenmacher, M. - Direct—————

```
 1  I'd like to show you your recapped demonstrative for the      12:25:41
 2  switches and the routers.                                     12:25:53
 3         And, Doctor, can you just give us a brief recap in     12:25:57
 4  terms of how the switches and routers meet all of the         12:26:01
 5  elements of claims 9 and 17 of the '806 patent?               12:26:04
 6  A.  Certainly.  So the Digital Network Architecture and the   12:26:11
 7  Catalyst switches that -- the Digital Network Architecture,   12:26:15
 8  which is used to manage, control, and provide rule sets to    12:26:19
 9  the Catalyst switches and the various routers, are a system   12:26:25
10  that provide network security.  And, as I've also described,  12:26:26
11  they contain code, they contain computer-readable             12:26:30
12  instructions to perform all the steps that I have described.  12:26:35
13         They receive information from outside sources, such    12:26:38
14  as Talos, Stealthwatch, and third parties and use them,       12:26:43
15  preprocess them, to create the -- take the information, these 12:26:50
16  rules, and use them to distribute to the switches and         12:26:55
17  routers, and that involves preprocessing for optimization.    12:26:59
18         The switches and routers use a first rule set until    12:27:03
19  an update arrives, and when the update arrives, then they use 12:27:08
20  this update operation to perform the swap, as mentioned,      12:27:13
21  without dropping any packets using the cache -- and, again,   12:27:17
22  it's a packet buffer or cache -- and after the rule set is    12:27:21
23  swapped, then you begin processing with the second rule set,  12:27:29
24  as according to the claim.                                    12:27:32
25         MR. HANNAH:  Your Honor, if you don't have any         12:27:36
```

Mitzenmacher, M. - Direct

| | | |
|---|---|---|
| 1 | questions, then we can move on to the firewall products. | 12:27:38 |
| 2 | THE COURT:  All right. | 12:27:42 |
| 3 | BY MR. HANNAH: | 12:27:42 |
| 4 | Q.  So let's take a look at the firewall products. | 12:27:45 |
| 5 | If we go back to the claims and uncheck all the | 12:27:51 |
| 6 | boxes, if we look at the first element of both claim 9 and | 12:27:55 |
| 7 | 17, do the firewall products, which are the firewall -- the | 12:28:03 |
| 8 | Firepower, as well as the Adaptive Security Appliance, are | 12:28:09 |
| 9 | they -- do they contain a system with the plurality of | 12:28:13 |
| 10 | processors and memory comprising instructions, as recited in | 12:28:17 |
| 11 | claim 9? | 12:28:21 |
| 12 | A.  Yes, they do. | 12:28:22 |
| 13 | Q.  And just as a reminder from yesterday, in terms of for | 12:28:26 |
| 14 | purposes of infringement, does the Firepower firewall and the | 12:28:31 |
| 15 | ASA, or the Adaptive Security Appliance, do they work in the | 12:28:35 |
| 16 | same way? | 12:28:38 |
| 17 | A.  Yes, they do. | 12:28:41 |
| 18 | Q.  And so we can take those together, as we discussed, and | 12:28:43 |
| 19 | just refer to them as firewalls? | 12:28:47 |
| 20 | A.  We can take those together. | 12:28:49 |
| 21 | THE COURT:  What are you calling it?  Adaptive | 12:28:51 |
| 22 | Security what? | 12:28:55 |
| 23 | THE WITNESS:  Appliance, Your Honor. | 12:28:55 |
| 24 | THE COURT:  Okay. | 12:29:09 |
| 25 | BY MR. HANNAH: | 12:29:11 |

