658

1              IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF VIRGINIA
2                      NORFOLK DIVISION

3

4   CENTRIPETAL NETWORKS, INC.,     )
                                    )
5           Plaintiff,              )
    v.                              )  Civil Action No.:
6                                   )      2:18cv94
    CISCO SYSTEMS, INC.,            )
7                                   )
            Defendant.              )
8

9

10

11        TRANSCRIPT OF VIDEOCONFERENCE BENCH TRIAL PROCEEDINGS
                  (**Confidential Testimony Redacted**)
12

13                     Norfolk, Virginia
                        May 12, 2020
14

15                      Volume 5B
                     Pages 658-718
16

17   BEFORE:  THE HONORABLE HENRY C. MORGAN, JR.
              United States District Judge
18

19

20

21

22

23

24

25

                Paul L. McManus, RMR, FCRR Official Court Reporter

659

```
 1   Appearances: (Via Zoomgov Video)

 2          KRAMER LEVIN NAFTALIS & FRANKEL, LLP
                By: JAMES RUSSELL HANNAH
 3                    Counsel for Plaintiff

 4          DUANE MORRIS, LLP
                By: MATTHEW GAUDET
 5                    Counsel for Defendant

 6                   I N D E X

 7                                          Page
     PLAINTIFF'S
 8   WITNESS

 9   MICHAEL MITZENMACHER
         Continued Direct Examination by Mr. Hannah   660
10

11                   E X H I B I T S

12   PLAINTIFF'S
     NO.
13
     PTX-1849, Page 132                     661
14   PTX-1849, Page 91                      663
     PTX-1393                               671
15   PTX-1918                               673
     PTX-1849, Page 139                     677
16   PTX-1293                               680
     PTX-1241                               684
17   PTX-1849, Page 93                      688
     PTX-1849, Page 64                      692
18   PTX-408                                694
     PTX-1196                               701
19

20

21

22

23

24

25
```

1                     P R O C E E D I N G S

2

3          (Proceedings resumed at 2:02 p.m. as follows:)

4

5          THE COURT:  All right.  Counsel, do you want to have a

6   conference closed to audio?

7          Would you close the audio?

8          COURTROOM DEPUTY CLERK:  Yes, sir.

9          (Confidential Testimony to Page 669, Line 5 redacted

10  and filed under seal.)

11                              *  *  *

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1

 2

 3                              * * *

 4  BY MR. HANNAH:

 5  Q.   So Doctor, based on the evidence that you've seen, do the

 6  firewalls receive a first and a second rule set?

 7  A.   Yes.  Both the firewalls themselves and the management

 8  centers will also be sort of continually updating or receiving

 9  rule set information.

10  Q.   If we turn to the next element, which is the preprocessing

11  of the first and second rule set to optimize the performance, do

12  the firewalls with the Firepower Management Center meet this

13  limitation?

14  A.   Yes, they do.

15  Q.   All right.  If we could go to PTX-1289?

16       MR. HANNAH:  And Your Honor, this has already been

17  admitted into evidence.

18       THE COURT:  Right.

19  BY MR. HANNAH:

20  Q.   If we could go to Page 1594 which ends in the same

21  corresponding Bates label, 1594.

22       MR. HANNAH:  Your Honor, it's the diagram that we were

23  talking about before the lunch break.

24       THE COURT:  Right.

25  BY MR. HANNAH:
```

1   Q.   Doctor, can you please explain where the preprocessing of

2   the rules in order to optimize them occurs in this diagram?

3   A.   Right.  So that occurs where we see the Threat Intelligence

4   Director.  So it's again pulling in, getting what's labeled in

5   this diagram as indicators, right, and sending out what are

6   labeled as observables down to the devices.  So observables are

7   you know -- indicators can be more complex rules, but what the

8   Threat Intelligence Director does is preprocess, simplify,

9   optimize, choose, remove duplicates and so on, and

10  correspondingly will pass observable information to the managed

11  devices.

12          THE COURT:  Managed device is the firewall, right?

13          THE WITNESS:  Exactly.  Yes.  Sorry, I should have

14  said that.

15          THE COURT:  All right.

16  BY MR. HANNAH:

17  Q.   So if we go to -- I'd like to turn your attention to

18  PTX-1393, and we can take a closer look at the observables that

19  you just talked about.

20      Can you please explain what 1393 is, Doctor?

21  A.   Certainly.  So 1393 refers to Lamplighter.  Lamplighter,

22  remember, as I said, is another name for the Threat Intelligence

23  Director.  And again, you can see from its description that it

24  matches what we've been saying.  Lamplighter is a system for

25  consuming and normalizing heterogeneous third-party cyber threat

1   intelligence, publishing the intelligence to detection

2   technologies, and correlating the observations made by the

3   detection technologies.  And we'll see, you know, a bit more

4   about what that means inside when it discusses observations.

5           MR. HANNAH:  Your Honor, at this point I'd like to

6   move PTX-1393 into evidence, please.

7           MR. GAUDET:  No objection.

8           THE COURT:  That will be admitted.

9               (Exhibit PTX-1393 received in evidence.)

10          MR. HANNAH:  Thank you, Your Honor.

11          If we could go to Page 9 of this document?  And Your

12  Honor, it has the same corresponding Bates label, which is 009.

13  BY MR. HANNAH:

14  Q.   If we look under 1393, and it's at Page 9, and if we look

15  under observables and go all the way down to -- up to before the

16  elements -- yes.  Can you explain what's being shown here in

17  terms of both the receiving of the rules that we just talked

18  about and the preprocessing and optimization of the rules for

19  the current element?

20  A.   Right.  So if you see, an observable is a basic unit that

21  can be shipped to the elements, okay?  So this is something that

22  we're going to ship out to the firewalls.  But the first thing

23  that it has to do is it has to receive them, right?  It has to

24  receive them in a feed.  And you can see that reads in these

25  information, and you can see that the information associated

1  with an observable includes an action, right, such as monitor or

2  block, right?  So this information that it can be getting or

3  getting fed in as threat intelligence can include monitor or

4  block information.  So, actions associated with the observable.

5  And you can see that it has to read in and process.  That's the

6  next step where it talks about the Json representation.  I

7  forgot now what Json stands for.  Json is just a way of

8  representing data in sort of, as you can see, a tabular type

9  form.  And it's read in -- after it's read into the feed it has

10  a global ID, and in particular it tells you that this is an

11  observable and it has an associated action with it.

12  Q.   When it says the word ingester, is that what's being

13  receiving or absorbing these, this information?

14  A.   Yes.  That's the part that receives or absorbs the

15  information up in the Threat Intelligence Director.

16  Q.   And is it your understanding that Json stands for

17  Javascript Object Notation?

18  A.   Javascript Java Notation.  That's a way of representing

19  data that's useful to many computer systems.

20  Q.   And if we go further down in this document, it says

21  "shipped to elements."  What does that mean?  What are the

22  elements here?

23  A.   Again, the elements would correspond to, correspond to the

24  firewalls.  You can see that what's shipped out is rule

25  information.

1   Q.   And we see that it has the "Action":Block there as well?

2   A.   Yes.

3   Q.   All right.  Doctor, I'd like to move on to some testimony

4   and?

5             MR. HANNAH:  In your binder, Your Honor, it's

6   PTX-1918.  This is the testimony of Michael Sheck.  It is from

7   December 11th, 2019 and it ranges in Page 66, Line 13 through

8   Page 67, Line 12.  And Michael Sheck is the Cisco director of

9   the Incident Response Team.

10            THE COURT:  All right.  That will be admitted.

11            MR. HANNAH:  Thank you, Your Honor.

12                  (Exhibit PTX-1918 received in evidence.)

13  BY MR. HANNAH:

14  Q.   So before we have you explain, there's an acronym in here,

15  Doctor.  Does what does FMC stand for in this?

16            THE COURT:  I looked that up.  That's Firepower

17  Management Center.

18            MR. HANNAH:  Thank you.  Yes, Your Honor.

19  BY MR. HANNAH:

20  Q.   So Doctor, can you please let us know how this informed

21  your opinion?

22  A.   Right.  So first he's asked what does FMC do to the threat

23  intelligence feeds received from the Threat Intelligence

24  Director.  So you know, he discusses if you were to configure

25  your FMC to receive a feed from the Threat Intelligence

