1                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF VIRGINIA
2                            Norfolk Division

3
- - - - - - - - - - - - - - - - - -
4                                       )
     CENTRIPETAL NETWORKS, INC.,         )
5                                       )
             Plaintiff,                  )        CIVIL ACTION NO.
6                                       )            2:18cv94
     v.                                  )
7                                       )
     CISCO SYSTEMS, INC.,                )
8                                       )
             Defendant.                  )
9    - - - - - - - - - - - - - - - - - -

10
                  * * CONFIDENTIAL INFORMATION REDACTED * *
11
        TRANSCRIPT OF VIDEOCONFERENCE BENCH TRIAL PROCEEDINGS
12
                          Norfolk, Virginia
13
                           May 13, 2020
14
                            Volume 6A
15                         Pages 719-826

16
BEFORE:   THE HONORABLE HENRY COKE MORGAN, JR.
17            United States District Judge

18

19   APPEARANCES:

20
            KRAMER LEVIN NAFTALIS & FRANKEL LLP
21          By:   Paul J. Andre
                  James R. Hannah
22                Counsel for the Plaintiff

23          DUANE MORRIS LLP
            By:   Matthew C. Gaudet
24                Louis "Woody" Jameson
                  Counsel for the Defendant
25

Carol L. Naughton, Official Court Reporter

1                            I N D E X

2    PLAINTIFF'S
     WITNESS                                              PAGE
3
       MICHAEL MITZENMACHER, Ph.D.
4          Direct Examination (Resumed) By Mr. Hannah     724
           Cross-Examination By Mr. Gaudet               775
5

6
                          E X H I B I T S
7
     PLAINTIFF'S
8    NO.                                                  PAGE

9      PTX-1284                                           730
       PTX-585                                            733
10     PTX-1408                                           740
       PTX-1319                                           742
11     PTX-1849, Page 72                                  747
       PTX-524                                            762
12     PTX-1229                                           763
       PTX-422                                            773
13     PTX-1922                                           773
       PTX-1193                                           799
14

15

16

17

18

19

20

21

22

23

24

25

| | | |
|---|---|---|
| 09:44:57AM | 1 | (Proceedings commenced at 10:00 a.m.) |
| 10:00:15AM | 2 | THE CLERK:  Civil Action Number 2:18cv94, |
| 10:00:19AM | 3 | Centripetal Networks, Inc. v. Cisco Systems, Inc. |
| 10:00:20AM | 4 | For the plaintiff, Mr. Andre, Mr. Noona, are you |
| 10:00:24AM | 5 | ready to proceed? |
| 10:00:28AM | 6 | MR. ANDRE:  Lori, we don't have the audio or video |
| 10:00:31AM | 7 | of the Judge, either. |
| 10:00:44AM | 8 | (There was a pause in the proceedings.) |
| 10:00:58AM | 9 | THE CLERK:  Mr. Jameson, are you ready to proceed? |
| 10:01:01AM | 10 | MR. JAMESON:  We are, Your Honor. |
| 10:01:03AM | 11 | THE COURT:  All right.  I'll hear from the |
| 10:01:07AM | 12 | plaintiffs as to the schedule. |
| 10:01:11AM | 13 | MR. ANDRE:  Thank you, Your Honor.  Paul Andre, for |
| 10:01:14AM | 14 | Centripetal. |
| 10:01:14AM | 15 | As you can surmise, we underestimated the amount of |
| 10:01:19AM | 16 | time it would take to get our evidence in for |
| 10:01:22AM | 17 | Dr. Mitzenmacher, and we are making adjustments accordingly. |
| 10:01:26AM | 18 | We had anticipated having him off yesterday morning and |
| 10:01:29AM | 19 | having Mr. Cole start yesterday afternoon, but as it stands |
| 10:01:33AM | 20 | now, we're going to finish Dr. Mitzenmacher this morning on |
| 10:01:36AM | 21 | the last patent, the '205 patent. |
| 10:01:38AM | 22 | We'll have Dr. Cole up, depending on how long the |
| 10:01:40AM | 23 | cross is, this afternoon, and that will conclude our |
| 10:01:43AM | 24 | infringement proofs in the case.  Dr. Cole will cover the |
| 10:01:46AM | 25 | last two patents. |

| | | |
|---|---|---|
| 10:01:48AM | 1 | Tomorrow, to the extent we need to finish Dr. Cole, |
| 10:01:53AM | 2 | we'll do so.  Then we have our corporate representative, |
| 10:01:57AM | 3 | Jonathan Rogers, who will be taking the stand for about 45 |
| 10:02:00AM | 4 | minutes or so.  We have Dr. Nenad Medvidovic, who will take |
| 10:02:04AM | 5 | the stand after that for about 30 to 45 minutes, and |
| 10:02:07AM | 6 | Mr. Chris Gibbs, a fact witness for Centripetal. |
| 10:02:09AM | 7 | To try to accommodate the overage we had with |
| 10:02:13AM | 8 | Dr. Mitzenmacher, we have decided to drop two of our expert |
| 10:02:17AM | 9 | witnesses, Your Honor, Drs. Goodrich and Valerdi.  These |
| 10:02:24AM | 10 | witnesses testified at the last trial, at the Keysight trial. |
| 10:02:28AM | 11 | We thought they were helpful to the jury to help understand |
| 10:02:32AM | 12 | how software is developed and the cost of doing so.  I don't |
| 10:02:33AM | 13 | think it's necessary for Your Honor to have that testimony. |
| 10:02:35AM | 14 | I think Your Honor is well aware of the cost to build these |
| 10:02:40AM | 15 | complex software systems.  It costs hundreds of millions of |
| 10:02:45AM | 16 | dollars. |
| 10:02:45AM | 17 | So we don't think it would be necessary, A, to the |
| 10:02:48AM | 18 | Court to have those two experts.  We did -- we originally had |
| 10:02:53AM | 19 | this case as a jury trial, so we had those experts lined up, |
| 10:02:56AM | 20 | and we thought we'd bring them into the court, but I think |
| 10:02:59AM | 21 | it's not -- it won't affect our case to drop those two, and |
| 10:03:03AM | 22 | that picks up at least a half a day of the schedule we lost |
| 10:03:06AM | 23 | to Dr. Mitzenmacher. |
| 10:03:07AM | 24 | So, assuming Mr. Gibbs is done, that leaves us with |
| 10:03:11AM | 25 | the final damages portion of the case, which I think move |

|         |    |                                                                      |
|---------|----|----------------------------------------------------------------------|
| 10:03:15AM | 1  | very quickly, and that's Dr. Striegel, Mr. Gunderson, and         |
| 10:03:18AM | 2  | Mr. Malackowski, and I think they'll be finished by Monday.       |
| 10:03:29AM | 3  |         THE COURT:  Well, that will still leave us a full         |
| 10:03:33AM | 4  | day behind, but what about the defendants?  Is it reasonable      |
| 10:03:42AM | 5  | to forecast how long it will take to present their case at        |
| 10:03:47AM | 6  | this point?                                                       |
| 10:03:48AM | 7  |         MR. JAMESON:  Your Honor, a lot of what we're going       |
| 10:03:50AM | 8  | to have to do as a threshold matter in our case is going to       |
| 10:03:56AM | 9  | be dependent on the evidence that Centripetal offers on this      |
| 10:04:02AM | 10 | copying issue that they're pursuing.  And, as I understand        |
| 10:04:08AM | 11 | it, we are going to potentially be hearing from two experts       |
| 10:04:12AM | 12 | on copying, Mr. Rogers on copying, and it now sounds like         |
| 10:04:21AM | 13 | Chris Gibbs.                                                      |
| 10:04:22AM | 14 |         I will note an objection for the record that             |
| 10:04:26AM | 15 | Mr. Gibbs has not been disclosed in a timely manner, pursuant     |
| 10:04:29AM | 16 | to the pretrial order, so it's news to us that they're going      |
| 10:04:33AM | 17 | to call him as a witness now, or at least would like to.  But     |
| 10:04:36AM | 18 | if they go down this copying road, then we are going to have      |
| 10:04:41AM | 19 | to spend a fair amount of time calling witnesses to rebut it,     |
| 10:04:49AM | 20 | and that could be as many as -- that could be as many as          |
| 10:05:03AM | 21 | seven witnesses from Centripetal that we would have to play       |
| 10:05:07AM | 22 | video of.  It will probably take an hour and a half or so to      |
| 10:05:10AM | 23 | play that video, but it will also require us to call Cisco        |
| 10:05:17AM | 24 | witnesses, as well, that we otherwise would not be calling in     |
| 10:05:21AM | 25 | this case to deal with that issue.                                |

———Mitzenmacher, M. - Direct———

| | | |
|---|---|---|
| 10:05:23AM | 1 | So, I mean, they have the right obviously to pursue |
| 10:05:28AM | 2 | this copying allegation, but it is a complicating factor in |
| 10:05:32AM | 3 | the case.  Right now, what I would ask is that with respect |
| 10:05:39AM | 4 | to our responsive case, that we have an equal amount of time |
| 10:05:44AM | 5 | to whatever Centripetal uses, plus whatever they think |
| 10:05:50AM | 6 | they're going to use in rebuttal, to put on our responsive |
| 10:05:54AM | 7 | case. |
| 10:05:58AM | 8 | THE COURT:  Well, that's going to run well over what |
| 10:06:00AM | 9 | was projected for the case, but... |
| 10:06:09AM | 10 | Well, let's get started. |
| 10:06:13AM | 11 | MR. ANDRE:  Thank you, Your Honor.  Mr. Hannah will |
| 10:06:16AM | 12 | be taking Dr. Mitzenmacher, and I'll let them come on the |
| 10:06:19AM | 13 | screen at this point. |
| 10:06:21AM | 14 | MICHAEL MITZENMACHER, Ph.D., called by the |
| 10:06:21AM | 15 | Government, having been previously duly sworn, was examined |
| 10:06:21AM | 16 | and testified further as follows: |
| 10:06:28AM | 17 | MR. HANNAH:  Good morning, Your Honor. |
| 10:06:30AM | 18 | THE COURT:  Good morning. |
| 10:06:32AM | 19 | MR. HANNAH:  May it please the Court, may I continue |
| 10:06:35AM | 20 | the examination? |
| 10:06:36AM | 21 | THE COURT:  Yes. |
| 10:06:37AM | 22 | MR. HANNAH:  Thank you, Your Honor. |
| 10:06:26AM | 23 | DIRECT EXAMINATION (Resumed) |
| 10:06:38AM | 24 | BY MR. HANNAH: |
| 10:06:39AM | 25 | Q.  Dr. Mitzenmacher, I'd like to start out first with what |

Mitzenmacher, M. - Direct

| | | |
|---|---|---|
| 10:06:43AM | 1 | is the first date of infringement for the '193 patent? |
| 10:06:47AM | 2 | And if we can pull up JTX-4. |
| 10:06:53AM | 3 | A.  My understanding is the first date of infringement is |
| 10:07:05AM | 4 | when the patent was issued, which is June, I guess, 2017, |
| 10:07:14AM | 5 | June 20th. |
| 10:07:15AM | 6 | Q.  Thank you.  And I think you cut off.  Did you say |
| 10:07:18AM | 7 | June 20, 2017, for the first -- |
| 10:07:21AM | 8 | A.  Sorry.  June 20, 2017, the date of issue. |
| 10:07:23AM | 9 | Q.  All right, great.  Thank you.  Let's turn to the '205 |
| 10:07:27AM | 10 | patent.  Let's look at JTX-1. |
| 10:07:40AM | 11 | Doctor, is this the '205 patent that you provided |
| 10:07:43AM | 12 | your opinion on? |
| 10:07:43AM | 13 | A.  Yes. |
| 10:07:47AM | 14 | Q.  If we turn to the first slide, what was your ultimate |
| 10:07:52AM | 15 | opinion with regard to the '205 patent? |
| 10:07:55AM | 16 | A.  That claims 63 and 77 were infringed by Cisco products. |
| 10:08:01AM | 17 | These are the same products we discussed last time, the |
| 10:08:05AM | 18 | routers and switches, in combination with the Digital Network |
| 10:08:09AM | 19 | Architecture, and the firewalls, in conjunction with the |
| 10:08:14AM | 20 | Firepower Management Center. |
| 10:08:17AM | 21 | Q.  And like we did for your previous testimony, when we |
| 10:08:23AM | 22 | refer to the Catalyst switches or just switches, are we |
| 10:08:27AM | 23 | referring to the Catalyst switches in the different series |
| 10:08:30AM | 24 | that you identified previously in your testimony as |
| 10:08:32AM | 25 | infringing? |

Mitzenmacher, M. - Direct

| | | |
|---|---|---|
| 10:08:32AM | 1 | A.  Yes, and the same for the routers and firewalls. |
| 10:08:35AM | 2 | Q.  And that's going to be for the Aggregated Services |
| 10:08:39AM | 3 | Routers, if we recall those routers, or the Integrated |
| 10:08:42AM | 4 | Services Routers?  Those would be routers? |
| 10:08:43AM | 5 | A.  Yes. |
| 10:08:44AM | 6 | Q.  And then for the Firepower, firewalls, we can call them |
| 10:08:49AM | 7 | firewalls, and the Adaptive Security Appliance will also be |
| 10:08:52AM | 8 | referred to as firewalls, plus the Firepower Management |
| 10:08:54AM | 9 | Center? |
| 10:08:54AM | 10 | A.  Yes. |
| 10:08:56AM | 11 | Q.  So if we take a quick look -- |
| 10:08:59AM | 12 | MR. HANNAH:  And, Your Honor, in terms of the order |
| 10:09:01AM | 13 | of presentation, in order to streamline things, I'm just |
| 10:09:04AM | 14 | going to go through the patent one time, but we're going to |
| 10:09:08AM | 15 | go through all of the products.  So we'll just show an |
| 10:09:11AM | 16 | element, and then we're going to show the Catalyst switches, |
| 10:09:14AM | 17 | the ASR, the routers, and also the firewalls at one time, |
| 10:09:19AM | 18 | rather than run through the patent twice, like we did before. |
| 10:09:21AM | 19 | THE COURT:  All right. |
| 10:09:22AM | 20 | BY MR. HANNAH: |
| 10:09:24AM | 21 | Q.  If we can go to your demonstrative, can you briefly |
| 10:09:32AM | 22 | explain what this is showing, in terms of the '205 patent, |
| 10:09:36AM | 23 | with the dynamic security policy? |
| 10:09:38AM | 24 | A.  As we've seen for all of these systems, they will be |
| 10:09:45AM | 25 | given threat intelligence, or gather or absorb threat |

Carol L. Naughton, Official Court Reporter

—Mitzenmacher, M. - Direct—

10:09:49AM  1   intelligence, and they can use that to update the rules.

10:09:52AM  2          In particular, just generally, they have dynamic

10:09:56AM  3   security policies.  They're constantly getting new

10:10:00AM  4   information, and over time, they will often update the rule

10:10:05AM  5   sets in order to deal with new threats accordingly.

10:10:07AM  6   Q.  If we turn to the demonstrative regarding the firewalls,

10:10:12AM  7   does that operate in a similar manner?

10:10:14AM  8   A.  Yes, it does.

10:10:15AM  9   Q.  If we turn to claims 63 and 77 of the '205 patent,

10:10:29AM  10  similar to the previous patents that we looked at, on the

10:10:32AM  11  left-hand side we have a system and some elements, and then

10:10:36AM  12  on the right side we have claim 77, with one or more

10:10:41AM  13  non-transitory computer-readable media.

10:10:45AM  14         Can you, please, explain what's required by these

10:10:47AM  15  claim elements?

10:10:48AM  16  A.  Yes.  So for the system claim, there's a security policy

10:10:52AM  17  management server.  So this would be the Digital Network

10:11:00AM  18  Architecture center, in particular, along with components

10:11:03AM  19  such as ISE that are used to spread the policies for the

10:11:13AM  20  routers and switches, and the Firepower Management Center for

10:11:18AM  21  the firewalls, and there's also one or more packet security

10:11:22AM  22  gateways associated with the policy management server that

10:11:27AM  23  performs various actions that we'll be talking about.  These

10:11:30AM  24  would be the switches and routers or the firewalls for our

10:11:35AM  25  two situations.

—Mitzenmacher, M. - Direct—

10:11:38AM  1    So that is the system claim, and claim 77 is another
10:11:44AM  2  computer-readable media claim which is focused on the
10:11:51AM  3  underlying software, as opposed to the system that runs
10:11:55AM  4  through the same types of -- or meets the performance issues
10:12:02AM  5  that we'll be talking about.
10:12:03AM  6  Q.  For claim 77, where it refers to a packet security
10:12:06AM  7  gateway for the switches and routers, are those the switches
10:12:09AM  8  and routers in your opinion?
10:12:10AM  9  A.  Yes.
10:12:11AM  10  Q.  And would the DNA center with the ISE -- that would be
10:12:15AM  11  the packet security -- I mean, the security policy management
10:12:18AM  12  server for claim 77?
10:12:19AM  13  A.  Yes.
10:12:20AM  14  Q.  And then for the firewalls, would the firewalls be the
10:12:24AM  15  packet security gateways?
10:12:25AM  16  A.  Yes.
10:12:26AM  17  Q.  And the Firepower Management Center would be the security
10:12:30AM  18  policy management server?
10:12:32AM  19  A.  Yes.
10:12:32AM  20  Q.  All right.  Let's take a look at PTX-1294.
10:12:40AM  21    MR. HANNAH:  PTX-1294, Your Honor, has already been
10:12:43AM  22  admitted into evidence.
10:12:45AM  23  BY MR. HANNAH:
10:12:45AM  24  Q.  If we go to Page 15 of this document, at the bottom it
10:12:53AM  25  says, "Policy Creation."

Carol L. Naughton, Official Court Reporter

729

—Mitzenmacher, M. - Direct—

10:12:55AM   1        Doctor, can you explain how this supports your
10:12:57AM   2   opinion as to whether the DNA center is a security policy
10:13:04AM   3   management server?
10:13:04AM   4   A.   Certainly.  As we discussed before, the DNA center can
10:13:11AM   5   create and pass through policies that will be used by the
10:13:14AM   6   routers and switches, and, in particular, they relate to the
10:13:17AM   7   policies that are discussed of the types in this claim, and
10:13:21AM   8   this is the methodology used to create dynamic security
10:13:26AM   9   policies for the Cisco products.
10:13:28AM   10  Q.   When it says that the policies, in the second line, can
10:13:33AM   11  be adjusted dynamically, what does that mean?
10:13:36AM   12  A.   So again based on network conditions, based on
10:13:42AM   13  information, the policies that get passed on to routers and
10:13:46AM   14  switches, can be changed to deal with security -- new or
10:13:51AM   15  growing security threats appropriately.
10:13:54AM   16       THE COURT:  So the DNA center receives threat
10:14:06AM   17  intelligence from sources, a number of sources, and sends it
10:14:12AM   18  to the routers and the switches and also to the Firepower
10:14:28AM   19  management system, which, in turn, sends it to the firewalls.
10:14:35AM   20  Is that the way it works?
10:14:36AM   21       THE WITNESS:  I think the threat intelligence for
10:14:39AM   22  the firewalls for the Firepower Management Center can come in
10:14:43AM   23  separately.  It doesn't have to go through the DNA center.
10:14:46AM   24       But that's the right picture, exactly; that the DNA
10:14:50AM   25  center and the Firepower Management Center each get this

730

—Mitzenmacher, M. - Direct—

| | | |
|---|---|---|
| 10:14:54AM | 1 | information and pass it on to their respective devices, the |
| 10:14:58AM | 2 | firewalls or the routers and switches. |
| 10:15:02AM | 3 | THE COURT:  It just goes through a different gateway |
| 10:15:08AM | 4 | than the routers and switches? |
| 10:15:12AM | 5 | THE WITNESS:  Yeah.  A different path, yeah. |
| 10:15:16AM | 6 | THE COURT:  But the function is the same? |
| 10:15:19AM | 7 | THE WITNESS:  The function is, yes, the same or very |
| 10:15:23AM | 8 | similar. |
| 10:15:27AM | 9 | THE COURT:  All right. |
| 10:15:28AM | 10 | BY MR. HANNAH: |
| 10:15:30AM | 11 | Q.  Doctor, I'd like to take you to PTX-1284. |
| 10:15:34AM | 12 | MR. HANNAH:  Your Honor, this has not been admitted |
| 10:15:36AM | 13 | into evidence. |
| 10:15:36AM | 14 | BY MR. HANNAH: |
| 10:15:37AM | 15 | Q.  Doctor, can you, please, explain what PTX-1284 is? |
| 10:15:40AM | 16 | A.  PTX-1284 is a Cisco, I guess, at-a-glance sheet.  This is |
| 10:15:47AM | 17 | something that you would give to customers or potential |
| 10:15:49AM | 18 | customers describing the products. |
| 10:15:51AM | 19 | Q.  If we go to package -- |
| 10:15:54AM | 20 | MR. HANNAH:  Your Honor, at this point I'd like to |
| 10:15:56AM | 21 | move PTX-1284 into evidence, please. |
| 10:15:59AM | 22 | THE COURT:  That will be admitted. |
| 10:16:01AM | 23 | (Plaintiff's Exhibit PTX-1284 was received in |
| 10:16:02AM | 24 | evidence.) |
| 10:16:02AM | 25 | MR. HANNAH:  Thank you, Your Honor. |

Carol L. Naughton, Official Court Reporter

—Mitzenmacher, M. - Direct—

| | |
|---|---|
| 10:16:03AM | 1 | BY MR. HANNAH: |
| 10:16:03AM | 2 | Q.  If we go to Page 2 of this document, Doctor, on the last |
| 10:16:06AM | 3 | paragraph in the diagram that we see there, it talks about, |
| 10:16:15AM | 4 | "You can also enable intelligent automated policy updates |
| 10:16:23AM | 5 | based on vulnerability data, ensuring that your policies are |
| 10:16:27AM | 6 | always up to date, based on the latest vulnerability levels." |
| 10:16:31AM | 7 | Do you see that? |
| 10:16:31AM | 8 | A.  Yes. |
| 10:16:32AM | 9 | Q.  And do you also see where it says there's dynamic policy |
| 10:16:32AM | 10 | changes? |
| 10:16:34AM | 11 | A.  Yes, I do. |
| 10:16:34AM | 12 | Q.  Does this inform your opinion as to whether the DNA |
| 10:16:37AM | 13 | center with ISE creates and sends dynamic security policies? |
| 10:16:42AM | 14 | A.  Right.  So this is describing, you know, the ISE |
| 10:16:48AM | 15 | approach, in conjunction with the DNA center. |
| 10:16:52AM | 16 | THE COURT:  The what approach? |
| 10:16:53AM | 17 | THE WITNESS:  I-S-E, the Identity Services Engine, |
| 10:16:59AM | 18 | which is part of the Digital Network Architecture.  So it's |
| 10:17:04AM | 19 | shown there.  It's called ISE, so they often call it "ice." |
| 10:17:09AM | 20 | I'll try not to use the acronym.  I'm sorry.  The Identity |
| 10:17:09AM | 21 | Services Engine. |
| 10:17:19AM | 22 | But if you look at the picture, you can sort of see |
| 10:17:20AM | 23 | that there's analysis, that it's going through various sorts |
| 10:17:24AM | 24 | of additional other -- |
| 10:17:26AM | 25 | MR. GAUDET:  Your Honor, I apologize for |

Carol L. Naughton, Official Court Reporter

———Mitzenmacher, M. - Direct———

10:17:28AM 1  interrupting, but if I can interpose an objection.

10:17:30AM 2       Again, the Internet Services Engine is a separate

10:17:35AM 3  standalone product that they did not accuse and that the

10:17:39AM 4  witness did not provide an opinion on in identifying what

10:17:44AM 5  products were accused on the '205 patent.  He identified the

10:17:48AM 6  Identity Services Engine on other patents, but as a matter of

10:17:52AM 7  basic notice, he did not identify this on this patent.

10:17:58AM 8       THE COURT:  Well, again, that boils down to an

10:18:05AM 9  argument over whether it's part of a system that was noticed,

10:18:14AM 10 so that's a matter of argument.

