1              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
2                   Norfolk Division

3

  - - - - - - - - - - - - - - - - - -
4                       )
    CENTRIPETAL NETWORKS, INC.,    )
5                       )
        Plaintiff,        )     CIVIL ACTION NO.
6                     )       2:18cv94
    v.                   )
7                       )
    CISCO SYSTEMS, INC.,        )
8                       )
        Defendant.        )
9  - - - - - - - - - - - - - - - - - -

10         **\* \* CONFIDENTIAL INFORMATION REDACTED \* \***

11

12     TRANSCRIPT OF VIDEOCONFERENCE BENCH TRIAL PROCEEDINGS

13                 Norfolk, Virginia

14                  May 14, 2020

15                   Volume 7A
                Pages 898-1008
16

17  BEFORE:  THE HONORABLE HENRY COKE MORGAN, JR.
          United States District Judge
18

19

  APPEARANCES:
20

          KAUFMAN & CANOLES, P.C.
21          By:  Stephen E. Noona
              - and -
22          KRAMER LEVIN NAFTALIS & FRANKEL LLP
          By:  Paul J. Andre
23             Counsel for the Plaintiff

24          DUANE MORRIS LLP
          By:  Louis N. Jameson
25             Counsel for the Defendant

```
1                           I N D E X

2    PLAINTIFF'S
     WITNESS                                               PAGE
3
      ERIC COLE, Ph.D.
4          Direct Examination (Resumed) By Mr. Andre        900

5

6                           E X H I B I T S
     PLAINTIFF'S
     NO.                                                   PAGE
7
```

```
8     PTX-963                                              902
      PTX-1925                                             903
      PTX-408, Pages 144 and 149                           905
9     PTX-989                                              910
      PTX-573                                              916
10    PTX-1008                                             918
      PTX-20                                               920
11    PTX-1081                                             923
      PTX-1010                                             925
12    PTX-1926                                             926
      PTX-570                                              929
13    PTX-578                                              932
      PTX-1849, Page 244                                   934
14    PTX-1066                                             939
      PTX-1009                                             940
15    PTX-66                                               945
      PTX-996                                              957
16    PTX-1927                                             959
      PTX-584                                              961
17    PTX-1928                                             962
      PTX-256                                              965
18    PTX-1929                                             967
      PTX-1060                                             983
19    PTX-572                                              988
      PTX-569                                              989
20    PTX-1849, Page 243                                   992
      PTX-1065                                             994
21    PTX-1065                                             996
      PTX-591                                              996
22    PTX-1009, Page 9                                     998
      PTX-1849, Page 7                                     1001
23    PTX-1089                                             1002
      PTX-1089, Pages 979 and 1238                         1004
24    PTX-595                                              1005
      PTX-1018                                             1006
```

```
25
```

Cole, E. - Direct

| | | |
|---|---|---|
| 1 | (Proceedings commenced at 10:01 a.m.) | 09:49:46 |
| 2 | THE CLERK:  Civil Action Number 2:18cv94, | 10:01:46 |
| 3 | Centripetal Networks, Inc. v. Cisco Systems, Inc. | 10:01:50 |
| 4 | For the plaintiff, Mr. Andre, Mr. Noona, are you | 10:01:52 |
| 5 | ready to proceed? | 10:01:55 |
| 6 | MR. NOONA:  We are, Your Honor. | 10:01:58 |
| 7 | THE CLERK:  For the defendants, Mr. Jameson, are you | 10:01:59 |
| 8 | ready to proceed? | 10:02:02 |
| 9 | MR. JAMESON:  We are, Your Honor. | 10:02:03 |
| 10 | THE COURT:  All right.  We'll resume with the direct | 10:02:06 |
| 11 | examination of Dr. Cole. | 10:02:11 |
| 12 | ERIC COLE, Ph.D., called by the Plaintiff, having | 10:02:16 |
| 13 | been previously duly sworn, was examined and testified | 10:02:16 |
| 14 | further as follows: | 10:02:16 |
| 15 | DIRECT EXAMINATION (Resumed) | 10:02:17 |
| 16 | BY MR. ANDRE: | 10:02:17 |
| 17 | Q.  Dr. Cole, if you would turn back on your video... | 10:02:18 |
| 18 | Thank you. | 10:02:22 |
| 19 | MR. ANDRE:  May it please the Court? | 10:02:22 |
| 20 | BY MR. ANDRE: | 10:02:22 |
| 21 | Q.  Dr. Cole, when we left off yesterday, we were talking | 10:02:25 |
| 22 | about the importance of Encrypted Traffic Analytics to | 10:02:28 |
| 23 | Cisco's new network, and we were showing Exhibit PTX-452. | 10:02:33 |
| 24 | I'd like to pull the front page of that up. | 10:02:39 |
| 25 | This is the June 20, 2017 press release where Cisco | 10:02:45 |

Cole, E. - Direct

1    announced the unveiling of the "Network of the Future."  Do          10:02:49

2    you recall that?                                                     10:02:53

3    A.  Yes, I do.                                                       10:02:54

4    Q.  And I'd like to turn your attention to Pages 2 -- bottom         10:02:56

5    of Page 2 and top of Page 3 of this exhibit and look at the         10:03:02

6    availability of this new technology.                                10:03:07

7            Could you just tell the Court of the -- what's -- in         10:03:14

8    this case when the Catalyst switches were going to be               10:03:17

9    available.                                                          10:03:20

10   A.  The Catalyst switches are available June and July 2017,         10:03:21

11   and then the Encrypted Traffic Analytics was scheduled for          10:03:28

12   September 2017.                                                     10:03:32

13   Q.  And when was the DNA center going to be available?             10:03:33

14   A.  The DNA center was available August 2017.                      10:03:39

15   Q.  Thank you.  I'd like to show you what's been marked as         10:03:43

16   PTX-963.                                                           10:03:48

17           Dr. Cole, do you know what this document is?              10:03:52

18   A.  Yes.  This is a blog post for an executive platform that      10:03:54

19   Cisco posts on where they're talking about their Encrypted        10:04:00

20   Traffic Analytics.                                                 10:04:04

21           MR. ANDRE:  Your Honor, I'd like to admit PTX-963        10:04:04

22   into evidence.                                                     10:04:11

23           MR. JAMESON:  No objection.                               10:04:12

24           THE COURT:  Just a moment.                                10:04:13

25           All right.  PTX-963 will be admitted.                     10:05:03

Cole, E. - Direct

| | |
|---|---|
| 1 | (Plaintiff's Exhibit PTX-963 was received in | 10:05:06 |
| 2 | evidence.) | 10:05:08 |
| 3 | BY MR. ANDRE: | 10:05:08 |
| 4 | Q.  Dr. Cole, looking at the title of PTX-963, the "Cisco | 10:05:09 |
| 5 | Extends Encrypted Traffic Analytics to Nearly 50,000 | 10:05:14 |
| 6 | Customers," did that influence your opinion as to whether or | 10:05:19 |
| 7 | not the Encrypted Traffic Analytics was an important platform | 10:05:21 |
| 8 | for Cisco? | 10:05:25 |
| 9 | A.  Yes, it did.  It shows that they're pushing this out to a | 10:05:25 |
| 10 | large number of customers.  And what is also particularly of | 10:05:29 |
| 11 | interest is that first sentence:  "Cisco has solved one of | 10:05:33 |
| 12 | the biggest challenges facing the security industry."  And, | 10:05:38 |
| 13 | in my opinion, the way they were able to do this was by | 10:05:43 |
| 14 | utilizing the '856 patent. | 10:05:47 |
| 15 | Q.  And if you look down to that next paragraph, it says, "A | 10:05:49 |
| 16 | breakthrough technology identifies malware in encrypted | 10:05:55 |
| 17 | traffic without having to break the packets and inspect the | 10:05:59 |
| 18 | contents."  What is that referring to? | 10:06:02 |
| 19 | A.  That's referring to a big challenge.  As we talked about | 10:06:03 |
| 20 | yesterday, the old way of dealing with encrypted traffic was | 10:06:09 |
| 21 | to actually decrypt it each time, which created security | 10:06:11 |
| 22 | issues, efficiency issues, and performance issues.  So the | 10:06:15 |
| 23 | hard challenge that everyone in the industry was trying to | 10:06:20 |
| 24 | solve was how can you analyze encrypted traffic without | 10:06:22 |
| 25 | actually decrypting it, and Centripetal, via the '856 patent, | 10:06:27 |

Carol L. Naughton, Official Court Reporter

```
                            ─────Cole, E. - Direct─────
```

1   was able to solve that problem.                                    10:06:31

2   Q.  I want to show you a piece of a deposition that was            10:06:33

3   played in open court on Friday of last week of a Cisco fellow      10:06:37

4   by the name of David McGrew.                                       10:06:41

5           MR. ANDRE:  And, Your Honor, this is PTX-1925.             10:06:45

6           THE COURT:  This has been admitted?                        10:06:47

7           MR. ANDRE:  Not yet, Your Honor.  I'd like to have         10:06:52

8   it admitted.                                                       10:06:55

9           THE COURT:  PTX-1925 will be admitted.                     10:07:04

10          (Plaintiff's Exhibit PTX-1925 was received in             10:07:08

11  evidence.)                                                         10:07:11

12  BY MR. ANDRE:                                                      10:07:11

13  Q.  Dr. Cole, looking at Mr. McGrew -- first of all, did you       10:07:11

14  look at his transcript and follow his testimony on Friday?         10:07:18

15  A.  Yes, I did.                                                    10:07:20

16  Q.  And could you describe what Mr. McGrew is discussing in        10:07:22

17  this question and answer in Exhibit PTX-1925.                      10:07:27

18  A.  Yes.  He was asked if he has an understanding of why           10:07:31

19  Encrypted Traffic Analytics solution was developed, and            10:07:37

20  essentially, he confirms everything I was saying; that more        10:07:40

21  and more traffic is encrypted, and with encrypted traffic,         10:07:43

22  it's very hard to find that malware communication, because         10:07:47

23  the traditional methods of intrusive detection don't apply.        10:07:51

24          So they recognize that the old way of trying to            10:07:57

25  analyze payload doesn't work when the adversary is encrypting      10:08:00

Cole, E. - Direct

| | | |
|---|---|---|
| 1 | the communication, and he even goes on to say the older | 10:08:05 |
| 2 | technologies don't work.  So there's more and more encrypted | 10:08:09 |
| 3 | traffic.  Any organization that maintains information systems | 10:08:12 |
| 4 | must be able to detect malware without decrypting the | 10:08:16 |
| 5 | communication. | 10:08:19 |
| 6 | And he even goes on to say there's a cyber security | 10:08:20 |
| 7 | need for a new -- a new -- defensive technique, which is ETA, | 10:08:23 |
| 8 | which, in my opinion, is based off of the '856 patent. | 10:08:29 |
| 9 | Q.  Now, Dr. Cole, you did some testing.  You testified | 10:08:34 |
| 10 | earlier yesterday you did testing in this case, correct? | 10:08:37 |
| 11 | A.  Yes, I did.  I acquired several of the products, and we | 10:08:40 |
| 12 | went through, and we tested many scenarios to confirm how the | 10:08:44 |
| 13 | products actually work and how they operate. | 10:08:49 |
| 14 | Q.  And the demonstrative we have on the screen now of the | 10:08:50 |
| 15 | testing setup, are those some of the routers and switches | 10:08:56 |
| 16 | that you were testing that you got from Cisco? | 10:08:58 |
| 17 | A.  Yes.  You can see that these are stackable units, and | 10:09:01 |
| 18 | these are physical units that we'll talk about later, have | 10:09:06 |
| 19 | CPUs and memory.  But these are actually computing devices, | 10:09:11 |
| 20 | physical devices, and you can see that we have the different | 10:09:17 |
| 21 | cables plugged into the routers and switches for testing. | 10:09:19 |
| 22 | Q.  And I want to show you what has previously been admitted | 10:09:23 |
| 23 | as PTX-408. | 10:09:26 |
| 24 | MR. ANDRE:  But I want to admit a couple new pages, | 10:09:28 |
| 25 | Your Honor.  I want to admit Pages 144 and 149 of PTX-408, | 10:09:30 |

———Cole, E. - Direct———

| | | |
|---|---|---|
| 1 | and these are Bates numbers 481769 and 481774. | 10:09:36 |
| 2 | THE COURT:  Say those numbers again. | 10:09:48 |
| 3 | MR. ANDRE:  It's -- the Bates numbers? | 10:09:52 |
| 4 | THE COURT:  Yes. | 10:09:56 |
| 5 | MR. ANDRE:  The Bates numbers are 481769 and 481774. | 10:09:57 |
| 6 | And those should be in your binder, those two pages. | 10:10:06 |
| 7 | THE COURT:  769 and 774? | 10:10:10 |
| 8 | MR. ANDRE:  That's correct. | 10:10:17 |
| 9 | THE COURT:  All right.  They'll be admitted. | 10:10:18 |
| 10 | (Plaintiff's Exhibit PTX-408, Pages 144 and 149, was | 10:10:19 |
| 11 | received in evidence.) | 10:10:20 |
| 12 | BY MR. ANDRE: | 10:10:20 |
| 13 | Q.  Dr. Cole, could you explain to the Court what is being | 10:10:21 |
| 14 | shown of the testing of the Catalyst on the page ending in | 10:10:23 |
| 15 | Bates number 769, first. | 10:10:27 |
| 16 | A.  Yes.  As I mentioned yesterday, when I do my infringement | 10:10:32 |
| 17 | analysis, I look at many different components.  I look at | 10:10:35 |
| 18 | documents, source code, testimony, and I actually do testing | 10:10:37 |
| 19 | of the products.  And in order to confirm how the products | 10:10:41 |
| 20 | work, I utilize a tool called Wireshark, and Wireshark is a | 10:10:44 |
| 21 | sniffer.  What this actually does is it lets me capture the | 10:10:49 |
| 22 | traffic going across the network so I can see exactly what's | 10:10:53 |
| 23 | happening and what's occurring on the system. | 10:10:58 |
| 24 | So I went in and turned on Encrypted Traffic | 10:11:01 |
| 25 | Analytics on the infringing devices.  I then went in and made | 10:11:05 |

Cole, E. - Direct

| | | |
|---|---|---|
| 1 | some communication to a network badguy.com, and then I went | 10:11:10 |
| 2 | in to search the traffic, saying would I be able to see the | 10:11:15 |
| 3 | domain name, which is one of the components that's required | 10:11:20 |
| 4 | for the patent, in the traffic stream. | 10:11:23 |
| 5 | So I went in -- in the green area, I'm actually | 10:11:28 |
| 6 | searching on badguy.com, and with Encrypted Traffic Analytics | 10:11:31 |
| 7 | turned on, if you look at the bottom blue portion to the | 10:11:36 |
| 8 | right, you can actually see that we can see the domain name | 10:11:40 |
| 9 | badguy.com. | 10:11:45 |
| 10 | So this is showing that with Encrypted Traffic | 10:11:46 |
| 11 | Analytics turned on, utilizing the unencrypted components, I | 10:11:50 |
| 12 | can actually determine threats within encrypted traffic and | 10:11:54 |
| 13 | be able to have visibility into the domain name. | 10:11:59 |
| 14 | Q.  Badguy.com is a known site that you're aware of that | 10:12:03 |
| 15 | you've tested before? | 10:12:08 |
| 16 | A.  Yes, it is.  There's a lot of different bad sites out | 10:12:09 |
| 17 | there, so that's one of the common sites that we use for | 10:12:12 |
| 18 | testing and performing our analysis. | 10:12:15 |
| 19 | Q.  So if we go to the next testing result, what happens when | 10:12:17 |
| 20 | you turn ETA, or Encrypted Traffic Analytics, off, the | 10:12:22 |
| 21 | switch, the Catalyst switch? | 10:12:26 |
| 22 | A.  So when I turn Encrypted Traffic Analytics off and now I | 10:12:28 |
| 23 | try to search for domain names or look for threats within the | 10:12:34 |
| 24 | encrypted traffic without decrypting it, I now have no | 10:12:38 |
| 25 | visibility.  So now when I take that same stream of traffic | 10:12:43 |

—————Cole, E. - Direct—————

| | |
|---|---|
| 1 | with Encrypted Traffic Analytics turned off and I search for | 10:12:47 |
| 2 | badguy.com, I have no visibility.  I have no visibility to | 10:12:51 |
| 3 | what's happening, so this test shows that with Encrypted | 10:12:57 |
| 4 | Traffic Analytics I have visibility into threats without | 10:12:59 |
| 5 | decrypting the traffic, and I can utilize information such as | 10:13:01 |
| 6 | domain names. | 10:13:04 |
| 7 | Q.  Now let's talk about the '856 patent. | 10:13:06 |
| 8 | Could we show the animation we had at the beginning | 10:13:19 |
| 9 | of the case, generally describing how the '856 patent works. | 10:13:22 |
| 10 | And, if you could, walk the Court through it just | 10:13:26 |
| 11 | very briefly. | 10:13:29 |
| 12 | A.  Sure.  So with the '856 patent, you have your routers and | 10:13:30 |
| 13 | switches analyzing encrypted and unencrypted traffic.  The | 10:13:34 |
| 14 | unencrypted has no lock, and the encrypted has a lock on it. | 10:13:41 |
| 15 | And what it's able to do is first determine whether it's | 10:13:45 |
| 16 | encrypted or unencrypted, and then it's able to utilize the | 10:13:49 |
| 17 | unencrypted information to determine if there's threats in | 10:13:54 |
| 18 | the encrypted traffic, utilizing information such as the | 10:13:57 |
| 19 | domain name that I just showed you in the previous testing, | 10:14:00 |
| 20 | and, based on that unencrypted information, it can determine | 10:14:03 |
| 21 | if there's threats within the encrypted traffic.  And then, | 10:14:07 |
| 22 | based on that, it's able to then communicate and send rules | 10:14:12 |
| 23 | to a proxy system, to be able to take action on the threats | 10:14:17 |
| 24 | in the encrypted traffic. | 10:14:21 |
| 25 | Q.  So if you go back to your testing of the badguys.com | 10:14:23 |

908

Cole, E. - Direct

1   website, if you saw that that encrypted traffic was from                10:14:27

2   badguys.com, could you reroute it to a proxy system?                    10:14:33

3   A.   Exactly.  That's an example of what the system would do.           10:14:36

4   I manually did it with the testing, but that's exactly what             10:14:41

5   the system would do.  It would identify, via a threat feed,             10:14:44

6   that badguy.com was bad.  It would use unencrypted components           10:14:48

7   of the encrypted traffic to identify badguy.com, recognize              10:14:53

8   that's a threat, and then take that encrypted traffic and               10:14:55

9   route it to a proxy.                                                    10:14:59

10  Q.   Now, let's take a look at how Cisco sets up its systems.           10:15:01

11       I'd like to show you what's been marked as PTX-989.                10:15:07

12  Dr. Cole, do you know what this document is?                            10:15:17

13  A.   Yes.  This is an internal document from Cisco Encrypted            10:15:19

14  Traffic Analytics of February 2018, and this is an example of           10:15:28

15  one of the many pieces of internal documents I utilized in              10:15:31

16  order to draw my conclusions.                                           10:15:37

17  Q.   And is this the Encrypted Traffic Analytics on the                 10:15:38

18  Catalyst 9000 switches, as shown on the title?                          10:15:41

19  A.   That is correct.                                                   10:15:45

20  Q.   If we turn to Page --                                              10:15:46

21       MR. ANDRE:  Your Honor, I'd like to move PTX-989                   10:15:49

22  into evidence.                                                          10:15:53

23       THE COURT:  All right.  This is the use of ETA on                  10:15:59

24  switches; is that correct?                                              10:16:03

25       MR. ANDRE:  Dr. Cole?                                              10:16:10

———Cole, E. - Direct———

```
 1          THE WITNESS:  Yes, that's correct.  And what's        10:16:11
 2   important to point out is the infringing component that we're 10:16:13
 3   referring to, the ETA component that sits on routers and     10:16:19
 4   switches, is the same in both cases.  So we're using a switch 10:16:22
 5   example, but the same components and same software reside on  10:16:27
 6   the router.  So even though they're two different devices,    10:16:31
 7   they're using the same components on both.                    10:16:35
 8          THE COURT:  When you say "the same components,"        10:16:39
 9   would that be the same as saying "the same operating system"? 10:16:42
10          THE WITNESS:  Yes.  In this case, if you'll            10:16:49
11   remember, there's the IOS, the Internet working operating     10:16:52
12   system, and that resides on both of those systems, the        10:16:55
13   routers and the switch, and the ETA software integrates with  10:17:00
14   both of those.                                                10:17:04
15          I don't know if you're a car enthusiast, but the       10:17:05
16   example would be you have the Chevy Corvette and the Camaro,  10:17:08
17   but they both have the same engine.  So if we were saying     10:17:13
18   that the engine infringes, we could use either example,       10:17:17
19   because it's the same engine in both cars.                    10:17:21
20          THE COURT:  I am a car enthusiast.                     10:17:24
21          THE WITNESS:  Excellent.  We'd get along very well,    10:17:28
22   then.                                                         10:17:30
23          THE COURT:  All right.  Go ahead.                      10:17:32
24          MR. ANDRE:  Your Honor, is PTX-989 admitted?           10:17:34
25          THE COURT:  Yes.                                       10:17:38
```

