**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | | |
|---|---|---|
| **CENTRIPETAL NETWORKS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:18cv00094-HCM-LRL** |
| | ) | |
| **CISCO SYSTEMS, INC.** | ) | **FILED UNDER SEAL** |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT CISCO SYSTEMS, INC.'S**
**MOTION FOR MISCELLANEOUS RELIEF**

# FILED UNDER SEAL