IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
AUG 2 4 2020
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

CENTRIPETAL NETWORKS, INC., )
)
    Plaintiff, )
v. )   Civil Action No. 2:18cv94
)
CISCO SYSTEMS, INC., )
)
    Defendant. )

### ORDER

This matter is before the Court on Defendant Cisco Systems, Inc.'s ("Cisco") Motion for Miscellaneous Relief. Doc. 551. The Plaintiff shall file a brief in response within seven (7) calendar days. The Defendant may, if it be so advised, file a rebuttal brief within three (3) calendar days of the filing of the Plaintiff's brief. The Court shall have a hearing on the motion on Wednesday, September 9, 2020 at 2:30 PM by videoconference.

The Clerk is **REQUESTED** to electronically deliver a copy of this Order to counsel of record.

It is **SO ORDERED**.

                    /s/
              Henry Coke Morgan, Jr.
              Senior United States District Judge

              HENRY COKE MORGAN, JR.
              SENIOR UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
August 24, 2020