# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| CENTRIPETAL NETWORKS, INC., | ) |
| Plaintiff, | ) No. 2:18-cv-00094-HCM-LRL |
| v. | ) **PUBLIC NOTICE OF** |
| CISCO SYSTEMS, INC., | ) **DOCUMENT FILED UNDER** |
| Defendant. | ) **SEAL** |

**PLAINTIFF CENTRIPETAL NETWORKS, INC.'S MEMORANDUM
IN OPPOSITION TO CISCO SYSTEMS, INC.'S MOTION FOR MISCELLANEOUS
RELIEF**

Plaintiff Centripetal Networks, Inc. ("Centripetal") has filed its Memorandum in Opposition to Cisco Systems, Inc.'s Motion for Miscellaneous Relief under seal in its entirety, pursuant to Centripetal's concurrently-filed Motion for Leave to File Document Under Seal.

Dated: August 31, 2020

Respectfully submitted,

*/s/ Stephen E. Noona*
Stephen Edward Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 W Main St., Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com

Paul J. Andre
Lisa Kobialka
James Hannah
Hannah Lee
Kristopher Kastens
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
hlee@kramerlevin.com
kkastens@kramerlevin.com

**ATTORNEYS FOR PLAINTIFF
CENTRIPETAL NETWORKS, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of electronic filing to all counsel of record.

*/s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
**KAUFMAN & CANOLES, P.C.**
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com