# *UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF VIRGINIA*
NORFOLK DIVISION

## Wednesday, September 9, 2020

**MINUTES OF PROCEEDINGS IN**    Open Court via ZoomGov
**PRESENT**: THE HONORABLE    Henry Coke Morgan, Jr., Senior United States District Judge
Courtroom Deputy:  Lori Baxter
Law Clerk:  Brandan Goodwin                       Reporter:  Paul McManus, OCR

| Set: 2:30 p.m. | Started: 2:27 p.m. | Ended: 3:16 p.m. |
|---|---|---|
| Case No. 2:18cv94 | | |
| | | |
| Centripetal Networks, Inc. v. Cisco Systems, Inc. | | |
| Appearances: Stephen E. Noona, Hannah Y. Lee, James R. Hannah, and Paul Andre for the Plaintiff. Louis N. Jameson, Micah Block, Heath Brooks, Kimberly Force, Mark C. Fleming, Dabney J. Carr, IV, Matthew C. Gaudet, and Neil H. MacBride for the Defendant. | | |
| Hearing re [551] Motion for Miscellaneous Relief (Filed under seal) by Cisco held via Zoom. Comments of Court. Email sent to local counsel during hearing re trust agreements and sale of stocks. Arguments of counsel. For the reasons stated on the record, the Court will DECLINE Cisco's motion to recuse itself and prepare an opinion explaining the reasons for doing so. Further, an opinion on the merits of the case is forthcoming. Court adjourned. | | |