IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

CENTRIPETAL NETWORKS, INC.,

    Plaintiff,

v.

CISCO SYSTEMS, INC.,

    Defendant.

No. 2:18-cv-00094-HCM-LRL

## ORDER GRANTING CONSENT MOTION TO ALLOW WITHDRAWAL OF LINJUN XU AS COUNSEL OF RECORD

The parties appeared on the Consent Motion to Allow Withdrawal of Linjun Xu as Counsel of Record ("Motion for Withdrawal") filed by the Plaintiff Centripetal Networks, Inc. ("Centripetal"), and upon joint representation of counsel, and for good cause shown, it is ORDERED THAT Centripetal's Motion for Withdrawal is granted and Linjun Xu is granted leave to withdraw as counsel for Centripetal. The Clerk is directed to remove Linjun Xu as counsel of record for Centripetal and from the Court's Electronic Notification System.

DATED: 10/5/20

/s/
Henry Coke Morgan, Jr.
Senior United States District Judge
Judge, United States District Court
Eastern District of Virginia

**WE ASK FOR THIS:**

/s/Stephen E. Noona
Stephen Edward Noona
Virginia State Bar No. 25367
**KAUFMAN & CANOLES, P.C.**
150 W Main St., Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com

Paul J. Andre (*pro hac vice*)
Lisa Kobialka (*pro hac vice*)
James Hannah (*pro hac vice*)
Hannah Lee (*pro hac vice*)
**KRAMER LEVIN NAFTALIS
& FRANKEL LLP**
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
hlee@kramerlevin.com

**ATTORNEYS FOR PLAINTIFF
CENTRIPETAL NETWORKS, INC**


**CONSENTED TO:**

*/s/Dabney J. Carr, IV*
Dabney J. Carr, IV, VSB No. 28679
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com

Neil H. MacBride, VSB No. 79883
**DAVIS POLK & WARDWELL LLP**
901 15th Street, NW
Washington, DC 20005
Telephone: (202) 962-7000
Facsimile: (202) 962-7111
neil.macbride@davispolk.com

Louis N. Jameson (*pro hac vice*)
Matthew C. Gaudet (*pro hac vice*)
John R. Gibson, VSB No. 72968
Jennifer H. Forte (*pro hac vice*)
**DUANE MORRIS, LLP**
1075 Peachtree Street, N.E., Suite 2000
Atlanta, GA 30309-3929
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
wjameson@duanemorris.com
mcgaudet@duanemorris.com
jrgibson@duanemorris.com
jhforte@duanemorris.com

Joseph A. Powers (*pro hac vice*)
**DUANE MORRIS, LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 689-3797
japowers@duanemorris.com

John M. Baird, VSB No. 77827
Christopher J. Tyson, VSB No. 81553
**DUANE MORRIS, LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776 7851
Facsimile: (202) 478 2620
cjtyson@duanemorris.com

Nicole E. Grigg (formerly Johnson)
(*pro hac vice*)
**DUANE MORRIS, LLP**
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: (650) 847-4150
Facsimile: (650) 618-2713
NEGrigg@duanemorris.com

**ATTORNEYS FOR DEFENDANT CISCO SYSTEMS, INC.**