# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

**CENTRIPETAL NETWORKS, INC.,**

      Plaintiff,

v.                                          Civil Action No. 2:18cv94

**CISCO SYSTEMS, INC.,**

      Defendants.

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Court **FINDS** the '856 Patent, the '176 Patent, the '193 Patent, and the '806 Patent claims valid and literally **INFRINGED** and the '205 Patent **NOT INFRINGED**. The Court **FINDS** the actual damages suffered by Centripetal as a result of infringement total $755,808,545; that the infringement was willful and egregious and shall be enhanced by a factor of 2.5x to equal $1,889,521,362.50. The Court awards pre-judgment interest of $13,717,925 applied to the actual damages before enhancement plus its costs. This, accordingly, equals a total award of $1,903,239,287.50 payable in a lump sum due on the judgment date. The Court, additionally, imposes a running royalty of 10% on the apportioned sales of the accused products and their successors for a period of three years, followed by a second three-year term with a running royalty of 5% on said sales upon the terms described supra. It **DENIES** any further relief to Centripetal at the termination of the second three-year term.

Dated: October 5, 2020                               FERNANDO GALINDO, Clerk

                                                            By:        /s/
                                                                  B. Peters, Deputy Clerk