UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| CENTRIPETAL NETWORKS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No.: No. 2:18-cv-00094-HCM-LRL |
| CISCO SYSTEMS, INC., | ) |
| Defendant. | ) |

**STIPULATION REGARDING STAY AND APPEAL BONDS**

The parties, Centripetal Networks, Inc. and Cisco Systems, Inc., by counsel, hereby STIPULATE that, pursuant to Fed. R. Civ. P. 62(d), Local Rule 62(B), and Fed. R. App. P. 7, the parties have agreed as follows:

1. Any execution or enforcement of the judgment in this case, entered on October 5, 2020 [ECF No. 622], shall be STAYED until after resolution of any appeal and this Court's subsequent entry of the appropriate award of costs, expenses, and attorney's fees; and

2. The filing of a supersedeas bond is WAIVED; and

3. Any bond or other security for costs on appeal is WAIVED.

SO STIPULATED:

*/s/ Stephen E. Noona*
Stephen Edward Noona
Virginia State Bar No. 25367
**KAUFMAN & CANOLES, P.C.**
150 W Main St., Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com

*/s/ Dabney J. Carr, IV*
Dabney J. Carr, IV, VSB No. 28679
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com

<div style="column-count:2">

Paul J. Andre (*pro hac vice*)
Lisa Kobialka (*pro hac vice*)
James Hannah (*pro hac vice*)
Hannah Lee (*pro hac vice*)
**KRAMER LEVIN NAFTALIS**
**& FRANKEL LLP**
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
hlee@kramerlevin.com

**ATTORNEYS FOR PLAINTIFF**
**CENTRIPETAL NETWORKS, INC.**

**DAVIS POLK & WARDWELL LLP**
Neil H. MacBride, VSB No. 79883
neil.macbride@davispolk.com
901 15th Street, NW
Washington, DC 20005
Tel:   (202) 962-7000
Fax:  (202) 962-7111

**DUANE MORRIS LLP**
Louis N. Jameson (admitted pro hac vice)
Matthew C. Gaudet (admitted pro hac vice)
John R. Gibson, VSB No. 72968
Jennifer H. Forte (admitted pro hac vice)
1075 Peachtree Street, N.E., Suite 2000
Atlanta, Georgia 30309-3929
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
wjameson@duanemorris.com
jrgibson@duanemorris.com
jhforte@duanemorris.com

Joseph A. Powers (admitted pro hac vice)
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 689-3797
japowers@duanemorris.com

John M. Baird, VSB No. 77827
Christopher J. Tyson, VSB No. 81553
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776 7851
Facsimile: (202) 478 2620
jmbaird@duanemorrris.com
cjtyson@duanemorris.com

Nicole E. Grigg (admitted pro hac vice)
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: (650) 847-4176
Facsimile: (650) 618-2713
NEGrigg@duanemorris.com

**ATTORNEYS FOR DEFENDANT CISCO SYSTEMS, INC.**

</div>