UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

CENTRIPETAL NETWORKS, INC., )
)
    Plaintiff, )
)
v. )
) Case No.: No. 2:18-cv-00094-HCM-LRL
CISCO SYSTEMS, INC., )
)
    Defendant. )
)

**CONSENT ORDER APPROVING**
**STIPULATION REGARDING STAY AND APPEAL BONDS**

This matter is before the Court on the request of Plaintiff Centripetal Networks, Inc. and Defendant Cisco Systems, Inc., by counsel, for approval of the parties' Stipulation Regarding Stay and Appeal Bonds, pursuant to Fed. R. Civ. P. 62(d), Local Rule 62(B), and Fed. R. App. P. 7.

It appearing to the Court that the parties' agreement is proper and encouraged under the rules, it is hereby ORDERED that the Stipulation is APPROVED. Execution of the judgment in this case shall be STAYED until after resolution of any appeal in this matter and this Court's subsequent entry of the appropriate award of costs, expenses, and attorney's fees. The filing of a supersedeas bond and any bond or other security for costs on appeal are WAIVED.

Let the Clerk send a copy of this Order to all counsel of record.

It is so ORDERED.

Date: 10/28/20

/s/
Henry Coke Morgan, Jr.
Senior United States District Judge
United States District Judge

110606111

FILED
OCT 28 2020
CLERK, U.S. DISTRICT COURT
NORFOLK, VA