IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **CENTRIPETAL NETWORKS, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No. 2:18cv00094-HCM-LRL** |
| ) | |
| **CISCO SYSTEMS, INC.** ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT CISCO SYSTEMS, INC.'S MOTION FOR A NEW TRIAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 59(a)(2)**

Defendant Cisco Systems, Inc. ("Cisco") respectfully moves this Court, pursuant to Rule 59(a)(2) of the Federal Rules of Civil Procedure, to grant a new trial to permit Cisco to submit additional evidence and argument in response to the new theories raised in the Court's Order regarding the '176 Patent, the '806 Patent, willfulness, and damages. The reasons for this motion are set forth in the accompanying Memorandum of Law.

| | |
|---|---|
| Dated: November 2, 2020 | CISCO SYSTEMS, INC. |
| | By: _____/s/_____<br>Of Counsel |

Dabney J. Carr, IV, VSB No. 28679
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutman.com

Neil H. MacBride, VSB No. 79883
**DAVIS POLK & WARDWELL LLP**
901 15th Street, NW
Washington, DC 20005
Telephone: (202) 962-7000
Facsimile: (202) 962-7111
neil.macbride@davispolk.com

Louis N. Jameson (admitted pro hac vice)
Matthew C. Gaudet (admitted pro hac vice)
John R. Gibson, VSB No. 72968
Jennifer H. Forte (admitted pro hac vice)
**DUANE MORRIS, LLP**
1075 Peachtree Street, N.E., Suite 2000
Atlanta, Georgia 30309-3929
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
wjameson@duanemorris.com
jrgibson@duanemorris.com
jhforte@duanemorris.com

Joseph A. Powers (admitted pro hac vice)
**DUANE MORRIS, LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 689-3797
japowers@duanemorris.com

Nicole E. Grigg (formerly Johnson) (admitted pro hac vice)
**DUANE MORRIS, LLP**
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: (650) 847-4150
Facsimile: (650) 618-2713
NEGrigg@duanemorris.com

*Counsel for Defendant Cisco Systems, Inc.*