**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| **CENTRIPETAL NETWORKS, INC.,** )<br>)<br>   **Plaintiff,** )<br>)<br>v. )<br>)<br>**CISCO SYSTEMS, INC.** )<br>)<br>   **Defendant.** ) | Case No. 2:18cv00094-HCM-LRL |

**UNOPPOSED MOTION AND MEMORANDUM IN SUPPORT FOR EXTENSION
OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR FOR NEW TRIAL
[ECF NO. 625] AND MOTION FOR ADDITIONAL AND AMENDED FINDINGS
AND AMENDED JUDGMENT AND TO CONVERT THE JUDGMENT
TO A PARTIAL FINAL JUDGMENT [ECF NO. 627]**

Defendant Defendant Cisco Systems, Inc. ("Cisco"), by counsel, pursuant to E.D. Va. Loc. R. 7(F)(1), hereby moves for an order providing for a two-day extension of time for Cisco to file its reply memoranda in support of its Motion for New Trial Under Fed. R. Civ. P. 59(a)(2) [ECF No. 625] and its Motion for Additional and Amended Findings Under Fed. R. Civ. P. 52(b) and to Convert the Judgment to a Partial Final Judgment Under Fed. R. Civ. P. 54(b) [ECF No. 627] (collectively "the Motions) from November 23, 2020 to November 25, 2020.  Cisco has conferred with counsel for plaintiff Centripetal Networks, Inc. ("Centripetal") concerning the requested relief and Centripetal does not oppose the motion.

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the Court may extend a deadline for filing for good cause shown when the motion is made before the deadline has expired.  Here, the present deadline for Cisco to file its reply memoranda in support of the Motions is November 23, 2020.  Good cause exists to permit the requested 2-day extension given the length and complexity of the issues raised by the Motions and to allow Cisco to fully respond to the issues raised in Centripetal's briefs in opposition to the Motions.

Counsel for Cisco has met and conferred with counsel for Centripetal, and Centripetal does not oppose this motion.

The proposed extension of time will not alter any other deadline and will not affect the Court's administration of this matter. A Proposed Order granting this motion is filed contemporaneously herewith.

WHEREFORE, Cisco respectfully moves to extend the time for it to file its reply memoranda in support of its Motion for New Trial Under Fed. R. Civ. P. 59(a)(2) [ECF No. 625] and its Motion for Additional and Amended Findings Under Fed. R. Civ. P. 52(b) and to Convert the Judgment to a Partial Final Judgment Under Fed. R. Civ. P. 54(b) [ECF No. 627] to November 25, 2020.

Dated: November 18, 2020                           CISCO SYSTEMS, INC.

                                                   By: _____/s/_____
                                                        Of Counsel

Dabney J. Carr, IV, VSB No. 28679
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutman.com

Louis N. Jameson (admitted pro hac vice)
Matthew C. Gaudet (admitted pro hac vice)
John R. Gibson, VSB No. 72968
Jennifer H. Forte (admitted pro hac vice)
**DUANE MORRIS, LLP**
1075 Peachtree Street, N.E., Suite 2000
Atlanta, Georgia 30309-3929
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
wjameson@duanemorris.com
jrgibson@duanemorris.com
jhforte@duanemorris.com

Joseph A. Powers (admitted pro hac vice)
**DUANE MORRIS, LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 689-3797
japowers@duanemorris.com

Nicole E. Grigg (formerly Johnson) (admitted pro hac vice)
**DUANE MORRIS, LLP**
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: (650) 847-4150
Facsimile: (650) 618-2713
NEGrigg@duanemorris.com

*Counsel for Defendant Cisco Systems, Inc.*