UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| CENTRIPETAL NETWORKS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.: No. 2:18-cv-00094-HCM-LRL |
| CISCO SYSTEMS, INC., | ) ) |
| Defendant. | ) ) ) ) |

**JOINT MOTION TO DISMISS CERTAIN STAYED CLAIMS WITHOUT PREJUDICE
AND MEMORANDUM IN SUPPORT**

Plaintiff Centripetal Networks, Inc. ("Centripetal") and defendant Cisco Systems, Inc. ("Cisco"), by counsel, pursuant to Rule 41, jointly move this Court to dismiss certain claims without prejudice with each party to bear its own costs and fees, including attorneys' fees. In support of this joint motion, the parties state:

1. In its Amended Complaint, Plaintiff Centripetal Networks originally asserted patent infringement claims against Cisco under United States Patent Numbers: 9,686,193 (July 20, 2017) ('193 Patent); 9,560,176 (Jan. 31, 2017) ('176 Patent); 9,560,077 (Jan. 31,2017) ('077 Patent); 9,413,722 (Aug. 9,2016) ('722 Patent); 9,203, 806 (Dec. 1,2015) ('806 Patent); 9,160,713 (Oct. 13,2015) ('713 Patent); 9,124,552 Sept. 1, 2015) ('552 Patent); 9,565,213 (Feb. 7, 2017)('213 Patent); 9,137,205 (Sept. 15, 2015) ('205 Patent); 9,674,148 (June 6, 2017) ('148 Patent); 9,917,856 (March 13, 2018) (collectively, "the Asserted Patents"). Am. Compl. (ECF No. 29, ¶ ¶ 11, 13, 15, 17, 19, 21, 23, 25, 27, 29, 31).

2. Defendant Cisco filed *Inter Partes* Review actions ("IPRs") before the United States Patent and Trademark Office ("USPTO") on several of the Asserted Patents; as a result, the

United States Patent Office (through the Patent Trial and Appeal Board ) initiated IPRs on some or all of the claims of the '213, '552, '713, '148, '077, '722 patents and certain claims of the '205 Patent that were subject to IPR institutions (collectively, the "IPR Patents").  Thereafter, Cisco moved to stay this matter.  As a result, the Court granted a motion to stay the action (ECF No. 58) (the "Stay").

3. On September 18, 2019, the Court granted a motion to lift the Stay in part (ECF No. 68) and proceeded to try the asserted claims for the '205 Patent (not in IPR), '856 Patent, '176 Patent, '193 Patent and the '806 Patent (collectively, the "Litigated Patents") in a six week bench trial.  On October 5, 2020, the Court entered a judgment ("Judgment") on the Litigated Patents (ECF No. 622).

4. To simplify the proceedings in this matter, the parties have agreed to dismiss the claims related to the IPR Patents without prejudice under Rule 41(a)(2) of the Federal Rules of Civil Procedure.  A proposed Order is attached as **Exhibit 1.**

WHEREFORE, the parties, by counsel, request that this Court enter the proposed Order attached as **Exhibit 1** dismissing the claims related to the IPR Patents without prejudice.

Dated:  November 18, 2020	Respectfully submitted,

/s/Stephen E. Noona
Stephen Edward Noona
Virginia State Bar No. 25367
**KAUFMAN & CANOLES, P.C.**
150 W Main St., Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624-3239
Facsimile:  (888) 360-9092
senoona@kaufcan.com

Paul J. Andre (*pro hac vice*)
Lisa Kobialka (*pro hac vice*)
James Hannah (*pro hac vice*)
Hannah Lee (*pro hac vice*)

**KRAMER LEVIN NAFTALIS
& FRANKEL LLP**
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
hlee@kramerlevin.com

**ATTORNEYS FOR PLAINTIFF
CENTRIPETAL NETWORKS, INC.**


*/s/Dabney J. Carr, IV*
Dabney J. Carr, IV, VSB No. 28679
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com

Louis N. Jameson (*pro hac vice*)
Matthew C. Gaudet (*pro hac vice*)
John R. Gibson, VSB No. 72968
Jennifer H. Forte (*pro hac vice*)
**DUANE MORRIS, LLP**
1075 Peachtree Street, N.E., Suite 2000
Atlanta, GA 30309-3929
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
wjameson@duanemorris.com
mcgaudet@duanemorris.com
jrgibson@duanemorris.com
jhforte@duanemorris.com

Joseph A. Powers (*pro hac vice*)
**DUANE MORRIS, LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 689-3797
japowers@duanemorris.com

John M. Baird, VSB No. 77827
Christopher J. Tyson, VSB No. 81553
**DUANE MORRIS, LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776 7851
Facsimile: (202) 478 2620
cjtyson@duanemorris.com

Nicole E. Grigg (formerly Johnson)
(*pro hac vice*)
**DUANE MORRIS, LLP**
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: (650) 847-4150
Facsimile: (650) 618-2713
NEGrigg@duanemorris.com

**ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of electronic filing to:

Dabney J. Carr, IV, VSB No. 28679
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com

Louis N. Jameson (*pro hac vice*)
Matthew C. Gaudet (*pro hac vice*)
John R. Gibson, VSB No. 72968
Jennifer H. Forte (*pro hac vice*)
**DUANE MORRIS, LLP**
1075 Peachtree Street, N.E., Suite 2000
Atlanta, GA 30309-3929
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
wjameson@duanemorris.com
mcgaudet@duanemorris.com
jrgibson@duanemorris.com
jhforte@duanemorris.com

Joseph A. Powers (*pro hac vice*)
**DUANE MORRIS, LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 689-3797
japowers@duanemorris.com

John M. Baird, VSB No. 77827
Christopher J. Tyson, VSB No. 81553
**DUANE MORRIS, LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776 7851
Facsimile: (202) 478 2620
cjtyson@duanemorris.com

Nicole E. Grigg (formerly Johnson)
(*pro hac vice*)
**DUANE MORRIS, LLP**
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: (650) 847-4150
Facsimile: (650) 618-2713
NEGrigg@duanemorris.com

**ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.**

        */s/ Stephen E. Noona*

        Stephen Edward Noona
        Virginia State Bar No. 25367
        **KAUFMAN & CANOLES, P.C.**
        150 W Main St., Suite 2100
        Norfolk, VA 23510
        Telephone: (757) 624-3239
        Facsimile: (888) 360-9092
        senoona@kaufcan.com