# Exhibit 1

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| CENTRIPETAL NETWORKS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.: No. 2:18-cv-00094-HCM-LRL |
| CISCO SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

**<u>PROPOSED ORDER</u>**

Having reviewed the parties' Joint Motion to Dismiss Certain Stayed Claims Without Prejudice ("Joint Motion") and for good cause shown, the Joint Motion is hereby GRANTED, and it is ORDERED that:

Centripetal Network's claims relating to the stayed IPR Patents (claims relating to the '213, '552, '713, '148, '077, '722 Patents asserted in the Amended Complaint, and certain claims of the '205 Patent that were subject to IPR institutions) are hereby dismissed, without prejudice, with each party to bear their own costs and fees, including attorneys' fees.

It is so ORDERED.

Date: _____          _____

                                        United States District Judge


**WE ASK FOR THIS:**

_/s/ Stephen E. Noona_
Stephen Edward Noona
Virginia State Bar No. 25367
**KAUFMAN & CANOLES, P.C.**

150 W Main St., Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624-3239
Facsimile:  (888) 360-9092
senoona@kaufcan.com

Paul J. Andre (*pro hac vice*)
Lisa Kobialka (*pro hac vice*)
James Hannah (*pro hac vice*)
Hannah Lee (*pro hac vice*)
**KRAMER LEVIN NAFTALIS
& FRANKEL LLP**
990 Marsh Road
Menlo Park, CA 94025
Telephone:  (650) 752-1700
Facsimile:  (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
hlee@kramerlevin.com

**ATTORNEYS FOR PLAINTIFF
CENTRIPETAL NETWORKS, INC.**

*/s/ Dabney J. Carr, IV*
Dabney J. Carr, IV, VSB No. 28679
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com

Louis N. Jameson (*pro hac vice*)
Matthew C. Gaudet (*pro hac vice*)
John R. Gibson, VSB No. 72968
Jennifer H. Forte (*pro hac vice*)
**DUANE MORRIS, LLP**
1075 Peachtree Street, N.E., Suite 2000
Atlanta, GA 30309-3929
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
wjameson@duanemorris.com
mcgaudet@duanemorris.com
jrgibson@duanemorris.com
jhforte@duanemorris.com

Joseph A. Powers (*pro hac vice*)
**DUANE MORRIS, LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 689-3797
japowers@duanemorris.com

John M. Baird, VSB No. 77827
Christopher J. Tyson, VSB No. 81553
**DUANE MORRIS, LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776 7851
Facsimile: (202) 478 2620
cjtyson@duanemorris.com

Nicole Elizabeth Johnson
**DUANE MORRIS, LLP**
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone:  (650) 847-4150
Facsimile:  (650) 618-2713
NEGrigg@duanemorris.com

**ATTORNEYS FOR DEFENDANT**
**CISCO SYSTEMS, INC.**