**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| **CENTRIPETAL NETWORKS, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:18cv00094-HCM-LRL |
| ) | |
| **CISCO SYSTEMS, INC.** ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT CISCO SYSTEMS, INC.'S NOTICE OF APPEAL**

Pursuant to Federal Rules of Appellate Procedure 3 and 4 and 28 U.S.C. §§ 1291 and 1295, notice is given that Cisco Systems, Inc. ("Cisco") appeals to the United States Court of Appeals for the Federal Circuit from the Judgment entered on October 5, 2020 (Docket No. 622) and all preceding and subsequent decisions and rulings that underlie or are intertwined with it, including but not limited to:

1. The opinion and order memorializing and explaining the Court's claim construction rulings issued on February 20, 2020 (Docket No. 202);

2. The order denying Cisco's motion for summary judgment on the issue of infringement issued on April 27, 2020 (Docket No. 412);

3. The rulings made adversely to Cisco during the pretrial conference;

4. The rulings made adversely to Cisco during the bench trial;

5. The order denying Cisco's motion for miscellaneous relief issued on October 2, 2020 (Docket No. 619);

6. The opinion and order finding the '856 Patent, the '176 Patent, the '193 Patent, and the '806 Patent claims valid and literally infringed, awarding damages and pre-judgment interest against Cisco totaling $1,903,239,287.50, and imposing a running royalty (Docket No. 621); and

7. The opinion and order denying post-judgment motions and declaring the case final, issued on March 17, 2021 (Docket No. 638).

Dated: April 14, 2021                                             Respectfully submitted,

                                                                  CISCO SYSTEMS, INC.


                                                                  By             /s/
                                                                  Of Counsel


Dabney J. Carr, IV, VSB No. 28679
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutman.com

Louis N. Jameson (admitted pro hac vice)
Matthew C. Gaudet (admitted pro hac vice)
John R. Gibson, VSB No. 72968
Jennifer H. Forte (admitted pro hac vice)
**DUANE MORRIS, LLP**
1075 Peachtree Street, N.E., Suite 2000
Atlanta, Georgia 30309-3929
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
wjameson@duanemorris.com
jrgibson@duanemorris.com
jhforte@duanemorris.com

Joseph A. Powers (admitted pro hac vice)
**DUANE MORRIS, LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 689-3797
japowers@duanemorris.com

Nicole E. Grigg (formerly Johnson) (admitted pro hac vice)
**DUANE MORRIS, LLP**
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: (650) 847-4150
Facsimile: (650) 618-2713
NEGrigg@duanemorris.com

*Counsel for Defendant Cisco Systems, Inc.*