IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| CENTRIPETAL NETWORKS, INC. | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 2:18-cv-00094–EWH-LRL |
| | ) |
| CISCO SYSTEMS, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT REQUEST FOR STATUS CONFERENCE
REGARDING REMAND PROCEEDINGS**

The parties jointly request a status conference to discuss the case on remand from the Federal Circuit. The parties propose that the Court should direct each party to file a statement, not to exceed five pages, regarding its respective position on how the case should proceed, with such statements being due 7 days before any status conference.

Dated: September 26, 2022                                          Respectfully submitted,


*/s/ Stephen E. Noona*
Stephen Edward Noona, VSB No. 25367
**KAUFMAN & CANOLES, P.C.**
150 W Main St., Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com

Paul J. Andre (*pro hac vice*)
Lisa Kobialka (*pro hac vice*)
James Hannah (*pro hac vice*)
Hannah Lee (*pro hac vice*)
Kristopher Kastens (*pro hac vice*)
Michael Lee (*pro hac vice*)
Yuridia Caire (*pro hac vice*)
Gregory Proctor (*pro hac vice*)

*/s/ Dabney J. Carr*
Dabney J. Carr, IV, VSB No. 28679
**TROUTMAN PEPPER HAMILTON
SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutman.com

Louis N. Jameson (admitted pro hac vice)
Matthew C. Gaudet (admitted pro hac vice)
John R. Gibson, VSB No. 72968
Jennifer H. Forte (admitted pro hac vice)
**DUANE MORRIS, LLP**
1075 Peachtree Street, N.E., Suite 1700
Atlanta, Georgia 30309-3929

Hien Lien (*pro hac vice*)
Melissa Brenner (*pro hac vice*)
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
hlee@kramerlevin.com
kkastens@kramerlevin.com
mhlee@kramerlevin.com
ycaire@kramerlevin.com
gproctor@kramerlevin.com
hlien@kramerlevin.com
mbrenner@kramerlevin.com
Aaron M. Frankel (*pro hac vice*)
Cristina L. Martinez (*pro hac vice*)
Eileen Patt (*pro hac vice*)
Jeffrey Eng (*pro hac vice*)
Jonathan Caplan (*pro hac vice*)
Shannon H. Hedvat (*pro hac vice*)
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
afrankel@kramerlevin.com
cmartinez@kramerlevin.com
epatt@kramerlevin.com
jeng@kramerlevin.com
jcaplan@kramerlevin.com
shedvat@kramerlevin.com

*Attorneys for Plaintiff*
*Centripetal Networks, Inc.*

Telephone: (404) 253-6900
Facsimile: (404) 253-6901
wjameson@duanemorris.com
mcgaudet@duanemorris.com
jrgibson@duanemorris.com
jhforte@duanemorris.com

Joseph A. Powers (admitted pro hac vice)
**DUANE MORRIS, LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 689-3797
japowers@duanemorris.com


John M. Baird, VSB No. 77827
Christopher J. Tyson, VSB No. 81553
**DUANE MORRIS, LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776 7851
Facsimile: (202) 478 2620
cjtyson@duanemorris.com


*Attorneys for Defendant*
*Cisco Systems, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 26, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of electronic filing to:

Dabney J. Carr, IV, VSB No. 28679
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com

Louis N. Jameson (*pro hac vice*)
Matthew C. Gaudet (*pro hac vice*)
John R. Gibson, VSB No. 72968
Jennifer H. Forte (*pro hac vice*)
**DUANE MORRIS, LLP**
1075 Peachtree Street, N.E., Suite 2000
Atlanta, GA 30309-3929
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
wjameson@duanemorris.com
mcgaudet@duanemorris.com
jrgibson@duanemorris.com
jhforte@duanemorris.com

Joseph A. Powers (*pro hac vice*)
**DUANE MORRIS, LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 689-3797
japowers@duanemorris.com

John M. Baird, VSB No. 77827
Christopher J. Tyson, VSB No. 81553
**DUANE MORRIS, LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776 7851
Facsimile: (202) 478 2620
cjtyson@duanemorris.com

Nicole E. Grigg (formerly Johnson)
(*pro hac vice*)
**DUANE MORRIS, LLP**
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: (650) 847-4150
Facsimile: (650) 618-2713
NEGrigg@duanemorris.com

*Attorneys for Defendant*
*Cisco Systems, Inc.*

/s/ *Stephen E. Noona*
Stephen Edward Noona, VSB No. 25367
**KAUFMAN & CANOLES, P.C.**
150 W Main St., Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com

20886340.v1

4