IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| CENTRIPETAL NETWORKS, LLC, )<br>F/K/A CENTRIPETAL NETWORKS, INC. )<br>    )<br>        Plaintiff,    )<br>    )<br>CISCO SYSTEMS, INC.    )<br>    )<br>        Defendant.    )<br>    ) | Civil Action No. 2:18-cv-00094–EWH-LRL |

**NOTICE OF NAME CHANGE FOR AND CONVERSION OF PLAINTIFF**

Plaintiff Centripetal Networks, LLC f//k/a Centripetal Networks, Inc. ("Centripetal"), a Delaware entity, by counsel, hereby gives notice that, pursuant to duly executed and filed certificates of conversion and formation under Delaware law, filed on December 30, 2022 and attached as **Exhibit A**, Centripetal has converted from a Delaware corporation to a Delaware limited liability company, Centripetal Networks, LLC, which remains the same entity by operation of law. See Del. Code Ann. tit. 6, § 18-214 ("When any conversion shall have become effective under this section, for all purposes of the laws of the State of Delaware, all of the rights, privileges and powers of the other entity that has converted, and all property, real, personal and mixed, and all debts due to such other entity, as well as all other things and causes of action belonging to such other entity, shall remain vested in the domestic limited liability company to which such other entity has converted . . . .").

Centripetal is concurrently filing a Supplemental Financial Interest Disclosure Statement. All further pleadings shall refer to plaintiff by this name.  Counsel of record remain the same for Centripetal, and no prejudice to any party or to the Court, or delay of this action, will result from this name change and conversion.

Dated:  January 26, 2023                              Respectfully submitted,


                                                      /s/ Stephen E. Noona
                                                      Stephen Edward Noona
                                                      Virginia State Bar No. 25367
                                                      **KAUFMAN & CANOLES, P.C.**
                                                      150 W Main St., Suite 2100
                                                      Norfolk, VA 23510
                                                      Telephone: (757) 624-3239
                                                      Facsimile: (888) 360-9092
                                                      senoona@kaufcan.com

                                                      Paul J. Andre (*pro hac vice*)
                                                      Lisa Kobialka (*pro hac vice*)
                                                      James Hannah (*pro hac vice*)
                                                      Hannah Lee (*pro hac vice*)
                                                      Kristopher Kastens (*pro hac vice*)
                                                      **KRAMER LEVIN NAFTALIS**
                                                      **& FRANKEL LLP**
                                                      333 Twin Dolphin Drive, Suite 700
                                                      Redwood Shores, CA  94065
                                                      Telephone: (650) 752-1700
                                                      Facsimile: (650) 752-1800
                                                      pandre@kramerlevin.com
                                                      lkobialka@kramerlevin.com
                                                      jhannah@kramerlevin.com
                                                      hlee@kramerlevin.com
                                                      kkastens@kramerlevin.com

                                                      *Attorneys for Plaintiff*
                                                      *Centripetal Networks, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of electronic filing to:

Dabney J. Carr, IV, VSB No. 28679
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com

Louis N. Jameson (*pro hac vice*)
Matthew C. Gaudet (*pro hac vice*)
John R. Gibson, VSB No. 72968
Jennifer H. Forte (*pro hac vice*)
**DUANE MORRIS, LLP**
1075 Peachtree Street, N.E., Suite 2000
Atlanta, GA 30309-3929
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
wjameson@duanemorris.com
mcgaudet@duanemorris.com
jrgibson@duanemorris.com
jhforte@duanemorris.com

Joseph A. Powers (*pro hac vice*)
**DUANE MORRIS, LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 689-3797
japowers@duanemorris.com

John M. Baird, VSB No. 77827
Christopher J. Tyson, VSB No. 81553
**DUANE MORRIS, LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776 7851
Facsimile: (202) 478 2620
cjtyson@duanemorris.com

Nicole E. Grigg (formerly Johnson)
(*pro hac vice*)
**DUANE MORRIS, LLP**
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone:  (650) 847-4150
Facsimile:  (650) 618-2713
NEGrigg@duanemorris.com

*Attorneys for Defendant*
*Cisco Systems, Inc.*

/s/ *Stephen E. Noona*
Stephen Edward Noona, VSB No. 25367
**KAUFMAN & CANOLES, P.C.**
150 W Main St., Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624-3239
Facsimile:  (888) 360-9092
senoona@kaufcan.com