**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| CENTRIPETAL NETWORKS, LLC<br>F/K/A CENTRIPETAL NETWORKS, INC. ,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>Defendant. | )<br>)<br>)  No. 2:18-cv-00094-EWH-LRL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF CENTRIPETAL NETWORKS, LLC'S SUPPLEMENTAL FINANCIAL
INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff Centripetal Networks, LLC f//k/a Centripetal Networks, Inc. ("Centripetal"), files the following supplemental financial disclosure statement and states that Centripetal Networks, Inc. has converted from a Delaware corporation to a Delaware limited liability company, Centripetal Networks, LLC, which remains the same entity by operation of law. See Del. Code Ann. tit. 6, § 18-214.  The sole member and owner of Centripetal Networks, LLC is CNI Holdings, Inc.

Respectfully submitted,

Dated:  January 26, 2023

*/s/ Stephen E. Noona*
Stephen Edward Noona
Virginia State Bar No. 25367
**KAUFMAN & CANOLES, P.C.**
150 W Main St., Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com

Paul J. Andre (*pro hac vice*)
Lisa Kobialka (*pro hac vice*)
James Hannah (*pro hac vice*)
Hannah Lee (*pro hac vice*)
Kristopher Kastens (*pro hac vice*)
**KRAMER LEVIN NAFTALIS
& FRANKEL LLP**
333 Twin Dolphin Drive
Suite 700
Redwood Shores, CA  94065
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
hlee@kramerlevin.com
kkastens@kramerlevin.com

*Attorneys For Plaintiff
Centripetal Networks, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2023, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will automatically send notification of

electronic filing to:

Christopher J. Letkewicz (*pro hac vice*)
Joel E. Connolly (*pro hac vice*)
**BENESCH FRIEDLANDER COPLAN & ARONOFF**
71S. Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 624-6333
Facsimile: (312) 767-9192
cletkewicz@beneschlaw.com
econnolly@beneschlaw.com

James Y. Park (*pro hac vice*)
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-6496
james.park@davispolk.com

Micah Block (*pro hac vice*)
**DAVIS POLK & WARDWELL LLP**
1600 El Camino Real
Menlo Park, CA  94025
Telephone: (650) 752-2023
Facsimile: (650) 752-2111
micah.block@davispolk.com

Louis N. Jameson (*pro hac vice*)
Matthew C. Gaudet (*pro hac vice*)
John R. Gibson, VSB No. 72968
Jennifer H. Forte (*pro hac vice*)
**DUANE MORRIS, LLP**
1075 Peachtree Street, N.E., Suite 2000
Atlanta, GA 30309-3929
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
wjameson@duanemorris.com
mcgaudet@duanemorris.com
jrgibson@duanemorris.com
jhforte@duanemorris.com

Joseph A. Powers (*pro hac vice*)
**DUANE MORRIS, LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 689-3797
japowers@duanemorris.com

John M. Baird, VSB No. 77827
Christopher J. Tyson, VSB No. 81553
Kevin P. Anderson (*pro hac vice*
**DUANE MORRIS, LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776 7851
Facsimile: (202) 478 2620
jmbaird@duanemorris.com
cjtyson@duanemorris.com
kpanderson@duanemorris.com

Nicole E. Grigg (formerly Johnson)
(*pro hac vice*)
**DUANE MORRIS, LLP**
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: (650) 847-4150
Facsimile: (650) 618-2713
NEGrigg@duanemorris.com

Elizabeth R. Moulton (*pro hac vice*)
**ORRICK HERRINGTON & SUTCLIFFE, LLP**
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5673
emoulton@orrick.com

Dabney J. Carr, IV, VSB No. 28679
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com

Mark Fleming (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6909
Facsimile: (617) 526-5000
mark.fleming@wilmerhale.com

Heath Brooks (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, DC  20005
Telephone: (202) 663-6973
Facsimile: (2020) 663-6363
heath.brooks@wilmerhale.com

*Attorneys For Defendant*
*Cisco Systems, Inc.*

/s/ Stephen E. Noona
Stephen Edward Noona
Virginia State Bar No. 25367
**KAUFMAN & CANOLES, P.C.**
150 W Main St., Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com

5