**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| CENTRIPETAL NETWORKS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:18-cv-00094-EWH-LRL |
| ) | |
| CISCO SYSTEMS, INC. ) | |
| ) | |
| Defendant. ) | |

**CISCO SYSTEMS, INC.'S NOTICE OF ADDITIONAL PTAB**
**ORDER REGARDING THE '856 PATENT IPR**

Defendant Cisco Systems, Inc. ("Cisco") notifies the Court that, since the status conference with the Court on January 25, 2023, the Patent Trial and Appeal Board ("PTAB") issued an Order denying Centripetal's Motion for Recusal and Vacatur and denying Centripetal's Motions for Rehearing of the decisions instituting the '856 Patent IPR proceeding ("Centripetal's Motions'). The PTAB's Order is attached hereto as Exhibit A. Cisco brings this Order to the Court's attention in order to notify the Court of the resolution of Centripetal's Motions, which were discussed at the January 25 status conference. Further, since the PTAB has resolved Centripetal's Motions, the final hearing on the '856 Patent IPR proceeding will proceed as scheduled, and so it is expected that the PTAB will issue its final written decision in that proceeding by May 25, 2023.

Dated: February 6, 2023                    CISCO SYSTEMS, INC.,


                                           By:___/s/_____
                                                Of Counsel

1

Dabney J. Carr, IV, VSB No. 28679
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutman.com

Charles K. Seyfarth, VSB No. 44530
**O'HAGAN MEYER**
411 East Franklin Street, Suite 500
Richmond, Virginia 23219
Telephone: (804) 403-7137
Facsimile: (804) 237-0250
cseyfarth@ohaganmeyer.com

Louis N. Jameson (admitted pro hac vice)
Matthew C. Gaudet (admitted pro hac vice)
John R. Gibson, VSB No. 72968
Alice E. Snedeker (admitted pro hac vice)
**DUANE MORRIS, LLP**
1075 Peachtree Street, N.E., Suite 1700
Atlanta, Georgia 30309-3929
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
wjameson@duanemorris.com
mcgaudet@duanemorris.com
jrgibson@duanemorris.com
jhforte@duanemorris.com

Joseph A. Powers (admitted pro hac vice)
**DUANE MORRIS, LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 689-3797
japowers@duanemorris.com

John M. Baird, VSB No. 77827
Christopher J. Tyson, VSB No. 81553
**DUANE MORRIS, LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776 7851
Facsimile: (202) 478 2620

cjtyson@duanemorris.com

*Attorneys for Defendant
Cisco Systems, Inc.*