IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

| | |
|---|---|
| CENTRIPETAL NETWORKS, LLC, | ) |
| Plaintiff, | ) ) No. 2:18-cv-00094-EWH-LRL |
| v. | ) ) ) |
| CISCO SYSTEMS, INC., | ) ) |
| Defendant. | ) ) ) ) ) |

**JOINT STATUS REPORT REGARDING RECALLING**

**OF PARTIES' DAMAGES EXPERTS**

Plaintiff Centripetal Networks, Inc. ("Centripetal") and Defendant Cisco Systems, Inc. ("Cisco") submit the following Joint Status Report Regarding Recalling of Parties' damages Expert, and hereby notify the Court as follows:

1. Cisco produced updated revenue figures through March 31, 2023, as required by the Court.  Dkt. 682, at §I.D.

2. Centripetal and its expert are finalizing their review of those figures with the intention of updating Mr. Gunderson's royalty calculation he presented at trial on behalf of Centripetal.  Centripetal has agreed to provide the updated royalty calculation to Cisco no later than Tuesday, May 16, 2023.

3. Cisco will review Mr. Gunderson's updated figures and provide its position to Centripetal as to whether there is a dispute regarding Mr. Gunderson's updated calculations no later than May 23, 2023.

4. The parties will thereafter meet and confer in good faith to determine whether it will be necessary for Centripetal to recall Mr. Gunderson and, similarly, whether it will be necessary for Cisco to recall Dr. Becker to rebut Mr. Gunderson's updated figures.

5. The parties hereby stipulate and agree that, on or before May 26, 2023, they will file an updated Notice with the Court if no agreement can be reached, or a Joint Stipulation, if agreed, regarding whether the parties will recall Mr. Gunderson and/or Dr. Becker.

Dated: May 15, 2023                         Respectfully submitted,

/s/ Stephen E. Noona
Stephen Edward Noona, VSB No. 25367
**KAUFMAN & CANOLES, P.C.**
150 W Main St., Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com

Paul J. Andre (*pro hac vice*)
Lisa Kobialka (*pro hac vice*)
James Hannah (*pro hac vice*)
Hannah Lee (*pro hac vice*)
Kristopher Kastens (*pro hac vice*)
Michael Lee (*pro hac vice*)
Yuridia Caire (*pro hac vice*)
Gregory Proctor (*pro hac vice*)
Hien Lien (*pro hac vice*)
Melissa Brenner (*pro hac vice*)
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
hlee@kramerlevin.com

/s/ Dabney J. Carr
Dabney J. Carr, IV, VSB No. 28679
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutman.com

Louis N. Jameson (admitted pro hac vice)
Matthew C. Gaudet (admitted pro hac vice)
John R. Gibson, VSB No. 72968
Alice E. Snedeker (admitted pro hac vice)
**DUANE MORRIS, LLP**
1075 Peachtree Street, N.E., Suite 1700
Atlanta, Georgia 30309-3929
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
wjameson@duanemorris.com
mcgaudet@duanemorris.com
jrgibson@duanemorris.com
aesnedeker@duanemorris.com

Joseph A. Powers (admitted pro hac vice)
**DUANE MORRIS, LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000

H:\17876077_1.docx

- 3 -

kkastens@kramerlevin.com
mhlee@kramerlevin.com
ycaire@kramerlevin.com
gproctor@kramerlevin.com
hlien@kramerlevin.com
mbrenner@kramerlevin.com
Aaron M. Frankel (*pro hac vice*)
Cristina L. Martinez (*pro hac vice*)
Eileen Patt (*pro hac vice*)
Jeffrey Eng (*pro hac vice*)
Jonathan Caplan (*pro hac vice*)
Shannon H. Hedvat (*pro hac vice*)
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
afrankel@kramerlevin.com
cmartinez@kramerlevin.com
epatt@kramerlevin.com
jeng@kramerlevin.com
jcaplan@kramerlevin.com
shedvat@kramerlevin.com

*Attorneys for Plaintiff*
*Centripetal Networks, Inc.*

Facsimile: (215) 689-3797
japowers@duanemorris.com

John M. Baird, VSB No. 77827
Christopher J. Tyson, VSB No. 81553
**DUANE MORRIS, LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776 7851
Facsimile: (202) 478 2620
cjtyson@duanemorris.com

*Attorneys for Defendant*
*Cisco Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of electronic filing to counsel of record.

>*/s/ Stephen E. Noona*
>Stephen E. Noona
>Virginia State Bar No. 25367
>**KAUFMAN & CANOLES, P.C.**
>150 West Main Street, Suite 2100
>Norfolk, VA 23510
>Telephone: (757) 624-3239
>Facsimile: (888) 360-9092
>senoona@kaufcan.com