IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| CENTRIPETAL NETWORKS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | Case No. 2:18-cv-00094-EWH-LRL |

## CISCO SYSTEMS, INC.'S NOTICE OF FILING

Defendant Cisco Systems, Inc. ("Cisco"), by counsel, hereby gives notice of the filing of the following documents in connection with the prosecution of IPR2022-00182 with respect to U.S. Patent No. 9,917,856:

a. a true and accurate copy of the United States Patent and Trademark Office's Order Denying Patent Owner's Motion to Stay, filed on April 20, 2023 in IPR2022-00182, attached hereto as **Exhibit 1**; and

b. a true and accurate copy of the Federal Circuit's Order denying the Petition For a Writ of Mandamus, filed May 16, 2023 in Case No. 23-127, Dkt. No. 26, attached hereto as **Exhibit 2**.

Dated: May 19, 2023                              CISCO SYSTEMS, INC.

                                                By: _____/s/_____
                                                        Of Counsel

Dabney J. Carr, IV, VSB No. 28679
**TROUTMAN PEPPER**
 **HAMILTON SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutman.com

Charles K. Seyfarth, VSB No. 44530
**O'HAGAN MEYER**
411 East Franklin Street, Suite 500
Richmond, Virginia 23219
Telephone: (804) 403-7137
Facsimile: (804) 237-0250
cseyfarth@ohaganmeyer.com

Louis N. Jameson (admitted pro hac vice)
Matthew C. Gaudet (admitted pro hac vice)
John R. Gibson, VSB No. 72968
Alice E. Snedeker (admitted pro hac vice)
**DUANE MORRIS, LLP**
1075 Peachtree Street, N.E., Suite 1700
Atlanta, Georgia 30309-3929
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
wjameson@duanemorris.com
mcgaudet@duanemorris.com
jrgibson@duanemorris.com
jhforte@duanemorris.com

Joseph A. Powers (admitted pro hac vice)
**DUANE MORRIS, LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 689-3797
japowers@duanemorris.com

John M. Baird, VSB No. 77827
Christopher J. Tyson, VSB No. 81553
**DUANE MORRIS, LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776 7851
Facsimile: (202) 478 2620
cjtyson@duanemorris.com

*Attorneys for Defendant*
*Cisco Systems, Inc.*