IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| CENTRIPETAL NETWORKS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | Case No. 2:18-cv-00094-EWH-LRL |

**NOTICE OF FINAL WRITTEN DECISION OF PATENT OFFICE INVALIDATING
ALL ASSERTED CLAIMS OF U.S. PATENT NO. 9,917,856**

Defendant Cisco Systems, Inc. ("Cisco") hereby gives notice of the United States Patent and Trademark Office's Final Written Decision, dated May 23, 2023, in IPR2022-00182, which determined that all challenged claims (Claims 1, 24 and 25) of the '856 Patent are unpatentable. This Final Written Decision thus invalidates both claims from '856 Patent that are asserted in this litigation. A true and correct copy of this Final Written Decision is attached hereto as **Exhibit 1.**

Dated:  May 23, 2023                                CISCO SYSTEMS, INC.


                                                    By:_____/s/_____
                                                            Of Counsel

Dabney J. Carr, IV, VSB No. 28679
**TROUTMAN PEPPER
 HAMILTON SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutman.com

Charles K. Seyfarth, VSB No. 44530
**O'HAGAN MEYER**
411 East Franklin Street, Suite 500
Richmond, Virginia 23219
Telephone: (804) 403-7137
Facsimile: (804) 237-0250
cseyfarth@ohaganmeyer.com

Louis N. Jameson (admitted pro hac vice)
Matthew C. Gaudet (admitted pro hac vice)
John R. Gibson, VSB No. 72968
Alice E. Snedeker (admitted pro hac vice)
**DUANE MORRIS, LLP**
1075 Peachtree Street, N.E., Suite 1700
Atlanta, Georgia 30309-3929
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
wjameson@duanemorris.com
mcgaudet@duanemorris.com
jrgibson@duanemorris.com
jhforte@duanemorris.com

Joseph A. Powers (admitted pro hac vice)
**DUANE MORRIS, LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 689-3797
japowers@duanemorris.com

John M. Baird, VSB No. 77827
Christopher J. Tyson, VSB No. 81553
**DUANE MORRIS, LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776 7851
Facsimile: (202) 478 2620
cjtyson@duanemorris.com

*Attorneys for Defendant*
*Cisco Systems, Inc.*