IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CENTRIPETAL NETWORKS, LLC,
    Plaintiff,

       v.                            Civil Action No. 2:18-cv-94

CISCO SYSTEMS, INC.
    Defendant.

**ORDER**

    This matter is before the Court on Defendant Cisco Systems, Inc.'s ("Cisco") Motion for Expedited Briefing and Hearing on Cisco's Motion to Sever and Stay the Case as to U.S. Patent No. 9,917,856 ("Motion to Expedite Briefing"). ECF No. 689. Plaintiff Centripetal Networks, LLC ("Centripetal"), opposes an expedited briefing schedule. ECF No. 693. Upon consideration of Cisco's Motion for Expedited Briefing and Centripetal's response, the Court finds that good cause exists to support expedited briefing in this matter. Specifically, expedited briefing will allow the Court to decide whether the '856 Patent should be severed and stayed prior to the June 9, 2023, deadline for the parties to submit their renewed proposed findings of fact and conclusions of law in advance of the Rule 63 hearing. Accordingly, the Court GRANTS IN PART Cisco's Motion for Expedited Briefing.

    Centripetal is ORDERED to file its response to Cisco's Motion no later than **Friday, June 2, 2023 at noon**, and Cisco is ORDERED to file its reply no later than **Monday, June 5, 2023**.

    It is so ORDERED.

                                                    /s/
                                          Elizabeth W. Hanes
                                          United States District Judge

Norfolk, Virginia
Date: May 26, 2023