IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CENTRIPETAL NETWORKS, LLC,
    Plaintiff,

v.                                       Civil Action No. 2:18-cv-94

CISCO SYSTEMS, INC.
    Defendant.

**ORDER**

This matter is before the Court on Defendant Cisco Systems, Inc.'s ("Cisco") Motion for Cisco's Motion to Sever and Stay the Case as to U.S. Patent No. 9,917,856 ("Motion"). ECF No. 687. Upon consideration of Cisco's Motion, and for the reasons stated on the record during the Court's June 6, 2023 hearing, the Motion is GRANTED IN PART and DENIED IN PART. Cisco's request to stay the case as to U.S. Patent No. 9,917,856 is GRANTED; the case is hereby STAYED as to this patent upon further order of the Court. Cisco's request for severance is DENIED.

By Friday, June 9, 2023, the parties are ORDERED to provide the Court with two (2) copies of the following materials. To the extent feasible, documents should be printed double-sided to reduce volume. If the parties are unable to meet this deadline, the parties shall inform the Court as soon as possible by filing a joint status report.

1. Trial transcript
2. Admitted exhibits (separated by witness)
3. Full versions of exhibits (only one copy, digital version preferred)
4. Demonstrative exhibits
5. Slide presentations
6. Deposition binders
7. Videos of deposition testimony
8. Summaries of witness/deposition testimony provided to Judge Morgan

It is so ORDERED.

/s/
_____
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: June 7, 2023