**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

CENTRIPETAL NETWORKS, LLC,
  Plaintiff,

    v.          Civil Action No. 2:18-cv-94

CISCO SYSTEMS, INC.
  Defendant.

**ORDER**

  Pursuant to Federal Rule of Civil Procedure 63, the undersigned certifies her familiarity with the record in this case. The Court will commence its Rule 63 hearing tomorrow, June 22, 2023, at 10:00am.

           /s/

           Elizabeth W. Hanes
           United States District Judge

Norfolk, Virginia
Date: June 21, 2023