# UNITED STATES DISTRICT COURT

*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK DIVISION**

Monday, June 26, 2023

**MINUTES OF PROCEEDINGS IN**  Open Court

**PRESENT**: THE HONORABLE Elizabeth W. Hanes, U.S. DISTRICT JUDGE

Deputy Clerk: *K.Galluzzo*                    Reporter: Jill Trail, OCR

| Set: 9:30 a.m. | Started: 9:47 a.m.<br>Lunch: 1:00 – 2:00 | Ended:  6:15 p.m. |
|---|---|---|

| Case No.   2:18cv94 |
|---|
| **Centripetal Networks, LLC** |
| v. |
| **Cisco Systems, Inc.** |
| |
| Attorneys Paul Andre, Lisa Kobialka, and Clarke Belote appeared on behalf of the plaintiff. |
| Attorneys Louis Jameson, Matthew Gaudet, John Gibson, Dabney Carr and Charles Seyfarth appeared on behalf of the defendant. |
| |
| Matter came on for Rule 63 Hearing (Day #3). |
| |
| Preliminary matters discussed. |
| |
| Arguments of counsel heard regarding the '176 patent. |
| |
| Arguments of counsel heard regarding damages. Courtroom sealed during portions of damages arguments. |
| |
| Parties to meet and confer and submit Amended Findings of Fact. |
| |
| Matter taken under advisement. |
| |
| |

| Case No. 2:18cv94 Centripetal Networks, LLC v Cisco Systems | Continuation... – Page 2 – |
| --- | --- |

Court adjourned.

Order to follow.