# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CENTRIPETAL NETWORKS, LLC,
    Plaintiff,

v.                                                    Civil Action No. 2:18-cv-94

CISCO SYSTEMS, INC.
    Defendant.

## ORDER

Pending before the Court is the Joint Stipulation Regarding Supplemental Proposed Findings of Fact and Conclusions of Law. ECF No. 760. In the stipulation, the parties agreed that:

1. The parties will each file Supplemental Proposed Findings of Fact and Conclusions of Law addressing DTX-1717 and DTX-1718, which shall not exceed 10 pages; and

2. Subject to the Court's approval, the parties jointly request to submit these filings simultaneously on July 14, 2023.

*Id.* at 2. The Court APPROVES the parties' request to extend the deadline for submission of the Supplemental Proposed Findings of Fact and Conclusions of Law to July 14, 2023.

It is SO ORDERED.

                                                           /s/
                                          Elizabeth W. Hanes
                                          United States District Judge

Norfolk, Virginia
Date: <u>July 7, 2023</u>