# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| CENTRIPETAL NETWORKS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) No. 2:18-cv-00094-EWH-LRL <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT MOTION AND MEMORANDUM IN SUPPORT OF JOINT MOTION FOR ENTRY OF AMENDED JOINT ADMITTED TRIAL EXHIBITS LIST

The parties, Plaintiff Centripetal Networks, LLC ("Centripetal") and Cisco Systems, Inc. ("Cisco"), by counsel, hereby jointly move the Court for Entry of an Amended Joint Admitted Trial Exhibits List ("Joint Motion for Entry of Amended Trial Exhibits List"). In support of this Joint Motion for Entry of Amended Trial Exhibits List, the parties state as follows:

1. As a result of the Rule 63 Proceeding, the Exhibit List (ECF No. 643) in the referenced matter had some changes as additional materials were admitted.

2. The parties believe it may be helpful to the Court to jointly file an updated admitted trial exhibit list that reflects the additional material admitted during the Rule 63 Proceeding.

3. Attached as **Exhibit 1** is an Amended Joint Admitted Trial Exhibits List; the **bolded items** denote the exhibits or portions of exhibits that were admitted during the Rule 63 Proceeding (June 22-23 and June 26, 2023). The parties request that the agreed Amended Joint Admitted Trial Exhibits List be entered as the operative admitted exhibit list in this matter.

WHEREFORE, the parties request that the Court enter the Proposed Agreed Order attached as **Exhibit 2.**

Dated: August 10, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Stephen E. Noona* <br> Stephen E. Noona (VSB No. 25367) <br> KAUFMAN & CANOLES, P.C. <br> 150 West Main Street, Suite 2100 <br> Norfolk, VA 23510 <br> Telephone: (757) 624-3239 <br> Facsimile: (888) 360-9092 <br> senoona@kaufcan.com <br><br> Paul J. Andre (*pro hac vice*) <br> Lisa Kobialka (*pro hac vice*) <br> James R. Hannah (*pro hac vice*) <br> Hannah Y. Lee (*pro hac vice*) <br> KRAMER LEVIN NAFTALIS & <br> FRANKEL LLP <br> 333 Twin Dolphin Drive, Suite 700 <br> Redwood Shores, CA 94065 <br> Telephone: (650) 752-1700 <br> Facsimile: (650) 752-1800 <br> pandre@kramerlevin.com <br> lkobialka@kramerlevin.com <br> jhannah@kramerlevin.com <br> hlee@kramerlevin.com <br><br> *Attorneys for Plaintiff,* <br> *Centripetal Networks, LLC* | */s/ Dabney J. Carr, IV* <br> Dabney J. Carr, IV (VSB No. 28679) <br> TROUTMAN PEPPER LLP <br> P. O. Box 1122 <br> Richmond, VA 23218-1122 <br> Telephone: (804) 697-1200 <br> Facsimile: (804) 697-1339 <br> dabney.carr@troutman.com <br><br> Charles K. Seyfarth (VSB No. 44530) <br> O'HAGAN MEYER <br> 411 East Franklin Street, Suite 500 <br> Richmond, VA 23219 <br> Telephone: (804) 403-7137 <br> Facsimile: (804) 237-0250 <br> cseyfarth@ohaganmeyer.com <br><br> Louis N. Jameson (*pro hac vice*) <br> Matthew C. Gaudet (*pro hac vice*) <br> John R. Gibson (VSB No. 72968) <br> Alice E. Snedeker (*pro hac vice*) <br> DUANE MORRIS, LLP <br> 1075 Peachtree Street, N.E., Suite 2000 <br> Atlanta, GA 30309-3929 <br> Telephone: (404) 253-6900 <br> Facsimile: (404) 253-6901 <br> wjameson@duanemorris.com <br> mcgaudet@duanemorris.com <br> jrgibson@duanemorris.com <br> aesnedecker@duanemorris.com <br><br> Joseph A. Powers (*pro hac vice*) <br> DUANE MORRIS, LLP <br> 30 South 17th Street <br> Philadelphia, PA 19103-4196 <br> Telephone: (215) 979-1000 <br> Facsimile: (215) 689-3797 <br> japowers@duanemorris.com <br><br> John M. Baird (VSB No. 77827) <br> Christopher J. Tyson, VSB No. 81553 <br> DUANE MORRIS, LLP |

                                                  505 9th Street, N.W., Suite 1000
                                                  Washington, DC 20004-2166
                                                  Telephone: (202) 776 7851
                                                  Facsimile: (202) 478 2620
                                                  cjtyson@duanemorris.com

*Counsel for Defendant Cisco Systems, Inc.*

21714967.v3