IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| CENTRIPETAL NETWORKS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:18-cv-00094-EWH-LRL |
| CISCO SYSTEMS, INC., | ) ) ) |
| Defendant. | ) ) ) ) |

**CISCO SYSTEMS, INC.'S NOTICE OF FILING OF PUBLIC VERSION
OF TRANSCRIPT OF JUNE 26, 2023 HEARING**

Defendant Cisco Systems, Inc. ("Defendant"), pursuant to the Court's Order entered August 15, 2023 [Doc. 775], hereby gives notice that attached as Exhibit 1 is a public version of the transcript of the hearing held on June 26, 2023 before the Honorable Elizabeth W. Hanes.

Dated:  August 16, 2023                                CISCO SYSTEMS, INC.


                                                                By:_____/s/_____
                                                                        Of Counsel

Dabney J. Carr, IV, VSB No. 28679
**TROUTMAN PEPPER
  HAMILTON SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutman.com

Charles K. Seyfarth, VSB No. 44530
**O'HAGAN MEYER**
411 East Franklin Street, Suite 500
Richmond, Virginia 23219
Telephone: (804) 403-7137
Facsimile: (804) 237-0250
cseyfarth@ohaganmeyer.com

Louis N. Jameson (admitted pro hac vice)
Matthew C. Gaudet (admitted pro hac vice)
John R. Gibson, VSB No. 72968
Alice E. Snedeker (admitted pro hac vice)
**DUANE MORRIS, LLP**
1075 Peachtree Street, N.E., Suite 1700
Atlanta, Georgia 30309-3929
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
wjameson@duanemorris.com
mcgaudet@duanemorris.com
jrgibson@duanemorris.com
aesnedker@duanemorris.com

Joseph A. Powers (admitted pro hac vice)
**DUANE MORRIS, LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 689-3797
japowers@duanemorris.com

John M. Baird, VSB No. 77827
Christopher J. Tyson, VSB No. 81553
**DUANE MORRIS, LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776 7851
Facsimile: (202) 478 2620
cjtyson@duanemorris.com

*Attorneys for Defendant*
*Cisco Systems, Inc.*