IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **CENTRIPETAL NETWORKS, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:18cv00094-EWH-LRL |
| ) | |
| **CISCO SYSTEMS, INC.** ) | |
| ) | |
| Defendant. ) | |

## CISCO SYSTEMS, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Cisco Systems, Inc. ("Cisco"), by counsel, submits this Notice of Supplemental Authority to bring to the Court's attention a recent opinion issued by the U.S. Court of Appeals for the Federal Circuit, *Finjan, Inc. v. SonicWall, Inc.*, No. 2022-1048 (Fed. Cir. Oct. 13, 2023) ("*SonicWall*"), which is attached as Ex. A.

The attached decision directly relates to Cisco's arguments regarding the apportionment opinions offered by Centripetal's expert, Dr. Aaron Striegel. *See* Cisco's Renewed (Corrected) Proposed Findings of Fact and Conclusions of Law (ECF No. 737-1) at ¶¶ 492-502; *see id.* at ¶¶ 493, 501 (citing the now-affirmed district court opinion in *SonicWall*). *SonicWall* addresses the admissibility of Dr. Striegel's opinions using the same methodology he offers in this case.

In *SonicWall*, the Federal Circuit affirmed the district court's decision to exclude Dr. Striegel's apportionment analysis because the documents Dr. Striegel relied on "to identify purported 'top-level functions' divide those functions into additional sub-features," but Dr. Striegel "admitted that he presented no analysis to assess the value of the sub-features." *See SonicWall*, No. 2022-1048 at 22. The Federal Circuit held that the district court did not abuse its discretion by excluding Dr. Striegel because he failed to carefully tie his analysis to allegedly infringing features and to exclude value attributable to unpatented features. *Id.* The same issues

are present in this case. *See* Cisco's Renewed (Corrected) Proposed Findings of Fact and Conclusions of Law, ECF No. 737-1, at ¶¶ 494-495; Pl. Centripetal Networks, LLC's Proposed Findings of Fact and Conclusions of Law, ECF No. 725, at ¶¶ 501-588.

The Federal Circuit also rejected Finjan's attempt to rely on *Finjan, Inc. v. Blue Coat Sys., Inc.*, 879 F.3d 1289 (Fed. Cir. 2018), a case upon which Centripetal also relies. *Compare SonicWall*, No. 22-1048 at 22-23, *with* Pl. Centripetal Networks, LLC's Proposed Findings of Fact and Conclusions of Law, ECF No. 725, at ¶ 155, *and* Pl. Centripetal Networks, Inc.'s Mem. In Opp. To Def.'s Mot. To Exclude the Apportionment-Related Opinions of Dr. Aaron Striegel and the Related Royalty Base Opinions of Mr. Lance Gunderson, ECF No. 339, at pp. 2, 12-15.

CISCO SYSTEMS, INC.

By _____/s/_____
    Of Counsel

Dabney J. Carr, IV, VSB No. 28679
**TROUTMAN PEPPER**
  **HAMILTON SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutman.com

Charles K. Seyfarth, VSB No. 44530
**O'HAGAN MEYER**
411 East Franklin Street, Suite 500
Richmond, Virginia 23219
Telephone: (804) 403-7137
Facsimile: (804) 237-0250
cseyfarth@ohaganmeyer.com

Louis N. Jameson (admitted pro hac vice)
Matthew C. Gaudet (admitted pro hac vice)
John R. Gibson, VSB No. 72968
Alice E. Snedeker (admitted pro hac vice)
**DUANE MORRIS, LLP**
1075 Peachtree Street, N.E., Suite 1700
Atlanta, Georgia 30309-3929
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
wjameson@duanemorris.com
mcgaudet@duanemorris.com
jrgibson@duanemorris.com
aesnedker@duanemorris.com

Joseph A. Powers (admitted pro hac vice)
**DUANE MORRIS, LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 689-3797
japowers@duanemorris.com

John M. Baird, VSB No. 77827
Christopher J. Tyson, VSB No. 81553
**DUANE MORRIS, LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776 7851
Facsimile: (202) 478 2620
cjtyson@duanemorris.com

*Attorneys for Defendant*
*Cisco Systems, Inc.*