UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**CENTRIPETAL NETWORKS, INC.,**

      Plaintiff,

v.                                          Civil Action No. 2:18cv94

**CISCO SYSTEMS, INC.,**

      Defendants.

**PARTIAL JUDGMENT IN A CIVIL CASE**

**Decision by the Court.**   This action came for decision before the Court.   The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Court FINDS that Centripetal has failed to meet its burden to establish infringement of the '193, '806, or '176 Patents and enters partial final judgment in favor of Cisco pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

Dated:   December 12, 2023
*Nunc Pro Tunc* December 11, 2023

                                                      FERNANDO GALINDO, Clerk

                              By:   _____/s/_____
                                               D. Brandt, Deputy Clerk