───────Mitzenmacher, M. - Direct───────

1   Q.  And just so the record is clear, Dr. Mitzenmacher, is it          12:29:13
2   okay if we refer to both the firewall, the Firepower                  12:29:19
3   firewall, and the Adaptive Security Appliance as the                  12:29:23
4   firewalls?                                                            12:29:26
5   A.  Yes, that would be helpful.                                       12:29:26
6   Q.  All right.  And do the firewalls -- do they work together         12:29:27
7   with the Firepower Management Center?                                 12:29:32
8   A.  Yes, they do.  The Firepower Management Center is a               12:29:34
9   controller management center that allows you to handle               12:29:38
10  multiple firewalls at the same time.                                  12:29:42
11  Q.  All right.  So let's turn to PTX-244.                             12:29:43
12          Doctor, can you explain what the PTX-244 is?                  12:29:52
13  A.  This is a data sheet, so this would be public information         12:29:55
14  about describing the Cisco Firepower Management Center.               12:29:59
15          MR. HANNAH:  Your Honor, we'd like to move PTX-244            12:30:03
16  into evidence, please.                                                12:30:07
17          MR. GAUDET:  No objection.                                   12:30:08
18          THE COURT:  Okay.  PTX-244, that's the Firepower             12:30:12
19  Management Center, will be admitted.                                  12:30:54
20          (Plaintiff's Exhibit PTX-244 was received in                 12:30:56
21  evidence.)                                                            12:30:57
22          MR. HANNAH:  Thank you, Your Honor.                          12:30:57
23  BY MR. HANNAH:                                                        12:30:58
24  Q.  So if we go to Page 9 of this document, which ends in            12:30:58
25  Bates number 937, if we look in the table where it has              12:31:04

———Mitzenmacher, M. - Direct———

1   "memory" and then it talks about the CPUs, can you explain          12:31:17
2   what's being shown here and whether the Firepower Management        12:31:22
3   Center contains a processor and memory?                            12:31:27
4   A.  Yes.  So this just shows that it contains a -- there's a        12:31:29
5   processor and memory, the computer-readable instructions, and      12:31:35
6   also the CPUs are -- some of them specifically contain more        12:31:41
7   than two processors.  Even the one that contains one              12:31:48
8   processor, the Xeon 4110, is a multicore processor, so it          12:31:51
9   would contain multiple processing units on the single chip.       12:31:59
10  Q.  And if we go to PTX-1277, can you explain what is being        12:32:04
11  shown here, Doctor?                                                12:32:17
12  A.  This is an overview document describing the architecture       12:32:18
13  of the ASA, the ASA version of the firewall product.              12:32:26
14          MR. HANNAH:  All right.  Your Honor, at this time          12:32:33
15  we'd like to move PTX-1277 into evidence.                         12:32:34
16          MR. GAUDET:  No objection.                                 12:32:37
17          THE COURT:  ASA means Adaptive Security Appliance?         12:32:43
18          THE WITNESS:  Yes.                                         12:32:53
19          THE COURT:  That will be admitted.                         12:33:07
20          (Plaintiff's Exhibit PTX-1277 was received in             12:33:09
21  evidence.)                                                         12:33:09
22          MR. HANNAH:  Thank you, Your Honor.                        12:33:09
23  BY MR. HANNAH:                                                     12:33:11
24  Q.  Doctor, maybe it will be helpful to explain the relation      12:33:11
25  between ASA and then the later generation of Firepower            12:33:15

Carol L. Naughton, Official Court Reporter

—Mitzenmacher, M. - Direct—

1   firewalls.  What is that relationship?                      12:33:20
2   A.  So ASA was, like I said, a previously -- or a branded   12:33:22
3   product, but the ASA code base was sort of moved in or      12:33:32
4   incorporated, so they share the same, I'd say, functionality 12:33:36
5   and in some cases the same code, and this was described in   12:33:44
6   various places, both in their documentation and in testimony 12:33:47
7   from Cisco engineers.                                        12:33:52
8   Q.  So when we look at ASA documents and source codes, does  12:33:54
9   that apply equally to the Firepower firewalls?               12:34:00
10  A.  Yeah.  We'll be using -- you know, they share the same   12:34:03
11  functionality and may include the same source codes, yes.    12:34:07
12  Q.  If we go to Page 7 of this document, this block diagram,  12:34:12
13  can you explain how this informed your opinion as to whether 12:34:23
14  the firewalls contain plurality of processors and memory     12:34:26
15  comprising instructions?                                     12:34:32
16  A.  Sure.  So it's a bit hard to see, but up in the top      12:34:34
17  middle, you can see it says, in the blue there underneath,   12:34:38
18  CPU.  You can see there the multiple CPUs, and, as I said    12:34:45
19  before, the CPUs themselves actually have multiple cores, and 12:34:50
20  there's various memory, including memory for storing the sort 12:34:57
21  of instructions to make this all work.  That would include  12:35:01
22  the flash -- flashes, referring to a flash memory, which is  12:35:04
23  typically used to store instructions.  Similarly, there's    12:35:11
24  also a Random Access Memory up above, labeled "RAM."         12:35:13
25          MR. HANNAH:  Your Honor, if we could go to Page --   12:35:33