```
1   Director.  So first this just confirms what we've been saying.

2   The Firepower Management Center receives feeds by way of, you

3   know, the component that does that on the FMC is called the

4   Threat Intelligence Director.  Then he says you could use those

5   threat indicators to fire a signature and detect traffic.  Then

6   he's asked further about that.  But he says that signatures are

7   essentially a set of logic contained on an intrusion detection

8   or intrusion prevention system that look for specific sets of,

9   of characteristics, and if there's a match to those

10  characteristics, it creates an alert.

11      So here he's describing rules, right?  That you use the

12  FMC, that it takes those threat indicators and turns them into

13  the appropriate rule format for the firewall, for the

14  corresponding device.  And I call this a rule because he says

15  it's a set of logic corresponding to characteristics, and if

16  there's a match it creates an alert.  It takes an action.  We've

17  also seen besides creating an alert it might conceivably block.

18  It depends on the setting.  But here he's talking about an

19  alert, but that's still a corresponding action and corresponds

20  to a rule.

21          THE COURT:  I thought the Threat Intelligence Director

22  sent the intelligence directly to the firewall?  I didn't

23  realize it had to go -- which seems to me backwards -- through

24  the FMC to the firewall.

25          THE WITNESS:  Right.  So the Threat Intelligence
```

1  Director is, as we've seen in the diagrams, is on the FMC.  It's

2  a part of the FMC.  It's just given its own label or component

3  name because of its very visible role.  And yes, besides reading

4  it in, it does have to do some processing and optimization.

5        THE COURT:  Well, does that involve sending it to an

6  intermediary before it goes to the firewall?

7        THE WITNESS:  No.  The Threat Intelligence Director is

8  on the Firepower Management Center, and the preprocessing and

9  optimization I'm talking about is done on the Firepower

10 Management Center.

11       THE COURT:  So it goes to the Firepower Management

12 Center before it goes to the Threat Intelligence Detector?

13       THE WITNESS:  No.  So the TID is part of the Firepower

14 Management Center.  So the data feed comes in to the TID, but

15 that's part of the Firepower Management Center.  It's absorbed

16 and adjusted, sort of the words that are used.  It's then, all

17 that information is -- for instance it's shown it's put in a

18 database, it's recorded.  Based on what comes in, there's

19 further processing and optimization to determine what stuff

20 should actually to out.  What signatures are important to put on

21 the device.  And the reason you would do that is because, you

22 know, it may be that you get the same intelligence from multiple

23 sources, and in that case you wouldn't want to repeatedly send

24 it out, for instance.

25       THE COURT:  Okay.

1  BY MR. HANNAH:

2  Q.   And maybe we can just go back to the demonstrative that

3  we've shown for the Firepower which shows the threat

4  intelligence coming in to the Firepower Management Center.

5  Maybe that will help just illustrate.

6       Doctor, can you explain the flow in terms of how it works

7  in this demonstrative?

8  A.   Right.  So we have the threat intelligence coming in, and

9  it's shown as coming in to the Firepower Management Center, but

10 remember, the Threat Intelligence Director is a part of that, is

11 a component in that.  And so the threat intelligence is coming

12 in to the Threat Intelligence Director, processed throughout the

13 Firepower Management Center, and then the appropriate

14 information is then distributed out to the firewalls down below.

15          THE COURT:  All right.

16          MR. HANNAH:  All right, Doctor.  I'd like to show you

17 one more piece of source code for this element, and so at this

18 point I'd like to seal the courtroom and mute the line, and our

19 corporate representative Jonathan Rogers has left the room, or

20 left his room.

21          If I may proceed, Your Honor?

22          THE COURT:  All right.

23          (Confidential Testimony to Page 679, Line 1 redacted

24 and filed under seal.)

25                              * * *

1                                    *  *  *

2    BY MR. HANNAH:

3    Q.    We turn back to the claims.   Doctor, is it your opinion

4    that the firewalls, including the ASA and the Firepower with the

5    FMC, preprocess the first rule set and the second rule set to

6    optimize performance?

7    A.    Yes.   That's what's being done on the FMC.   It's

8    preprocessing the rule sets as they come in to optimize their

9    performance before sending them on to the firewall devices.

10   Q.    Can we check that box?

11   A.    Please.

12   Q.    Thank you.   Let's move on to the next set of elements.   And

13   again, we grouped these together.   Can you just briefly remind

14   the Court why we grouped these together?

15   A.    Right.   So all of these deal with the issue of just using

16   the first rule set.   And so here, you know, we're discussing the

17   configuring of and the processing of packets using the first

18   rule set.

19   Q.    So if we turn to PTX-1293.   PTX-1293, can you please

20   explain what this is, what this document is, Doctor?

21   A.    This is another configuration guide for the ASA appliances

22   that we're discussing.

23            MR. HANNAH:   Your Honor, at this point we'd like to

24   move PTX-1293 that evidence.

25            MR. GAUDET:   No objection.

1          THE COURT:  All right.  1293 will be admitted.

2          MR. HANNAH:  Thank you, Your Honor.

3                   (Exhibit PTX-1293 received in evidence.)

4          MR. HANNAH:  If we could turn to Page 668 of this

5    document?  Your Honor, it has the same corresponding Bates label

6    of 0668.

7    BY MR. HANNAH:

8    Q.   And there's a section that says choose a rule engine,

9    transaction, transactional-commit model.  Do you see that,

10   Doctor?

11   A.   Yes.

12   Q.   Can you please explain to the Court what is this

13   transactional-commit model and how this informed your opinion

14   with regard to the claim elements of configuring and using the

15   first rule set.

16   A.   So this transactional-commit model is what it calls, I

17   guess for these products, what they call the sort of the

18   swapping rule.  So the idea of the transactional-commit model is

19   that, as you can see below where it says you can change this

20   behavior, so that the rule engine uses a transactional model

21   when implementing changes, continuing to use the old rules until

22   the new rules are compiled and ready for use.  With the

23   transactional model, performance should not drop during the rule

24   compilation.  So the idea is that their previous method would

25   sort of try and fold in the new rules along with the old rules,

1  and then that could lead to these performance costs that it

2  describes up above.  So what they have moved to is this

3  transactional-commit model where the idea is similar to what we

4  talked about with the previous sorts of rules and rule sets, is

5  that you get all the rules ready, you do a swap, and then you

6  return back to the new rules completely.

7  Q.   Is this transactional-commit model similarly used in that

8  you can swap the rules without dropping any packets?

9  A.   Yes.  One of the problems that they were having previously

10 was that their previous system would, in cases -- the

11 performance cost would lead to the dropped packets.

12 Q.   And if we go to the next page, which is 669 --

13        MR. HANNAH:  And Your Honor, again, it has the

14 corresponding Bates label of 0669.

15 BY MR. HANNAH:

16 Q.   -- and looking at that first paragraph, how does this

17 inform your opinion with regard to the transactional-commit

18 model and the processing of a first rule set and being able not

19 to drop packets during the swap?

20 A.   So, "An additional benefit of the transactional model is

21 that, when replacing an ACL -- that's Access Control List, or

22 rules, on an interface -- there is no gap between deleting the

23 old ACL and applying the new one.  This feature reduces the

24 chances that acceptable connections may be dropped during the

25 operation."

1    So again, this shows that the old system that didn't use

2  this technique would have the potential or be liable for

3  dropping packets, which is not, as we've said before, something

4  that you'd want, and here that there's sort of a more natural --

5  you get all the new rules ready to go, and then you swap them in

6  and then you go from doing the old rules to the new rules

7  directly, and of course as we'll see, during that time you have

8  to cease operations and cache packets.  But then you can have a

9  relatively seamless swap between the first and second rule set.

10          THE COURT:  Well, this seems slightly different than

11  the last system, because the last system seems to apply the new

12  rules earlier in the process than this system.  This says it

13  continues to use the old rules while the new rules are being

14  protected instead of stopping the flow.

15          THE WITNESS:  It's still going to need to stop the

16  flow when it does the rules, it just waits until the last

17  possible moment to do so.  So it waits until everything is ready

18  before it does the stop, does the swap, and then moves on.

19          THE COURT:  This seems slightly different --

20          THE WITNESS:  It's definitely --

21          THE COURT:  -- than the technology we talked about

22  with regard to switches and routers.

23          THE WITNESS:  It is.  And that's why we've had to

24  handle them separately.  They are two different technologies

25  underlying it.  Because the firewalls work a bit differently

1  than the routers and switches.

2        THE COURT:  Well, it sounds as if the routers and

3  switches apply the new rules earlier in the process than the

4  firewall technology.

5        THE WITNESS:  I, I -- so I think with the routers and

6  switches it, again, has to go through the same aspect of making

7  things ready for the TCAM, right?  So remember, for the routers

8  and switches, we saw that it had to prepare things, prepare the

9  rules to be put --

10        THE COURT:  Yes, but it did that while they were --

11  I'm used to saying "cached".  But it did that while they were

12  being cached.  Which means that during that period of time the

13  old rules weren't being applied, no rules were being applied.

14  Now of course that's a very short period of time, but it seems

15  like this one they apply the old rules instead of --

16        THE WITNESS:  I think --

17        THE COURT:  I don't see anything about caching them in

18  this.

19        THE WITNESS:  Well, so I think that's just because

20  we're not there in our discussion yet.  So I will be talking

21  about that.  But in particular, that has to do with the -- like

22  the issue of there being no gap between deleting the old ACL and

23  applying the new one.  What that means is they're not going to

24  drop packets and they're not going to -- they're not going to

25  drop packets and they're not going to allow packets through

```
 1  without any rules.  So as you've pointed out before, while these

 2  machines are very fast, there's always some amount of time

 3  between the time it takes for them to decide, okay, I'm moving

 4  from one rule set to another, and during that time it will cache

 5  the packet.  And in that sense it's the same.

 6              THE COURT:  Doesn't seem the same thus far.  But let's

 7  keep going.

 8              MR. HANNAH:  All right.  Thank you, Your Honor.

 9  BY MR. HANNAH:

10  Q.   So I'd like to turn your attention to PTX-1241.

11       Doctor, can you explain what this is?

12  A.   This is, again, a firewall configuration guide.  So it

13  describes aspects of configuring to a user.

14              MR. HANNAH:  Your Honor, at this point I'd like to

15  move PTX-1241 into evidence, please.

16              MR. GAUDET:  No objection.

17              THE COURT:  1241.  All right.  PTX-1241 is Configuring

18  Access Rules.  This will be admitted.

19                   (Exhibit PTX-1241 received in evidence.)