10:18:20AM 11      So you may proceed.

10:18:24AM 12      MR. GAUDET:  Thank you, Your Honor.

10:18:25AM 13 BY MR. HANNAH:

10:18:26AM 14 Q.  Doctor, can you, please, continue.  I believe you were

10:18:28AM 15 talking about the dynamic policy changes.

10:18:30AM 16 A.  Yes.  So you can see the sort of analysis part on the

10:18:35AM 17 left.  Things like Rapid7 are sort of other organizations

10:18:41AM 18 that sort of gather and make use of that intelligence.  It

10:18:45AM 19 goes through a standardized reporting, and through the

10:18:51AM 20 Digital Network Architecture, you get these dynamic policy

10:18:54AM 21 changes, where it actually changes the corresponding policy.

10:19:00AM 22 Q.  Thank you, Doctor.  The claim element that we're looking

10:19:05AM 23 at also require the packet security gateways.

10:19:09AM 24      I'd like you to turn your attention to PTX-585.

10:19:14AM 25      MR. HANNAH:  And, Your Honor, this has not been

Mitzenmacher, M. - Direct

10:19:16AM  1   admitted into evidence.

10:19:17AM  2   BY MR. HANNAH:

10:19:17AM  3   Q.  Doctor, can you, please, explain what PTX-585 is?

10:19:21AM  4   A.  PTX-585 is, again, a Cisco public document, as it says on

10:19:26AM  5   the left, and it discusses the operating system, or the

10:19:30AM  6   routers and switches.

10:19:33AM  7         MR. HANNAH:  Your Honor, at this point we'd like to

10:19:36AM  8   move PTX-585 into evidence, please.

10:19:46AM  9         (There was a pause in the proceedings.)

10:19:46AM  10        MR. GAUDET:  No objection.

10:19:46AM  11        THE COURT:  All right.  This is the operating

10:19:55AM  12  system.  So you're accusing a different operating system in

10:20:03AM  13  the '205 patent than you accused in the other patents?  Is

10:20:12AM  14  that why we're looking at this?

10:20:14AM  15        THE WITNESS:  No, it's the same one.  I think this

10:20:17AM  16  is just to point to something specific in the operating

10:20:22AM  17  system, as it relates to the dynamic security policy.

10:20:28AM  18        THE COURT:  All right.  So we're still talking about

10:20:29AM  19  the same operating system we were talking about in the prior

10:20:33AM  20  patent?

10:20:33AM  21        THE WITNESS:  Yes, sir.

10:20:38AM  22        THE COURT:  Okay.  Go ahead.

10:20:41AM  23        (Plaintiff's Exhibit PTX-585 was received in

10:20:42AM  24  evidence.)

10:20:42AM  25  BY MR. HANNAH:

─────Mitzenmacher, M. - Direct─────

10:20:42AM  1   Q.  Doctor, I'd like to turn your attention to Page 3 of this

10:20:49AM  2   document.  Can you explain how this document -- particularly,

10:20:52AM  3   on the left-hand side where it talks about the built-in

10:20:54AM  4   security, how does this inform your opinion as to whether the

10:20:58AM  5   switches and routers are packet security gateways?

10:21:01AM  6              THE COURT:  Page 3.  Is this -- is this Bates 410?

10:21:08AM  7              MR. HANNAH:  410, yes, Your Honor.

10:21:12AM  8              THE WITNESS:  All right.  So in the top left it's

10:21:14AM  9   talking about as part of the operating system, they have the

10:21:19AM  10  built-in security.  You know, this is, I think, a key point

10:21:24AM  11  of this generation of products.  You can see down towards the

10:21:29AM  12  bottom, you know, "Our approach is much more than just adding

10:21:35AM  13  security as an afterthought to existing products.  It's about

10:21:38AM  14  embedding security into the essence of our products during

10:21:41AM  15  the design phase.  The result is that security is a primary

10:21:45AM  16  design consideration, deeply integrated into the underlying

10:21:51AM  17  architecture."

10:21:54AM  18             THE COURT:  This is architecture for --

10:21:58AM  19             THE WITNESS:  The routers and switches.

10:21:59AM  20             THE COURT:  -- the operating systems for the

10:22:00AM  21  switches and routers; is that right?

10:22:02AM  22             THE WITNESS:  Yes, sir.

10:22:09AM  23             And, again, I can touch on the exact wording, but

10:22:15AM  24  it's in the patent and in the claim construction regarding

10:22:19AM  25  what a packet security gateway is, but, in particular, it's

—————Mitzenmacher, M. - Direct—————

| | |
|---|---|
| 10:22:22AM | 1 | something that gets packets and applies security rules, |
| 10:22:26AM | 2 | including the ability to drop on those packets, and that's |
| 10:22:30AM | 3 | what we see in the switches and routers here. |
| 10:22:33AM | 4 | BY MR. HANNAH: |
| 10:22:34AM | 5 | Q.  And, Doctor, is this also based on the document that you |
| 10:22:37AM | 6 | reviewed for the '806 and the '193 patents, in which we saw |
| 10:22:43AM | 7 | numerous documents in which the switches and routers are able |
| 10:22:46AM | 8 | to drop packets? |
| 10:22:47AM | 9 | A.  Yes, we had gone over that in the previous patents. |
| 10:22:50AM | 10 | Q.  And so would those documents equally apply here to this |
| 10:22:54AM | 11 | element as well? |
| 10:22:54AM | 12 | A.  Yes. |
| 10:22:55AM | 13 | Q.  Elements for both claims? |
| 10:22:56AM | 14 | A.  Yes, they would. |
| 10:22:57AM | 15 | Q.  And, Doctor, you also relied on several documents talking |
| 10:23:01AM | 16 | about how the routers could be at the edge of the network and |
| 10:23:05AM | 17 | that they can support security features.  And we saw those |
| 10:23:11AM | 18 | with the '806 and the '193.  Would those documents equally |
| 10:23:17AM | 19 | apply to this limitation of the packet security gateway? |
| 10:23:20AM | 20 | A.  Yes, they would. |
| 10:23:21AM | 21 | Q.  With that, Doctor, I'd like to turn your attention to |
| 10:23:24AM | 22 | PTX-1289.  And we're switching gears here, talking about the |
| 10:23:27AM | 23 | firewalls, the firewall management center. |
| 10:23:34AM | 24 |         MR. HANNAH:  Your Honor, PTX-1289 has been admitted |
| 10:23:36AM | 25 | into evidence. |

Carol L. Naughton, Official Court Reporter

————Mitzenmacher, M. - Direct————

| | | |
|---|---|---|
| 10:23:40AM | 1 | THE COURT:  Okay. |
| 10:23:41AM | 2 | BY MR. HANNAH: |
| 10:23:41AM | 3 | Q.  If we turn to Page 1595 of this document, with the same |
| 10:23:50AM | 4 | corresponding Bates number, 1595, Doctor, looking at where it |
| 10:23:54AM | 5 | says, "The TID configuration changes do not require |
| 10:24:00AM | 6 | redeployment," looking at this passage in this document, can |
| 10:24:02AM | 7 | you explain your opinion as to whether the Firepower |
| 10:24:08AM | 8 | Management Center is a security policy management server? |
| 10:24:11AM | 9 | A.  Right.  So it's a security policy management server |
| 10:24:17AM | 10 | because it's used to change or manage the policies on the |
| 10:24:21AM | 11 | corresponding devices, the firewalls, and that's described |
| 10:24:25AM | 12 | here, particularly with the Threat Intelligence Director that |
| 10:24:30AM | 13 | we were talking about yesterday. |
| 10:24:33AM | 14 | With the Threat Intelligence Director, after initial |
| 10:24:37AM | 15 | deployment of the access control policy to the managed |
| 10:24:42AM | 16 | devices, you can configure sources, indicators, and |
| 10:24:44AM | 17 | observables without redeploying, and the system automatically |
| 10:24:48AM | 18 | publishes new Threat Intelligence Director data to the |
| 10:24:53AM | 19 | elements.  And that's what we were talking about yesterday, |
| 10:24:56AM | 20 | where, you know, the threat, through the use of, in the case |
| 10:24:57AM | 21 | of a firewall, the Threat Intelligence Director, you can |
| 10:25:01AM | 22 | update the rules that the firewalls are using. |
| 10:25:08AM | 23 | THE COURT:  Well, in other words, once they're |
| 10:25:14AM | 24 | configured -- that's what we were talking about yesterday |
| 10:25:16AM | 25 | when we said they switched systems so that they wouldn't have |

737

—Mitzenmacher, M. - Direct—

10:25:20AM  1  two sets of rules operating at the same time.  Now they

10:25:23AM  2  switch over to the new set of rules once they're configured.

10:25:29AM  3       And we had the same storage issue here.  In the new

10:25:40AM  4  system, it stores them while they're reconfiguring the new

10:25:45AM  5  rules, instead of having both sets of rules in the system at

10:25:49AM  6  the same time.  Is that what this means?

10:25:50AM  7       THE WITNESS:  This is specifically, I think, talking

10:25:55AM  8  about just the fact that there are second rule sets; that

10:25:58AM  9  these rule sets keep updating.

10:26:00AM 10       The patent yesterday was focused on this issue of

10:26:04AM 11  how the swap occurs, and this is a statement, you know, which

10:26:08AM 12  is in line with everything we said yesterday, which matches

10:26:11AM 13  what we said yesterday, which is that you are updating the

10:26:14AM 14  rules, and the rules are updated on a regular basis, through

10:26:18AM 15  the Threat Intelligence Director information.

10:26:31AM 16       They're aligned.  They're talking about different, I

10:26:34AM 17  think, aspects of the same problem.

10:26:38AM 18       THE COURT:  In other words, the rules -- the end

10:26:51AM 19  result is that the rules change without the threat of

10:26:55AM 20  dropping any package by virtue of the changeover.

10:27:03AM 21       THE WITNESS:  Yes, absolutely.

10:27:06AM 22       THE COURT:  Okay.

10:27:07AM 23  BY MR. HANNAH:

10:27:08AM 24  Q.  All right.  Doctor, now, yesterday we saw many documents

10:27:10AM 25  about the actual firewalls, which includes the Firepower and

Carol L. Naughton, Official Court Reporter

---Mitzenmacher, M. - Direct---

10:27:15AM  1    the ASA.

10:27:17AM  2            Based on those documents that you reviewed, is it

10:27:20AM  3    your opinion that the firewalls meet the packet security

10:27:25AM  4    gateways, as recited in the claims?

10:27:28AM  5    A.  Yes, it is.

10:27:30AM  6    Q.  Can you just explain briefly why?

10:27:32AM  7    A.  Again, as we saw with the firewalls, too, is they get

10:27:37AM  8    packets, they apply rules to the packets to determine whether

10:27:41AM  9    the packets are allowed or not allowed, whether they have to

10:27:44AM  10   be dropped, and, as such, they act as gateways.

10:27:48AM  11   Q.  So, Doctor, based on the documents you reviewed and the

10:27:53AM  12   documents we talked about yesterday and today, is it fair

10:27:57AM  13   that both the switches, the routers, and the firewalls meet

10:28:02AM  14   the first set of elements that we have highlighted here for

10:28:07AM  15   claim 63 and claim 77?

10:28:09AM  16   A.  Yes.

10:28:10AM  17   Q.  We can check that box?

10:28:12AM  18   A.  Yes.

10:28:13AM  19   Q.  All right.  So moving on to the next element, can you,

10:28:15AM  20   please, explain what is required by this element?

10:28:17AM  21   A.  So this element is talking about certain types of dynamic

10:28:23AM  22   security policies.  So, in particular, the sort of policies

10:28:31AM  23   that we're dealing with for this patent are supposed to --

10:28:37AM  24   you have a policy that has at least one rule, and at least

10:28:42AM  25   one rule, so the contents of the policy have to specify

739

—Mitzenmacher, M. - Direct—

| | | |
|---|---|---|
| 10:28:48AM | 1 | sets -- a set of network address and what's called a Session |
| 10:28:52AM | 2 | Initiation Protocol, or SIP, URI, Uniform Resource |
| 10:29:00AM | 3 | Identifier. |
| 10:29:00AM | 4 | Q.  Can you explain what that is? |
| 10:29:02AM | 5 | A.  So Session Initiation Protocol is one of the, I guess, |
| 10:29:07AM | 6 | many protocols used to transport information over the |
| 10:29:12AM | 7 | Internet.  SIP is used often for voice, but also for video or |
| 10:29:18AM | 8 | other sorts of information, like, I think, some instant |
| 10:29:22AM | 9 | messaging protocols, and so on. |
| 10:29:26AM | 10 | And a Uniform Resource Identifier is an identifier |
| 10:29:31AM | 11 | for -- you know, an identifier for a location or a place or |
| 10:29:41AM | 12 | an object within the system. |
| 10:29:45AM | 13 | Q.  And based on the documents that you reviewed and the |
| 10:29:49AM | 14 | testing that you did, do the switches, the routers, and the |
| 10:29:53AM | 15 | firewalls -- do they meet the receive claim element and |
| 10:30:00AM | 16 | process the SIP information, or the S-I-P, which is the |
| 10:30:06AM | 17 | Session Initiation Protocol you just referred to? |
| 10:30:08AM | 18 | A.  Yes. |
| 10:30:09AM | 19 | Q.  So, Doctor, I'd like to turn your attention to PTX-1408. |
| 10:30:14AM | 20 | MR. HANNAH:  This has not been admitted into |
| 10:30:16AM | 21 | evidence. |
| 10:30:16AM | 22 | BY MR. HANNAH: |
| 10:30:17AM | 23 | Q.  Doctor, can you briefly explain what this document is? |
| 10:30:19AM | 24 | A.  This is another of the Cisco Live presentations that |
| 10:30:25AM | 25 | Cisco puts on to interact with its customers. |

Carol L. Naughton, Official Court Reporter

—Mitzenmacher, M. - Direct—

| | | |
|---|---|---|
| 10:30:29AM | 1 | MR. HANNAH:  Your Honor, at this time we'd like to |
| 10:30:31AM | 2 | move PTX-1408 into evidence, please. |
| 10:30:35AM | 3 | THE COURT:  PTX-1408.  All right.  This deals with |
| 10:31:14AM | 4 | internet operating system security. |
| 10:31:19AM | 5 | MR. HANNAH:  Exactly, Your Honor. |
| 10:31:23AM | 6 | THE COURT:  Okay. |
| 10:31:44AM | 7 | (Plaintiff's Exhibit PTX-1408 was received in |
| 10:31:44AM | 8 | evidence.) |
| 10:31:44AM | 9 | MR. HANNAH:  Thank you, Your Honor.  It's been |
| 10:31:47AM | 10 | admitted, 1408? |
| 10:31:48AM | 11 | THE COURT:  Yes. |
| 10:31:49AM | 12 | MR. HANNAH:  Okay.  Thank you. |
| 10:31:50AM | 13 | BY MR. HANNAH: |
| 10:31:51AM | 14 | Q.  If we go to Page 19 of this document, Doctor, can you, |
| 10:31:56AM | 15 | please, explain, first of all, what products this applies to |
| 10:32:01AM | 16 | and what's being shown on this page? |
| 10:32:03AM | 17 | A.  So up at the top you can see it's saying, "Advanced IOS |
| 10:32:08AM | 18 | security."  The OS there is the operating system, so this is |
| 10:32:12AM | 19 | for the routers and switches.  You can see the little router |
| 10:32:18AM | 20 | brick in the diagram. |
| 10:32:19AM | 21 | And it talks about data plane security on the left |
| 10:32:24AM | 22 | and, in particular, that it deals with SIP traffic for voice |
| 10:32:28AM | 23 | phones.  So that's the Session Initiation Protocol, or SIP, |
| 10:32:33AM | 24 | that was in the patent, and it's talking about how it can use |
| 10:32:38AM | 25 | it for security for these voice phone calls that can go |

────Mitzenmacher, M. - Direct────

| | |
|---|---|
| 10:32:43AM | 1 |
| 10:32:46AM | 2 |
| 10:32:51AM | 3 |
| 10:32:52AM | 4 |
| 10:32:57AM | 5 |
| 10:32:59AM | 6 |
| 10:33:03AM | 7 |

1  through the Session Initiation Protocol.

2  Q.  And when you say, "data plane," can you briefly explain

3  what is the data plane?

4  A.  The data plane, like it sounds like, is talking about the

5  data that's going through the network.  So usually when you

6  talk about the network, as you can see on this slide, it's

7  divided into like data information and control information.

8         So the control information would be the sort of

9  things that you're sending to the routers or switches in

10  order to manage them, so they know where to send various

11  sorts of traffic, and the data is the actual traffic that

12  it's sending.

13         THE COURT:  Why does it use the term "voice phones"

14  here?

15         THE WITNESS:  So these days a lot of -- it's called

16  voice over IP or VoIP, voice over the Internet Protocol.

17  These days a lot of phone traffic is done over the Internet.

18  Instead of using the old style phone system, we've changed to

19  using phones that actually deliver packets over the Internet.

20  BY MR. HANNAH:

21  Q.  And is SIP often used for voice over IP or VoIP?

22  A.  Yes.  So the Session Initiation Protocol is one of those

23  protocols that's used to allow you to send voice information,

24  to send voice data over the Internet.

25  Q.  So often in Cisco's document when it's talking about

—Mitzenmacher, M. - Direct—

10:34:22AM  1   phone data or voice data, it's talking about SIP traffic?

10:34:26AM  2   A.  Yes.

10:34:27AM  3   Q.  I'd like to turn your attention to PTX-1319.

10:34:33AM  4           PTX-1319 has not been admitted into evidence, so,

10:34:37AM  5   Doctor, can you please explain what PTX-1319 is?

10:34:40AM  6   A.  This is talking about access control policies from -- and

10:34:46AM  7   how they're -- and how they function in the Cisco DNA center,

10:34:54AM  8   the Digital Network Architecture center.

10:34:56AM  9           THE COURT:  Just a moment, now.

10:34:58AM  10          This is PTX-1319, and this deals with access control

10:35:25AM  11  policy within the DNA of the operating system.

10:35:40AM  12          THE WITNESS:  It's going to be about how it controls

10:35:43AM  13  the policies on the routers and switches.

10:35:48AM  14          THE COURT:  In other words, what rules are going to

10:35:55AM  15  make up the policy?

10:35:59AM  16          THE WITNESS:  Yes.

10:36:01AM  17          MR. HANNAH:  Your Honor, I'd like to move PTX-1319

10:36:04AM  18  into evidence, please.

10:36:06AM  19          THE COURT:  That will be admitted.

10:36:07AM  20          (Plaintiff's Exhibit PTX-1319 received in evidence.)

10:36:08AM  21  BY MR. HANNAH:

10:36:09AM  22  Q.  If we go to Page 8 of this document, it has the same

10:36:11AM  23  corresponding Bates label, which is 0008.

10:36:17AM  24          If we look under IP- -- well, Doctor, can you please

10:36:23AM  25  explain what's being shown here on the screen and, in

—Mitzenmacher, M. - Direct—

10:36:26AM 1    particular, when it talks about the IP-based access control,

10:36:29AM 2    what that means?

10:36:30AM 3    A.   Certainly.  So this is a screen showing, I guess, the

10:36:36AM 4    setup or how one might interact with the DNA center, so this

10:36:44AM 5    is showing part of the user interface.

10:36:46AM 6          So this is how a human might interact with it, and

10:36:50AM 7    the key issue here is this IP-based access control.  The IP

10:36:58AM 8    is the Internet Protocol, and, in particular, the Internet

10:37:04AM 9    Protocol is what gives devices addresses.  These addresses

10:37:10AM 10   just look like long numbers, but they're the addresses that

10:37:15AM 11   the network uses to know where to send traffic to.  So every

10:37:22AM 12   sort of device that is on the network will have an address,

10:37:26AM 13   and, just like with postal mail, the address is what is used

10:37:34AM 14   in order to get your mail from where it was sent to you.

10:37:37AM 15   Same here.  The Internet Protocol gives the addresses to make

10:37:43AM 16   sure that your mail gets to you.

10:37:45AM 17         And, in particular, the claim element calls for

10:37:48AM 18   network addresses and the rules.  And, you know, Internet

10:37:53AM 19   Protocol addresses, these are exactly the things that show up

10:37:56AM 20   in the rules, and this is one of the things that is in the

10:38:00AM 21   interface, where you could do it directly; although, the

10:38:03AM 22   program would also do it more automatically based on, you

10:38:08AM 23   know, information or threat information it might be getting.

10:38:12AM 24   But it can, essentially, create -- it can create rules that

10:38:17AM 25   will deal with lots of addresses.  Indeed, that's like its

744

—Mitzenmacher, M. - Direct (Confidential Portion)—

10:38:22AM   1   main purpose, is to deal with network address-based rules.

10:38:31AM   2           THE COURT:  In other words, it's designed to

10:38:35AM   3   determine whether the address suggests a threat?

10:38:42AM   4           THE WITNESS:  Yes.

10:38:45AM   5           THE COURT:  Okay.

10:38:46AM   6           MR. HANNAH:  Your Honor, at this time I'd like to

10:38:48AM   7   show the doctor just one piece of source code.  So if we

10:38:51AM   8   could please seal the courtroom, mute the line, and Jonathan

10:38:55AM   9   Rogers has left the room.

10           (Confidential testimony from Page 744, Line 10,

11   through Page 747, Line 13, was redacted.)

12                   * * * * * * *

13

14

15

16

17

18

19

20

21

22

23

24

25

Carol L. Naughton, Official Court Reporter

```
                    ─Mitzenmacher, M. - Direct (Confidential Portion)─
```

            1

            2

            3

            4

            5

            6

            7

            8

            9

           10

           11              (Confidential testimony from Page 744, Line 10,

           12      through Page 747, Line 13, was redacted.)

           13                       *  *  *  *  *  *  *

10:43:39AM  14              MR. HANNAH:  I'd like to switch gears and go from

10:43:42AM  15      the switches to the firewall, Your Honor.

10:43:39AM  16      BY MR. HANNAH:

10:43:44AM  17      Q.  So, Doctor, if we could go to PTX-1289.

10:43:49AM  18              MR. HANNAH:  PTX-1289 has been admitted into

10:43:51AM  19      evidence.

10:43:51AM  20      BY MR. HANNAH:

10:43:56AM  21      Q.  And, Doctor, I'd like to show you Page 1808.

10:44:07AM  22              So, Doctor, looking at where it says, "SIP

10:44:10AM  23      keywords," and the following paragraph, Doctor, can you

10:44:15AM  24      explain to the Court, now talking about the firewalls, how

10:44:18AM  25      the firewalls will deal -- do the firewalls deal with SIP

─────Mitzenmacher, M. - Direct─────

10:44:23AM   1   traffic, as required in the claims?

10:44:25AM   2   A.   Yes.   So they actually have some sort of analyzer that is

10:44:31AM   3   specific for Session Initiation Protocol traffic and, in

10:44:34AM   4   particular, will examine the various header information, such

10:44:38AM   5   as the IP address that we talked about before.

10:44:42AM   6   Q.   And when it says, "Four SIP keywords allow you to monitor

10:44:49AM   7   SIP session traffic for exploits," what does that mean?

10:44:52AM   8   A.   Again, I -- they're allowing -- or part of what the

10:44:58AM   9   management center's job is is to consider if there's, you

10:45:02AM   10  know, Session Initiation Protocol traffic that may lead to

10:45:07AM   11  exploits.   And, again, through their processing, this may

10:45:11AM   12  lead to rules being sent down the line to the firewalls to

10:45:15AM   13  block certain specific types of traffic.

10:45:17AM   14  Q.   Thank you, Doctor.

10:45:19AM   15       If we go to Page 1912 of this document and we look

10:45:23AM   16  at the top where it says, "Extracting the SIP header," can

10:45:33AM   17  you explain how this informs your opinion as to whether the

10:45:36AM   18  firewalls deal with the SIP information.