910

———————Cole, E. - Direct———————

1        (Plaintiff's Exhibit PTX-989 was received in       10:17:38

2    evidence.)                                              10:17:38

3        MR. ANDRE:  Okay.  Thank you.                       10:17:38

4    BY MR. ANDRE:                                           10:17:38

5    Q.  If we turn to Page 33 of this document, ending in Bates   10:17:40

6    numbers 033, there's a diagram at the top that shows how   10:17:44

7    Cisco -- it's the flow of their system when they're using the   10:17:52

8    Catalyst switches.                                      10:18:01

9        Could you walk us through this flow diagram.        10:18:02

10   A.  Yes.  So if we start in the bottom, where it says   10:18:05

11   "Catalyst 9000," this is the infringing Catalyst, but, as I   10:18:07

12   said, the same IOS and ETA components reside on the router.   10:18:14

13   So the router or switches, either one of those, could be in   10:18:20

14   that bottom box.                                        10:18:22

15       They go in, and they look at the traffic, and they   10:18:23

16   determine if it's encrypted or unencrypted, and then they   10:18:26

17   send information up to Stealthwatch, and Stealthwatch is   10:18:31

18   running your Encrypted Traffic Analytics and your Cognitive   10:18:37

19   Threat Analytics, or CTA, and it analyzes that information to   10:18:41

20   be able to identify threats in the encrypted traffic without   10:18:47

21   decrypting it, and then it sends that information, utilizing   10:18:52

22   the platform xGrid to the identity service engine, and then   10:18:57

23   the identity service engine takes that information and sends   10:19:02

24   it to the Catalyst switch, in this case, or the router and   10:19:07

25   tells it to send it to a proxy, which in this case is going   10:19:11

Carol L. Naughton, Official Court Reporter

—Cole, E. - Direct—

```
 1   to be the null interface that we're going to talk about later   10:19:15
 2   in the system -- later in my discussion.                        10:19:19
 3            So this lays out the entire infringing components.     10:19:22
 4   So you have the switches and routers, which determines          10:19:25
 5   encrypted/unencrypted, you have the Stealthwatch, that goes     10:19:29
 6   in and analyzes the unencrypted portions to determine threats   10:19:32
 7   in the encrypted, and then you have the identity service        10:19:37
 8   engine that's used as a communication path in order to proxy    10:19:40
 9   the traffic that has threats in the encrypted communication.    10:19:43
10   Q.  In the upper right-hand corner there's something called     10:19:48
11   Threat Grid.  Is that the threat intelligence from other        10:19:51
12   sources that are coming into the system?                        10:19:54
13   A.  Yes, that is the -- an example of the third-party threat    10:19:55
14   information and threat analytics.  When we get into the         10:20:02
15   specific components of the claim, we will show that one         10:20:06
16   example of that is Talos, that sends that threat information.   10:20:09
17   But, yes, that's an example of the threat information.          10:20:13
18   Q.  Let's go back and take the animation we showed earlier      10:20:17
19   and plug this system into it, and, if you would, just walk      10:20:21
20   through that very quickly, as you just did.                     10:20:24
21   A.  So you have your encrypted and unencrypted traffic going    10:20:28
22   across the network.  You have your accused routers or          10:20:33
23   switches, which both are running the same internet-working     10:20:37
24   operating system with Encrypted Traffic Analytics embedded     10:20:41
25   into that, and they're able to determine whether there is      10:20:45
```

```
                          ┌──────────Cole, E. - Direct──────────┐
```

Cole, E. - Direct

1   encrypted or unencrypted traffic.  It sends that information          10:20:49

2   up to Stealthwatch, that's running both Cognitive Threat             10:20:52

3   Analytics, CTA, and Encrypted Traffic Analytics, ETA, and            10:20:56

4   it's able to determine whether there's threats based on              10:21:01

5   information it's getting from a third-party source -- you can        10:21:05

6   see the cyber threat intelligence on the right-hand side             10:21:07

7   feeding in -- and it's able to use that information in the            10:21:11

8   unencrypted traffic to determine if there's threats in the           10:21:15

9   encrypted traffic without decrypting it.  It then sends that         10:21:18

10  information to ISE, the Identity Service Engine, which then           10:21:23

11  sends the rules to the routers and switches, which then has          10:21:28

12  it proxy that information to a null interface.                        10:21:33

13  Q.  Thank you.  Let's get --                                         10:21:38

14       THE COURT:  Can they obtain threat intelligence from            10:21:40

15  any source other than Stealthwatch?                                  10:21:54

16       THE WITNESS:  So Stealthwatch is the component that             10:21:56

17  does the analytics, and it can receive third-party threat            10:22:05

18  intelligence, so Stealthwatch can receive the threat                 10:22:08

19  intelligence from different sources.                                 10:22:12

20       One of the sources we're going to show when I show              10:22:14

21  infringement is from Talos, but it can actually receive that         10:22:18

22  threat intelligence from multiple sources.                           10:22:22

23       MR. ANDRE:  May I proceed, Your Honor?                          10:22:31

24       THE COURT:  But Stealthwatch is the component that              10:22:35

25  receives the threat intelligence and introduces it to the            10:22:41

—————Cole, E. - Direct—————

1   system?                                                       10:22:46

2           THE WITNESS:  Yes, exactly.  Stealthwatch is the      10:22:48

3   component that receives the threat intelligence to be able to 10:22:50

4   do the analysis, yes.                                         10:22:54

5           THE COURT:  All right.                                10:22:57

6   BY MR. ANDRE:                                                 10:22:58

7   Q.  Dr. Cole, when you -- you can take that slide down.       10:23:00

8           When you were doing your analysis, did you use the    10:23:04

9   claim construction that the Court provided in this case?      10:23:07

10  A.  Yes, I did.                                               10:23:10

11  Q.  And did you also use the claim construction that the      10:23:12

12  parties agreed to in this case?                               10:23:14

13  A.  Yes, I did.                                               10:23:16

14  Q.  Let's turn to claims 24 and 25 of the '856 patent.  Let's 10:23:17

15  start walking through it.                                     10:23:24

16          Could you describe the first element we're going to   10:23:27

17  be discussing up in claim 24 and 25.                          10:23:31

18  A.  Yes.  So claim 24, on the left-hand side, is a system     10:23:34

19  claim, and claim 25, on the right-hand side, is a             10:23:41

20  computer-readable media claim.  So other than the preambles,  10:23:47

21  which are slightly different, the remaining elements are      10:23:54

22  very, very similar.                                           10:23:58

23          So we're going to start off by looking at the         10:23:59

24  introductory components.  So with claim 24 you need to have a 10:24:02

25  hardware processor, and on claim 25 you need to have          10:24:07

———Cole, E. - Direct———

```
 1   computer-readable media that comprises instructions.        10:24:10
 2           MR. ANDRE:  We've gone over this with               10:24:17
 3   Dr. Mitzenmacher, but we'll go over this just very briefly, 10:24:19
 4   just to make sure that we have the evidence in, if Your Honor 10:24:22
 5   would like us to do so.  We can do it very quickly.  I don't 10:24:26
 6   want to repeat a lot of evidence, but, that being said, I   10:24:28
 7   think we'll take Your Honor's lead on this one.             10:24:32
 8           THE COURT:  Well, I'm not going to tell you how to  10:24:35
 9   proceed.                                                    10:24:42
10           MR. ANDRE:  Okay.  I'll go through it very quickly, 10:24:42
11   then.                                                       10:24:43
12   BY MR. ANDRE:                                               10:24:44
13   Q.  Dr. Cole, let me show you what's been marked as PTX-524. 10:24:44
14           MR. ANDRE:  This has already been admitted into    10:24:49
15   evidence.                                                   10:24:52
16   BY MR. ANDRE:                                               10:24:52
17   Q.  What is this document, Dr. Cole?                        10:24:53
18   A.  This is the Cisco 4000 series integrated services router 10:24:55
19   specification sheet that shows the specifications for these 10:25:04
20   computing devices.                                          10:25:07
21   Q.  If we go to Page 3 of this document, there's a table    10:25:09
22   there.                                                      10:25:13
23           Could you describe how the -- the top part,        10:25:13
24   originally, how that influenced your opinion as to whether or 10:25:21
25   not the routers have a processor.                          10:25:24
```

Cole, E. - Direct

1   A.   As I mentioned, these are physical devices, and they have        10:25:31
2   processors, memory, hard drives, storage, Ethernet cards,            10:25:35
3   just like a regular computer does, and when we're looking at         10:25:40
4   the architectural highlights, you can see that it has a              10:25:43
5   multicore processor, and it even talks about the                     10:25:46
6   high-performance multicore processor.                                10:25:50
7           So this supports, just as Dr. Mitzenmacher went over         10:25:52
8   yesterday, that these are physical boxes with processors,            10:25:57
9   memory, and hard drives.                                             10:26:00
10  Q.   If we go to the bottom of that chart, where it says,            10:26:02
11  "Flash Memory Support and DRAM," could you describe how that         10:26:06
12  supports your opinion that these systems have a processor and        10:26:11
13  memory and computer-readable media.                                  10:26:14
14  A.   So when we look at the memory support, you can see that         10:26:19
15  it supports flash memory, upgradable up to 32 gigabytes.             10:26:23
16  That's what GB, gigabytes, is.                                       10:26:28
17          Then with DRAM, that is dynamic random access                10:26:31
18  memory, and you can see that it also has up to 4 gigabytes of        10:26:37
19  fixed dynamic random access memory.                                  10:26:42
20  Q.   Okay.  Let's go to PTX-573.                                     10:26:45
21          MR. ANDRE:  This is the ASR routers, and, Your               10:26:55
22  Honor, this has not been admitted into evidence.                     10:26:58
23          May we --                                                    10:26:58
24  BY MR. ANDRE:                                                        10:26:58
25  Q.   First of all, Dr. Cole, what is PTX-573?                        10:27:04

Carol L. Naughton, Official Court Reporter

916

Cole, E. - Direct

1    A.  This is the document for the Cisco ASR 1000 series route          10:27:08
2    processors.                                                           10:27:13
3            So we're going through the different infringing               10:27:15
4    routers and switches to show that they all have processors,           10:27:17
5    memory, and computer-readable medium, but they all operate in         10:27:23
6    the same fashion, so we're trying to go through this quickly          10:27:27
7    to show you the supporting evidence.                                  10:27:30
8    Q.  If you go to the table at the bottom of the first page --         10:27:33
9            MR. ANDRE:  Your Honor, I'd like to move PTX-573              10:27:33
10   into evidence.                                                        10:27:36
11           THE COURT:  That will be admitted.                           10:27:37
12           Was 524 previously admitted?                                  10:27:38
13           MR. ANDRE:  It was, Your Honor.  It was with                  10:27:40
14   Dr. Mitzenmacher.                                                     10:27:43
15           THE COURT:  Okay.                                             10:27:46
16           (Plaintiff's Exhibit PTX-573 was received in                 10:27:46
17   evidence.)                                                            10:27:47
18   BY MR. ANDRE:                                                         10:27:47
19   Q.  And could you pull up the whole table at the bottom of           10:27:49
20   the page?                                                             10:27:54
21           THE COURT:  Are we looking at 573?                           10:27:54
22           MR. ANDRE:  Yes, that's correct, Your Honor, Page 1.         10:27:58
23           THE COURT:  Okay.                                             10:28:00
24           THE WITNESS:  So this is showing the actual route           10:28:06
25   processors, and you can actually see pictures.  These are            10:28:09

Carol L. Naughton, Official Court Reporter

Cole, E. - Direct

1   physical computing devices.                                        10:28:12

2           And if we go in and look under CPU, that stands for        10:28:15

3   central processing unit, so that's the processor on the            10:28:19

4   system.  And depending on which type of router, you can have       10:28:23

5   a general purpose central processing unit, you can have dual       10:28:28

6   core -- that means two -- processors, you can have quad core,      10:28:33

7   four processors.  So this fully supports that there are            10:28:39

8   processors.                                                        10:28:41

9           And then if we go under memory, you can see that           10:28:42

10  they have 4 gigabytes for the RP1, 8 gigabytes or 16               10:28:46

11  gigabytes for RP2.  And this is a great chart, because it          10:28:53

12  really shows you the difference between all the routers and        10:28:57

13  switches.  They're all computing devices, it's just they have      10:29:00

14  different numbers of processors and different amounts of           10:29:03

15  memory.  But they all have memory, and they all have               10:29:07

16  processors, and if we actually go to the next page, you can        10:29:10

17  actually see where it actually loads the code, the                 10:29:14

18  computer-readable media, onto the memory.                          10:29:17

19  BY MR. ANDRE:                                                      10:29:30

20  Q.  Geoff, can you go to the next page?                            10:29:31

21  A.  And if you look at the third bullet, it says, "the hard        10:29:33

22  disc drive or solid state drive for code storage."  So it         10:29:36

23  actually supports the computer-readable media; that there's       10:29:41

24  actually code that's stored on the hard drive on these             10:29:44

25  physical devices that have processors and memory.                  10:29:47

———Cole, E. - Direct———

1    Q.  And if we go to PTX-1008, Dr. Cole, what is PTX-1008?                10:29:54

2    A.  This is a Cisco document on the Cisco Catalyst 9300                  10:30:04

3    series switches.                                                         10:30:12

4            MR. ANDRE:  Your Honor, I'd like to move in                      10:30:15

5    PTX-1008.                                                                10:30:19

6            MR. JAMESON:  No objection.                                      10:30:27

7            THE COURT:  PTX-1008 will be admitted.                           10:30:28

8            (Plaintiff's Exhibit PTX-1008 was received in                    10:30:32

9    evidence.)                                                               10:30:34

10   BY MR. ANDRE:                                                            10:30:34

11   Q.  Dr. Cole, if we go to Page 4 of this document ending in             10:30:34

12   Bates number 004 and put in the first several bullet points             10:30:37

13   under "Product Overview and Features," could you describe to            10:30:43

14   the Court how this informs your opinion as to whether or not            10:30:49

15   the Catalyst switches have the processor, memory, and                   10:30:52

16   computer-readable media.                                                10:30:56

17   A.  Yes.  So, specifically, if we look at the third bullet,             10:30:59

18   CPU is central processing unit.  So this is showing that                10:31:03

19   there's a processor on the system.                                       10:31:08

20           It also shows that there is 8 gigabytes of memory               10:31:11

21   and 16 gigabytes of external storage.                                    10:31:15

22           You also have SSD, solid state drive, and this is              10:31:21

23   the hard drive that actually stores the code that every time            10:31:25

24   you are running, the device actually loads that                         10:31:29

25   computer-readable medium off the hard drive to actually allow           10:31:33

Carol L. Naughton, Official Court Reporter

—Cole, E. - Direct—

1    the system to function and run correctly.                    10:31:37

2    Q.  Let's go back to the claim slide again.                  10:31:42

3           Dr. Cole, based on the evidence that you've           10:31:46

4    discussed here today and that's been introduced in this case, 10:31:48

5    did you form an opinion as to whether or not the accused     10:31:52

6    Catalyst switches and the routers in this case, the ISR and  10:31:57

7    ASR routers, meet the first claimed element of claims 24 and 10:32:03

8    25?                                                          10:32:08

9    A.  Yes.  I looked at a large amount of evidence.  We showed 10:32:08

10   a sampling of it, but it clearly shows that there's hardware 10:32:12

11   processors and memory-storing instructions for claim 24, and 10:32:15

12   it clearly shows that there's computer-readable medium       10:32:18

13   comprising instructions stored on the hard drive and the    10:32:22

14   hardware processors, so it meets the elements of claim 25.   10:32:25

15   So we can definitely check those boxes.                     10:32:28

16   Q.  All right.  Let's turn our attention to the second      10:32:33

17   element:  "Receive data indicating a plurality of network   10:32:35

18   threat indicators."                                         10:32:42

19           Can you describe what you're looking for in this    10:32:44

20   element?                                                     10:32:46

21   A.  In this element I'm looking for two main things.  One is 10:32:46

22   that -- in this case, it's going to be Stealthwatch is      10:32:48

23   receiving network threat indicators and that at least one of 10:32:52

24   those network threat indicators contains a domain name.  And 10:32:56

25   we sort of foreshadowed this when we went in and showed you 10:33:03

Cole, E. - Direct

1    the testing I did with Wireshark.  We were actually able to          10:33:07
2    see the domain name within that traffic.                            10:33:10
3    Q.  And is this the identical element for claims 24 and 25?         10:33:11
4    A.  Yes.  For the next several claims, the language is going        10:33:19
5    to be identical for both 24 and 25, so we're going to do           10:33:23
6    those together.                                                     10:33:27
7    Q.  All right.  Let's do -- let's first turn our attention to       10:33:28
8    PTX-20.                                                             10:33:33
9         Dr. Cole, what is this document?                               10:33:40
10   A.  This is a Cisco document talking about Cisco Stealthwatch       10:33:41
11   Enterprise, and, as I mentioned, Stealthwatch is the               10:33:49
12   component that's going to be receiving the threat                   10:33:53
13   intelligence.                                                       10:33:56
14   Q.  And if we --                                                    10:33:56
15        MR. ANDRE:  Your Honor, I'd like to move PTX-20 into          10:33:59
16   evidence.                                                           10:34:02
17        MR. JAMESON:  No objection.                                    10:34:03
18        THE COURT:  PTX-20 will be admitted.                           10:34:04
19        (Plaintiff's Exhibit PTX-20 was received in                    10:34:04
20   evidence.)                                                          10:10:20
21   BY MR. ANDRE:                                                       10:34:07
22   Q.  And, Dr. Cole, if you look at the first paragraph of this      10:34:08
23   document, could you look at that and tell the Court how this        10:34:09
24   informed your opinion as to the second claim element of            10:34:13
25   receiving threat indicators.                                        10:34:18

────────── Cole, E. - Direct ──────────

1   A.  Yes.  This talks about Stealthwatch Enterprise; that it      10:34:23

2   performs security analytics and it leverages enterprise          10:34:28

3   telemetry from the existing network infrastructure.  So          10:34:33

4   that's showing as receiving threat intelligence.  It provides    10:34:37

5   advanced threat detection, accelerated response, and             10:34:42

6   simplified segmentation using a multilayer machine learning      10:34:45

7   and advanced behavioral modeling across the network.  And it     10:34:51

8   also shows you, in the second paragraph, that Stealthwatch       10:34:54

9   Enterprise gets you real-time visibility into activities         10:34:57

10  occurring within the network.                                    10:35:02

11  Q.  And is that your opinion, that the system receives data      10:35:03

12  indicating a plurality of network threat indicators?             10:35:12

13  A.  Yes, it does.  And in the bullets below this paragraph,      10:35:16

14  it actually further supports that it receives the threat         10:35:21

15  information and the threat indicators.  So, yes, this is one     10:35:23

16  of many documents that supports that.                            10:35:26

17          So if we look under "System Benefits," you can see       10:35:28

18  real-time threat detection, incident response, network           10:35:34

19  performance.  Once again, this all supports that Stealthwatch    10:35:39

20  receives third-party threat indicators.                          10:35:42

21  Q.  If we go to the second page of this document, at the top     10:35:46

22  there's a paragraph entitled "Flow Collector."                   10:35:49

23          Could you describe to the Court how this influenced      10:35:52

24  your opinion regarding the second claim element, receiving       10:35:56

25  data indicating a plurality of threat indicators.                10:36:00

Cole, E. - Direct

1   A.   Yeah.   So it shows a flow collector, which is a component                    10:36:04

2   of Stealthwatch, leverages enterprise telemetry, such as                           10:36:08

3   NetFlow, IPFIX, and other types of data flow, from existing                        10:36:13

4   infrastructure, such as routers, switches, and firewalls.                          10:36:21

5            And then it goes on to say that the flow collector                        10:36:25

6   can also receive and collect telemetry from proxy data                             10:36:27

7   sources, which can be analyzed by the global threat                                10:36:32

8   analytics.   So this is also showing that it can receive, get,                     10:36:37

9   gather, information on threat indicators from third parties.                       10:36:40

10  Q.   And then how does ETA, Encrypted Traffic Analytics -- how                      10:36:45

11  is that utilized in this flow collection?                                          10:36:55

12  A.   Encrypted Traffic Analytics is a key part of                                  10:36:58

13  Stealthwatch, so it says, "Stealthwatch Enterprise, using the                      10:37:03

14  Encrypted Traffic Analytics, can use analytics to pinpoint                         10:37:08

15  malicious patterns in encrypted traffic to identify threats                        10:37:11

16  and accelerate response and, through this feature, is built                        10:37:16

17  into the system at no extra cost."                                                 10:37:20

18           So this is showing that this ETA is able to use                          10:37:24

19  those indicators to analyze the encrypted traffic to find                          10:37:28

20  threats within the encrypted traffic without actually                              10:37:33

21  decrypting it.                                                                     10:37:35

22  Q.   Let me show you what's been marked as PTX-1018 -- sorry,                       10:37:36

23  1081.   I inverted.                                                                10:37:52