———Mitzenmacher, M. - Direct———

| | | |
|---|---|---|
| 1 | THE COURT:  I don't follow this diagram.  What is | 12:35:37 |
| 2 | this supposed to illustrate? | 12:35:40 |
| 3 | THE WITNESS:  All we're doing is, you know, I think, | 12:35:42 |
| 4 | providing something which I don't think is really under | 12:35:46 |
| 5 | debate, but, you know, covering all our bases, is just that | 12:35:50 |
| 6 | these devices have memory for storing instructions, and they | 12:35:55 |
| 7 | have processing elements, you know, processors. | 12:36:04 |
| 8 | THE COURT:  Memory plus multiple processors? | 12:36:08 |
| 9 | THE WITNESS:  Yeah. | 12:36:19 |
| 10 | THE COURT:  And this is the software architecture | 12:36:21 |
| 11 | we're looking at? | 12:36:24 |
| 12 | THE WITNESS:  Well, it's a software architecture | 12:36:25 |
| 13 | document, but this is a basic picture of the hardware setup, | 12:36:28 |
| 14 | and you can see that because it's showing connections between | 12:36:34 |
| 15 | memory and various subcomponents.  Like, there's a crypto | 12:36:38 |
| 16 | accelerator.  So that would be, again, a component on the | 12:36:45 |
| 17 | device -- the input/output bridge.  It's a very rudimentary | 12:36:50 |
| 18 | hardware diagram, and again, all we wanted to show was that | 12:36:58 |
| 19 | it had memory and processors. | 12:37:01 |
| 20 | THE COURT:  Okay. | 12:37:16 |
| 21 | BY MR. HANNAH: | 12:37:21 |
| 22 | Q.  All right.  If we could go back to the claims. | 12:37:21 |
| 23 | Doctor, based on the documents and testimony that | 12:37:23 |
| 24 | you've reviewed, are the firewalls a system that comprise a | 12:37:32 |
| 25 | plurality of processors and memory comprising instructions | 12:37:39 |

─────Mitzenmacher, M. - Direct─────

| | | |
|---|---|---|
| 1 | that when executed cause the processor to do some actions? | 12:37:41 |
| 2 | A.  Yes.  Claim 9 -- yes. | 12:37:47 |
| 3 |        And I guess we can move on to claim 17, where, | 12:37:56 |
| 4 | similarly, there's non-transitory computer-readable media | 12:37:59 |
| 5 | comprising these instructions that, when executed by a | 12:38:02 |
| 6 | computer system, cause it to -- again, one is the system | 12:38:04 |
| 7 | itself, and one is the sort of code or instructions behind | 12:38:11 |
| 8 | the system. | 12:38:13 |
| 9 | Q.  So, based on that, can we check the box for both claims 9 | 12:38:14 |
| 10 | and 17 for the firewalls? | 12:38:21 |
| 11 | A.  Yes. | 12:38:23 |
| 12 | Q.  All right.  Let's move on to the first common element | 12:38:24 |
| 13 | between claim 9 and 17, which is the receiving of a first | 12:38:37 |
| 14 | rule set and a second rule set. | 12:38:41 |
| 15 |        Can you explain what is being -- what is being | 12:38:44 |
| 16 | referenced here or remind us what is being referenced here? | 12:38:46 |
| 17 | A.  So firewalls, like the switches and routers, will receive | 12:38:51 |
| 18 | sets of rules, and rules have to be changed or modified or | 12:38:54 |
| 19 | updated to deal with new situations, and the idea of these | 12:38:59 |
| 20 | rule sets is obviously to provide security by examining and | 12:39:04 |
| 21 | potentially dropping packets. | 12:39:10 |
| 22 | Q.  If we look at your -- | 12:39:12 |
| 23 |        THE COURT:  Is this just redundancy here?  I mean, | 12:39:14 |
| 24 | why do we need a firewall if we have multiple switches and | 12:39:21 |
| 25 | routers providing security?  Why do we also need a firewall? | 12:39:28 |