20              MR. HANNAH:  Thank you, Your Honor.

21       Could you go to Page 4 of this document?

22       And Your Honor, that ends in the Bates label 253.

23  BY MR. HANNAH:

24  Q.   And if we look at the bottom for the transactional-commit

25  model, can you explain for the Court how this informed your
```

 1  opinion with regard to this element of configuring and using the

 2  first rule set?

 3  A.   Right.  So what this is saying is that it's describing the

 4  transactional-commit model, and what it's saying is what it's

 5  trying, I was trying to describe before, that when it's enabled,

 6  what you do is when you receive the new rules from the Firepower

 7  Management Center, you prepare them for the rule-matching engine

 8  in the firewall.  And that's called the compilation.  And then

 9  once that's done you do a swap, okay?  So it says a rule update

10  is applied after the rule compilation is completed.  And the

11  idea here is, as the judge has pointed out before, to minimize

12  the time as much as you possibly can between when you're going

13  from the old to new rule set so that you can cache and keep all

14  the packets without running into problems.

15          THE COURT:  Let's go back.  You said something about

16  commit the new rules.

17          THE WITNESS:  Right.  It's called

18  transactional-commit.  So the idea is that you've received the

19  new rules, you've prepared them, and then this commit stage is

20  when you do the swap.  You're saying, okay, I'm ready to do the

21  swap, I'm going to swap the rules.  Similar to before, you have

22  to validate, check and then commit and say, okay, I'm now

23  committed, I'm now ready to use the second rule set.

24          THE COURT:  But while you're doing that you're using

25  the old rule set.

1            THE WITNESS:  No, you have to stop in order to do the

2    swap.

3            THE COURT:  While you're preparing --

4            THE WITNESS:  While you're preparing.

5            THE COURT:  -- the new rules.

6            THE WITNESS:  While you're preparing the rules you are

7    using the old rule set.  But when you actually need to do the

8    swap, then you have to stop and make the change.  And that's the

9    commit.

10           THE COURT:  And you're saying this is the same; it

11   would end up with the old rules being --

12           THE WITNESS:  Tossed out.

13           THE COURT:  -- applied in the same, to the same number

14   of packets as it would in the technology we discussed using

15   switches and routers?  Are you saying they're the just the same?

16           THE WITNESS:  I don't want to say they are just the

17   same, because they are different products and they have some

18   slightly different underlying technologies.  But definitely the

19   idea or the manner is the same in the sense that you're doing a

20   sort of complete swap and so you have to stop, do the swap, and

21   then move on to using the new rule set.  So that's why you're

22   using the old ones up until the time you're ready.  When you're

23   ready you say, okay, I'm going to stop everything, switch things

24   over, and then continue.

25   BY MR. HANNAH:

1    Q.   And maybe it'll help, Doctor, if we pull it into the claim

2    language, which requires configure at least two processors to

3    process packets in accordance with the first rule set.  And then

4    it says after the preprocessing of the first rule set and the

5    second rule set, configuring the at least two preprocessors to

6    process packets in accordance with the first rule set you

7    receive the packets, and then you process them in accordance

8    with the first rule set.  What's the first rule set that we're

9    pointing to here?

10   A.   So the first rule set would be the initial one that would

11   come in.  It's what would be referred to in the documents as the

12   old rule set.  So you're working with the old rule set, right,

13   and you're still using that old rule set while you're doing,

14   getting ready the second rule set.

15   Q.   And then I know this is further down in the claims, but

16   just for context, what's the second rule set that you're talking

17   about that gets applied?

18   A.   The second rule set in that document corresponds to what

19   are called the new rule set.  So you have to switch over to that

20   new rule set once it's ready and you have to -- the signaling,

21   say it's ready, make the swap, signal when you're done, and then

22   move on to the second rule set.

23        MR. HANNAH:  Your Honor, I'd like to show the Doctor

24   some source code for this element, so we would like to seal the

25   courtroom.  We have confirmed that Jonathan Rogers has left.

*M. Mitzenmacher - Direct - Hannah*                                              688

```
 1    We'd like to mute the line.

 2              COURTROOM DEPUTY CLERK:  Give me a minute.

 3              THE COURT:  All right.

 4              COURTROOM DEPUTY CLERK:  Wait, wait.

 5              MR. HANNAH:  I'd like to show you -- Doctor, I'd like

 6    to show you --

 7              THE COURT:  Wait.

 8              COURTROOM DEPUTY CLERK:  Okay.  You're good.

 9              THE COURT:  All right.  You may proceed.

10              MR. HANNAH:  Thank you, Your Honor.

11              (Confidential Testimony to Page 693, Line 21 redacted

12    and filed under seal.)

13                             * * *

14

15

16

17

18

19

20

21

22

23

24

25
```

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21   BY MR. HANNAH:

22   Q.   Doctor, did you also take some, did you also test the

23   product in your analysis?

24   A.   Yes.  I performed some basic tests.

25   Q.   So I'd like to show you PTX-408.  Can you explain for the

1   Court what is PTX-408?

2   A.   So this looks like a slide talking about -- or sorry this

3   is just the cover for some screenshots I took while testing.

4           MR. HANNAH:  Your Honor, at this point I'd like to

5   move PTX-408 into evidence.

6           MR. GAUDET:  No objection.

7           THE COURT:  What is this?  This is some test you made

8   using Cisco products?

9           THE WITNESS:  Yes.  So we had available some of the

10  Cisco products, and I used it as a chance to examine the system

11  and perform some basic tests.

12          THE COURT:  Okay.

13                  (Exhibit PTX-408 received in evidence.)

14  BY MR. HANNAH:

15  Q.   So Doctor, if we turn to Page 197 of this --

16          MR. HANNAH:  And it ends, Your Honor, in Bates label

17  822 --

18  BY MR. HANNAH:

19  Q.   If we look at the top, there's a tab that says the

20  Firepower Management Center.  Do you see that, Doctor?

21  A.   Yes.

22  Q.   Can you explain to the Court what's being shown on this

23  slide?

24  A.   So this is when I was working with the Firepower Management

25  Center.  You can see it's under Policies.  And what I would do

1  is just take a policy and like change one of the rules so there

2  would now be a new rule set that would have to be implemented.

3  And then I wanted to try and just see what would happen as I

4  tried to push traffic through the network as fast as I could

5  through the system and see what would happen.  And in particular

6  if there would be dropped packets.  And you know, the test was

7  just because I was using the transactional-commit model, there

8  shouldn't have been any dropped packets, or I'd expect to see no

9  dropped packets.

10  Q.   Looking at this slide, does this show that there is the

11  configuration of -- this claim element, the configuration of the

12  processors in accordance with the first rule set and the

13  receiving of packets and the processing of those packets?

14  A.   Yes.  So in particular it was receiving -- and we'll see

15  this more on, I think, the next slide.  This was receiving

16  packets under a first rule set, then I would make a change and

17  it would have to deal with the second rule set.

18  Q.   So if we go to the next page of this which is ending in

19  Bates label 823, what does this show, Doctor?

20  A.   So this shows that the second rule set was deployed.  It

21  says deployment to device successful.  So that would have been

22  the deployment of the second rule set.

23  Q.   If we go to the next page of this document, and if we look

24  at the bottom where it says the dropped count?

25  A.   Yes.

1    Q.    How does that inform your opinion as to --

2    A.    Well, right.  This is just as I was running from one to the

3    other, you know, what happened during the switch, did I see any

4    dropped packets.  And you know, just the answer was no, I didn't

5    see any dropped packets as I was coming through, and the system

6    is set up that I was keeping track of packets coming in versus

7    packets coming out on the other side, and it didn't see any

8    dropped packets.

9    Q.    And Doctor, just to be clear, this is what you would see as

10   a user using the Firepower Management Center to manage the

11   firewalls?

12   A.    Yes.

13   Q.    Doctor, based on all the evidence that you reviewed, and

14   going back to the claims, is it your opinion that the firewalls

15   meet the "configure of the processors with the first rule set

16   receiving a plurality of packets and processing those packets"

17   as shown in the "configure after processing and process"

18   limitations in claims 9 and 17?

19   A.    Yes, I do.

20   Q.    Can we check those boxes?

21   A.    Please do.

22   Q.    So let's turn to the next set of elements.  And we have

23   here where you signal each of the processors to process packets

24   in accordance with the second rule set, and you configure the

25   processors to process the packets with the second rule set.  Do

1   the firewalls meet these limitations?

2   A.    Yes.

3   Q.    If we turn back to PTX-1293?

4         MR. HANNAH:  Your Honor, this document has been

5   admitted into evidence already.

6         THE COURT:  Right.

7   BY MR. HANNAH:

8   Q.    So if we go to Page 668 of this document, can you explain,

9   looking the transactional-commit model, how this is relevant to

10  the elements that we're talking about here of configuring the

11  processor to process packets in accordance with a second rule

12  set?

13  A.    Right.  So again, we need to signal when everything is

14  ready and then configure for the second rule set.  And I think

15  what I would point to is that where it talks about, you know,

16  you can change this behavior, so that the rule engine uses a

17  transactional model, right?  So transactional, again, the

18  implication is it's breaking things down into these phased steps

19  when implementing rule changes, so it's going to use the old

20  rules until the new rules are compiled and ready for use.  So

21  the ready for -- compiled and ready for use, like ready for use

22  is the signal, right?  So it's a signal that says, okay, you

23  know, now these are ready, now let's go ahead and make the swap.

24  So it's a signal that it's ready to do the swapping.  And the

25  fact that they're compiled means they're ready to go, so you can