10:45:40AM   19  A.   Right.   So this says that it's looking at decoding and

10:45:45AM   20  analyzing SIP traffic.   It extracts the SIP header and then

10:45:51AM   21  passes the extracted data to the rules engine for further

10:45:54AM   22  inspection.   So this is going to be where there may be the

10:45:58AM   23  need to create or construct new rules if some of the Session

10:46:03AM   24  Initiation Protocol traffic is viewed as a threat.

10:46:06AM   25       So, as you can see below, it also says that it will

———Mitzenmacher, M. - Direct———

10:46:10AM  1  generate events when the following conditions are detected;
10:46:16AM  2  namely, anomalies and known vulnerabilities in SIP packets.
10:46:21AM  3  Q.  If we look a little bit lower in the document, it talks
10:46:25AM  4  about the SIP pre-processor options, and it talks about the
10:46:28AM  5  maximum URI length.
10:46:34AM  6        Geoff, if you can take this down.  It's a little bit
10:46:37AM  7  lower in the document.  Yeah.
10:46:39AM  8        It says, "the maximum URI length."  What is that
10:46:43AM  9  showing, Doctor?
10:46:44AM  10 A.  That's certainly getting and considering the Session
10:46:49AM  11 Initiation Protocol Uniform Resource Identifier, or URI, in
10:46:54AM  12 its analysis and maybe looking at that in determining rules
10:46:57AM  13 and behavior.
10:46:58AM  14 Q.  All right.  Thank you, Doctor.
10:47:07AM  15       Doctor, I'd like to show you some testimony.  If we
10:47:14AM  16 can look at --
10:47:15AM  17       MR. HANNAH:  This is in the binder, Your Honor, at
10:47:17AM  18 PTX-1922.  It's the deposition testimony of Hari Shankar.
10:47:56AM  19       THE COURT:  PTX-1922.
10:47:59AM  20       MR. HANNAH:  Correct, Your Honor.
10:48:01AM  21       THE COURT:  All right.  Just a second.  This is
10:48:15AM  22 Shankar.
10:48:16AM  23       MR. HANNAH:  Yes.  For the record, it's the
10:48:18AM  24 December 11, 2019 deposition, and it's from Page 106, lines 8
10:48:24AM  25 through 16.

750

—————Mitzenmacher, M. - Direct—————

| | | |
|---|---|---|
| 10:48:28AM | 1 | THE COURT:  Okay. |
| 10:48:29AM | 2 | BY MR. HANNAH: |
| 10:48:29AM | 3 | Q.  Doctor, can you explain -- |
| 10:48:32AM | 4 | THE COURT:  Let me look at this a minute. |
| 10:48:43AM | 5 | (There was a pause in the proceedings.) |
| 10:48:43AM | 6 | THE COURT:  Okay.  I can actually understand that. |
| 10:48:51AM | 7 | MR. HANNAH:  And, as a reminder, Your Honor, |
| 10:48:56AM | 8 | Mr. Shankar is the Cisco principal engineer. |
| 10:48:59AM | 9 | THE COURT:  Okay. |
| 10:48:59AM | 10 | BY MR. HANNAH: |
| 10:48:59AM | 11 | Q.  So, Doctor, can you explain how this informed your |
| 10:49:02AM | 12 | opinion as to whether the firewalls can analyze SIP traffic? |
| 10:49:06AM | 13 | A.  Yes.  So, as the testimony discusses, the firewalls |
| 10:49:16AM | 14 | handle SIP traffic, and they can block SIP traffic, as he |
| 10:49:21AM | 15 | states.  And, again, this tells me that you can create |
| 10:49:24AM | 16 | functions and functionality that are designed for SIP |
| 10:49:28AM | 17 | traffic. |
| 10:49:28AM | 18 | Q.  So if we turn back to the claims -- and just to bring |
| 10:49:33AM | 19 | this home in terms of the SIP traffic, we talked about voice |
| 10:49:38AM | 20 | phones and things like that.  Does Zoom also -- can it also |
| 10:49:41AM | 21 | use SIP traffic, as well? |
| 10:49:43AM | 22 | A.  Actually, I have to look it up.  I imagine that it does, |
| 10:49:50AM | 23 | but I admit, I haven't -- I'm sorry.  I probably should know |
| 10:50:00AM | 24 | that. |
| 10:50:00AM | 25 | Q.  Well, we'll look at the options, and I can assure you it |

Carol L. Naughton, Official Court Reporter

Mitzenmacher, M. - Direct

| | | |
|---|---|---|
| 10:50:02AM | 1 | does. |
| 10:50:05AM | 2 | So if we look at the claim elements here, based on |
| 10:50:08AM | 3 | the evidence that you reviewed, does the Catalyst switches, |
| 10:50:12AM | 4 | the ASR routers, and the ISR routers -- does it meet the |
| 10:50:17AM | 5 | first "receive" element of claims 63 and 77? |
| 10:50:21AM | 6 | A.  Yes. |
| 10:50:21AM | 7 | Q.  And based on the documents that you reviewed and the |
| 10:50:24AM | 8 | testimony -- the product testing and the testimony, do the |
| 10:50:28AM | 9 | Firepower firewalls and the ASA firewalls -- do they meet the |
| 10:50:33AM | 10 | first "receive" element as shown in claims 63 and 77? |
| 10:50:36AM | 11 | A.  Yes, they do. |
| 10:50:37AM | 12 | Q.  Can we check that box? |
| 10:50:39AM | 13 | A.  Yes. |
| 10:50:39AM | 14 | Q.  All right.  Let's look at the next claim element, which |
| 10:50:41AM | 15 | is receive packets associated with the network protected by |
| 10:50:44AM | 16 | the packet security gateway.  Do you see that element? |
| 10:50:46AM | 17 | A.  Yes. |
| 10:50:47AM | 18 | Q.  And is that the same between claims 63 and 77? |
| 10:50:50AM | 19 | A.  Yes. |
| 10:50:51AM | 20 | Q.  Now, yesterday we saw a lot of documents about receiving |
| 10:50:56AM | 21 | packets from -- that the switches and routers can receive |
| 10:51:01AM | 22 | packets. |
| 10:51:02AM | 23 | Do those documents inform your opinion as to whether |
| 10:51:04AM | 24 | this element is met for the switches and routers? |
| 10:51:06AM | 25 | A.  Yes.  And, of course, I think as we discussed, routers |

————Mitzenmacher, M. - Direct————

| | |
|---|---|
| 10:51:10AM | 1 | and switches -- I believe their job is to receive packets. |
| 10:51:14AM | 2 | Q.  And do they receive packets with the network protected by |
| 10:51:17AM | 3 | the packet security gateways; in this case, those switches |
| 10:51:20AM | 4 | and routers? |
| 10:51:21AM | 5 | A.  Yes, they do.  These are the packets that are being sent |
| 10:51:25AM | 6 | from or going to devices in that network. |
| 10:51:28AM | 7 | Q.  And do the switches and routers -- do they provide |
| 10:51:32AM | 8 | security functions, as based on the documents that we talked |
| 10:51:36AM | 9 | about yesterday and earlier today? |
| 10:51:37AM | 10 | A.  Yes, they do. |
| 10:51:38AM | 11 | Q.  So can we say that the switches and routers meet the |
| 10:51:42AM | 12 | receive-the-packet elements, based on all of the documents |
| 10:51:45AM | 13 | we've reviewed to date and the testimony and the testing |
| 10:51:49AM | 14 | you've done? |
| 10:51:50AM | 15 | A.  Yes, of course. |
| 10:51:52AM | 16 | Q.  Similarly with regard to the firewalls, do the firewalls |
| 10:51:56AM | 17 | receive packets associated with the network protected by the |
| 10:51:59AM | 18 | packet security gateway? |
| 10:52:00AM | 19 | A.  Yes, they do.  That is also their main job. |
| 10:52:03AM | 20 | Q.  And is this based on documents that we've reviewed to |
| 10:52:06AM | 21 | date and the testimony and the testing that you've done? |
| 10:52:08AM | 22 | A.  Yes, they are. |
| 10:52:10AM | 23 | Q.  And do the firewalls -- do they provide security services |
| 10:52:15AM | 24 | in that they're a packet security gateway? |
| 10:52:17AM | 25 | A.  Yes, they do. |

—Mitzenmacher, M. - Direct—

10:52:18AM 1   Q.  So based on all the evidence that you've seen and the

10:52:21AM 2   documents we've reviewed, the testimony, and your testing, is

10:52:24AM 3   it fair to say that the firewalls meet this element?

10:52:26AM 4   A.  Yes.

10:52:26AM 5   Q.  Can we check that box?

10:52:28AM 6   A.  Please do.

10:52:30AM 7   Q.  All right.  Let's turn to the next element, which is the

10:52:35AM 8   perform on a packet-by-packet basis at least one packet

10:52:40AM 9   transformation.  Do you see that, Doctor?

10:52:41AM 10  A.  Yes, I do.

10:52:42AM 11  Q.  What is required by this claim?  And let's start with the

10:52:45AM 12  switches and -- in terms of the switches and the routers.

10:52:48AM 13  A.  So for the switches and the routers, when they get a

10:52:52AM 14  packet, one of the main things that they have to do is decide

10:52:58AM 15  whether they're going to drop the packet or forward the

10:53:00AM 16  packet, and each of those are packet transformation

10:53:04AM 17  functions, so they're either determining that the packet has

10:53:08AM 18  to be dropped or determining where exactly it will route the

10:53:15AM 19  packet.

10:53:15AM 20        THE COURT:  So, in other words, the term

10:53:18AM 21  "transformation function" means the operating system will

10:53:23AM 22  decide whether to drop them or forward them?

10:53:28AM 23        THE WITNESS:  That's what I'm saying here.  There

10:53:31AM 24  are certainly other packet transformation functions that

10:53:34AM 25  might do some sort of monitoring.  It might do, you know,

Carol L. Naughton, Official Court Reporter

754

—————Mitzenmacher, M. - Direct—————

| | | |
|---|---|---|
| 10:53:37AM | 1 | feeding back information into other parts of the system, but, |
| 10:53:42AM | 2 | at the very least, what we know is that certainly for every |
| 10:53:45AM | 3 | packet it's deciding whether to forward or drop them. |
| 10:53:48AM | 4 | THE COURT:  So that's just one of the functions that |
| 10:53:55AM | 5 | traffic -- that packet transformation encompasses? |
| 10:54:00AM | 6 | THE WITNESS:  Yes, sir. |
| 10:54:03AM | 7 | THE COURT:  All right. |
| 10:54:04AM | 8 | BY MR. HANNAH: |
| 10:54:04AM | 9 | Q.  Let's turn to PTX-1276, which has been admitted -- yes, |
| 10:54:10AM | 10 | admitted into evidence. |
| 10:54:11AM | 11 | And this is -- can you just briefly remind us what |
| 10:54:17AM | 12 | this document is? |
| 10:54:17AM | 13 | A.  This is one of the documents describing the operating |
| 10:54:22AM | 14 | system for the switches and routers. |
| 10:54:23AM | 15 | Q.  We looked at this document a lot yesterday, but if we can |
| 10:54:28AM | 16 | just quickly turn to Page 216 -- |
| 10:54:31AM | 17 | MR. HANNAH:  Which ends in corresponding Bates |
| 10:54:33AM | 18 | number 0216, Your Honor. |
| 10:54:33AM | 19 | BY MR. HANNAH: |
| 10:54:38AM | 20 | Q.  -- Doctor, does this show a packet transformation |
| 10:54:41AM | 21 | function that can be performed by the switches and routers? |
| 10:54:43AM | 22 | A.  Yes, it does.  So, in particular, the packet will come |
| 10:54:47AM | 23 | in, there are various situations where it may be dropped, |
| 10:54:50AM | 24 | and, otherwise, also a forwarding lookup is done to determine |
| 10:54:55AM | 25 | where to forward the packet, if it needs to be forwarded. |

─────Mitzenmacher, M. - Direct─────

| | | |
|---|---|---|
| 10:55:01AM | 1 | Q.  Thank you, Doctor. |
| 10:55:02AM | 2 | Now let's switch gears and turn to the firewalls. |
| 10:55:04AM | 3 | If we look at PTX-1393, which has already been admitted into |
| 10:55:08AM | 4 | evidence, if we turn to Page -- Doctor, can you remind us, |
| 10:55:14AM | 5 | what is this document, briefly? |
| 10:55:16AM | 6 | A.  This is a document that's called Lamplighter.  And, |
| 10:55:21AM | 7 | again, Lamplighter is, I guess, one of the code names for the |
| 10:55:29AM | 8 | Threat Intelligence Director. |
| 10:55:30AM | 9 | Q.  If you can turn to Page 9 of this document, can you |
| 10:55:33AM | 10 | explain how this document informs your opinion as to whether |
| 10:55:37AM | 11 | the firewalls perform a packet transformation function? |
| 10:55:42AM | 12 | A.  Sure. |
| 10:55:42AM | 13 | Q.  Looking at the particular actions of "block" in both. |
| 10:55:46AM | 14 | A.  Right.  So the firewalls will do various actions.  They |
| 10:55:51AM | 15 | can sometimes just forward the packet, let it through, but |
| 10:55:54AM | 16 | they can also block packets or ask for packets to be included |
| 10:56:00AM | 17 | in the monitoring. |
| 10:56:01AM | 18 | Q.  And so if we turn back to the claims, Doctor, based on |
| 10:56:10AM | 19 | these two documents that we reviewed but also on all the |
| 10:56:13AM | 20 | documents that you've reviewed for the past couple days, is |
| 10:56:18AM | 21 | it your opinion that the switches and routers perform on the |
| 10:56:20AM | 22 | packets, on a packet-by-packet basis, at least one packet |
| 10:56:24AM | 23 | transformation function of multiple packet transformation |
| 10:56:28AM | 24 | functions specified by the dynamic security policy? |
| 10:56:30AM | 25 | A.  Yes. |

756

———Mitzenmacher, M. - Direct———

| | | |
|---|---|---|
| 10:56:31AM | 1 | Q.  And is it also true, based on the documents that you |
| 10:56:34AM | 2 | reviewed just now but also in the previous couple days, that |
| 10:56:38AM | 3 | the firewalls also meet this claim element for both 63 and |
| 10:56:42AM | 4 | claim 77? |
| 10:56:43AM | 5 | A.  Yes. |
| 10:56:44AM | 6 | Q.  Can we check that box? |
| 10:56:46AM | 7 | A.  Yes. |
| 10:56:49AM | 8 | Q.  Let's talk about the next element, which is the |
| 10:56:52AM | 9 | "encapsulate" element. |
| 10:56:55AM | 10 |          Can you, please, explain what this element means |
| 10:56:57AM | 11 | and, in particular, what does it mean to encapsulate? |
| 10:57:00AM | 12 | A.  So sometimes in these systems a packet will be headed |
| 10:57:07AM | 13 | towards one destination and, essentially, there's going to |
| 10:57:12AM | 14 | need to be, for possibly a variety of reasons, sort of a |
| 10:57:16AM | 15 | detour, and so when there's a detour, or, you know, say sort |
| 10:57:24AM | 16 | of a path that needs to be taken that is not on the normal |
| 10:57:29AM | 17 | route. |
| 10:57:29AM | 18 |          And so there's a process for this known as |
| 10:57:32AM | 19 | encapsulation, and the idea is that you can take your packet, |
| 10:57:36AM | 20 | which has a header saying, this is where the packet is |
| 10:57:39AM | 21 | supposed to go, and you add an additional header.  So you're |
| 10:57:45AM | 22 | encapsulating your packet inside what looks, you know, to be |
| 10:57:50AM | 23 | a bigger packet or with a different header, which gives it |
| 10:57:54AM | 24 | the destination of that detour; it says, go to this place |
| 10:58:00AM | 25 | first. |

Carol L. Naughton, Official Court Reporter

─────Mitzenmacher, M. - Direct─────

10:58:01AM  1        And there are a variety of reasons why you might
10:58:05AM  2   want to set up a system to do this.  Often it's used for
10:58:10AM  3   various securities; that you might have an address where you
10:58:13AM  4   tell people to send things, you know, but it's actually sort
10:58:19AM  5   of a fake address that's kept secure, and then once the
10:58:23AM  6   packet arrives, you send it on through this encapsulation so
10:58:28AM  7   it can actually reach its final address.  So once it hits an
10:58:35AM  8   intermediate point, it is sort of rerouted to make sure it
10:58:36AM  9   can get to its final address safely.
10:58:38AM  10  Q.  And, Doctor, I believe in the next slide we have an
10:58:42AM  11  animation for this.
10:58:44AM  12        THE COURT:  Let me ask a question here.
10:58:49AM  13        In the past, in the previous claim language, we used
10:58:56AM  14  the term "packet transformation," which can include a number
10:59:04AM  15  of different functions.  Is the word "encapsulate," as it's
10:59:11AM  16  used in this claim provision -- is that the only thing it
10:59:16AM  17  means; it's sent to an intermediate address before it reaches
10:59:25AM  18  its intended address, initially intended address?  Is that
10:59:33AM  19  the only thing "encapsulate" means?
10:59:36AM  20        THE WITNESS:  Yeah.  I think if you read -- and I've
10:59:40AM  21  tried to avoid reading the whole claim element just because
10:59:44AM  22  it's long, but I think the claim element really sort of
10:59:48AM  23  explains that.  So it says --
10:59:50AM  24        THE COURT:  Well, that's what it seems to say.
10:59:52AM  25        THE WITNESS:  Yeah, I agree.  So I can certainly

—————————Mitzenmacher, M. - Direct—————————

| | |
|---|---|
| 10:59:55AM | 1 | read it and discuss it in that way. |
| 10:59:57AM | 2 | It says, "Encapsulate at least one packet of the |
| 10:59:59AM | 3 | packets that fall within the set of network addresses that |
| 11:00:02AM | 4 | matches the SIP URI, with a header" -- right, so it's |
| 11:00:07AM | 5 | encapsulating, it's giving it a new header -- "containing a |
| 11:00:11AM | 6 | network address that is different from a destination address |
| 11:00:15AM | 7 | specified by at least one packet..." |
| 11:00:17AM | 8 | So it's saying, we're going to put on a new header |
| 11:00:20AM | 9 | and, essentially, give it a sort of temporary other |
| 11:00:24AM | 10 | destination address. |
| 11:00:26AM | 11 | "...and that corresponds to a network device |
| 11:00:31AM | 12 | configured to copy information contained in the at least one |
| 11:00:35AM | 13 | packet and to forward the at least one packet to the |
| 11:00:37AM | 14 | destination network address." |
| 11:00:39AM | 15 | So it's going to be going to this intermediate |
| 11:00:42AM | 16 | point, where there may be some sort of, you know, other check |
| 11:00:44AM | 17 | or possibly security setup or just monitoring, and then, as |
| 11:00:49AM | 18 | we see in the following claim element, it will actually, you |
| 11:00:53AM | 19 | know, take off that outer header, take off that intermediate |
| 11:00:58AM | 20 | header, and then route it to where it's supposed to go, to |
| 11:01:01AM | 21 | the actual network address. |
| 11:01:05AM | 22 | THE COURT:  Okay. |
| 11:01:07AM | 23 | BY MR. HANNAH: |
| 11:01:08AM | 24 | Q.  And so if we could just show the demonstrative real |
| 11:01:11AM | 25 | quick, this might be a nice visual. |

————Mitzenmacher, M. - Direct————

11:01:14AM   1          But can you just explain what's being shown here,
11:01:17AM   2    Doctor, what it's supposed to be in terms of animation?
11:01:22AM   3    A.   So the idea -- I think it's sort of a funny way of
11:01:24AM   4    putting it, but it's like you're sending a box, and it gets
11:01:27AM   5    to some point in the middle, and you end up putting it in a
11:01:31AM   6    bigger box and sending it, you know, off somewhere else,
11:01:31AM   7    right?
11:01:34AM   8          So you can think of the original box having a label
11:01:39AM   9    telling you where something is going to go, but you're going
11:01:41AM  10    to do some intermediate processing, so you're going to put
11:01:45AM  11    that box inside another box and send it off somewhere
11:01:50AM  12    slightly different.
11:01:51AM  13          THE COURT:  Suppose it's encrypted?
11:01:54AM  14          THE WITNESS:  Even if the inside is encrypted, the
11:01:59AM  15    header information about where it's supposed to go, that part
11:02:03AM  16    isn't encrypted, so you can still know where the destination
11:02:07AM  17    address is supposed to go.
11:02:08AM  18          THE COURT:  All right.  So, really, you're just
11:02:11AM  19    checking out the address here?
11:02:13AM  20          THE WITNESS:  In the encapsulation part, you're
11:02:16AM  21    giving it a new address.  And you're actually right.  Like
11:02:20AM  22    one of the things that you may be doing is sending the packet
11:02:23AM  23    to some other place, where you might be trying to decrypt it,
11:02:28AM  24    or you might be trying to at least monitor and say, Aha, this
11:02:32AM  25    is how many encrypted packets I've gotten.  It may be that

760

—Mitzenmacher, M. - Direct—

| | | |
|---|---|---|
| 11:02:37AM | 1 | those are the sorts of things you might conceivably check |
| 11:02:40AM | 2 | when you're doing this encapsulation. |
| 11:02:42AM | 3 | THE COURT:  All right. |
| 11:02:44AM | 4 | BY MR. HANNAH: |
| 11:02:44AM | 5 | Q.  If we go to PTX-1262, which has been admitted into |
| 11:02:48AM | 6 | evidence, and, Doctor, if you could just briefly remind the |
| 11:02:53AM | 7 | Court what this document is. |
| 11:02:54AM | 8 | A.  This is just a document describing the functionalities of |
| 11:03:00AM | 9 | the switches under consideration here. |
| 11:03:01AM | 10 | Q.  If we can go to the document ending with Bates label |
| 11:03:08AM | 11 | 1994 -- |
| 11:03:09AM | 12 | THE COURT:  Are we looking at 1262 now? |
| 11:03:12AM | 13 | MR. HANNAH:  Yeah, 1262, Your Honor.  It's Page 72, |
| 11:03:16AM | 14 | but it ends in Bates number 994. |
| 11:03:23AM | 15 | THE COURT:  Wait a minute.  I haven't gotten to 1262 |
| 11:03:27AM | 16 | yet. |
| 11:03:30AM | 17 | All right. |
| 11:03:30AM | 18 | BY MR. HANNAH: |
| 11:03:31AM | 19 | Q.  If we look at the third paragraph, Doctor -- |
| 11:03:35AM | 20 | THE COURT:  Has this been admitted before? |
| 11:03:38AM | 21 | MR. HANNAH:  It has, Your Honor.  1262 has been |
| 11:03:40AM | 22 | admitted. |
| 11:03:41AM | 23 | THE COURT:  1262, and the Bates number is -- |
| 11:03:44AM | 24 | MR. HANNAH:  994. |
| 11:03:49AM | 25 | THE COURT:  Okay. |

Carol L. Naughton, Official Court Reporter

761

—Mitzenmacher, M. - Direct—

| | | |
|---|---|---|
| 11:03:49AM | 1 | BY MR. HANNAH: |
| 11:03:50AM | 2 | Q.  Doctor, can you explain how this paragraph supports your |
| 11:03:52AM | 3 | opinion as to whether the Catalyst switches perform |
| 11:03:56AM | 4 | encapsulation? |
| 11:03:58AM | 5 | A.  All right.  So the Cisco UADP ASIC -- so let's just |
| 11:04:05AM | 6 | remember the UADP stands for Unified Access Data Plane, and |
| 11:04:12AM | 7 | the ASIC is an Application-Specific Integrated Circuit. |
| 11:04:18AM | 8 | That's like the processor or chip are a big part of these |
| 11:04:23AM | 9 | routers and switches that does the matching and determining |
| 11:04:28AM | 10 | what to do with the packets. |
| 11:04:30AM | 11 | And one of the things it says is that it |
| 11:04:33AM | 12 | "...combines the flexibility needed to address new and |
| 11:04:35AM | 13 | emerging networking protocols and encapsulations."  So, you |
| 11:04:41AM | 14 | know, this is just one of the places that tells me that these |
| 11:04:46AM | 15 | routers and switches will encapsulate packets when it's part |
| 11:04:51AM | 16 | of the processing. |
| 11:04:54AM | 17 | Q.  Doctor, if we could go to PTX-524.  And, Doctor, can you |
| 11:04:59AM | 18 | explain -- this has not been admitted into evidence, so, |
| 11:05:02AM | 19 | Doctor, can you, please, explain what this document is? |
| 11:05:04AM | 20 | A.  Sure.  So, again, this is for the Cisco 4000 ISR, so this |
| 11:05:16AM | 21 | is, again, part of the routers, one of the router families |
| 11:05:20AM | 22 | under consideration here. |
| 11:05:20AM | 23 | Q.  Doctor -- |
| 11:05:22AM | 24 | MR. HANNAH:  I mean, Your Honor, can we, please, |
| 11:05:24AM | 25 | move PTX-524 -- we'd like to move PTX-524 into evidence, |