24           MR. ANDRE:   Sorry, Your Honor.                                           10:38:04

25  BY MR. ANDRE:                                                                      10:38:06

Cole, E. - Direct

1  Q.  Dr. Cole, what is PTX-1081?                             10:38:06

2  A.  This is a Cisco presentation talking about combining    10:38:09

3  cognitive analytics with Stealthwatch for malware detection. 10:38:13

4  And, once again, it's important to point out the date of this 10:38:16

5  document is June 2017.                                       10:38:20

6        MR. ANDRE:  Your Honor, I'd like to move Exhibit       10:38:23

7  PTX-1081 into evidence.                                      10:38:25

8        THE COURT:  That will be admitted.                     10:38:36

9        (Plaintiff's Exhibit PTX-1081 was received in          10:38:37

10  evidence.)                                                  10:38:38

11  BY MR. ANDRE:                                               10:38:38

12  Q.  Dr. Cole, I'd like to turn your attention to Page 13 of 10:38:40

13  this document ending in Bates number 013.                   10:38:44

14        Could you tell the Court how this informs your        10:38:51

15  opinion as to whether or not one of the plurality of network 10:38:54

16  indicators comprises a domain name.                         10:38:59

17  A.  So this is the global risk map, and this draws in all the 10:39:02

18  different threat information into Stealthwatch.  And it shows 10:39:07

19  you that it has many features, but if we look at that third  10:39:12

20  bullet, one of the features is that it includes domain data, 10:39:16

21  which is another way of specifying domain names, and an      10:39:21

22  example of domain name is what we saw earlier with my        10:39:26

23  testing, which is badguy.com.  So this shows that --         10:39:30

24        THE COURT:  I'm sorry.  What exhibit is this?  I       10:39:33

25  lost the number.                                            10:39:37

——————Cole, E. - Direct——————

1          MR. ANDRE:  This is 1081, Your Honor, on Page 13.          10:39:38
2          THE COURT:  All right, I've got it.  Continue.          10:40:00
3     BY MR. ANDRE:          10:40:03
4     Q.  Dr. Cole, what were you saying about how this shows the          10:40:07
5     domain data?          10:40:11
6     A.  Yes.  So this is the global risk map, and this shows that          10:40:12
7     Stealthwatch is pulling in information from different          10:40:16
8     sources.          10:40:19
9          So you can see in that first bullet they use up to          10:40:20
10    20 features of 150 million of malicious or risky information,          10:40:24
11    so that's pulling in the threat indicators.          10:40:29
12         And then it shows in the third bullet that it can          10:40:32
13    include domain data, which is another way of specifying          10:40:35
14    domain names.  And an example of a domain name would be          10:40:40
15    badguy.com, that we previously looked at during my testing.          10:40:43
16    Q.  Dr. Cole, I'd like to look at one more exhibit, PTX-1010.          10:40:48
17         Could you inform the Court what this document is?          10:40:59
18    A.  This is a Cisco public document on Cisco Stealthwatch          10:41:01
19    threat intelligence license where it talks about the Cisco          10:41:08
20    Stealthwatch threat intelligence and the licensing and the          10:41:12
21    details behind it.          10:41:14
22         MR. ANDRE:  Your Honor, I'd like to move PTX-1010          10:41:16
23    into evidence.          10:41:19
24         THE COURT:  That will be admitted.          10:41:19
25         (Plaintiff's Exhibit PTX-1010 was received in          10:41:19

──────────Cole, E. - Direct──────────

1    evidence.)                                                          10:41:22

2    BY MR. ANDRE:                                                       10:41:22

3    Q.  And, Dr. Cole, I want to turn your attention to the first       10:41:23

4    page of this document.  On the left-hand side, there's a           10:41:25

5    figure and a paragraph above that.                                 10:41:27

6              Could you describe what is being discussed and what       10:41:29

7    is being shown in that figure and how it relates to your           10:41:32

8    opinion that the system receives data indicating a plurality       10:41:35

9    of network threat indicators.                                      10:41:43

10             THE COURT:  What page is this?                            10:41:44

11             MR. ANDRE:  This is the first page, Your Honor, on        10:41:45

12   the left-hand side, the bottom left corner.                        10:41:47

13             THE COURT:  Okay.                                         10:41:51

14             THE WITNESS:  So, essentially, the text on the top        10:41:58

15   is describing what is in the diagram below, so I'll cover          10:42:00

16   these simultaneously.                                              10:42:04

17             So in the diagram, on the left-hand side is              10:42:05

18   Stealthwatch, and then on the right-hand side is the global        10:42:10

19   threat intelligence feed that, as I mentioned earlier in my        10:42:15

20   testimony, is powered by Talos.  And, as you can see, this is      10:42:18

21   a global threat intelligence network, where you're getting        10:42:23

22   all this information from all these different platforms, and       10:42:27

23   it's all being fed into Stealthwatch.                             10:42:31

24             So all the information on the right in the globe is      10:42:34

25   actually being moved into Stealthwatch, and that's where it's     10:42:37

926

—Cole, E. - Direct—

```
 1    receiving that threat intelligence.  And, as we saw        10:42:41
 2    previously, that threat intelligence contains many pieces of 10:42:43
 3    information, including a domain name.                        10:42:47
 4    BY MR. ANDRE:                                               10:42:49
 5    Q.  Now, I want to show you a piece of testimony from a Cisco 10:42:52
 6    principal engineer, Mr. Amin.  This is PTX-1926.           10:42:55
 7            MR. ANDRE:  And, Your Honor, I'd like to admit      10:43:01
 8    PTX-1926 into evidence.  This was played last Friday in open 10:43:03
 9    court.                                                      10:43:07
10            THE COURT:  Was it admitted at that time?           10:43:10
11            MR. ANDRE:  This slide was not, but the deposition  10:43:13
12    was played, the entire clip was.                           10:43:16
13            THE COURT:  All right.  What's the PTX number?      10:43:26
14            MR. ANDRE:  1926.                                   10:43:27
15            THE COURT:  And this is a slide?                    10:43:31
16            MR. ANDRE:  It is, Your Honor.                      10:43:35
17            THE COURT:  All right.                              10:43:36
18            (Plaintiff's Exhibit PTX-1926 was received in       10:43:36
19    evidence.)                                                  10:10:20
20    BY MR. ANDRE:                                               10:43:37
21    Q.  Dr. Cole, could you explain how Mr. Amin's deposition   10:43:38
22    testimony informed your opinion regarding the use of domain 10:43:43
23    names as a threat indicator?                               10:43:46
24    A.  Yes.  So starting at the top, he's asked, "Does        10:43:50
25    Stealthwatch receive threat intelligence in a particular   10:43:53
```

Cole, E. - Direct

1    format?"  And the answer is, "The Stealthwatch system          10:43:56
2    receives threat intelligence in a particular format, yes."    10:44:00
3    So this shows that Stealthwatch receives threat intelligence.  10:44:03
4          He then goes on to talk about the formatting, and        10:44:08
5    the second important piece is at the very bottom, where when   10:44:13
6    he's asked, "What is contained in this file," he says, "A      10:44:16
7    list of IP addresses and domain names."                        10:44:21
8          So this shows me from Cisco's own principal engineer     10:44:25
9    that not only Stealthwatch receives threat intelligence, but   10:44:29
10   that threat intelligence contains a domain name.               10:44:32
11   Q.  If we could go back to the claim slide, based on all of    10:44:38
12   the information you reviewed in this case, the exhibits you     10:44:45
13   identified to the Court today, the testing, and the testimony  10:44:49
14   you've seen, did you form an opinion as to whether or not the  10:44:53
15   accused Cisco system that you discussed here today -- the      10:44:56
16   Catalyst switches, the ASR/ISR routers, Stealthwatch, and the  10:45:00
17   Identity Services Engine -- infringe the second element of     10:45:04
18   claims 24 and 25?                                              10:45:08
19   A.  Yes.  We clearly saw that it receives a plurality of       10:45:09
20   network threat indicators and, through both documents and      10:45:16
21   testimony and testing, that it comprises a domain name         10:45:20
22   identified as a network threat.                                10:45:23
23   Q.  Let's turn our -- actually, the next two elements we're    10:45:25
24   going to take together.                                        10:45:30
25   A.  Can I actually check the box?                              10:45:32

928

Cole, E. - Direct

1   Q.  Sorry.  I don't want to deprive you of checking the box.      10:45:35
2   Check the box, yes.      10:45:39
3   A.  Yes, we can check the box.      10:45:40
4   Q.  You do a lot of work to check those boxes.  I understand.      10:45:42
5   Sorry to skip it.      10:45:45
6          All right.  Dr. Cole, is it okay -- these next two      10:45:47
7   elements, could you describe what they're discussing and why      10:45:49
8   we're taking them together?      10:45:52
9   A.  Yes.  So the next two elements -- the first one is      10:45:53
10  identifying packets comprising unencrypted data, and the      10:45:58
11  second one is identifying packets comprising encrypted data.      10:46:03
12         The reason we're taking these together is the      10:46:07
13  Encrypted Traffic Analytics component on the switch and the      10:46:10
14  routers -- it goes in, and it looks at the traffic and says,      10:46:13
15  is this encrypted?  So if it comes back and says, no, then it      10:46:19
16  identified unencrypted data, and if it comes back and says,      10:46:25
17  yes, then it identified encrypted data.      10:46:29
18         So it's the same component that's looking at that      10:46:32
19  traffic that's going to determine either it's unencrypted or      10:46:35
20  encrypted.  So because it's the same component, it made sense      10:46:38
21  to cover these together.      10:46:41
22  Q.  Okay.  Let's turn our attention to PTX-989.      10:46:43
23         MR. ANDRE:  Which we saw earlier today, Your Honor.      10:46:50
24  It's been admitted.      10:46:52
25  BY MR. ANDRE:      10:46:52

Carol L. Naughton, Official Court Reporter

———Cole, E. - Direct———

1   Q.  We're going to turn to Page 4, ending in Bates number          10:46:54
2   004.                                                              10:47:01
3   A.  Yes.  I just want to highlight that even though this          10:47:05
4   document is for the 9000 switch, Catalyst switch, the same        10:47:07
5   functionality, the same ETA and IOS, is on the routers, also.     10:47:14
6   So this same component applies to both switches and routers.      10:47:19
7        And then in this slide we're seeing that it can go           10:47:25
8   in and be able to determine whether it's encrypted or             10:47:27
9   unencrypted traffic.  And if we actually look at the text         10:47:33
10  that goes along with this slide, it says, "We've enhanced the     10:47:39
11  network as a sensor to detect malicious patterns in not only      10:47:45
12  encrypted [sic] traffic but also in encrypted traffic."           10:47:50
13       So this clearly shows, both with the wording and            10:47:54
14  with the diagram, and I've confirmed it with my other            10:47:57
15  analysis and testing, that the infringing components can go      10:48:03
16  in and identify both encrypted and unencrypted traffic.          10:48:06
17  Q.  I'd like to turn your attention to PTX-570.                   10:48:08
18       Dr. Cole, what is PTX-570?                                  10:48:19
19  A.  This is a Cisco document, Encrypted Traffic Analytics        10:48:21
20  Deployment Guide, from July 2019.                                10:48:27
21       MR. ANDRE:  And, Your Honor, I'd like to move              10:48:33
22  PTX-570 into evidence.                                           10:48:36
23       THE COURT:  PTX-570 will be admitted.                      10:48:39
24       (Plaintiff's Exhibit PTX-570 was received in              10:48:44
25  evidence.)                                                       10:48:45

─────Cole, E. - Direct─────

1   BY MR. ANDRE:                                                    10:48:45

2   Q.  Dr. Cole, would you please turn to -- first of all, what    10:48:48

3   is the date of this document?                                   10:48:53

4   A.  The date of the document is July 2019.                      10:48:54

5   Q.  If we turn to what is Page 11 of the document -- it's       10:48:58

6   Bates numbers 9600 -- if we look at that first paragraph        10:49:05

7   under "Solution," could you describe -- first of all, which     10:49:15

8   switches and which routers are we talking about here?           10:49:20

9   A.  The switches and routers that are listed in the first       10:49:23

10  sentence, this is a list of the infringing routers and          10:49:29

11  switches.  So if we go back to yesterday where we talked        10:49:34

12  about all the switches and routers that are infringing, this    10:49:38

13  is a list that specifies all of those.                          10:49:40

14  Q.  And if you look at the second line, the routers are         10:49:43

15  running the Cisco IOS XE 16.6.4.  Do you see that?              10:49:49

16  A.  Yes, I do.                                                   10:49:55

17  Q.  Now, if you look down to where it talks about using --      10:49:56

18  how it monitors encrypted data, can you inform the Court how    10:50:05

19  this informs your opinion as to the identification of           10:50:12

20  unencrypted and encrypted data.                                 10:50:13

21  A.  So if we continue at the end of the second line into the    10:50:17

22  third line, you can enable Encrypted Traffic Analytics, in      10:50:21

23  addition to flexible NetFlow on switch or routers -- so it      10:50:26

24  shows it's the same component on both the switches and the      10:50:30

25  routers -- and passively monitor encrypted flows.               10:50:33

Carol L. Naughton, Official Court Reporter

Cole, E. - Direct

| | |
|---|---|
| 1 | So if you're monitoring the encrypted flows, then | 10:50:37 |
| 2 | you're also able to determine whether it's unencrypted on the | 10:50:40 |
| 3 | system.  So this is showing that it can identify both | 10:50:44 |
| 4 | encrypted and unencrypted traffic.  And then it also goes in | 10:50:48 |
| 5 | and will foreshadow some of the claims we'll cover in a | 10:50:53 |
| 6 | little bit, where it talks about the unencrypted metadata can | 10:50:58 |
| 7 | be used to collect information regarding the cipher suite | 10:51:02 |
| 8 | version and clients' public key length as reported by the | 10:51:07 |
| 9 | cipher suite.  So it shows that it uses the unencrypted | 10:51:12 |
| 10 | portion to be able to identify threats in the encrypted | 10:51:15 |
| 11 | traffic. | 10:51:17 |

1       So if you're monitoring the encrypted flows, then
2  you're also able to determine whether it's unencrypted on the
3  system.  So this is showing that it can identify both
4  encrypted and unencrypted traffic.  And then it also goes in
5  and will foreshadow some of the claims we'll cover in a
6  little bit, where it talks about the unencrypted metadata can
7  be used to collect information regarding the cipher suite
8  version and clients' public key length as reported by the
9  cipher suite.  So it shows that it uses the unencrypted
10 portion to be able to identify threats in the encrypted
11 traffic.
12 Q.  So when we get to that claim element regarding using the
13 unencrypted portion to determine the encrypted portion in
14 later elements, we can refer back to this exhibit, PTX-570?
15 A.  Yes, we can.
16 Q.  Okay.  And I'd like to show you what's been marked as
17 PTX-578.
18      Dr. Cole, what is this document?
19 A.  This is a Cisco presentation on encrypting threat
20 analytics, which we've been referring to as ETA.  And even in
21 the title it confirms detecting malware without encryption,
22 and this is from one of the principal engineers, and this
23 document is from July 20th, 2018.
24      MR. ANDRE:  Your Honor, I'd like to move in PTX-578
25 into evidence.

932

—————Cole, E. - Direct—————

| | | |
|---|---|---|
| 1 | THE COURT:  That will be admitted. | 10:52:13 |
| 2 | (Plaintiff's Exhibit PTX-578 was received in | 10:52:14 |
| 3 | evidence.) | 10:52:16 |
| 4 | BY MR. ANDRE: | 10:52:16 |
| 5 | Q.  And, Dr. Cole, if we could turn to Page 11 of this | 10:52:17 |
| 6 | document ending in Bates number 061, could you describe to | 10:52:20 |
| 7 | the Court how this figure informs your opinion as to how | 10:52:26 |
| 8 | Cisco uses encrypted -- identifies encrypted and unencrypted | 10:52:33 |
| 9 | packets. | 10:52:42 |
| 10 | A.  So this is the process flow that's similar to the | 10:52:43 |
| 11 | previous document, not only proves this element but also | 10:52:48 |
| 12 | proves the future elements, but it shows how can we inspect | 10:52:52 |
| 13 | encrypted traffic.  And it goes in and it does an initial | 10:52:56 |
| 14 | data packet analysis, where it goes in and it looks at the | 10:52:59 |
| 15 | fields to determine whether this is encrypted or unencrypted, | 10:53:03 |
| 16 | and it's using unencrypted fields, such as sequence of packet | 10:53:07 |
| 17 | length and time, to identify different content, and then it's | 10:53:12 |
| 18 | utilizing the global risk map on the Who's Who of the | 10:53:16 |
| 19 | internet to do that analysis. | 10:53:21 |
| 20 | So the right-hand side, the global risk map, further | 10:53:23 |
| 21 | supports the previous element that it's receiving threat | 10:53:26 |
| 22 | intelligence that contains domain names, and then the | 10:53:30 |
| 23 | left-hand side shows that it's able to determine encrypted | 10:53:33 |
| 24 | and unencrypted traffic. | 10:53:37 |
| 25 | Q.  All right. | 10:53:39 |

———————Cole, E. - Direct———————

1        MR. ANDRE:  And, Your Honor, at this point I want to            10:53:42
2   show Dr. Cole one piece of source code, so I'd like to seal        10:53:44
3   the courtroom for about three minutes.                             10:53:47
4        THE COURT:  All right.                                        10:53:49
5        MR. ANDRE:  Mr. Jonathan Rogers will step out of the         10:53:58
6   room for five minutes.  He's confirmed that.                       10:54:02
7        (Confidential testimony from Page 933, Line 7,
8   through Page 934, Line 20, was redacted.)
9                        *  *  *  *  *  *  *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

934

Cole, E. - Direct

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18         (Confidential testimony from Page 933, Line 7,

19    through Page 934, Line 20, was redacted.)

20                    * * * * * * *                              10:56:22

21    BY MR. ANDRE:                                              10:56:22

22    Q.   And, Dr. Cole, going back to the checkbox, based on the   10:56:22

23    information you provided here today, the testing you did and   10:56:27

24    the exhibits you reviewed, did you form an opinion as to   10:56:32

25    whether or not the accused Cisco systems infringed the   10:56:34

Carol L. Naughton, Official Court Reporter

—————————Cole, E. - Direct—————————

1    identifying the packets comprising unencrypted data and          10:56:39

2    identifying the packets comprising the encrypted data claim      10:56:42

3    elements?                                                        10:56:47

4    A.  Yes, clearly.  Based on all the analysis that I did and a    10:56:47

5    sampling of the evidence that we showed today, it clearly        10:56:51

6    identifies both encrypted data and unencrypted data, so we       10:56:54

7    can check both of those boxes.                                   10:56:58

8    Q.  All right.  Let's go to the next element.                    10:56:59

9         It's determined, based on the unencrypted data or a         10:57:05

10   portion of unencrypted data, to one or more network threat       10:57:08

11   indicators, packets comprising encrypted data correspond to      10:57:11

12   the threat indicator.                                            10:57:17

13        You described -- you discussed this already some            10:57:18

14   today, and we'll look back to those exhibits, but what are we    10:57:20

15   looking at here?                                                 10:57:22

16   A.  Essentially, I know this is a longer claim element, but      10:57:22

17   really what this is saying is being able to determine if         10:57:28

18   there's threat indicators in encrypted traffic without           10:57:33

19   decrypting it.  Or another way of saying it is by utilizing      10:57:38

20   unencrypted data, we can actually determine if there's threat    10:57:43

21   indicators in the encrypted data without actually having to      10:57:49

22   decrypt the data, and this allows it to get much faster          10:57:52

23   analysis of those network threats.                               10:57:58

24   Q.  And you pointed to this element previously when you were     10:58:00

25   showing the previous elements.                                   10:58:06


Cole, E. - Direct

| | | |
|---|---|---|
| 1 | Did Exhibits PTX-570 and PTX-578 inform your opinion | 10:58:08 |
| 2 | as to this element that you testified just previous to, just | 10:58:13 |
| 3 | right before this element? | 10:58:19 |
| 4 | A.  Yes.  Both of them -- just to refresh the Court, both of | 10:58:20 |
| 5 | them clearly stated that Encrypted Traffic Analytics allows | 10:58:24 |
| 6 | threats in encrypted traffic to be detected without | 10:58:30 |
| 7 | decrypting the data.  And, also, both of those pieces of | 10:58:36 |
| 8 | evidence also stated that by utilizing the unencrypted | 10:58:40 |
| 9 | portion, we can identify threats in the encrypted portion | 10:58:44 |
| 10 | without decrypting it. | 10:58:48 |
| 11 | THE COURT:  Well, that's the header and the receipt. | 10:58:49 |
| 12 | In other words, who is sending it and who is receiving it is | 10:58:56 |
| 13 | what you look at to determine if it's a threat. | 10:59:00 |
| 14 | THE WITNESS:  Correct, Your Honor.  So the header | 10:59:05 |
| 15 | information on who is sending and receiving is one piece of | 10:59:10 |
| 16 | information, but the other piece of information that we saw | 10:59:15 |
| 17 | in the previous slides is there's unencrypted information in | 10:59:19 |
| 18 | the Transport Layer Security.  That's the encrypted component | 10:59:24 |
| 19 | handshake that's also utilized -- that's unencrypted that's | 10:59:29 |
| 20 | also utilized to determine threats in the encrypted traffic. | 10:59:33 |
| 21 | THE COURT:  Such as volume? | 10:59:38 |
| 22 | THE WITNESS:  Exactly, such as volume, traffic | 10:59:42 |
| 23 | flows, length, and other factors. | 10:59:45 |
| 24 | BY MR. ANDRE: | 10:59:50 |
| 25 | Q.  And let's turn to that on PTX-989. | 10:59:51 |

────────── Cole, E. - Direct ──────────

1         MR. ANDRE:  Which has been admitted into evidence,          10:59:53

2    Your Honor.          10:59:55

3    BY MR. ANDRE:          10:59:55

4    Q.  If we go to Page 24 of this document, could you describe          10:59:56

5    some of those factors that's being described here in this          11:00:02

6    figure.          11:00:06

7    A.  Yes.  So this shows two of the components that cognitive          11:00:08

8    analytics uses for malware detection.  And this aligns          11:00:14

9    exactly with what Your Honor just said; where, by utilizing          11:00:19

10   sequence of packets, lengths, and times on the bottom, and          11:00:26

11   the initial data packet of the Transport Layer Security          11:00:28

12   header, it's able to utilize that unencrypted information to          11:00:31

13   determine if there's threats in the encrypted traffic without          11:00:35

14   decrypting it.          11:00:38

15         And this slide also further supports the previous          11:00:40

16   claims where, in the upper right-hand side, you see that          11:00:44

17   threat intelligence map, where those threats are coming in          11:00:47