Carol L. Naughton, Official Court Reporter

—Mitzenmacher, M. - Direct—

```
 1          THE WITNESS:  So part of it is this multilayer,      12:39:31
 2   right; that you want to have different layers of security, so  12:39:38
 3   if anything gets through one layer, it can possibly be     12:39:41
 4   stopped by another layer.                                  12:39:44
 5          And the other thing is that firewalls, because     12:39:46
 6   they're really -- their sort of main purpose, design, is   12:39:53
 7   simply to examine packets and to potentially drop them; that  12:40:00
 8   they can handle, potentially, more complex or sophisticated   12:40:03
 9   rules than you might want to put in the routers and switches,  12:40:08
10   you know, for efficiency reasons.                          12:40:13
11          THE COURT:  Oh, so they can have a different set of   12:40:17
12   rules because they're on a different operating system?     12:40:22
13          THE WITNESS:  Yeah.  They might have --             12:40:24
14          THE COURT:  Is that why they can have a separate set   12:40:27
15   of rules, because they're operating systems are different?   12:40:30
16          THE WITNESS:  Their operating systems are different,   12:40:33
17   so I think that part of that means that they're set up to   12:40:38
18   handle different types of rules, as well.                  12:40:42
19          THE COURT:  Okay.                                    12:40:50
20   BY MR. HANNAH:                                             12:40:53
21   Q.  So, Doctor, if we could go to the next slide, which shows   12:40:54
22   the architecture, and can you just explain what is being   12:40:57
23   shown here?                                                12:41:00
24   A.  So similarly here, the Firepower and the Firepower     12:41:01
25   systems, the management center will receive various threat   12:41:09
```

Mitzenmacher, M. - Direct

1   intelligence or receive information that contain rules that          12:41:14
2   suggest updates that may -- you may want to apply to the            12:41:21
3   individual Firepower.  So using the rules and the context           12:41:25
4   given by the threat intelligence, you may want to do some           12:41:31
5   updates.                                                            12:41:34
6   Q.  And yesterday we heard how Cisco described it, and              12:41:35
7   Dr. Moore, as operationalizing threat intelligence.  Do you        12:41:44
8   remember that?                                                      12:41:49
9   A.  Yes, "operationalizing threat intelligence" or                 12:41:49
10  "operationalizing cyber threat intelligence," sometimes is         12:41:53
11  used.                                                               12:41:55
12  Q.  If we go to PTX-1291, Doctor, can you, please, explain         12:41:58
13  what this document is?                                              12:42:08
14  A.  So this is a document describing Version 6.2.2 of the          12:42:09
15  Firepower.  So this is -- remember, we were talking about --       12:42:18
16  for the routers and switches, we were talking about their         12:42:23
17  operating system versions, and we were looking at numbers          12:42:27
18  like 16.5.                                                          12:42:32
19       So Firepower has its own releases and its own                 12:42:33
20  versions.  They're separate sets of products, so it's              12:42:38
21  numbered or behaves differently, and we're looking at, for        12:42:43
22  the Firepower systems, the release notes for this version,         12:42:48
23  6.2.2.                                                              12:42:52
24       MR. HANNAH:  Your Honor, at this point we'd like to          12:42:55
25  move PTX-1291 into evidence, please.                               12:42:56