```
 1   take the compiled rules and put them directly into the system so
 2   that the processors are ready to use those rules.
 3   Q.   So --
 4             MR. HANNAH:  May I move on, Your Honor?
 5             THE COURT:  Yes.
 6             MR. HANNAH:  Okay.
 7   BY MR. HANNAH:
 8   Q.   So if we go to PTX-1196?  And Doctor, can you please
 9   explain what this document is?
10   A.   So this is tmatch, again discusses how, I guess, the
11   transactional-commit model.  You can see tmatch,
12   transactional-commit model, software functional and design
13   specification.  So this is discussing the transactional-commit
14   model that we've been discussing so far.
15   Q.   And underneath that it says "An enhancement to avoid
16   potential packet drop and reduce compilation time in some
17   customer scenarios during large compilation of rules."  Do you
18   see that?
19   A.   Yes.  So in particular, as I think we've mentioned -- or we
20   saw actually in the comments in the source code, a reason that
21   they introduced this was because they were finding packet drops
22   in certain situations which was causing some concern, I think.
23             MR. HANNAH:  Your Honor, at this point we'd like to
24   move PTX-1196 into evidence.
25             MR. GAUDET:  No objection.
```

1          THE COURT:  All right.

2          So they're trying to speed up the commitment process?

3     Is this what this enhancement is for?

4          THE WITNESS:  Yeah.  So -- or what would happen I

5     think, as what the other documents have said, is before what

6     they would try and do is they would try and say, we'll have the

7     new rules go as soon as we get them, but we won't actually, you

8     know, do this preparation stage.  And so they have to try and do

9     them sort of together at the same time.  They would say we're

10    using the new rules even though they're not really ready, and

11    we'll finish getting them ready in the background and start

12    flushing out the old rules in the background.  And it would

13    create -- it created this big, I think, complicated mess.  And

14    the outcome of that complicated mess was that it would lead in

15    situations to packet drops, which are exactly what you'd like, I

16    think, to avoid.

17         THE COURT:  Well, is the reason it led to packet drops

18    because the old rules were still being applied?  Is that a

19    factor in increasing the packet drop?

20         THE WITNESS:  I think at the end of the day the new

21    rule would be applied, but it would just take so long that the

22    packet would actually get dropped and the system would get

23    overwhelmed.  And so packet -- it wouldn't be able to run

24    through the packets fast enough trying to do this hodgepodge of

25    fixing when you were going to use the old rules, and making sure