─────Mitzenmacher, M. - Direct─────

| | | |
|---|---|---|
| 11:05:29AM | 1 | please. |
| 11:05:30AM | 2 | THE COURT:  All right. |
| 11:05:30AM | 3 | (Plaintiff's Exhibit PTX-524 was received in |
| 11:05:30AM | 4 | evidence.) |
| 11:05:30AM | 5 | THE COURT:  Now, this is -- is this one of the |
| 11:05:37AM | 6 | accused products? |
| 11:05:39AM | 7 | MR. HANNAH:  Yes, Your Honor. |
| 11:05:41AM | 8 | THE WITNESS:  Yes. |
| 11:05:41AM | 9 | THE COURT:  This is the 4000 series. |
| 11:05:44AM | 10 | THE WITNESS:  And it's a data sheet document, so it |
| 11:05:46AM | 11 | will describe features of the product. |
| 11:05:59AM | 12 | THE COURT:  People call this an ISR. |
| 11:06:02AM | 13 | THE WITNESS:  ISR. |
| 11:06:08AM | 14 | THE COURT:  Integrated Services Router.  And tell me |
| 11:06:20AM | 15 | what it does, now. |
| 11:06:22AM | 16 | BY MR. HANNAH: |
| 11:06:23AM | 17 | Q.  If we go to Page 9 of this document, and then, yes, we |
| 11:06:30AM | 18 | highlight that box, how does this inform your opinion as to |
| 11:06:33AM | 19 | whether the Integrated Services Router or the ISR routers |
| 11:06:36AM | 20 | meet this claim, this encapsulation element? |
| 11:06:39AM | 21 | A.  Right.  So this is describing the feature of the |
| 11:06:44AM | 22 | software, what the software does, and one of the things that |
| 11:06:47AM | 23 | the routers will do is do encapsulation, and this is just |
| 11:06:53AM | 24 | giving some of the protocols and methodologies that it uses |
| 11:06:58AM | 25 | when doing encapsulation. |

763

————Mitzenmacher, M. - Direct————

| | | |
|---|---|---|
| 11:06:59AM | 1 | Q.  And does -- based on your review of the documents and |
| 11:07:06AM | 2 | testimony in this case, do all of the ISR routers or all of |
| 11:07:09AM | 3 | the Integrated Services Routers that are accused of |
| 11:07:13AM | 4 | infringement also perform this same type of encapsulation |
| 11:07:17AM | 5 | shown here? |
| 11:07:17AM | 6 | A.  Yes. |
| 11:07:17AM | 7 | Q.  All right, Doctor.  I'd like to turn your attention to |
| 11:07:22AM | 8 | PTX-1229, which has not been admitted into evidence. |
| 11:07:28AM | 9 | Doctor, can you, please, explain what's being shown |
| 11:07:31AM | 10 | here? |
| 11:07:31AM | 11 | A.  This is similarly -- I guess it's a brochure.  It's a |
| 11:07:36AM | 12 | document describing this is the Aggregation Services Router, |
| 11:07:40AM | 13 | the ASRs, the other family of router accused products, and |
| 11:07:46AM | 14 | describes the functionalities of these systems. |
| 11:07:51AM | 15 | Q.  And, Doctor, is this brochure indicative of all of the |
| 11:07:59AM | 16 | accused ASR, or Aggregated Services Routers, that have been |
| 11:08:02AM | 17 | accused of infringement? |
| 11:08:04AM | 18 | A.  Yes.  It talks about the Cisco ASR 1000 series, so yeah. |
| 11:08:10AM | 19 | MR. HANNAH:  Your Honor, at this point we'd like to |
| 11:08:13AM | 20 | move PTX-1229 into evidence, please. |
| 11:08:22AM | 21 | THE COURT:  Okay.  PTX-1229 is admitted. |
| 11:08:25AM | 22 | (Plaintiff's Exhibit PTX-1229 was received in |
| 11:08:25AM | 23 | evidence.) |
| 11:08:25AM | 24 | MR. HANNAH:  Thank you, Your Honor. |
| 11:08:26AM | 25 | BY MR. HANNAH: |

─────Mitzenmacher, M. - Direct─────

| | | |
|---|---|---|
| 11:08:26AM | 1 | Q.  So, Doctor, if we could go to Page 5 of this document -- |
| 11:08:30AM | 2 | MR. HANNAH:  And for Your Honor, it ends in Bates |
| 11:08:33AM | 3 | label 669. |
| 11:08:33AM | 4 | BY MR. HANNAH: |
| 11:08:35AM | 5 | Q.  If we go to the second paragraph, Doctor, how does it |
| 11:08:42AM | 6 | inform your opinion as to whether the ASR, or the Aggregation |
| 11:08:47AM | 7 | Services Routers, perform encapsulation, as required by the |
| 11:08:49AM | 8 | claims? |
| 11:08:49AM | 9 | A.  Sure.  So if more detailed traffic analysis is needed, |
| 11:08:54AM | 10 | the Cisco ASR 1000 series router supports up to 1,024 |
| 11:09:00AM | 11 | encapsulated remote switched port analyzer sessions.  ERSPAN |
| 11:09:08AM | 12 | allows traffic on a switch port to be replicated and tunneled |
| 11:09:14AM | 13 | to another location to aid in advanced troubleshooting, |
| 11:09:17AM | 14 | security analysis, compliance verification, are primary |
| 11:09:20AM | 15 | purposes.  And, again, this is showing that encapsulation is |
| 11:09:22AM | 16 | part of the underlying capabilities of the routers. |
| 11:09:29AM | 17 | Q.  Doctor, I'd like to switch gears and go to the firewalls. |
| 11:09:35AM | 18 | If we go to PTX-1293, which has already been admitted into |
| 11:09:40AM | 19 | evidence, Doctor, can you just briefly remind the Court what |
| 11:09:49AM | 20 | is this document and what's being shown here? |
| 11:09:50AM | 21 | A.  This is a configuration guide for the ASA series, so, |
| 11:09:55AM | 22 | again, it's just describing how the devices can be set up. |
| 11:09:59AM | 23 | Q.  And is it your understanding that this describes the |
| 11:10:02AM | 24 | operation or is consistent with the operation for all the |
| 11:10:06AM | 25 | accused firewalls, the ASA and the Firepower firewalls? |

Carol L. Naughton, Official Court Reporter

—Mitzenmacher, M. - Direct—

11:10:09AM  1   A.  Yes.

11:10:10AM  2   Q.  Doctor, I'd like to turn your attention to Page 62 of

11:10:15AM  3   this document, which shares the same Bates number of 62 and,

11:10:22AM  4   in particular, if we look in the VPN functional overview.

11:10:28AM  5        Doctor, can you explain your opinion as to how this

11:10:32AM  6   informed your opinion as to whether these firewalls meet the

11:10:36AM  7   encapsulation element as specified by the claims?

11:10:38AM  8   A.  Yeah.  So one of the main uses for encapsulation is

11:10:46AM  9   something called tunneling.  So, again, as it points out

11:10:51AM  10  here, tunneling is used for security.  If there's a secure

11:11:00AM  11  connection, it's called a tunnel, and, as it points out, the

11:11:04AM  12  firewalls use tunneling protocols to negotiate security

11:11:08AM  13  parameters, create and manage tunnels, encapsulate packets,

11:11:13AM  14  transmit or receive them through the tunnel and unencapsulate

11:11:17AM  15  them.

11:11:19AM  16       The ASA functions as a bi-directional tunnel

11:11:24AM  17  endpoint, so this, again, gets to one of the main uses and

11:11:30AM  18  fits with the claim language, including the next claim

11:11:35AM  19  element we'll see below.  It can receive plain packets,

11:11:39AM  20  encapsulate them, send them to the other end of the tunnel,

11:11:42AM  21  where they are unencapsulated and sent to their final

11:11:45AM  22  destination.

11:11:45AM  23       So, again, one of the main uses of encapsulation is

11:11:58AM  24  tunneling, and this is described, you know, in the language

11:12:04AM  25  used for the firewall, and it's lined up with the language I

Mitzenmacher, M. - Direct

| | | |
|---|---|---|
| 11:12:08AM | 1 | think we've seen in the claim elements. |
| 11:12:10AM | 2 | Q.  Thank you, Doctor. |
| 11:12:11AM | 3 | If we go back to the claim, the claims specify -- |
| 11:12:17AM | 4 | they say that it encapsulates at least one packet of the |
| 11:12:20AM | 5 | packets that fall within the set of network addresses and |
| 11:12:23AM | 6 | matches the SIP URI. |
| 11:12:26AM | 7 | Do you see that, Doctor? |
| 11:12:27AM | 8 | A.  Yes. |
| 11:12:28AM | 9 | Q.  And based on the documents that we've previously reviewed |
| 11:12:31AM | 10 | with the SIP URI, can you, please, explain how that -- how |
| 11:12:36AM | 11 | those documents support that this element is met by this |
| 11:12:40AM | 12 | encapsulation element? |
| 11:12:42AM | 13 | A.  Yeah.  So, as we noted in all of the systems, I guess |
| 11:12:48AM | 14 | encapsulation in particular, you would have encapsulation, |
| 11:12:53AM | 15 | and for packets that are forwarded according to matching |
| 11:12:59AM | 16 | these sorts of rules, they could match the rules as described |
| 11:13:04AM | 17 | in the claim element and then potentially encapsulate it as |
| 11:13:07AM | 18 | it gets to its final destination. |
| 11:13:09AM | 19 | Q.  Based on all of the documents that you've seen today and |
| 11:13:14AM | 20 | previously, do the switches and routers -- do they meet the |
| 11:13:18AM | 21 | "encapsulate" element of claims 63 and 77? |
| 11:13:21AM | 22 | A.  Yes. |
| 11:13:22AM | 23 | Q.  And, based on all the documents you've reviewed, |
| 11:13:27AM | 24 | including from today and the previous days, do the firewalls |
| 11:13:31AM | 25 | meet the "encapsulate" element of claims 63 and 77? |

———Mitzenmacher, M. - Direct———

| | | |
|---|---|---|
| 11:13:35AM | 1 | A.  Yes. |
| 11:13:36AM | 2 | Q.  Can we check that box? |
| 11:13:38AM | 3 | A.  Yes. |
| 11:13:38AM | 4 | Q.  All right.  Let's turn to the last element, which is |
| 11:13:42AM | 5 | routing, the "route" element.  Can you explain what is |
| 11:13:44AM | 6 | required by that element? |
| 11:13:45AM | 7 | A.  So it says, "Route based on the header, be at least one |
| 11:13:52AM | 8 | packet to the network address that is different from the |
| 11:13:57AM | 9 | destination network address."  So this is just saying, I |
| 11:14:01AM | 10 | think, like we said before, that you're -- after the |
| 11:14:06AM | 11 | encapsulation, you're sending this to sort of a different |
| 11:14:10AM | 12 | network address. |
| 11:14:12AM | 13 | Q.  All right.  Doctor, I'd like to show you PTX-422, which |
| 11:14:18AM | 14 | has not been admitted into evidence. |
| 11:14:24AM | 15 | Doctor, what is PTX-422? |
| 11:14:26AM | 16 | A.  This is -- it's called the LAN Switching Configuration |
| 11:14:31AM | 17 | Guide, so this is discussing, again, how some of the switches |
| 11:14:35AM | 18 | would work inside the network. |
| 11:14:44AM | 19 | Q.  And if we turn to Page 5 of this document, which is |
| 11:14:47AM | 20 | actually Page 15 of this document that ends in Bates label -- |
| 11:14:50AM | 21 | I believe it's 437. |
| 11:14:55AM | 22 | Can you, please, explain what is being shown here in |
| 11:14:59AM | 23 | the figure and in the paragraph before it? |
| 11:15:07AM | 24 | A.  Right.  So this is using sort of an encapsulation |
| 11:15:12AM | 25 | methodology that's used in the Cisco switches -- I think it's |

Carol L. Naughton, Official Court Reporter

─────Mitzenmacher, M. - Direct─────

11:15:17AM  1   called the ERSPAN protocol -- and it says it will forward the
11:15:25AM  2   traffic using the routable GRE-encapsulated packets to the
11:15:32AM  3   ERSPAN destination session, and then the ERSPAN destination
11:15:37AM  4   session switches the traffic to the destination ports.
11:15:40AM  5          So, again, this is sort of pointing out that instead
11:15:44AM  6   of being routed to the original destination address, it will
11:15:48AM  7   be routed to this intermediary point, where it might undergo
11:15:54AM  8   various sorts of analysis, and then eventually it will --
11:16:02AM  9   that traffic will still be switched out according to the
11:16:05AM  10  appropriate destination.
11:16:08AM  11  Q.  And, Doctor, before we looked at PTX-1262, which talked
11:16:11AM  12  about the encapsulation for the switches -- I mean, for
11:16:19AM  13  the -- for the switches, is this the same encapsulation that
11:16:22AM  14  they're talking about in this document?
11:16:24AM  15  A.  That would be one of the encapsulations, yeah.  They talk
11:16:27AM  16  about a couple in there.
11:16:28AM  17  Q.  And then we also talked about in the -- for the routers
11:16:32AM  18  they talked about the different encapsulation that is being
11:16:35AM  19  performed.
11:16:37AM  20         Is this the same encapsulation?  Can you explain how
11:16:41AM  21  encapsulation works for the routers?
11:16:43AM  22  A.  It works similarly; that they use the same operating
11:16:47AM  23  system.  So they have, you know, some of the same power
11:16:52AM  24  capabilities with regard to encapsulation.
11:16:54AM  25  Q.  Would that include --

Carol L. Naughton, Official Court Reporter

Mitzenmacher, M. - Direct

| | | |
|---|---|---|
| 11:16:57AM | 1 | THE COURT:  Sometime in this process of |
| 11:17:08AM | 2 | encapsulation, after it goes to the different address, can it |
| 11:17:18AM | 3 | be dropped?  Is that one of the alternatives?  Or does it -- |
| 11:17:25AM | 4 | why would you encapsulate it if you couldn't drop it? |
| 11:17:30AM | 5 | THE WITNESS:  So I suppose there's always the |
| 11:17:34AM | 6 | possibility that some other security rule might cause it to |
| 11:17:37AM | 7 | drop. |
| 11:17:38AM | 8 | Generally, when you're rerouting it, it's because |
| 11:17:40AM | 9 | you want to keep private some information about, like, the |
| 11:17:45AM | 10 | connection or the structure of your network, or it might be |
| 11:17:50AM | 11 | that it sort of is allowing a way in that you don't want |
| 11:17:56AM | 12 | others to see you have access to.  Or, alternatively, like |
| 11:17:59AM | 13 | you're just doing some sort of monitoring, like you want to |
| 11:18:04AM | 14 | send it to something for inspection, but you're not keeping |
| 11:18:07AM | 15 | it from reaching its final destination.  It might be part of |
| 11:18:11AM | 16 | the process that is eventually coming up with new rules, if |
| 11:18:13AM | 17 | you discover something is wrong. |
| 11:18:17AM | 18 | THE COURT:  Well, what -- well, suppose it was |
| 11:18:20AM | 19 | encrypted.  The only thing that you would know about it was |
| 11:18:24AM | 20 | the source and the destination. |
| 11:18:29AM | 21 | THE WITNESS:  So you'd probably have other |
| 11:18:32AM | 22 | information, additional information, in the header field, and |
| 11:18:34AM | 23 | you could correlate it -- potentially, if you were gathering |
| 11:18:38AM | 24 | that information, you might correlate it against other |
| 11:18:41AM | 25 | packets to see if it was problematic, even if you couldn't |

────Mitzenmacher, M. - Direct────

11:18:50AM 1   peek inside.

11:18:51AM 2        I get the feeling that Dr. Cole may be talking a lot

11:18:55AM 3   about that in the coming days.

11:18:59AM 4        THE COURT:  Okay.

11:19:00AM 5   BY MR. HANNAH:

11:19:00AM 6   Q.  Doctor, I'd like to switch gears and go back to the

11:19:03AM 7   firewall now.  And if we could turn back to PTX-1293 and, in

11:19:10AM 8   particular, Page 62, where we were talking about the VPN

11:19:14AM 9   functionality.

11:19:15AM 10       Can you explain how this also shows that the last

11:19:19AM 11  element is met by the firewalls, in particular the routing

11:19:23AM 12  element?

11:19:23AM 13  A.  Sure.  So, in particular, this shows that --

11:19:26AM 14       THE COURT:  Wait a minute.

11:19:29AM 15       THE WITNESS:  Sorry.

11:19:31AM 16       MR. HANNAH:  PTX-1293, Your Honor, which has been

11:19:36AM 17  admitted.

11:19:37AM 18       THE COURT:  Sorry.  I thought you said 1292, and I

11:19:40AM 19  couldn't find it.  1293.  This has already been admitted.

11:19:45AM 20       All right, go ahead.

11:19:47AM 21  BY MR. HANNAH:

11:19:47AM 22  Q.  So, Doctor, can you, please, explain how this informed

11:19:51AM 23  your opinion with regard to the routing element for the

11:19:54AM 24  firewalls.

11:19:57AM 25  A.  So, as this says, or as we went over before, it can use

—Mitzenmacher, M. - Direct—

| | |
|---|---|
| 11:20:03AM | 1 | this tunnel encapsulation to encapsulate a packet and then |
| 11:20:09AM | 2 | send it to this other destination that it's supposed to go |
| 11:20:13AM | 3 | to.  And then, you know, also as a matter, it also then can |
| 11:20:19AM | 4 | be unencapsulated and then forwarded to a final destination, |
| 11:20:22AM | 5 | as well.  And, again, this matches the claim language. |
| 11:20:27AM | 6 | Q.  All right.  Thank you, Doctor. |
| 11:20:31AM | 7 |         So we turn back to the claims.  Based on the |
| 11:20:33AM | 8 | documents that you reviewed and the documents that we |
| 11:20:35AM | 9 | reviewed in the last couple of days, the deposition |
| 11:20:38AM | 10 | testimony, your testing, the source code, is it your opinion |
| 11:20:40AM | 11 | that the switches and routers will route based on the header, |
| 11:20:46AM | 12 | as required for claim 63 and claim 77 of the '205 patent? |
| 11:20:53AM | 13 | A.  Yes. |
| 11:20:54AM | 14 | Q.  And is it your opinion, based on the documents you |
| 11:20:57AM | 15 | reviewed today and over the last couple days, deposition |
| 11:21:00AM | 16 | testimony, your testing, the source code, that the firewalls |
| 11:21:04AM | 17 | will also route based on the header, as recited in claims 63 |
| 11:21:08AM | 18 | and 77 of the '205 patent? |
| 11:21:11AM | 19 | A.  Yes. |
| 11:21:11AM | 20 | Q.  Was that a "Yes"?  I couldn't -- |
| 11:21:13AM | 21 | A.  I'm sorry.  Yes. |
| 11:21:15AM | 22 | Q.  Thank you, Doctor.  So let's go over -- can we check that |
| 11:21:18AM | 23 | box? |
| 11:21:18AM | 24 | A.  Yes. |
| 11:21:18AM | 25 | Q.  Let's go over a brief recap of your opinion with regard |

Carol L. Naughton, Official Court Reporter

—Mitzenmacher, M. - Direct—

| | | |
|---|---|---|
| 11:21:24AM | 1 | to the '205 patent. |
| 11:21:25AM | 2 | Can you, please, explain -- just give us a recap in |
| 11:21:28AM | 3 | terms of your infringement opinion for the '205 patent for |
| 11:21:31AM | 4 | claims 63 and 77. |
| 11:21:34AM | 5 | A.  Yes.  So the Digital Network Architecture switches and |
| 11:21:40AM | 6 | routers are a system that provide the network security, in |
| 11:21:43AM | 7 | particular the functionalities that are described. |
| 11:21:47AM | 8 | In particular, the Digital Network Architecture |
| 11:21:53AM | 9 | constitutes a security policy management server that |
| 11:21:56AM | 10 | distributes rules to the routers and switches, and these |
| 11:21:58AM | 11 | rules can contain network addresses and SIP information, such |
| 11:22:04AM | 12 | as the IP addresses which correspond to a SIP URI. |
| 11:22:10AM | 13 | The switches and routers encapsulate packets that |
| 11:22:14AM | 14 | can match network addresses and the SIP information in the |
| 11:22:17AM | 15 | rules, and they could lead to it going through a tunnel to |
| 11:22:22AM | 16 | secure the network communication, and then the packets will |
| 11:22:27AM | 17 | be routed through the tunnel before being sent to their final |
| 11:22:30AM | 18 | destination. |
| 11:22:32AM | 19 | Q.  Thank you, Doctor. |
| 11:22:33AM | 20 | If we go to the recap for the firewalls, can you, |
| 11:22:35AM | 21 | please, just give us a brief recap of your opinion with |
| 11:22:39AM | 22 | regard to the '205 patent. |
| 11:22:40AM | 23 | A.  And the firewalls act in a similar manner.  Certainly, |
| 11:22:44AM | 24 | the Firepower Management Center is actually a security |
| 11:22:52AM | 25 | management server, a security policy management server, that |

—Mitzenmacher, M. - Direct—

| | | |
|---|---|---|
| 11:22:55AM | 1 | will distribute rules to the firewalls, that can contain |
| 11:22:59AM | 2 | network addresses and SIP information, as described. |
| 11:23:03AM | 3 | They -- the firewalls can also encapsulate packets, |
| 11:23:07AM | 4 | through things such as tunneling, to secure the network |
| 11:23:11AM | 5 | communication, and the packets will be routed through the |
| 11:23:15AM | 6 | tunnel and then to their final destination. |
| 11:23:20AM | 7 | Q.  Thank you, Doctor. |
| 11:23:20AM | 8 | MR. HANNAH:  And, Your Honor, I just want to confirm |
| 11:23:22AM | 9 | that we admitted PTX-422 into evidence. |
| 11:23:30AM | 10 | THE COURT:  PTX-422?  I don't have it admitted, but |
| 11:23:45AM | 11 | I will now. |
| 11:23:46AM | 12 | MR. HANNAH:  This was the one that we were talking |
| 11:23:48AM | 13 | about with the LAN Switch Configuration Guide.  It had the |
| 11:23:52AM | 14 | figure of the routed network.  I apologize.  I forgot to |
| 11:23:58AM | 15 | admit that or request for that to be admitted. |
| 11:24:00AM | 16 | THE COURT:  All right. |
| 11:24:01AM | 17 | (Plaintiff's Exhibit PTX-422 was received in |
| 11:24:05AM | 18 | evidence.) |
| 11:24:05AM | 19 | MR. HANNAH:  422. |
| 11:24:06AM | 20 | THE COURT:  Did we admit 1922? |
| 11:24:13AM | 21 | MR. HANNAH:  Yes, we would like to admit 1922. |
| 11:24:15AM | 22 | THE COURT:  We'll also admit 1922. |
| 11:24:18AM | 23 | (Plaintiff's Exhibit PTX-1922 was received in |
| 11:24:21AM | 24 | evidence.) |
| 11:24:21AM | 25 | MR. HANNAH:  Thank you, Your Honor. |

————Mitzenmacher, M. - Direct————

| | |
|---|---|
| 11:24:26AM | 1 | BY MR. HANNAH: |
| 11:24:27AM | 2 | Q.  Doctor, I'd like to turn your attention to the next |
| 11:24:31AM | 3 | slide, which is the doctrine of equivalents, and could you |
| 11:24:35AM | 4 | please explain to the Court your opinion with regards to the |
| 11:24:38AM | 5 | doctrine of equivalents for the '205 patent? |
| 11:24:40AM | 6 | A.  Sure.  I believe one of the arguments being made on the |
| 11:24:44AM | 7 | other side is regarding how the SIP URI is labeled or |
| 11:24:54AM | 8 | formatted in the context of the rules or the context of the |
| 11:24:56AM | 9 | system.  I believe there's literal infringement, you know, |
| 11:24:59AM | 10 | but to the extent that it's not literal infringement with |
| 11:25:04AM | 11 | regard to the SIP URI claim element, I would say that you |
| 11:25:10AM | 12 | have substantially the same functions, substantially the same |
| 11:25:17AM | 13 | way, with substantially the same results, regarding rules |
| 11:25:20AM | 14 | containing SIP URI. |
| 11:25:23AM | 15 | Q.  And, just to be clear, this is both -- and all the DOE |
| 11:25:24AM | 16 | that we've talked about before is for the routers, the |
| 11:25:25AM | 17 | switches, and the firewalls; is that correct? |
| 11:25:26AM | 18 | A.  Yes, this would apply to both. |
| 11:25:29AM | 19 | Q.  Both categories, I should say. |
| 11:25:31AM | 20 | A.  Both categories. |
| 11:25:32AM | 21 | Q.  Switches, routers, and firewalls.  Okay. |
| 11:25:34AM | 22 | A.  Yes. |
| 11:25:35AM | 23 | Q.  So, go ahead.  Can you, please, explain for the Court how |
| 11:25:38AM | 24 | the switches, routers, and firewalls perform substantially |
| 11:25:42AM | 25 | the same function. |

Carol L. Naughton, Official Court Reporter

─────────────Mitzenmacher, M. - Cross─────────────

11:25:45AM  1    A.   Certainly.   So it provides substantially the same

11:25:49AM  2    function, which is to block potentially malicious network

11:25:55AM  3    traffic that's been determined or related to a Session

11:26:01AM  4    Initiation Protocol URI.   It does this in the same way; by

11:26:08AM  5    specifying a rule that would block this corresponding

11:26:12AM  6    traffic.   It may do so -- it does so by establishing a rule

11:26:18AM  7    containing relevant SIP information, such as a domain or an

11:26:25AM  8    IP address, and it achieves substantially the same result,

11:26:28AM  9    which is to block that potentially -- or create rules which

11:26:34AM  10   would either block or monitor, or whatever action you want to

11:26:37AM  11   take, on the corresponding Session Initiation Protocol

11:26:43AM  12   traffic.