18   from third parties.          11:00:50

19   Q.  Let me show you another document that we'll show what the          11:00:53

20   initial data packet comprises.  We'll go to PTX-1066.          11:00:58

21         THE COURT:  This is a new exhibit?          11:01:04

22         MR. ANDRE:  It is, Your Honor.          11:01:07

23   BY MR. ANDRE:          11:01:10

24   Q.  Dr. Cole, what is Exhibit 1066?          11:01:10

25   A.  This is a Cisco internal presentation on Encrypted          11:01:14

938

Cole, E. - Direct

| 1 | Traffic Analytics, where it's talking about the network | 11:01:20 |
| 2 | telemetry and machine learning. | 11:01:22 |
| 3 | MR. ANDRE:  Your Honor, I'd like to admit | 11:01:26 |
| 4 | Exhibit 1066 into evidence. | 11:01:30 |
| 5 | THE COURT:  Machine learning -- | 11:01:41 |
| 6 | MR. JAMESON:  No objection, Your Honor. | 11:01:51 |
| 7 | THE COURT:  When I hear "machine learning," it makes | 11:02:02 |
| 8 | me think of the term "artificial intelligence."  I'm not sure | 11:02:05 |
| 9 | how that term fits into our analysis of the patents, since | 11:02:11 |
| 10 | nobody can agree on what the term means, but that means that | 11:02:23 |
| 11 | the machine learns, I suppose, through the introduction of | 11:02:29 |
| 12 | new rules, where to look for threats. | 11:02:36 |
| 13 | THE WITNESS:  Yes, Your Honor.  Like you said, | 11:02:45 |
| 14 | there's different definitions of "artificial intelligence." | 11:02:47 |
| 15 | The way that I always used it when I was at the CIA and did | 11:02:50 |
| 16 | programming is where you can have computers mimic human | 11:02:55 |
| 17 | intelligence.  And one way of doing that is by giving it | 11:02:59 |
| 18 | large data sets of good traffic and bad traffic and have the | 11:03:04 |
| 19 | machine actually learn what is good and what is bad. | 11:03:07 |
| 20 | I want to make sure I answered your question, but in | 11:03:12 |
| 21 | terms of this patent, the machine learning component really | 11:03:15 |
| 22 | doesn't come into play, so we're not going to actually be | 11:03:18 |
| 23 | referring to those portions of this document.  But I did want | 11:03:21 |
| 24 | to answer your question. | 11:03:24 |
| 25 | THE COURT:  Okay. | 11:03:26 |

—————————Cole, E. - Direct—————————

 1   BY MR. ANDRE:                                              11:03:26

 2   Q.  Turn to Page 15 of this document ending in Bates 015.  11:03:30

 3           Dr. Cole, could you describe what type of          11:03:35

 4   unencrypted information is in the initial data packet.     11:03:38

 5   A.  Yes.  So if we look at the right-hand side, the graphic, 11:03:41

 6   you have your IP header, which is what's been referred to so 11:03:50

 7   far in this trial as layer 3, and the TCP header as layer 4, 11:03:57

 8   but then there's also the Transport Layer Security header,  11:04:05

 9   which is the new version of Secure Socket Layer, which you   11:04:10

10   might have heard as SSL, and this shows us some of the      11:04:16

11   unencrypted information in the initial Transport Layer      11:04:21

12   Security header.                                           11:04:25

13           Just to back up for a second, Transport Layer      11:04:27

14   Security is the encrypted communication, but in order to set 11:04:30

15   up that encrypted communication, there has to be some initial 11:04:34

16   information, such as the version, the server name, and the  11:04:38

17   cipher suites that have to be exchanged, unencrypted, before 11:04:44

18   that happens.  So this is also some initial unencrypted     11:04:48

19   information in that initial data packet that's actually used 11:04:52

20   to determine if there's threats in the encrypted traffic.   11:04:56

21           MR. ANDRE:  Your Honor, I don't know if I've done  11:05:06

22   this.  I do want to move in PTX-1066 into evidence.         11:05:07

23           THE COURT:  That will be admitted.                 11:05:11

24           (Plaintiff's Exhibit PTX-1066 was received in      11:05:13

25   evidence.)                                                 11:05:14

———————Cole, E. - Direct———————

1        MR. ANDRE:   Thank you.                          11:05:14

2   BY MR. ANDRE:                                          11:05:17

3   Q.   Dr. Cole, I want to show you another exhibit, PTX-1009.   11:05:18

4        Can you describe to the Court what this document is?   11:05:32

5   A.   Yes.   This is release notes for Cognitive Intelligence,   11:05:34

6   or what they're saying was formerly Cognitive Threat   11:05:42

7   Analytics.                                             11:05:45

8        And what this is is whenever you put out new   11:05:46

9   products, they do release notes to tell people what the   11:05:49

10  product does and how the product operates and functions.   11:05:53

11       MR. ANDRE:   Your Honor, I'd like to move in   11:05:57

12  PTX-1009.                                              11:06:01

13       THE COURT:   That will be admitted.              11:06:01

14       (Plaintiff's Exhibit PTX-1009 was received in   11:06:04

15  evidence.)                                             11:06:04

16  BY MR. ANDRE:                                          11:06:04

17  Q.   Doctor, would you turn to Page 12 of this document,   11:06:05

18  ending in Bates 012.   There's a November 2017 heading with   11:06:07

19  "Encrypted Traffic Analytics."                         11:06:13

20       Could you describe how that first couple bullet   11:06:16

21  points inform your opinion as to whether or not the system   11:06:22

22  uses the unencrypted data to make determinations on the   11:06:24

23  encrypted data.                                        11:06:28

24  A.   Yeah.   The first sentence clearly shows this, where it   11:06:30

25  says, "Encrypted Traffic Analytics enhances existing   11:06:33

```
                          ┌─── Cole, E. - Direct ───┐
```

1    Stealthwatch and CTA" -- which is Cognitive Threat          11:06:37

2    Analytics -- "integration with malware detection capability  11:06:41

3    for encrypted traffic without decryption."                   11:06:45

4            So this further shows that it's able to analyze      11:06:50

5    threats in the encrypted traffic without decrypting it, and, 11:06:53

6    as we saw with the previous evidence, it does that by looking 11:06:57

7    at unencrypted information, identifying threats, and uses    11:07:01

8    that to identify threats in the encrypted portion.           11:07:06

9    Q.  The second bullet point, talking about identifying       11:07:12

10   malware in encrypted traffic is done through inference using  11:07:14

11   multiple sources of data, what's that referring to?          11:07:18

12   A.  This supports what was in the previous claim, where it   11:07:21

13   says that it gets threat indicators from third-party sources. 11:07:26

14   So this further supports that it's receiving that            11:07:31

15   information, and then it goes on to show that there is no --  11:07:34

16   sorry -- there is no decryption or inspection of traffic     11:07:38

17   contact, privacy is maintained at all times.                 11:07:45

18           And the reason why that is so important is that was  11:07:46

19   the problem that they had with the old method.  The old      11:07:49

20   method, before Centripetal invented the '856 patent, was you 11:07:53

21   had to decrypt all the traffic, which created major privacy  11:07:59

22   concerns.  So if I was at work and I was checking my bank    11:08:05

23   account or my medical record and the company was decrypting  11:08:09

24   all that traffic, that would create privacy and regulation   11:08:13

25   issues, and they could actually be at risk.  So one of the   11:08:17

942

Cole, E. - Direct

1   key components of the '856 invention is that the privacy is        11:08:22

2   maintained at all times, because decryption doesn't occur of       11:08:26

3   the traffic.                                                       11:08:30

4            THE COURT:  Well, the paper this morning was talking      11:08:34

5   about two countries allegedly exfiltrating data from our           11:08:38

6   pharmaceutical companies and universities to prevent us from       11:08:51

7   developing a virus vaccine.  Did anybody see that?                 11:09:00

8            THE WITNESS:  Yes, I did.  I actually read that           11:09:08

9   story.  And, actually, I believe it was CBS -- I actually did      11:09:11

10  a little news segment on that this morning.                        11:09:16

11           THE COURT:  Is that right?                                11:09:16

12           THE WITNESS:  I was up since 5:00 a.m., East Coast        11:09:20

13  time.                                                              11:09:27

14           THE COURT:  Where are you?                                11:09:27

15           THE WITNESS:  I'm in Northern Virginia, so I'm on         11:09:27

16  East Coast.  That's a normal day for me.  I normally get up        11:09:31

17  at that time 4:00, 4:30 a.m., because I have to watch the          11:09:35

18  news, and then I normally do interviews with the various news      11:09:38

19  services, based on cyber security stories, before I start my       11:09:42

20  day.                                                               11:09:45

21           THE COURT:  All right.                                    11:09:46

22  BY MR. ANDRE:                                                      11:09:47

23  Q.  And one last document I want to show you, Dr. Cole.           11:09:47

24           THE COURT:  Well, let me understand something.           11:09:51

25           Are they being -- they're not -- is "exfiltrating"        11:09:54

Cole, E. - Direct

| | | |
|---|---|---|
| 1 | the right word?  I mean, they're removing the data so that it | 11:10:03 |
| 2 | can't get to the recipient.  Is that what they're doing, | 11:10:08 |
| 3 | allegedly? | 11:10:11 |
| 4 | THE WITNESS:  They're allegedly doing two things. | 11:10:11 |
| 5 | One is they're exfiltrating the data so they can | 11:10:14 |
| 6 | actually develop a vaccine before the U.S. can, because, as | 11:10:20 |
| 7 | you can imagine, a vaccine for COVID-19 is a billion-dollar | 11:10:24 |
| 8 | vaccine.  So they're trying to steal it, and then, because | 11:10:32 |
| 9 | they're so clever, they're trying to alter the actual vaccine | 11:10:35 |
| 10 | so it doesn't work so the U.S. can't produce. | 11:10:40 |
| 11 | So it's actually a two-fold attack where they're | 11:10:43 |
| 12 | stealing the information and then altering it to give | 11:10:46 |
| 13 | themselves a competitive advantage. | 11:10:47 |
| 14 | THE COURT:  All right.  So you can -- I assume this | 11:10:51 |
| 15 | is encrypted traffic. | 11:10:58 |
| 16 | THE WITNESS:  Well, that's the problem, is a lot of | 11:10:59 |
| 17 | these pharmaceutical companies are utilizing the old | 11:11:05 |
| 18 | technology, where they actually have to decrypt the traffic. | 11:11:08 |
| 19 | And the attacker in this case was able to get the keys to the | 11:11:13 |
| 20 | encryption, so they were able to decrypt all the information. | 11:11:20 |
| 21 | So this story highlights the problem with the old | 11:11:23 |
| 22 | method; that your keys are laying around and attackers can | 11:11:25 |
| 23 | steal the keys and decrypt your data. | 11:11:29 |
| 24 | THE COURT:  Not only decrypt it but substitute false | 11:11:32 |
| 25 | data for what was in there.  Is that what you're saying? | 11:11:40 |

```
                        ─────Cole, E. - Direct─────
```

| | | |
|---|---|---|
| 1 | THE WITNESS:  Exactly.  The key is just like the key | 11:11:43 |
| 2 | to your house.  If somebody can get into your house, they | 11:11:45 |
| 3 | cannot only steal things, they can move your furniture around | 11:11:49 |
| 4 | and change things. | 11:11:53 |
| 5 | So, yeah, the keys are critical, and that's why this | 11:11:54 |
| 6 | '856 invention is so important; because it protects and | 11:11:57 |
| 7 | secures the keys without decrypting the information. | 11:12:01 |
| 8 | THE COURT:  Well, in this case it wouldn't do them | 11:12:10 |
| 9 | any good unless they could decrypt, right? | 11:12:15 |
| 10 | THE WITNESS:  Exactly.  So if they -- | 11:12:21 |
| 11 | THE COURT:  You said by using the old system, they | 11:12:25 |
| 12 | enabled themselves to be attacked through decryption. | 11:12:29 |
| 13 | THE WITNESS:  Correct, because they left the keys | 11:12:38 |
| 14 | laying around, and the foreign adversary was able to get | 11:12:40 |
| 15 | those keys and decrypt the information. | 11:12:45 |
| 16 | THE COURT:  So if they would have used -- what | 11:12:48 |
| 17 | you're saying is if they would have used this new system, | 11:12:51 |
| 18 | they wouldn't have been able to decrypt it?  Or it would have | 11:13:01 |
| 19 | -- well, let's put it this way: | 11:13:03 |
| 20 | It would have gotten to the recipient in an | 11:13:05 |
| 21 | unaltered form, at least? | 11:13:08 |
| 22 | THE WITNESS:  Correct.  In these cases, because of | 11:13:09 |
| 23 | defense in depth, I always want to be careful, but at least | 11:13:16 |
| 24 | the current way the attack happened, where they stole the key | 11:13:20 |
| 25 | off the server, if the invention in the '856 patent was used, | 11:13:25 |

─────────────Cole, E. - Direct─────────────

1   the current attack -- that would not have been possible.                    11:13:29

2          THE COURT:  Okay.                                                     11:13:36

3   BY MR. ANDRE:                                                                11:13:36

4   Q.  Doctor, I want to show you what's been marked as PTX-66.                 11:13:37

5          MR. ANDRE:  This is not admitted yet, Your Honor.                     11:13:40

6   BY MR. ANDRE:                                                                11:13:40

7   Q.  Could you describe what this document is?                               11:13:47

8   A.  This is another presentation from one of Cisco's                        11:13:48

9   principal engineers on Cognitive, and what it's really                      11:13:56

10  referring to here is Cognitive Threat Analytics, and it's                   11:14:01

11  giving an inside view of how it works.  And, once again, the                11:14:04

12  date of this document is August 2018.                                       11:14:08

13         MR. ANDRE:  Your Honor, I'd like to move PTX-66 into                  11:14:13

14  evidence.                                                                   11:14:16

15         THE COURT:  PTX-66 will be admitted.                                 11:14:19

16         (Plaintiff's Exhibit PTX-66 was received in                          11:14:24

17  evidence.)                                                                  11:14:25

18  BY MR. ANDRE:                                                               11:14:25

19  Q.  Dr. Cole, I'd like to turn to Page 20 of this document.                 11:14:26

20         Now, the figure above -- we've seen something                        11:14:31

21  similar to that before.  We won't -- is there anything new                  11:14:34

22  you want to discuss about this?  We can go there, or we can                 11:14:38

23  just incorporate your last -- previous testimony.                          11:14:43

24  A.  Just real briefly, since it's up on the screen, this is                 11:14:49

25  showing that we can inspect the encrypted traffic.                          11:14:52

─────Cole, E. - Direct─────

1      So if we start on the left-hand side, it's making      11:14:56
2  the most of the unencrypted fields.  So this is almost right  11:14:59
3  out of the patent claim language, where it's using          11:15:03
4  unencrypted fields to be able to determine if there's threats  11:15:07
5  within the encrypted traffic.                               11:15:11
6      And, once again, the big focus of Cisco with these     11:15:13
7  documents, as you heard from Steven Rogers, the CEO of      11:15:17
8  Centripetal, is it's all about the "who," the Who's Who of  11:15:23
9  the internet dark side.  It's not about the "what" anymore,  11:15:26
10 it's about who's doing it, and that's exactly what the      11:15:29
11 encrypted threat -- sorry -- Encrypted Traffic Analytics is  11:15:31
12 doing.                                                      11:15:35
13 Q.  If we go down to the text on this page, it talks about  11:15:35
14 the initial data packet, which you discussed earlier, and   11:15:41
15 something called the "sequence of packet length and time and  11:15:44
16 byte counts."                                               11:15:48
17     Could you just briefly describe what's being           11:15:49
18 discussed there?                                            11:15:52
19 A.  Yeah.  So the first item, initial data packets, this is  11:15:52
20 what we talked about, where, by looking at the Secure Socket  11:15:58
21 Layer -- that's SSL -- or Transport Layer Security, or       11:16:04
22 Hypertext Transfer Protocol Security -- so, just so we're    11:16:12
23 clear, Secure Socket Layer, HTTPS, Hypertext Transfer        11:16:15
24 Protocol Security, and Transport Layer Security, they're all  11:16:23
25 referring to the same thing.  There's just different versions  11:16:25

---
Cole, E. - Direct
---

1  of it, but they're all referring to the same component, which          11:16:28
2  is the initial setup of the encrypted traffic, and this is             11:16:30
3  showing that we're using the unencrypted fields to do that             11:16:35
4  analysis.                                                              11:16:38
5         Then the second item -- and this is what Your Honor             11:16:39
6  asked about in terms of packet lengths, times, and byte               11:16:45
7  count, where now it can identify the content type, even                11:16:49
8  though the data is encrypted, by measuring the size of the             11:16:53
9  packets, the timing differences, and how they're delivered             11:16:57
10 without actually decrypting any of the traffic.                        11:17:02
11 Q.  If we go back to the claim language, did the evidence you          11:17:05
12 talked about today give you any opinion as to whether or not           11:17:16
13 Cisco's accused systems infringe the determine, based on the           11:17:21
14 portion of the unencrypted data corresponding to the network           11:17:27
15 threat, have claim elements for both claims 24 and 25?                 11:17:30
16 A.  Not only with the documents that I've shown today but in           11:17:34
17 all of the analysis that I've done for this case, it clearly           11:17:37
18 shows that the infringing system from Cisco is able to                 11:17:41
19 determine, based on unencrypted data, threats in the                   11:17:45
20 encrypted portion without decrypting that information and              11:17:49
21 clearly meets this claim element.  So we can check this box.           11:17:53
22 Q.  All right.  Let's go to the last two claim elements on             11:17:56
23 the next page.                                                         11:18:02
24        Now, there's a -- on the introductory portion of                11:18:04
25 this element, before you get to the sub elements, one appears          11:18:09

—————Cole, E. - Direct—————

```
 1   longer than the other.  Could you describe to the Court what      11:18:14
 2   is the difference between the one on the left and the one on      11:18:16
 3   the right?  And I think we have this highlighted.                 11:18:18
 4   A.   The one on the right, claim 25, is computer-readable         11:18:21
 5   medium, and this just has a couple of clarifying words added     11:18:26
 6   to it.                                                            11:18:32
 7        So "by the packet-filtering system" is added with          11:18:33
 8   claim 25 because of the computer-readable medium, but if you     11:18:39
 9   read the claim in 24, it actually is implying that that's        11:18:42
10   done by the packet-filtering system, so this is just a           11:18:48
11   clarifying component.                                            11:18:52
12        And then, once again, claim 25 adds "indicating one        11:18:54
13   or more of the plurality of network threat indicators," and,    11:18:57
14   in my expert opinion, this is, once again, just clarifying       11:19:03
15   that you have to pick one of these but not all of them.  And     11:19:06
16   this is also assigned with claim 24 because it has the word      11:19:10
17   "or" at the bottom, showing that it's one of these, not all      11:19:15
18   of these.                                                        11:19:18
19   Q.   Let's clarify that a little bit.                            11:19:18
20        First of all, you're going to do filtering, correct?       11:19:24
21   This is a filter element, correct?                               11:19:27
22   A.   Yes, this is a filtering element.  And it looks like a      11:19:28
23   really long element, but it's just naming a lot of the           11:19:31
24   different components, and we have to go in and just show that    11:19:36
25   one of these components is filtered on.                          11:19:42
```

———Cole, E. - Direct———

1  Q.  There are five different possible ways of filtering in        11:19:44
2  this claim element; is that correct?                              11:19:49
3  A.  That is correct.  If you actually go through and count        11:19:50
4  them up, starting with the "Uniform Resource Identifier" and      11:19:53
5  finishing with "data indicating a command" there's actually       11:19:57
6  five different things you can filter on.                          11:20:04
7  Q.  When we talk about filtering, is that just what the           11:20:07
8  routers and switches do as packets come through; they just        11:20:10
9  filter packets?                                                   11:20:13
10  A.  Yes.  Essentially, it's looking for, analyzing, or           11:20:14
11  filtering on a certain field or a certain information.  So it    11:20:18
12  could be as simple as if we're watching cars going down the      11:20:21
13  street, we might filter on the color of the car, or we might     11:20:27
14  filter on some other component associated with that              11:20:31
15  automobile.                                                      11:20:34
16  Q.  Okay.  For your testimony today, I would like to -- I        11:20:34
17  don't want to do all five of these elements.  We only have to    11:20:40
18  prove one.  Is it okay if we put in evidence to show the         11:20:43
19  first two, anyway?                                               11:20:46
20  A.  Yeah.  So we'll show today -- just because of time and to    11:20:48
21  keep this concise, we'll focus on the Uniform Resource           11:20:53
22  Identifier, which includes a domain name, and then we'll also    11:20:58
23  focus on data indicating the protocol version.  In this case    11:21:02
24  that's Transport Layer Security, TLS, or SSL, Secure Socket      11:21:07
25  Layer protocol version.                                         11:21:13