—Mitzenmacher, M. - Direct—

| | | |
|---|---|---|
| 1 | MR. GAUDET:  No objection. | 12:42:59 |
| 2 | THE COURT:  Well, is this a white paper? | 12:43:08 |
| 3 | THE WITNESS:  These are release notes, so this will | 12:43:30 |
| 4 | be describing -- | 12:43:37 |
| 5 | THE COURT:  Is it the same thing as a white paper or | 12:43:38 |
| 6 | what? | 12:43:40 |
| 7 | THE WITNESS:  No.  I think this is -- gets to a more | 12:43:40 |
| 8 | technical level than a white paper and I think would be, you | 12:43:44 |
| 9 | know, more primarily used for internal use. | 12:43:48 |
| 10 | THE COURT:  In other words, this would not be | 12:44:06 |
| 11 | something you necessarily send to your customers. | 12:44:09 |
| 12 | THE WITNESS:  I would have to look inside to recall | 12:44:13 |
| 13 | or to check.  I can imagine that you might send this or part | 12:44:17 |
| 14 | of this to customers in describing certain aspects of the | 12:44:21 |
| 15 | system, but you might not make it public to, like, | 12:44:25 |
| 16 | non-customers, because it will have more detailed | 12:44:29 |
| 17 | information. | 12:44:32 |
| 18 | THE COURT:  Okay. | 12:44:34 |
| 19 | (Plaintiff's Exhibit PTX-1291 was received in | 12:44:34 |
| 20 | evidence.) | 12:44:36 |
| 21 | BY MR. HANNAH: | 12:44:36 |
| 22 | Q.  Maybe to help, Doctor, what is the purpose of having | 12:44:37 |
| 23 | release notes? | 12:44:39 |
| 24 | A.  Often, it's to describe issues or changes, things that | 12:44:40 |
| 25 | are new in the new version, like new features or new aspects | 12:44:46 |

Carol L. Naughton, Official Court Reporter

―――Mitzenmacher, M. - Direct―――

1    or characteristics, in particular.  It's to provide sort of a          12:44:53

2    guide as to the functioning of the system.                             12:44:58

3    Q.  All right.  Doctor, if we can move to Page 7 of this               12:45:08

4    document, which ends in the same corresponding Bates label,            12:45:11

5    007.                                                                    12:45:16

6              THE COURT:  007.                                              12:45:19

7              MR. HANNAH:  007, yeah.                                       12:45:20

8              MR. GAUDET:  Shaken, not stirred.                            12:45:27

9              THE WITNESS:  Again --                                        12:45:34

10   BY MR. HANNAH:                                                          12:45:34

11   Q.  Go ahead, Doctor.                                                   12:45:34

12   A.  So, again, I would think this might not be something you            12:45:34

13   made generally available, but you can imagine you would want           12:45:40

14   to give this to the customers just because it would describe           12:45:42

15   like the new features and functionality, so that they would           12:45:45

16   know and understand what the new version of the product was           12:45:48

17   and how it compared to other versions.                                 12:45:51

18   Q.  If we look at under the Cisco Threat Intelligence                   12:45:54

19   Director -- and it continues on to the next page.                      12:46:01

20             Can you explain what this is showing, Doctor, and,           12:46:07

21   in particular, how the Cisco Threat Intelligence Director             12:46:10

22   operationalizes threat intelligence?                                   12:46:13

23   A.  Right.  So the Threat Intelligence Director is the unit            12:46:15

24   or the part that is in the, I guess, Firepower Management             12:46:20