```
 1   you were going use to use the new rules slowed everything down
 2   so much, even for that short period of time, that packets would
 3   drop.
 4           THE COURT:  Seems like we're sort of -- I'm a little
 5   mixed up here.
 6           THE WITNESS:  It's a complicated --
 7           THE COURT:  The answer to speed up the commit process,
 8   which sounds like it's a cousin of the old system.  Because
 9   they're putting the rules in before they're quite ready if
10   they're speeding up the commit process.
11           THE WITNESS:  So I think part of it is that the way
12   the speed comes about, or the way the effectiveness comes about
13   is by the clear breaking things up into these fixed stages,
14   including the signaling, the switching and the moving to the
15   second.  And before, they hadn't organized it in this way.  They
16   had sort of mushed everything together in a way that was much
17   more complicated and less functional.  And that led to the
18   packet drops.
19           And I agree, it's really hard to explain -- like I
20   would have a great deal of trouble trying to explain their old
21   system to you, because their old system is very confusing.  Like
22   how do you stick in the new rules while the old rules are still
23   there, and then if you somehow get, look like you're matching
24   the old rule, make sure that, no, you're actually trying to
25   match the new rule while you're doing all this other stuff of
```

1   trying to get the stuff in the right order in the right sense.

2   The old system was just trying to do 10 things at once, maybe,

3   right?  And that's why this breaking things down into these

4   stages, like that's why it's called transactional-commit by

5   Cisco.  But it, the transactional-type process of

6   step-by-step-by-step matches the claim language, and that's what

7   I'm trying to show here.

8              THE COURT:  All right.

9   BY MR. HANNAH:  And so at this point Your Honor, I'd like to

10  move PTX-1196 into evidence.

11             THE COURT:  That will be admitted.  I think I already

12  did, but...

13                  (Exhibit PTX-1196 received in evidence.)

14             MR. HANNAH:  I'm sorry, Your Honor.

15  BY MR. HANNAH:

16  Q.   So if we can go to Page 8 of this document.  And I think,

17  Doctor, so if we look at the top paragraph, can you explain how

18  this informs your opinion with regard to the signaling of the

19  processors to process packets with the second rule set and then

20  configure those process packets in accordance with the rules --

21  the second rule set?

22  A.   So it says with the legacy model, with the old model, new

23  rules would take effect immediately during compilation.  So this

24  is what I was trying to say:  They're trying to do 10 things at

25  once.  They're trying to say, okay, we'll get these new rules in

1   even though we're still structuring them or trying to get them

2   in the right format, you know, for the end device.  Now because

3   of that, the next sentence really describes the consequences.

4   "However, during compilation, connections-per-second limit will

5   be lower than the limit after compilation is done and the ASA

6   becomes stable."

7        So what this means, again, this is under the old system,

8   during this time the system's kind of unstable.  It has to slow

9   down.  You know, this trying to do 10 things at once.  I know

10  this happens to me:  If I try and do too many things at once,

11  you know, things become unstable or I have to slow down.  I

12  can't really do them at the normal speed because otherwise

13  things break.  And in particular, the part that would, I guess,

14  break under their system is that they would start to drop

15  packets.

16       Now if we look at the next sentence "In contrast with the

17  proposed transactional-commit model, new rules will not take

18  effect until compilation is done and stable."  So this gets back

19  to the claim in the claim elements where it's like we're going

20  to break things up into these pieces, we're going to wait until

21  the rule set is ready, when we can signal that it's ready then

22  we'll configure the second rule set, and we'll let everyone know

23  the second rule set is ready, and then we'll move on to using

24  the second rule set.

25       So that transactional, that step-by-step process that

1   they've switched to, again, in my opinion, clearly aligns or

2   matches the claim elements.

3   Q.   So in the new system, Doctor, the transactional-commit

4   model will signal to the system, which is this element, that

5   there's a second rule set ready to go; is that right?

6   A.   Right.  It has --

7            MR. GAUDET:  Your Honor, again, I think that one was

8   leading.

9            MR. HANNAH:  I can rephrase, Your Honor.

10  BY MR. HANNAH:

11  Q.   So in terms of this line right here when it says the rules

12  will not take effect until compilation is done and stable, can

13  you explain how that meets the limitation of the "signal the

14  processor to process packets with a second rule set"?

15  A.   So right.  That's obviously an English description and one

16  I think that we can understand.  But what it's saying is that

17  you don't put in the new rules until the old rules are a

18  compilation, everything is done and it's stable; that is, it's

19  ready to go.  When things are done and ready to go, that means

20  you can signal, that means you give a signal saying, all right,

21  we're ready to do the swap now.  So this is the English

22  description of what you would see or what corresponds to in the

23  product as a signal that the second code, second rule set is

24  ready to go.

25  Q.   So let's take a look back at the claims.

1      Doctor, based on the documents that you've seen and the

2 evidence in this case, do the firewalls signal each of the

3 processors to process packets in accordance with the second rule

4 set and configure the processors to process packets according to

5 that second rule set?

6 A.    Exactly.  That's what -- you do the compilation, then as

7 soon as the compilation is done, you give the signal, you say

8 it's ready to go, we're ready to start moving on the second rule

9 set, and as part of that you have to take that compiled second

10 rule set, that rule set that's ready to go, and configure the

11 processors to switch and use them, and flush out or remove the