11:26:47AM  13          MR. HANNAH:   Your Honor, unless you have any

11:26:49AM  14   questions, we can -- we have no further questions and can

11:26:54AM  15   tender the witness.

11:26:55AM  16          THE COURT:   Okay.   We'll take our morning recess

11:27:00AM  17   until 11:45.

11:39:48AM  18          (There was a recess from 11:27 a.m. to 11:47 a.m.)

11:47:32AM  19          THE COURT:   All right, you may proceed with

11:47:35AM  20   cross-examination.

11:47:38AM  21                    CROSS-EXAMINATION

11:47:38AM  22   BY MR. GAUDET:

11:47:39AM  23   Q.   Thank you, Your Honor.

11:47:39AM  24          And good morning, Dr. Mitzenmacher.   I'm Matt

11:47:44AM  25   Gaudet, for Cisco Systems.   We're going to start with the

Carol L. Naughton, Official Court Reporter

──────Mitzenmacher, M. - Cross──────

11:47:46AM  1  '193 patent.  That was the same patent that you started with,

11:47:50AM  2  okay?

11:47:50AM  3  A.  All right.

11:47:51AM  4  Q.  And I'll ask Mr. Simons to pull up the claim language of

11:47:56AM  5  claim 18 on this slide.

11:47:58AM  6       So do you see what I did?  This is the claim

11:48:01AM  7  language, but I broke it up, and I put some letters to

11:48:05AM  8  annotate it, just so that when I refer to an element, you'll

11:48:09AM  9  be able to follow what element I'm referring to.

11:48:11AM  10       Are you comfortable testifying with these markings?

11:48:15AM  11  A.  I will try.

11:48:18AM  12  Q.  Okay.  If you get confused, you just tell me, okay?

11:48:21AM  13  A.  All right.

11:48:21AM  14  Q.  Okay.  Now, let's just get oriented.

11:48:25AM  15       So the element -- the four things we have titled

11:48:30AM  16  here are that the '193 patent -- and this is the exfiltration

11:48:35AM  17  patent, right?

11:48:35AM  18  A.  Yes.

11:48:37AM  19  Q.  Okay.  The first few elements are a system that's got a

11:48:42AM  20  processor and a memory.  And again, just for context, you're

11:48:45AM  21  saying that's the router or the switch, correct?

11:48:47AM  22  A.  Yes, that would be correct.

11:48:49AM  23  Q.  Okay.  And then in element B, that router or switch has

11:48:53AM  24  to receive -- and we'll highlight the word "receive" -- from

11:48:59AM  25  a computing device a plurality of packets.  Do you see that?

Carol L. Naughton, Official Court Reporter

─────Mitzenmacher, M. - Cross─────

11:49:04AM   1    A.  Yes.

11:49:04AM   2    Q.  And, according to you, the computing device -- that's the

11:49:08AM   3    computer inside of a network that has been infected with an

11:49:11AM   4    exfiltration; is that right?

11:49:12AM   5    A.  That could be one of the ways that it meets, yes.

11:49:18AM   6    Q.  So it's sending packets to the router or switch, correct?

11:49:22AM   7    A.  That could be one of the ways that it meets the --

11:49:24AM   8    Q.  Okay.  Then element C.  Now, the router or switch has to

11:49:31AM   9    apply a packet-filtering rule to those packets, right?

11:49:34AM   10   A.  Yes.

11:49:34AM   11   Q.  Okay.  Let's go ahead and highlight that language.

11:49:38AM   12        And --

11:49:42AM   13        THE COURT:  Hold on just a second.

11:49:45AM   14        MR. GAUDET:  Yes, Your Honor.

11:50:05AM   15        (There was a pause in the proceedings.)

11:50:05AM   16        THE COURT:  All right.

11:50:06AM   17   BY MR. GAUDET:

11:50:07AM   18   Q.  Okay.  And so we highlighted in element C here that

11:50:11AM   19   there's a packet-filtering rule.  You see that, right?

11:50:15AM   20        And it says a particular type of packet-filtering

11:50:18AM   21   rule that's got various criteria.  Do you see that, as well?

11:50:22AM   22   A.  Yes.  I mean, it talks about criteria.

11:50:24AM   23   Q.  Okay.  Now, in your opinion, the packet-filtering rule is

11:50:29AM   24   the quarantine rule that has been issued by the human network

11:50:35AM   25   administrator, correct?

Carol L. Naughton, Official Court Reporter

────Mitzenmacher, M. - Cross────

11:50:36AM 1   A.  So it would be -- like, when we talk about the quarantine

11:50:42AM 2   rule, there's sort of various aspects.  So this is sort of a

11:50:47AM 3   combination of the determination of the labeling by the

11:50:52AM 4   security tag but also corresponding the filtering part of the

11:50:56AM 5   rule.  The packet filtering part of the rule is what says,

11:51:02AM 6   here are the networks you can and can't connect to, given

11:51:07AM 7   that you contain that tag.

11:51:09AM 8   Q.  And that rule exists because a human, the network

11:51:13AM 9   administrator, hit a button that said, quarantine that

11:51:16AM 10  end-user, correct?

11:51:17AM 11  A.  I certainly recall that's one of the ways, but I think

11:51:21AM 12  with some of the advance systems, like using Xgrid, it can

11:51:27AM 13  also be automated, but I don't think whether the human pushes

11:51:30AM 14  the button or not is essentially particularly relevant to the

11:51:33AM 15  analysis of the claim.

11:51:34AM 16  Q.  That's fine, sir.  I'm just trying to understand the

11:51:39AM 17  facts.

11:51:39AM 18      All right.  Now, the concept of quarantining the

11:51:41AM 19  user's computer, that's been around for decades, right?

11:51:45AM 20  A.  I mean, in some vague abstract sense.  I imagine there

11:51:50AM 21  may have been other --

11:51:52AM 22  Q.  And by the way, despite it being --

11:51:57AM 23  A.  I mean, you know, you'd have to point me to -- I mean, at

11:52:00AM 24  an abstract level, okay.

11:52:02AM 25  Q.  And despite it being a familiar concept, the word

Mitzenmacher, M. - Cross

| | |
|---|---|
|11:52:05AM|1|
|11:52:09AM|2|

1  "quarantine" appears nowhere in the specific or the figures
2  of the claim of the '193 patent, right?
3  A.  I don't know.  I'd have to go look through it.  I'll take
4  your advisement.
5  Q.  And, in fact, the Identity Services Engine, or ISE, has
6  been able to quarantine end users since April of 2012.  Is
7  that fair?
8  A.  Again, I don't -- you'd have to -- I didn't do a validity
9  analysis, so you'd have to show me, you know -- again, just
10  because it had something labeled "quarantine," I don't know
11  that that would meet the claim elements.  I haven't done that
12  analysis.  I don't recall that specifically.
13  Q.  Okay.  Let's focus back on claim element C, and I want to
14  talk about the particular packet-filtering rule that this
15  claim requires, okay?
16  A.  Okay.
17  Q.  It's got to be configured to prevent a particular type of
18  data transfer.  Do you see that?
19  A.  Yes.
20  Q.  And, now, I do want to slow down here, because this gets
21  a little confusing.
22        What you said is that the particular type of data
23  transfer is something called an HTTP POST or an HTTP GET.
24  Those are the two particular types of data transfer in your
25  summary for this patent, right, sir?

─────Mitzenmacher, M. - Cross─────

11:53:24AM  1  A.  Well, I think I would say that, you know, the claim

11:53:30AM  2  element does not require that you get those and only those.

11:53:36AM  3       In particular, when we were talking about the

11:53:39AM  4  HTTP GET and HTTP POST with respect to exfiltration, that was

11:53:44AM  5  whether the system had noticed, and obviously, like, based on

11:53:48AM  6  the fact that those might be used for exfiltration, it wanted

11:53:51AM  7  to prevent those data transfers.

11:53:53AM  8  Q.  I think I understand your answer, but let me be clear.

11:53:57AM  9       The particular type of data transfer you are

11:53:59AM 10  accusing of infringement is something called an HTTP POST and

11:54:03AM 11  an HTTP GET, correct?

11:54:06AM 12  A.  That's a particular example I was using for exfiltration,

11:54:11AM 13  but the system is obviously more general than that.

11:54:14AM 14  Q.  Okay.  And packets -- they have a header and a payload,

11:54:19AM 15  right?

11:54:19AM 16  A.  Yes, typically, you could describe it that way.

11:54:23AM 17  Q.  And an HTTP POST or an HTTP GET, that kind of thing,

11:54:28AM 18  that's always in the payload, right?

11:54:32AM 19  A.  So if you're talking about the header with regard to IP

11:54:38AM 20  and TCP, then, yes.  I mean, typically, you might think of

11:54:43AM 21  the HTTP -- that's often referred to, the POST or GET, as

11:54:47AM 22  part of the HTTP header, so you would have to be a bit

11:54:50AM 23  clearer about what you mean by headers.

11:54:53AM 24       THE COURT:  All right.  Let's -- you're using too

11:54:55AM 25  many abbreviations here.  I would ask the witness and counsel

Carol L. Naughton, Official Court Reporter

──────Mitzenmacher, M. - Cross──────

11:55:01AM   1   to please not use abbreviations.

11:55:04AM   2          MR. GAUDET:  And, Your Honor, the only thing I'm

11:55:06AM   3   trying to do is zero in on what he's saying was the

11:55:09AM   4   particular type of data transfer.

11:55:09AM   5   BY MR. GAUDET:

11:55:11AM   6   Q.  And so maybe could we call that the -- I think HTTP

11:55:18AM   7   stands for, what, Hypertext Transport Protocol?

11:55:23AM   8   A.  I think, to be clear --

11:55:24AM   9          THE COURT:  It's okay to use HTTP, but you're using

11:55:31AM  10   lots of other abbreviations that I'm not as familiar with.

11:55:37AM  11          MR. GAUDET:  Okay.  So let me try this one again.

11:55:39AM  12   BY MR. GAUDET:

11:55:39AM  13   Q.  The HTTP POST or the HTTP GET -- and "POST" is just the

11:55:46AM  14   word "post" and "GET" is just the word "get" -- that appears

11:55:48AM  15   in the application layer in your seven-layer model that you

11:55:55AM  16   presented, I believe it was, on Monday.

11:55:57AM  17   A.  I think, just to back up to be clear, when we're talking

11:56:01AM  18   about the particular type of data transfer, the particular

11:56:04AM  19   type is the exfiltration out to that potentially bad second

11:56:11AM  20   network.  That could be through HTTP POST or HTTP GET, but it

11:56:14AM  21   could also be through other means.

11:56:17AM  22          I think the point was that what the system noticed

11:56:21AM  23   or what I was showing was that the system noticed the

11:56:24AM  24   exfiltration.  Like the type of data transfer it's trying to

11:56:28AM  25   stop is this exfiltration, but that could happen by all sorts

782

—————Mitzenmacher, M. - Cross—————

| | | |
|---|---|---|
| 11:56:32AM | 1 | of other means.  It's not necessarily restricted to POST or |
| 11:56:35AM | 2 | GET commands. |
| 11:56:37AM | 3 | Q.  Sir, I understand you have a theory, but please just |
| 11:56:40AM | 4 | answer my question so we can get some agreement on the facts, |
| 11:56:40AM | 5 | okay? |
| 11:56:43AM | 6 | An HTTP POST or an HTTP GET, that is in the |
| 11:56:48AM | 7 | application layer of your seven-layer model, correct? |
| 11:56:52AM | 8 | A.  A Hypertext Transfer Protocol would generally be thought |
| 11:56:56AM | 9 | of as a layer-seven application layer. |
| 11:56:59AM | 10 | Q.  It certainly would not be in the 5-tuple, right? |
| 11:57:02AM | 11 | A.  The same -- |
| 11:57:04AM | 12 | THE COURT:  It certainly wouldn't be in what? |
| 11:57:06AM | 13 | MR. GAUDET:  That was on me.  I'm sorry. |
| 11:57:08AM | 14 | BY MR. GAUDET: |
| 11:57:10AM | 15 | Q.  Dr. Mitzenmacher, are you familiar with something that's |
| 11:57:12AM | 16 | called the 5-tuple, 5 t-u-p-l-e? |
| 11:57:15AM | 17 | A.  Yes, sure. |
| 11:57:17AM | 18 | Q.  What is the 5-tuple, the 5 t-u-p-l-e? |
| 11:57:22AM | 19 | A.  The 5-tuple consists of information that is commonly |
| 11:57:27AM | 20 | found in the header of a packet.  It's like source IP, source |
| 11:57:31AM | 21 | port, destination IP, destination port, and the protocol, I |
| 11:57:37AM | 22 | think. |
| 11:57:37AM | 23 | Q.  And that's the basic information that a router or a |
| 11:57:39AM | 24 | switch will use to route a packet, right? |
| 11:57:41AM | 25 | A.  That's some of the information like we'll use to wrap the |

─────Mitzenmacher, M. - Cross─────

11:57:47AM  1   packet.  It's part of what's in the header.

11:57:49AM  2   Q.  And that does not include an HTTP POST or an HTTP GET,

11:57:54AM  3   right?

11:57:55AM  4   A.  I'm not clear what you're saying.  Typically, that -- it

11:57:58AM  5   wouldn't be considered, I think, part of the 5-tuple, except

11:58:03AM  6   for the fact that -- you know, we have to be a little careful

11:58:07AM  7   there technically.  HTTP is commonly associated with a port.

11:58:12AM  8   I think the typical port number for HTTP is 80.  So in some

11:58:17AM  9   sense, like if you're saying "port 80," that's typically

11:58:23AM  10  assumed to be HTTP traffic, and that's also typically assumed

11:58:27AM  11  where you put the HTTP traffic; although, you know, there are

11:58:32AM  12  situations where that might switch.

11:58:34AM  13  Q.  Sir, again, please listen to my question.

11:58:38AM  14      The HTTP POST command or the HTTP GET command will

11:58:43AM  15  not be part of the 5-tuple.  Do you agree with that?

11:58:46AM  16  A.  I don't believe the POST or GET part would be considered

11:58:49AM  17  part of the 5-tuple.

11:58:52AM  18  Q.  Okay.  Now, in Cisco Systems the quarantine commands

11:58:56AM  19  would never look at the application layer of a packet, right?

11:59:00AM  20  A.  So if it wouldn't look at like -- I think you have to be

11:59:11AM  21  a bit clearer in your question.  I mean, what do you mean by

11:59:14AM  22  the "application layer of the packet"?  Because, like I just

11:59:17AM  23  was trying to describe, at least with the port numbers, those

11:59:20AM  24  are associated with certain ports, so the port numbers are

11:59:25AM  25  associated with applications.

784

—Mitzenmacher, M. - Cross—

| | | |
|---|---|---|
| 11:59:27AM | 1 | So I want to agree with you regarding maybe the |
| 11:59:30AM | 2 | "GET" and the "POST" part, but you're making a bit broader |
| 11:59:34AM | 3 | statement. |
| 11:59:35AM | 4 | Q.  Fair enough. |
| 11:59:36AM | 5 | The quarantine rule would never look to see if |
| 11:59:39AM | 6 | there's an HTTP POST or an HTTP GET in the packet, right? |
| 11:59:45AM | 7 | A.  Well, again, it could look at the port to see if it's |
| 11:59:51AM | 8 | HTTP, or it could also look at the address, but I'm not sure |
| 11:59:55AM | 9 | it would specifically -- |
| 11:59:57AM | 10 | THE COURT:  I don't know what that question means or |
| 12:00:00PM | 11 | what the answer to it would mean, Counsel. |
| 12:00:04PM | 12 | MR. GAUDET:  Thank you, Your Honor. |
| 12:00:04PM | 13 | BY MR. GAUDET: |
| 12:00:06PM | 14 | Q.  The claim requires that a packet-filtering rule prevent a |
| 12:00:11PM | 15 | particular type of data transfer, correct? |
| 12:00:14PM | 16 | A.  Yes. |
| 12:00:15PM | 17 | Q.  Okay.  The particular type of data transfer you are |
| 12:00:18PM | 18 | accusing is an HTTP GET or an HTTP POST, correct? |
| 12:00:23PM | 19 | A.  And I think the problem is that you're mischaracterizing |
| 12:00:29PM | 20 | my argument. |
| 12:00:29PM | 21 | What I'm saying is the particular type of data |
| 12:00:32PM | 22 | transfer that's trying to be stopped is the exfiltration from |
| 12:00:35PM | 23 | a certain device.  That could take the form of a GET or a |
| 12:00:38PM | 24 | POST, as we looked at how it was noticed, but you may -- you |
| 12:00:45PM | 25 | know, what you're trying to stop is the exfiltration. |

785

—Mitzenmacher, M. - Cross—

12:00:48PM  1    Q.  And the rule is the quarantine rule, correct?

12:00:50PM  2    A.  I guess if we have that understanding that I said before,

12:00:56PM  3    you know, this process is a quarantine, including, you know,

12:01:01PM  4    a corresponding ACL, along with the issues regarding the

12:01:07PM  5    security tag, yes.

12:01:08PM  6    Q.  And rules operate by looking at the packet and seeing

12:01:12PM  7    whether or not something is in there, something specified by

12:01:15PM  8    the rule is in the packet or not, right?

12:01:18PM  9              THE COURT:  But it also looks at the header, doesn't

12:01:21PM  10   it?

12:01:22PM  11             MR. GAUDET:  Absolutely.  Well, really -- exactly.

12:01:25PM  12             THE COURT:  Sometimes it can't look inside the

12:01:28PM  13   packet.

12:01:28PM  14             MR. GAUDET:  That was a bad question by me.  You

12:01:30PM  15   were 100 percent right.

12:01:31PM  16   BY MR. GAUDET:

12:01:32PM  17   Q.  The rules will look at the header of the packet and

12:01:35PM  18   apply -- and look for something in particular that is

12:01:39PM  19   specified in the rule, right?

12:01:42PM  20   A.  At the very least, that's what they'll look at, yes.

12:01:46PM  21   Q.  And the point is a quarantine rule has no ability to

12:01:49PM  22   figure out whether or not the packet has an HTTP POST in it

12:01:53PM  23   or an HTTP GET in it, which is -- do you agree with that?

12:02:02PM  24             THE COURT:  I don't know what agreeing with that or

12:02:03PM  25   disagreeing with that would mean, Counsel.  I want to -- I

Carol L. Naughton, Official Court Reporter

—Mitzenmacher, M. - Cross—

| | | |
|---|---|---|
| 12:02:08PM | 1 | mean, there's no sense asking questions which the Court can't |
| 12:02:20PM | 2 | understand the meaning of the answer to. |
| 12:02:25PM | 3 | Why are we spending so much time on HTTP GETs?  What |
| 12:02:31PM | 4 | does that have to do with anything? |
| 12:02:32PM | 5 | MR. GAUDET:  Your Honor, in the summary that they |
| 12:02:35PM | 6 | gave you, the one-page summary at the end of his testimony, |
| 12:02:39PM | 7 | the only thing they identify as the particular type -- |
| 12:02:42PM | 8 | THE COURT:  Show me the summary page. |
| 12:02:44PM | 9 | MR. GAUDET:  They didn't share it with me.  Let's |
| 12:02:47PM | 10 | pull it up.  I'll ask plaintiff's counsel to, please, pull up |
| 12:02:49PM | 11 | the summary from the end of the '193 patent. |
| 12:02:52PM | 12 | They wouldn't give me a copy -- I would do it -- so |
| 12:02:55PM | 13 | I'll ask plaintiff's tech person to, please, pull up the |
| 12:02:58PM | 14 | summary at the end of the '193 patent. |
| 12:03:05PM | 15 | MR. HANNAH:  And, Your Honor, just to be clear, |
| 12:03:06PM | 16 | there's an agreement amongst the parties not to exchange |
| 12:03:11PM | 17 | demonstratives, which is why they don't have a copy of ours |
| 12:03:14PM | 18 | and we don't have a copy of theirs. |
| 12:03:16PM | 19 | MR. GAUDET:  And, Your Honor, it's the fourth |
| 12:03:18PM | 20 | bullet. |
| 12:03:18PM | 21 | THE COURT:  "The particular type of data transfer |
| 12:03:20PM | 22 | that is prevented from quarantined computers are HTTP POST |
| 12:03:28PM | 23 | and HTTP GET commands, which are used in exfiltration |
| 12:03:34PM | 24 | attacks." |
| 12:03:51PM | 25 | All right.  In other words, those -- that's the way |

—Mitzenmacher, M. - Cross—

12:03:57PM  1   you attack the network, is using the HTTP POST.  You attack

12:04:08PM  2   the network -- if you're trying to obtain some information

12:04:14PM  3   out of a network, you're using HTTP POST.

12:04:19PM  4           Can you use anything else?

12:04:24PM  5           THE WITNESS:  Yes, you could.  So let me try and

12:04:26PM  6   make clear, like what I've been trying to say in answering

12:04:29PM  7   his questions.

12:04:31PM  8           The particular type of data transfer you're trying

12:04:33PM  9   to stop is the exfiltration.  You're trying to stop this

12:04:37PM  10  person from gathering information and sending it out of the

12:04:42PM  11  network.  And the way that was detected, right -- one of the

12:04:46PM  12  ways that can be detected is that you notice certain types of

12:04:50PM  13  HTTP POST or HTTP GET commands.

12:04:55PM  14          THE COURT:  Is there any other way of noticing it?

12:04:57PM  15          THE WITNESS:  Yeah.  I've seen things where it looks

12:05:01PM  16  like other sorts of data hoarding.  So I think it's

12:05:06PM  17  definitely more general than that.  Those were just meant to

12:05:09PM  18  be examples of -- when I showed that, it was examples where

12:05:14PM  19  it was like, oh, we noticed this, and this is an exfiltration

12:05:18PM  20  possibility.