950

Cole, E. - Direct

1   Q.  All right.  Let's start with PTX-570.                    11:21:16

2         MR. ANDRE:  Your Honor, this has been admitted into   11:21:25

3   evidence already.                                            11:21:27

4   BY MR. ANDRE:                                                11:21:27

5   Q.  Dr. Cole, I'd like to turn your attention to Page 51 of 11:21:31

6   the document.                                                11:21:34

7         MR. ANDRE:  Beginning at Bates number 640, Your        11:21:34

8   Honor.                                                       11:21:39

9   BY MR. ANDRE:                                                11:21:40

10  Q.  And focus on the table, the bottom table.                11:21:42

11        Could you describe to the Court what this table is    11:21:50

12  discussing.                                                  11:21:54

13  A.  Sure.  So, first, if we look in the upper right-hand     11:21:54

14  corner, it has a red box around it.  It has filter results.  11:21:59

15  So this shows me that the system has the capability of       11:22:05

16  filtering results, which is the exact claim language.        11:22:09

17        And if we go and look at the first column,            11:22:12

18  encryption, TLS, which is Transport Layer Security, and SSL, 11:22:17

19  which is Secure Socket Layer version, this is the protocol   11:22:23

20  version.  So this is, once again, right out of the claim     11:22:27

21  language, and so this clearly shows that you can filter based 11:22:30

22  on the protocol version.                                     11:22:34

23        THE COURT:  "Filter based on the protocol version."   11:22:38

24  That means that the rule could tell you to let the packet    11:22:41

25  pass or not?                                                 11:22:48

951

Cole, E. - Direct

| | |
|---|---|
| 1 | THE WITNESS:  So filtering on the protocol version, | 11:22:48 |
| 2 | that would let us get a little bit more specific. | 11:22:54 |
| 3 | So, for example, I can filter on Transport Layer | 11:22:58 |
| 4 | Security version 1.2, so only show me traffic or only filter | 11:23:01 |
| 5 | traffic on Transport Layer Security version 1.2.  So we're | 11:23:06 |
| 6 | using protocol version, so it will let you filter on the | 11:23:11 |
| 7 | specific version of the protocol. | 11:23:14 |
| 8 | BY MR. ANDRE: | 11:23:22 |
| 9 | Q.  All right.  If we turn to -- | 11:23:23 |
| 10 | THE COURT:  Well, wait a minute. | 11:23:25 |
| 11 | So the protocol, that's the policy?  It's the same | 11:23:31 |
| 12 | as a protocol?  I mean, a protocol includes a series of | 11:23:40 |
| 13 | rules, and what you're saying is you can filter it based on | 11:23:45 |
| 14 | any one of those rules, as opposed to using all of them or | 11:23:48 |
| 15 | more than one of them. | 11:23:52 |
| 16 | THE WITNESS:  Right.  So for this claim element, | 11:23:57 |
| 17 | we're showing filtering on the protocol version, and then the | 11:23:59 |
| 18 | protocol version is one of the components that could actually | 11:24:04 |
| 19 | be in a rule that we'll get to a little later on in the claim | 11:24:09 |
| 20 | elements. | 11:24:15 |
| 21 | THE COURT:  Okay. | 11:24:18 |
| 22 | BY MR. ANDRE: | 11:24:19 |
| 23 | Q.  If we go to PTX-578 -- | 11:24:21 |
| 24 | MR. ANDRE:  This has been admitted earlier today, | 11:24:28 |
| 25 | Your Honor. | 11:24:31 |

Carol L. Naughton, Official Court Reporter

952

Cole, E. - Direct

1   BY MR. ANDRE:

2   Q.  -- and go to Page 17, ending in Bates number 067, could                11:24:32

3   you describe how this informed your opinion as to filtering                 11:24:38

4   based on the different protocol versions?                                   11:24:41

5   A.  Yes.  So the claim element says that you need to filter                 11:24:44

6   based on one of five elements, one of those being the                       11:24:52

7   protocol version, and here this slide is clearly showing                    11:24:55

8   filtering the flows by protocol version.                                    11:24:58

9           Transport Layer Security, TLS, and Secure Socket                    11:25:04

10  Layer are protocols, and you can see in the lower right-hand                11:25:08

11  corner, under "Encrypted Version," that you're actually able               11:25:12

12  to filter on those protocol versions.  So, once again, this                11:25:17

13  slide is almost directly aligned with the claim language,                   11:25:21

14  showing that the Cisco infringing systems have the capability              11:25:24

15  to filter based on protocol version.                                        11:25:28

16          THE COURT:  What does "protocol version" mean?  How                 11:25:31

17  does that fit in with the concept of policies and rules?  I                 11:25:40

18  don't understand.  Is protocol version a subsection of a                    11:25:46

19  rule?  What is it?                                                          11:25:52

20          THE WITNESS:  So you have protocols which specify                   11:25:53

21  how communication occurs, and over time you enhance those.                  11:25:59

22  So you start off with version 1, and then you might go in and              11:26:06

23  add more components for version 2, version 3.                               11:26:10

24          An example would be your home computer or your work                 11:26:13

25  computer.  You might have a Windows operating system that has              11:26:19

Carol L. Naughton, Official Court Reporter

—————Cole, E. - Direct—————

1    different versions.  I don't know if you remember Windows NT,        11:26:23
2    and then you had Windows XP and Windows 7 and Windows 10.           11:26:27
3              THE COURT:  And as soon as we learned one of them,        11:26:32
4    they changed it.                                                    11:26:34
5              THE WITNESS:  Exactly.  You're right.  That's how         11:26:36
6    Microsoft has to make money.                                        11:26:38
7              But those are different versions of the software          11:26:40
8    that they keep enhancing and changing.  So protocols are the        11:26:44
9    same way, where you have different versions of the protocol.        11:26:48
10   So you might have version 1, version 1.2, version 2.                11:26:52
11             And then, to specifically answer your question, the       11:26:56
12   protocol versions that you're filtering on then would become        11:27:00
13   a specific component of the rules.                                  11:27:03
14             THE COURT:  A component of the rules.  So it's a          11:27:08
15   subsection of the rules.                                            11:27:13
16             THE WITNESS:  Right.  So one of the things in the         11:27:15
17   rules that you might do is filter on a specific version of          11:27:17
18   the protocol.                                                       11:27:20
19             THE COURT:  Well, what are protocols filtering,          11:27:29
20   threat intelligence?  Is that what they're filtering based          11:27:35
21   on?                                                                 11:27:39
22             THE WITNESS:  So the filtering could be done on           11:27:42
23   threat intelligence, but it could also be something as simple       11:27:47
24   as if there's an older version of the protocol, say version         11:27:50
25   1.0, that might have more vulnerabilities in it, we might           11:27:57

954

——————Cole, E. - Direct——————

1   want to set up a rule to be able to filter on that older          11:28:02
2   version of that protocol.                                         11:28:06
3   BY MR. ANDRE:                                                     11:28:12
4   Q.  What is a protocol, Dr. Cole?                                 11:28:12
5   A.  A protocol is rules of engagement.  It essentially            11:28:14
6   specifies how two computers can work together in order to         11:28:21
7   communicate back and forth.                                       11:28:27
8           A simple example is a language.  Right now we're          11:28:28
9   using the protocol of the English language.  You're asking        11:28:32
10  questions in English, and, hopefully, most of the time I'm        11:28:35
11  responding in English and not technical terms.  But we're         11:28:39
12  speaking a rule of engagement to communicate, and that's all      11:28:43
13  a protocol is, is just rules of engagement for two computers      11:28:46
14  to be able to set up communication, or in this case, with         11:28:51
15  Transport Layer Security or Secure Socket Layer, it's rules       11:28:54
16  that they would use to set up an encrypted channel between        11:28:58
17  the two systems.                                                  11:29:02
18  Q.  And might it be that an older version of the protocol         11:29:04
19  would be more vulnerable to attack?  You might want to filter     11:29:07
20  on different versions for that reason?                            11:29:11
21  A.  Exactly.  One of the many reasons why you come out with       11:29:12
22  new versions of protocols, why you would have version 2 or        11:29:16
23  version 3, is to not only enhance performance and                 11:29:20
24  functionality, but it's also to fix vulnerabilities and          11:29:23
25  exposures that are present in earlier versions of the            11:29:27

```
                          ──────Cole, E. - Direct──────
```

 1  protocol.                                                    11:29:30

 2         THE COURT:  Or it may be something as simple as       11:29:31

 3  changing the language.                                       11:29:35

 4         THE WITNESS:  Exactly.                                11:29:36

 5         THE COURT:  Okay.                                      11:29:40

 6         MR. ANDRE:  Your Honor, do you want to take our        11:29:41

 7  morning break now, or should I continue?                     11:29:42

 8         THE COURT:  Well, yes, this would be a good time to    11:29:46

 9  take the break.  Let's adjourn until 11:45.                  11:29:49

10         (There was a recess from 11:30 a.m. to 11:46 a.m.)    11:38:30

11         THE COURT:  All right, Mr. Andre.  You may continue.  11:46:24

12         MR. ANDRE:  Thank you, Your Honor.                     11:46:28

13  BY MR. ANDRE:                                                11:46:29

14  Q.  Dr. Cole, we were just talking about the filtering, and 11:46:30

15  you gave a few examples of filtering based on protocol       11:46:33

16  versions.                                                    11:46:36

17         You previously provided testimony of filtering based 11:46:37

18  on the URI or Uniform Resource Identifier.  What is included 11:46:42

19  in a Uniform Resource Identifier?                            11:46:48

20  A.  One of the things that's included in a Uniform Resource  11:46:50

21  Identifier is a domain name.  So a domain name is one of the 11:46:54

22  key Universal Resource Identifiers that we utilize.          11:47:00

23  Q.  And you've provided evidence previously about how the    11:47:04

24  systems filter through on domain names?                      11:47:06

25  A.  Yes.  We showed several pieces of evidence showing domain 11:47:11

—————Cole, E. - Direct—————

1   names, even some testing that I perform that utilized domain                    11:47:14

2   names.                                                                          11:47:19

3   Q.  Let me show you one exhibit that's not in evidence yet                      11:47:19

4   referring to that, PTX-996.                                                     11:47:22

5           Dr. Cole, what is this document?                                       11:47:27

6   A.  This is a Cisco Stealthwatch Configuration Guide, so this                   11:47:32

7   shows how to configure and utilize their product.                              11:47:36

8           MR. ANDRE:  Your Honor, I'd like to move PTX-996                        11:47:39

9   into evidence.                                                                  11:47:42

10          THE COURT:  Now, I didn't hear.  You said this shows                    11:47:53

11  how to filter something, Doctor, 996?                                           11:48:00

12          THE WITNESS:  Sorry.  996 is a configuration guide,                     11:48:04

13  so it shows how to configure the Cisco Stealthwatch.  And one                   11:48:10

14  of the things that it shows in this guide that we'll go to is                   11:48:14

15  that it can filter on domain names.                                             11:48:18

16  BY MR. ANDRE:                                                                   11:48:30

17  Q.  This document, on the second page, is copyrighted 2019.                     11:48:30

18  Does that sound correct, Dr. Cole?                                              11:48:37

19  A.  Yes, that looks to appear to be the correct date.                          11:48:39

20          THE COURT:  What date?                                                  11:48:41

21          MR. ANDRE:  Copyright 2019, Your Honor.                                 11:48:42

22          THE COURT:  Okay.                                                       11:48:53

23  BY MR. ANDRE:                                                                   11:48:53

24  Q.  If we go to --                                                              11:48:56

25          MR. ANDRE:  Your Honor, I'd like to admit PTX-996                       11:48:57

─────Cole, E. - Direct─────

1   into evidence.                                                    11:49:01

2            THE COURT:  That will be admitted.                       11:49:02

3            (Plaintiff's Exhibit PTX-996 was received in             11:49:03

4   evidence.)                                                        11:48:55

5   BY MR. ANDRE:                                                     11:48:55

6   Q.  If we go to Page 5 of this document, ending in Bates         11:49:04

7   number 005, and just pull up the first half of that, where it   11:49:08

8   talks about ETA flow records.                                    11:49:12

9            Dr. Cole, could you explain how this informs your       11:49:15

10  opinion as to filtering based on the URI, or Uniform Resource    11:49:17

11  Identifier.                                                      11:49:23

12  A.  So this is showing the Encrypted Traffic Analytics flow      11:49:26

13  records, and this can include the initial data packet, the      11:49:31

14  Transport Layer Security session ID, the cipher suites, the     11:49:37

15  sequence of packet lengths and times, and the Transport Layer   11:49:43

16  Security version.                                                11:49:45

17           And if you go in and look under the asterisk under      11:49:46

18  initial data packet, this says it contains mostly               11:49:50

19  protocol-related data and headers, such as server name          11:49:56

20  indication.  So that is -- server name or domain name is a      11:50:01

21  component of the Uniform Resource Identifier.                    11:50:05

22  Q.  If we go back to the claim language, based on all the       11:50:07

23  evidence you presented here today talking about this element    11:50:24

24  and previous elements, your testing, your review of the         11:50:27

25  source code, did you form an opinion of whether or not the      11:50:30

958

—————————————— Cole, E. - Direct ——————————————

1    accused Cisco systems infringe the filter element in claims          11:50:33

2    24 and 25?                                                           11:50:38

3    A.  Yes.  Based on the previous evidence and the evidence            11:50:38

4    we've just shown before break, the system can clearly filter         11:50:44

5    based on a Uniform Resource Identifier, specifically the             11:50:47

6    domain name, and also on protocol versions.  So these claimed        11:50:51

7    elements for both 24 and 25 are met, and we can check the            11:50:56

8    box.                                                                 11:51:00

9    Q.  All right.  Let's turn to the last claim element, the            11:51:00

10   routing.  This is routing by the packet-filtering system,            11:51:09

11   filter packets to a proxy system, based on determination that        11:51:13

12   the filter packets comprising data that correspond to one or         11:51:16

13   more network threat indicators.                                      11:51:19

14          Could you explain what you were looking for when you          11:51:22

15   were doing your analysis of this element.                            11:51:25

16   A.  Yes.  So we were looking for the ability to route                11:51:27

17   packets, and the way that's done -- and we briefly mentioned         11:51:33

18   it in my introduction, but we'll clearly show more evidence,         11:51:39

19   after I describe this, that that's done by Stealthwatch              11:51:42

20   communicating to the Identity Service Engine, which has             11:51:45

21   sometimes been referred to as I-S-E, or ISE, and then that          11:51:48

22   can send routes to the routers and switches, with one of the        11:51:54

23   cases being a quarantine, and that can then filter packets to       11:51:59

24   a proxy system, which in this case would be the null               11:52:05

25   interface on the router or the switch.                             11:52:09

Carol L. Naughton, Official Court Reporter

——————Cole, E. - Direct——————

1          And, once again, just to confirm, I utilized the          11:52:11
2     Court's claim construction of proxy system in this case.     11:52:14
3     Q.  Let's start off by looking at some of the testimony of   11:52:18
4     Mr. Amin, Cisco's principal engineer.                        11:52:25
5          MR. ANDRE:  And, Your Honor, this is PTX-1927.  This    11:52:28
6     is not in evidence.  I'd like to move PTX-1927 into evidence. 11:52:32
7          THE COURT:  All right.  PTX-1927, which is Amin         11:52:41
8     again, will be admitted.                                     11:52:52
9          (Plaintiff's Exhibit PTX-1927 was received in          11:53:13
10    evidence.)                                                   11:53:13
11    BY MR. ANDRE:                                                11:53:13
12    Q.  Dr. Cole, how did Mr. Amin's testimony inform your       11:53:14
13    opinion as to this claim element of routing?                 11:53:18
14    A.  So he's asked whether Stealthwatch can send messages to  11:53:21
15    the Cisco Catalyst switches, and he says, "I believe that's  11:53:27
16    true."  And then when he's asked, "What would the Cisco      11:53:31
17    Catalyst switches do in response to the message from         11:53:35
18    Stealthwatch," he says, "It may route packets in a particular 11:53:37
19    way."                                                        11:53:41
20          So, just pausing for a second, this confirms the      11:53:42
21    first part of the claim element, where it has to be able to   11:53:46
22    route packets.  So Mr. Amin clearly shows that it has the    11:53:49
23    ability to route packets in a particular way, and then, when  11:53:54
24    asked in what way would the Catalyst switches route packets   11:53:58
25    based on the methods of Stealthwatch, he says an example      11:54:02

———Cole, E. - Direct———

1    would be to drop packets; for example, to not forward them.          11:54:05

2            And while he doesn't specifically say routing to a          11:54:11

3    proxy system, if you look at the Court's claim construction,         11:54:15

4    a proxy system misaligns with a system that intervenes              11:54:19

5    between two hosts, so his answer aligns with the Court's            11:54:24

6    construction of proxy system.                                        11:54:28

7            So his two answers confirm that the system,                  11:54:30

8    infringing system, aligns with the patent claim element.            11:54:33

9    Q.  If we go to PTX-584...                                           11:54:36

10           Dr. Cole, when this document comes up, could you            11:54:42

11   describe what this document is?                                      11:54:50

12               THE COURT:  What was that number?                        11:54:52

13               MR. ANDRE:  PTX-584.                                      11:54:54

14               THE COURT:  Is that already in evidence?                 11:55:00

15               MR. ANDRE:  It's not.  I want to lay some foundation     11:55:02

16   and move it in through Dr. Cole.                                     11:55:04

17   BY MR. ANDRE:                                                        11:55:08

18   Q.  Dr. Cole, what is this document?                                 11:55:09

19   A.  This is a Cisco public white paper in which they are            11:55:10

20   discussing Cisco Encrypted Traffic Analytics.                       11:55:15

21   Q.  And at the bottom left-hand corner is a copyright date of       11:55:18

22   2019 in fine print.  Do you see that?                               11:55:22

23   A.  Yes, it looks to be 2019.                                        11:55:25

24               MR. ANDRE:  Your Honor, I'd like to move PTX-584        11:55:29

25   into evidence.                                                       11:55:32

─────────────── Cole, E. - Direct ───────────────

1      THE COURT:  That will be admitted.                    11:55:33

2      (Plaintiff's Exhibit PTX-584 was received in          11:55:33

3  evidence.)                                                11:55:34

4  BY MR. ANDRE:                                             11:55:34

5  Q.  If we go to Page 6 of this document, bearing Bates    11:55:35

6  numbers ending in 403, the bottom paragraph talks about,  11:55:39

7  "Upon discovery, a malicious encrypted flow can be blocked or  11:55:47

8  quarantined."                                             11:55:50

9      Do you see that?                                      11:55:51

10 A.  Yes, I do.                                            11:55:52

11 Q.  Could you describe to the Court how this document informs  11:55:53

12 your opinion as to the last claim element of the '856 patent,  11:55:57

13 claims 24 and 25?                                         11:56:01

14 A.  Once again, this aligns very closely with the claim   11:56:03

15 language, saying once it's identified malicious encrypted  11:56:07

16 flow -- which, as a reminder, was done without decrypting the  11:56:11

17 traffic -- it can then be blocked or quarantined by        11:56:15

18 Stealthwatch.  And it says this is policy-driven remediation  11:56:20

19 actions, using policy grid, using Cisco's Identity Service  11:56:26

20 Engine, ISE, with Cisco TrustSec.                         11:56:32

21      So this is showing the communication that from       11:56:37

22 Stealthwatch it utilizes Identity Service Engine to then   11:56:39

23 route packets to a proxy, which is just another way of saying  11:56:43

24 blocking or quarantining those packets by Stealthwatch.    11:56:50

25 Q.  I'd like to show you another piece of testimony from   11:56:58

─────────Cole, E. - Direct─────────

1   Mr. Agrawal, Cisco's product line manager, and this is          11:57:01

2   PTX-1928.                                                       11:57:07

3              MR. ANDRE:  Your Honor, I'd like to admit PTX-1928.  11:57:11

4              THE COURT:  Just a moment.  Let me find it.          11:57:15

5              All right.  PTX-1928 will be admitted.               11:57:42

6              (Plaintiff's Exhibit PTX-1928 was received in        11:58:06

7   evidence.)                                                      11:58:07

8   BY MR. ANDRE:                                                   11:58:07

9   Q.  And, Dr. Cole, could you tell the Court how Mr. Agrawal's   11:58:08

10  testimony informed your opinion as to this last claim           11:58:12

11  element, and particularly the first part of the answers he      11:58:15

12  provided.                                                       11:58:20

13  A.  Yes.  This supports all the evidence we've seen so far,     11:58:21

14  where when he's asked, "Is there an interface within            11:58:24

15  Stealthwatch where a user can click to automatically            11:58:27

16  quarantine based on detection of threats with Encrypted         11:58:30

17  Traffic Analytics," and he says, "That is a -- we call that     11:58:37

18  one-button quarantine, and it's a button in Stealthwatch."      11:58:41

19             So this confirms that there's that capability to     11:58:44

20  route, and then, if you look at the answer, he says,            11:58:47

21  "Stealthwatch is not doing the quarantining directly.  It's     11:58:50

22  done via communication with a component such as ISE, Identity   11:58:52

23  Service Engine."                                                11:58:58

24             So this confirms how the infringing scenario with    11:58:59

25  Stealthwatch identifies the threats and encrypted traffic,      11:59:02

963

Cole, E. - Direct

1   communicates with Identity Service Engine, that then sends a          11:59:06

2   message to the routers or switches to route the packet to a          11:59:12

3   proxy, which in this case would be a null interface.                 11:59:15

4          THE COURT:  Well, what is this "click" talking about          11:59:19

5   here?  What does that mean?                                          11:59:24

6          THE WITNESS:  I'm sorry, Your Honor.  I didn't hear          11:59:26

7   the question.                                                        11:59:31

8          THE COURT:  What does "click" mean?  Does this mean          11:59:31

9   something has to be done manually?                                   11:59:35

10          THE WITNESS:  The one option here is that there is a         11:59:40

11   one-button quarantine, so the user could go in and click that       11:59:42

12   one button, and then that would automatically do the                11:59:47

13   quarantining, but the software for doing all of that                11:59:50

14   quarantining is built into the system.                              11:59:54

15          THE COURT:  So nobody -- you don't have to use the           11:59:59

16   manual option?  If you don't use the manual option, it will         12:00:03

17   do it anyway?                                                       12:00:09

18          THE WITNESS:  Correct.  He's just giving one option         12:00:11

19   here, but there's also an automatic way to do that, also.          12:00:12

20          THE COURT:  All right.  Well, can I see the rest of         12:00:15

21   the language on this?                                               12:00:17