25   Center, which deals with these threat intelligence coming              12:46:27

─────Mitzenmacher, M. - Direct─────

1    from additional sources.                                    12:46:31

2         As it says up at the top, "The Cisco Threat            12:46:33

3    Intelligence Director operationalizes custom threat         12:46:40

4    intelligence data, helping you aggregate additional         12:46:43

5    intelligence data, configure defensive actions, and analyze 12:46:46

6    threats in your environment."                               12:46:51

7         So this is telling me that it's getting information    12:46:52

8    from additional sources.  It's using them -- when it says   12:46:54

9    "configure defensive actions," that's to help set up new    12:46:59

10   rules so that you can try and block the threats based on    12:47:03

11   these additional sources of information.                    12:47:08

12        So in the next line, it specifically says that it      12:47:12

13   ingests threat intelligence from third-party threat feeds and 12:47:19

14   from threat intelligence platforms, so it's getting         12:47:23

15   information from additional sources.                         12:47:27

16   Q.  If we look at where it says, "By converting" --         12:47:36

17   A.  Right.  If we look at the next paragraph, yeah, "By     12:47:40

18   converting intelligence into actionable indicators of       12:47:45

19   compromise, your network defenses can block or monitor more 12:47:51

20   threats, reduce the number of alerts to review, and improve 12:47:55

21   your overall security posture."                             12:47:59

22        So it's taking these threat intelligence, these        12:48:03

23   indicators, and using it to come up with new rules, right?  12:48:07

24   Your network defenses can block or monitor more threats, so 12:48:12

25   you'll be developing new rules to block additional potential 12:48:16

653

—Mitzenmacher, M. - Direct—

| | | |
|---|---|---|
| 1 | threats, which corresponds to blocking packets from the | 12:48:20 |
| 2 | firewall devices or potentially monitoring them, as well. | 12:48:24 |
| 3 | Q.  And just to verify, Doctor, so the top of this paragraph | 12:48:28 |
| 4 | shows that it was introduced into the firewalls in version | 12:48:42 |
| 5 | 6.2.2; is that right? | 12:48:46 |
| 6 | A.  Yeah.  It was introduced in this version. | 12:48:47 |
| 7 | MR. HANNAH:  And, Your Honor, I believe I did this, | 12:48:55 |
| 8 | but I just want to make sure that PTX-1291 has been moved | 12:48:56 |
| 9 | into evidence. | 12:49:00 |
| 10 | THE COURT:  Yes, it has been. | 12:49:03 |
| 11 | MR. HANNAH:  Thank you, Your Honor. | 12:49:06 |
| 12 | BY MR. HANNAH: | 12:49:09 |
| 13 | Q.  Doctor, I'd like to turn your attention to PTX-1289. | 12:49:09 |
| 14 | Doctor, can you explain what PTX-1289 is? | 12:49:19 |
| 15 | A.  This is a similar document.  This is talking about for | 12:49:22 |
| 16 | the Firepower Management Center, but it's labeled as a | 12:49:29 |
| 17 | configuration guide. | 12:49:33 |
| 18 | MR. HANNAH:  Your Honor, we'd like to move PTX-1289 | 12:49:35 |
| 19 | into evidence, please. | 12:49:39 |
| 20 | THE COURT:  Now, this is called "Configuration | 12:49:58 |
| 21 | Guide." | 12:50:02 |
| 22 | THE WITNESS:  I would assume that this, again, would | 12:50:07 |
| 23 | be the information that you might provide a customer so that | 12:50:10 |
| 24 | they would know better how to set up the device, once they | 12:50:13 |
| 25 | received it. | 12:50:16 |