12 old rule set.

13 Q.    Can we check those boxes?

14 A.    Yes.

15 Q.    I'd like to turn your attention back to PTX-1196 and go to

16 the next page we were looking at, which is now Page 7 of the

17 document.  And for this -- I'm sorry, let's go back to the

18 claims.  Getting ahead of myself here.

19      So if we look at the next elements, we have "cease

20 processing of the one or more packets and cache the one or more

21 packets."  Do you see that, Doctor?

22 A.    Yes.

23 Q.    Can you explain how the firewalls meet those two elements?

24 A.    So as before, in some sense, when you're doing a switch,

25 when you're doing this swap, that is going to take some action.

```
1   You have to deal with the memory holding the rules, remove the
2   old rules, put in the new rules, verify that the new rules are
3   ready to take effect, and then say that they're ready to go.
4   During that time you can't be processing packets, right?
5   Because you're actually trying to move, swap things in and out
6   of memory.  And that's, again, different than the legacy system.
7   So during that time you ceased processing, and because it's not
8   dropping packets, it has to keep those packets that are coming
9   in that are waiting for processing or that are already there
10  waiting for processing around until it's ready.
11  Q.   So if we turn back to PTX-1196 and go to Page 7 --
12          MR. HANNAH:  And as I stated, Your Honor, this is
13  already in evidence --
14  BY MR. HANNAH:
15  Q.   If you look at the -- let's look at the last line under the
16  Customer Needs where it describes that the new system is -- "It
17  is acceptable to have reasonable amount of delay for the new
18  rules to take effect."  Do you see that?
19  A.   Yes.  So what this is saying, if you look at the whole
20  sentence, I mean, as long as the whole update transaction is
21  atomic, no gap between removal of old rules and addition of new
22  rules, it's acceptable to have reasonable delay for the new
23  rules to take effect.  That's matching what we're saying.  The
24  new rules come in, you compile and get them ready, and the idea
25  is you have to swap out the old rules and the new rules.
```

1    There's not going to be a time -- in the old system you would

2    have this drop potential where things could get dropped because

3    things were not keeping up.  And by doing this, and the word it

4    uses here is no-gap, what you're doing is saying that I'm not

5    going to have a period where I'm going to drop the packets.

6         I would like to be clear though that this no-gap is not

7    saying that it happens instantaneously.  Nothing even on a

8    computer, which things happen very fast, happens

9    instantaneously.  When you're -- what it's saying is you're

10   removing the old rules and adding the new rules.  So you have to

11   take the step, remove them out, put in the new rules, verify

12   they have been added successfully, and then you signal that

13   you're ready, and during that time, of course, the packets have

14   to wait.

15   Q.   And when the document talks about this reasonable amount of

16   delay, what's it talking about there?

17   A.   Again, this would be from the human standpoint, a very

18   short amount of time, but from the computer standpoint it's a

19   potentially significant amount of time where it actually has to

20   wait for the new rules to take effect.

21   Q.   And during that time it will cease processing packets, Your

22   Honor -- I mean is that right, Doctor?

23   A.   During the time of the swap it will have to cease packets,

24   because it's taking the old rules and it's putting the new rules

25   in.  There's nothing else it can do but to wait during that

1   time.

2   Q.   Doctor, I'd like to turn your attention to PTX-1277, which

3   has already been admitted into evidence.  If we look at Page 7

4   that we looked at earlier, can you explain how this informs your

5   opinion with regard to cease processing of the packets and

6   caching the packets?

7   A.   Yeah.  So in particular you can see that there's various

8   memories associated with the processors up top that are holding

9   the packets.  So you have Random Access Memory associated with

10  the CPUs, typically some sort of Random Access Memory or

11  additional memory that's connected to the CPUs.  That's what

12  stores packets before while they're waiting for service.

13            THE COURT:  CTU?

14            THE WITNESS:  CPU.  It's Central Processing Unit.  So

15  that's the two or more processors.

16            THE COURT:  Oh, you were saying CPU?

17            THE WITNESS:  Sorry, yes.  CPU.  It's connected to the

18  Central Processing Units.  Those are the processors that are

19  returning the rules, and the RAM is holding the packets while

20  it's waiting for the system to be ready to process them.

21            THE COURT:  That's like the cache?

22            THE WITNESS:  Yes.  That would be the cache.  It's a

23  memory.  That's right.

24  BY MR. HANNAH:

25  Q.   So Doctor I'd like to --

1          MR. HANNAH:  Do you have another question, Your Honor?

2    I'm sorry.  Okay.

3    BY MR. HANNAH:

4    Q.   If you turn to Page 12 of this document, if we look at the

5    top portion it says "Packets arrive on the network interface

6    card (NIC) are placed by the hardware on to a receive, Rxring."

7    Do you see that?

8    A.   Yes.

9    Q.   So can you tell us, how did that inform your opinion as to

10   whether the packets are cached?

11   A.   So that's saying packets arrive and they're placed by the

12   hardware.  This receive ring, that's the cache.  So sometimes

13   caches are organized in certain ways.  The typical way they're

14   organized in this sort of system is the memory ends up looking

15   like a ring.  So it's called a ring.  And in particular it's

16   called a receive ring because that's what's receiving packets.

17   The receive ring is the, you could think of as the cache or the

18   buffer that we're talking about.

19   Q.   If we can turn back to the claims then?

20        Doctor, based on the documents and evidence and your

21   testing of the products, do the firewalls meet the "cease

22   processing of the one or more packets and caching the one or

23   more packets" limitations for both claims 19 and 17?

24   A.   For 9 and 17, yes, they do.

25   Q.   So we turn to the last group of elements.  Can you explain