12:05:19PM  21          THE COURT:  All right.  Well, the basic point we've

12:05:22PM  22  got to deal with here is that I'm not informed by

12:05:33PM  23  obfuscation.  If you can't answer, ask a question.

12:05:36PM  24          Or if the question can't be answered in some way to

12:05:40PM  25  inform me, you're just wasting your time to ask the question.

Carol L. Naughton, Official Court Reporter

────Mitzenmacher, M. - Cross────

| | | |
|---|---|---|
| 12:05:49PM | 1 | MR. GAUDET:  Your Honor, I am very mindful of that. |
| 12:05:51PM | 2 | I'm trying to do this in steps to put it all -- to put it all |
| 12:05:57PM | 3 | together. |
| 12:05:57PM | 4 | THE COURT:  All right.  Well -- |
| 12:06:00PM | 5 | MR. GAUDET:  And, obviously, that's... |
| 12:06:07PM | 6 | THE COURT:  All right.  Now, this patent was |
| 12:06:12PM | 7 | described as a patent that dealt with forwarding or dropping |
| 12:06:20PM | 8 | claims.  You're describing it as a patent that was designed |
| 12:06:24PM | 9 | to quarantine something, which is part of dropping them. |
| 12:06:34PM | 10 | It's one method of dropping them, but only one, so I don't |
| 12:06:40PM | 11 | understand why your question is limited to quarantine. |
| 12:06:46PM | 12 | MR. GAUDET:  Your Honor, again, if we go back to |
| 12:06:49PM | 13 | that summary, this -- I'm sorry, the plaintiff's summary -- |
| 12:06:55PM | 14 | this patent is about specific packet-filtering rules, and if |
| 12:07:01PM | 15 | the plaintiff will pull that summary back up, the only rules |
| 12:07:05PM | 16 | they're accusing are the quarantine rules.  It's the third |
| 12:07:09PM | 17 | bullet.  The one or more packet-filtering rules are the |
| 12:07:13PM | 18 | quarantine rules.  That was the only thing they put in in |
| 12:07:17PM | 19 | their case.  That, Your Honor, is why I'm focusing on |
| 12:07:20PM | 20 | quarantine rules. |
| 12:07:20PM | 21 | THE COURT:  That's not the way I understood their |
| 12:07:22PM | 22 | case.  Maybe I misunderstood their case. |
| 12:07:25PM | 23 | But you can -- packets are dropped, and that |
| 12:07:35PM | 24 | doesn't -- the fact that it's dropped doesn't mean it's |
| 12:07:38PM | 25 | quarantined.  That's just one of several things that can |

Carol L. Naughton, Official Court Reporter

———Mitzenmacher, M. - Cross———

| | | |
|---|---|---|
| 12:07:45PM | 1 | happen if you drop a claim, isn't it? |
| 12:07:48PM | 2 | MR. GAUDET:  Well, packets have been dropped since |
| 12:07:52PM | 3 | the beginning of time, but the claim is written on a specific |
| 12:07:55PM | 4 | type of packet-filtering rule.  That was that language we |
| 12:08:00PM | 5 | just looked at. |
| 12:08:01PM | 6 | THE COURT:  You said the word "quarantine" wasn't in |
| 12:08:04PM | 7 | there. |
| 12:08:05PM | 8 | MR. GAUDET:  Exactly.  What they're accusing -- see, |
| 12:08:08PM | 9 | it's the third bullet, Your Honor.  The packet says -- |
| 12:08:12PM | 10 | THE COURT:  The third... |
| 12:08:15PM | 11 | MR. GAUDET:  The third bullet. |
| 12:08:16PM | 12 | MR. HANNAH:  Your Honor, I just want to put an |
| 12:08:17PM | 13 | objection in that they're mischaracterizing the case and |
| 12:08:20PM | 14 | testifying at this point. |
| 12:08:24PM | 15 | MR. GAUDET:  Your Honor, I would just ask you to |
| 12:08:25PM | 16 | read the third bullet.  It's exactly -- |
| 12:08:29PM | 17 | THE COURT:  Well, these bullets are not all the |
| 12:08:31PM | 18 | evidence.  They're bullets.  I don't understand that |
| 12:08:40PM | 19 | quarantine is the only thing that happens to a packet that's |
| 12:08:49PM | 20 | dropped or that the only way to drop a packet is to |
| 12:08:53PM | 21 | quarantine it.  That's not what I understood the evidence to |
| 12:09:00PM | 22 | be. |
| 12:09:04PM | 23 | So, as I say, this strikes me as starting on a path |
| 12:09:10PM | 24 | of obfuscation rather than a path of informing the Court. |
| 12:09:21PM | 25 | MR. GAUDET:  Your Honor -- |

Carol L. Naughton, Official Court Reporter

─────Mitzenmacher, M. - Cross─────

| | | |
|---|---|---|
| 12:09:22PM | 1 | THE COURT:  Confusing me is not going to accomplish |
| 12:09:26PM | 2 | anything. |
| 12:09:28PM | 3 | MR. GAUDET:  Your Honor, we certainly do not want to |
| 12:09:30PM | 4 | confuse you. |
| 12:09:31PM | 5 | THE COURT:  All right.  Well, I think of this patent |
| 12:09:33PM | 6 | as forwarding or dropping packets. |
| 12:09:36PM | 7 | MR. GAUDET:  Correct. |
| 12:09:37PM | 8 | THE COURT:  I don't understand all this focus on |
| 12:09:40PM | 9 | quarantine because it happened to be in their summary.  As I |
| 12:09:44PM | 10 | understand "quarantine," it's one of the things that can |
| 12:09:47PM | 11 | happen to a packet that's dropped; it's not the only thing. |
| 12:09:52PM | 12 | MR. GAUDET:  Absolutely.  But our point is it is the |
| 12:09:55PM | 13 | only thing they accused of satisfying a very specific claim |
| 12:10:00PM | 14 | limitation.  We all agree a lot of other things can happen to |
| 12:10:03PM | 15 | packets.  I'm just trying to focus on the specific claim |
| 12:10:06PM | 16 | limitation. |
| 12:10:09PM | 17 | These systems have thousands and thousands of rules. |
| 12:10:12PM | 18 | They're accusing one rule, and the one -- and a lot of other |
| 12:10:15PM | 19 | things can happen, but the one specific rule that they accuse |
| 12:10:20PM | 20 | for this particular patent, even though there are lots of |
| 12:10:23PM | 21 | other things these systems do, was the quarantine rule.  And |
| 12:10:27PM | 22 | of course there are a lot of other ways packets get dropped, |
| 12:10:31PM | 23 | there are a lot of other ways packets get forwarded, but, |
| 12:10:34PM | 24 | according to their case, the only thing that satisfied the |
| 12:10:39PM | 25 | packet-filtering rule was the quarantine.  That's how we |

Mitzenmacher, M. - Cross

| | | |
|---|---|---|
| 12:10:43PM | 1 | understood it. |
| 12:10:44PM | 2 | THE COURT:  That's not my understanding of their |
| 12:10:46PM | 3 | case.  If you want to proceed on that basis, go ahead. |
| 12:10:49PM | 4 | That's not the way I understand their case at this point, so |
| 12:10:56PM | 5 | you're going to first have to persuade me that quarantine is |
| 12:11:01PM | 6 | the only thing they're talking about as far as infringement |
| 12:11:05PM | 7 | is concerned, before you spend a lot of time limiting your |
| 12:11:10PM | 8 | cross-examination to quarantine. |
| 12:11:12PM | 9 | MR. GAUDET:  Sure, and I'll ask Dr. Mitzenmacher. |
| 12:11:15PM | 10 | BY MR. GAUDET: |
| 12:11:15PM | 11 | Q.  Dr. Mitzenmacher, were there other rules you identified |
| 12:11:22PM | 12 | as the first -- actually, go back, and let's pull up the |
| 12:11:26PM | 13 | claim language. |
| 12:11:31PM | 14 | Do you see that the claim requires packet-filtering |
| 12:11:34PM | 15 | rules?  Do you see that in element C? |
| 12:11:36PM | 16 | A.  Yes. |
| 12:11:38PM | 17 | Q.  Okay.  Now, were there rules that you identified |
| 12:11:43PM | 18 | specifically on direct examination that were not rules |
| 12:11:50PM | 19 | associated with a quarantine as satisfying this element, |
| 12:11:54PM | 20 | satisfying this packet-filtering rule, something that is not |
| 12:11:57PM | 21 | in any way associated with the quarantine? |
| 12:11:59PM | 22 | A.  So I would have to look back over my testimony.  I don't |
| 12:12:05PM | 23 | recall specifically discussing others, but, again, the point |
| 12:12:10PM | 24 | of the security rules and the quarantine was that it was like |
| 12:12:13PM | 25 | a primary exemplar of the sort of, you know, action or |

Carol L. Naughton, Official Court Reporter

—Mitzenmacher, M. - Cross—

12:12:17PM  1   response that the system could take.

12:12:21PM  2       MR. GAUDET:  And, Your Honor, realizing it's all

12:12:24PM  3   very confusing, but I do think he just confirmed our point.

12:12:27PM  4   That was -- the quarantine rules are the rules he discussed

12:12:31PM  5   as satisfying this element.

12:12:33PM  6       MR. HANNAH:  Objection, Your Honor.  He just said

12:12:36PM  7   that it was an example.

12:12:38PM  8       THE COURT:  Yeah, and he also said he didn't use any

12:12:40PM  9   other examples, so I'm not sure where that leaves us.

12:12:46PM  10      He said that that was the example he used, and he

12:12:49PM  11  doesn't recall using any other example, so the question is

12:12:56PM  12  where does that leave us?  But this is a very complex

12:13:03PM  13  technology, Counsel, and --

12:13:11PM  14      MR. GAUDET:  Your Honor, what I would propose is --

12:13:13PM  15  and, obviously, we're going to tie all this together when we

12:13:17PM  16  have our witnesses -- I'm just going to ask him a handful of

12:13:20PM  17  questions about quarantine, realizing they're at least

12:13:26PM  18  relevant, and then I just want to get his agreement, and then

12:13:29PM  19  we're going to move on from the quarantine issue, if

12:13:31PM  20  that's --

12:13:31PM  21      THE COURT:  All right.  Well, he has agreed that the

12:13:33PM  22  quarantine is the only example he used of what happens when

12:13:39PM  23  you drop a packet.  So, that, he's admitted, so let's move on

12:13:47PM  24  from there.

12:13:50PM  25  BY MR. GAUDET:

Carol L. Naughton, Official Court Reporter

———Mitzenmacher, M. - Cross———

12:13:50PM   1   Q.  And the quarantine rules cannot determine from a packet
12:13:55PM   2   whether the packet has this thing we called the HTTP POST or
12:13:59PM   3   the HTTP GET, correct?
12:14:02PM   4   A.  I would say it might not be looking specifically for the
12:14:08PM   5   POST or the GET, but it's looking at both the network address
12:14:12PM   6   of where it's coming from, and it may also look at the port,
12:14:14PM   7   which would specify whether it's HTTP or not.
12:14:18PM   8   Q.  Okay.  And there's no such thing in the Cisco system as
12:14:21PM   9   an exfiltration-specific quarantine, right?
12:14:25PM  10        In other words, quarantines -- quarantines are the
12:14:30PM  11   same for anyone who has been quarantined, regardless of the
12:14:33PM  12   reason they've been quarantined, right?
12:14:35PM  13   A.  I guess I'm not particularly clear on your question, but
12:14:41PM  14   to the extent I'm clear, you know, quarantine is used to
12:14:45PM  15   provide some sort of tag and associated rules with that tag.
12:14:52PM  16   I imagine you could quarantine for other purposes.
12:14:54PM  17   Q.  And it doesn't matter what the reason is that an
12:14:57PM  18   administrator decided to quarantine someone.  Anyone
12:15:03PM  19   quarantined now has the same set of rules applied to their
12:15:07PM  20   packets.  Is that fair?
12:15:08PM  21   A.  Sorry.  Could you say that again?
12:15:11PM  22   Q.  Sure.  Regardless of what reason the network
12:15:14PM  23   administrator decided to quarantine someone, anyone who has
12:15:17PM  24   been quarantined will then have the same set of quarantine
12:15:21PM  25   rules applied to their packets?

─────Mitzenmacher, M. - Cross─────

| | | |
|---|---|---|
| 12:15:23PM | 1 | A.  That may be the case in some instances, but I think it |
| 12:15:38PM | 2 | may also not be the case in other instances.  I think it |
| 12:15:41PM | 3 | might depend on the setup of the network and what you did for |
| 12:15:45PM | 4 | the quarantine rules. |
| 12:15:47PM | 5 | Q.  We're going to shift gears a little bit; maybe a lot a |
| 12:15:50PM | 6 | bit. |
| 12:15:50PM | 7 | I want to talk about some of the documents that you |
| 12:15:53PM | 8 | pulled up on direct, so let's pull up Plaintiff's Trial |
| 12:15:57PM | 9 | Exhibit 1276. |
| 12:16:01PM | 10 | MR. GAUDET:  And, Your Honor, this document will be |
| 12:16:03PM | 11 | in plaintiff's binder, so it's not in the small binder that |
| 12:16:07PM | 12 | we gave you today. |
| 12:16:16PM | 13 | THE COURT:  Okay.  I've got 1276. |
| 12:16:20PM | 14 | MR. GAUDET:  Okay.  And I want to pull up Page 216 |
| 12:16:23PM | 15 | of this document, and it's both Page 216 of the document and |
| 12:16:30PM | 16 | the Bates Page 216. |
| 12:16:33PM | 17 | THE COURT:  Okay. |
| 12:16:34PM | 18 | BY MR. GAUDET: |
| 12:16:34PM | 19 | Q.  Now, let's pull out that chart there, that figure.  Now, |
| 12:16:43PM | 20 | Dr. Mitzenmacher, you referenced this figure a dozen times, |
| 12:16:47PM | 21 | or something like that, during the course of your testimony |
| 12:16:49PM | 22 | to show how packets come in and out of the accused routers |
| 12:16:55PM | 23 | and switches. |
| 12:16:55PM | 24 | A.  Yes. |
| 12:16:56PM | 25 | Q.  Okay.  I want to split the screen here.  Set that one to |

—————Mitzenmacher, M. - Cross—————

12:17:01PM  1    the left, and let's pull up Plaintiff's Exhibit 1193.

12:17:08PM  2            MR. GAUDET:  And, Your Honor, Plaintiff's

12:17:10PM  3    Exhibit 1193 is going to be in your binder, in your cross

12:17:15PM  4    binder.  I'm sorry, Your Honor.  This is now in the small

12:17:31PM  5    binder, the cross binder.

12:17:40PM  6            THE COURT:  What exhibit is this?

12:17:42PM  7            MR. GAUDET:  This is PTX-1193, Your Honor.

12:17:42PM  8            THE COURT:  PTX?

12:18:03PM  9            MR. GAUDET:  Oh.  It is, Your Honor.  Although it's

12:18:06PM 10    in our cross binder, it's actually marked --

12:18:09PM 11            THE COURT:  All right.  I have your cross binder.

12:18:10PM 12            MR. GAUDET:  Yes.  It's actually PTX, with a P.  It

12:18:14PM 13    was marked as a plaintiff's exhibit.

12:18:17PM 14            THE COURT:  1196?  Is that the number?

12:18:23PM 15            MR. GAUDET:  1193, Your Honor.

12:18:25PM 16            THE COURT:  All right, I've got it.

12:18:31PM 17        So this was not introduced by the plaintiff.

12:18:34PM 18            MR. GAUDET:  This was not introduced by the

12:18:35PM 19    plaintiff.  It's got a plaintiff's mark number on it.

12:18:40PM 20            THE COURT:  Do you want to introduce it?

12:18:42PM 21            MR. GAUDET:  Your Honor, I'm going to ask a few

12:18:44PM 22    foundational questions, but right now this is primarily for

12:18:49PM 23    impeachment.

12:18:50PM 24            THE COURT:  All right.

12:18:51PM 25    BY MR. GAUDET:

Carol L. Naughton, Official Court Reporter

————Mitzenmacher, M. - Cross————

12:18:51PM   1   Q.  Do you see the bottom there?  It's got the modification

12:18:55PM   2   history, Dr. Mitzenmacher.

12:18:56PM   3   A.  Yes.

12:18:56PM   4   Q.  And you testified that that modification history in Cisco

12:19:00PM   5   documents -- that's how you figure out when the document was

12:19:02PM   6   really written, right?

12:19:04PM   7   A.  I would assume from this that, for instance, yeah, that

12:19:08PM   8   the first draft was from 3/31/2008.

12:19:12PM   9   Q.  And the last date there is September 2010.  We'll

12:19:15PM  10   highlight that.  Do you see that?

12:19:17PM  11   A.  Yeah.

12:19:17PM  12   Q.  Okay.  I just want to go to the second page so we can

12:19:20PM  13   see.  There's -- pull this other thing over, Mr. Simons.

12:19:24PM  14          The second page.  There's no more modification

12:19:27PM  15   history, so the last date of this document is September 2010,

12:19:30PM  16   as best as you can tell, right?

12:19:34PM  17   A.  As best as I can tell from you showing me this document.

12:19:36PM  18   Q.  Okay.  Let's go to Page 7.  I want to blow up --

12:19:36PM  19          THE COURT:  Of what?

12:19:43PM  20          MR. GAUDET:  I'm sorry, you're right.  Page 7 of

12:19:44PM  21   Plaintiff's Exhibit 1193, Your Honor.

12:19:48PM  22          So this is the second one that we've pulled out,

12:19:51PM  23   it's in the smaller binder, and it's Page 7.

12:19:51PM  24   BY MR. GAUDET:

12:19:54PM  25   Q.  And what I want to do is, again, blow up this figure on

————Mitzenmacher, M. - Cross————

| | | |
|---|---|---|
| 12:19:58PM | 1 | this 2010 document and put them side by side, okay? |
| 12:20:07PM | 2 | Dr. Mitzenmacher, the image you showed the Court a |
| 12:20:13PM | 3 | dozen times about the accused product and how they operate, a |
| 12:20:17PM | 4 | literally verbatim, identical version of that appears in a |
| 12:20:21PM | 5 | 2010 document by Cisco, right? |
| 12:20:23PM | 6 | A.  I mean, if that's what you're showing me.  I don't |
| 12:20:28PM | 7 | think -- I'm not sure I recall seeing that other document |
| 12:20:31PM | 8 | before, but if that's what you're showing me, sure.  I guess |
| 12:20:34PM | 9 | the Court can see them side by side. |
| 12:20:36PM | 10 | Q.  2010 is long before any of these patents were filed, |
| 12:20:40PM | 11 | right? |
| 12:20:40PM | 12 | A.  I'd have to check the dates, but that sounds right. |
| 12:20:44PM | 13 | Q.  Okay.  Now, let's take the left document off the screen |
| 12:20:49PM | 14 | here.  That's PTX-1276.  Let's take that one off the screen, |
| 12:20:55PM | 15 | and I want to go back to the first page of PTX-1193, okay? |
| 12:21:03PM | 16 | Now, you see that first page, the first page of this |
| 12:21:08PM | 17 | document?  This is a 2010 document, right? |
| 12:21:11PM | 18 | A.  I guess so, yes. |
| 12:21:15PM | 19 | Q.  Do you see this first page?  The title is NG3K, yet |
| 12:21:23PM | 20 | another acronym.  Do you see that? |
| 12:21:25PM | 21 | A.  Yes. |
| 12:21:26PM | 22 | Q.  Okay.  Do you recall giving some testimony -- |
| 12:21:28PM | 23 | THE COURT:  NG -- where did you get NG -- |
| 12:21:30PM | 24 | MR. GAUDET:  I'll ask Mr. Simons to highlight it. |
| 12:21:33PM | 25 | It's in the title on the first page.  It says, "NG3K." |

─────Mitzenmacher, M. - Cross─────

12:21:42PM   1          THE COURT:  All right.

12:21:43PM   2          MR. GAUDET:  And just with a few questions, I'm

12:21:45PM   3   going to get us to an explanation of what that means.

12:21:48PM   4   BY MR. GAUDET:

12:21:49PM   5   Q.  And so, Dr. Mitzenmacher, do you recall testifying about

12:21:51PM   6   next generation in the name of firewalls, next-generation

12:21:55PM   7   firewalls?  Do you recall that?

12:21:56PM   8   A.  Yes.

12:21:57PM   9   Q.  And you suggested that the phrase "next generation"

12:22:01PM  10   suggests that in the last few years, Cisco adopted something

12:22:05PM  11   new and that specifically correlates to the functionality in

12:22:08PM  12   the patent.  Do you recall something like that?

12:22:11PM  13   A.  I mean, I think I recall saying generally it was part of

12:22:14PM  14   their marketing, and I think it was designed to signal

12:22:20PM  15   something new.

12:22:21PM  16   Q.  Okay.  This is a 2010 document using the acronym NG3K.

12:22:26PM  17   Let's go to Page 7 of this document -- I'm sorry, Page 22 of

12:22:34PM  18   this document, and let's highlight the meaning of "NG3K" from

12:22:40PM  19   2010.

12:22:41PM  20          Do you see that?

12:22:41PM  21   A.  Sure.

12:22:42PM  22          THE COURT:  Page what of the document?

12:22:44PM  23          MR. GAUDET:  Page 22.

12:22:58PM  24          THE COURT:  All right.  I see you've got a whole

12:23:01PM  25   list there, one of which is NG3K.

─Mitzenmacher, M. - Cross─

| | |
|---|---|
| 12:23:05PM | 1 | BY MR. GAUDET: |
| 12:23:05PM | 2 | Q.  All right.  And this list confirms, sir, that Cisco was |
| 12:23:08PM | 3 | using that phrase "next generation" back in 2010, right, |
| 12:23:12PM | 4 | Dr. Mitzenmacher? |
| 12:23:13PM | 5 | A.  Sure, but I'm not sure that's particularly relevant to |
| 12:23:17PM | 6 | anything.  I guess it's nice that they used that marketing |
| 12:23:23PM | 7 | during my "Yes" back then, too.  But, again, my evidence was |
| 12:23:28PM | 8 | meant to discuss the specific technologies and the specific |
| 12:23:32PM | 9 | technologies that were developed or constructed in the time |
| 12:23:35PM | 10 | frame that I've been discussing. |
| 12:23:37PM | 11 |         MR. GAUDET:  Your Honor, we move to admit |
| 12:23:39PM | 12 | Plaintiff's Exhibit 1193. |
| 12:23:50PM | 13 |         THE COURT:  PTX-1193 will be admitted. |
| 12:23:50PM | 14 |         (Plaintiff's Exhibit PTX-1193 was received in |
| 12:23:57PM | 15 | evidence.) |
| 12:23:57PM | 16 |         THE COURT:  Actually, that particular page says |
| 12:24:03PM | 17 | "Copyright 2007." |
| 12:24:07PM | 18 |         MR. GAUDET:  Your Honor, just to give you a little |
| 12:24:10PM | 19 | clarity, as the witness explained on direct, sometimes those |
| 12:24:14PM | 20 | copyright dates might not be reliable, but what's reliable is |
| 12:24:19PM | 21 | the modification history, which actually shows you when |
| 12:24:24PM | 22 | things were done, and that's on the first page.  So the first |
| 12:24:27PM | 23 | page is where you get the real date. |
| 12:24:31PM | 24 |         THE COURT:  Okay.  And at the top of that page it |
| 12:24:33PM | 25 | says, "Date printed:  4/3/2020." |

Carol L. Naughton, Official Court Reporter

─────Mitzenmacher, M. - Cross─────

12:24:40PM  1          MR. GAUDET:  It was printed for this litigation,

12:24:42PM  2    Your Honor.

12:24:44PM  3          THE COURT:  Okay.

12:24:45PM  4    BY MR. GAUDET:

12:24:47PM  5    Q.  Okay.  One more point that I want to make with this

12:24:50PM  6    document, and to set this one up, let's pull up Plaintiff's

12:24:50PM  7    Trial Exhibit 1288.