22          (There was a pause in the proceedings.)                     12:01:05

23          THE COURT:  Okay.                                           12:01:05

24   BY MR. ANDRE:                                                       12:01:06

25   Q.  Dr. Cole, you talk about the "null interface."  I'd like       12:01:06

─────── Cole, E. - Direct ───────

| | | |
|---|---|---|
| 1 | to show you PTX-526. | 12:01:09 |
| 2 | MR. ANDRE:  And this is not in evidence yet, Your | 12:01:12 |
| 3 | Honor. | 12:01:14 |
| 4 | BY MR. ANDRE: | 12:01:14 |
| 5 | Q.  Dr. Cole, what is this document? | 12:01:15 |
| 6 | A.  This is a Cisco community document, so this is a public | 12:01:17 |
| 7 | document that they share.  You can see the URL at the bottom | 12:01:21 |
| 8 | of the screen, and this talks about the null interface that's | 12:01:25 |
| 9 | built into routers and switches. | 12:01:30 |
| 10 | THE COURT:  Just a minute.  What is this number? | 12:01:32 |
| 11 | MR. ANDRE:  PTX-256. | 12:01:35 |
| 12 | THE COURT:  Okay. | 12:01:35 |
| 13 | MR. ANDRE:  Your Honor, I'd like to move PTX-256 | 12:01:45 |
| 14 | into evidence. | 12:01:47 |
| 15 | THE COURT:  What was the question and the answer to | 12:02:01 |
| 16 | Dr. Cole?  I didn't get that. | 12:02:05 |
| 17 | MR. ANDRE:  The question was what is this document | 12:02:07 |
| 18 | referring to? | 12:02:09 |
| 19 | THE COURT:  Can you give us your answer? | 12:02:12 |
| 20 | THE WITNESS:  Yes.  This is a Cisco community | 12:02:13 |
| 21 | document.  So these are public documents that Cisco provides | 12:02:17 |
| 22 | to give details about their product. | 12:02:22 |
| 23 | In this case, they're talking about a feature that's | 12:02:24 |
| 24 | in their switches and routers called the "null interface," | 12:02:27 |
| 25 | which, as we'll see as we go through my explanation, serves | 12:02:31 |

Carol L. Naughton, Official Court Reporter

─────Cole, E. - Direct─────

1    the role as a proxy.                                          12:02:35

2            THE COURT:  So if it's dropped, it goes to the        12:02:47

3    proxy?                                                        12:02:49

4            THE WITNESS:  Yes.  If it's dropped, it would be      12:02:50

5    routed to the proxy, which would be the null interface, and   12:02:55

6    that, in essence, would drop the packet.                      12:03:01

7    BY MR. ANDRE:                                                 12:03:03

8    Q.  And is that similar to quarantining the packet, as well?  12:03:08

9    A.  Yes, that is.                                             12:03:10

10           THE COURT:  All right.  Go ahead.                      12:03:14

11           MR. ANDRE:  Your Honor, can I get 256 admitted into    12:03:17

12   evidence?                                                     12:03:21

13           THE COURT:  That will be admitted.                     12:03:22

14           (Plaintiff's Exhibit PTX-256 was received in          12:03:22

15   evidence.)                                                    12:03:23

16   BY MR. ANDRE:                                                 12:03:23

17   Q.  Turn to the second page.  There's a description           12:03:24

18   under number 1.                                               12:03:28

19           Could you describe what this document is discussing   12:03:29

20   here?                                                         12:03:31

21   A.  Yes.  So this is talking about a description of the null  12:03:32

22   interface, where it's saying, "Only interface configuration   12:03:38

23   command that you specify for the null interface..." and it    12:03:42

24   then -- it's basically saying it's going to drop the packet,  12:03:45

25   and then what action do you want to perform when it drops the 12:03:49

─────Cole, E. - Direct─────

1    packet?                                                        12:03:53

2          So you can send a message back to the host saying         12:03:53

3    that the system is unreachable, or you can direct packets       12:03:57

4    that will prevent the router from sending an internet control   12:04:02

5    message protocol.                                               12:04:07

6          So I know there's a lot of technical language in          12:04:08

7    here, but, essentially, what this is saying is the null         12:04:11

8    interface is a way that you route packets in order for it to    12:04:15

9    intervene in order to drop those packets.  So you see that at   12:04:19

10   the end, packets destined for a particular network to be        12:04:24

11   dropped, and then you can go in and specify what message you    12:04:27

12   give back to the originating system.                            12:04:32

13         But this shows -- and it's very well-known -- that        12:04:34

14   the null interface is a way to drop packets, intervening        12:04:37

15   between two systems playing the role of a proxy.                12:04:43

16   Q.  And is the null interface something that is well-known in   12:04:46

17   your industry; how to -- a way to route packages away from      12:04:49

18   the original intended host?                                     12:04:53

19   A.  Yes, it is.                                                 12:04:55

20   Q.  I'd like to show you one more piece of deposition           12:04:56

21   testimony from a Cisco software engineer, Mr. Llewallyn, and    12:05:02

22   this is PTX-1929.                                               12:05:11

23         MR. ANDRE:  Your Honor, I'd like to admit PTX-1929        12:05:13

24   into evidence.                                                  12:05:16

25         THE COURT:  PTX-1929.                                     12:05:34

967

———————Cole, E. - Direct———————

```
 1            (Plaintiff's Exhibit PTX-1929 was received in    12:05:34
 2    evidence.)                                               12:05:50
 3            MR. ANDRE:  Thank you, Your Honor                12:05:50
 4    BY MR. ANDRE:                                            12:05:50
 5    Q.  Dr. Cole, what did this testimony -- how did it inform  12:05:51
 6    your opinion as to the routing element?                  12:05:56
 7    A.  So he's asked about Identity Service Engine, and, just as  12:05:57
 8    a refresher, Stealthwatch communicates with Identity Service  12:06:05
 9    Engine to then send messages to the router or switch to route  12:06:10
10    to the proxy, and when he's asked about ISE, he says it has  12:06:14
11    the ability to quarantine users.                         12:06:19
12            So on the fourth line:  "So the one thing that   12:06:22
13    Stealthwatch can do based on the user, the administrator  12:06:25
14    choosing to do so, is to quarantine a host."             12:06:29
15            So he's talking about the ability to quarantine or  12:06:33
16    route packets to a proxy, such as the null interface.    12:06:36
17    Q.  Thank you, Doctor.                                   12:06:39
18            THE COURT:  You said "quarantine users."  That means  12:06:57
19    users are potential recipients of the packet, right?     12:07:04
20            THE WITNESS:  Correct.  So the user is the one   12:07:09
21    that's actually performing some action on a computer that  12:07:15
22    generates the packets that are encrypted over the network.  12:07:19
23    So you can have different levels of abstraction, but one  12:07:24
24    thing he's saying is you can decide that the encrypted   12:07:29
25    traffic is bad based on the user activity and then go in  12:07:32
```

—————Cole, E. - Direct—————

1    and --                                                        12:07:36

2          THE COURT:  Well, somebody said "host."  Who's the       12:07:37

3    host?                                                          12:07:41

4          THE WITNESS:  The host is the computer, and then the     12:07:41

5    user is the person utilizing that computer.                    12:07:47

6          THE COURT:  Is this person the person who sends the      12:07:56

7    packet or receives it?                                         12:08:03

8          THE WITNESS:  So it could be either one, but             12:08:06

9    typically, in this case, it would be a user is at a computer   12:08:08

10   system, and let's say their account, their user account, gets 12:08:14

11   compromised and it starts doing malicious activity out on the 12:08:20

12   internet.  They can go in and identify, based on looking at    12:08:24

13   the encrypted traffic, without decrypting it, that that user  12:08:28

14   is doing something malicious, and they can identify the        12:08:32

15   address of the host and then quarantine that host address to  12:08:36

16   a proxy so that system can no longer do damage.                12:08:41

17         THE COURT:  Well, that sounds like you're talking        12:08:47

18   about the recipient being a bad guy and you can keep him from  12:08:49

19   receiving it.                                                  12:08:57

20         Are you saying that you can also use this technology     12:08:59

21   to quarantine the source?                                      12:09:03

22         THE WITNESS:  Yes, you can have two scenarios.  So       12:09:07

23   one scenario is what you just mentioned, where the recipient   12:09:12

24   breaks into a host and extracts information out of it, but     12:09:20

25   you could also have a scenario that we call in cyber security  12:09:23

──────Cole, E. - Direct──────

1    a "bad actor," and that can be somebody inside the company          12:09:26
2    that is working for a competitor or wants to cause harm, and        12:09:31
3    they can go in, that user, to try to deliberately send              12:09:37
4    information out of the organization.  They could also               12:09:42
5    identify that bad actor and then quarantine that host to a          12:09:44
6    proxy.                                                              12:09:51
7          THE COURT:  So you could quarantine anyone in the             12:09:54
8    chain of transporting the packet; the source, an intermediary       12:10:03
9    or the intended recipient.  Any of those could be                   12:10:14
10   quarantined.  Is that what you're saying?                           12:10:16
11         THE WITNESS:  Yes.  For this specific patent and the          12:10:19
12   testimony here, we're really referring to more of the               12:10:24
13   originating host, but you are correct; it could be either           12:10:28
14   side that's doing damage and trying to cover it by utilizing        12:10:32
15   encryption.                                                         12:10:39
16         MR. ANDRE:  May I proceed, Your Honor?                        12:10:48
17         THE COURT:  Well, I'm trying to figure out -- you             12:10:49
18   said you could quarantine a bad actor within the company            12:10:52
19   who's the recipient of the packet.                                  12:10:59
20         THE WITNESS:  So if we look at a simple example,              12:11:09
21   let's say somebody that works at the courthouse, they're a          12:11:12
22   bad actor, and they're trying to connect to a malicious host        12:11:19
23   out on the internet to exfiltrate out court documents, and          12:11:24
24   they're utilizing encryption to try to cover their tracks.          12:11:31
25         In this case, it would be able to detect that that           12:11:37

Cole, E. - Direct (Confidential Portion)

1    bad actor, who is an employee of the court, is connecting to          12:11:40
2    that site on the internet and then, once it determines that,         12:11:45
3    then route them to a proxy that would quarantine or block            12:11:51
4    them from doing further damage.                                       12:11:57
5          THE COURT:  And it could also do the same thing to             12:12:02
6    the source.                                                           12:12:05
7          THE WITNESS:  That is correct.                                  12:12:09
8          THE COURT:  Or the intended recipient.                         12:12:11
9          THE WITNESS:  That is correct.                                  12:12:18
10         THE COURT:  Okay.                                               12:12:20
11   BY MR. ANDRE:                                                         12:12:23
12   Q.  Dr. Cole, I want to show you one last piece of source            12:12:23
13   code.                                                                 12:12:27
14         MR. ANDRE:  Your Honor, I'd like to seal the                    12:12:27
15   courtroom for just a few minutes.                                     12:12:30
16         THE COURT:  All right.                                          12:12:31
17         MR. ANDRE:  And, Mr. Rogers, please step out for                12:12:38
18   about five minutes.                                                   12:12:40
19         We have confirmation Mr. Rogers stepped out.                    12:12:45
20         (Confidential testimony from Page 970, Line 20,                 10:53:50
21   through Page 972, Line 15, was redacted.)                            10:53:50
22                        * * * * * * *                                    12:12:50
23                                                                         12:12:50
24
25

Carol L. Naughton, Official Court Reporter

```
                      ──Cole, E. - Direct (Confidential Portion)──

 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13          (Confidential testimony from Page 970, Line 20,

14   through Page 972, Line 15, was redacted.)

15                    *  *  *  *  *  *                         12:15:34

16   BY MR. ANDRE:                                            12:15:34

17   Q.  Dr. Cole, can we go back to the claim language?      12:15:35

18   A.  Yes, we can.                                         12:15:37

19   Q.  Based on the exhibits you showed here today, your    12:15:38

20   testing, the source code you reviewed, did you form an   12:15:41

21   opinion as to whether or not the Cisco accused systems   12:15:44

22   infringed the last claim element of claims 24 and 25 of the  12:15:49

23   '856 patent?                                             12:15:52

24   A.  Yes, we saw with the evidence that it can actually route  12:15:55

25   filtered packets to a proxy system, in this case the null  12:15:58
```

973

—————Cole, E. - Direct—————

1   interface, based on encrypted traffic that contains network          12:16:02
2   threat indicators.  So we proved this element, and we can            12:16:05
3   check that box.                                                      12:16:08
4   Q.  Dr. Cole, at this time you've checked all the claim              12:16:09
5   elements of claims 24 and 25 of the '856 patent, as it               12:16:16
6   relates to the accused systems that we have in this case.            12:16:20
7           Would you give your final conclusion as to your             12:16:23
8   opinion as to whether or not the accused switches and                12:16:26
9   routers, along with Stealthwatch and the Identity Service            12:16:29
10  Engine infringe claims 24 and 25?                                    12:16:33
11  A.  The identified technology, as you said, the accused              12:16:35
12  routers and switches of Stealthwatch and Identity Service            12:16:38
13  Engine, in my expert opinion, infringe claims 24 and 25 of           12:16:43
14  the '856 patent.                                                     12:16:47
15  Q.  Thank you, Dr. Cole.                                             12:16:49
16          Now, let's turn to the second patent you're opining         12:16:51
17  upon, the '176 patent.  And what are we calling this patent?         12:16:54
18  A.  This patent we call the correlation patent.                      12:17:01
19  Q.  Now, can you describe to me -- I know "correlation" has a        12:17:08
20  specific meaning in computer science or cyber security.  How         12:17:11
21  would you describe "correlation" in a way that lay people            12:17:15
22  would understand it?                                                 12:17:20
23  A.  Well, what you're doing is taking different pieces of            12:17:21
24  information and putting it together to form a complete               12:17:24
25  picture.                                                             12:17:27

Carol L. Naughton, Official Court Reporter

974

————Cole, E. - Direct————

1    So an example would be if I come home from work   12:17:27
2  today and I see somebody running through my neighborhood,   12:17:31
3  that alone would not be indicative of suspicious activity.  I   12:17:35
4  might also see somebody carrying a box through my   12:17:41
5  neighborhood.  Once again, that by itself is okay.  I might   12:17:44
6  also see somebody wearing a hat, and I might see a police car   12:17:47
7  just patrolling the neighborhood.  Those individual   12:17:52
8  activities by themselves are not suspicious or would raise   12:17:58
9  concern or alarm.   12:18:03
10    However, if I go home tonight and I see somebody   12:18:03
11  running through my neighborhood, wearing a ski mask, carrying   12:18:07
12  a box, being chased by a police car, now I would be much more   12:18:10
13  suspicious that something bad is going on.   12:18:15
14    So that illustrates the power of correlation, where   12:18:18
15  you're taking individual events, putting them all together,   12:18:21
16  to get a clearer picture of what is happening in an   12:18:25
17  environment.  And the same thing happens within a network.   12:18:27
18  Attackers today are very clever, so individual activities by   12:18:32
19  themselves might not be concerning, but when you start to   12:18:36
20  correlate all of it together, just like I showed in the   12:18:39
21  example, you can start to get a clearer picture of whether   12:18:43
22  something is good or something is malicious.   12:18:46
23  Q.  So let's turn to JTX-3, which is in evidence.  This is   12:18:48
24  the '176 patent.   12:18:54
25    If we could turn to -- this is claim 11.  Could you   12:18:57

—————Cole, E. - Direct—————

1   describe generally what claim 11 is covering?                    12:19:05

2   A.  What claim 11 is covering is you have a device, such as a    12:19:08

3   router or a switch, and it's receiving packets that are          12:19:15

4   coming in, and it's generating logs.  The packets are then       12:19:20

5   transmitted out of the router or switch, it's generating logs    12:19:25

6   again, and then it correlates those logs together, and based     12:19:30

7   on that correlation, it generates one or more rules that can     12:19:34

8   then get provisioned back to a device on that first network.     12:19:41

9   Q.  What was the summary of your opinions as to Cisco's          12:19:44

10  accused systems in claims 11 and 21 of the '176 patent?          12:19:52

11          I'm sorry.  Real quick, is claim 21 of the patent        12:19:56

12  just the computer-readable medium version of the system?         12:20:00

13  A.  Yes, except for the beginning preamble portion, which is     12:20:05

14  just the computer-readable media that we've covered several      12:20:10

15  times in this case, both by myself and by Dr. Mitzenmacher,      12:20:14

16  the rest of the claims of 21 are identical to 11.                12:20:17

17  Q.  Now let's go to the summary of your opinions as it           12:20:22

18  relates to the '176 patent.                                      12:20:27

19  A.  In this case, my opinion is that the accused Cisco           12:20:28

20  switches and routers, along with Cisco's Stealthwatch,           12:20:31

21  infringe claims 11 and 21 of the '176 patent.                    12:20:35

22  Q.  And using an animation we've been using here, could you      12:20:39

23  describe, you know, in like a big picture, how this system       12:20:47

24  works?                                                           12:20:52

25  A.  Sure.  So, as we discussed, your routers and switches are    12:20:53

─────Cole, E. - Direct─────

1   connecting networks together.  So you have network 1 and          12:21:01
2   network 2, and what's happening here is, as a packet in the       12:21:04
3   animation is going from network 2, it's received by the           12:21:10
4   routers and switches running Encrypted Traffic Analytics, it      12:21:15
5   generates logs, and then as it's sent out, it generates a         12:21:18
6   second set of logs.  So there's logs coming in when it's          12:21:22
7   received and when it's sent out.  Those are then correlated       12:21:26
8   together, and then, based on that correlation, a rule is          12:21:30
9   created that's sent out to a device on network 1.                 12:21:34
10  Q.  All right.  Let's turn to the claim language.                 12:21:39
11          Now, the first element here, could you describe,          12:21:52
12  once again, very briefly, what we're discussing here?            12:21:56
13  A.  Yes.  For 11, this is a system claim, so this is almost       12:21:58
14  identical to the language in '856, at least one processor and     12:22:06
15  memory-storing instructions, and when executed by at least        12:22:12
16  one processor.  And, once again, we're referring to the same      12:22:16
17  switches and routers that I did in '856 and the same switches     12:22:19
18  and routers that Dr. Mitzenmacher covered over his three days     12:22:23
19  of testimony.                                                     12:22:28
20          And then 21 is computer-readable medium compromising      12:22:29
21  instructions that, when executed by a computing system, cause     12:22:34
22  the computing system to perform action.  And, once again,         12:22:38
23  this is very similar to '856 and what Dr. Mitzenmacher            12:22:41
24  covered, talking about the switches and the routers.              12:22:45
25  Q.  So, relying on your testimony previously today regarding      12:22:51

977

—Cole, E. - Direct—

1   the Catalyst switches, the ASR and ISR routers, and exhibits          12:22:53
2   previously admitted today -- PTX-524, PTX-573, and                    12:22:58
3   PTX-1008 -- did you form an opinion as to whether or not the          12:23:06
4   accused Cisco's system and routers have at least one                  12:23:10
5   processor, memory, and a CRM, or computer-readable medium?            12:23:17
6   A.  Yes.  Using the exact same evidence that we showed                12:23:23
7   earlier just as a quick refresher, those documents show that          12:23:26
8   these routers and switches have processors, they have memory,         12:23:30
9   they have hard drives, and those hard drives and memory store         12:23:33
10  instructions that get executed on the system.  Based on all           12:23:36
11  of that previous evidence that we showed earlier today, both          12:23:41
12  of these elements are met, and we can check these boxes.              12:23:44
13  Q.  Okay.  So the next four claim elements describe,                  12:23:48
14  essentially, two elements that are identical in a first              12:23:58
15  network and a second network.                                        12:24:03
16          Can you describe what we're looking at with both            12:24:05
17  these elements?                                                       12:24:06
18  A.  Yes.  So you have your router or switch, and you have             12:24:07
19  network 1, and when you're sending packets to network 1, it's         12:24:13
20  initially received, and when it's received here, it then             12:24:16
21  generates logs.  It would then generate logs.                        12:24:21
22          Then, when this router or switch takes that same            12:24:26
23  packet and sends it out or is transmitting it, it's                  12:24:28
24  transmitting it out of the device, and then it generates logs        12:24:31
25  again.                                                                12:24:35

—————Cole, E. - Direct—————

1    So, essentially, it's the same router or switch that          12:24:37

2  receives the packet and generates logs and takes the packet,    12:24:39

3  transmits it, and generates a second series of logs.  So the    12:24:44

4  activity is performed by the same device and is very similar;   12:24:48

5  it's just one is receiving and one is transmitting.             12:24:51

6    But the activity of receiving and transmitting and            12:24:54

7  generating the logs is the same activity, so in order to be     12:24:57

8  concise, we're going to cover all four of those together,       12:25:02

9  because it's the same device, the same technology, and it       12:25:05

10  operates in a similar manner.                                  12:25:07

11    THE COURT:  Does the system log in packets that              12:25:10

12  are -- what was the language we used? -- sent to a proxy or    12:25:23

13  just lets it go through?                                       12:25:28

14    THE WITNESS:  So in this case, Your Honor, with the          12:25:35

15  '176 patent, there's actually not a proxy in the claim         12:25:37

16  language.  So we don't actually have a proxy in this case.     12:25:40

17  We just have to show that the router or switch receives        12:25:44

18  packets and logs and transmits packets and logs.              12:25:47

19  BY MR. ANDRE:                                                  12:25:52

20  Q.  And, Dr. Cole, if it was being routed to a proxy, would    12:25:53

21  it also generally log that it was routed to a proxy?  And      12:25:57

22  it's not in this claim language, but would it also create a    12:26:00

23  log?                                                           12:26:03

24  A.  Yeah.  So the host on network 1, it could have anything    12:26:03

25  on network 2.  So network 2 could be a server, or network 2    12:26:09

Carol L. Naughton, Official Court Reporter

979

Cole, E. - Direct

1   could be a proxy.  So if you're sending packets to the proxy,   12:26:13

2   even though it's not required by this claim element, that   12:26:17

3   would still generate logs on the system.   12:26:21

4            THE COURT:  Well, that's what I was asking about,   12:26:23

5   because under the prior patent, where you correlate a series   12:26:27

6   of acts which together constitute a threat, if you send   12:26:39

7   something to the -- I keep forgetting that language.  We're   12:26:49

8   not dropping it, we're sending it to a proxy.  That's the   12:26:56

9   language.   12:27:00

10           If you leave the ones that are sent to a proxy out,   12:27:00

11  then what's left may not be sufficient to identify the   12:27:05

12  threat.  But you're saying that the packets that are sent to   12:27:12

13  a proxy are logged in, so they would be among those logged   12:27:22

14  in, the sum total of which might indicate a threat.   12:27:30

15           THE WITNESS:  That is correct, and that's very   12:27:35

16  observant.  Because you're right.  If we were taking the   12:27:38

17  threats and sending them to a proxy and we weren't logging   12:27:41

18  that, we would be missing out on a very critical piece of   12:27:44

19  information.  So whether the packets are going to a proxy or   12:27:49

20  a regular system, they're still logged on the routers or   12:27:52

21  switches.   12:27:57

22           THE COURT:  Okay.   12:28:01

23  BY MR. ANDRE:   12:28:02

24  Q.  Let me show you just a couple of graphics and explain how   12:28:03

25  packets come into a system and how they go out, how that data   12:28:06

Carol L. Naughton, Official Court Reporter

─────────────Cole, E. - Direct─────────────

| | | |
|---|---|---|
| 1 | that includes the log is collected. | 12:28:11 |
| 2 | What are some of the terms we're going to be talking | 12:28:15 |
| 3 | about? | 12:28:17 |
| 4 | A.   Okay.  So we have these terms, "packet ingress," which I | 12:28:17 |
| 5 | always remember it, because I teach a lot and the terms can | 12:28:23 |
| 6 | get confusing, that ingress is input.  So the "I" is input, | 12:28:26 |
| 7 | so it's going into the router or switch.  So this is a packet | 12:28:32 |
| 8 | that's going into the router or switch.  And when it goes in, | 12:28:35 |
| 9 | packets are generated, which includes log data, and then when | 12:28:38 |
| 10 | the packet leaves, packets egress -- and I always remember | 12:28:43 |
| 11 | "E" as "exit."  So packet egress is exiting the device. | 12:28:49 |
| 12 | It would then also go in and generate packet data | 12:28:55 |
| 13 | that includes logs, and that would be true when it's packet | 12:28:58 |
| 14 | egress.  Whether it's going to another server or whether it's | 12:29:01 |
| 15 | actually going to the proxy, we would still get those | 12:29:03 |
| 16 | outbound packet egress logs on the system. | 12:29:09 |
| 17 | Q.   And is either side of this router or server here -- are | 12:29:12 |
| 18 | those two different networks this is connecting?  Is that | 12:29:16 |
| 19 | network 1 and network 2 we're talking about? | 12:29:19 |
| 20 | A.   Yes.  So on the left-hand side, we can call that | 12:29:21 |
| 21 | network 1, and then on the right-hand side, we can call that | 12:29:26 |
| 22 | network 2, so it aligns with the language of the patent. | 12:29:30 |
| 23 | Q.   And that log information that goes up between the ingress | 12:29:34 |
| 24 | and egress, does that provide different information? | 12:29:40 |
| 25 | A.   Yes, it does.  I'm trying not to get too technical, but | 12:29:44 |