Carol L. Naughton, Official Court Reporter

—————Mitzenmacher, M. - Direct—————

1       THE COURT:  Well, this is the Threat Intelligence          12:50:23

2   Director, which is a program, I guess, or a product.  What     12:50:29

3   would you call a Threat Intelligence Director?  Just like      12:50:42

4   what we've used as manager before?  This directs threat        12:50:49

5   intelligence.  What is the difference between directing it     12:50:58

6   and managing it?                                               12:51:00

7       THE WITNESS:  I think the Threat Intelligence              12:51:01

8   Director is that it feeds the Firepower Management Center,     12:51:06

9   and then it's the director because it's getting information   12:51:13

10   from potentially multiple sources and pulling it all together 12:51:15

11   into the format for the Firepower Management Center.  So I'd   12:51:20

12   say it's a component of the Firepower Management Center or a   12:51:25

13   program part of the Firepower Management Center, as we've      12:51:30

14   seen in the previous document and --                          12:51:35

15       THE COURT:  This would tell you where to send the         12:51:38

16   intelligence that you gather?                                 12:51:43

17       THE WITNESS:  I think it's just gathering it from         12:51:44

18   multiple sources and then giving it to the rest of the        12:51:48

19   Firepower Management Center.                                  12:51:53

20       THE COURT:  Okay.                                         12:51:56

21       MR. HANNAH:  And, Your Honor, I just want to confirm      12:51:58

22   that PTX-1289 has been moved into evidence.                   12:52:02

23       THE COURT:  Yes.                                          12:52:05

24       (Plaintiff's Exhibit PTX-1289 was received in             12:52:09

25   evidence.)                                                    12:52:12

─────Mitzenmacher, M. - Direct─────

1   BY MR. HANNAH:                                              12:52:12

2   Q.  If we could go to Page 1594 of this document.          12:52:12

3          If we look at the bottom diagram, it has -- before  12:52:18

4   we get into the diagram, can you explain, what does "TID"  12:52:26

5   stand for?                                                 12:52:30

6          THE COURT:  Threat Intelligence Director?           12:52:35

7          THE WITNESS:  Yes, that's right.  TID is Threat      12:52:43

8   Intelligence Director.                                     12:52:48

9   BY MR. HANNAH:                                              12:52:48

10  Q.  Can you explain, based on this diagram, how the process 12:52:49

11  works?                                                     12:52:52

12  A.  As you can see from the diagram, the Threat Intelligence 12:52:52

13  Director -- you can get a component or a piece or a part of 12:52:56

14  the Threat Intelligence Director, and it's getting         12:52:59

15  information from outside sources, right?  So you can see that 12:53:03

16  on the left.  It's getting from various sorts of sources -- 12:53:07

17  TAXII was an acronym we talked about last time.  It's one I 12:53:16

18  never remember well, so I hope it's on your sheet.  You can 12:53:22

19  get lists of URLs, that's Uniform Resource Locators or web  12:53:28

20  pages.  You can upload directly.                           12:53:33

21         And what comes in through these sources is threat    12:53:36

22  intelligence, and these threat intelligence contain rules, 12:53:39

23  right?  And then what the Threat Intelligence Director does 12:53:42

24  is essentially pull all those together, process them, and  12:53:47

25  decides, you know, as part of the Firepower Management      12:53:52

—————————Mitzenmacher, M. - Direct—————————

| | | |
|---|---|---|
| 1 | Center, whether it's going to update the managed devices over | 12:53:59 |
| 2 | on the right, and here, where it says, "Element Manage | 12:54:02 |
| 3 | Device," that's the firewall, right?  You can see that it's | 12:54:07 |
| 4 | connected up to the network traffic.  These are the devices | 12:54:10 |
| 5 | getting the network traffic. | 12:54:13 |
| 6 | So you can think of this as a path to -- there's | 12:54:15 |
| 7 | threat intelligence coming from the left, right?  It goes | 12:54:20 |
| 8 | into the Firepower Management Center, into the Threat | 12:54:23 |
| 9 | Intelligence Director, where it has to be operationalized. | 12:54:28 |
| 10 | It has to be looked at, processed, and determined if that | 12:54:31 |
| 11 | means that you want to update the rules over on the right for | 12:54:35 |
| 12 | the managed devices, which are the firewalls. | 12:54:39 |
| 13 | And, again, you can see that when you have the | 12:54:44 |
| 14 | corresponding incidents, it says there on the bottom, when it | 12:54:51 |
| 15 | passes that information, right, onto the elements, then you | 12:54:57 |
| 16 | can take various configured actions, that is, the outcome of | 12:55:02 |
| 17 | the rules.  You can decide to monitor, block, partially | 12:55:07 |
| 18 | block, or no action.  So you can update your rules to do | 12:55:11 |
| 19 | things like block, depending on the information you've | 12:55:17 |
| 20 | received. | 12:55:22 |
| 21 | MR. HANNAH:  All right.  Your Honor, I'd like to | 12:55:34 |
| 22 | show the Doctor some source code.  I'm not sure if you want | 12:55:36 |
| 23 | to dive into that right now or if you would like to go ahead | 12:55:41 |
| 24 | and take lunch, since we've got about five minutes. | 12:55:46 |
| 25 | THE COURT:  Why don't we take our luncheon recess, | 12:55:49 |

657

Mitzenmacher, M. - Direct

1    and we'll return at 2:00.                                          12:55:56

2         MR. HANNAH:  Thank you, Your Honor.                           12:55:58

3         (The proceedings recessed at 12:56 p.m.)                      12:56:01

4

5                        CERTIFICATION

6

7       I certify that the foregoing is a correct transcript

8    from the record of proceedings in the above-entitled matter.

9

10

11    _____/s/_____

12                  Carol L. Naughton

13                  May 12, 2020

14

15

16

17

18

19

20

21

22

23

24

25

Carol L. Naughton, Official Court Reporter