```
 1   whether these elements are met, and just briefly to remind the
 2   Court, why you grouped these together for these last elements?
 3   A.   Sure.  So much as before, the first set of rules was, we
 4   grouped together the elements all relating to the use of the
 5   first set of rules.  Here we're doing the same with the second
 6   set of rules, okay?  So you have to make sure everything's set
 7   up to process packets with the second rule set and let everyone
 8   know that the second rule set is ready to go.  That's the signal
 9   completion of the reconfiguration.  And then once that's done,
10   start processing packets in accordance with the second rule set.
11   Q.   If we turn back to PTX-1293, which is already in evidence,
12   and if we go back to Page 669, which ends in Bates number 669,
13   the same corresponding Bates label, and we look at that
14   paragraph, the top full paragraph, at what point in the process
15   are we talking about here when the second rule set is applied?
16   A.   So again, it's described in the chart roughly speaking as
17   after compilation.  So after compilation you go through that
18   process, you signal the new rules are ready, the rules get
19   installed, and then you start applying the new one once it's
20   ready.  And that's described in the sentence where it says that
21   "an additional benefit of the transactional model is that, when
22   replacing a ACL on an interface, there's no gap in deleting an
23   old ACL and applying the new one."  So as soon as you can get
24   that signal that the second one's ready, you're back up and
25   running again.
```

1  Q.    And so we're clear, the second rule set would be the new

2  rule set that's being applied?

3  A.    The second one, sorry, is the new rule set, yes.

4  Q.    If we go back to 1241 --

5          MR. HANNAH:  Which has already been admitted, Your

6  Honor.

7  BY MR. HANNAH:

8  Q.    -- if we turn to Pages 4 and then over to 5, we didn't see

9  Page 5 earlier, if we look at where it talks about the

10 transactional-commit model at the bottom?

11         THE COURT:  What's that Bates number?

12         MR. HANNAH:  It is pages ending in Bates label 253 and

13 254.  Bates label 253 and 254.

14         THE COURT:  All right.

15 BY MR. HANNAH:

16 Q.    And Doctor, can you explain how this passage is relevant to

17 your opinion that the products are going to reconfigure to

18 process packets in accordance with the second rule set, signal

19 completion of reconfiguring to process the packets with the

20 second rule set, and then begin to process the packets with the

21 second rule set?

22 A.    Here we can see in the first two sentences it's talking

23 about the transactional-commit model.  And as it says "when this

24 feature is enabled, a rule update is applied after the rule

25 compilation is completed."

1    So what we're talking about here, the reconfiguration and

2  signaling that it's ready, that's the rule update, right?  A

3  rule update is what gets rid of the old rules, makes sure the

4  new rules are up and ready to go, and it refers to that as the

5  rule update.

6  Q.   And then also can you take a look at the line that says

7  "preventing packet drops while compiling large rules during high

8  traffic rates", how did that inform your opinion?

9  A.   Again this is saying unfortunately that the old system, as

10  we've seen in the discussion, they noticed with customers that

11  could lead to certain packet drops, and this system was designed

12  to not have those packet drops by breaking it into the commit

13  model framework.

14  Q.   All right.  If we go back to the claims, Doctor, based on

15  all the evidence that you've seen, does the firewall -- do they

16  reconfigure -- satisfy the reconfigure the signal completion and

17  then responsive to receiving the elements of both claims 9 and

18  17?

19  A.   Yes, they do.

20  Q.   So could we check those boxes?

21  A.   Please do.  All three.

22  Q.   So I'd like to just do a recap of your opinion with regard

23  to the firewalls and why they meet the claims of the '806

24  patent.  So could you explain what's being shown on this slide?

25  A.   Certainly.  So here we're dealing with the firewalls, and

```
 1   of course the firewalls in conjunction with the Firepower

 2   Management Centers are systems that provide network security.

 3   As systems they also have computer-readable media containing

 4   instructions that tell them what to do.

 5        The Threat Intelligence Director receives rule sets from

 6   various sources, and it prepares them, preprocesses and

 7   optimizes them for distribution to the firewalls that it

 8   manages.