12:24:55PM  8          MR. GAUDET:  So, Your Honor --

12:24:56PM  9          THE COURT:  Well, I don't understand why it could

12:25:01PM 10    say "Copyright 2007" and say -- have the date of the final

12:25:12PM 11    modification 2010.  The first originator was in 2008.  How

12:25:25PM 12    could it be copyrighted in 2007?

12:25:30PM 13          MR. GAUDET:  Your Honor, I believe Dr. Mitzenmacher

12:25:31PM 14    actually explained that on direct; that sometimes people --

12:25:36PM 15    this is an internal document.  Sometimes people will pull up

12:25:41PM 16    a prior form and work from the prior form, and it might have

12:25:46PM 17    that header embedded in it.  But that's why the modification

12:25:50PM 18    history is really the place to go.

12:25:51PM 19          That's an excellent question, though, Your Honor.

12:25:56PM 20          THE COURT:  All right.

12:25:59PM 21          MR. GAUDET:  I want to pull up Plaintiff's

12:26:04PM 22    Exhibit 1288, and this is from the plaintiff's binder.

12:26:21PM 23          THE COURT:  All right, I've got 1288.

12:26:24PM 24          MR. GAUDET:  And let's go here to Page 13.

12:26:40PM 25          THE COURT:  Okay.

—Mitzenmacher, M. - Cross—

| | | |
|---|---|---|
| 12:26:41PM | 1 | MR. GAUDET:  And I want to highlight, Mr. Simons, |
| 12:26:44PM | 2 | the paragraph with "An IPv4 ACL." |
| 12:26:50PM | 3 | THE COURT:  This is 1288, Page -- what? |
| 12:26:55PM | 4 | MR. GAUDET:  At Page 13, Your Honor. |
| 12:26:57PM | 5 | THE COURT:  Okay. |
| 12:26:57PM | 6 | BY MR. GAUDET: |
| 12:27:02PM | 7 | Q.  And, Dr. Mitzenmacher, this was, again, a document that |
| 12:27:07PM | 8 | you referenced a time or two in your direct examination to |
| 12:27:10PM | 9 | explain how packets are processed in Cisco's routers and |
| 12:27:13PM | 10 | switches, and you specifically pointed to this language |
| 12:27:15PM | 11 | that's highlighted, beginning with "An IPv4..." |
| 12:27:19PM | 12 | Do you see that? |
| 12:27:20PM | 13 | A.  Yes. |
| 12:27:20PM | 14 | Q.  Let's set that one to one side and again pull up |
| 12:27:27PM | 15 | Plaintiff's Exhibit 1193, the document we were looking at a |
| 12:27:32PM | 16 | moment ago. |
| 12:27:33PM | 17 | And, again, this is the 2010 Cisco document, right, |
| 12:27:37PM | 18 | Dr. Mitzenmacher, on the right side? |
| 12:27:40PM | 19 | A.  Yes. |
| 12:27:40PM | 20 | Q.  And let's go to Page 8.  And I'll ask Mr. Simons to again |
| 12:27:49PM | 21 | highlight the language "An IPv4." |
| 12:27:56PM | 22 | And, Dr. Mitzenmacher, if you would confirm with me |
| 12:27:59PM | 23 | that the identical language, verbatim, that you pointed to in |
| 12:28:03PM | 24 | the accused products, appears in this 2010 Cisco document, |
| 12:28:09PM | 25 | right? |

———Mitzenmacher, M. - Cross———

| | | |
|---|---|---|
| 12:28:09PM | 1 | A.  I would have to check.  It looks like the language may be |
| 12:28:14PM | 2 | the same.  And, again, I was using this language simply to |
| 12:28:18PM | 3 | show something specific; namely, that there were ways of |
| 12:28:22PM | 4 | permitting and denying, or forwarding and blocking, packets. |
| 12:28:25PM | 5 | That's like one small part of the claim element.  That |
| 12:28:33PM | 6 | doesn't, I think, relate to most of my argument. |
| 12:28:37PM | 7 | Q.  Okay.  Shift gears one more time.  This is the last topic |
| 12:28:42PM | 8 | for this patent.  I want to talk about the various |
| 12:28:45PM | 9 | combinations of things that we discussed. |
| 12:28:50PM | 10 | Now, you've identified routers and switches, right? |
| 12:28:55PM | 11 | We talked a lot about routers and switches, correct? |
| 12:28:57PM | 12 | A.  Yes. |
| 12:28:58PM | 13 | Q.  Okay.  You also talked about Stealthwatch as part of this |
| 12:29:01PM | 14 | patent, right? |
| 12:29:01PM | 15 | A.  I didn't talk about it as part of the patent, except for, |
| 12:29:07PM | 16 | you know, there -- the patent calls for a system that |
| 12:29:13PM | 17 | receives certain types of information, and I was saying that |
| 12:29:16PM | 18 | one of the places that that information could come from was |
| 12:29:25PM | 19 | via the Stealthwatch, I believe, as I recall.  But, again, |
| 12:29:28PM | 20 | Stealthwatch isn't itself receiving the information or part |
| 12:29:30PM | 21 | of the system or code that's required by the claims. |
| 12:29:34PM | 22 | Q.  That's fine, but you referenced Stealthwatch a few dozen |
| 12:29:38PM | 23 | times, something like that.  Is that fair? |
| 12:29:41PM | 24 | A.  I don't recall specifically, but I may have. |
| 12:29:42PM | 25 | Q.  Okay.  Now, not everyone who buys a Cisco router or |

─────Mitzenmacher, M. - Cross─────

| | |
|---|---|
| 12:29:47PM | 1 |

1  switch buys Stealthwatch or has Stealthwatch, right?

2  A.  I believe that's the case.

3  Q.  In fact, Cisco has about 100,000 unique customers, in

4  other words individual customers, who have bought at least

5  one router or switch.  Does that sound about right?

6  A.  I'm afraid I don't know those numbers.  That sounds like

7  something that the damages people might be able to speak on,

8  but I don't recall specific sales numbers.

9  Q.  You did review the damages reports, though, right?

10  A.  I believe so, at some point, but, again, you know, that's

11  not my bailiwick, I guess.

12  Q.  Well, of those 100,000 customers, about 2,500 of them

13  even have Stealthwatch activated.  Is that fair?

14  A.  Again, you'd have to show me.  That's certainly not --

15       THE COURT:  Is this witness supposed to know the

16  answer to that question?

17       MR. GAUDET:  Your Honor, what we're trying to

18  establish is that this person is supposed to be laying the

19  predicate for their damages expert to then tell us -- and I

20  just want to establish he didn't do this analysis.

21       THE COURT:  Well, it doesn't seem like to me that

22  this is a type of thing that this witness would know, unless

23  he got a note of the damage.  I mean, how would he know how

24  many of Cisco's customers ordered Stealthwatch?

25       MR. HANNAH:  Objection, Your Honor.  I object to the

Carol L. Naughton, Official Court Reporter

804

—Mitzenmacher, M. - Cross—

| | | |
|---|---|---|
| 12:31:15PM | 1 | extent that Counsel is testifying here. |
| 12:31:18PM | 2 | THE COURT:  Well, that's what I mean. |
| 12:31:21PM | 3 | MR. GAUDET:  Sure. |
| 12:31:22PM | 4 | THE COURT:  I mean, because you're cross-examining |
| 12:31:25PM | 5 | the witness -- of course, the question is not evidence, so I |
| 12:31:31PM | 6 | mean -- but I don't know the basis for the question.  Why |
| 12:31:33PM | 7 | would the witness know that? |
| 12:31:35PM | 8 | MR. GAUDET:  Your Honor, let me clean this all up |
| 12:31:37PM | 9 | with a single question. |
| 12:31:39PM | 10 | BY MR. GAUDET: |
| 12:31:39PM | 11 | Q.  Dr. Mitzenmacher, you didn't undertake any analysis to |
| 12:31:42PM | 12 | figure out how many of Cisco's router and switch customers |
| 12:31:47PM | 13 | also buy Stealthwatch or also buy Cognitive Threat Analytics |
| 12:31:53PM | 14 | or also buy the Identity Services Engine.  You don't know any |
| 12:31:59PM | 15 | of those numbers.  Is that fair? |
| 12:32:00PM | 16 | A.  I certainly couldn't recite them to you.  Off the top of |
| 12:32:03PM | 17 | my head, I don't know them, but, again, since these are both |
| 12:32:06PM | 18 | system claims and computer-readable medium claims, which |
| 12:32:12PM | 19 | relate to the code on the switches and the performance of the |
| 12:32:15PM | 20 | switches and all our end routers, and all of these devices |
| 12:32:19PM | 21 | have the code there to do these things, as I've described, I |
| 12:32:23PM | 22 | just am not clear why that would specifically be relevant for |
| 12:32:27PM | 23 | me, but... |
| 12:32:30PM | 24 | Q.  I think we're where we need to be on that one. |
| 12:32:32PM | 25 | MR. GAUDET:  Your Honor, we're going to shift to the |

Carol L. Naughton, Official Court Reporter

—Mitzenmacher, M. - Cross—

12:32:34PM  1    next patent.

12:32:37PM  2            THE COURT:  Okay.

12:32:39PM  3    BY MR. GAUDET:

12:32:39PM  4    Q.  Let's go to the '806 patent.  And this is JTX-2.

12:32:47PM  5            This patent, Dr. Mitzenmacher, you've referenced as

12:32:51PM  6    the operationalized -- I'm sorry.  I'm jumping ahead of

12:32:56PM  7    myself.

12:32:57PM  8            You've referenced this as the rule swap patent,

12:32:59PM  9    correct?

12:33:00PM 10    A.  I believe that's one of the shorthands we've used, yeah.

12:33:05PM 11    Q.  Okay.  And on this one, in addition to routers and

12:33:07PM 12    switches, you're also accusing firewalls.  Is that fair?

12:33:10PM 13    A.  Yes.

12:33:11PM 14    Q.  Okay.  And you used this phrase "operationalized threat

12:33:15PM 15    intelligence" a few times.  I just want to be clear.  What do

12:33:18PM 16    you mean by the phrase "threat intelligence"?

12:33:20PM 17    A.  "Threat intelligence" would typically correspond to, you

12:33:26PM 18    know, information regarding threats, descriptions of threats.

12:33:31PM 19    There are a variety of different protocols and formats that

12:33:34PM 20    are used to describe this.

12:33:36PM 21            It could also be just intelligence information

12:33:39PM 22    gathered by -- you know, in the course of running the network

12:33:45PM 23    that Cisco sees that it later feeds back into this ecosystem

12:33:50PM 24    of information.

12:33:50PM 25    Q.  I want to get this straight in my head.

806

—————Mitzenmacher, M. - Cross—————

12:33:53PM  1          You used the phrase "threat indicators" at one
12:33:57PM  2  point.  Do you recall that?
12:33:57PM  3  A.   Yes.
12:33:57PM  4  Q.   And are threat indicators -- that's like threat
12:34:01PM  5  intelligence?
12:34:01PM  6  A.   That would be an example.
12:34:03PM  7  Q.   Okay.  Now, you repeated some testimony, or referenced
12:34:13PM  8  it, from Dr. Moore that Centripetal coined the phrase
12:34:17PM  9  "operationalized threat intelligence."
12:34:20PM 10          Do you remember saying that?
12:34:20PM 11  A.   I think I said that he had said that.
12:34:26PM 12  Q.   Okay.  Do you have any idea -- and then you said that
12:34:27PM 13  Cisco used that phrase, too.  Do you recall that?
12:34:30PM 14  A.   I did note that Cisco uses that phrase, too.
12:34:34PM 15  Q.   Okay.  When do you think Centripetal coined the phrase
12:34:41PM 16  "operationalized threat intelligence"?
12:34:42PM 17  A.   I would probably have to ask Dr. Moore.
12:34:45PM 18  Q.   Okay.  Well, Centripetal didn't have a product in the
12:34:47PM 19  marketplace until 2014.  You agree with me about that, right?
12:34:50PM 20  A.   That sounds about right.  I'd have to look it up, but --
12:34:55PM 21  Q.   That was the RuleGATE product.  Is that generally
12:34:58PM 22  familiar with you?
12:34:58PM 23  A.   Certainly the RuleGATE product, but did they have any
12:35:02PM 24  previous products or anything?  I don't recall what their
12:35:06PM 25  timeline exactly is, but that sounds about right.

Carol L. Naughton, Official Court Reporter

—Mitzenmacher, M. - Cross—

12:35:08PM 1    Q.  Well, you actually know and you've confirmed that Cisco

12:35:15PM 2    used the phrase "operationalized threat indicators" before

12:35:19PM 3    2014, right?

12:35:20PM 4    A.  You'd have to show me.  I mean --

12:35:20PM 5    Q.  Okay.

12:35:25PM 6    A.  -- I certainly don't recall offhand, but you could show

12:35:27PM 7    me.

12:35:28PM 8    Q.  Let's pull up Defendant's Exhibit --

12:35:30PM 9           THE COURT:  Operationalized -- what?

12:35:32PM 10          MR. GAUDET:  Threat indicators, the example of

12:35:43PM 11   threat intelligence that he just spoke of.

12:35:45PM 12          THE COURT:  Right, okay.

12:35:46PM 13   BY MR. GAUDET:

12:35:46PM 14   Q.  Let's pull up Defendant's Exhibit 632.

12:36:02PM 15          MR. GAUDET:  Your Honor, this will be in the small

12:36:05PM 16   notebook.

12:36:06PM 17          THE COURT:  Yes, I've got it, "Operationalizing

12:36:12PM 18   Threat Indicators."

12:36:13PM 19   BY MR. GAUDET:

12:36:14PM 20   Q.  This is a Cisco document, right, Dr. Mitzenmacher?

12:36:17PM 21   A.  It would appear to be.  Again, just for my reference,

12:36:25PM 22   because I can't recall, is this one of the documents, say,

12:36:30PM 23   from my report at some point?

12:36:33PM 24   Q.  It is, and I'm going to help you out there.

12:36:35PM 25          Let's split the screen, and I want to pull up --

Carol L. Naughton, Official Court Reporter

808

—Mitzenmacher, M. - Cross—

| | | |
|---|---|---|
| 12:36:41PM | 1 | it's going to be Page 68 or PDF 76 of your reply report. |
| 12:36:58PM | 2 | THE COURT:  Wait a minute.  This is what? |
| 12:36:59PM | 3 | MR. GAUDET:  So, Your Honor, one of the tabs in your |
| 12:37:03PM | 4 | binder says "Reply Report," and it's a copy of pages of |
| 12:37:07PM | 5 | Dr. Mitzenmacher's reply report in this case.  So what we've |
| 12:37:10PM | 6 | done is put -- when we want to compare something in these |
| 12:37:16PM | 7 | documents -- |
| 12:37:16PM | 8 | THE COURT:  Okay, 632.  Where did this other page |
| 12:37:19PM | 9 | come from? |
| 12:37:20PM | 10 | MR. GAUDET:  So 632 is the defendant's exhibit.  The |
| 12:37:23PM | 11 | other page is from his reply report, when he's talking about |
| 12:37:28PM | 12 | Exhibit 632. |
| 12:37:30PM | 13 | THE COURT:  Okay.  So I don't have the one on the |
| 12:37:33PM | 14 | right? |
| 12:37:35PM | 15 | MR. GAUDET:  So the reply report, Your Honor, should |
| 12:37:38PM | 16 | be towards the beginning of your small notebook.  There |
| 12:37:43PM | 17 | should be a tab that says "Reply Report" in your small |
| 12:37:47PM | 18 | notebook. |
| 12:37:47PM | 19 | THE COURT:  What tab is it? |
| 12:37:48PM | 20 | MR. GAUDET:  It literally says "Reply Report" in the |
| 12:37:54PM | 21 | cross binder. |
| 12:37:55PM | 22 | THE COURT:  Okay. |
| 12:37:58PM | 23 | MR. GAUDET:  And you see the first page indicates |
| 12:38:00PM | 24 | it's a reply report. |
| 12:38:02PM | 25 | THE COURT:  Right.  And look at Page what? |

Carol L. Naughton, Official Court Reporter

────Mitzenmacher, M. - Cross────

| | | |
|---|---|---|
| 12:38:04PM | 1 | MR. GAUDET:  Page 68. |
| 12:38:10PM | 2 | THE COURT:  Okay. |
| 12:38:10PM | 3 | BY MR. GAUDET: |
| 12:38:12PM | 4 | Q.  And what I want to do is just highlight the phrase, |
| 12:38:17PM | 5 | Doctor -- well, "Cisco-Centripetal 93527, which I discussed |
| 12:38:23PM | 6 | above, has a metadata date of 2013." |
| 12:38:30PM | 7 | That's in paragraph 94.  It's the third-to-last |
| 12:38:34PM | 8 | line. |
| 12:38:36PM | 9 | THE COURT:  Right.  That has a metadata date of |
| 12:38:44PM | 10 | 2013. |
| 12:38:44PM | 11 | MR. GAUDET:  Correct. |
| 12:38:49PM | 12 | THE COURT:  Okay.  Where -- okay.  Because there is |
| 12:38:51PM | 13 | no date that I can read on 632, so you're dating it based on |
| 12:38:56PM | 14 | his report. |
| 12:38:57PM | 15 | MR. GAUDET:  That's correct, Your Honor. |
| 12:39:02PM | 16 | THE WITNESS:  Well, you'd have to point me to when I |
| 12:39:05PM | 17 | say, "which I discussed above." |
| 12:39:07PM | 18 | I mean, a metadata date just means that there was |
| 12:39:12PM | 19 | some label somewhere that said it was 2013.  I don't recall |
| 12:39:15PM | 20 | the specifics of this document, but, you know, generally |
| 12:39:20PM | 21 | speaking, just because a file, like, on its metadata had a |
| 12:39:28PM | 22 | date of 2013, I generally might want some additional |
| 12:39:32PM | 23 | confirmation, but I don't recall what I said earlier. |
| 12:39:34PM | 24 | I also note that I -- you know, it's a bit weird.  I |
| 12:39:39PM | 25 | don't have my report, I think, on hand -- or I can see if I |

—Mitzenmacher, M. - Cross—

| 12:39:43PM | 1 | have a physical copy.  I have an electronic copy.  I don't |
| 12:39:46PM | 2 | know how this works in the new age.  Usually, I would have a |
| 12:39:50PM | 3 | copy of the binder, so... |
| 12:39:50PM | 4 | BY MR. GAUDET: |
| 12:39:53PM | 5 | Q.  Dr. Mitzenmacher, let me ask you a question. |
| 12:39:56PM | 6 | A.  Sure. |
| 12:39:56PM | 7 | Q.  Metadata -- metadata is information about a document that |
| 12:40:04PM | 8 | sort of travels with the document that tells you when it was |
| 12:40:07PM | 9 | created, when it was revised, maybe some other things. |
| 12:40:11PM | 10 | Is that a fair description of "metadata"? |
| 12:40:17PM | 11 | A.  That is certainly what it is supposed to do.  As I was |
| 12:40:20PM | 12 | stating -- and, again, it would help if I saw previously what |
| 12:40:23PM | 13 | I had said above in the report, because I clearly am |
| 12:40:28PM | 14 | referencing other things above in the report. |
| 12:40:30PM | 15 | THE COURT:  All right.  Well, this says -- it has |
| 12:40:43PM | 16 | this Cisco-Centripetal number on the bottom, 00093527, and |
| 12:41:00PM | 17 | then it has 001, so that's the same number. |
| 12:41:11PM | 18 | MR. GAUDET:  Right. |
| 12:41:13PM | 19 | THE WITNESS:  I think the point is that -- and, |
| 12:41:15PM | 20 | again, it would be helpful if you would point to a reference. |
| 12:41:18PM | 21 | My earlier discussion -- you know, just as I read this, |
| 12:41:22PM | 22 | typically when I would say something has a metadata date of |
| 12:41:31PM | 23 | something that's given to me by someone else, I would |
| 12:41:34PM | 24 | generally ask for additional information or an understanding |
| 12:41:36PM | 25 | of where that metadata date came from. |

811

———Mitzenmacher, M. - Cross———

12:41:38PM 1      But if you would like to say that the document came

12:41:41PM 2  from 2013, which I think is what this is actually saying,

12:41:45PM 3  like that Cisco's purported date for this document is 2013,

12:41:48PM 4  and I was working under that purported assumption.

12:41:54PM 5  BY MR. GAUDET:

12:41:54PM 6  Q.  Just to be clear, sir, the document on the right, those

12:41:58PM 7  are your words in your report saying that it's got a metadata

12:42:02PM 8  date of 2013.

12:42:03PM 9  A.  Again, like, if you could point me to the report or allow

12:42:06PM 10  me to look at my report to say when I say -- which I

12:42:09PM 11  discussed about has a metadata date of 2013.  You know, how I

12:42:14PM 12  read that or why I infer that is that the document you

12:42:18PM 13  provided us had a purported date of 2013, you know, again,

12:42:23PM 14  from the metadata, but I, myself, can't verify the Cisco

12:42:29PM 15  metadata.  So I don't know -- I'm not trying to verify that,

12:42:33PM 16  or I am not a suitable verification --

12:42:37PM 17  Q.  Sir, let me do it this way:

12:42:39PM 18      I do not want there to be any suggestion that I'm

12:42:42PM 19  keeping anything from you.  My understanding was that counsel

12:42:44PM 20  for the plaintiff were going to provide you with a copy of

12:42:47PM 21  your reports and you would have them there.

12:42:48PM 22  A.  Okay.  I can check if I have them.

12:42:50PM 23  Q.  I'm quite sure that if there is something that

12:42:54PM 24  contradicts this, they will point it out on redirect, okay?

12:42:57PM 25  I would like to move on, if that's okay.

Carol L. Naughton, Official Court Reporter

─Mitzenmacher, M. - Cross─

| | | |
|---|---|---|
| 12:43:00PM | 1 | THE COURT:  Yes, I would like that.  Let's move on. |
| 12:43:06PM | 2 | MR. GAUDET:  Absolutely. |
| 12:43:06PM | 3 | BY MR. GAUDET: |
| 12:43:06PM | 4 | Q.  Let's talk about the '806 patent.  I want to pull up the |
| 12:43:10PM | 5 | patent, and the patent is JTX-2. |
| 12:43:21PM | 6 | And so this is the rule swap patent, right, sir? |
| 12:43:27PM | 7 | A.  I think that's right, yes. |
| 12:43:29PM | 8 | Q.  Okay.  And what I would like to do is go to the first |
| 12:43:37PM | 9 | page of the specification of the patent, the first column of |
| 12:43:43PM | 10 | the specification of the patent, and what I'd like to do is |
| 12:44:17PM | 11 | blow up the upper left portion, beginning with rule swapping |
| 12:44:23PM | 12 | in a packet network, on down to just before the summary. |
| 12:44:26PM | 13 | THE COURT:  What page of the patent are you on? |
| 12:44:28PM | 14 | MR. GAUDET:  So, Your Honor, the Bates number would |
| 12:44:30PM | 15 | be 1261, I believe.  And tell me when you've got that. |
| 12:44:50PM | 16 | THE COURT:  I've got it. |
| 12:44:51PM | 17 | MR. GAUDET:  Okay. |
| 12:44:51PM | 18 | BY MR. GAUDET: |
| 12:44:52PM | 19 | Q.  And, Dr. Mitzenmacher, this is the very beginning of the |
| 12:44:55PM | 20 | patent, column 1, correct? |
| 12:44:57PM | 21 | A.  I mean it's labeled "column 1" up top, sure.  I have |
| 12:45:02PM | 22 | that. |
| 12:45:02PM | 23 | Q.  And it's the background.  It tells us what the prior art |
| 12:45:05PM | 24 | was and what the problem was, correct? |
| 12:45:07PM | 25 | A.  That might be a typical thing the background would do.  I |

Carol L. Naughton, Official Court Reporter

813

——————Mitzenmacher, M. - Cross——————

12:45:13PM  1   would have to read this over again to say what this actually

12:45:17PM  2   does.