Carol L. Naughton, Official Court Reporter

Cole, E. - Direct

1    when a packet comes into a router or switch, some of that      12:29:50
2    information can be altered.  So when it leaves the router or    12:29:54
3    switch, it could actually have a different header.  So by      12:29:59
4    comparing that header of the information when it enters verse  12:30:04
5    when it leaves is very valuable in being able to correlate     12:30:08
6    and understand threats.                                        12:30:12
7    Q.  And this type of traffic, does it go both directions?  So  12:30:13
8    if it goes from right to left, would that be ingress in that   12:30:18
9    direction and egress in the other direction?                   12:30:23
10   A.  That is correct, because it's a bidirectional              12:30:25
11   communication, so it's not just unidirectional.  It goes in    12:30:27
12   both directions, and in both cases, regardless of the          12:30:32
13   direction, when it comes in, it generates data that includes   12:30:35
14   logs, and when it leaves or is transmitted out, it also        12:30:39
15   generates data that includes logs.                             12:30:44
16   Q.  Now, let me show you some of your own -- your own          12:30:46
17   personal testing of the switches and routers.                  12:30:50
18          MR. ANDRE:  And this is PTX-408, which is in            12:30:52
19   evidence, and this is at Page 25, Your Honor, and this is      12:30:56
20   ending in Bates number 650.                                    12:31:02
21          THE COURT:  408 is already in, right?                   12:31:07
22          MR. ANDRE:  Yes.  This is just another page of this     12:31:09
23   document.  It's Dr. Cole's testing documents, and this is      12:31:11
24   Page 25, ending in Bates number 650.                           12:31:14
25          THE COURT:  650.  Okay, I've got it.                    12:31:18

—————Cole, E. - Direct—————

1   BY MR. ANDRE:                                              12:31:29

2   Q.  Okay.  If you look at down towards paragraph 2, where it   12:31:29

3   says, "Specify the egress and ingress details of the       12:31:32

4   following," do you see that?                               12:31:36

5   A.  Yes, I do.                                             12:31:37

6   Q.  Could you describe what your own testing provided and how   12:31:38

7   it relates to this claim element?                         12:31:42

8   A.  Yes.  When I test the products, I want to make sure I   12:31:44

9   fully understand the products and how they work and operate.   12:31:47

10  So products often contain help files and resources -- and   12:31:50

11  that's what this is from -- and this resource clearly shows   12:31:55

12  and confirms what I previously testified; that on routers and   12:32:00

13  switches when you set policies, which can include logging,   12:32:05

14  you can specify both egress or ingress for the logging or the   12:32:08

15  policy.                                                    12:32:14

16  Q.  If we turn to PTX-1060, 1-0-6-0, could you describe what   12:32:14

17  this document is?                                          12:32:33

18  A.  This is the Encrypted Traffic Analytics Deployment Guide   12:32:33

19  that was released December 2017 by Cisco.                  12:32:39

20          THE COURT:  Wait a minute.  Is this a new exhibit?   12:32:44

21          MR. ANDRE:  It is, Your Honor.  I'd like to move    12:32:54

22  1060 into evidence.                                        12:32:58

23          THE COURT:  It seems to me I've seen this before,   12:33:07

24  Encrypted Traffic Analytics Deployment Guide.              12:33:10

25          MR. ANDRE:  I believe you saw a later version.     12:33:16

983

—————Cole, E. - Direct—————

| | |
|---|---|
| 1 | There's been a couple versions of this, and there may have | 12:33:18 |
| 2 | been a Stealthwatch deployment guide, as well. | 12:33:21 |
| 3 | THE COURT:  Okay. | 12:33:26 |
| 4 | (Plaintiff's Exhibit PTX-1060 was received in | 12:33:27 |
| 5 | evidence.) | 12:33:31 |
| 6 | THE WITNESS:  As Mr. Andre pointed out, it was the | 12:33:31 |
| 7 | same cover that you saw previously but a different version. | 12:33:34 |
| 8 | THE COURT:  Okay. | 12:33:38 |
| 9 | BY MR. ANDRE: | 12:33:39 |
| 10 | Q.  And, Doctor, on Page 6 of this document ending in Bates | 12:33:40 |
| 11 | numbers 008, there's a figure there, and it's talking about | 12:33:48 |
| 12 | NetFlow.  Do you see that? | 12:33:56 |
| 13 | A.  Yes, I do. | 12:33:57 |
| 14 | Q.  Could you describe how this influenced your opinion as to | 12:34:03 |
| 15 | the four elements we're talking about, the identifying | 12:34:07 |
| 16 | packets from the first network and the second network and how | 12:34:13 |
| 17 | it generates logs? | 12:34:16 |
| 18 | A.  Yeah.  So the logs that we're talking about in this case | 12:34:17 |
| 19 | that are being generated is actually NetFlow information. | 12:34:22 |
| 20 | NetFlow is Cisco's proprietary logging system, and NetFlow | 12:34:26 |
| 21 | can also work in both directions.  You can see that in the | 12:34:34 |
| 22 | NetFlow generator, the arrows are going both directions, and | 12:34:40 |
| 23 | this is also based on my testing; that you can go in with | 12:34:44 |
| 24 | NetFlow and specify it for ingress logging and egress | 12:34:47 |
| 25 | logging.  And this shows some of the key records that is | 12:34:50 |

984

—————Cole, E. - Direct—————

1   actually logged, so this further supports, with my testing,          12:34:53
2   that you can go in and generate logs when packets are                12:34:56
3   received by the router or switch and when they're sent out by        12:35:00
4   the router or switch.                                                12:35:04
5   Q.  And that's an example of some of the logging information         12:35:04
6   there where it says "NetFlow Record Key Fields"?                     12:35:08
7   A.  Yes, this contains some of the information, and this is          12:35:12
8   some of the data that is in the header, such as the IP              12:35:14
9   address, the ports, the protocols.  I know in multiple times        12:35:19
10  in this case there was the grouping of five, the source and         12:35:25
11  destination IP address, the source and destination port, and        12:35:30
12  the protocol, and that grouping of five is also information         12:35:33
13  that's listed within the logs that are generated by NetFlow.        12:35:36
14          THE COURT:  Well, there was some testimony that was         12:35:40
15  objected to as not being relevant that one of Centripetal's         12:35:48
16  products could not pick up NetFlow.                                  12:35:54
17          Now, NetFlow is based on history, right?  NetFlow           12:36:03
18  measures something that's already gone through the system?          12:36:15
19          THE WITNESS:  NetFlow is logging information.  So as        12:36:18
20  the packet enters the system, it will generate logs on that         12:36:22
21  packet, and then as it forwards the packet, the logs are sent       12:36:28
22  up to Stealthwatch.  And then as that packet leaves the            12:36:34
23  system, the egress, it also generates NetFlow logs that are         12:36:38
24  sent up to Stealthwatch.                                             12:36:41
25  BY MR. ANDRE:                                                        12:36:42

Carol L. Naughton, Official Court Reporter

--------Cole, E. - Direct--------

1  Q.  And, Dr. Cole, are there different types of flow data                    12:36:55

2  that are logs that can be used by different systems?  We're                  12:36:59

3  talking about NetFlow here for Cisco, but are there other                   12:37:02

4  types of logging systems, as well?                                          12:37:05

5  A.  Yes, there's many different types of logs that are out                  12:37:06

6  there.  NetFlow is one example, Syslog is another example,                  12:37:11

7  and there could be several others out there that would all                  12:37:15

8  fit the logging criteria of the patent language.                           12:37:18

9  Q.  Do you recall Dr. Moore testifying that Centripetal's                   12:37:21

10  product can also record logging information as they go                     12:37:27

11  through the system?                                                        12:37:29

12  A.  I do remember Dr. Moore saying that.                                   12:37:30

13       THE COURT:  Well, there was something different                      12:37:36

14  about NetFlow and other logging systems, but I can't recall                12:37:43

15  what the difference was.  But at the time that evidence was                12:37:51

16  presented -- and, of course, we've had a lot of other                      12:37:58

17  evidence since then -- it seemed that NetFlow was based                    12:38:01

18  entirely on history gathered after the packet was received by              12:38:05

19  the recipient, but this diagram indicates that NetFlow                     12:38:19

20  requires information as the packet moves through the system,               12:38:24

21  so it picks up information along the way before it reaches                 12:38:32

22  the recipient.  Is that correct?  It picks up information                  12:38:39

23  along the way?                                                             12:38:44

24       THE WITNESS:  That is correct.  And I think where                    12:38:45

25  the confusion might be is NetFlow can be used for two                      12:38:49

Carol L. Naughton, Official Court Reporter

986

—————Cole, E. - Direct—————

1    purposes.                                                          12:38:53

2            So as the packets are going across the system,            12:38:53

3    NetFlow is generated in near real time.  So it's generating      12:38:57

4    logs on those packets, but those logs are then stored to keep     12:39:01

5    an historical profile of what happened.  So now I can go back     12:39:06

6    and look at what happened over the last 24 hours by looking      12:39:10

7    at the NetFlow because that historical data was stored as it      12:39:14

8    was generated during the packet transmission.                    12:39:18

9            THE COURT:  Okay.  You may proceed.                       12:39:24

10           MR. ANDRE:  Thank you.                                    12:39:29

11   BY MR. ANDRE:                                                     12:39:30

12   Q.  And if we go to Page 21 of this exhibit, on Bates numbers     12:39:30

13   023, there's an entry on the bottom part of the page where it     12:39:35

14   talks about Catalyst 9300 and 9400 series switches, ETA, and     12:39:50

15   at the second paragraph can you talk about how that supports      12:39:56

16   your opinion that the log is doing NetFlow entries per switch     12:40:00

17   on ingress and egress?                                            12:40:06

18   A.  Yes.  So the second paragraph is talking about the           12:40:06

19   Catalyst series of switches, and if we look at the second        12:40:09

20   line, it talks about the capabilities, the number of entries     12:40:12

21   per switch, and it shows that it logs both on ingress and        12:40:17

22   egress.                                                          12:40:21

23           So this further supports my opinion that the routers      12:40:22

24   and switches not only receive and send the packets, but they     12:40:25

25   can generate NetFlow logs on both the ingress/receiving and      12:40:29

987

———Cole, E. - Direct———

1   the egress/transmitting of those packets.                    12:40:34

2   Q.  Go to the next document, PTX-572.                        12:40:37

3          MR. ANDRE:  And this is not in evidence yet, Your     12:40:45

4   Honor.                                                       12:40:49

5          THE COURT:  PTX-1060 was already in evidence?         12:40:52

6          MR. ANDRE:  I asked to move it in, Your Honor, and I  12:40:55

7   think we admitted it, but, if not, I would like to move it   12:40:59

8   in.                                                          12:41:01

9          THE COURT:  All right.  PTX-1060 will be admitted.    12:41:03

10          Now, what is the new exhibit number?                 12:41:07

11          MR. ANDRE:  PTX-572.                                 12:41:10

12          THE COURT:  Has this been admitted?                  12:41:13

13          MR. ANDRE:  It has not, Your Honor.                  12:41:15

14   BY MR. ANDRE:                                               12:41:19

15   Q.  And, Dr. Cole, could you look at maybe the second page of  12:41:20

16   this document.                                              12:41:22

17          What is this document?                              12:41:24

18   A.  This is a Cisco design document where it's talking about  12:41:24

19   Stealthwatch, "Network as a Sensor with Stealthwatch and    12:41:31

20   Stealthwatch Learning Networks for Threat Visibility and    12:41:51

21   Defense Deployment Guide," and this is dated February 2017.  12:41:54

22          MR. ANDRE:  Your Honor, I'd like to move PTX-572     12:41:44

23   into evidence.                                              12:41:47

24          THE COURT:  All right.  PTX-572 will be admitted.    12:42:12

25          (Plaintiff's Exhibit PTX-572 was received in         12:42:15

———————Cole, E. - Direct———————

 1   evidence.)                                                    12:42:17

 2           THE COURT:  You're on Page 990 at this point?         12:42:17

 3   Bates --                                                      12:42:25

 4           MR. ANDRE:  Bates 762.  That's 9718, the cover page,  12:42:26

 5   but the page we're going to focus on is Bates number ending   12:42:33

 6   in 762.                                                       12:42:38

 7           If we could blow up the portion of the document --    12:42:45

 8           THE COURT:  Just a minute.  And you're on Bates       12:42:49

 9   number what?                                                  12:43:18

10           MR. ANDRE:  762.                                      12:43:19

11   BY MR. ANDRE:                                                 12:43:42

12   Q.  Dr. Cole, there's a section in the middle of that         12:43:42

13   document called "Flow Record."  Would you describe what's     12:43:45

14   being discussed in Exhibit 572, as it relates to flow         12:43:53

15   records, and how it informs your opinion as to these claim    12:43:58

16   elements.                                                     12:44:01

17   A.  It's talking about the flow records that's actually       12:44:01

18   gathered via the NetFlow process, and the key component is    12:44:04

19   the last paragraph, where it says, "When you configure a flow 12:44:08

20   record, you are telling the device to show all of the flow    12:44:13

21   data traffic that enters" -- which is ingress -- "or          12:44:16

22   leaves" -- egress -- "the device."                           12:44:19

23           So, once again, this further supports that the        12:44:22

24   NetFlow process or logging can be done both receiving and     12:44:27

25   sending packets, which aligns directly with the claim         12:44:31

989

———Cole, E. - Direct———

1    language.                                                    12:44:36

2    Q.  Let me show you one more document regarding NetFlow or    12:44:36

3    flow records.  This is PTX-569.                              12:44:45

4            MR. ANDRE:  And this is not in evidence at this      12:44:49

5    time, Your Honor.                                            12:44:51

6    BY MR. ANDRE:                                                12:44:52

7    Q.  Dr. Cole, could you tell me what this document is?       12:44:53

8    A.  This is a Cisco public document that they give out to    12:44:56

9    their customers on configuring and troubleshooting NetFlow   12:45:01

10   for Cisco's Stealthwatch.                                    12:45:04

11   Q.  And if you look down at the bottom of the page, it's     12:45:06

12   copyright 2018.  Does that sound right?                      12:45:12

13   A.  That is correct.                                         12:45:16

14           MR. ANDRE:  Your Honor, I would like to move PTX-569 12:45:18

15   into evidence.                                               12:45:21

16           THE COURT:  That will be admitted.                   12:45:24

17           (Plaintiff's Exhibit PTX-569 was received in         12:45:24

18   evidence.)                                                   12:45:24

19   BY MR. ANDRE:                                                12:45:24

20   Q.  If we go to the Page 5 of this document ending in Bates  12:45:26

21   numbers 272, there's a description of defining a flow record 12:45:33

22   at the bottom of the page.                                   12:45:38

23           Could you briefly explain what's being discussed     12:45:42

24   here when it defines what a flow record is.                  12:45:45

25   A.  So this is going in and talking about the flow records,  12:45:47

Carol L. Naughton, Official Court Reporter

Cole, E. - Direct

1    which is the logging information, and that you can match on        12:45:54
2    certain fields.  And it goes in and gives some examples of         12:45:59
3    what you can match on the protocol, the source address or the      12:46:03
4    destination address.                                               12:46:08
5            So that's showing that when a packet enters, you           12:46:09
6    have a source address; when it leaves, you have a                   12:46:12
7    destination.  So this further supports that it can generate         12:46:15
8    records for both ingress and egress packets.                        12:46:19
9    Q.  Thank you, Doctor.                                              12:46:29
10           MR. ANDRE:  Your Honor, I'd like to seal the                12:46:32
11   courtroom for just a couple of minutes.  I want to show one        12:46:33
12   piece of source code regarding this issue.                          12:46:36
13           THE COURT:  Okay.                                           12:46:39
14           MR. ANDRE:  We'll confirm that Mr. Rogers stepped           12:46:42
15   out.                                                                12:46:46
16           It's confirmed.
17           (Confidential testimony from Page 990, Line 17,
18   through Page 992, Line 9, was redacted.
19                   * * * * * * *
20
21
22
23
24
25

Carol L. Naughton, Official Court Reporter

—————Cole, E. - Direct—————

1

2

3

4

5

6

7          (Confidential testimony from Page 990, Line 17,

8     through Page 992, Line 9, was redacted.