 9        The firewalls will be using rule sets, so they will have a

10   first rule set that they're using until a new rule set becomes

11   available to them or they're told to update from the Firepower

12   Management Center.  When this new rule set is available, they

13   use this transaction-commit model.  So they say, okay, we're

14   going to get the new rules, we're going to compile them; that

15   is, put them into the right form for the corresponding memory

16   where they will be stored, and then we'll do a swap of the rule

17   sets designed so that they don't drop any packets.  And the

18   reason that they don't drop any packets during the time period

19   they're doing the swap is because they're using this packet

20   buffer cache.  We've seen it referred to as a, for instance, the

21   receive ring.  After the rule set is swapped, then it can be

22   signaled everything's ready to go, and the firewalls can begin

23   processing the packets again according to this new rule set.

24   Q.   Thank you, Doctor.

25        So in addition to your opinion with regard to literal
```

1    infringement, did you provide an opinion with regard to the

2    doctrine of equivalents?

3    A.    Yes, I did.

4    Q.    Can you please tell us, what is that opinion?

5    A.    Yeah.  So it might help if we just briefly put up the claim

6    slide so I can point to the right element?

7              MR. HANNAH:  The first one?

8              THE WITNESS:  The first one, yeah.  Previous.

9    A.    Right.  So this has to do with the preprocessing the first

10   rule set and the second rule set to optimize performance of the

11   commuting system for processing packets in accordance with at

12   least one of the first rule set or the second rule set.  So I

13   guess now if we turn back, so I believe that I've shown this

14   literally -- or I believe that there's literal infringement.

15   I'm aware that the other side may be contesting that claim

16   element with regard to their saying that these are not actually

17   rules or that they're not being preprocessed and optimized.  I

18   disagree.  Again, I think I've shown that and that it's a

19   literal infringement, but if not, I would certainly want to put

20   in an argument under the doctrine of equivalents.

21        So this works in substantially the same function; that is,

22   it's receiving information regarding threats and threat

23   information, including actions to be taken such as blocking and

24   monitoring such bad traffic or potential threats.  So the goal

25   here is substantially the same function; that is, to turn this

1  information into rules or to take these rules that it's

2  receiving and reprocess them into a format appropriate for

3  firewall.

4  BY MR. HANNAH:

5  Q.   And Doctor, does it perform in substantially the same way?

6  A.   Yeah.  Substantially the same way.  It ingests, absorbs the

7  threat information, it preprocesses them, turns them into a form

8  such as observables that are meant to be optimized for the

9  system that they're going to run on for the corresponding

10 firewalls.  So it does this the same way as suggested by the

11 claim element; that is, it's preprocessing this information, and

12 further it's optimizing this information.

13       And the result is the same:  That a rule set is passed down

14 into the main firewall system where that system then puts that

15 rule into use for the rest of the claim elements that follow.

16 In particular, that could be the first rule set or the second

17 rule set that are put into the system depending on the

18 appropriate time.

19 Q.   All right.  Thank you, Doctor.

20       MR. HANNAH:  With that, Your Honor, we'd like to turn

21 to the last patent, which is the '205 patent.

22       THE COURT:  Well, we're going to turn to adjourning.

23       MR. HANNAH:  Okay.

24       THE COURT:  I'll ask counsel to remain; however, the

25 hearing will be adjourned and we'll turn off the audio.

1              COURTROOM DEPUTY CLERK:  Audio is gone.

2              THE COURT:  The amount of time it's taken for these

3    two patents is unacceptable.  I did not want to impose time

4    limits because of the nature of the proceeding.  This is the

5    fifth day of the hearing.  I don't know there's any diminution

6    in my ability to understand the witnesses or observe them for

7    purposes of assessing the weight to attach to their testimony.

8    But I'm going to instruct counsel to present the Court with a

9    schedule tomorrow morning as to when the plaintiff anticipates

10   completing their case.  We've only completed two out of five

11   patents.  I say to counsel who are used to practicing in this

12   court that your chances of prevailing vary in inverse proportion

13   to the weight of your filings in grams.  I could say the same

14   thing for the weight of your exhibits and the weight of the

15   transcripts of the testimony in grams.  I understand your

16   evidence, but it's extraordinarily repetitive, and I think it

17   can be presented in a far more efficient manner.

18             The protocols that were mostly set up by counsel I

19   think have worked very well.  Everything is as organized as far

20   as my being able to put my hands on exhibits, it's as good as or

21   better than most cases I try with everybody seated in the

22   courtroom.  It's gone, if anything, better than usual.  But at

23   the rate we're going, this case will take five weeks at least

24   instead of three.  And there's no reason for that.  I mean, we

25   haven't even heard one word of cross-examination of this witness

1  after all the time he's been testifying, and he's only covered

2  two of the three patents.  We cannot continue to operate at this

3  pace.  So counsel will have ready for me tomorrow morning a

4  schedule of their remaining witnesses and how long it's going to

5  take to complete those witnesses.  Because we cannot continue at

6  this pace.

7          I'll ask, after counsel for the plaintiff submits it

8  and we have a chance to discuss it tomorrow, we'll talk about

9  counsel for the defendant.  But I'll have to get it from the

10 plaintiff at the beginning of court tomorrow.  It's just not

11 necessary to go into as much time as has been consumed

12 presenting these two patents.  It's just way too detailed.  And

13 you've got an intelligent witness who understands the process.

14 And it just can't continue to take this long.

15         Do you have anything you'd like to say about that?

16         MR. HANNAH:  Your Honor, we'll have the schedule ready

17 for you in the morning.

18         THE COURT:  All right.  Anything from the defendants?

19         THE DEFENDANT:  No, Your Honor.  Thank you.

20         THE COURT:  All right.  I know it's often customary to

21 set times in patent cases, and I've done that sometimes.  Not

22 always.  And this is a complex case.  But it's not this complex.

23 And I don't think we're losing anything at all, as I say, by

24 proceeding electronically as opposed to having everybody here in

25 the courtroom.  I think it's worked very efficiently.  And I'm

717

1   sure we'll be seeing a lot more of this.  I mean, when you think

2   of the witnesses we've had from all over the country, the

3   lawyers we've had from all over the country, it's really gone

4   very efficiently, I think.  And of course part of that are the

5   protocols that counsel worked very hard to put together.  So...

6   But we've just got to do better time-wise.

7            So we'll be adjourned until tomorrow morning at 10.

8            (Whereupon, proceedings concluded at 3:49 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

718

1                          *CERTIFICATION*

2

3          *I certify that the foregoing is a true and correct*

4    *redacted transcript of Volume 5B of the proceedings held in the*

5    *above-entitled matter.*

6

7          _____

8                    Paul L. McManus, RMR, FCRR

9                         _____

10                             Date

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Paul L. McManus, RMR, FCRR Official Court Reporter