12:45:18PM  3   Q.  Okay.  I just want to point out five or six sentences,

12:45:20PM  4   and then we're going to move on.

12:45:22PM  5        The first sentence says, "Network protection

12:45:24PM  6   devices, e.g., firewalls, implement rules with respect to

12:45:29PM  7   packet switch network traffic entering or leaving the

12:45:33PM  8   networks they protect."

12:45:34PM  9        Do you see that?

12:45:35PM  10  A.  Yes.

12:45:35PM  11  Q.  Right.  And tell me, things like firewalls, they use

12:45:41PM  12  packets to protect networks.  That's been going on for a long

12:45:46PM  13  time, right?

12:45:46PM  14  A.  I think you misspoke.  I think you said they use packets

12:45:51PM  15  to protect networks, and I think you probably meant to say

12:45:54PM  16  "use rules."

12:45:55PM  17  Q.  I'm sorry.  You are 100 percent right about that.  They

12:45:57PM  18  use rules.  Thank you.

12:46:00PM  19        And the next sentence confirms the devices -- they

12:46:04PM  20  compare rules with traffic, correct?

12:46:05PM  21  A.  That is what it says.

12:46:07PM  22  Q.  Okay.  That's been going on for a long time.

12:46:12PM  23  A.  I mean, that's your characterization, but that, it

12:46:14PM  24  doesn't say, but it says it's in the background.

12:46:17PM  25  Q.  Let's go to the next paragraph, and I want to highlight

Carol L. Naughton, Official Court Reporter

─────Mitzenmacher, M. - Cross─────

12:46:23PM  1   the sentence, "Network protection devices may require time to

12:46:28PM  2   switch between rules."

12:46:29PM  3          Do you see that?

12:46:31PM  4   A.  Yes.

12:46:31PM  5   Q.  Okay.  So, again, as the background of this patent,

12:46:37PM  6   network protection devices will switch between rule sets.

12:46:40PM  7   Switching between rule sets is something that was already

12:46:43PM  8   done.

12:46:45PM  9   A.  Well, I would say not in the manner described here, but

12:46:52PM  10  certainly people -- I mean, this was the problem it was

12:46:54PM  11  trying to solve, was the changing of rule sets.

12:46:58PM  12  Q.  Okay.  And then the next sentence says, "As the rules

12:47:01PM  13  increase in complexity, the time required for switching

12:47:06PM  14  between them presents obstacles for effective

12:47:10PM  15  implementation."

12:47:10PM  16         Do you see that?

12:47:11PM  17  A.  Yes.

12:47:11PM  18  Q.  Okay.  Then there's a few more sentences, and we're going

12:47:14PM  19  to kind of get to the punch line.

12:47:16PM  20         "For example, a network protection device may be

12:47:21PM  21  unable to process network traffic while switching between the

12:47:25PM  22  rule sets due to the utilization of resources for

12:47:29PM  23  implementing the new rule set."

12:47:31PM  24         Do you see that?

12:47:32PM  25  A.  Yes.

815

—————Mitzenmacher, M. - Cross—————

12:47:32PM  1    Q.  Okay.  And, again, that was just generally a problem the

12:47:38PM  2    patent identified.  Is that fair?

12:47:39PM  3    A.  I think that's an issue that it's putting in the

12:47:42PM  4    background, yes.

12:47:42PM  5    Q.  And then I want to highlight this next one.

12:47:45PM  6         "Additionally, while implementing a new rule set, a

12:47:49PM  7    network protection device may continue processing packets in

12:47:55PM  8    accordance with an outdated rule set."

12:47:58PM  9         Do you see that?

12:47:58PM  10   A.  Yes.

12:48:00PM  11   Q.  And that was the problem, right; that you might keep

12:48:03PM  12   using the old rule set, even though a new rule set showed up?

12:48:09PM  13   A.  That's -- I would say that's an issue or something that

12:48:14PM  14   might be looked at, but, again, that's just part of the

12:48:20PM  15   background of the patent.

12:48:22PM  16   Q.  And then the next sentence says, "In certain

12:48:26PM  17   circumstances, e.g., in the event of a network attack, such

12:48:31PM  18   processing may exacerbate rather than mitigate the impetus

12:48:36PM  19   for the rule set switch."

12:48:38PM  20        Do you see that?

12:48:39PM  21   A.  Yes.

12:48:41PM  22   Q.  Okay.  These were the problems the patent was trying to

12:48:45PM  23   solve, right?

12:48:45PM  24   A.  I would say this is the collection of background that was

12:48:52PM  25   prior to setting of the patent and they relate to some of the

———Mitzenmacher, M. - Cross———

12:48:54PM   1   issues that the patent was trying to improve.

12:48:57PM   2   Q.  And the reference to an outdated rule set, that's the old

12:49:02PM   3   rule set, right, the one that's being swapped out?

12:49:24PM   4   A.  That would typically, I think, outdate their --

12:49:28PM   5   correspond in some settings to an old rule set.

12:49:30PM   6   Q.  So let's now shift to the accused products, okay?

12:49:37PM   7        For both the accused firewalls and the accused

12:49:42PM   8   routers and switches, when the new rule set arrives, the

12:49:47PM   9   Cisco products keep using the old outdated rule set, right?

12:49:51PM   10  A.  So for the time that it takes in order to prepare a

12:49:59PM   11  packet where it needs to go, but, again, that's already after

12:50:02PM   12  multiple layers of processing, from -- you know, before it

12:50:05PM   13  even gets to the switches, it has to be, you know, checked or

12:50:09PM   14  tested or produced by the corresponding management devices,

12:50:14PM   15  so I think, relatively speaking, it's a small amount of time

12:50:21PM   16  and, you know, obviously, as we've seen, an acceptable amount

12:50:29PM   17  of time, compared to the issues of dropping packets, which --

12:50:33PM   18  or not applying rules to packets, which could lead to more

12:50:39PM   19  severe problems.

12:50:40PM   20  Q.  I thought it was a more straightforward question than

12:50:44PM   21  that.  If there's a part that you don't understand, please

12:50:46PM   22  tell me.  I'm just trying to understand.

12:50:49PM   23        THE COURT:  Well, as I understand the evidence,

12:50:57PM   24  Cisco's new products eliminate that problem.  They no longer

12:51:06PM   25  use the outdated rule set while the processing is going on as

─────Mitzenmacher, M. - Cross─────

| 12:51:23PM | 1 | soon as the -- what was the word?  Comprised? |
| 12:51:25PM | 2 | MR. GAUDET:  Compile?  I think compile, Your Honor. |
| 12:51:30PM | 3 | THE COURT:  Yeah, compile the new rule set -- they |
| 12:51:39PM | 4 | begin using the new rules. |
| 12:51:42PM | 5 | MR. GAUDET:  Your Honor, that is exactly the point |
| 12:51:43PM | 6 | that we need to make clear, because we disagree with what the |
| 12:51:51PM | 7 | evidence showed about that.  So I'm going to ask him some |
| 12:51:54PM | 8 | questions about that point. |
| 12:51:55PM | 9 | I want to pull up DTX-1290. |
| 12:52:02PM | 10 | THE COURT:  Which book is this in? |
| 12:52:09PM | 11 | MR. GAUDET:  Your Honor, give me just one moment. |
| 12:52:21PM | 12 | (There was a pause in the proceedings.) |
| 12:52:21PM | 13 | MR. GAUDET:  Your Honor, it's in the small book, |
| 12:52:23PM | 14 | DTX-1290.  It's in the small cross book. |
| 12:52:31PM | 15 | THE COURT:  Okay. |
| 12:52:36PM | 16 | BY MR. GAUDET: |
| 12:52:36PM | 17 | Q.  I want to go to Page 616, which actually has a Bates |
| 12:52:40PM | 18 | number of 668. |
| 12:52:44PM | 19 | THE COURT:  All right.  Do you want to introduce |
| 12:52:46PM | 20 | this exhibit? |
| 12:52:48PM | 21 | MR. GAUDET:  I do, Your Honor, yes. |
| 12:52:49PM | 22 | THE COURT:  This is DTX-1290? |
| 12:52:55PM | 23 | MR. GAUDET:  That's correct. |
| 12:52:56PM | 24 | THE COURT:  DTX-1290, and this is titled "ASA CLI |
| 12:53:22PM | 25 | configuration."  Let me check again to make sure I understand |

—Mitzenmacher, M. - Cross—

| | | |
|---|---|---|
| 12:53:52PM | 1 | what ASA and CLI mean. |
| 12:53:54PM | 2 | ASA is Adaptive Security Appliance.  CLI is Command |
| 12:53:55PM | 3 | Line Interface.  Okay. |
| 12:53:57PM | 4 | BY MR. GAUDET: |
| 12:53:58PM | 5 | Q.  So the page that we want to go to, Your Honor, is Bates |
| 12:54:02PM | 6 | number 668, and then over to 669.  Those are the Bates |
| 12:54:08PM | 7 | numbers on the bottom of the page. |
| 12:54:12PM | 8 | THE COURT:  668 and 669. |
| 12:54:23PM | 9 | MR. GAUDET:  That's correct. |
| 12:54:23PM | 10 | BY MR. GAUDET: |
| 12:54:23PM | 11 | Q.  Doctor, you see that there's a chart kind of at the |
| 12:54:25PM | 12 | bottom of Page 668, up to the top of 669.  Do you see that? |
| 12:54:28PM | 13 | A.  Yes. |
| 12:54:29PM | 14 | Q.  And this is -- I believe it might be the same chart you |
| 12:54:31PM | 15 | talked about at one point yesterday; is that correct? |
| 12:54:33PM | 16 | A.  It may be.  It looks very similar. |
| 12:54:41PM | 17 | Q.  Okay.  And you see the chart.  It breaks things up into |
| 12:54:43PM | 18 | time periods, right, before compilation, during compilation, |
| 12:54:47PM | 19 | and after compilation.  Do you see that? |
| 12:54:50PM | 20 | A.  Yes. |
| 12:54:50PM | 21 | Q.  Okay.  And compilation -- that is the optimization. |
| 12:54:56PM | 22 | That's the configuration that enables rules to be looked up |
| 12:55:02PM | 23 | faster.  That's what lets them run fast and gets them ready |
| 12:55:06PM | 24 | to use, right? |
| 12:55:07PM | 25 | A.  I don't think I'd characterize it maybe that way. |

Carol L. Naughton, Official Court Reporter

──────Mitzenmacher, M. - Cross──────

12:55:10PM   1   "Compilation," I think, is just the process of preparing the

12:55:14PM   2   rules for placement in the ternary content-addressable

12:55:20PM   3   memory.

12:55:20PM   4   Q.  Okay.  Well, let's look at what the document says.  Let's

12:55:22PM   5   highlight the first sentence of the -- it would be the second

12:55:27PM   6   paragraph above the chart on Page 68.

12:55:37PM   7           "The performance is affected because the rule engine

12:55:40PM   8   compiles rules to enable faster rule lookup."

12:55:46PM   9           Do you see that?

12:55:46PM  10   A.  Yes.  I mean, you've put them in the TCAM because the

12:55:51PM  11   TCAM -- sorry -- the ternary content-addressable memory

12:55:56PM  12   provides a way of performing on the rules faster.

12:55:59PM  13           I mean, that's just saying you always want to put

12:56:01PM  14   things into the ternary content-addressable memory because

12:56:06PM  15   that's the right setup for matching rules.

12:56:06PM  16   Q.  And we'll have plenty of Cisco witnesses who will testify

12:56:14PM  17   about this, as well.  I want to understand your

12:56:15PM  18   understanding.

12:56:15PM  19           You're saying that that reference compiles rules to

12:56:19PM  20   enable faster rule lookup, and all that's talking about is

12:56:24PM  21   moving the rules to a new place.

12:56:25PM  22   A.  That's part of compiling.  I mean, it says, "to enable

12:56:30PM  23   faster lookup."  That's in the ternary content-addressable

12:56:35PM  24   memory.  That's the way I would interpret -- that's what the

12:56:38PM  25   active compilation does; it gets things so that you can move

—Mitzenmacher, M. - Cross—

| | | |
|---|---|---|
| 12:56:41PM | 1 | them into the TCAM. |
| 12:56:43PM | 2 | Q.  Right, and it also -- it makes them -- this process of |
| 12:56:47PM | 3 | compiling the rules, sir, it's very processor-intensive.  In |
| 12:56:51PM | 4 | other words, it takes a lot of the system's resources to |
| 12:56:55PM | 5 | compile the rules, right? |
| 12:56:55PM | 6 | A.  It can certainly take some system resources.  I haven't |
| 12:56:59PM | 7 | measured it, but I do note that while it's compiling, its |
| 12:57:08PM | 8 | rate gets lower.  That may be an issue with the compiling, or |
| 12:57:11PM | 9 | it may just be an issue of the fact that it's trying to match |
| 12:57:14PM | 10 | the new rules. |
| 12:57:15PM | 11 | Q.  Okay.  Now, I want to pull the chart together -- |
| 12:57:18PM | 12 | MR. GAUDET:  And, Your Honor, this will be the last |
| 12:57:20PM | 13 | thing I cover before lunch, if that's sounds good, to just |
| 12:57:23PM | 14 | talk about this chart. |
| 12:57:24PM | 15 | THE COURT:  Yes, that sounds good. |
| 12:57:27PM | 16 | MR. GAUDET:  Okay. |
| 12:57:26PM | 17 | BY MR. GAUDET: |
| 12:57:36PM | 18 | Q.  Now, the chart shows the default mode, right?  That's the |
| 12:57:40PM | 19 | old mode, correct? |
| 12:57:41PM | 20 | A.  Yes, that's before the transactional commit mode. |
| 12:57:45PM | 21 | Q.  In the old mode, before compilation happens, you match |
| 12:57:51PM | 22 | the old rules.  At that point, you know, the new rules |
| 12:57:54PM | 23 | haven't even gotten there yet, right? |
| 12:57:57PM | 24 | THE COURT:  The one on the bottom -- |
| 12:57:59PM | 25 | MR. GAUDET:  We're up on the top, Your Honor.  Let's |

—————Mitzenmacher, M. - Cross—————

12:58:02PM  1  highlight what we're talking about.

12:58:03PM  2         Mr. Simons, if you would, highlight "Matches old

12:58:06PM  3  rules."

12:58:06PM  4         THE COURT:  Well, it says that under both of them.

12:58:09PM  5         MR. GAUDET:  Absolutely, and this is basically --

12:58:09PM  6  BY MR. GAUDET:

12:58:12PM  7  Q.  The new rules haven't gotten there yet, so we have no

12:58:15PM  8  choice but to match the old rules, right?

12:58:17PM  9  A.  Well, I mean, they may have gotten there, but they

12:58:20PM  10  haven't been compiled yet.

12:58:22PM  11  Q.  And now the next one is we start compiling the new rules,

12:58:26PM  12  right?  That's the next column over, right?

12:58:29PM  13  A.  When the rules come in -- so in the old model, while it's

12:58:35PM  14  compiling, it will go through -- and I think I talked about

12:58:38PM  15  this -- sort of difficult challenges that they were facing in

12:58:45PM  16  trying to apply new rules while they were compiling, because

12:58:51PM  17  the old rules were still in the TCAM, ternary

12:58:57PM  18  content-addressable memory, still in the system.

12:59:00PM  19  Q.  The slowdown in the old system was because you were

12:59:05PM  20  trying to apply rules that hadn't been compiled yet; they

12:59:08PM  21  weren't ready for easy searching.  Is that right?

12:59:10PM  22  A.  Yeah.  I mean, that's what I'm saying.  You want to move

12:59:16PM  23  everything into the ternary content-addressable memory

12:59:20PM  24  because that's a faster way to match.  So that is why you

12:59:23PM  25  split things this way, into the phases in the transactional

────── Mitzenmacher, M. - Cross ──────

12:59:26PM   1   system.

12:59:27PM   2   Q.  Okay.  So let's take out the old highlighting, and let's

12:59:30PM   3   highlight "during compilation."

12:59:33PM   4          So in the old system, during compilation, we matched

12:59:37PM   5   the new rules, even though they haven't been compiled yet.

12:59:40PM   6   We just go ahead and start using them right way, right?

12:59:45PM   7   That's the whole system.

12:59:46PM   8   A.  That is the plan.  As noted, there are various problems

12:59:49PM   9   with that.

12:59:50PM  10   Q.  Okay.  The new system is underneath that.  This is the

12:59:52PM  11   one you're accusing of infringement.  Let's highlight "during

12:59:56PM  12   compilation" underneath it.

12:59:57PM  13          The new system -- the new rules arrive.  We compile

01:00:01PM  14   them, we get them ready for searching, but we keep using the

01:00:04PM  15   old rules, the outdated rules, right?

01:00:07PM  16   A.  Right.  I mean, we saw documents that said, for instance,

01:00:13PM  17   that the customer said, you know, the very minimal delay of

01:00:16PM  18   the compilation, compared to the time gathering the rules,

01:00:20PM  19   that that was less important than the issues related to

01:00:23PM  20   dropping or not being able to handle the traffic.

01:00:27PM  21          So I agree it's a trade-off, but that's exactly what

01:00:32PM  22   the patent was designed to help with.

01:00:34PM  23   Q.  Well, sir, we're going to get back to that.  That's most

01:00:37PM  24   certainly not what the abstract just said, right?  The

01:00:39PM  25   abstract told us, don't use outdated rules, right?

———Mitzenmacher, M. - Cross———

01:00:42PM  1   A.  No, not at all.  I mean, these things are all trade-offs

01:00:46PM  2   that said that ideally you want to use the old rules for as

01:00:51PM  3   small a time as possible.

01:00:52PM  4           But, obviously, there are other problems that it

01:00:54PM  5   could lead to, such as not being be able to handle the

01:00:57PM  6   traffic, having to drop packets, and so what it was doing was

01:01:01PM  7   providing a system precisely to try and, I think, minimize

01:01:05PM  8   the amount of time that you'd have old rules while

01:01:08PM  9   maintaining performance.

01:01:09PM  10  Q.  One last question, and then I'll propose maybe we take

01:01:11PM  11  our lunch break.

01:01:13PM  12          This is with respect to the firewalls and the

01:01:17PM  13  transactional commit model.

01:01:21PM  14  A.  That sounds right.

01:01:22PM  15  Q.  The same is true with respect to the routers and the

01:01:25PM  16  switches under what's called the hitless ACL update; namely,

01:01:30PM  17  when the new rules arrive, we keep using the old rules during

01:01:35PM  18  the compilations, correct?

01:01:36PM  19  A.  I'm not sure that's true, and I certainly don't think

01:01:41PM  20  it's true in all cases.

01:01:44PM  21          I think the issue is sometimes there that they

01:01:47PM  22  arrange to drop packets.  There are various settings there,

01:01:51PM  23  and I think it's more complicated than you're saying.

01:01:53PM  24  Q.  With the hitless ACL, after the new rules arrive, did the

01:01:59PM  25  system keep using the old rules while it's empowering the new

Carol L. Naughton, Official Court Reporter

824

—Mitzenmacher, M. - Cross—

| | |
|---|---|
| 01:01:59PM | 1 |
| 01:02:03PM | 2 |
| 01:02:06PM | 3 |
| 01:02:10PM | 4 |
| 01:02:13PM | 5 |
| 01:02:18PM | 6 |
| 01:02:21PM | 7 |
| 01:02:25PM | 8 |
| 01:02:29PM | 9 |
| 01:02:33PM | 10 |
| 01:02:34PM | 11 |
| 01:02:35PM | 12 |
| 01:02:37PM | 13 |
| 01:02:44PM | 14 |
| 01:02:52PM | 15 |
| 01:02:56PM | 16 |
| 01:02:59PM | 17 |
| 01:03:02PM | 18 |
| 01:03:06PM | 19 |
| 01:03:07PM | 20 |
| 01:03:11PM | 21 |
| 01:03:15PM | 22 |
| 01:03:19PM | 23 |
| 01:03:23PM | 24 |
| 01:03:26PM | 25 |

1  rules?

2  A.  You're saying the hitless ACL, so I wasn't sure if you

3  were talking about the previous model or the new model.  But

4  if you're talking about under the new system, right, it will,

5  yes.  Until the stuff is ready for the actual swap, it will

6  use what's in the system.

7  Q.  The system you are accusing of infringement keeps using

8  the old rules, even after the new rules arrive, correct?

9  A.  Well, that's because it has to compile them in order to

10  put them into the system.

11  Q.  Exactly.

12  A.  But in the switches and routers, there isn't any system

13  like -- you know, in the previous system, it would actually

14  just drop packets, so that would be an even worse problem.

15  It's not an apples-to-apples comparison, because the default

16  model is different than the routers and switches.

17          THE COURT:  All right.  How do we know -- you're

18  saying the old system is on top and the new system is on the

19  bottom?

20          THE WITNESS:  He switched to the different products,

21  sir.  Like this chart is for the firewall products, but he

22  was talking about the other set of products, so we should

23  erase these charts, because they don't apply to this other

24  set of products.

25          THE COURT:  This applies only to the firewalls?

Carol L. Naughton, Official Court Reporter

825

———Mitzenmacher, M. - Cross———

01:03:29PM   1           THE WITNESS:  Yes.

01:03:30PM   2           THE COURT:  Is that right, Counsel?  Well, I can't

01:03:32PM   3   ask you.

01:03:32PM   4           MR. GAUDET:  Well, Your Honor, the document is still

01:03:35PM   5   up.  We can take the document down.

01:03:36PM   6           My question to him was --

01:03:38PM   7           THE COURT:  Don't take anything down.  Put it back.

01:03:42PM   8           MR. GAUDET:  Put it back up.  Put it back up.  Put

01:03:42PM   9   it back up.

01:03:44PM  10           My question to him was with respect to the other

01:03:47PM  11   products, the ASA -- sorry, the routers and the switches.  Is

01:03:53PM  12   it the same with respect to the new thing they are accusing?

01:03:58PM  13   In other words, is this basic logic the same; that in those

01:04:02PM  14   other products, okay, the routers and the switches, under the

01:04:07PM  15   new model, he's accusing, when the new rules arrive, we keep

01:04:11PM  16   using the old rules during compilation?  That was my question

01:04:15PM  17   to him.

01:04:16PM  18           MR. HANNAH:  Your Honor, if he's going to start

01:04:19PM  19   talking about other products, I think he should show him the

01:04:23PM  20   documents for the other products, rather than showing him

01:04:25PM  21   documents for something else.

01:04:26PM  22           THE COURT:  Wait a minute.

01:04:30PM  23           How do I know which is the new system and which is

01:04:33PM  24   the old system?  There's nothing on here with the date or

01:04:39PM  25   anything.  You're telling me, in the way you asked the

Carol L. Naughton, Official Court Reporter

826

─────Mitzenmacher, M. - Cross─────

01:04:43PM  1   question, that the old system is on top and the new system is
01:04:48PM  2   on the bottom.  That's what you're telling me, Counsel.  Is
01:04:53PM  3   that right?
01:04:53PM  4           MR. GAUDET:  Yeah, and I'll establish that with the
01:04:55PM  5   witness, if that would be helpful.
01:04:57PM  6   BY MR. GAUDET:
01:04:57PM  7   Q.  Dr. Mitzenmacher, the old system is on top, right?
01:04:59PM  8   A.  I guess I'm not sure what you mean by "old system."  Here
01:05:04PM  9   it's referring to it as the default, and I believe they use
01:05:08PM 10   something similar in the previous products.
01:05:10PM 11           THE COURT:  It says "default" on top and
01:05:13PM 12   "transactional" on the bottom.  I don't know if that changes
01:05:18PM 13   anything, but we'll take our luncheon recess now and you can
01:05:25PM 14   get that straight, so that we can straighten it out after our
01:05:30PM 15   luncheon recess.  We'll resume at 2:05.
01:08:04PM 16           (The proceedings recessed at 1:05 p.m.)
           17                       CERTIFICATION
           18
           19      I certify that the foregoing is a correct transcript
           20   from the record of proceedings in the above-entitled matter.
           21
           22
           23   _____/s/_____
           24                    Carol L. Naughton
           25                    May 13, 2020

Carol L. Naughton, Official Court Reporter