9                    *  *  *  *  *  *  *                    12:49:12

10    BY MR. ANDRE:                                        12:49:12

11    Q.  If we go back to the claim language, Dr. Cole, could you    12:49:13

12    walk through each one of these four elements and describe the   12:49:16

13    evidence you just presented to the Court and your testing and   12:49:19

14    other evidence you've seen and give your opinion as to each     12:49:21

15    one of these four elements in order.                 12:49:24

16    A.  Yes.  So we've seen that your routers and switches can      12:49:25

17    identify a plurality of packet --                    12:49:30

18          THE COURT:  I don't have the claim language on my         12:49:34

19    screen.                                              12:49:40

20          MR. ANDRE:  Is it there now, Your Honor?       12:49:55

21          THE COURT:  Yeah.                              12:49:57

22    BY MR. ANDRE:                                        12:50:00

23    Q.  All right.  So, Dr. Cole, just start over and start with    12:50:00

24    the first identify and describe the evidence you went over      12:50:02

25    for each one of these claim elements.                12:50:08

993

Cole, E. - Direct

1    A.   Sure.  So you have your routers and switches, and you          12:50:10

2    have your network 1, and when packets are received by that          12:50:12

3    network device coming from network 1, we showed that the            12:50:18

4    routers and switches can receive those packets, so it meets         12:50:22

5    that first claim element.                                           12:50:26

6            We also saw for the ingress, or the packets coming          12:50:28

7    inbound, it can also generate logs via NetFlow, so it meets         12:50:32

8    the second element.                                                 12:50:38

9            And then when the packets leave that router or              12:50:40

10   switch going to network 2, which is egress, or exiting the          12:50:42

11   router or switch, it's able to identify those packets that          12:50:46

12   are transmitted going to that second network, so that third         12:50:49

13   element is met.                                                     12:50:54

14           And then when that happens, it can also generate            12:50:55

15   NetFlow logs on the information that's being transmitted out,       12:50:59

16   which meets the fourth element.                                     12:51:02

17   Q.   All four boxes are checked on those four elements?             12:51:04

18   A.   That is correct.                                               12:51:09

19   Q.   Okay.  Let's go to the next claim element on the next          12:51:10

20   page of the slide.  This is correlating.                           12:51:13

21           Could you describe generally what this claim element        12:51:17

22   requires.                                                           12:51:19

23   A.   Okay.  What this claim element requires is that you're         12:51:20

24   taking the logs from network 1 that were received, and the         12:51:24

25   logs from that are transmitted to network 2, and you now           12:51:29

```
                         ─Cole, E. - Direct─
 1   correlate those two logs together.                      12:51:35
 2   Q.  Let's go to PTX-1065, 1-0-6-5.                       12:51:39
 3        MR. ANDRE:  I do not believe this document is in    12:51:50
 4   evidence.                                                12:51:52
 5   BY MR. ANDRE:                                            12:51:52
 6   Q.  Dr. Cole, what is this document?                     12:51:53
 7   A.  This is an internal Cisco presentation from November 12:51:54
 8   2017, titled "Cisco Stealthwatch with Cognitive Threat   12:51:58
 9   Analytics."                                              12:52:03
10        MR. ANDRE:  Your Honor, I'd like to move PTX-1065   12:52:08
11   into evidence.                                           12:52:12
12        THE COURT:  All right.  This is PTX-1065.  What kind 12:52:29
13   of document is this?                                     12:52:45
14        THE WITNESS:  This is an internal Cisco             12:52:45
15   presentation, given by their product manager and technical 12:52:50
16   marketing engineer.                                      12:52:53
17        THE COURT:  November '17.  Okay.                    12:53:07
18        (Plaintiff's Exhibit PTX-1065 was received in       12:53:12
19   evidence.)                                               12:53:13
20   BY MR. ANDRE:                                            12:53:13
21   Q.  Dr. Cole, I'd like to turn your attention to Page 5 of 12:53:14
22   this document bearing Bates numbers 005.                 12:53:18
23        Look at the figure and the first paragraph and      12:53:25
24   describe what is being shown in the figure and in the    12:53:27
25   paragraph itself and how it relates to the correlating.  12:53:30
```

995

————Cole, E. - Direct————

1    A.  So if we start at the bottom, you have a Stealthwatch          12:53:36

2    flow collector that's collecting NetFlow data that's coming        12:53:41

3    between the different networks.  It's then taking that             12:53:46

4    information and sending it to Stealthwatch, in which they're       12:53:52

5    doing analytics on that, and then based on the correlation of      12:53:58

6    that information, it's just sending an alert to a device on        12:54:04

7    the first network, which would be the Stealthwatch Management      12:54:08

8    Console.                                                           12:54:12

9         And I know that last part is the final element that          12:54:13

10   we haven't gotten to yet, but since we have the complete          12:54:16

11   diagram, I just wanted to show the entire flow of                 12:54:19

12   information.                                                       12:54:22

13        What I want to focus on here is what's happening in          12:54:23

14   that blue cloud, and to understand what is happening in that      12:54:26

15   blue cloud, we look at the text below it, and it basically        12:54:30

16   says, starting halfway through on the second line, "...the        12:54:35

17   cloud-based analytics engine that correlates threat behavior      12:54:38

18   seen in the enterprise with those seen globally."                 12:54:43

19        So that's clearly showing that Stealthwatch,                 12:54:47

20   integrated with Cognitive Threat Analytics, performs             12:54:50

21   correlation of the logs and the NetFlow data.                     12:54:54

22   Q.  And if we turn to the next exhibit, PTX-591 --                 12:54:57

23        THE COURT:  Do you want that one admitted?                   12:55:10

24        MR. ANDRE:  I do, Your Honor, Exhibit 1065 into              12:55:12

25   evidence, please.                                                 12:55:17

Carol L. Naughton, Official Court Reporter

─────Cole, E. - Direct─────

1        (Plaintiff's Exhibit PTX-1065 was received in        12:55:44

2    evidence.)                                               12:55:46

3        MR. ANDRE:  We're now on PTX-591, Your Honor.        12:55:46

4    BY MR. ANDRE:                                            12:56:00

5    Q.  Dr. Cole, what is PTX-591?                           12:56:01

6    A.  These are release notes for Stealthwatch System     12:56:03

7    Version 6.10.3.  When a vendor like Cisco releases a new 12:56:09

8    version of a product, they often give release notes which 12:56:14

9    talk about the updates, the changes, and the enhancements 12:56:17

10   made to that current version.                            12:56:21

11       MR. ANDRE:  Your Honor, I'd like to get PTX-591      12:56:24

12   admitted into evidence.                                  12:56:27

13       THE COURT:  PTX-591 will be admitted.                12:56:36

14       (Plaintiff's Exhibit PTX-591 was received in         12:56:36

15   evidence.)                                               12:56:40

16   BY MR. ANDRE:                                            12:56:40

17   Q.  Dr. Cole, I'd like to turn your attention to Page 4, 12:56:40

18   ending in Bates number 522.                              12:56:45

19       On the release notes it states -- the first         12:56:51

20   paragraph under Superforest, the CTA, would you describe 12:56:54

21   what's being discussed in that paragraph.                12:57:00

22   A.  Yes.  So this is talking about some of the enhancements. 12:57:01

23       "Cognitive Threat Analytics can now leverage         12:57:05

24   detection from the analysis of WebFlow telemetry to improve 12:57:08

25   the efficacy of analyzing NetFlow telemetry from          12:57:13

--------Cole, E. - Direct--------

1    Stealthwatch."                                          12:57:18

2           And then it talks about the way this is accomplished    12:57:19

3    is through correlation of both telemetry types.  So this    12:57:21

4    shows that it can correlate the logs, the telemetry data,    12:57:26

5    from multiple sources.                                   12:57:32

6    Q.  It says "telemetry."  What's that referring to?      12:57:33

7    A.  The "telemetry" is just another word for the NetFlow log    12:57:36

8    information.  So the NetFlow telemetry, the NetFlow logs,    12:57:41

9    these are all synonymous terms, so this is another way of    12:57:45

10   referring to logs.  So when you see "NetFlow telemetry,"    12:57:50

11   that's a specific type of Cisco logs that are being      12:57:53

12   generated.                                               12:57:56

13   Q.  Let me show you one more document relating to this claim    12:57:56

14   element.  It's PTX-1009.                                 12:58:04

15          MR. ANDRE:  And, Your Honor, this has been admitted    12:58:11

16   into evidence, but I want to go to a page that has not been    12:58:13

17   admitted yet.                                            12:58:17

18   BY MR. ANDRE:                                            12:58:17

19   Q.  And, Doctor, would you just remind the Court what this    12:58:23

20   document is?                                             12:58:26

21   A.  These are release notes for Cognitive Intelligence, which    12:58:26

22   is formerly Cognitive Threat Analytics, or CTA.          12:58:34

23   Q.  I'd like to draw your attention to Page 9, ending in    12:58:38

24   Bates number 009.                                        12:58:43

25          MR. ANDRE:  And, Your Honor, I'd like to admit    12:58:44

Cole, E. - Direct

1    Page 9 into evidence, of this document.                        12:58:46

2          THE COURT:  That will be admitted.                       12:58:52

3          (Plaintiff's Exhibit PTX-1009, Page 9, was received      12:58:53

4    in evidence.)                                                   12:58:54

5    BY MR. ANDRE:                                                   12:58:54

6    Q.  And, Doctor, do you see a date?  It says April 2018, and   12:58:55

7    go down to the first bullet point.                             12:58:59

8          Could you describe what was being added into            12:59:02

9    Cognitive Threat Analytics in April 2018.                      12:59:05

10   A.  Yes.  So this is showing that by April 2018 Cognitive      12:59:07

11   Threat Analytics can now leverage the analysis of the logs.    12:59:14

12   So telemetry and NetFlow telemetry, those are Cisco            12:59:20

13   specialized logs.                                              12:59:24

14         So just doing some translation, the analysis of the     12:59:25

15   logs and the NetFlow logs, it can now go in and correlate      12:59:29

16   those telemetry types together, and this shows that in April   12:59:33

17   2018 they started doing this correlation of those logs.        12:59:36

18   Q.  Go back to the claim language.                             12:59:40

19         THE COURT:  That means they can get the threat          01:00:06

20   analysis from different third parties?                         01:00:11

21         THE WITNESS:  Sorry, Your Honor.  Yeah, it can get      01:00:17

22   information from third parties, but what this is really        01:00:23

23   focusing on is it can take logs from different sources on the  01:00:25

24   network.                                                       01:00:30

25         So from the different components of Stealthwatch --     01:00:31

―――Cole, E. - Direct―――

1   so packets coming in and packets going out and WebFlow          01:00:33

2   data -- it can take those different logs, and it can now        01:00:37

3   correlate those together to be able to get better insight       01:00:40

4   into what's happening in order to be able to catch threats on   01:00:44

5   the network.                                                    01:00:48

6   BY MR. ANDRE:                                                   01:00:53

7   Q.  If we go back to the claim language, Dr. Cole, based on     01:00:54

8   the evidence that you just went over regarding correlation     01:00:59

9   and the testing you've done, the source code you've reviewed,  01:01:02

10  did you form an opinion as to whether or not the accused       01:01:05

11  Cisco systems infringe the correlating elements of claims 11   01:01:08

12  and 21 of the '176 patent?                                      01:01:12

13  A.  Yes.  The infringing products absolutely correlate the    01:01:14

14  logs of the data that was received and sent and clearly meets  01:01:18

15  this claim element, so we can definitely check this box.       01:01:23

16        MR. ANDRE:  Your Honor, we're down to our last claim     01:01:28

17  element of this patent.  I know it's lunchtime.  Do you want   01:01:31

18  to take a break for lunch and pick up this last element after  01:01:34

19  lunch?                                                          01:01:39

20        THE COURT:  How long is it going to take you?           01:01:39

21        MR. ANDRE:  About five or ten minutes.  We can          01:01:42

22  finish it.  That's fine.                                        01:01:45

23        THE COURT:  All right.  Well, let's try to finish       01:01:46

24  it, if you can do it in five or ten minutes.                   01:01:47

25        MR. ANDRE:  We'll go through it very quickly.           01:01:51

Carol L. Naughton, Official Court Reporter

─────Cole, E. - Direct─────

1   BY MR. ANDRE:                                                01:01:53

2   Q.  Dr. Cole, what is the last claim element about here?     01:01:54

3   A.  So what the claim element is saying is based on that     01:01:57

4   correlation that was performed, you need to generate one or  01:02:03

5   more rules that can identify packets on -- sorry -- that can  01:02:06

6   identify packets received from a host on the first network   01:02:12

7   and then provision a device on the first network.            01:02:15

8           So, essentially, there's two main components here.   01:02:19

9   We have to show that there's a generating of rules and a     01:02:21

10  provisioning of a device.                                    01:02:24

11  Q.  Let's start off by looking at some source code.          01:02:26

12          MR. ANDRE:  Your Honor, I'd like to seal the         01:02:30

13  courtroom for just a couple minutes.                         01:02:33

14          THE COURT:  All right.                               01:02:34

15          (Confidential testimony from Page 1000, Line 15,     01:02:34

16  through Page 1001, Line 10, was redacted.)                   01:02:34

17                  *  *  *  *  *  *  *                           01:02:40

18                                                               01:02:40

19

20

21

22

23

24

25

—————————Cole, E. - Direct—————————

1

2

3

4

5

6

7

8          (Confidential testimony from Page 1000, Line 15,

9     through Page 1001, Line 10, was redacted.)

10                         * * * * * * *                          01:03:43

11          MR. ANDRE:  Oh, did we move in Page 7 of the source   01:03:43

12     code, Your Honor?                                          01:03:47

13               THE COURT:  Yes.                                 01:03:48

14          MR. ANDRE:  Okay.  Thank you.                         01:03:50

15     BY MR. ANDRE:                                              01:03:51

16     Q.  If we go to PTX-1089 --                                01:03:51

17               MR. ANDRE:  And, Your Honor, this is a Cisco manual.   01:04:00

18     BY MR. ANDRE:                                              01:04:00

19     Q.  Dr. Cole, did you rely on this manual in forming your  01:04:11

20     opinion?                                                   01:04:14

21     A.  Yes, I did.  I'm just seeing the table of contents, but  01:04:14

22     this does look to be one of the manuals I relied on.       01:04:19

23               MR. ANDRE:  Your Honor, I'd like to move in      01:04:22

24     PTX-1089.                                                  01:04:26

25               THE WITNESS:  That will be admitted.             01:04:27

———— Cole, E. - Direct ————

| | | |
|---|---|---|
| 1 | (Plaintiff's Exhibit PTX-1089 was received in | 01:04:29 |
| 2 | evidence.) | 01:04:30 |
| 3 | BY MR. ANDRE: | 01:04:30 |
| 4 | Q.  And I'd like to first turn your attention to the page | 01:04:31 |
| 5 | bearing Bates number 1238. | 01:04:34 |
| 6 | And that figure that's in the middle of the page | 01:04:43 |
| 7 | there, Step 0, there's suspicious behavior noticed for host, | 01:04:49 |
| 8 | is that the source code you just showed with the suspicious | 01:04:53 |
| 9 | behavior and the host? | 01:04:57 |
| 10 | A.  Yes, that is. | 01:04:58 |
| 11 | Q.  Okay.  So what happens when they realize that there's | 01:04:59 |
| 12 | some suspicious behavior noticed for the host? | 01:05:02 |
| 13 | A.  It can go in and send a policy, which can also be thought | 01:05:04 |
| 14 | of as rules, to take some action, in this case to quarantine | 01:05:10 |
| 15 | a specific IP address.  So then that message can be sent to | 01:05:15 |
| 16 | either the Identity Service Engine, or that message could be | 01:05:21 |
| 17 | sent to the Stealthwatch Management Console that's on | 01:05:25 |
| 18 | network 1. | 01:05:30 |
| 19 | And the important thing here is it's focusing on an | 01:05:31 |
| 20 | IP address, so the language of the claim says that it has to | 01:05:34 |
| 21 | identify a specific host on network 1 and provision a device | 01:05:39 |
| 22 | on network 1.  So this is showing the identification of a | 01:05:44 |
| 23 | rule for a specific IP address that's on network 1, and then | 01:05:48 |
| 24 | it's able to send that quarantine policy to a device on | 01:05:53 |
| 25 | network 1, which could be Identity Service Engine, or it | 01:05:57 |

────── Cole, E. - Direct ──────

1   could be the Stealthwatch Management Console.

2          THE COURT:  Is this host shown in the header as the

3   originator of the packet?

4          THE WITNESS:  That is correct, Your Honor.  So we're

5   talking about a host on network 1 which, if we're going from

6   network 1 to network 2, would be the source IP address of

7   that header.

8          THE COURT:  Okay.

9   BY MR. ANDRE:

10  Q.  If we go to Page 979 of this same document, you just

11  testified that it can also send rules to the Stealthwatch

12  Management Console, or SMC.  Do you see that?

13         Describe what is being shown there.

14  A.  Yes.  So in this place, just for context, "client" is

15  network 1.  You have your switch or router.  Your server is

16  network 2.  And as the data goes between the switch and

17  router, it's generating log information, and that information

18  goes to Cognitive Threat Analytics, which is Stealthwatch,

19  the Cloud, and then it can send a rule back, the red arrow,

20  which is sending it back to the Stealthwatch Management

21  Console.

22  Q.  If we go to PTX-595 --

23         MR. JAMESON:  Your Honor, before we go to the next

24  exhibit, I would just note that PTX-1089 is a 4,000-page

25  document, and I just wanted to clarify whether the two pages

01:06:00
01:06:03
01:06:11
01:06:14
01:06:20
01:06:25
01:06:29
01:06:33
01:06:34
01:06:35
01:06:43
01:06:47
01:06:51
01:06:53
01:06:57
01:07:03
01:07:06
01:07:10
01:07:14
01:07:18
01:07:21
01:07:21
01:07:42
01:07:45
01:07:49

-------- Cole, E. - Direct --------

```
 1    that he testified to is what's being admitted, as opposed to    01:07:52
 2    the entire 4,000-page document.                                 01:07:56
 3            MR. ANDRE:  That's all we wanted admitted, Your          01:08:00
 4    Honor.                                                           01:08:02
 5            THE COURT:  Well, as I said, when we deal with a         01:08:02
 6    document like that, I want what is admitted to be the           01:08:06
 7    relevant pages of the document.  If the defense wants to        01:08:16
 8    admit other pages of the document, they can, of course, do      01:08:25
 9    so.                                                             01:08:32
10            MR. ANDRE:  For the record --                           01:08:35
11            THE COURT:  Assuming that they covered it in their      01:08:40
12    disclosures.                                                    01:08:41
13            MR. ANDRE:  Yes, Your Honor.                            01:08:41
14            And, for the record, we admitted -- we seek to admit    01:08:41
15    Pages 979 and 1238.                                             01:08:44
16            THE COURT:  All right.                                  01:08:53
17            (Plaintiff's Exhibit PTX-1089, Pages 979 and 1238,      01:08:53
18    was received in evidence.)                                      01:02:56
19    BY MR. ANDRE:                                                   01:02:56
20    Q.  If we go to PTX-595, Dr. Cole, what is this document?       01:08:55
21    A.  This is release notes for Cisco Stealthwatch.              01:09:01
22            MR. ANDRE:  Your Honor, I'd like to have admitted       01:09:04
23    into evidence PTX-595.                                          01:09:06
24            THE COURT:  All right.                                  01:09:21
25            THE WITNESS:  PTX-595 will be admitted.                 01:09:21
```

--------- Cole, E. - Direct ---------

1     (Plaintiff's Exhibit PTX-595 was received in          01:09:21

2  evidence.)                                               01:09:28

3  BY MR. ANDRE:                                            01:09:28

4  Q.  If we turn to Page 25 of this document ending in Bates  01:09:28

5  numbers 179, look at the bottom of the page where it says   01:09:33

6  "Change Mitigation Actions."                             01:09:41

7     Can you describe how that influenced your opinion as  01:09:42

8  to generating a rule based on the correlation and        01:09:44

9  provisioning it to a device in the first network.        01:09:48

10  A.  So they're talking about the previous policies --   01:09:54

11  sorry -- that these have replaced the previous quarantine and  01:09:58

12  unquarantining feature, and you can now apply these policies   01:10:01

13  to the endpoint and change the endpoint authorization status  01:10:05

14  on the network according to the rules and policies configured  01:10:11

15  on Identity Service Engine.                             01:10:15

16     So this is talking about -- the endpoint would be a  01:10:17

17  device on network 1, and it's talking about you can have  01:10:21

18  rules that would take action on a device on network 1, so  01:10:25

19  this aligns very closely with the claim language.       01:10:31

20  Q.  Let me show you one last document before we go back to  01:10:34

21  the claim language, PTX-1018.                           01:10:44

22     And what is this document, Dr. Cole?                 01:10:53

23  A.  This is another internal Cisco presentation for     01:10:55

24  Stealthwatch Cognitive Threat Analytics Integration, which is  01:10:59

25  dated January 2017.                                     01:11:04

─────── Cole, E. - Direct ───────

1    MR. ANDRE:  Your Honor, I'd like to admit Exhibit          01:11:07
2  PTX-1018.                                                    01:11:10
3    THE COURT:  Just a moment.  This is Stealthwatch-CTA       01:11:14
4  Integration.  Is this a public document or white paper?  What 01:11:24
5  is it?                                                       01:11:35
6    THE WITNESS:  I believe this is an internal               01:11:35
7  presentation that Cisco used and is not public and is        01:11:40
8  proprietary.                                                 01:11:45
9    THE COURT:  All right.                                    01:11:56
10    MR. ANDRE:  May I get 1018 admitted?                     01:11:59
11    THE COURT:  Yes.                                         01:12:02
12    (Plaintiff's Exhibit PTX-1018 was received in            01:12:02
13  evidence.)                                                  01:12:03
14  BY MR. ANDRE:                                              01:12:03
15  Q.  Turning to Page 11 of this document, ending in Bates    01:12:03
16  number 011, there's a figure of CTA findings.  Do you see   01:12:06
17  that?                                                       01:12:12
18  A.  Yes, I do.                                             01:12:13
19  Q.  Could you inform the Court how this is relevant to your 01:12:15
20  opinion as to provisioning a device with the rules, based on 01:12:20
21  the correlation?                                           01:12:26
22  A.  Yes.  So this shows, if we look at the bottom left-hand 01:12:27
23  corner, based on the analysis that's performed, and if it's 01:12:34
24  escalated and something is critical, then Cognitive Threat  01:12:38
25  Analytics can take action by sending rules that could       01:12:44

———— Cole, E. - Direct ————

1    quarantine a host on that first network.                      01:12:48

2          And it gives an example here of Identity Service        01:12:52

3    Engine, which is one example, but it also sends it to         01:12:55

4    Stealthwatch Management Console, that would also be on        01:12:58

5    network 1.                                                    01:13:01

6    Q.  Thank you, Doctor.                                        01:13:02

7          Could we go back to the claim language and look at      01:13:05

8    this last claim element.                                      01:13:09

9          And based on the evidence you provided here today,      01:13:12

10   the testing you've done, the review of source code, and the  01:13:15

11   deposition testimony you reviewed, did you form an opinion as 01:13:18

12   to whether or not the accused Cisco systems infringe the last 01:13:20

13   claim element of claims 11 and 21 of the '176 patent?         01:13:25

14   A.  Just to overview, we started out with the source code     01:13:31

15   that shows it's responsive to correlation.  We then went in   01:13:33

16   and showed that there are rules that are created, and then we 01:13:36

17   showed that you can provision a device on the first network,  01:13:39

18   such as the Stealthwatch Management Console.  So all these    01:13:42

19   elements of this claim are met, and we can check that box.    01:13:45

20   Q.  Thank you, Doctor.                                        01:13:51

21         And now that we've checked all of the claim element     01:13:52

22   boxes for claims 11 and 21 of the '176 patent for the accused 01:13:55

23   switches and routers in combination with Stealthwatch, are    01:13:59

24   you offering an opinion as to whether the accused systems     01:14:06

25   infringe claims 11 and 21 of the '176 patent?                 01:14:08

Carol L. Naughton, Official Court Reporter

————— Cole, E. - Direct —————

1   A.   Yes.  It is my opinion that the infringed routers and           01:14:12

2   switches with Stealthwatch infringe claims 11 and 21 of the         01:14:15

3   '176 patent.                                                        01:14:19

4           MR. ANDRE:  Your Honor, I think now is a good time          01:14:22

5   for the lunch break.  I've got one more slight topic to take        01:14:24

6   up with this witness, and we can do it after lunch.                 01:14:28

7           THE COURT:  All right.  We'll be recessed until             01:14:31

8   2:15.                                                               01:15:19

9           (The proceedings recessed at 1:15 p.m.)                     01:15:20

10                      CERTIFICATION

11

12       I certify that the foregoing is a correct transcript

13   from the record of proceedings in the above-entitled matter.

14

15

16           _____/s/_____

17                      Carol L. Naughton

18                      May 14, 2020

19

20

21

22

23

24

25

Carol L. Naughton, Official Court Reporter